DEFENDANT                JAYSON JEFFREY PENN

YOB:                     1968

ADDRESS:                 Fort Collins, CO

COMPLAINT FILED?         _____ YES   _X_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _____ YES   _X_ NO

OFFENSE:                 Count 1: 15 U.S.C. § 1, Trusts, etc., in restraint of trade illegal; penalty

LOCATION OF OFFENSE:     Larimer & Weld Counties, Colorado and elsewhere

PENALTY:                 Count 1: NMT 10 years' imprisonment; NMT a $1,000,000 fine or two times gain or loss, whichever is greater, or both imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee.

AGENTS:                  FBI Special Agent LaNard Taylor
                         Commerce OIG Special Agent Matthew Koppenhaver
                         USDA OIG Special Agent Derek Repp

AUTHORIZED BY:           Hetal J. Doshi            Michael Koenig
                         Assistant U.S. Attorney   Trial Attorney, Antitrust Division

ESTIMATED TIME OF TRIAL:

___ five days or less    _X_ over five days   _____ other

THE GOVERNMENT:

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)
_X_ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.
OCDEF CASE:                              ___ Yes   _X_ No

1