DEFENDANT	MIKELL REEVE FRIES

YOB:	1974

ADDRESS:	Claxton, GA

COMPLAINT FILED?	____ YES   _X_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   ____ YES   _X_ NO

OFFENSE:	Count 1: 15 U.S.C. § 1, Trusts, etc., in restraint of trade illegal; penalty

LOCATION OF OFFENSE:	Larimer & Weld Counties, Colorado and elsewhere

PENALTY:	Count 1: NMT 10 years' imprisonment; NMT a $1,000,000 fine or two times gain or loss, whichever is greater, or both imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee.

AGENTS:	FBI Special Agent LaNard Taylor
Commerce OIG Special Agent Matthew Koppenhaver
USDA OIG Special Agent Derek Repp

AUTHORIZED BY:	Hetal J. Doshi	Michael Koenig
Assistant U.S. Attorney	Trial Attorney, Antitrust Division

ESTIMATED TIME OF TRIAL:

____ five days or less   _X_ over five days   ____ other

THE GOVERNMENT:

____ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)
_X_ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.
OCDEF CASE:	____ Yes   _X_ No

1