DEFENDANT              SCOTT JAMES BRADY

YOB:                   1959

ADDRESS:               Huntsville, AL

COMPLAINT FILED?            YES   X   NO

   IF YES, PROVIDE MAGISTRATE CASE NUMBER:
   IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?         YES   X   NO

OFFENSE:               Count 1:  15 U.S.C. § 1, Trusts, etc., in restraint of trade illegal; penalty

LOCATION OF OFFENSE:   Larimer & Weld Counties, Colorado and elsewhere

PENALTY:               Count 1:  NMT 10 years' imprisonment; NMT a $1,000,000 fine or two times gain or loss, whichever is greater, or both imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee.

AGENTS:                FBI Special Agent LaNard Taylor
                       Commerce OIG Special Agent Matthew Koppenhaver
                       USDA OIG Special Agent Derek Repp

AUTHORIZED BY:         Hetal J. Doshi          Michael Koenig
                       Assistant U.S. Attorney Trial Attorney, Antitrust Division

ESTIMATED TIME OF TRIAL:

   five days or less      X   over five days         other

THE GOVERNMENT:

        will seek detention in this case based on 18 U.S.C. § 3142(f)(2)
    X   will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.
OCDEF CASE:                              Yes    X    No

1