IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,

Defendants.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To: The clerk of court and all parties of record

 I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

 Jayson Jeffrey Penn

 DATED at Denver, Colorado this <u>3rd</u> day of <u>June, 2020</u>

<u>Brian P. Quinn</u>
Name of Attorney

<u>O'Melveny & Myers, LLP</u>
Firm Name

<u>1625 Eye Street NW</u>
Office Address

<u>Washington, DC 20006</u>
City, State, ZIP Code

<u>202-383-5244</u>
Telephone Number

<u>bquinn@omm.com</u>
Primary CM/ECF E-mail Address