IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Criminal Action No. 20-cr-00152-PAB**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.   JAYSON JEFFREY PENN**,

2.   MIKELL REEVE FRIES,

3.   SCOTT JAMES BRADY,

4.   ROGER BORN AUSTIN,

    Defendants.

---

### UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE FOR DEFENDANT JAYSON PENN

---

    The United States of America, through its undersigned counsel, respectfully requests that Defendant Jayson Penn's conditions of release be modified to include certain additional conditions relating to travel and the surrender of Mr. Penn's passport. As grounds, the United States states as follows:

    1.   On June 4, 2020, Mr. Penn was released on a signature bond in this matter.

    2.   At the initial appearance setting Mr. Penn's conditions of pre-trial release, Mr. Penn was not required to surrender his passport due to his need to travel internationally in order to perform his job duties for Pilgrim's Pride Corporation.

Similarly, Mr. Penn was not prevented from obtaining a passport or other international travel document, or from traveling outside the United States.

3. On or about June 13, 2020, Mr. Penn took a leave of absence from his position at Pilgrim's Pride Corporation, thereby eliminating his need to travel for his job.

4. In light of Mr. Penn's leave of absence, and in keeping with the conditions of release set for the other defendants in this action, the United States now seeks to modify Mr. Penn's conditions of release to include the following:

   a. Mr. Penn must surrender his passport to his attorney within two business days;

   b. Mr. Penn must not obtain a passport or other international travel document; and

   c. Mr. Penn must not travel outside of the United States without prior permission from the Court.

5. Mr. Penn does not oppose the requested modifications.

WHEREFORE, the United States respectfully requests that Mr. Penn's conditions of pre-trial release be modified as described above.

Respectfully submitted this 24th day of June, 2020.

By: _____
Michael T. Koenig
Heather D. Call
Carolyn M. Sweeney
Paul J. Torzilli

                  Trial Attorneys
                  Antitrust Division
                  U.S. Department of Justice
                  Washington Criminal II Office
                  450 Fifth Street, N.W.
                  Washington, D.C. 20530
                  Tel: (202) 616-2165
                  Email: michael.koenig@usdoj.gov

Attorneys for the United States