IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JAYSON JEFFREY PENN**,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

    Defendants.

---

**[PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE FOR DEFENDANT JAYSON PENN**

---

This matter is before the Court on the government's Unopposed Motion to Modify Conditions of Release for Defendant Jayson Penn. Having reviewed the motion, and finding good cause shown, the Court ORDERS as follows:

1. The Order Setting Conditions of Release for Defendant Jayson Penn [Docket No. 35] is modified to include the following conditions:

    a. Mr. Penn must surrender his passport to his attorney within two business days;

    b. Mr. Penn must not obtain a passport or other international travel document; and

      c. Mr. Penn must not travel outside of the United States without prior permission from the Court.

Dated this _____ day of June, 2020.

BY THE COURT:

_____
United States District Judge