**CERTIFICATE OF SERVICE**

      I hereby certify that on this June 24, 2020, I electronically filed the foregoing **UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

      By: _____
      Michael T. Koenig
      Trial Attorney
      Antitrust Division
      U.S. Department of Justice
      Washington Criminal II Office
      450 Fifth Street, N.W.
      Washington, D.C. 20530
      Tel: (202) 616-2165
      Email: michael.koenig@usdoj.gov

      Attorney for the United States