# EXHIBIT A

This image is an excerpt from Page 4 of the Production Letter sent by the government to the defendants on June 23, 2020. It is a redacted example of the indices the government has provided and will continue to provide to the defendants to annotate the government's productions.

| Prod Out # | Producing Party | Description | Custodian(s) | Beg Bates # | End Bates # | # of Records |
|---|---|---|---|---|---|---|
| BR_CHICK_004 | ████ █ | Custodial files of ████, ████, and ████ | ████, ████, ████ | ████ | ████ | 43,247 |
| BR_CHICK_004 | ████ █ | Custodial files of ████ | ████ | ████ | ████ | 15 |
| BR_CHICK_004 | ████ █ | Text messages, chats, calendars, contacts, and call logs from ████'s iPhone and iPad | ████ | ████ | ████ | 38,215 |
| BR_CHICK_004 | ████ █ | Mobile device reports for text messages, chats, calendars, contacts, and call logs from ████'s iPhone and iPad, and telephone logs of ████ and ████ | ████, ████ | ████ | ████ | 5 |
| BR_CHICK_004 | ████ █ | Custodial emails of ████ from May 2018 forward | ████ | ████ | ████ | 99,999 |
| BR_CHICK_004 | ████ █ | Mobile device report for text messages, chats, calendars, contacts, and call logs from ████'s iPhone | ████ | ████ | ████ | 25,510 |
| BR_CHICK_004 | ████ █ | Two families of documents from ████ and ████ | ████, ████ | ████ | ████ | 4 |
| BR_CHICK_004 | ████ █ | Telephone records of ████ | ████ | ████ | ████ | 12 |
| BR_CHICK_004 | ████ █ | Supplemental emails of ████ | ████ | ████ | ████ | 17,372 |
| BR_CHICK_004 | ████ █ | Text messages, chats, calendars, contacts, voicemails, and call logs from ████'s iPhone | ████ | ████ | ████ | 8,406 |
| BR_CHICK_004 | ████ █ | Custodial emails of ████ | ████ | ████ | ████ | 99,998 |
| BR_CHICK_004 | ████ █ | Custodial emails of ████ | ████ | ████ | ████ | 100,000 |
| BR_CHICK_004 | ████ █ | Custodial emails of ████ | ████ | ████ | ████ | 95,808 |
| BR_CHICK_004 | ████ █ | Custodial emails of ████ | ████ | ████ | ████ | 75,254 |