## CERTIFICATE OF SERVICE

   I hereby certify that on this July 3, 2020, I electronically filed the foregoing **CONSOLIDATED RESPONSE TO DEFENDANTS JAYSON PENN AND ROGER AUSTIN'S MOTIONS FOR A BILL OF PARTICULARS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

               By: _____
                 Michael T. Koenig
                 Trial Attorney
                 Antitrust Division
                 U.S. Department of Justice
                 Washington Criminal II Office
                 450 Fifth Street, N.W.
                 Washington, D.C. 20530
                 Tel: (202) 616-2165
                 Email: michael.koenig@usdoj.gov

                 Attorney for the United States