IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JAYSON JEFFREY PENN,**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMSE BRADY,**
4. **ROGER BORN AUSTIN,**

    Defendants.

## ORDER GRANTING MOTION FOR ALTERNATIVE VICTIM NOTIFICATION

This matter comes before the Court on the Government's Motion for Alternative Victim Notification Under 18 U.S.C. § 3771(d)(2). The Court, being fully advised, grants the Motion. Accordingly, it is

ORDERED that the Government may notify victims in this case in accordance with the procedures set out in the Government's Motion.

DATED this _____ day of July, 2020

                          BY THE COURT:

                          _____
                          PHILIP A. BRIMMER
                          Chief United States District Judge