# EXHIBIT A

| | |
|---|---|
| **From:** | Call, Heather (ATR) <Heather.Call@usdoj.gov> |
| **Sent:** | Thursday, June 4, 2020 4:35 PM |
| **To:** | Brimmer_Chambers@cod.uscourts.gov |
| **Cc:** | Michael S. Feldberg; Lavine, Bryan B.; Rahman, Megan C.; Tubach, Michael; Pletcher, Anna T.; Julie Withers (julie@jwitherslaw.com); Koenig, Michael (ATR); Torzilli, Paul (ATR); Sweeney, Carolyn (ATR); jherbiso@winston.com; Murphy, Charles; Mayer, Michael |
| **Subject:** | 20-cr-152-PAB Dates Before Judge Brimmer |

[EXTERNAL MESSAGE]

Judge Brimmer,

Per Judge Mix's instructions, we are reaching out to your chambers for dates in the above-captioned matter for defendants Jayson Penn, Scott Brady, and Roger Austin. Defendant Fries is in the course of retaining new counsel, with his arraignment and discovery conference scheduled for next Monday June 8th before Judge Mix. The government advises that this Is a complex, document-intensive case, and therefore the government suggests that the court set a status conference rather than a date for trial and motions.  The government is available at any time.

Thank you,
Heather Call


**Heather Diefenbach Call**
Trial Attorney
Washington Criminal II Section
Antitrust Division, USDOJ
(202) 257-6350 (mobile)

1