IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,

    Defendants.

## BRIEF IN SUPPORT OF MOTION TO RESTRICT DOCUMENT NO. 67

The United States of America, by and through its undersigned counsel, Heather Call, hereby files this brief in support of its Motion to Restrict Document No. 67, pursuant to D.C.COLO.LCrR 47.1. In support of this request, the United States submits the following:

1. Document No. 67 contains the Government's Initial Statement of Organizational Victims Pursuant to Fed. R. Crim. P. 12.4(a)(2).

2. Level 1 restriction of Document No. 67 is appropriate under D.C.COLO.LCrR 47.1 for the following reasons, and as explained below: 1) the interest in preserving victims' right to be treated with respect outweighs the presumption of public access; 2) clearly defined and serious injury would result if access is

not restricted to the parties and the Court only; and 3) only restricted access will adequately protect the interests in question.

3. Document No. 67 identifies various potential organizational victims in this matter. Under the Crime Victims' Rights Acts, victims are afforded the right to be treated "with fairness and respect for the victim's dignity and privacy." 18 U.S.C. § 3771(a)(8). Public access to the list of potential victims would undermine the victims' right to privacy.

4. To preserve the privacy interests of victims, government attorneys are directed to "use their best efforts to protect private information" from becoming part of the public record. OFFICE FOR VICTIMS OF CRIMES, OFFICE OF JUSTICE PROGRAMS, U.S. DEPARTMENT OF JUSTICE, NCJ 235121, ATTORNEY GENERAL GUIDELINES FOR VICTIM AND WITNESS ASSISTANCE 3-4 (2011). This includes redacting documents, seeking protective orders, or employing other means "necessary to safeguard private information from becoming public." *Id.* at 4.

5. Document No. 67 solely contains information identifying organizational victims, including the names of the organizations and their parent companies. Contemporaneous with this filing, the government is filing a public, redacted version of the document.

6. Previous filings in this matter containing the names of potential victims have also been subject to Level 1 restrictions out of the same respect for the

privacy of the victims. *See* ECF Nos. 24-27. The United States has conferred with counsel for the Defendants, who take no position on this motion.

WHEREFORE, the United States respectfully requests that the Court issue an order restricting Document No. 67 at a Level 1 until further order of the Court.

Respectfully submitted this 16th day of July, 2020.

                By: ___s/ Heather Call_____
                     Heather D. Call

                     Michael T. Koenig
                     Carolyn M. Sweeney
                     Paul J. Torzilli
                     Trial Attorneys
                     Antitrust Division
                     U.S. Department of Justice
                     Washington Criminal II Office
                     450 Fifth Street, N.W.
                     Washington, D.C. 20530
                     Tel: 202-598-2623
                     Email: heather.call@usdoj.gov

                     Attorneys for the United States