IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Criminal Action No. 20-cr-00152-PAB**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,

    Defendants.

**ORDER GRANTING MOTION TO RESTRICT DOCUMENT NO. 67**

This matter is before the Court on the Government's Motion to Restict Document No. 67. Having reviewed the motion, and finding good cause shown,

IT IS ORDERED that Document No. 67, the United States' Brief in Support of Motion to Restrict Document No. 67, and any order revealing the contents of those documents, are hereby restricted until further order by the Court.

IT IS ORDERED that these documents shall be restricted to a **"Level 1" Restriction** and will be viewable by the parties to the case and the Court only.

Dated this \_\_\_\_\_ day of July, 2020.

                                          BY THE COURT:

                                          United States District Judge