IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**CHIEF JUDGE PHILIP A. BRIMMER**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY, and
4. ROGER BORN AUSTIN

    Defendants.

## ORDER

THIS MATTER coming before the Court upon motion of the government for an order authorizing the government to disclose grand jury materials to defendants and their attorneys, and the Court having considered the same, it is therefore

**ORDERED** that the Government's Motion to Disclose Grand Jury Material to Defense Counsel is granted. The United States may disclose grand jury materials to the defendants and their attorneys in this case. It is further

**ORDERED** that such materials shall only be used in defending this case; that such materials are to be disclosed only to the defendants and their attorneys; that defendants' attorneys shall maintain custody of such materials and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

1

2

Dated this ____ day of _____, 2020.

BY THE COURT:

_____

PHILIP A. BRIMMER
Chief United States District Judge

2