IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**CHIEF JUDGE PHILIP A. BRIMMER**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JAYSON JEFFREY PENN,
2.    MIKELL REEVE FRIES,
3.    SCOTT JAMES BRADY, and
4.    ROGER BORN AUSTIN

    Defendants.

---

**ORDER**

---

THIS MATTER coming before the Court upon motion of the government to extend the government's discovery deadline, and the Court having considered the same, it is therefore

**ORDERED** that the discovery deadline for the government in this case be extended to August 11, 2020.

Dated this ____ day of _____, 2020.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge

1