DEFENDANT               MIKELL REEVE FRIES

YOB:                    1974

ADDRESS:                Claxton, GA

COMPLAINT FILED?        ___ YES   _X_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   ___ YES   _X_ NO

OFFENSE:                Count 1: 15 U.S.C. § 1, Unlawful restraint of interstate trade and commerce

LOCATION OF OFFENSE:    Larimer & Weld Counties, Colorado and elsewhere

PENALTY:                Count 1: NMT 10 years' imprisonment; NMT a $1,000,000 fine or two times gain or loss, whichever is greater, or both imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee.

AGENTS:                 FBI Special Agent LaNard Taylor
                        Commerce OIG Special Agent Matthew Koppenhaver
                        USDA OIG Special Agent Derek Repp

AUTHORIZED BY:          Hetal J. Doshi           Michael Koenig
                        Assistant U.S. Attorney  Trial Attorney, Antitrust Division

ESTIMATED TIME OF TRIAL:

___ five days or less    _X_ over five days    ___ other

THE GOVERNMENT:

___ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)
_X_ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.
OCDEF CASE:                          ___ Yes   _X_ No

1