DEFENDANT	SCOTT JAMES BRADY

YOB:	1959

ADDRESS:	Huntsville, AL

COMPLAINT FILED?	_____ YES   X   NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _____ YES   X   NO

OFFENSE:	Count 1:  15 U.S.C. § 1, Unlawful restraint of interstate trade and commerce

LOCATION OF OFFENSE:	Larimer & Weld Counties, Colorado and elsewhere

PENALTY:	Count 1:  NMT 10 years' imprisonment; NMT a $1,000,000 fine or two times gain or loss, whichever is greater, or both imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee.

AGENTS:	FBI Special Agent LaNard Taylor
	Commerce OIG Special Agent Matthew Koppenhaver
	USDA OIG Special Agent Derek Repp

AUTHORIZED BY:	Hetal J. Doshi	Michael Koenig
	Assistant U.S. Attorney	Trial Attorney, Antitrust Division

ESTIMATED TIME OF TRIAL:

___ five days or less    X   over five days    _____ other

THE GOVERNMENT:

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)
  X   will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.
OCDEF CASE:	_____ Yes    X    No

1