DEFENDANT				WILLIAM VINCENT KANTOLA

YOB:					1954

ADDRESS:				Gainesville, GA

COMPLAINT FILED?			_____ YES   _X_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _____ YES   __X__ NO

OFFENSE:				Count 1: 15 U.S.C. § 1, Unlawful restraint of interstate trade and commerce

LOCATION OF OFFENSE:	Larimer & Weld Counties, Colorado and elsewhere

PENALTY:				Count 1: NMT 10 years' imprisonment; NMT a $1,000,000 fine or two times gain or loss, whichever is greater, or both imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee.

AGENTS:				FBI Special Agent LaNard Taylor
					Commerce OIG Special Agent Matthew Koppenhaver
					USDA OIG Special Agent Derek Repp

AUTHORIZED BY:		Hetal J. Doshi			Michael Koenig
					Assistant U.S. Attorney		Trial Attorney, Antitrust Division

ESTIMATED TIME OF TRIAL:

___ five days or less   __X__ over five days   _____ other

THE GOVERNMENT:

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)
__X__ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.
OCDEF CASE:				_____ Yes   __X__ No

1