| | |
|---|---|
| DEFENDANT | JIMMIE LEE LITTLE |
| YOB: | 1949 |
| ADDRESS: | Fort Worth, TX |

COMPLAINT FILED?   __X__ YES   ____ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: 20-mj-00149-SKC
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   ____ YES   __X__ NO

OFFENSE:   Count 1: 15 U.S.C. § 1, Unlawful restraint of interstate trade and commerce
Count 2: 18 U.S.C. § 1001, False statements
Count 3: 18 U.S.C. § 1512(c)(2), Obstruction of justice

LOCATION OF OFFENSE: Larimer & Weld Counties, Colorado and elsewhere

PENALTY:   Count 1: NMT 10 years' imprisonment; NMT a $1,000,000 fine or two times gain or loss, whichever is greater, or both imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee.
Count 2: NMT 5 years' imprisonment; NMT a $250,00 fine; NMT 3 years' supervised release; $100 special assessment fee
Count 3: NMT 20 years' imprisonment; NMT a $250,00 fine; NMT 3 years' supervised release; $100 special assessment fee

AGENTS:   FBI Special Agent LaNard Taylor
Commerce OIG Special Agent Matthew Koppenhaver
USDA OIG Special Agent Derek Repp

AUTHORIZED BY:   Hetal J. Doshi     Michael Koenig
Assistant U.S. Attorney     Trial Attorney, Antitrust Division

ESTIMATED TIME OF TRIAL:

____ five days or less   __X__ over five days   ____ other

THE GOVERNMENT:

____ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)
__X__ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.
OCDEF CASE:   ____ Yes   __X__ No