DEFENDANT             GARY BRIAN ROBERTS

YOB:                  1967

ADDRESS:              Cumming, GA

COMPLAINT FILED?            YES   X   NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?          YES    X    NO

OFFENSE:              Count 1:  15 U.S.C. § 1, Unlawful restraint of interstate trade and commerce

LOCATION OF OFFENSE:  Larimer & Weld Counties, Colorado and elsewhere

PENALTY:              Count 1:  NMT 10 years' imprisonment; NMT a $1,000,000 fine or two times gain or loss, whichever is greater, or both imprisonment and a fine; NMT 3 years' supervised release; $100 special assessment fee.

AGENTS:               FBI Special Agent LaNard Taylor
                      Commerce OIG Special Agent Matthew Koppenhaver
                      USDA OIG Special Agent Derek Repp

AUTHORIZED BY:        Hetal J. Doshi              Michael Koenig
                      Assistant U.S. Attorney     Trial Attorney, Antitrust Division

ESTIMATED TIME OF TRIAL:

___ five days or less    _X_ over five days    ___ other

THE GOVERNMENT:

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)
  X   will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.
OCDEF CASE:                        ___ Yes    X    No

1