IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   JAYSON JEFFREY PENN,
2.   MIKELL REEVE FRIES,
3.   SCOTT JAMES BRADY,
4.   ROGER BORN AUSTIN,
5.   TIMOTHY R. MULRENIN,
6.   WILLIAM VINCENT KANTOLA,
7.   JIMMIE LEE LITTLE,
8.   WILLIAM WADE LOVETTE,
9.   GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

      Defendants.

**DEFENDANT JAYSON PENN'S MOTION TO RESTRICT PUBLIC ACCESS TO EXHIBIT A FILED IN SUPPORT OF DEFENDANT'S MOTION FOR BILL OF PARTICULARS**

Defendant Jayson Penn, by and through undersigned counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and D.C.COLO.LCrR 47.1, respectfully requests that the Court restrict public access to Exhibit A filed in support of Defendant Jayson Penn's Motion for Bill of Particulars, any order revealing the contents of that document, and the Brief in Support of Motion to Restrict Public Access to Exhibit A Filed in Support of

1

Defendant's Motion for Bill of Particulars for the reasons set forth therein.

Dated:  October 27, 2020

Respectfully submitted,

*s/ Michael F. Tubach*

| | |
|---|---|
| Chad David Williams | Michael F. Tubach (Cal. Bar No. 145955) |
| Jacqueline Ventre Roeder | Anna T. Pletcher (Cal. Bar No. 239730) |
| Davis Graham & Stubbs LLP-Denver | Megan Havstad (Cal. Bar No. 287938) |
| 1550 17th Street | Brian P. Quinn (D.C. Bar No. 1048323) |
| Suite 500 | **O'MELVENY & MYERS LLP** |
| Denver, CO 80202 | Two Embarcadero Center |
| 303-892-9400 | 28th Floor |
| Fax: 303-893-1379 | San Francisco, California  94111-3823 |
| Email: chad.williams@dgslaw.com | Telephone: 415-984-8700 |
| Email: jackie.roeder@dgslaw.com | Facsimile: 415-984-8701 |
| | E-mail:  mtubach@omm.com |
| |   apletcher@omm.com |
| |   mhavstad@omm.com |
| |   bquinn@omm.com |

*Attorneys for Defendant Jayson Jeffrey Penn*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2020, I electronically filed the foregoing **DEFENDANT JAYSON PENN'S MOTION TO RESTRICT PUBLIC ACCESS TO EXHIBIT A FILED IN SUPPORT OF DEFENDANT'S MOTION FOR BILL OF PARTICULARS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Michael F. Tubach*
Michael F. Tubach