IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1.  JAYSON JEFFREY PENN,
2.  MIKELL REEVE FRIES,
3.  SCOTT JAMES BRADY,
4.  ROGER BORN AUSTIN,
5.  TIMOTHY MULRENIN,
6.  WILLIAM VINCENT KANTOLA,
7.  JIMMIE LEE LITTLE,
8.  WILLIAM WADE LOVETTE,
9.  GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

  Defendants.

## DEFENDANTS' MOTION TO RESTRICT PUBLIC ACCESS TO DEFENDANTS' JOINT REPLY IN SUPPORT OF MOTIONS FOR BILL OF PARTICULARS

Defendants Jayson Penn, Mikell Fries, Scott Brady, Roger Austin, Timothy Mulrenin, William Kantola, Jimmie Little, William Lovette, Gary Roberts, and Rickie Blake, by and through undersigned counsel, and pursuant to Rules 49.1(d) and 49.1(f) of the Federal Rules of Criminal Procedure and D.C.COLO.LCrR 47.1, respectfully request that the Court restrict public access to the unredacted copy of Defendants' Joint Reply in Support of Motions for Bill of Particulars, any order revealing the contents of redaction, and the brief filed in support of this

1

motion for the reasons set forth in the accompanying Brief in Support of Motion to Restrict Public Access to Defendants' Joint Reply in Support of Motions for Bill of Particulars.

Dated:  December 31, 2020                                    Respectfully submitted,

 /s/ *Michael F. Tubach*                                              /s/ *Richard K. Kornfeld*
Michael F. Tubach (Cal. Bar No. 145955)         Richard K. Kornfeld
O'MELVENY & MYERS LLP                             Recht Kornfeld, P.C.
Two Embarcadero Center, 28th Floor               1600 Stout Street, Suite 1400
San Francisco, CA 94111-3823                         Denver, CO  80202
Telephone: 415-984-8700                                   303-573-1900
Facsimile: 415-984-8701                                    Fax: 303-446-9400
E-mail:  mtubach@omm.com                           Email: rick@rklawpc.com
*Attorneys for Defendant Jayson Jeffrey Penn*   *Attorneys for Defendant Mikell Reeve Fries*

/s/ *Bryan B. Lavine*                                              /s/ *Michael S. Feldberg*
Bryan B. Lavine                                                   Michael S. Feldberg
Troutman Pepper Hamilton Sanders LLP       Reichman Jorgensen LLP-New York
600 Peachtree Street, N. E., Suite 3000            750 Third Avenue, 24th Floor
Atlanta, Georgia 30308                                     New York, New York 10017
404-885-3170                                                       212-381-4970
Fax: 404-962-6613                                              Fax: 212-381-4971
Email: bryan.lavine@troutman.com                Email: mfeldberg@reichmanjorgensen.com
*Attorneys for Defendant Scott James Brady*   *Attorneys for Defendant Roger Born Austin*

/s/ *Elizabeth B. Prewitt*                                      /s/ *James A. Backstrom*
Elizabeth B. Prewitt                                             James A. Backstrom
Latham & Watkins LLP-DC                             James A. Backstrom, Counsellor at Law
555 11th Street, N.W., Suite 1000                      1515 Market Street, Suite 1200
Washington, DC 20004-1304                            Philadelphia, PA 19102-1932
202-637-2200                                                       215-864-7797
Fax: 202-637-2201                                              Email: jabber@backstromlaw.com
Email: elizabeth.prewitt@lw.com                    *Attorney for Defendant William Vincent*
*Attorneys for Defendant Timothy R. Mulrenin*   *Kantola*

/s/ *Mark A. Byrne*                                                /s/ *John Anderson Fagg, Jr.*
Mark A. Byrne (Cal. Bar No. 116657)              John Anderson Fagg, Jr.
BYRNE & NIXON LLP                                      Moore & Van Allen PLLC
888 West Sixth Street, Suite 1100                     100 North Tryon Street, Suite 4700
Los Angeles, CA 90017                                     Charlotte, NC 28202

2

Telephone: 213-620-8003  
Facsimile: 213-620-8012  
Email: markbyrne@byrnenixon.com  
*Attorneys for Defendant Jimmie Lee Little*

704-331-3622  
Fax: 704-378-2092  
Email: johnfagg@mvalaw.com  
*Attorneys for Defendant William Wade Lovette*

/s/ *Craig A. Gillen*  
Craig A. Gillen  
Gillen Withers & Lake, LLC  
400 Galleria Parkway, Ste 1920  
Atlanta, GA 30339  
Telephone: (404) 842-9700  
Facsimile: 404-842-9750  
E-mail: cgillen@gwllawfirm.com  
*Attorneys for Defendant Gary Brian Roberts*

/s/ *Barry J. Pollack*  
Barry J. Pollack  
Robbins Russell Englert Orseck Untereiner & Sauber LLP  
2000 K Street N.W., 4th Floor  
Washington, DC 20006  
202-775-4514  
Fax: 202-775-4510  
Email: bpollack@robbinsrussell.com  
*Attorneys for Defendant Rickie Patterson Blake*

3

## CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of December, 2020, I electronically filed the foregoing **DEFENDANTS' MOTION TO RESTRICT PUBLIC ACCESS TO DEFENDANTS' JOINT REPLY IN SUPPORT OF MOTIONS FOR BILL OF PARTICULARS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Michael F. Tubach*
Michael F. Tubach