IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

  Defendants.

**DEFENDANTS' MOTION TO RESTRICT ACCESS TO SUPPLEMENTAL *EX PARTE* MEMORANDUM IN SUPPORT OF MOTION PURSUANT TO RULE 17(C) FOR COURT ORDER AUTHORIZING SUBPOENAS DUCES TECUM FOR SUPPLY MANAGEMENT SERVICES, INC. AND RESTAURANT SUPPLY CHAIN SOLUTIONS, LLC TO PRODUCE DOCUMENTARY EVIDENCE IN ADVANCE OF TRIAL**

Defendants, by and through undersigned counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and D.C.COLO.LCrR 47.1, respectfully request that the Court restrict access to Defendants' Supplemental *Ex Parte* Memorandum in Support of Motion Pursuant to Rule 17(C) for Court Order Authorizing Subpoenas Duces Tecum for Supply Management Services, Inc. and Restaurant Supply Chain Solutions, LLC to Produce

1

Documentary Evidence in Advance of Trial, any order revealing the contents of that document, and the brief filed in support of this motion for the reasons set forth in the accompanying Brief in Support of Motion to Restrict Access to Supplemental *Ex Parte* Memorandum in Support of Motion Pursuant to Rule 17(C) for Court Order Authorizing Subpoenas Duces Tecum for Supply Management Services, Inc. and Restaurant Supply Chain Solutions, LLC to Produce Documentary Evidence in Advance of Trial.

Dated:  March 18, 2021                             Respectfully submitted,

s/ *Michael F. Tubach*                             s/ *Richard K. Kornfeld*
Michael F. Tubach (Cal. Bar No. 145955)            Richard K. Kornfeld
O'MELVENY & MYERS LLP                              Recht Kornfeld, P.C.
Two Embarcadero Center, 28th Floor                 1600 Stout Street, Suite 1400
San Francisco, CA 94111-3823                       Denver, CO  80202
Telephone: 415-984-8700                            303-573-1900
Facsimile: 415-984-8701                            Fax: 303-446-9400
E-mail:  mtubach@omm.com                           Email: rick@rklawpc.com
*Attorney for Defendant Jayson Jeffrey Penn*       *Attorney for Defendant Mikell Reeve Fries*

s/ *Bryan B. Lavine*                               s/ *Michael S. Feldberg*
Bryan B. Lavine                                    Michael S. Feldberg
Troutman Pepper Hamilton Sanders LLP               Reichman Jorgensen LLP-New York
600 Peachtree Street, N. E., Suite 3000            750 Third Avenue, 24th Floor
Atlanta, Georgia 30308                             New York, New York 10017
404-885-3170                                       212-381-4970
Fax: 404-962-6613                                  Fax: 212-381-4971
Email: bryan.lavine@troutman.com                   Email: mfeldberg@reichmanjorgensen.com
*Attorney for Defendant Scott James Brady*         *Attorney for Defendant Roger Born Austin*

s/ *Elizabeth B. Prewitt*                          s/ *James A. Backstrom*
Elizabeth B. Prewitt                               James A. Backstrom
Latham & Watkins LLP                               James A. Backstrom, Counsellor at Law
85 Third Avenue                                    1515 Market Street, Suite 1200
New York, New York 10022                           Philadelphia, PA 19102-1932
Tel: (212) 906-1200                                215-864-7797
Fax: (212) 751-4864                                Email: jabber@backstromlaw.com
Email: elizabeth.prewitt@lw.com                    *Attorney for Defendant William Vincent*
*Attorney for Defendant Timothy R. Mulrenin*       *Kantola*

2

| | |
|---|---|
| s/ *Mark A. Byrne* | s/ *John A. Fagg, Jr.* |
| Mark A. Byrne (Cal. Bar No. 116657) | John A. Fagg, Jr. |
| BYRNE & NIXON LLP | Moore & Van Allen PLLC |
| 888 West Sixth Street, Suite 1100 | 100 North Tryon Street, Suite 4700 |
| Los Angeles, CA 90017 | Charlotte, NC 28202 |
| Telephone: 213-620-8003 | 704-331-3622 |
| Facsimile: 213-620-8012 | Fax: 704-378-2092 |
| Email: markbyrne@byrnenixon.com | Email: johnfagg@mvalaw.com |
| *Attorney for Defendant Jimmie Lee Little* | *Attorney for Defendant William Wade Lovette* |
| | |
| s/ *Craig A. Gillen* | s/ *Barry J. Pollack* |
| Craig A. Gillen | Barry J. Pollack |
| Gillen Withers & Lake, LLC | Robbins Russell Englert Orseck Untereiner & Sauber LLP |
| 400 Galleria Parkway, Ste 1920 | 2000 K Street N.W., 4th Floor |
| Atlanta, GA 30339 | Washington, DC 20006 |
| Telephone: (404) 842-9700 | 202-775-4514 |
| Facsimile: 404-842-9750 | Fax: 202-775-4510 |
| E-mail: cgillen@gwllawfirm.com | Email: bpollack@robbinsrussell.com |
| *Attorney for Defendant Gary Brian Roberts* | *Attorney for Defendant Rickie Patterson Blake* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 2021, I electronically filed the foregoing **DEFENDANTS' MOTION TO RESTRICT ACCESS TO SUPPLEMENTAL *EX PARTE* MEMORANDUM IN SUPPORT OF MOTION PURSUANT TO RULE 17(C) FOR COURT ORDER AUTHORIZING SUBPOENAS DUCES TECUM FOR SUPPLY MANAGEMENT SERVICES, INC. AND RESTAURANT SUPPLY CHAIN SOLUTIONS, LLC TO PRODUCE DOCUMENTARY EVIDENCE IN ADVANCE OF TRIAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Michael F. Tubach*
Michael F. Tubach