IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB
UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## UNITED STATES' MOTION FOR CLARIFICATION OR, IN THE ALTERNATIVE, TO VACATE

The government hereby moves for clarification of the Court's order of May 19, 2021, vacating the May 21, 2021, deadline for pretrial motions. ECF No. 262. The government has conferred with the defendants to obtain their agreement that the order similarly vacates the government's May 21 pretrial motions deadline, including the deadline to file challenges to the defendants' expert disclosures. The defendants have stated that they take no position on the government's deadline.

The Court's order vacating the pretrial motions deadline appears to have the effect of also vacating the deadline for challenges to expert disclosures, because the Court tethered the expert challenges deadline to the pretrial motions deadline set for all parties. *See* ECF No. 46 ("any challenges to such experts shall be made by the pretrial motion filing"). The government respectfully requests clarification from the Court as to whether the government's May 21, 2021, deadline for pretrial motions, including challenges to defendants' expert disclosures, has been vacated.

In the alternative, the government respectfully requests, in the interest of fairness, that the Court vacate the pretrial motions deadline as it applies to the United States (and therefore the deadline for challenges to the defendants' expert disclosures) and set it to be the same as the defendants' deadline for pretrial motions.

DATED: May 20, 2021

                Respectfully submitted,

                <u>s/ Michael T. Koenig</u>

                MICHAEL T. KOENIG
                Trial Attorney
                U.S. Department of Justice
                Antitrust Division
                450 Fifth Street NW, Room 11048
                Washington D.C. 20530
                Tel: (202) 616-2165

## CERTIFICATE OF SERVICE

I hereby certify that, on May 20, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have entered notices of appearance in this matter.

s/ Michael T. Koenig

MICHAEL KOENIG
Trial Attorney
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 616-2165