**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     JAYSON JEFFREY PENN,
2.     MIKELL REEVE FRIES,
3.     SCOTT JAMES BRADY,
4.     ROGER BORN AUSTIN,
5.     TIMOTHY R. MULRENIN,
6.     WILLIAM VINCENT KANTOLA,
7.     JIMMIE LEE LITTLE,
8.     WILLIAM WADE LOVETTE,
9.     GARY BRIAN ROBERTS, and
10.    RICKIE PATTERSON BLAKE,

        Defendants.

## MOTION FOR WITHDRAWAL OF COUNSEL

Megan L. Havstad, counsel for Jayson Jeffrey Penn ("Defendant"), in the above-captioned matter, hereby moves the Court for an Order withdrawing as counsel of record stating:

1.     Certificate Pursuant to D.C.COLO.LCivR.7.1: Because this motion is brought pursuant to D.C.COLO.LAtty5(b), conferral is not required. See D.C.COLO.LCivR7(b)(4).

2.     As of June 4, 2021, Ms. Havstad will no longer be employed by O'Melveny & Myers, LLP

3.     Michael F. Tubach of O'Melveny & Myers, LLP, along with the other attorneys who have filed an entry of appearance as counsel of record for Defendant, will continue to represent Defendant.

4.     Defendant has received notification of the proposed withdrawal.

- 2 -

5. Because of the continuous representation, Ms. Havstad did not notify Defendant that he is responsible for complying with all court orders and time limitations, nor that he is required to obtain legal counsel, as would otherwise be required by D.C.COLO.LAttyR5(b).

WHEREFORE, undersigned counsel respectfully requests that the Court grant this Motion and withdraw Megan L. Havstad as counsel for Defendant.

Respectfully submitted this 4th day of June, 2021.

O'MELVENY & MYERS, LLP

*s/ Megan L. Havstad*
Michael F. Tubach
Megan L. Havstad
Two Embarcadero Center, Suite 2800
Telephone:   415.984.8700
Facsimile:   415.984-8701
mtubach@omm.com
mhavstad@omm.com

**Attorneys for Defendant**