# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

        Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW APPEARANCE

The Court, having reviewed the Unopposed Motion to Withdraw Appearance (the "Motion") and being fully advised in the matter, GRANTS the Motion. It is hereby ORDERED:

1. The Court grants the withdrawal of Megan L. Havstad. in this case.

2. The Court terminates electronic service for filings in this case to Megan L. Havstad.

3. The Court will remove Megan L. Havstad from among the designated attorneys for Jayson Penn.

SO ORDERED this _____ day of _____, 2021.

        BY THE COURT

        _____

        United States District Judge