IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   JAYSON JEFFREY PENN,
2.   MIKELL REEVE FRIES,
3.   SCOTT JAMES BRADY,
4.   ROGER BORN AUSTIN,
5.   TIMOTHY R. MULRENIN,
6.   WILLIAM VINCENT KANTOLA,
7.   JIMMIE LEE LITTLE,
8.   WILLIAM WADE LOVETTE,
9.   GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

      Defendants.

---

**DEFENDANTS' JOINT UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES AS TO DEFENDANT'S MOTION AND SUPPLEMENTAL *EX PARTE* MEMORANDUM IN SUPPORT OF MOTION PURSUANT TO RULE 17(c) FOR COURT ORDER AUTHORIZING SUBPOENAS DUCES TECUM TO PRODUCE DOCUMENTARY EVIDENCE IN ADVANCE OF TRIAL**

---

      Defendants, by and through undersigned counsel, respectfully request that the Court issue an order authorizing an extension of the 15-page limit set forth in Section III.A of this Court's Practice Standards for Criminal Cases, for the filing of Defendants' Motion and Supplemental *Ex Parte* Memorandum Pursuant to Rule 17(c) For Court Order Authorizing Subpoenas Duces Tecum to Produce Documentary Evidence in Advance of Trial, titled above.

      Defendants have compiled a list of eight (8) third-party entities from whom documents

1

are being sought through the Rule 17(c) subpoena duces tecum procedure, and have combined the requests and arguments for each into one overarching Motion and *ex parte* memorandum.

Good cause exists for permitting additional pages. Each of the ten Defendants would be entitled to submit separate motions for every relevant requested third-party subpoena listed in Defendants' present Motion. This could result in the filing of unnecessarily duplicative and overlapping motions, potentially totaling in the hundreds of pages. Defendants have worked together to provide the Court with a succinct and targeted set of requests, backed up by important factual and legal arguments that are intended to provide a full record while also reducing the volume of pages necessary to make these requests on each Defendant's behalf. The alternative would be to have each Defendant file separate motions for every relevant Rule 17(c) subpoena duces tecum request, which Defendants are certainly willing to do. However, in the interest of judicial economy, Defendants request leave of this Court to file one Motion and *ex parte* memorandum, totaling thirty-five (35) pages, and eight subpoena duces tecum attachments totaling fifty-six (56) pages.

Defendants have conferred with counsel for the government, who do not oppose this motion.

Dated:  July 14, 2021

Respectfully submitted,

| s/ *Michael F. Tubach* | s/ *Richard K. Kornfeld* |
|---|---|
| Michael F. Tubach (Cal. Bar No. 145955) | Richard K. Kornfeld |
| O'MELVENY & MYERS LLP | Recht Kornfeld, P.C. |
| Two Embarcadero Center, 28th Floor | 1600 Stout Street, Suite 1400 |
| San Francisco, CA 94111-3823 | Denver, CO  80202 |
| Telephone: 415-984-8700 | 303-573-1900 |
| Facsimile: 415-984-8701 | Fax: 303-446-9400 |
| E-mail:  mtubach@omm.com | Email: rick@rklawpc.com |
| *Attorney for Defendant Jayson Jeffrey Penn* | *Attorney for Defendant Mikell Reeve Fries* |

s/ *Bryan B. Lavine*
Bryan B. Lavine
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street, N. E., Suite 3000
Atlanta, Georgia 30308
404-885-3170
Fax: 404-962-6613
Email: bryan.lavine@troutman.com
*Attorney for Defendant Scott James Brady*

s/ *Michael S. Feldberg*
Michael S. Feldberg
Reichman Jorgensen Lehman & Feldberg LLP - New York
750 Third Avenue, 24th Floor
New York, New York 10017
212-381-4970
Fax: 212-381-4971
Email: mfeldberg@reichmanjorgensen.com
*Attorney for Defendant Roger Born Austin*

s/ *Elizabeth B. Prewitt*
Elizabeth B. Prewitt
Latham & Watkins LLP
555 11th St NW, Suite 1000
Washington, DC  20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: elizabeth.prewitt@lw.com
*Attorney for Defendant Timothy Mulrenin*

s/ *James A. Backstrom*
James A. Backstrom
James A. Backstrom, Counsellor at Law
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
215-864-7797
Email: jabber@backstromlaw.com
*Attorney for Defendant William Vincent Kantola*

s/ *Mark A. Byrne*
Mark A. Byrne (Cal. Bar No. 116657)
BYRNE & NIXON LLP
888 West Sixth Street, Suite 1100
Los Angeles, CA 90017
Telephone: 213-620-8003
Facsimile: 213-620-8012
Email: markbyrne@byrnenixon.com
*Attorney for Defendant Jimmie Lee Little*

s/ *John A. Fagg, Jr.*
John A. Fagg, Jr.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
704-331-3622
Fax: 704-378-2092
Email: johnfagg@mvalaw.com
*Attorney for Defendant William Wade Lovette*

s/ *Craig A. Gillen*
Craig A. Gillen
Gillen Withers & Lake, LLC
400 Galleria Parkway, Ste 1920
Atlanta, GA 30339
Telephone: (404) 842-9700
Facsimile: 404-842-9750
E-mail: cgillen@gwllawfirm.com
*Attorney for Defendant Gary Brian Roberts*

s/ *Wendy L. Johnson*
Wendy L. Johnson
Reece Moore Pendergraft, LLP
5519 Hackett Rd. Suite 300
Springdale, AR 72762
479-439-2705
Fax: 479-439-2718
Email: wjohnson@rmp.law
*Attorney for Defendant Rickie Patterson Blake*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2021, I electronically filed the foregoing **DEFENDANTS' JOINT UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES AS TO DEFENDANT'S MOTION AND SUPPLEMENTAL *EX PARTE* MEMORANDUM IN SUPPORT OF MOTION PURSUANT TO RULE 17(c) FOR COURT ORDER AUTHORIZING SUBPOENAS DUCES TECUM TO PRODUCE DOCUMENTARY EVIDENCE IN ADVANCE OF TRIAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

    /s/ *Michael Feldberg*