# EXHIBIT A



O'Melveny & Myers LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823

T: +1 415 984 8700
F: +1 415 984 8701
omm.com

May 14, 2021

**Michael Tubach**
D: +1 415 984 8876
mtubach@omm.com

**VIA EMAIL**

Michael T. Koenig, Esq.
Trial Attorney
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW
Washington, D.C. 20530

Re:     ***United States of America v. Jayson Penn et al.*, 1:20-CR-00152-PAB-1
(D. Colo.)**

Dear Counsel:

I write on behalf of all Defendants. Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), this letter constitutes notice that some or all Defendants in the above-captioned action may tender the expert testimony of Pierre Cremieux, Bruce Deal, Sean Durkin, Saul Kassin, Joseph Pochron, Siyu Qiang, Paul Sinowitz, and Edward A. Snyder under Federal Rule of Evidence 702. A summary of the witnesses' qualifications and expected testimony appears below and in the attached appendices. Because the government has made substantial new productions to Defendants and indicated that its discovery is ongoing, due the volume of the government's data production to date, Defendants' inability to predict the government's trial evidence, and because some of these witnesses have been retained recently in response to the Court's order clarifying that the August 2021 trial date in this action is still in effect,[1] Defendants reserve the right to update and supplement this disclosure based on the witnesses' further analysis of the discovery; new facts or theories that the government discloses; or information Defendants or their counsel discover as the result of their ongoing investigations in this case.

---

[1] Defendants believed the Court had vacated that date in its March 1, 2021 General Order, as did the Government. *See* Brief in Support of United States' Motion for Limited Deposition Stay, *In re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill.  April 5, 2021), Doc. 4520 at 2 ("Chief Judge Brimmer, the presiding judge, subsequently scheduled the trial to commence on August 2, 2021. He then issued a general order continuing all trials in the District effective March 1, 2021, General Order 2021-3: Court Operation during the Covid-19 Pandemic (Feb. 12, 2021), but has not yet ordered a new trial date.").



## I.    Pierre Y. Cremieux

Pierre Y. Cremieux, Ph.D. is an expert in antitrust, industrial organization, and statistics. A summary of Dr. Cremieux's qualifications and expected testimony appears below. Dr. Cremieux's expert opinions are based upon his training, experience, research, studies, and review of relevant economic data including, but not limited to, Government-disclosed data on broiler chicken production statistics, data on sales of broiler chicken products, other data and documents produced in discovery, information obtained in the course of the Defendants' investigations, and economic literature, including academic literature and studies on cartels and collusion. Dr. Cremieux is being compensated at an hourly rate of $1,000, and he is being assisted by the staff of Analysis Group, Inc. in this matter.

### A.    Qualifications

Dr. Cremieux is President of Analysis Group, Inc., an economics research consulting firm. Prior to joining Analysis Group, he served as a tenured Professor of Economics at the University of Québec at Montréal. He has also been invited to teach courses on economics, antitrust, statistics, and health care at various schools including McGill University, Boston University, Harvard Medical School, and Yale's School of Management. He received his B.A. in Economics from the University of Maryland in 1986, and his M.A. and Ph.D. in Economics from the University of California at Berkeley in 1989 and 1992, respectively. His curriculum vitae, which includes a list of his expert testimony over the last four years, is attached as Appendix A. Dr. Cremieux has provided expert reports and testimony in many antitrust and price-fixing matters, in both criminal and civil litigation, including bench and jury trials, arbitrations, and administrative proceedings.

Dr. Cremieux's research in antitrust economics, class certification, health economics, and statistics has been published in numerous peer-reviewed journals including the George Mason Law Review, the American Bar Association Economics Committee Newsletter, the Review of Economics and Statistics, the Journal of Health Economics, the Journal of Law and Economics, Global Competition Review, and the Journal of European Competition Law and Practice. He has also contributed to the American Bar Association publication Econometrics: Legal, Practical and Technical Issues. Dr. Cremieux's research has been cited in leading media outlets including The Wall Street Journal and Forbes.

The Defendants anticipate that Dr. Cremieux may provide opinions on the subjects identified below. However, because discovery in this matter is still ongoing and the Defendants cannot know this far in advance of trial what evidence the Government will offer and what arguments it will make in its case-in-chief, the Defendants cannot fully describe the opinions that Dr. Cremieux may provide. The Defendants reserve the right to update and further supplement this disclosure given ongoing discovery and court-ordered disclosure of anticipated exhibits and other trial evidence.

B.    **Expected Testimony**

1.    **Dr. Cremieux will apply tools of antitrust economics and empirical analysis to determine whether the broiler chicken industry has attributes that would facilitate or hinder price-fixing or bid-rigging.**

Dr. Cremieux may analyze certain attributes of the broiler chicken industry during the alleged conspiracy period and evaluate whether these attributes facilitate or hinder collusion, price-fixing, or bid-rigging among suppliers.

Dr. Cremieux may apply standard tools of economics and empirical analysis that are rooted in generally accepted economic theory and that can be used to evaluate whether a given industry during a given period is susceptible to collusive agreements. These tools are applied by economists to assess alleged collusion where a group of industry participants is possibly acting to restrain competition (commonly referred to by economists as a "cartel"). Alleged cartel members incur costs in reaching and maintaining price-fixing and bid-rigging agreements. Economic analysis is useful to assess how the attributes of an industry influence the magnitude of these costs, and therefore, to assess whether these attributes can facilitate or hinder price-fixing or bid-rigging. These industry attributes include: number of suppliers, buyer power of large customers, product mixes of different suppliers, prices and price trends in the market, trends in market shares across suppliers, and differences in characteristics across suppliers.

2.    **Dr. Cremieux will assess whether the observed outcomes and actions of broiler chicken suppliers and buyers are consistent with unilateral and/or otherwise competitive behavior by the Defendants and Pilgrim's Pride.**

Dr. Cremieux may analyze the observed outcomes of negotiations between suppliers and buyers of broiler chickens (e.g., bids, contract prices, and quantity supplied) and actions of suppliers and buyers to determine whether these outcomes and actions are consistent with unilateral and/or otherwise competitive behavior by the Defendants and Pilgrim's Pride.

Dr. Cremieux may apply tested and generally accepted tools of economics and empirical analysis to the evidence presented by the Government and other information available to Analysis Group, Inc., to determine whether observed outcomes and actions are consistent with unilateral or competitive responses to market conditions or whether they are consistent only with collusion. Tools generally accepted by economists and antitrust authorities, including the U.S. Department of Justice, to determine whether responses to market conditions were unilateral or competitive include, for example: whether outcomes benefitted buyers; whether outcomes benefitted the alleged cartel members; whether alleged cartel-member industry-level or customer-level market share changed; whether suppliers compete to gain industry-level or customer-level market shares; whether communications and outcomes reflect an implicit or explicit agreement among alleged

cartel members to pre-select the bid winner; whether outcomes are indicative of bid allocation among bidders over time or among different buyers; whether the range of bids shows a gap between the winner and all others; whether communications and outcomes suggest bid rotation (i.e., alleged cartel members alternate which gets to "win"), complementary bidding (i.e., some alleged cartel members submit bids that are never intended to win), bid suppression (i.e., some alleged cartel members choose not to participate); and whether actions suggest some form of enforcement mechanism among alleged cartel members, including "punishment" for violation of alleged agreements among cartel members.

Dr. Cremieux may apply benchmarking analysis to test if the observed outcomes are consistent with unilateral and/or otherwise competitive responses by the Defendants and Pilgrim's Pride and with outcomes that are not alleged to have been the result of collusion. Examples of benchmarking analysis include: testing whether the outcomes or actions due to the alleged collusion were meaningfully different from the outcomes or actions from bidding processes that are not alleged to have been the outcome of collusion; testing whether the allegedly fixed prices of a given product were similar to prices charged to buyers that are not subject to the allegations; and testing whether the allegedly fixed prices for a given product were similar to prices charged by suppliers that are not alleged cartel members.

> **3.  Dr. Cremieux will assess whether both suppliers and buyers seek to gain information to improve their decision-making, maximize profits, and fulfill their obligations in industries with uncertainty and complexity.**

Dr. Cremieux may apply an economic framework combined with empirical analyses to assess whether the allegedly shared information was beyond price discovery activities, and whether the broiler chicken industry has the characteristics of an industry in which such information can facilitate better independent decision making, improve competitive conditions, reduce waste, and ultimately benefit consumers.

Broiler chicken is not a commodity. Suppliers of broiler chicken can grow and process birds of various sizes (e.g., birds ranging from 3.5 lbs. to 9 lbs.), produce a variety of processed products (e.g., 8-pc chicken on the bone (COB), cubed and processed chicken, marinated products, frozen products) across an array of specifications (e.g., fresh, frozen, marinated, breaded, cooked), and sell these products to buyers with very different business models (e.g., quick-service restaurants such as KFC, grocery stores such as Kroger, food distributors such as US Foods). In addition, efficiently growing broiler chickens to serve a specific buyer or to create a specific product can require a turnaround time of up to 18 months. In such an industry, suppliers must make investment decisions (e.g., setting up a processing facility to produce specific products) in the face of uncertainty and access to limited information—they must predict future trade-offs across many different dimensions to make decisions in an effort to maximize their profits (e.g., suppliers have to choose the correct bird size, product mix, and buyers to maximize profits while predicting future feed prices, customer demand, and the prices and quantities of various processed products). Dr. Cremieux may analyze whether these broiler chicken industry characteristics may explain



the benefits of information exchange to better forecast future supply and demand, mitigate risks, efficiently match certain suppliers and buyers, and ensure consistent supply to buyers and end consumers at competitive prices.

### 4.    Response to the Government's Fact and Expert Witnesses

In addition to the above topics, Dr. Cremieux may testify about evidence offered by fact witnesses within the scope of his expertise and to address any opinion testimony or data analysis proffered by the Government through lay or expert witnesses.

## II.    Bruce Deal

Bruce Deal is an expert in an expert in antitrust, industrial organization, and statistics. A summary of Mr. Deal's qualifications and expected testimony appears below. Mr. Deal's expert opinions are based upon his training, experience, research, studies, and review of relevant economic materials including, but not limited to, produced data on broiler chicken production, produced data on sales of broiler chicken products, data and documents in the record, and economic literature on cartels and collusion. Mr. Deal is being compensated at an hourly rate of $890 and he is being assisted by the staff of Analysis Group, Inc. in this matter.

### A.    Qualifications

Mr. Deal is a Managing Principal of Analysis Group, Inc., an economics research consulting firm. He has over 25 years of experience in economic, litigation, and management consulting. Mr. Deal has taught economics and analytic methods to graduate students at Harvard University and published articles on economics-related topics. He has also consulted on national economic policy issues to the government of Indonesia through the Harvard Institute for International Development. Mr. Deal received his B.A. in Economics and Global Studies from Pacific Lutheran University in 1987 and his Master in Public Policy from the Kennedy School of Government at Harvard University in 1990. He also completed Ph.D. coursework in Public Policy at Harvard University. His curriculum vitae, which includes a list of expert testimony over the last four years, is attached as Appendix B.

Mr. Deal has served as an expert witness in dozens of litigations and government enforcement matters, and has been retained as a neutral expert in complex mediation. He has testified on antitrust issues in a criminal price-fixing case brought by the U.S. Department of Justice alleging per se violations of the Sherman Act in the LCD industry and in a matter involving allegations of below-cost pricing for solar panels, among other matters. In addition to antitrust, Mr. Deal's work as an expert has covered a variety of practice areas, including finance and securities litigation, damages, and business valuation.

Mr. Deal is the coauthor of a chapter on the use of econometrics in antitrust litigation for the American Bar Association publication Econometrics: Legal, Practical, and Technical Issues. Also, he coauthored a major report, The Economic Effects of Federal

Participation in Terrorism Risk with R. Glenn Hubbard, the former chair of the President's Council of Economic Advisers. In addition, he coauthored a study, Economic Impact Analysis: Proposition 71 California Stem Cell Research and Cures Initiative with Laurence Baker, a Stanford University School of Medicine faculty member, with whom he published an updated interim economic report on California's stem cell initiative.

Because discovery in this matter is ongoing and the Defendants cannot know this far in advance of trial what evidence the Government will offer and what arguments it will make in its case-in-chief, the Defendants cannot fully describe the opinions that Mr. Deal may provide. However, at this time, Defendants anticipate that Mr. Deal may provide opinions on the questions discussed below. Defendants reserve the right to update and supplement this disclosure given ongoing discovery and court-ordered disclosure of anticipated exhibits and other trial evidence.

### B.    Expected Testimony

#### 1.    Do the characteristics of the broiler chicken industry facilitate or impede price-fixing or bid-rigging?

Mr. Deal may analyze the characteristics of the broiler chicken industry during the alleged conspiracy period and testify about whether these characteristics facilitate or impede price fixing or bid rigging.

Mr. Deal may apply an analytical approach grounded in economic theory that can be used to assess whether the characteristics of a given industry during a given time period facilitate or impede conspiratorial agreements (which, in price-fixing and bid-rigging contexts, economists often refer to as "collusion"). This approach is applied by economists to assess alleged collusion where a group of industry participants act together to restrain competition (commonly referred to by economists as a "cartel"). Potential cartel members incur costs in reaching and maintaining price-fixing/bid-rigging agreements. Economic analysis is useful in assessing how industry conditions influence the magnitude of these costs, and therefore, to assess whether an industry is structured in a way that lends it to price-fixing or bid-rigging. These industry conditions include: number of suppliers, number of customers, buyer power of large customers, different market shares and different trends in market shares, including across alleged cartel members, and differences in the operational structure and business lines of suppliers.

#### 2.    Are the observed actions of broiler chicken suppliers and outcomes of the various bidding processes allegedly material to the Government's case consistent with price-fixing and bid-rigging, or are the actions and observed outcomes consistent with the Defendants and Pilgrim's Pride acting independently from other suppliers?

Mr. Deal may analyze the observed actions and outcomes (e.g., bids, contracted prices,  and quantities) as well as communications and to employ benchmarking analyses to



determine whether the actions, communications, and outcomes are consistent with an effort to fix prices or to rig bids or, alternatively, whether the observed actions, communications, and outcomes are consistent with each of the Pilgrim's Defendants and Pilgrim's Pride acting independently from other suppliers.

The Government is expected to infer agreements among suppliers to fix prices and to rig bids by arguing linkage between bid outcomes and suppliers' actions, including through Government-selected instances of information exchange. To test whether the observed outcomes can be used to infer a conspiracy, one needs to isolate the impact of the alleged conspiracy from independent business decisions made in response to supply and demand conditions. A tested, generally accepted approach for doing so is to conduct benchmarking analyses.

Mr. Deal may apply tested, generally accepted statistical and economic analyses, for evaluating observed outcomes and actions. Factors included in these generally accepted statistical and economic methods are used by economists and antitrust authorities, including the U.S. Department of Justice. Examples of tools to detect whether price-fixing and bid-rigging are present include: whether the observed outcomes benefitted customers; whether the observed outcomes benefitted the alleged co-conspirators; and whether customer-level market shares and prices across all alleged co-conspirators are stable over time. Examples of tools to detect whether bid-rigging is present include: whether communications, other information (such as pricing, volume, or terms), and outcomes are consistent with an agreement among alleged co-conspirators as to who will be the winning bidder; whether the range of bids shows a gap between the winner and all others; whether communications and outcomes are consistent with bid rotation (i.e., alleged co-conspirators take turns on who gets to "win" in a bidding process), complementary bidding (i.e., some alleged co-conspirators submit bids that are never intended to win to create a sense of competition), bid suppression (i.e., some alleged co-conspirators choose not to participate in the bidding process); and whether there are communications, conduct, or other indicia consistent with some form of "payback" or punishment among alleged co-conspirators.

Mr. Deal may perform several types of benchmarking analyses to test whether the observed outcomes are consistent with an independent stand-alone business responding to market conditions. Examples of such benchmarking analyses include: (1) testing whether the patterns in outcomes (bids and contract prices) due to the alleged conspiracy were meaningfully different from the observed outcomes from bidding processes that are not alleged to have been manipulated, (2) testing whether the allegedly fixed prices were similar to prices charged to other customers for a similar broiler chicken product that are not subject to the allegations, (3) testing whether bidding decisions and bids are consistent with independent and procompetitive business strategies in response to market trends and conditions; and (4) testing whether the allegedly fixed prices were similar to prices for similar broiler chicken products charged by other suppliers that are not alleged to have been manipulated.



**3.     Do both broiler chicken suppliers and buyers attempt to collect information to improve their decision-making, maximize profits, and fulfill their obligations?**

Mr. Deal may conduct statistical and economic analyses, to determine whether the allegedly shared information was consistent with price discovery activities, and whether the broiler chicken industry has the characteristics of an industry where such information can facilitate better decision making and potentially benefit consumers.

In the broiler chicken industry, suppliers produce a wide variety of products. Suppliers can grow and process birds of different sizes (e.g., birds ranging from 3.5 lbs. to 9 lbs.), produce different processed products (e.g., 8-pc chicken on the bone (COB), cubed and processed chicken, marinated products, frozen products), and sell products to different customers with different businesses and product specifications (e.g., quick-service restaurants such as KFC, grocery stores such as Kroger, food distributors such as US Foods). The wide variety of products necessitates specific operations that are time-intensive and costly to change. Thus, suppliers have to make investment decisions (e.g., setting up a processing facility to produce specific products) in the face of uncertainty – they have to predict trade-offs across many different dimensions to make profit-maximizing decisions (e.g., suppliers have to choose the correct bird size, product mix, and customers in an effort to maximize profits while predicting future feed prices and prices of various processed products). Mr. Deal may analyze whether the above characteristics of the broiler chicken industry are consistent with an industry in which additional information that helps suppliers forecast supply and demand can help them mitigate risks and ensure consistent supply to customers and end consumers.

**4.     Response to the Government's Fact and Expert Witnesses**

In addition to the above topics, Mr. Deal may testify about evidence offered by fact witnesses within the scope of his expertise and to address any opinion testimony or data analysis proffered by the Government through lay or expert witnesses.

## III.   Sean Durkin

Sean Durkin, Ph.D. is an expert in antitrust economics and pricing. A summary of Dr. Durkin's qualifications and expected testimony appears below. Dr. Durkin's expert opinions are based upon (1) his review of relevant communications among Defendants and alleged coconspirators, as well as other market participants; (2) his analysis of data on broiler chicken production and sales produced in discovery; (3) his review of the relevant academic literature; and (4) his experience and expertise in the areas of antitrust and pricing. Dr. Durkin is being compensated at an hourly rate of $905, and he is being assisted by the staff of Charles River Associates in this matter.



### A.      Qualifications

Dr. Durkin is an economist and teaches at the Harris Graduate School of Public Policy Studies at the University of Chicago and previously at the University of Chicago's Booth School of Business. Dr. Durkin consults and serves as a testifying expert in the areas of antitrust and pricing. Dr. Durkin's curriculum vitae is enclosed as Appendix C, and it sets forth his qualifications and a list of matters in which he has testified.

### B.      Expected Testimony

Dr. Durkin may provide opinions on the topic areas identified below. Because discovery in this matter is still ongoing and Defendants cannot anticipate the evidence the government will produce in discovery or offer in its case-in-chief, Defendants reserve the right to ask Dr. Durkin to provide testimony on other topics and to update and further supplement this disclosure as appropriate.

In summary, Dr. Durkin may opine that:

a.      Because of Claxton's single processing plant located in a rural part of Georgia, attendant limits on production and freezing capacity, product mix weighted towards fresh chicken for quick service restaurant applications, and that it is family owned and not a public company, Claxton lacks the ability to determine and affect price and key contractual terms in its relationships with its customers.

b.      The customers' aggregation of buying power allowed the customers, and not the producers, to direct pricing and contractual terms for the purchase of broiler chicken products.

c.      The customers were aware of most, if not all, of each producer's underlying inputs and/or costs year over year, as well as industry standard costs, for each metric included in the customer's cost-plus formula utilized for sales of broiler chickens by the producers and customers. Accordingly, the producers could not manipulate their prices since the customers were aware of the associated costs of producing chickens.

d.      The sharing of information, which is not per se illegal, is procompetitive and benefits the customers.

e.      Dr. Durkin may testify about evidence offered by witnesses within the scope of his expertise and to address any testimony



and/or economic analysis offered by the Government through its witnesses.

## IV.   Saul Kassin

Saul Kassin, Ph.D. is an expert in social and cognitive psychology with a focus on false confessions. While the government has not disclosed which individuals it will call as witnesses in its case-in-chief, and discovery is still ongoing, Defendants nonetheless provide this notice based on an assumption that certain testimony will be elicited from witnesses at trial wherein they describe recollections of events that occurred years ago. Dr. Kassin's expert opinions are based upon his training, experience, research, studies, and review of relevant materials including, but not limited to, documents in the record and academic literature. Dr. Kassin is being compensated at an hourly rate of $525.

### A.   Qualifications

Dr. Kassin is a Distinguished Professor of Psychology at John Jay College of Criminal Justice in New York and Massachusetts Professor Emeritus at Williams College, in Williamstown, Massachusetts. He received his Ph.D. at the University of Connecticut. He later served as a postdoctoral research fellow at the University of Kansas; taught at Purdue University; served as a U. S. Supreme Court Judicial Fellow, working at the Federal Judicial Center; and was a postdoctoral research fellow and visiting professor at Stanford University.

Dr. Kassin is author of Psychology (Prentice Hall, 4th edition) and Psychology in Modules (Pearson Custom Publishing). Along with Steven Fein and Hazel Markus, he is also lead author of Social Psychology (11th edition), published by Cengage Learning. He has published numerous research articles and book chapters and has co-authored or edited various scholarly books, including: Confessions in the Courtroom, The Psychology of Evidence and Trial Procedure, The American Jury on Trial: Psychological Perspectives, and Developmental Social Psychology.

Dr. Kassin pioneered the scientific study of false confessions by (1) introducing a taxonomy that distinguished between three types of false confessions (voluntary, compliant, and internalized) that is universally accepted today and (2) by devising laboratory paradigms to test why innocent people are targeted for interrogation and why they confess. Dr. Kassin has also studied the consequences of confessions through the prism of "forensic confirmation biases" and the impact that confessions have on judges, juries, lay witnesses, forensic science examiners, and the plea bargaining process. Dr. Kassin has performed recent research on the video recording of interrogations pursuant to a grant from the National Science Foundation.

Dr. Kassin is a past president of the American Psychology-Law Society ("AP-LS"). He is the recipient of a Presidential Citation Award from the American Psychological Association ("APA") for his work on false confessions (2007), the International Investigative Interviewing Research Group ("iiiRG") Lifetime Achievement Award (2011), the AP-LS

O'Melveny

Award for Distinguished Contribution (2014), the APA Award for Distinguished Contribution to Research in Public Policy (2017), the European Association of Psychology and Law ("EAPL") Award for Distinguished Lifetime Contribution (2017), and the Association for Psychological Science ("APS") James McKeen Cattell Lifetime Achievement Award for Applied Research (2021).

Dr. Kassin's qualifications are set forth in more detail in his curriculum vitae, attached as Appendix D.

### B.    Expected Testimony

Dr. Kassin may testify on the fundamental tenets of social influence, motivation, and human memory, particularly as related to the psychology of confessions and the situational factors that increase the risk of compliant and internalized false confessions. Principally considering facts related to the circumstances and process of interviews of government witnesses who offer testimony at trial about recollections of past events, he would testify based on his knowledge of peer-reviewed studies, detailing the principals and methodology employed in those studies, which are described in his numerous publications.

## V.    Joseph Pochron

Joseph Pochron is an expert in digital forensics—the field of forensics concerning the investigation, collection, and analysis of data compilations. A summary of Mr. Pochron's qualifications and expected testimony appears below. Mr. Pochron's expert opinions are based upon (1) his review of records of digital and telephonic communications among the defendants, other alleged co-conspirators, and other market participants, produced by the government to defendants in discovery and (2) his experience and expertise in the field of digital forensic data collection and analysis. Mr. Pochron is being compensated at an hourly rate of $400, and he is being assisted by the staff of Ernst & Young LLP in this matter.

### A.    Qualifications

Mr. Pochron is a Senior Manager of Forensic and Integrity Services at Ernst & Young LLP in San Francisco, California. He received a BA in Criminal Justice studies from Moravian College and an MA from DeSales University in Criminal Justice studies. Mr. Pochron is an expert in digital forensics and cyber response; he has over 18 years of combined experience in digital forensics, cybercrime investigations, eDiscovery, and cyber incident response. He holds professional certifications from a number of forensics organizations—including the International Association of Computer Investigative Specialists, EnCase, and the U.S. Department of Homeland Security—and he maintains membership in the High Technology Crime Investigation Association, the High Tech Crimes Consortium, and the Association of Certified Fraud Examiners.

Mr. Pochron has himself investigated or managed many cases involving the collection and analysis of computer, mobile device, network, and cloud-based data. His experience includes capturing, preserving, and analyzing electronically stored information

O'Melveny

in a wide range of matters, including complex criminal investigations, civil litigation, regulatory compliance audits, and internal inquiries.

Mr. Pochron has extensive experience at the intersection of digital forensics and law enforcement. He previously served as President of Forensic Technology and Consulting for Transperfect Legal Solutions, a role in which he managed more than a dozen digital forensic laboratories and their personnel. Prior to that, he served as the Commanding Officer of the Lehigh County, Pennsylvania Computer Crimes Task Force. And prior to his appointment to that Task Force, Mr. Pochron served as a police officer with the Upper Saucon Township Police Department. In both law enforcement roles, he investigated cybercrimes and dealt regularly with the collection and analysis of data compilations.

Mr. Pochron has taught undergraduate and graduate level courses in criminal justice and digital forensics including "Digital Investigation and Evidence Collection" and "Forensic Acquisition and Analysis" at DeSales University. In 2014, he became the Director of Digital Forensics at DeSales University. In that role, Mr. Pochron was responsible for developing an undergraduate academic track in Digital Forensics as well as implementing a certificate in Digital Forensics curriculum for DeSales's graduate program.

Mr. Pochron's curriculum vitae is attached as Appendix E. Mr. Pochron has authored expert reports or affidavits in 19 cases and provided expert deposition or trial testimony in 12 cases involving forensic analysis of data. A list of those engagements is attached as Appendix F. Mr. Pochron has also written and presented extensively on trends in digital forensics, eDiscovery, data acquisition and analysis, and the Internet of Things.

### B.   Expected Testimony

#### 1.   Evidence of Digital Device and Telephonic Activity by Defendants, Alleged Co-Conspirators, and Third Parties.

Mr. Pochron may testify about the various types of digital device and telephonic records contained in the government's production to Defendants, including but not limited to records from mobile network operators, wireline phone companies, smartphone and smartphone operating systems providers (e.g. Apple and Google), device "imaging" firms, and internet service providers. Mr. Pochron may testify about the methods of collection and analysis that the government or third parties used to capture and assess those records, including on the reliability of those methods; the possibility of error or incomplete collection; and on the proper interpretation of, and ambiguities contained within, the records themselves. Mr. Pochron may authenticate certain summaries, charts, and calculations with respect to various records produced by the government in discovery.

Mr. Pochron may also testify to his and Defendants' efforts to identify digital device and telephonic records in the government's production; to capture those records within a collective database; to normalize those records into a form amenable to analysis and assessment; to test that database to ensure its accuracy; and to search and analyze those records.

O'Melveny

Mr. Pochron may also testify to his observation and analysis of the data contained in the collective database and underlying records, including but not limited to trends in communications between specific communicants; specific categories or cohorts of communicants; and on the relative incidence or absence of communications across different categories or cohorts of communicants.

Mr. Pochron may apply his longstanding forensics experience and training, standard digital forensic tools, and standard statistical sampling techniques as a basis for his analysis of the records and testimony, including but not limited to Relativity e-discovery software, SQL coding scripts, and SAS statistical analysis software.

### 2.        Response to the Government's Fact and Expert Witnesses

Depending on the evidence presented by the Government, Mr. Pochron may testify about evidence offered by fact witnesses within the scope of his expertise and to address any opinion testimony and/or data analysis proffered by the Government through lay or expert witnesses.

## VI.    Siyu Qing

Siyu "Charlie" Qing, Ph.D. is an expert in statistics. A summary of Dr. Qing's qualifications and expected testimony appears below. Dr. Qing's expert opinions are based upon (1) his review of records of digital and telephonic communications among the defendants, other alleged co-conspirators, and other market participants, produced by the government to defendants in discovery and (2) his experience and expertise in the field of statistics. Dr. Qing is being compensated at an hourly rate of $400, and he is being assisted by the staff of Ernst & Young LLP in this matter.

### A.    Qualifications

Dr. Qing is a senior statistician and manager in the statistics and sampling practice within Ernst & Young LLP's Quantitative Economics and Statistics Group in Washington, D.C. Dr. Qing received his B.S. in Mathematics from Tsinghua University in Beijing and a Ph.D. in Statistics from the George Washington University in Washington D.C., where he published his dissertation entitled *Longitudinal Weight Calibration with Estimated Control Totals for Cross Sectional Survey Data: Theory and Application.*

At George Washington University, Dr. Qing was a teaching assistant in the Department of Statistics. In that role, he taught undergraduate students with social science and statistical majors on a variety of undergraduate statistical courses including economic statistics and regression. Dr. Qing was also a research associate in the biostatistics center at George Washington University, and collaborated with economists, social scientists from MIT and Ohio State University as sampling statistician for the Scientific Workforce Analysis and Modeling ("SWAM") project, for which he provided statistical modeling and sampling support.

O'Melveny

Dr. Qing draws on years of statistical advisory experience. His work consists primarily of statistical sampling, estimation, and statistical modeling. He has analyzed and validated accounting data from more than 300 clients; has been heavily involved in the review and evaluation of statistical work conducted by others that may be under consideration for accreditation or for use on a variety of topic including litigation support. He is a team lead with regard to machine learning and is currently implementing this ability in various workstreams.

Dr. Qing gave presentations at the 2012 and 2013 Joint Statistical Meetings in San Diego, California and Montreal, Quebec respectively, and at the 2013 Federal Committee on Statistical Methodology Research Conference in Washington, D.C. He proficient in the Python, SAS, R, SQL, C, and C++ programming languages. He has trained staff analysts on SAS, R, and Python programming skills. A copy of Dr. Qing's resume is attached as Appendix G.

### B.    Expected Testimony

#### 1.    Statistical Analysis of Evidence of Digital Device and Telephonic Activity by Defendants, Alleged Co-Conspirators, and Third Parties.

Dr. Qing may testify about statistical analyses related to the digital device and telephonic records contained in the government's production to Defendants, including but not limited to records from mobile network operators, wireline phone companies, smartphone and smartphone operating systems providers (e.g. Apple and Google), device "imaging" firms, and internet service providers.

Dr. Qing may also testify to his and Defendants' efforts to capture those records within a collective database; to normalize those records into a form amenable to analysis and assessment; to test that database to ensure its accuracy; and to search and analyze those records.

Dr. Qing may apply his statistical analysis expertise and training, standard digital forensic tools, and standard statistical sampling techniques as a basis for his analysis of the records and his testimony, including but not limited to Relativity e-discovery software, SQL coding scripts, and SAS statistical analysis software.

#### 2.    Response to the Government's Fact and Expert Witnesses

Dr. Qing may testify about evidence offered by fact witnesses within the scope of his expertise and address any opinion testimony and/or data analysis proffered by the Government through lay or expert witnesses.

O'Melveny

## VII.   Paul Sinowitz

Paul Sinowitz is an expert in the wholesale chicken market, supply chain management, and the purchase and sale of broiler chickens. A summary of Mr. Sinowitz's qualifications and expected testimony is below. His expert opinions are based upon his personal knowledge and extensive industry experience. Mr. Sinowitz is being compensated at an hourly rate of $250.

### A.    Qualifications

Paul Sinowitz has over 40 years of experience in the wholesale protein industry. He was employed by Yum! Group from 1999-2003 as the Senior Director of Fresh Poultry Purchasing and Senior Director of Strategic Purchasing. He has worked in supply, purchasing and procurement on behalf of brands such as El Pollo Loco, Sonic, MGM Resorts International and all the Yum! Group concepts, including KFC, Taco Bell, and Pizza Hut. He is presently employed by Qdoba Mexican Eats as its VP of Supply Chain with responsibility for more than 800 stores. A copy of Mr. Sinowitz's resume is attached as Appendix H.

Mr. Sinowitz is an expert in the procurement of poultry for quick service and other restaurants. He has overseen the purchase and distribution of billions of dollars in fresh poultry for quick service restaurants and has extensive knowledge of cost-plus pricing models, poultry supply contracts, pricing and industry practices, franchise practices, and poultry negotiations. He worked in senior positions procuring poultry throughout the period of the alleged conspiracy and is an expert in the market conditions during the relevant time.

Mr. Sinowitz is an expert in supply management and distribution of broiler chicken for QSRs and other restaurant concepts. He currently ensures the supply chain for over 800 Qdoba locations throughout the United States. His prior experience includes procuring all food items for more than 5,000 KFC locations; supply of food, beverage and packaging for 3,500 Sonic locations; and sourcing for Advantica Restaurant Group, the largest family-style restaurant group in the world, with brands such as El Pollo Loco, Denny's, and Hardee's.

Mr. Sinowitz has a bachelor's degree in Animal Science from New Mexico State University.

### B.    Expected Testimony

#### 1.    Market Conditions, Industry Practices, and Supply Chain

Mr. Sinowitz may testify about the market conditions affecting the prices, sales, negotiations, and supply of broiler chickens throughout the period of the alleged conspiracy, including industry trends with respect to number of suppliers, bird size, costs, geographic distribution in the industry and availability of birds.

O'Melveny

Mr. Sinowitz may also testify about specialized industry practices affecting the prices, sales, negotiations, relationships, and supply of broiler chickens throughout the period of the alleged conspiracy including the use of various pricing models, breeding, distribution practices, allocation practices, animal welfare practices, antibiotics, and industry-wide contractual obligations. Mr. Sinowitz may also testify about information exchange practices among suppliers and QSRs or their distributors in the context of the solicitation and acceptance of bids for supply contracts, covering of supply shortfalls, and post-bid reviews by QSRs and suppliers.

Mr. Sinowitz may also testify about supply chain management for broiler chickens throughout the United States during the period of the alleged conspiracy, including geographic distribution, shipping, consequences of disruptions, practices regarding covering of supply shortages, and the impact on franchise networks.

### 2.     Response to the Government's Evidence

Mr. Sinowitz may testify about evidence offered by witnesses within the scope of his expertise and to address any relevant testimony and/or industry analysis offered by the Government through its witnesses.

## VIII.   Edward A. Snyder

Professor Edward A. Snyder, Ph.D. is an expert in industrial organization economics. A summary of Professor Snyder's qualifications and expected testimony is below. Professor Snyder's expert opinions are based upon (1) his review of relevant communications among Defendants and alleged coconspirators, as well as other market participants; (2) his analysis of data on broiler chicken production and sales produced in discovery; (3) his review of the relevant academic literature; (4) his review of agency guidelines on indicators of price fixing and bid rigging; and (5) his experience and expertise in the field of industrial organization. Professor Snyder is being compensated at an hourly rate of $1,400, and he is being assisted by the staff of Analysis Group, Inc. in this matter.

### A.     Qualifications

Professor Snyder is the William S. Beinecke Professor of Economics and Management at the Yale School of Management. Professor Snyder earned his MA in Public Policy and Ph.D. in Economics from the University of Chicago. He specializes in Industrial Organization, the field of economics that deals most directly with pricing and distribution of products, horizontal interactions among competitors, vertical relationships between buyers and sellers, contracting practices, antitrust enforcement, and government regulation of business. Professor Snyder's Ph.D. thesis focused on price fixing: he examined the U.S. Department of Justice's enforcement of Section 1 of the Sherman Antitrust Act by analyzing over 200 alleged price-fixing conspiracies.

Over his career, Professor Snyder has conducted extensive research on contracting practices and antitrust enforcement, among other topics. He has published over 30 articles

O'Melveny

in journals and books. He partnered with Thomas E. Kauper, Professor of Law Emeritus at the University of Michigan Law School and former Assistant Attorney General for Antitrust, on three scholarly projects on antitrust policy and enforcement. Professor Snyder has also served as an Editor of the Journal of Law and Economics, a highly respected peer-reviewed academic journal that publishes research on the economic analysis of law and industrial organization and antitrust policy, among other topics.

Professor Snyder began his professional career in 1978 as a staff economist with the Antitrust Division of the U.S. Department of Justice, where he worked on antitrust investigations, including allegations of price fixing and bid rigging, in a wide range of product markets. Professor Snyder subsequently held faculty appointments as Dean of the Yale School of Management, Dean of the University of Chicago's Booth School of Business, and Dean of the University of Virginia's Darden School of Business. Professor Snyder's curriculum vitae is attached as Appendix I. Professor Snyder has testified in over 50 matters. A list of matters in which Professor Snyder has provided testimony in the last four years is attached as Appendix J.

### B.   Expected Testimony

Professor Snyder may provide opinions on the topic areas identified below. Because discovery in this matter is still ongoing and Defendants cannot anticipate the evidence the government will produce in discovery or offer in its case-in-chief, Defendants reserve the right to ask Professor Snyder to provide testimony on other topics and to update and further supplement this disclosure as appropriate.

### 1.   The Broiler Chicken Industry

Professor Snyder may provide testimony on the broiler chicken industry, including supply and demand factors and trends in profitability. Professor Snyder may analyze industry characteristics that are most relevant to the allegations, including industry structure, product differentiation, products that are relevant to each segment, supply chain organization, bidding practices, and individual-firm strategies. Regarding the latter, Professor Snyder may explain that suppliers grow birds of different sizes, produce heterogeneous processed products, and sell products to a variety of customers with different businesses and product specifications. Professor Snyder may also testify about the economic incentives that these industry characteristics create for broiler chicken suppliers and their customers, and how those incentives may inform and explain the conduct that forms the basis of the Superseding Indictment.

Professor Snyder may testify about the nature of competition in the broiler chicken industry as a whole and within particular segments of the market. Professor Snyder may provide testimony on inter-competitor sales, suppliers' efforts to efficiently allocate broiler chicken supply across segments, and about suppliers' and buyers' reliance on price as a means of correcting imbalances in profitability across different segments, among other topics. Professor Snyder may explain that suppliers must make investment decisions in the face of uncertainty: they have to accurately predict future trade-offs across many different

O'Melveny

dimensions to make decisions that seek to maximize their profits. And Professor Snyder may testify that price adjustments are a natural and competitive response to changing profitability across segments, and one of the few means available to market participants to maximize allocative efficiency and overall surplus in the broiler chicken market as a whole.

Professor Snyder may also testify to his assessment of whether the attributes of the broiler chicken industry make it difficult to support collusion—including price fixing and bid rigging—during the alleged conspiracy period. Professor Snyder may apply a standard, accepted analytical framework rooted in industrial organization theory that economists use to assess alleged instances of collusion. The criteria under this framework include the number of suppliers, buyer power of large customers, similarities and differences among sellers, and changes in their market shares over time. Professor Snyder may testify that industry conditions are not consistent with the conspiracy the government alleges in the Superseding Indictment.

## 2.   The Challenged Conduct

Professor Snyder may testify about the "episodes" of alleged collusion in the Superseding Indictment, and whether market data and the documentary evidence suggest alternative, non-conspiratorial explanations and motivations for the challenged conduct.

### a.   Information Exchange Between Market Participants

Professor Snyder may testify on the importance and implications of information exchange among broiler chicken industry participants. Specifically, Professor Snyder may explain that information exchange of the type alleged by the government can promote efficient outcomes, especially in light of factors such as product heterogeneity, timeliness of supply, specific investments by suppliers and customers, and market uncertainty. Professor Snyder may also testify to the likelihood that the information exchange alleged by the government would, in fact, promote efficient outcomes by, for example, facilitating more efficient decision-making, helping suppliers to fulfill their obligations on a timely basis, encouraging customer-specific investments, and reducing risks from uncertainty.

Professor Snyder may also testify as to his assessment of whether the characteristics of the broiler chicken industry establish the value of information exchanges among industry participants in improving supply decisions, facilitating matching between suppliers and buyers, enabling risk mitigation, and ensuring the availability of supply to end consumers. Professor Snyder expects to use core principles of industrial organization, the relevant academic literature, and his experience and research to address those issues.

### b.   Refusals to Sell to Competitors

Professor Snyder may provide testimony on the competitive rationale that would motivate a firm not to sell its products to its competitors, or alternatively to selectively decline requests to "cover" for a competitor's inability to meet its supply commitments to a customer. Professor Snyder may also testify on the particular characteristics of the broiler

chicken industry that would make that strategy a successful one as a means for capturing business from incumbents. Professor Snyder may also testify on the extent to which the evidence in the Superseding Indictment is consistent with a firm declining to cover a competitor's "short" because the competitor's prices are viewed as not sustainable, instead of suggesting that a firm in this industry could use a refusal to sell to competitors as a mechanism for monitoring or enforcing an unlawful agreement.

### c.   Declining Requests to Change Product Mix

Professor Snyder may provide testimony on the economic reasons that a firm may decline its customer's request to adjust or augment its product mix, independent of the existence of an unlawful agreement. Professor Snyder may analyze that question within the prism of the broiler chicken industry, and use industry characteristics and established industrial organization principles to assess whether it was in a supplier's independent, rational self-interest to decline a request to change its product mix.

### d.   Passing on Costs to Customers

Professor Snyder may provide testimony on the extent to which rational, profit-maximizing firms seek to pass on costs to customers in the absence of any unlawful collusion. Professor Snyder may draw on principles of industrial organization to testify on whether the characteristics of the broiler chicken industry induce suppliers to pass on costs, such as quality assurance programs imposed by their customers and freezing costs. Professor Snyder may testify that broiler chicken suppliers have economic incentives to pass on their costs to customers where possible, that those incentives would exist in the absence of any unlawful agreement, and that a supplier's success in passing on costs to customers is consistent with how markets operate.

### e.   Circumventing Price Wars

Professor Snyder may provide testimony on "price wars" from an industrial organization perspective, and explain why a profit-maximizing firm may seek to avoid a price "war" with a competitor in the absence of any unlawful agreement on price, output, or any other dimension of competition. Professor Snyder may apply those principles to instances in which a supplier allegedly declined to enter into a price war with competitors, and assess from a principles-based perspective whether the choice not to enter into a price war is consistent with independent, self-interested firm behavior.

### f.   Market Outcomes

Professor Snyder may provide testimony on market outcomes for broiler chicken suppliers and customers, and assess whether from an economic perspective they are (a) consistent with alleged collusion or (b) indicate that suppliers acted independently. Professor Snyder may analyze bids, contracted prices, volumes of output, and communications among industry participants to assess whether these outcomes and communications are more consistent with the alleged collusion or an independent response



to supply and demand conditions. Professor Snyder may testify that the outcomes and communications are not consistent with alleged collusion and instead are consistent with independent decision-making by individual firms.

Professor Snyder may apply standard economic tools such as analyses of market share gains and losses, price changes, benchmarking analyses, and evidence related to the alleged "episodes" of collusion to assess whether the observed outcomes are consistent with alleged price fixing and/or bid rigging, or with independent business responses to market conditions. Professor Snyder may utilize tools used by economists and antitrust authorities—including the DOJ—to detect collusion including the following "screens": whether the observed outcomes benefitted customers; whether the observed outcomes benefitted the participants in the alleged conspiracy (e.g., higher revenues and profits); whether customer-level market shares and prices across all alleged co-conspirators were stable; whether suppliers competed to gain business; whether the documentary evidence indicates a pre-selection of the winning bidders; whether distribution of prices bid by rivals indicates collusion; whether parties to the alleged collusion could monitor adherence to the illegal agreement; and whether there are mechanisms for sharing allegedly collusive profits among co-conspirators, including those who suffered adverse outcomes from the alleged collusion.

### 3.    Response to the Government's Evidence

Depending on the evidence presented by the Government, Professor Snyder may testify about evidence offered by witnesses within the scope of his expertise and address any testimony and/or economic analysis offered by the Government through its witnesses.

O'Melveny

Sincerely,

/s/ *Michael F. Tubach*

Michael F. Tubach

of O'MELVENY & MYERS LLP

cc:     All Counsel of Record

# **Appendix A**

# **Curriculum Vitae of Dr. Pierre Y. Cremieux**

# PIERRE-YVES CREMIEUX, PH.D.
## President

Office: 617 425 8135                                              111 Huntington Avenue
Fax: 617 425 8001                                                          14th Floor
pierre.cremieux@analysisgroup.com                          Boston, MA 02199

Pierre-Yves Cremieux, President of Analysis Group, has a broad range of expertise in health economics, antitrust, statistics, and labor economics. He has consulted to numerous clients in the United States and Canada and testified in bench and jury trials, arbitrations, and administrative proceedings.

Dr. Cremieux has served as an expert and supported other experts in both litigation and non-litigation matters on antitrust issues; general commercial claims; contractual disputes; and a number of labor-related matters in a variety of industries, including high tech, pharmaceuticals, biotech, financial products, consumer products, and commodities. He has assessed the evaluation of damages on a class-wide basis in some of the largest class action matters in recent years.

His scientific research in antitrust economics, class certification, health economics, and statistics has been published in numerous peer-reviewed journals, including the *George Mason Law Review*, the *American Bar Association Economics Committee Newsletter*, *The Review of Economics and Statistics*, the *Journal of Health Economics*, *Industrial and Labor Relations Review*, the *Journal of Clinical Oncology*, and *The American Journal of Managed Care*. Dr. Cremieux's research has been cited in leading media outlets including *The Wall Street Journal* and *Forbes*.

Dr. Cremieux has frequently presented at leading legal, health care, and economics seminars on topics such as antitrust, class certification, health economics, and statistics, in both the United States and Canada. He has also been invited to teach courses on economics, statistics, health care, and antitrust at various schools including McGill University, Boston University, Harvard Medical School, and the Yale School of Management.

Prior to joining Analysis Group in 1997, Dr. Cremieux spent five years as a professor at the University du Québec à Montréal, and served as an adjunct professor from 1997 to 2018.

## EDUCATION

Ph.D.          University of California, Berkeley, CA
               *Areas of Specialization: Industrial Organization and Labor Economics*

M.A.           Economics, University of California, Berkeley, CA

B.A.           Economics, University of Maryland, College Park, MD

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| August 1997–Present | Analysis Group, Boston, MA |
| August 1997–2018 | University du Québec à Montréal, Canada<br>*Adjunct Professor, Department of Economics* |
| June 1992–August 2000 | University du Québec à Montréal, Canada<br>*Assistant and Associate Professor, Department of Economics* |
| September 1987–June 1992 | University of California, Berkeley, CA<br>*Research and Teaching Assistant, Department of Economics* |
| September 1989–June 1990 | San Francisco State University, CA<br>*Lecturer, Department of Economics* |

**SELECTED CASEWORK**

- ***Pharmacyclics, et al. v. Fresenius Kabi USA, LLC, et al.***
  ***Pharmacyclics, et al. v. Alvogen Pine Brook LLC, et al.***
  *United States District Court for the District of Delaware*
  Filed expert reports and provided testimony at deposition and trial on commercial success and the nexus between the economic success of a drug and the inventions disclosed and claimed in asserted patents.

  Drug: Imbruvica

- ***Radio Music License Committee, Inc. v. BMI***
  *United States District Court for the Southern District of New York*
  Filed expert reports and provided deposition testimony on the issue of appropriate licensing fees for performing rights.

- ***In re: Niaspan Antitrust Litigation***
  *United States District Court for the Eastern District of Pennsylvania*
  Filed an expert report and provided deposition testimony on the relevant antitrust market definition and the competitive effects of an alleged reverse-payment settlement.

  Drug: Niaspan

- ***In re: Loestrin 24 FE Antitrust Litigation***
  *United States District Court for the District of Rhode Island*
  Filed expert reports and provided deposition testimony on class certification and damages issues related to alleged reverse-payment settlements and an alleged anticompetitive product switching strategy involving oral contraceptives. Also provided testimony at class certification hearing.

  Drug: Loestrin 24/Minastrin 24

- ***The Hospital Authority of Metropolitan Government of Nashville and Davidson County, Tennessee, d/b/a Nashville General Hospital and American Federation of State, County, and Municipal Employees District Council 37 Health & Security Plan v. Momenta Pharmaceuticals, Inc. and Sandoz Inc.***
  *United States District Court for the Middle District of Tennessee, Nashville Division*
  Filed an expert report and provided deposition testimony on class certification issues related to delayed generic entry. Also provided testimony at class certification hearing.

  Drug: Enoxaparin

- ***Danielle Seaman v. Duke University, et al.***
  *United States District Court for the Middle District of North Carolina, Durham Division*
  Filed expert reports and provided deposition testimony on class certification and damages issues related to an alleged no-poach agreement.

- ***In re: Merck Mumps Vaccine Antitrust Litigation;***
  ***United States of America ex rel, Stephen A. Krahling and Joan Wlochowski v. Merck & Co., Inc.***
  *United States District Court for the Eastern District of Pennsylvania*
  Filed an expert report and provided expert testimony on issues associated with class certification and damages related to alleged falsification of product label data with the intent to maintain a monopoly for mumps vaccine products.

  Drug: Mumps vaccine products

- ***United States of America v. Teva Pharmaceuticals***
  *United States District Court for the Southern District of New York*
  Filed an expert report and provided expert testimony on issues associated with a drug sale in the context of an anti-kickback statute.

  Drugs: Copaxone and Azilect

- ***Federal Trade Commission v. AbbVie, Inc., et al.***
  *United States District Court for the Eastern District of Pennsylvania*
  Filed an expert report and provided deposition testimony on market definition and damages issues related to an alleged sham patent litigation for a topical testosterone replacement therapy.

  Drug: AndroGel

- ***In re: Namenda Direct Purchaser Antitrust Litigation***
  *United States District Court for the Southern District of New York*
  Filed an expert report and provided deposition testimony on class certification related to alleged "reverse-payment" settlements and an alleged anticompetitive product switching strategy involving Alzheimer's disease therapies.

  Drug: Namenda/Namenda XR

- ***Adel Tawfilis, DDS d/b/a Carmel Valley Center for Oral and Maxillofacial Surgery and Hamid A. Towhidian, M.D., individually and on behalf of all others similarly situated, v. Allergan, Inc.***
  *United States District Court for the Central District of California Southern Division*
  Filed an expert report and provided deposition testimony on class certification, market definition, and alleged antitrust issues related to an alleged anticompetitive licensing agreement.

  Drug: Botox Cosmetic

- ***In re: Solodyn Antitrust Litigation***
  *United States District Court for the District of Massachusetts*
  Filed an expert report and provided deposition testimony on class certification related to alleged "reverse-payment" settlements.

  Drug: Solodyn

- ***In re: Disposable Contact Lens Antitrust Litigation***
  *United States District Court for the Middle District of Florida, Jacksonville Division*
  Filed expert reports, provided deposition testimony on class certification and alleged antitrust issues, and provided testimony at class certification hearing.

- ***In re: AndroGel Antitrust Litigation (II)***
  *United States District Court for the Northern District of Georgia, Atlanta Division*
  Filed an expert report and provided deposition testimony on market definition and economic issues related to alleged reverse-payment settlements made for a topical testosterone replacement therapy.

  Drug: AndroGel

- ***Apotex, Inc. and Apotex Corp. v. Kyorin Pharmaceutical Co., LTD. and Allergan, Inc.***
  *United States District Court for the District of Delaware*
  Filed an expert report and provided deposition testimony on market definition, liability, and damages issues related to an alleged anticompetitive product switching strategy involving ophthalmic antibiotic products.

  Drug: Zymar/Zymaxid

- ***Trana Discovery Inc. v. Southern Research Institute***
  *United States District Court for the District of Maryland*
  Filed an expert report and provided deposition testimony on damages issues related to alleged testing errors made in the drug discovery process.

  Drug: HIV compound

- ***Fidia Farmaceutici v. Sanofi-Aventis***
  *Before the Swiss Chambers' Arbitration Institution*
  Filed expert reports and provided testimony at arbitration on a contract dispute involving issues related to marketing and distribution effort on sales of a viscosupplement for treating pain caused by osteoarthritis.

  Drug: Hyalgan

- ***Ischemia Research and Education Foundation, et al. v. Pfizer Inc.***
  *Superior Court of the State of California, County of Santa Clara*
  Filed an expert report and provided trial testimony on observational data.

- ***United States of America v. Pfizer***
  *United States District Court for the District of Massachusetts*
  Filed an expert report and provided deposition testimony addressing the alleged off-label promotion of a second-generation antipsychotic for use in pediatric patients.

  Drug: Geodon

- ***Abbvie v. Biogen Inc.***
  *American Arbitration Association*
  Filed an expert report and provided testimony in arbitration on an alleged breach of contract.

  Drug: Zinbryta

- ***United States of America v. Organon USA, Inc.***
  *United States District Court for the District of Massachusetts*
  Filed an expert report and provided expert testimony on issues associated with drug sales in the context of an anti-kickback statute.

  Drug: Remeron

- ***In re: Wellbutrin XL Antitrust Litigation***
  *United States District Court for the Eastern District of Pennsylvania*
  Filed expert reports and provided deposition testimony on damages issues.

  Drug: Wellbutrin

- ***Takeda Pharmaceuticals U.S.A., Inc. v. Amneal Pharmaceuticals, LLC, Par Pharmaceuticals, Inc., Watson Laboratories, Inc.***
  *United States District Court for the District of Delaware*
  Filed an expert report and provided expert testimony to assess the competitive dynamics and market factors that affect whether a prescription would be filled with the brand or generic versions of a drug.

  Drug: Colcrys

- ***BMI v. Pandora***
  *United States District Court for the District of New York, Second Circuit*
  Filed an expert report and provided expert testimony regarding the issue of appropriate licensing fees for performing rights.

- ***Umpqua Bank, et al. v. Target Corporation***
  *United States District Court for the District of Minnesota*
  Filed an expert report regarding the analysis of class certification issues related to the alleged economic harm to financial institutions associated with a data breach of a major retailer.

- ***Inter City Tire and Auto Center, Inc., et al. v. Michelin North America, Inc.***
  *United States District Court for the District of New Jersey*
  Filed an expert report and provided deposition testimony on issues related to damages.

- ***Warner Chilcott Company, LLC and Warner Chilcott (US), LLC v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.***
  *United States District Court for the District of New Jersey and United States Court of Appeals for the Federal Circuit*
  Filed a declaration on issues related to a proposed preliminary injunction.

  Drug: Atelvia

- **Commercial Radio Tariffs – SOCAN (2011–2013); Re: Sound (2012–2014); CSI (2012–2013); ArtistI (2012–2014); AVLA/SOPROQ (2012–2017)**
  *Copyright Board of Canada*
  Provided expert testimony on the appropriate valuation and allocation of royalty rates in the presence of copyrighted exceptions.

- ***In re: Prograf Antitrust Litigation***
  *United States District Court for the District of Massachusetts*
  Filed an expert report and provided expert testimony on class certification issues.

  Drug: Prograf

- ***Mylan Pharmaceuticals Inc., et al. v. Warner Chilcott Public Limited Company, et al.***
  *United States District Court for the Eastern District of Pennsylvania*
  Filed an expert report and provided expert testimony on class certification issues.

  Drug: Doryx

- ***Janssen Pharmaceutical Inc. v. The Minister of Health and Apotex Inc.***
  *Federal Court of Canada*
  Filed an expert report involving statistical analyses relating to a patent infringement dispute.

  Drug: Ortho Try-Cyclen Lo

- ***Janssen Pharmaceutical Inc. v. Lupin Pharmaceuticals Inc.***
  *United States District Court for the District of New Jersey*
  Provided expert testimony in a dispute associated with the generic entry of oral contraceptives.

  Drug: Ortho Try-Cyclen Lo

- ***SODRAC v. CBC***
  *Copyright Board of Canada*
  Filed four expert reports and provided expert testimony on how to account for balance, technological neutrality, and the relative value of the different types of copies in valuation of reproduction copyright.

- ***In re: TFT-LCD (Flat Panel) Antitrust Litigation***
  *United States District Court for the Northern District of California, San Francisco Division*
  Provided expert testimony on liability- and damages-related issues associated with price-fixing allegations.

- ***In re: TFT-LCD (Flat Panel) Antitrust Litigation***
  *United States District Court for the Northern District of California, San Francisco Division*
  Supported expert analysis of class certification issues and damages related to price-fixing allegations.

- ***In re: Modafinil Antitrust Litigation***
  *United States District Court for the Eastern District of Pennsylvania*
  Supported an expert in the analysis of liability issues.

  Drug: Modafinil

- ***WPIX Inc., et al. v. Broadcast Music Inc.***
  *United States District Court for the Southern District of New York*
  Provided expert testimony on reasonable music license rates for local broadcast television.

- ***In re: Metoprolol Succinate End-Payor Antitrust Litigation***
  *United States District Court for the District of Delaware*
  Provided expert testimony on class certification issues.

  Drug: Metoprolol Succinate

- ***Bone Care International LLC and Genzyme Corporation v. Sandoz Inc. and Eagle Pharmaceuticals Inc.***
  *United States District Court for the District of Delaware*
  Filed an expert report and provided expert testimony on statistical issues related to a patent infringement dispute.

  Drug: Hectorol

- ***Apotex Inc. v. H. Lundbeck A/S***
  *Federal Court of Canada*
  Filed an expert report and provided expert testimony on the calculation of damages from patent infringement.

  Drug: Cipralex (Escitalopram)

- ***Schering Corporation and MSP Singapore Company LLC v. Mylan Pharmaceuticals Inc. and Mylan Inc.***
  *United States District Court for the District of New Jersey*
  Filed an expert report on antitrust liability and damages.

  Drug: Vytorin and Zetia

- ***Genpharm ULC, Apotex Inc., and Cobalt Pharmaceuticals Inc. v. Lundbeck Canada Inc.***
  *Canadian Federal Court of Appeal*
  Filed an expert report and provided expert testimony on the impact of generic entry prior to scheduled patent expiry.

  Drug: Cipralex (Escitalopram)

- ***Flonase Antitrust Litigation (All Actions) and Roxane Laboratories Inc. v. SmithKline Beecham Corp. d/b/a GlaxoSmithKline***
  *United States District Court for the Eastern District of Pennsylvania*
  Provided expert testimony on liability and damages issues associated with allegations relating to delayed generic entry.

  Drug: Flonase

- ***In re: Nexium Antitrust Litigation***
  *United States District Court for the District of Massachusetts*
  Supported an expert in the analysis of indirect purchaser class certification issues and damages.

  Drug: Nexium

- ***Ortho-Clinical Diagnostics Inc. v. Abbott Japan Co. Ltd.***
  *Japan Intellectual Property High Court, 4th Department*
  Filed an expert report on the statistical analysis of experimental results about antigen antibody binding in a patent invalidation dispute.

- ***Ortho-McNeil Pharmaceutical Inc. v. Watson Laboratories, Sandoz Inc., Lupin Pharmaceuticals Inc., and Lupin Ltd.***
  *United States District Court for the District of New Jersey*
  Filed an expert report and provided expert testimony in a dispute associated with the generic entry of oral contraceptives.

  Drug: Ortho Try-Cyclen Lo

- ***Hawaii Structural Ironworkers Pension Trust Fund v. Calpine Corporation***
  *Superior Court of the State of California, County of Santa Clara*
  Filed an expert report in the analysis of class certification issues in a Section 11 securities fraud litigation.

- ***Advanced Micro Devices Inc. and AMD International Sales and Service LTD. v. Intel Corporation and Intel Kabushiki Kaisha***
  *United States District Court for the District of Delaware*
  Supported multiple experts in the analysis of claims of anticompetitive behavior, including exclusionary conduct and monopolization.

- ***Pat Cason-Merenda and Jeffrey, et al. v. Detroit Medical Center, et al.***
  *United States District Court for the Eastern District of Michigan, Southern Division*
  Supported an expert in the analysis of class certification issues related to allegations of monopsony power.

- ***Discover Financial Services, DFS Services, and Discover Bank v. Visa U.S.A. Inc., et al.* and *American Express Travel Related Services Company Inc. v. Visa U.S.A. Inc., et al.***
  *United States District Court for the Southern District of New York*
  Supported multiple experts on liability, damages, and industry issues associated with an allegation of anticompetitive behavior.

- ***Louisiana Wholesale Drug Co. Inc. v. Sanofi-Aventis, Sanofi-Aventis U.S. LLC, and Aventis Pharmaceuticals Inc.***
  *United States District Court for the Southern District of New York*
  Provided expert testimony on liability and damages issues associated with allegations relating to delayed generic entry.

  Drug: Arava (Leflunomide)

- ***In re: Katrina Canal Breaches Consolidated Litigation***
  *United States District Court for the Western District of Texas*
  Supported an expert in the analysis of class certification issues related to alleged breach of duty with respect to damages from Hurricane Katrina.

- ***In re: Vioxx Third Party Payor Litigation***
  *Supreme Court for the State of New Jersey*
  Supported an expert in the analysis of class certification issues related to alleged adverse side effects of an overpayment for the drug.

  Drug: Vioxx

- ***Class Action v. Audit Bureau of Circulation***
  *Ontario Superior Court of Justice*
  Provided expert testimony in the analysis of class certification related to alleged fraud.

- ***In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation***
  *United States District Court for the Northern District of California, San Francisco Division*
  Supported an expert in conducting meta-analyses of clinical trials data to assess the cardiovascular safety profile of Celebrex.

  Drug: Bextra and Celebrex

- ***In re: NUI Securities, et al.***
  *United States District Court for the District of New Jersey*
  Provided damages analysis in a Rule 10b-5 securities fraud litigation.

- ***James Rizzi v. John Szoke Graphics Inc.***
  *Arbitration*
  Filed an expert report on alleged breach of contract.

- ***Axiom Plastics Inc. v. E.I. DuPont Canada Company***
  *Ontario Superior Court of Justice*
  Supported an expert in the analysis of class certification issues related to alleged price-fixing.

- ***In re: Royal Ahold Class Action***
  *United States District Court for the District of Maryland*
  Supported an expert and provided assistance in the settlement discussions in a class action stemming from the grocery conglomerate's accounting restatement.

- ***Conroy v. 3M Company***
  *United States District Court for Northern District of California*
  Supported an expert in the analysis of indirect purchaser class certification issues related to branded and private label adhesive products.

- ***Bluegreen Corporation v. David A. Siegel* and *David A. Siegel v. Bluegreen Corporation***
  *United States District Court for the Southern District of Florida*
  Supported an expert in the analysis of the economic, financial, and corporate governance implications of the adoption, by the Board of Directors of Bluegreen Corporation, of a shareholder rights plan.

- ***Bracco Diagnostics Inc. v. Amersham Health Inc., Amersham Health AS, and Amersham plc.***
  *United States District Court for the District of New Jersey*
  Supported an expert in the analysis of clinical trials examining the relative efficacy of two agents.

  Drugs: Iodixanol and Iohexol

- ***Heidi Turner Namiot v. Swiss Re Financial Product Corp***
  *United States District Court for the Southern District of New York*
  Filed expert report on issues related to termination.

- ***Ortho Biotech Products LP v. Amgen Inc. and Amgen USA Inc.***
  *United States District Court for the District of New Jersey*
  Provided expert testimony on the relative cost and efficacy of two leading erythropoietic agents in an antitrust case.

  Drug: Erythropoietin

- *In re: Insurance Brokerage Antitrust Litigation*
  *United States District Court for the District of New Jersey*
  Supported an expert in the analysis of class certification issues related to alleged anticompetitive acts in the commercial insurance industry.

- **California State Auditor's Office**
  Drafted a report to the California State Auditor on the "cost-effectiveness and quality of health care in California State Prisons."

- *Farmers Cooperative Elevator Co., et al. v. Akzo Nobel Inc., et al.*
  *Iowa District Court for Carroll County*
  Supported an expert in the analysis of indirect purchaser class certification issues related to alleged price-fixing of vitamin products.

- *In re: NBR Antitrust Litigation*
  *United States District Court for the Western District of Pennsylvania*
  Supported an expert in the analysis of class certification issues related to alleged price-fixing and market allocation of acrylonitrile butadiene rubber.

- *Paymaster Technologies v. United States of America*
  *United States Court of Federal Claims*
  Provided expert testimony in an intellectual property dispute.

- *Ortho-McNeil Pharmaceutical Inc. v. Barr Laboratories Inc.*
  *United States District Court for the District of New Jersey*
  Provided expert testimony in a dispute associated with the generic entry of oral contraceptives.

  Drug: Ortho Try-Cyclen Lo

- *In re: Microsoft I-V Cases*
  *Superior Court of the State of California for the City and County of San Francisco* Supported several experts in an analysis of potential damages resulting from alleged anticompetitive acts.

- *Kellogg Company v. BASF AG, et al.*
  *United States District Court for the District of Columbia*
  Supported an expert in an analysis of potential damages resulting from alleged anticompetitive acts.

- *United States of America v. Hoyts Cinemas Corporation and National Amusements Inc.*
  *United States District Court for the District of Massachusetts*
  Provided expert testimony on an alleged violation of the Americans with Disabilities Act.

- *Susan Douglass v. Ernst & Young LLP*
  *United States District Court for the District of Massachusetts*
  Provided expert testimony on damages associated with allegations of illegal termination.

- *Dr. Ben S. Branch, Trustee of Bank of New England Corporation v. Federal Deposit Insurance Corporation as Receiver of New Bank of New England, N.A., et al.*
  *United States District Court for the District of Massachusetts*
  Provided financial and economic analysis of the probability of bank failure using econometric and statistical analysis.

- ***In re: Brand Name Prescription Drugs Antitrust Litigation***
  *United States District Court for the Northern District of Illinois*
  Supported an expert in the analysis of potential damages associated with allegations of anticompetitive acts.

- ***Iain Fraser, et al. v. Major League Soccer LLC, et al.***
  *United States District Court for the District of Massachusetts*
  Supported an expert in the analysis of the potential impact of anticompetitive acts.

- ***Fitzpatrick v. Medical Resources Inc.***
  *Massachusetts Commission Against Discrimination*
  Provided statistical and econometric analysis of earnings levels and employment probability.

- ***Mr. Guecia v. Roman Catholic Archbishop of Boston, A Corporation Sole***
  *United States Superior Court of the State of Massachusetts for the County of Suffolk*
  Provided expert testimony on damages resulting from allegations of abuse (Pro bono).

- ***In re: Food and Drug Administration***
  Testified before the FDA as part of a labeling change.

- ***In re: Québec Assemblée Nationale***
  Testified before a House Committee on pharmaceutical pricing.

- ***In re: Food and Drug Administration***
  Testified before the FDA as part of a labeling request.

- ***In re: Québec Assemblée Nationale***
  Testified before a House committee on tobacco legislation.

- ***In re: Canadian House of Commons***
  Testified before a House committee on unemployment insurance.

- ***In re: Health Care Financing Administration***
  Testified before the HCFA as part of a cost-benefit analysis.


## ARTICLES & PUBLICATIONS

**Antitrust and Class Certification**

"A Commissioners' History of Cartel Enforcement in Europe: Multidimensional Comparison of Administrations," Antoine Chapsal, Pierre Y. Cremieux, Jon Freimark, and Emmanuel Frot, *Journal of European Competition Law & Practice*; 11 (5–6): 302–308 (May–June 2020)

"Brief of Antitrust Law and Business School Professors, and Economists as Amici Curiae before the Supreme Court of the United States, National Football League, et al. v. Ninth Inning, Inc., et al.," Signatory; No. 19-1098 (April 8, 2020)

"Brief of Antitrust Economists as Amici Curiae before the United States Court of Appeals for the 5th Circuit, Impax Laboratories, Inc. v. Federal Trade Commission," Signatory; No. 19-60394 (October 10, 2019)

"Fiscal state aid: are US companies being unfairly targeted?" Pierre-Yves Cremieux, Marc Van Audenrode, and Dave Mishol, *Global Competition Review* (January 5, 2018)

"Calculating damages in price-fixing cases in the United States, Canada, and the European Union," Pierre-Yves Cremieux, Marissa Ginn, and Marc Van Audenrode, *American Bar Association, Section of Litigation, Class Actions and Derivative Suits Litigation Committee* (May 1, 2017)

"A Comparison of Damage Theories in Price-Fixing Cases in the United States, Canada, and the European Union," Pierre-Yves Cremieux, Marissa Ginn, and Marc Van Audenrode, *American Bar Association, Section of Litigation, Class Actions and Derivative Suits Litigation Committee* (January 31, 2017)

"Enforcement of Anti-collusion Laws Against Domestic and Foreign Firms," Pierre-Yves Cremieux and Edward A. Snyder, *Journal of Law and Economics*; 59 (4): 775–803 (November 2016)

"Reverse Payments & Stock Prices: Smoking Gun or Damp Squib?" Pierre-Yves Cremieux, Ted Davis, Mark J. Lewis, and Paul E. Greenberg, *Law360* (August 24, 2016)

"Stock Prices Aren't Enough for 'Rule of Reason' Analysis," Pierre-Yves Cremieux, Ted Davis, Mark J. Lewis, and Paul E. Greenberg, *Law360,* (July 16, 2016)

"Use and Abuse: The Myth of Divided Antitrust Economics," Pierre-Yves Cremieux and Aaron Yeater, *Global Antitrust Economics, Current Issues in Antitrust and Law & Economics*; D. Ginsburg, J. Wright: New York; Quality Books, Inc.; 15–21 (2016)

"Brief of Antitrust Economists as Amici Curiae before the United States Court of Appeals for the 1st Circuit, In re: Loestrin 24 Fe Antitrust Litigation," Signatory; No. 14-2071, 15-1250; MDL No. 13-2474-S-PAS (D.R.I. Sept. 4, 2014) (August 27, 2015)

"Average Overcharge Models and Determining Individual Harm in Collective Actions," Pierre-Yves Cremieux, Mark Lewis, and Dov Rothman, *Concurrences;* No. 2 (2015)

"Brief of Antitrust Economists as Amici Curiae before the United States Court of Appeals for the 3rd Circuit, King Drug Company of Florence, Inc., et al. v. SmithKline Beecham Corporation, et al.," Signatory; No. 14–1243 (June 3, 2014)

"Applying Econometric Methods to Address Class Certification," Pierre-Yves Cremieux, Adam Decter, Henry McFarland, Philip Nelson, Dov Rothman, and David Smith, in *Econometrics: Legal, Practical and Technical Issues (Second Edition),* American Bar Association Antitrust Law Section, (March 2014)

"Brief of Antitrust Economists as Amici Curiae before the Supreme Court of the United States, Federal Trade Commission v. Actavis Inc. et al.," Signatory; No. 12–416 (February 28, 2013)

"The Role of Experts in Antitrust Class Certification," Pierre-Yves Cremieux, George Kosicki, and Tammy Sisitsky, *Antitrust Class Actions Handbook* (2010)

"A New Approach to Antitrust Class Certification," Pierre-Yves Cremieux, Ian Simmons, and Edward A. Snyder, *Law 360* (June 14, 2010)

"Proof of Common Impact in Antitrust Litigation: The Value of Regression Analysis," Pierre-Yves Cremieux, Ian Simmons, and Edward A. Snyder, *George Mason Law Review*; 17 (2010)

"Assessing Conflict, Impact, and Common Methods of Proof in Intermediate Indirect-Purchaser Class Action Litigation," Pierre-Yves Cremieux, Adam Decter, Steven Herscovici, and Robert Mascola, *American Bar Association Economics Committee Newsletter*; 6 (1): 4–10 (2006)

## Health

"Improved Outcomes with High-Dose Isoniazid in Multidrug-Resistant Tuberculosis Treatment in Haiti," Kathleen F. Walsh, Stalz Charles Vilbrun, Ariadne Souroutzidis, Sobieskye Delva, Guy Joissaint, Laurent Mathurin, Oksana Ocheretina, Pierre-Yves Cremieux, Jean William Pape, Serena P. Koenig, *Clinical Infectious Diseases*; 69 (4): 717–19 (2019)

"Characteristics and Psychological Consequences of Sexual Assault in Haiti," with Marie M. Deschamps, Harry Theodore, Marie Irdnie Christophe, Ariadne Souroutzidis, Mark Meiselbach, Tatiana Bell, Christian Perodin, Stravinsky Anglade, Jessy Devieux, Pierre-Yves Cremieux, and Jean W. Pape, *Violence and Gender*; 6 (2): 124–130 (2019)

"Diagnostic Yield of Active Case Finding for Tuberculosis and HIV at the Household Level in Slums in Haiti," Vanessa R. Rivera, Marc Antoine Jean Juste, Samantha Gluck, Harrison Reeder, Jeanwilkins Sainristil, Pierrot Julma, Mireille Peck, Patrice Joseph, Oksana Ocheretina, Christian Perodin, Rode Secours, Maria Duran-Menduciti, Lauren Hashiguchi, Pierre-Yves Cremieux, Serena P. Koenig, and Jean W. Pape, *The International Journal of Tuberculosis and Lung Disease*; 21 (11): 1140–1146 (2017)

"Retention in Care Among Patients With Early HIV Disease in Haiti," Kelly A. Hennessey, Taina Dadaille Leger, Vanessa R. Rivera, Adias Marcelin, Margaret L. McNairy, Colette Guiteau, Jessy G. Devieux, Yvel Marcelin, Benedict Charles, Pierre-Yves Cremieux, Serena P. Koenig, and Jean W. Pape, *Journal of the International Association of Providers of AIDS Care*; 16 (6): 523–526 (2017)

"Health Services Utilization Among Fee for Service Medicare and Medicaid Patients Under Age 65 with Behavioral Health Illness at an Urban Safety Net Hospital," Ramon S. Cancino, Brian W. Jack; John Jarvis, Alice Kate Cummings, Ellie Cooper, Pierre-Yves Cremieux, and James F. Burgess, Jr., *Journal of Managed Care & Specialty Pharmacy*; 23 (7): 781–788 (2017)

"Same-Day HIV Testing with Initiation of Antiretroviral Therapy versus Standard Care for Persons Living with HIV: a Randomized Unblinded Trial," Serena P. Koenig, Nancy Dorvil, Jessy G. Dévieux, Bethany L. Hedt-Gauthier, Cynthia Riviere, Mikerlyne Faustin, Kerlyne Lavoile, Christian Perodin, Alexandra Apollon, Limathe Duverger, Margaret L. McNairy, Kelly A. Hennessey, Ariadne Souroutzidis, Pierre-Yves Cremieux, Patrice Severe, and Jean W. Pape, *PLOS Medicine*; 14 (7): e1002357 (2017)

"Learning From Social Media For Adverse Event Reporting," Mei Sheng Duh, Brian Ellman, Marc Van Audenrode, Paul Greenberg, and Pierre-Yves Cremieux, *Law360* (May 23, 2017)

"Can Social Media Data Lead to Earlier Detection of Drug-Related Adverse Events?" Mei Sheng Duh, Pierre-Yves Cremieux, Marc Van Audenrode, Francis Vekeman, Paul Karner, Haimin Zhang, and Paul Greenberg, *Pharmacoepidemiology & Drug Safety*; 25 (12): 1425–1433 (2016)

"An Analysis of the Economic Impact of the Mirebalais National Teaching Hospital on the Haitian Economy: An Input-Output Approach," Michel-Ange Pantal, Peterson Abnis I. Faure, Jean-Gregory Jerome, Jean-Claude Mugunga, Markus Von Wartburg, Matthew Peckarsky, Marc Van Audenrode, and Pierre-Yves Cremieux, *Journal of Eastern Caribbean Studies*; 40 (3): 234–250 (2015)

"A Second Look at the Association between Gender and Mortality on Antiretroviral Therapy," Serena Koenig, Alexandra Bornstein, Karine Severe, Elizabeth Fox, Jessy Devieux, Patrice Severe, Patrice Joseph, Adias Marcelin, Dgndy Alexandre Bright, Ngoc Pham, Pierre-Yves Cremieux, and Jean William Pape, *PLOS One*; 10 (11): e0142101 (2015)

"Policy Makers' Views of Obesity-Related Challenges Around the World," Pierre-Yves Cremieux, *PharmacoEconomics;* 33 (7): 619–628 (July 2015)

"For a Step Change to Curb the Obesity Epidemic," Christian Frois and Pierre-Yves Cremieux, *PharmacoEconomics;* 33 (7): 613–617 (July 2015)

"Gap Between Evidence and Patient Access: Policy Implications for Bariatric and Metabolic Surgery in the Treatment of Obesity and its Complications," Amarpreet Chawla, Chia-Wen Hsiao, Martha Romney, Ricardo Cohen, Francesco Rubino, Philip Schauer, and Pierre-Yves Cremieux, *PharmacoEconomics*; 33 (7): 629–641 (July 2015)

"Superior Outcomes and Lower Outpatient Costs with Scale-up of Antiretroviral Therapy at the GHESKIO Clinic in Port-au-Prince, Haiti," Cynthia Riviere, Elizabeth Faust, Thane Miller, Eduard J Beck, Elaine Baruwa, Patrice Severe, Karine Severe, Claudia Thomas Riché, Rachelle Cassagnol, Sidney Atwood, Morgan Esperance, Lauren Webster, Pierre-Yves Cremieux, Jean William Pape, and Serena P Koenig, *Journal of Acquired Immune Deficiency Syndromes*; 66 (4): e:72–9 (2014)

"Weighing the Economic Impact and Clinical Benefits of Bariatric Surgery in Morbidly Obese Patients with Diabetes: A Review," Pierre-Yves Cremieux, Sara Eapen, Stephen Trask, and Arindam Ghosh, *Canadian Journal of Diabetes* (2011)

"Weighing the Benefits: The Economics of Obesity Surgery," John Dawson, Pierre-Yves Cremieux, and Arindam Ghosh, *Contingencies* (2010)

"Economic Impact of the Clinical Benefits of Bariatric Surgery in Diabetes Patients With BMI ≥35kg/m2," Samuel Klein, Arindam Ghosh, Pierre Y. Cremieux, Sara Eapen, and Tamara J. McGavock, *Obesity* (2010)

"Methodological Issues in a Meta-Analysis," Letter to the Editor, *Hepatology*; 52 (1): 395–397 (2010)

"The impact of bariatric surgery on comorbidities and medication use among obese patients," Pierre-Yves Cremieux, Severine Ledoux, Christine Clerici, Francois Cremieux, and Marric Buessing, *Obesity Surgery*; 20 (7): 861–870 (2010)

"Assessing The Relationship Between Compliance With Antidepressant Therapy And Employer Costs Among Employees In The United States," Howard Birnbaum, Rym Ben-Hamadi, David Kelley, Matthew Hsieh, Brian Seal, Evan Kantor, Pierre Y. Cremieux, and Paul E. Greenberg, *Journal of Occupational and Environmental Medicine*; 52 (2): 115–124 (2010)

"Exact and efficient inference procedure for meta-analysis and its application to the analysis of 2x2 tables with all available data but with artificial continuity correction," Lu Tian, Tianxi Cai, Marc A. Pfeffer, Nikita Piankov, Pierre-Yves Cremieux, and L. J. Wei, *Biostatistics*; 10: 275–281 (2009)

"Hospital Performance in a Non-Competitive Environment," Daniel Bilodeau, Pierre-Yves Cremieux, and Pierre Ouellette, *Applied Economics*; 41 (2-6): 459–468 (2009)

"Economic impact of multiple sclerosis disease-modifying drugs in an employed population: direct and indirect costs," Howard G. Birnbaum, Jasmina I. Ivanova, Seth Samuels, Matthew Davis, Pierre Y. Cremieux, Amy L. Phillips, and Dennis Meletiche, *Current Medical Research and Opinion*; 25 (4): 869–877 (2009)

"A Study on the Economic Impact of Bariatric Surgery," Pierre-Yves Cremieux, Henry Buchwald, Scott Shikora, Arindam Ghosh, Elaine Yang, and Marric Buessing, *American Journal of Managed Care*; 14 (9): 589–597 (2008)

*Pierre-Yves Cremieux, Ph.D., Page 15 of 23*

"The Economic Consequences of Generic Substitution for Antiepileptic Drugs in a Public Payer Setting: The Case of Lamotrigine," Mei Sheng Duh, Frederick Andermann, Pierre Emmanuel Paradis, Jennifer Weiner, Ranjani Manjunath, and Pierre-Yves Cremieux, *Disease Management*; 10 (4): 216–25 (2007)

"The Economic Impact of a Partnership Measurement Model of Disease Management: Improving Cardiovascular Outcomes in Nova Scotia," Pierre-Yves Cremieux, Pierre Fortin, Marie-Claude Meilleur, Terrence Montague, and Jimmy Royer, *Healthcare Quarterly*; 10 (2): 36–44 (2007)

"Do Drugs Reduce Utilization of Other Health Care Resources?" Pierre-Yves Cremieux, Pierre Ouellette, and Patrick Petit, *Pharmacoeconomics*; 25 (3): 209–21 (2007)

"The Value of Antihypertensive Drugs: A Perspective on Medical Innovation," David Cutler, Genia Long, Ernst Berndt, Jimmy Royer, Andrée-Anne Fournier, Alicia Sasser, and Pierre-Yves Cremieux, *Health Affairs*; 26 (1): 97–110 (2007)

"Pharmaceutical Spending and Health Outcomes," Pierre-Yves Cremieux, Denise Jarvinen, Philip Merrigan, and Genia Long, *Pharmaceutical Innovation: Incentives, Competition and Cost-Benefit Analysis in International Perspective;* Frank A. Sloan and Chee-Ruey Hsieh (Ed.), Cambridge University Press, New York (2007)

"Relationship Between Hemoglobin Level and Quality of Life in Anemic Patients with Chronic Kidney Disease Receiving Epoetin Alfa," Patrick Lefebvre, Francis Vekeman, Brenda Sarokhan, Christopher Enny, Robert Provenzano, and Pierre-Yves Cremieux, *Current Medical Research and Opinions*; 22: 1929–37 (2006)

"Les tendances dans la consommation de médicaments au Canada de 1994 à 2002 : Une analyse descriptive," Pierre-Yves Cremieux, Dominique Latremouille-Viau, Philip Merrigan, and Pierre Ouellette, *Le Point en administration de la santé et des services sociaux* ; 2 (2): 24–29 (2006)

"The Relative Dosing of Epoetin Alfa and Darbepoetin Alfa in Chronic Kidney Disease," Pierre-Yves Cremieux, Marc Van Audenrode, and Patrick Lefebvre, *Current Medical Research and Opinion*; 22 (12): 2329–36 (2006)

"Dose Conversion and Cost Effectiveness of Erythropoietic Therapies in Chemotherapy-related Anemia: A Canadian Application," Pierre-Yves Cremieux, Francis Vekeman, and Patrick Lefebvre, *Journal of Oncology Pharmacy Practice*; 12: 1–14 (2006)

"L'impact des dépenses en médicaments sur les coûts de santé et l'état de santé des populations," Pierre-Yves Cremieux, *Les Cahiers du Geirso*; 1 (4): 88–102 (2005)

"Dose Conversion and Cost-Effectiveness of Erythropoietic Therapies in Chemotherapy-related Anemia: A Meta-Analysis," James Rosberg, Rym Ben-Hamadi, Pierre-Yves Cremieux, John Fastenau, and Catherine Piech, *Clinical Drug Investigation*; 25 (1): 33–48 (2005)

"Hospital Cost Flexibility in the Presence of Many Outputs: A Public-Private Comparison," Pierre-Yves Cremieux, Pierre Ouellette, François Rimbaud, and Stéphane Vigeant, *Health Care Management Science*; 8: 111–22 (2005)

"Relationship Between Hemoglobin Levels and Quality of Life During Radiation Therapy Plus Concomitant or Sequential Chemotherapy in Patients with Cancer and Anemia Treated with Epoetin Alfa," Daniel Shasha, Pierre-Yves Cremieux, and Louis Harrison, *Journal of the National Comprehensive Cancer Network*; 2 (5): 509–17 (2004)

"Cost-Minimization Analysis of Once-Weekly vs. Thrice-Weekly Epoetin Alfa for Chemotherapy-Related Anemia," Pierre-Yves Cremieux, John Fastenau, George Kosicki, Catherine Piech, and A. Mark Fendrick, *Journal of Managed Care Pharmacy*; 531–37 (2004)

"Incidence and Costs of Accidents Among Attention-Deficit/Hyperactive Disorder Patients," Andrine Swensen, Howard Birnbaum, Rym Ben-Hamadi, Paul Greenberg, Pierre-Yves Cremieux, and Kristina Secnik, *Journal of Adolescent Health*; 35 (4): 346–47 (2004)

"Public and Private Pharmaceutical Spending as Determinants of Health Outcomes in Canada," Pierre-Yves Cremieux, Marie-Claude Meilleur, Pierre Ouellette, Patrick Petit, Martin Zelder, and Ken Potvin, *Health Economics*; 14: 107–16 (2004)

"Measuring Hospital Efficiency in the Presence of Quasi-Fixed Inputs: An Analysis of Quebec Hospitals," Daniel Bilodeau, Pierre-Yves Cremieux, Brigitte Jaumard, Pierre Ouellette, and Tsévi Vovor, *Journal of Productivity Analysis*; 21 (2): 183–99 (2004)

"Cost Effectiveness of rHuEPO in Oncology," Pierre-Yves Cremieux, Ellison Dial, Mark Gustafson, Brenda Sarokhan, and Mitchell Slavin, *Recombinant Human Erythropoietin (rhEPO) in Clinical Oncology: Scientific and Clinical Aspects of Anemia in Cancer*, M.R. Nowrousian (Ed.), Springer Wien, New York (2002)

"Hospital Technology in a Non-Market Health Care System," Daniel Bilodeau, Pierre-Yves Cremieux, and Pierre Ouellette, *Southern Economic Journal*; 68 (3): 511–29 (2002)

"Relationship Between Changes in Hemoglobin Level and Quality of Life During Chemotherapy in Anemic Cancer Patients Receiving Epoetin Alfa Therapy," Jeffrey Crawford, David Cella, Charles Cleeland, Pierre-Yves Cremieux, George Demetri, Brenda Sarokhan, Mitchell Slavin, and John Glaspy, *Cancer*; 95 (4): 888–95 (2002)

"Statistical Explanations for a Community-Based Study of Once-Weekly Epoetin Alfa Therapy in Patients Receiving Chemotherapy," Janice Gabrilove, Brenda Sarokhan, and Pierre-Yves Cremieux, *Journal of Clinical Oncology*; 20 (11): 2757–58 (2002)

"The costs of cancer: cancer-related conditions can add dramatically to overall costs of care," Pierre-Yves Cremieux, Mitchell Slavin, A. Mark Fendrick, Tom Hiriak, and George Kosicki, *Journal of Managed Care Medicine*; 5 (12): 8–12 (2001)

"Anemia-Related Costs for Cancer Patients," Arnold Barnett, Pierre-Yves Cremieux, A. Mark Fendrick, Martine George, and Mitchell Slavin, *Journal of Managed Care Medicine*; 5 (12): 14–16 (2001)

"L'évolution du régime d'assurance-médicament," Jean-Pierre Bluteau, Pierre-Yves Cremieux, and Pierre Ouellette, *Annuaire du Québec*; Éditions Fides (2001)

"Pharmaceutical Spending and Health Outcomes in the United States," Pierre-Yves Cremieux, Pierre Ouellette, Marie-Claude Meilleur, Stephanie Leong, Paul Greenberg, and Howard Birnbaum, *Investing in Health: The Social and Economic Benefits of Health Care Innovation*, I. Farquar, K. Summers, and A. Sorkin, (Ed.), Elsevier Science, New York, NY (2001)

"L'évaluation de l'efficience budgétaire des CLSC au Québec à partir de la méthode DEA," Pierre-Yves Cremieux, Denis Gadbois, Brigitte Jaumard, Pierre Ouellette, and Tsévi Vovor, *L'Actualité Économique*; 77 (3): 409–24 (2001)

"Omitted Variable Bias and Hospital Costs," Pierre-Yves Cremieux and Pierre Ouellette, *Journal of Health Economics*; 20 (2): 271–83 (2001)

"Actual and Perceived Impacts of Tobacco Regulation on Restaurants and Firms," Pierre-Yves Cremieux and Pierre Ouellette, *Tobacco Control*; 10: 33–7 (2001)

"Understanding the Pharmacoeconomic Profile of Cancer," Howard Birnbaum, Pierre-Yves Cremieux, and Paul Greenberg, *ONE: Oncology Economics*; 1 (10): 36–9 (2000)

"Dépenses de santé, indicateurs de santé et impact de nouvelles pharmacothérapies," Pierre-Yves Cremieux, Jacques LeLorier, and Pierre Ouellette, report to the Commission of Social Affairs, Quebec National Assembly (February 15, 2000)

"Diagnosing the Illness," Pierre-Yves Cremieux and Pierre Ouellette *Policy Options*; 12 (4): 12–4 (2000)

"Costs Associated with Anemia and Cancer," Pierre-Yves Cremieux, Matthew Gubens, Michael Holland, and Mitchell Slavin, *ONE: Oncology Economics*; 1 (11): 1–7 (2000)

"Management of Major Depression in the Workplace: Impact on Employee Work Loss," Howard Birnbaum, Pierre-Yves Cremieux, Paul Greenberg, and Ronald Kessler, *Disease Management and Health Outcomes*; 7 (3): 163–71 (2000)

"Cost of Outpatient Blood Transfusion in Cancer Patients," Pierre-Yves Cremieux, Barbara Barrett, Kenneth Anderson, and Mitchell Slavin, *Journal of Clinical Oncology*; 18 (14): 2755–61 (2000)

"The Costs of Cancer to a Major Employer in the United States: A Case-Control Analysis," Arnold Barnett, Howard Birnbaum, Pierre-Yves Cremieux, A. Mark Fendrick, and Mitchell Slavin, *American Journal of Managed Care*; 6 (11): 1243–51 (2000)

"Hospital Cost Function in a Non-Market Health Care System," Daniel Bilodeau, Pierre-Yves Cremieux, and Pierre Ouellette, *The Review of Economics and Statistics*; 82 (3): 1–11 (2000)

"Using Health Care Claims Data for Outcomes Research and Pharmacoeconomic Analyses," Howard Birnbaum, Pierre-Yves Cremieux, Paul Greenberg, Jacques LeLorier, JoAnn Ostrander, and Laura Venditti, *Pharmacoeconomics*; 16 (1): 1–8 (1999)

"Public and Private Health Care Spending as Determinants of Health Outcomes," Pierre-Yves Cremieux, Pierre Ouellette, and Caroline Pilon, *Health Economics*; 8: 627–39 (1999)

"Cost-Effectiveness, Quality-Adjusted Life Years, and Supportive Care: Recombinant Human Erythropoietin as Treatment of Cancer-Associated Anemia," Pierre-Yves Cremieux, Stan Finkelstein, Ernst Berndt, Jeffrey Crawford, and Mitchell Slavin, *Pharmacoeconomics*; 16 (5): 459–72 (1999)

"Tackling Costs One Disease at a Time," Paul Greenberg, Mary Barton, Howard Birnbaum, Pierre-Yves Cremieux, Mitchell Slavin, Fabian D'Souza, and Becky Auerbach, *Business and Health*; 5: 31–7 (1999)

"Pharmacoeconomics and Health Policy: Current Applications and Prospects for the Future," Paul Greenberg, Almudena Arcelus, Howard Birnbaum, Pierre-Yves Cremieux, Jacques LeLorier, Pierre Ouellette, and Mitchell Slavin, *Pharmacoeconomics*; 16 (5): 1–8 (1999)

"La performance des CLSC au Québec," Pierre-Yves Cremieux, Pierre Ouellette, and Denis Gadbois, *l'Actualité Économique*; 74 (2): 157–81 (1998)

"Etude d'impact du projet de loi sur le tabac," (Impact Report on the Proposed Tobacco Law), Pierre-Yves Cremieux, Pierre Fortin, Frederic Lavoie, Pierre Ouellette, and Yvan St. Pierre, in *Ministry of Health and Social Services* (1997)

"Une analyse du contexte budgétaire de l'activité médicale au Québec," Pierre-Yves Cremieux and Pierre Ouellette, *Le Médecin du Québec* (1997)

**Labor**

"Review of the book 'Monopsony in Law and Economics' by Roger D. Blair and Jeffrey L. Harrison," Pierre-Yves Cremieux, *Journal of Economic Literature*; 49 (4): 1289–91 (2011)

*Employment, Earnings Supplements, and Mental Health: A Controlled Experiment*, Pierre-Yves Cremieux, Paul Greenberg, Ronald Kessler, Philip Merrigan, and Marc Van Audenrode, Social Research and Demonstration Corporation Working Paper; 4 (1) (2004)

"Le marché du travail et l'évolution des salaires dans le transport aérien aux Etats-Unis: L'effet de la déréglementation de 1978," Pierre-Yves Cremieux, *Economie et Prévision* (1998)

"Why Strike Insurance is Unilateral: Evidence from the Airline Industry's Mutual Aid Pact," Pierre-Yves Cremieux, *Journal of Labor Research*; 17 (2) (1996)

"The Effect of Deregulation on Employee Earnings: Pilots, Flight Attendants, and Mechanics: 1959–1992," Pierre-Yves Cremieux, *Industrial and Labor Relations Review*; 49 (2): 223–42 (1996)

"Mergers and Bargaining in the U.S. Airline Industry," Pierre-Yves Cremieux and Marc Van Audenrode, *Review of Labour Economics and Industrial Relations*; 10 (2) (1996)

"Is the U.S./Canada Unemployment Gap Truly Large? A Labor Flow Analysis," Pierre-Yves Cremieux and Marc Van Audenrode, *The Flow Approach to Labor Market Analysis*, Ronald Schettkat (Ed.), Routledge, New York (1996)

"Unemployment Insurance and Job Search Productivity," Pierre-Yves Cremieux, Pierre Fortin, Paul Storer, and Marc Van Audenrode, *Insurance Program Evaluation Report, Human Resources Development Canada* (1995)

"The Impact of Unemployment Insurance on Job-Search Productivity, the Reservation Wage, the Probability of Re-Employment, and the Post-Displacement Wage," Pierre-Yves Cremieux, Pierre Fortin, Paul Storer and Marc Van Audenrode, *Insurance Program Evaluation Report*, Human Resources Development Canada (1995)

"L'évolution macroéconomique et la question budgétaire au Québec," Pierre-Yves Cremieux, Pierre Fortin, and Marc Van Audenrode, *Health and Welfare Council* (1994)

**Other**

"What Attorneys Should Know About FDA's MedWatch Data," Mei Duh, Pierre-Yves Cremieux, Paul Greenberg, and Brian Ellman, *Law360* (January 29, 2014)

"How to Use Clinical Trial Data in Court," Pierre-Yves Cremieux, Arindam Ghosh, and Lisa Pinheiro, *Law360* (July 3, 2012)

"Getting the Most Out of Your Experts," Pierre-Yves Cremieux, Elizabeth Eccher, and Steven Herscovici, *Expert Alert, American Bar Association Litigation Section* (2007)

"Product Liability in the Pharmaceutical Industry," Pierre-Yves Cremieux and Paul Greenberg, *Update Magazine* (2004)

"The Cost-Effectiveness and Quality of Health Care in California's State Prisons," Coauthored report to the California State Auditor's Office (January 2000)

"The Privatization Process of the Publicly Owned Companies in Haiti: Observations and Recommendations," (in French with André Marcoux). Report of the observation mission of "Concertation Pour Haïti" on the privatization of publicly owned companies (November 1996)

"The Economic and Social Impact of the Community Service in Four Districts of the City of Montreal," (joint work in French). Service aux collectivités de l'UQAM (October 1996)

"The Level of the Minimum Wage," *Le Devoir* (in French, May 15, 1996)

"A Profile of the Work Force in the Rosemont Petite-Patrie District," Report to the CDEC Rosemont Petite-Patrie within the framework of the ANGUS development project (in French, October 1995)

"Rise in the Minimum Wage: Little Risk for Employment and Competitiveness," *La Presse* (in French, June 2, 1995)

"Une analyse quantitative de la position des Québécois face à l'aide sociale," (A Quantitative Analysis of Quebecer's Position Towards Welfare). Report to the Commission on Welfare Reform (January 1995)

"For a Contribution of the FTQ to the Development and Promotion of Tourism in Quebec," Feasibility study (joint work in French) (December 1994)

"The Last Federal Budget and the Unemployed: Surprising and Disturbing Issues," Pierre-Yves Cremieux, Pierre Fortin, and Marc Van Audenrode, *La Presse* (in French) and *Ottawa Citizen* (in English) (March 9, 1994)

"Question de niveau," *La Presse* (December 10, 1993)

## SELECTED PRESENTATIONS & SPEAKING ENGAGEMENTS

"Economists Roundtable with the Competition Bureau," roundtable presented at Canadian Bar Association (April 27, 2016)

"Where are we on Class Certification? Examples from Health Care and Pharmaceutical Cases," webinar presented by the American Bar Association (ABA) Antitrust Law Section (March 15, 2016)

"Enforcement of Anti-Collusion Laws Against Domestic and Foreign Firms" seminar presented at Yale School of Management, *Problems With Global Antitrust Enforcement* Conference (February 19–20, 2016)

"Antitrust Challenges to Patent Settlements after *FTC v. Actavis*," webinar presented by Ballard Spahr (June 25, 2013)

"Reverse Payment Patent Settlements: The Supreme Court Has Spoken," teleconference presented by ABA Antitrust Law Section and WilmerHale (June 18, 2013)

"The Economics of Obesity," presented at the Cleveland Clinic's 7th Annual Obesity Summit: Science and Practice of Obesity Management (October 4–5, 2012)

"Proving Common Impact in Antitrust Class Certification," seminar presented at The University of Chicago Gleacher Center (May 12, 2010)

"The Cost-Effectiveness of Surgery for Type 2 Diabetes Mellitus," presented at the First Canadian Summit on Surgery for T2DM (May 2010)

*Pierre-Yves Cremieux, Ph.D., Page 20 of 23*

"Global Antitrust Enforcement, an Empirical Assessment of Protectionism," presented at the Boston Bar Association (March 2010)

"A Period of Increased Risk for Competition Policy," presented at the Centro de Estudios Publicos, Santiago, Chile (September 2009)

"The Economic Impact of Bariatric Surgery, an ROI Analysis," presented to the National Business Group on Health, Institute on the Costs and Health Effects of Obesity (February 2009)

"A Study on the Economic Impact of Bariatric Surgery," presented at the 94th Annual Clinical Congress of the American College of Surgeons (October 2008)

"Economics and Cost-Effectiveness of Surgery for Diabetes," presented at the 1st World Congress on Interventional Therapies for Type 2 Diabetes (September 2008)

"Developments in Class Certification in the U.S. and Abroad," presented at an ABA Teleconference (June 2008)

"The Prevalence of Pediatric Mental Illness and Treatment in the United States," presented at the 2nd International Conference on the Pharmaceutical Life Cycle (October 2007)

"Biostatistics and Pharmacoeconomics: Introduction to Statistical Methods and Applications to Medical Scientific Literature," presented at various medical schools, universities, and hospitals (2006–2007)

"Can We Put a Price on the Value of Medicine?" presented at the Summit on the Value of Medicine (February 2007)

"Biostatistics and Pharmacoeconomics: Introduction to Statistical Methods in the Medical Literature," presented at GEIRSO (October 2006)

"Evaluating the Cost-Benefit of Bariatric Surgery and Laparoscopic Band," presented at the World Congress Conference on Implementation and Cost Benefit of Workplace Weight Management Strategies (June 2006)

"The Impact of Bariatric Surgery on Health Outcomes and Pharmacological Treatment Among Obese Patients in an Employed Population," presented at the International Society for Pharmacoeconomics and Outcomes Research (May 2006)

"Using Economic Experts in the Battle for Predominance," presented at Law Seminars International (February 2006)

"Litigating Mass Tort in Canada: The Nexus of Epidemiology, Economics, and Law," presented at Insight Conference on Drug Safety (January 2006)

"L'utilisation d'approches épidémiologiques et statistiques pour la défense des recours collectifs concernant les produits défectueux," presented at Conférence Insight sur le système de santé au Québec (January 2006)

"L'impact des dépenses en médicaments sur les coûts de santé et l'état de santé des populations," presented at Institut Canadien de la retraite et des avantages sociaux (September 2004)

"L'impact des dépenses en soins de santé et médicaments sur la santé de la population : une analyse provinciale," presented at Société canadienne de science économique (May 2004)

"Providing Economic Analysis in the Context of Antitrust Litigation," presented at Brandeis University (October 2003)

"A Health Economics Perspective on Quality-of-Life Versus Life-preserving Therapies," presented at Business and Health Consensus Panel (June 2000)

"Health Economics and Pharmacoeconomic Analysis," presented at Harvard Medical School (February 2000)

"Economic Trends in the Health Care System," presented at Association Québécoise des Pharmaciens Propriétaires (December 1999)

"A DEA Application to Hospital Performance Analysis in a Non-Competitive Environment," presented at Canadian Economic Association (June 1999)

"The Cost-Effectiveness of r-HuEPO in Cancer Patients with Chemotherapy-Related Anemia," presented at Edmonton University Hospital (May 1999)

"The Cost-Effectiveness of r-HuEPO in Cancer Patients with Chemotherapy-Related Anemia," presented at Winnipeg University Hospital (May 1999)

"Pharmacoeconomics and Cost-Effectiveness," presented at Harvard Medical School (February 1998)

"The Economics Most Worth Knowing," lecture to the sales force of a major pharmaceutical company (January 1998)

"Acute Care Hospitals in Quebec: A Performance Analysis Based on Panel Data," 6ème journées d'étude des données de Panel (June 1996)

"Is the US/Canada Unemployment Gap Truly Large? A Labor Flow Analysis," presented at Canadian Economics Association (June 1995)

"The Effect of Deregulation on Employee Earnings: Pilots, Flight Attendants, and Mechanics: 1959-1992," 5ème journée d'étude des données de panel (June 1994)

"L'Évolution macroéconomique et la question budgétaire au Québec," presented at Health and Welfare Council (November 1994)

"Is the U.S./Canada Unemployment Gap Truly Large? A Labor Flow Analysis," presented at Conference on Labor Flows (December 1994)

"Rent Sharing in the Airline Industry: Evidence from Mergers and Acquisitions," presented at Société canadienne de science économique (May 1993)

"Rent Sharing in the Airline Industry: Evidence from Mergers and Acquisitions," presented at University of California, Berkeley (June 1993)

"The Effect of Strike Insurance on Labor Earnings," presented at Montreal University, UQAM, Laval University, (January 1992)

## ACADEMIC RESEARCH GRANTS

**Co-Principal Investigators:** Serena Koenig and Patrice Severe
**Other Investigators:** Pierre-Yves Cremieux, Paul Sax, Behtany Hedt, Rafael Campo, and Dennis Israelski
**Funding source:** Gilead Sciences Inc. (2019–2022)
**Title:** "A Randomized Non-Inferiority Trial to Compare the Efficacy of Switching from Protease-Inhibitor Based Second-Line Therapy to Bictegravir-Tenofovir Alafenamide-Emtricitabine in

Virologically Suppressed Adults in Haiti"
**Amount:** $1,429,757

**Co-Principal Investigators:** Jean William Pape and Serena Koenig
**Other Investigators:** Colette Guiteau Moise, Pierre-Yves Cremieux, and Jessy G. Devieux
**Funding source:** Viiv Healthcare Implementation Science (2020–2022)
**Title:** "Early Fast-Track versus Standard Care for Persons with HIV Initiating Tenofovir Disoproxil Fumarate-Lamivudine-Dolutegravir in Haiti: A Pilot Randomized Trial"
**Amount:** $507,738

**Principal Investigator:** Serena Koenig
**Co-Investigators:** Samuel Pierre, Jessy Devieux, Pierre Cremieux, and Daniel Ariely
**Funding source:** National Institute of Health (NIH/NIMH R34MH114739) (2018–2020)
**Title:** "Immediate Fast-Track versus Standard Care for Persons Living with HIV in Haiti: A Randomized Pilot Study"
**Amount:** $530,457

**Principal Investigator:** Serena Koenig
**Co-Investigators:** Jessy Devieux, Heejung Bang, and Pierre Cremieux
**Funding source:** National Institute of Health (NIH/NIAID R01AI131998). (2017–2021)
**Title:** "A Trial of Same-Day Testing and Treatment to Improve Outcomes among Symptomatic Patients Newly Diagnosed with HIV"
**Amount:** $1,658,285

**Principal Investigators:** Co-Principal Investigators Jack Maypole and Matthew Sadof
**Head of statistical evaluation team:** Pierre-Yves Cremieux
**Funding source:** Health Care Innovation Award from the Centers for Medicare and Medicaid Services (2015–2018)
**Title:** "Massachusetts Alliance for Complex Care."
**Amount:** $6,100,000

**Researchers:** Catherine Haeck, Pierre Lefebvre, Philip Merrigan, and Pierre-Yves Cremieux (Université du Québec à Montréal), and Nancy Mayo (McGill University)
**Funding source:** FRSQ (2013)
**Title:** "Analysis of the impact of public policies on population health and welfare"
**Amount:** $145,000

**Researchers:** Pierre-Yves Cremieux and Catherine Garnier (Université du Québec à Montréal)
**Funding source:** Canadian government (2003–2008)
**Title:** "La chaîne du médicament" (The drug process)
**Amount:** $2,500,000

**Researchers:** Pierre-Yves Cremieux, Pierre Ouellette, and Pierre Fortin (Université du Québec à Montréal)
**Funding source:** Quebec Ministry of Research, FCAR (2001–2004)
**Title:** "Performance hospitalière" (Hospital performance)
**Amount:** $75,000

**Researchers:** Pierre-Yves Cremieux and Pierre Ouellette (Université du Québec à Montréal)
**Funding source:** Quebec Ministry of Health (1997)
**Title:** "Etude d'impact sur le projet de loi sur le tabac" (Analysis of the impact of a proposed legislation on tobacco)
**Amount:** $75,000

## OTHER PROFESSIONAL ACTIVITIES

| | |
|---|---|
| 2015 | Guest editor, *PharmacoEconomics: Economic Consequences of Obesity*, with Christian Frois, Volume 33, Issue 7. New York, NY: Springer International Publishing (July 7, 2015) |
| January 2013–December 2014 | Lecturer, "International Antitrust," M.B.A. course, Yale School of Management |
| 2007–2012 | Member, Drug Safety and Monitoring Board, Genta Inc. |
| Spring 2007, Spring 2009 | Lecturer, "Labor Economics," Ph.D. course, Boston University |
| 1999 | External committee member, Ph.D. thesis, Madame Michele Savoie, *Une étude de Propension à payer pour la prévention du cancer du sein*, Département des sciences biomédicales, Faculté de Médecine. Jacques LeLorier and Pierre Ouellette, Co-advisors. |
| 1996 | Evaluation of the Masters Programs of the Centre des Techniques de Planification et d'Economie Appliquée in Haïti |
| 1997 | Member, Observation Mission for the *Concertation pour Haiti* on the privatization of state owned companies in Haiti |

## CURRENT BOARD MEMBERSHIPS

| | |
|---|---|
| 2018–Present | Member of the Board of Directors, Partners in Health, Inc. |
| 2016–Present | Member of the Board of Directors, Boston Medical Center |
| 2016–Present | Member of the Board of Directors, The Haitian Group of the Study of Kaposi's Sarcoma and Opportunistic Infections; GHESKIO USA |
| 2015–Present | Member of the Board of Directors, ALIMA, USA |
| 2013–Present | Member of the Board of Trustees, Partners in Health, Inc. |

**PIERRE-YVES CREMIEUX, PH.D.**
**LAST 4 YEARS OF EXPERT TESTIMONY**

**US COURTS**

- **Pharmacyclics, et al. v. Fresenius Kabi USA LLC, et al., and Pharmacyclics, et al. v. Alvogen Pine Brook LLC, et al. (2020) – Retained by Pharmacyclics (AbbVie) and Janssen**
  *United States District Court for the District of Delaware*
  Filed expert reports and provided testimony at deposition and trial on commercial success and the nexus between the economic success of a drug and the inventions disclosed and claimed in asserted patents.

  Drug: Imbruvica

- **Radio Music License Committee, Inc. v. BMI (2018–2019) – Retained by BMI**
  *United States District Court for the Southern District of New York*
  Filed expert reports and provided deposition testimony on the issue of appropriate licensing fees for performing rights.

- **In Re: Niaspan Antitrust Litigation (2018–2019) – Retained by AbbVie and Teva**
  *United States District Court for the Eastern District of Pennsylvania*
  Filed an expert report and provided deposition testimony on the relevant antitrust market definition and the competitive effects of an alleged "reverse-payment" settlement.

  Drug: Niaspan

- **In Re: Loestrin 24 FE Antitrust Litigation (2018–2019) – Retained by Allergan**
  *United States District Court for the District of Rhode Island*
  Filed expert reports and provided deposition testimonies on class certification and damages issues related to alleged "reverse-payment" settlements and an alleged anticompetitive product switching strategy involving oral contraceptives. Also provided testimony at class certification hearing.

  Drug: Loestrin 24/Minastrin 24

- **The Hospital Authority of Metropolitan Government of Nashville and Davidson County, Tennessee, d/b/a Nashville General Hospital and American Federation of State, County, and Municipal Employees District Council 37 Health & Security Plan v. Momenta Pharmaceuticals, Inc. and Sandoz Inc. (2018–2019) – Retained by Momenta and Sandoz**
  *United States District Court for the Middle District of Tennessee, Nashville Division*
  Filed an expert report and provided deposition testimony on class certification issues related to delayed generic entry. Also provided testimony at class certification hearing.

  Drug: Enoxaparin

- **Danielle Seaman v. Duke University, et al. (2017–2018) – Retained by Duke University**
  *United States District Court for the Middle District of North Carolina, Durham Division*
  Filed expert reports and provided deposition testimonies on class certification and damages issues related to an alleged no-poach agreement.

- **In Re: Merck Mumps Vaccine Antitrust Litigation;**
  **United States of America ex rel, Stephen A. Krahling and Joan Wlochowski v. Merck & Co.,**
  **Inc. (2018) – Retained by Merck**
  *United States District Court for the Eastern District of Pennsylvania*
  Filed an expert report and provided expert testimony on issues associated with class certification
  and damages related to alleged falsification of product label data with the intent to maintain a
  monopoly for mumps vaccine products.

  Drug: Mumps vaccine products

- **United States of America v. Teva Pharmaceuticals (2017–2018) – Retained by Teva**
  *United States District Court for the Southern District of New York*
  Filed an expert report and provided expert testimony on issues associated with a drug sale in the
  context of an anti-kickback statute.

  Drugs: Copaxone and Azilect

- **Federal Trade Commission v. AbbVie, Inc., et al. (2017–2018) – Retained by AbbVie and**
  **Besins Healthcare (defendants)**
  *United States District Court for the Eastern District of Pennsylvania*
  Filed an expert report, provided deposition testimony, and provided trial testimony on market
  definition and damages issues related to an alleged sham patent litigation for a topical testosterone
  replacement therapy.

  Drug: AndroGel

- **In Re: Namenda Direct Purchaser Antitrust Litigation (2017) – Retained by Allergan**
  *United States District Court for the Southern District of New York*
  Filed an expert report and provided deposition testimony on class certification related to alleged
  "reverse-payment" settlements and an alleged anticompetitive product switching strategy involving
  Alzheimer's Disease therapies.

  Drug: Namenda/Namenda XR

- **Adel Tawfilis, DDS d/b/a Carmel Valley Center for Oral and Maxillofacial Surgery and**
  **Hamid A. Towhidian, M.D., individually and on behalf of all others similarly situated, v.**
  **Allergan, Inc. (2016–2017) – Retained by Allergan**
  *United States District Court for the Central District of California Southern Division*
  Filed an expert report and provided deposition testimony on class certification, market definition,
  and alleged antitrust issues related to an alleged anticompetitive licensing agreement.

  Drug: Botox Cosmetic

- **In Re: Solodyn Antitrust Litigation (2017) – Retained by Medicis and Impax (defendants)**
  *United States District Court for the District of Massachusetts*
  Filed an expert report and provided deposition testimony on class certification issues related to
  alleged "reverse-payment" settlements.

  Drug: Solodyn

- **In Re: Disposable Contact Lens Antitrust Litigation (2017–2020) – Retained by ABB, Alcon, Bausch & Lomb, CooperVision and JJVC (defendants)**
  *United States District Court for the Middle District of Florida, Jacksonville Division*
  Filed expert reports, provided deposition testimony on class certification and alleged antitrust issues, and provided testimony at class certification hearing.

- **In Re: AndroGel Antitrust Litigation (II) (2017) – Retained by AbbVie and Actavis (defendants)**
  *United States District Court for the Northern District of Georgia, Atlanta Division*
  Filed an expert report and provided deposition testimony on market definition and economic issues related to alleged "reverse-payment" settlements made for a topical testosterone replacement therapy.

  Drug: AndroGel

- **Apotex, Inc. and Apotex Corp. v. Kyorin Pharmaceutical Co., LTD. and Allergan, Inc. (2017) – Retained by Allergan**
  *United States District Court for the District of Delaware*
  Filed an expert report and provided deposition testimony on market definition, liability, and damages issues related to an alleged anticompetitive product switching strategy involving ophthalmic antibiotic products.

  Drug: Zymar/Zymaxid

- **Trana Discovery Inc. v. Southern Research Institute (2017) – Retained by Southern Research Institute**
  *United States District Court for the District of Maryland*
  Filed an expert report and provided deposition testimony on damages issues related to alleged testing errors made in the drug discovery process.

  Drug: HIV compound

**CANADIAN COURTS**

- **Commercial Radio Tariffs – SOCAN (2011-2013); Re: Sound (2012-2014); CSI; ArtistI (2012-2014); AVLA/SOPROQ (2012-2017) – Work for Canadian performing rights organizations in a valuation of tariffs for commercial radio**
  Provided expert testimony on the appropriate valuation and allocation of royalty rates in the presence of copyrighted exceptions.

- **SODRAC v. CBC – Licences [Redetermination (2008-2012); Determination (2012-2018); Interactive kiosks (2011)] – Work for SODRAC in a valuation of reproduction copyright for the copyright-protected works used by the CBC**
  *Copyright Board of Canada*
  Filed four expert reports and provided expert testimony on how to account for balance, technological neutrality, and the relative value of the different types of copies in valuation of reproduction copyright.

# <u>Appendix B</u>

# Curriculum Vitae of Bruce Deal

**BRUCE F. DEAL**

**Managing Principal**

Phone: 650 853 7201

1010 El Camino Real

Fax: 650 323 2796

Suite 310

bruce.deal@analysisgroup.com

Menlo Park, CA 94025

Mr. Deal leads the economic consulting practice in the Menlo Park, CA office of Analysis Group. He has over 25 years of experience in economic, litigation, and management consulting. He has led hundreds of projects requiring complex economic analysis of publicly available and internal client information.

He has served as an expert witness in dozens of litigation and regulatory matters, and has been retained as a neutral expert in a complex mediation. His work as an expert has covered a variety of practice areas, including antitrust, finance and securities litigation, damages, and business valuation. Mr. Deal's industry experience has included health care, insurance, technology, telecommunications, and many others.

Prior to joining Analysis Group, Mr. Deal spent several years as a senior consultant and manager with Arthur Andersen. In this position, he provided financial and management consulting services to hospitals, physicians, and other clients, in such areas as operational organization and efficiency, merger and consolidation strategies, current and projected financial performance, and overall strategic planning.

Mr. Deal has taught economics and analytic methods to graduate students at Harvard University and published articles on economics-related topics. He has also consulted on national economic policy issues to the government of Indonesia through the Harvard Institute for International Development.

He coauthored a major report, *The Economic Effects of Federal Participation in Terrorism Risk* with R. Glenn Hubbard, an Analysis Group affiliate and former chair of the President's Council of Economic Advisers. In addition, he also coauthored a study, *Economic Impact Analysis: Proposition 71 California Stem Cell Research and Cures Initiative* with Laurence Baker, an Analysis Group affiliate and Stanford University School of Medicine faculty member, with whom he published an updated interim economic report on California's stem cell initiative. Mr. Deal is also the coauthor of a chapter on the use of econometrics in antitrust litigation for a recent American Bar Association publication.

## EDUCATION

| | |
|---|---|
| 1994–97 | Ph.D. coursework completed, Public Policy, Graduate School of Arts and Sciences, Harvard University, Cambridge, MA |
| 1990 | M.P.P., Public Policy, Kennedy School of Government, Harvard University, Cambridge, MA |
| 1987 | B.A., *Summa cum Laude*, Economics and Global Studies (double major), Pacific Lutheran University, Tacoma, WA |

**SUMMARY OF PROJECTS BY TOPIC**

***Insurance (Health Insurance Included in Health Care Section)***

- *Confidential Universal Life Litigation*
  Consulting expert on economic issues in a large cost of insurance (COI) charges litigation.

- *Mayumac v. Met Life*
  Testifying expert on economic damages in a disability insurance matter.

- *Various Military Housing Projects v. Ambac*
  Testifying expert on economic, insurance, and financial issues surrounding the use of credit enhancements and financial performance for large military housing projects.

- *Credit Disability Insurance*
  Analysis of financial issues in a case alleging improper disclosure of changes in premium levels.

- *Life Insurance Consulting*
  Valuation and analysis of a portfolio of large life insurance policies.

- *Long Trust v. Morgan Stanley*
  Analysis of financial issues and damages resulting from alternative policy restructuring options for second-to-die estate planning life insurance policies.

- *Insurance Tax Litigation*
  Consulting expert in a confidential tax litigation involving the tax treatment of certain insurance premiums.

- *Confidential Auto Insurance Litigation*
  Analysis of issues relative to claims handling practices of a large auto insurance company.

- *Confidential Life Insurance Litigation*
  Analysis of damages resulting from alternative portfolios of investments and second-to-die life insurance policies.

- *Confidential Insurance Litigation*
  Analysis of damages resulting from lost commissions in an insurance broker insurance litigation.

- *Katz v. Mass Mutual*
  Analysis of potential damages in a disability insurance litigation.

- *Confidential Insurance Litigation*
  Expert on insurance valuation and general damages issues in a dispute involving non-traditional life insurance.

- *Markocki v. Olde Republic Title Insurance*
  Expert on class certification issues in a class action regarding charges for title insurance.

- *Campbell v. Metropolitan Life*
  Expert on damages calculation in a disability insurance dispute.

- *Cox v. Allstate*
  Expert on statistical sampling in the class certification phase of a class action alleging improper homeowners' insurance claims handling by Allstate.

- *Confidential Title Insurance Matter*
  Consulting effort on class certification matters in a large multi-state class action.

- *Estate Planning Life Insurance Matter*
  Consulting expert analyzing issues associated with the economic performance of a portfolio of large estate planning life insurance policies.

- *Confidential Homeowners' Insurance Matter*
  Consulting expert analyzing issues associated with the use of various data sources to obtain replacement values.

- *Confidential Indemnity Insurance Investigation*
  Consulting expert analyzing issues associated with the deterioration of a set of financial products insured by an indemnity insurer.

- *Confidential Auto Insurance Investigation*
  Consulting expert analyzing various aspects of auto insurance claims issues.

- *Confidential Life Insurance Litigation*
  Consulting expert valuing life insurance policies and other damages issues.

- *Confidential Life Insurance Litigation*
  Consulting expert valuing life insurance policies and other damages issues.

- *Hausman v. Union Bank*
  Testifying damages expert valuing life insurance policies and other damages issues. Expert report provided.

- *Perez v. First American Title Insurance Company*
  Testifying expert evaluating class certification issues relating the use of electronic data in identifying class members.

- *Windham v. Cook Life Insurance Litigation*
  Testifying expert valuing policy performance of a variable universal life insurance contract used in a tax planning program. Expert report and trial testimony provided.

- *Confidential Class Action Litigation*
  Consulting expert analyzing statistical issues associated with the use of a software package used to assist in evaluating bodily injury claims.

- *Confidential Class Action Litigation*
  Consulting expert analyzing statistical issues associated with diminished value claims in auto insurance.

- *Pavlov, et al. v. CNA*
  Testifying expert analyzing class certification issues associated with long-term care insurance.

- *Confidential Class Action Litigation*
  Consulting expert analyzing statistical issues associated with claims handling in auto insurance.

- *Class Action v. CNA*
  Testifying expert in case involving long-term care insurance premium rates.

- *Confidential Pension Litigation*
  Consulting expert in analysis of actuarial and accounting issues in a defined benefit pension plan.

- *Best Buy v. DDR, October*
  Testifying expert in analysis of insurance costs applicable to common areas of retail developments.

- *Barnes & Noble v. DDR*
  Testifying expert in analysis of insurance costs applicable to common areas of retail developments.

- *Fireman's Fund v. Cunningham Lindsey*
  Testifying expert in analysis of damages related to third-party administration of a commercial auto insurance program.

- *Confidential Regulatory Investigation*
  Consulting expert in analysis of policy forms used by a property casualty insurer and corresponding policy forms approved by state regulators.

- *Variable Annuity Remediation*
  Consulting expert in analysis of remediation for deficiencies in administering variable annuities. Assisting with analyzing remediation package and negotiating with regulators and other parties.

- *CSR v. Lloyd's Underwriters*
  Testifying expert in coverage litigation involving liability insurance. Report focused on the availability and worldwide capacity for liability insurance during the relevant periods.

- *Economic Impact of Federal Participation in Terrorism Risk*
  Coauthored a study with Professor R. Glenn Hubbard, former chair of the President's Council of Economic Advisers. Study, which was commissioned by numerous insurance trade organizations, focused on the economic impact of the Federal TRIA terrorism legislation and the economic impact of failing to renew the legislation.

- *Class Action v. Allstate*
  Consulting expert on damages and other issues relating to the estimation of inherent diminished value that may still be present after a vehicle has been repaired following an accident.

- *Class Action v. American Home*
  Damages expert for American Home in a litigation involving alleged misreporting of certain types of claims to the Workers' Compensation Insurance Rating Bureau (WCIRB) of California.

- *Class Action v. State Compensation Insurance Fund*
  Damages expert for plaintiffs in a litigation involving claims estimation and reserving practices of State Compensation Insurance Fund in California.

- *Class Action v. Knights of Columbus*
  Economic expert for the Knights of Columbus in a major sales practices litigation involving over 500,000 policyholders. Estimated the damage to policyholders under alternative theories of liability, including development of computer-based policy performance models.

- *Various Confidential Class Action Litigations v. Mutual Life Insurance Companies*
  Consulting expert in the analysis of sales practices for four major class action litigations involving between 100,000 and 3.6 million policyholders. Work included estimating the incidence of various allegations, evaluating the financial exposure and recommending alternatives to management and directors.

- *Insurance Modal Premium Litigation*
  Consulting expert on issues relating to the estimation of potential damages exposure for modal premium litigation. Prepare preliminary analyses of economic costs and benefits of modal premium payments on policyholders.

- *Confidential Liability Insurance Coverage Litigation*
  Economic expert in insurance coverage litigation. Managed the abstracting and statistical analysis of information contained in paper records useful for determining the possible insurance coverage.

- *Confidential Disability Insurance Sales Practices Litigation*
  Consulting expert for issues related to the sale and product performance of individual disability insurance policies. Designed and implemented large data abstracting effort for the insurance company defendant and assisted in the development and implementation of a settlement for tens of thousands of policyholders.

- *Confidential Mortgage Insurance Litigation*
  Consulting expert in a large litigation involving primary mortgage insurance. Analysis of issues involving the provision of various types of services and insurance products.

- *Health Insurance Redesign Litigation*
  Consulting expert in the analysis of a major health insurance benefit redesign program. Analysis of various issues associated with estimating damages and developing overall damages models.

- *Confidential Insurance Coverage Litigation Involving Toxic Waste Cleanup Costs*
  Consulting expert in the analysis of the allocation of toxic waste cleanup costs across various insurance companies. Developed a sophisticated model to predict the allocation behavior of the claimant under alternative scenarios. Assisted client personnel and counsel in modeling the impact on the client insurance company under different scenarios to assist in litigation and settlement negotiations.

- *Class Action v. Ohio National*
  Economic expert for Ohio National in a major class action litigation involving over 100,000 whole life and universal life policies. Estimated the incidence of various allegations, evaluated financial exposure, presented recommendation to management and outside counsel, and developed models to project ultimate class member "take rates" for particular forms of relief.

- *Arroyo v. Alexander & Alexander*
  Damages expert in a sales practices case involving the sale and subsequent performance of a universal life insurance policy. Analyzed exposure and damages.

- *Life Insurance/Pension Program Litigation*
  Consulting and testifying expert in a complex sales practices case involving the sale of universal life insurance policies used to help fund a pension program for a large trade association. Analysis assisted counsel in determining exposure and damages.

- *Morris v. Fremont Life*
  Consulting expert to assist in evaluating sales practices of an insurance agent selling an annuity product.

- *Archuletta v. Fremont Life*
  Consulting expert to assist in refuting damages claims put forward by the plaintiff's expert regarding the sale and performance of a Universal Life insurance policy.

### Finance and Securities

- *Securities Litigation*
  Consulting expert on numerous issues in a securities matter involving allegations of omissions related to a large IPO.

- *Securities Litigation*
  Consulting expert on numerous issues in a securities matter involving allegations of omissions and misleading financial guidance.

- *Confidential Investigation*
  Consulting expert on finance and accounting issues for US Department of Justice (DOJ) in matter involving food stamp utilization.

- *Fischer v. Fischer Investment Return Analysis*
  Testifying expert on the expected rates of investment return for a diversified portfolio of investments.

- *Confidential Mortgage Litigation*
  Consulting expert in a matter involving the financial performance of a program for reducing the term and interest amount paid on a mortgage.

- *Confidential Investment Return Litigation*
  Testifying expert in a confidential arbitration involving the expected rates of investment returns on different assets classes into the future.

- *Class Action Securities Litigation (Confidential)*
  Consulting expert on loss causation issues in a large bondholder securities case.

- *Class Action Securities Litigation (Confidential)*
  Consulting expert on loss causation issues in a large securities case.

- *Business Interruption (Confidential)*
  Consulting expert in a case involving business interruption for a finance and securities firm.

- *Mortgage Securities Litigation (Confidential)*
  Consulting expert in a class action litigation alleging that the financial performance of mortgage securities were adversely affected by poor underwriting and appraisals.

- *Securities Derivative Litigation (Confidential)*
  Consulting expert in a derivative litigation alleging that an acquisition failed to adhere to appropriate corporate governance policies.

- *Confidential Cash-Balance Pension Litigation*
  Consulting expert in a litigation involving the damages calculation for a class of cash balance pension participants who terminated prior to retirement.

- *Confidential CDO Litigation*
  Consulting expert in a litigation involving the valuation, financial performance, and default history of various collateralized debt obligations.

- *Confidential Securities Litigation*
  Consulting expert in a 10b-5 securities litigation.

- *Confidential Tax Shelter Litigation*
  Consulting expert in a tax litigation matter for the State of California analyzing the economic basis for an identified series of transactions.

- *Confidential Securities Class Action*
  Consulting expert in large securities class action matter involving allegations of failure to provide accurate financial guidance.

- *Stock Option Backdating Litigation*
  Consulting expert on stock option backdating matter.

- *Portfolio Diversification*
  Consulting expert on issues relating to portfolio diversification in a large trust.

- *Stock Option Backdating Litigation*
  Consulting expert on stock option backdating matter in private securities litigation.

- *Confidential SEC Investigation*
  Consulting expert on a Securities and Exchange Commission (SEC) investigation relating to reinsurance disclosures.

- *Confidential Mutual Fund Litigation*
  Consulting expert on litigation related to late trading of international mutual funds.

- *Williams Communication Securities Litigation*
  Consulting expert on 10b-5 litigation alleging audit failures led to stock decline. Case dismissed.

- *Class Action v. Ernst & Young*
  Consulting expert on 10b-5 litigation alleging audit failures led to stock decline. Case went to verdict with a no liability verdict for client, Ernst & Young.

- *Confidential Securities Litigation*
  Consulting expert assisting academic affiliate in analysis focused on the reasonableness of company disclosures based on internal company budgets and forecasts.

- *Confidential Securities Litigation*
  Consulting expert for counsel in securities litigation focused on company disclosures.

- *IRS v. Center Apartments*
  Consulting expert assisting Professor Steve Grenadier in the analysis of proper commercial apartment mortgage interest rates.

- *Class Action v. Major Investment Bank*
  Consulting expert analyzing the impact of releasing allegedly fraudulent investment information on the stock price of two small software companies for a 10b-5 securities litigation.

- *Class Action v. Conseco*
  Consulting expert analyzing the value of a proposed settlement involving universal life crediting rates. Assisted expert in the financial evaluation of the value of the proposed settlement using interest rate simulation models.

- *IRS v. Major Retail Chain*
  Consulting expert in defense of a major retail chain. Provided assistance in evaluating various expert reports involving the economic consequences of the purchase of a particular investment.

- *In re: NASDAQ Market Maker Antitrust Litigation*
  Consulting expert analysis of millions of stock transactions for seven different NASDAQ market makers facing allegations of conspiracy and price-fixing.

### Commercial Damages

- *State of Washington v. Comcast*
  Testifying expert in litigation involving allegations related to the provision of repair services to cable TV customers.

- *Confidential Regulatory Breach Litigation*
  Consulting expert on damages and accounting issues in litigation involving a breach of federal regulations in the retail food industry.

- *Confidential Employment Breach Arbitration*
  Consulting expert on damages in an arbitration involving a breach of employment obligations.

- *Confidential Breach of Contract Arbitration*
  Testifying expert on damages in litigation involving a breach of contract for a health care claims administration company.

- *Confidential Breach of Contract Arbitration*
  Testifying expert on damages in litigation involving a breach of contract for a laboratory billing company.

- *Metzner v. Permanente Medical Group*
  Testifying expert on damages in litigation involving allegations of wrongful termination.

- *Confidential Commercial Airline Litigation*
  Testifying expert on damages and statistical issues in litigation involving the payment of fees for interrupted travel.

- *2880 Stevens Creek v. Blach Construction*
  Testifying expert on loss-of-use damages in litigation involving construction defects.

- *Polteco v. Tecsult*
  Testifying expert on damages in litigation involving the failure of specialized machinery in a manufacturing operation.

- *Confidential Auto Dealership Litigation*
  Analysis of liability and damages issues in litigation involving auto dealership sales practices.

- *F&A Restaurant Group v. Shepard and Reyes*
  Analysis of damages relating to the sale of a restaurant. Provided arbitration testimony.

- *US Unwired v. Sprint*
  Assisted Analysis Group affiliate Robert Hall in the damages analysis associated with the change in status of Sprint's affiliate, US Unwired. Case settled after trial testimony had been presented.

- *Confidential Enterprise Software Litigation*
  Assisted Analysis Group affiliate in the damages analysis associated with loss of business in the enterprise software market.

- *Her Associates v. Kaiser*
  Damages expert for defense in litigation related to consulting firm's damages claim.

- *General American v. KPMG*
  Damages expert for plaintiffs in litigation related to auditor's alleged obligation to disclose certain financial instruments.

- *Creative Artists v. County of Santa Clara*
  Damages expert for defense in litigation related to the cancellation of musical events at facilities owned by the County of Santa Clara.

- *Class Action v. Ford Credit*
  Damages expert for plaintiffs analyzing the costs and charges associated with late fees on consumer auto leases.

- *Bar None v. The Duncan Group, January*
  Damages expert for defense analyzing damages associated with the failed efforts to develop a software program to be used in automating the subprime auto lending business.

- *Coram v. Aetna*
  Consulting expert for defense analyzing the damages associated with a home health care contract that experienced higher costs than anticipated. Supported industry expert in the cost analysis.

- *Confidential Breach of Contract Litigation*
  Consulting expert for defense analyzing the damages associated with the failed joint venture development of a removable storage device for personal computers. Supported academic expert in the analysis of damages.

- *Bourns v. Raychem*
  Consulting expert for defense analyzing damages associated with the monopolization of the market for primary lithium battery safety devices. Supported academic experts in the analysis of damages.

- *Procter & Gamble v. Amway*
  Consulting expert for plaintiff analyzing the impact of disparaging comments and rumors on the sales of Procter & Gamble products. Supported academic experts in the analysis of primary and secondary data sources and the development of surveys and laboratory experiments to test the impact of rumors on consumer behavior.

### *Valuation / Intellectual Property*

- *Confidential Stock Appraisals*
  Consulting expert in the appraisal of the stock value for several publicly traded companies that have been challenged in Delaware Chancery Court.

- *Dell Stock Appraisal*
  Consulting expert in the Delaware appraisal of Dell's shares arising from the October 2013 leveraged buyout of Dell's public shareholders.

- *Confidential International Arbitration*
  Testifying damages expert in dispute involving alleged breach of licensing and joint development agreements.

- *Confidential Business Valuation*
  Designated expert in a business valuation for a medical practice.

- *Confidential Patent Litigation*
  Consulting expert in litigation involving PC networking technology.

- *Confidential Patent Litigation*
  Consulting expert on determination of royalty amounts in a confidential semiconductor patent litigation.

- *Confidential High-Technology Manufacturing Company Valuation*
  Valuation expert analyzing economic factors associated with the value of a closely held manufacturer of specialized high tech components for defense applications.

- *Confidential Beverage Distributor Valuation*
  Valuation expert analyzing the value of the large beverage distributor.

- *Confidential Patent Infringement Litigation*
  Consulting expert on reasonably royalties and damages in the semiconductor industry.

- *Appaloosa Interactive Corporation v. Stephen Friedman and Related Cross-Actions, 2007*
  Valuation and damages expert in the video game development industry.

- *Confidential Insurance Company Valuation*
  Valuation expert analyzing the value of a private auto insurer for a Delaware valuation matter.

- *Carrino v. Carrino*
  Valuation expert analyzing the value of an investment management firm. Provided trial testimony.

- *Confidential Valuation*
  Valuation expert analyzing the value of capital contributions to a series of jointly invested real estate transactions.

- *Confidential Company Valuation*
  Valuation expert analyzing a privately held health care provider.

- *Confidential Company Valuation*
  Valuation expert analyzing a privately held consulting firm.

- *Confidential Software Distribution Dispute*
  Damages expert in an arbitration involving software distribution.

- *Capo v. Dioptics, January*
  Intellectual property damages expert in a trade dress case involving protective sunglasses.

- *Arthur Stockton v. Fidelity & Deposit*
  Analysis of the value of an investment management firm and any damages related to the payment of claims by the insurer.

- *Confidential Company Valuation*
  Valuation expert analyzing a privately held construction firm.

- *Redlands Insurance Company v. Edward Wolkowitz*
  Valuation expert for plaintiff analyzing the valuation and rating analysis of Redlands Insurance Company, a property and casualty insurer.

- *Confidential Catastrophic Insurance Company Valuation*
  Consulting expert for defense analyzing the valuation methodology used by the plaintiffs in the valuation of a catastrophic risk insurance modeling company.

- *Trigon v. United States of America*
  Valuation expert for defense analyzing the valuation methodology used by plaintiffs' expert for intangible assets.

- *Synbiotics v. Heska, November*
  Damages expert for defense in a patent infringement case involving antibody tests for animal diseases.

- *Air Products v. ATMI*
  Damages expert in a patent infringement case involving gases used for semiconductor manufacturing.

- *Confidential Telecommunications Equipment Trade Secret Litigation*
  Consulting expert analyzing the potential damages from the sale of telecommunications equipment allegedly containing trade secrets. Supported Analysis Group expert in the analysis of relevant data and the development of reasonable royalty damages estimates and potential lost profits.

- *Bingo Card Minder v. Gametek*
  Consulting expert analyzing reasonable royalties for a handheld computer-based consumer product. Supported Analysis Group expert in the analysis of relevant data and development of reasonable royalty percentages.

### Health Care

- *Confidential Provider Network Dispute*
  Consulting expert analyzing issues associated with the development and maintenance of a provider network.

- *Dual Diagnosis Treatment Center, et al. v. Health Net*
  Consulting expert in a matter involving the provision of addiction care services.

- *CEP America – California v. Heritage Provider Network*
  Testifying expert in a matter involving the determination of reasonable value for physician services.

- *CSNI v. Blue Shield*
  Testifying expert in a matter involving the determination of reasonable value for physician services.

- *Confidential Arbitrations*
  Consulting and testifying expert in matters involving reasonable value rates.

- *Confidential Addiction Care Analysis*
  Consulting expert in a matter involving the provision of addiction care services.

- *Confidential Investigation of Charity Care*
  Consulting expert in a matter involving the provision of hospital charity care.

- *NorthBay Healthcare Group v. Blue Shield*
  Testifying expert in a matter involving the determination of reasonable value for hospital services.

- *YDM Management Inc. v. Blue Shield*
  Testifying expert in a matter involving the determination of reasonable value for physician services.

- *San Jose Neurospine v. Blue Shield*
  Testifying expert in a matter involving the determination of reasonable value for physician services.

- *Bodner, et al. v. Blue Shield*
  Testifying expert in a matter involving the disclosures and financial payments for various types of physician services.

- *Confidential Payor-Provider Disputes*
  Economic expert in litigation over payment for emergency and post-stabilization care.

- *Confidential Payor-Provider Dispute*
  Economic expert in arbitration over payment for emergency and post-stabilization care.

- *Des Roches, et al. v. Blue Shield and Magellan*
  Class certification expert for Blue Shield in a matter involving the use of guidelines for certain behavioral health services.

- *Confidential Hospital Payment Dispute*
  Economics testifying expert in a case involving payments for hospital services.

- *Confidential Hospital Payment Dispute*
  Economics testifying expert in a case involving payments for hospital services.

- *Confidential Laboratory Payment Dispute*
  Economics testifying expert in a case involving payments for laboratory services.

- *Goel v. Blue Shield*
  Economics testifying expert in a case involving the determination of reasonable value for emergency department cardiology services.

- *Confidential Hospital Payment Dispute*
  Economics and statistical expert in a litigation involving the determination of payment levels associated with disputed status of certain payor groups.

- *NCAA Concussion Litigation*
  Economics expert in litigation involving the adequacy of funding for a medical monitoring program for a class of NCAA athletes.

- *Confidential Health Care Litigation*
  Consulting expert in a matter involving a dispute over the classification of various health care expenses related to deductible and maximum out-of-pocket expenditures.

- *Confidential Health Care Arbitration*
  Testifying expert in a dispute between a payor and provider involving payment levels and business practices.

- *Martin, et al. v. Blue Shield*
  Testifying expert on class certification issues in a matter involving plan-level premium change calculations for individual health insurance policies.

- *Prime v. Kaiser*
  Damages expert in dispute involving business practices and claims payment issues.

- *Confidential Health Care Litigation*
  Damages expert in a dispute involving group health insurance.

- *Confidential Class Action Litigation*
  Consulting expert on damages issues in a dispute over coverage issues for certain types of individual health insurance policies.

- *Confidential Payor/Provider Dispute*
  Consulting expert on damages issues in a dispute between a payor and provider involving payment terms and allowed services.

- *Confidential Arbitration*
  Expert on damages issues in a dispute between a payor and provider affecting enrollment and profitability for a large Medicare managed-care program and other patient programs.

- *Class Action v. Wellpoint*
  Expert on class certification matters in a class action alleging improper termination of a health insurance company.

- *Confidential Arbitration*
  Expert on damages issues in a dispute between a payor and provider regarding a change in payment methodology.

- *Clark v. Blue Shield*
  Expert for defense assisting in the economic analysis of policy rescission.

- *Confidential Arbitration*
  Expert on damages calculation in a dispute between a health insurer and a provider of supplemental insurance benefits.

- *Confidential Hospital Association*
  Consultant assisting with developing economic models and developing legislative for Medicaid financing arrangements among hospitals.

- *Paul v. Blue Shield*
  Expert for defense assisting in the economic analysis of policy rescission.

- *Simoes v. Blue Shield*
  Expert for defense assisting in the economic analysis of policy rescission.

- *Hailey v. Blue Shield*
  Expert for defense assisting in the economic analysis of policy rescission.

- *Leyra v. Blue Shield*
  Expert for defense assisting in the economic analysis of liability for policy rescission.

- *Sutter v. Blue Shield*
  Consulting expert for defense assisting in the economic analysis of hospital charges.

- *Various Health Insurance Matters*
  Consulting expert for defense assisting in the economic analysis of policy rescissions.

- *Class Action v. Health Insurer*
  Consulting expert for defense assisting in the economic analysis of liability for alleged misclassification of patient populations.

- *Missouri Stem Cell Economic Valuation*
  Authored a study examining the likely economic impact of possible health research breakthroughs for health care costs in Missouri.

- *California Stem Cell Economic Impact Valuation*
  Coauthored a study with Professor Laurence Baker of Stanford examining the likely economic impact of a proposed major health research initiative in California.

- *Health Guideline Analysis*
  Consulting expert leading a team of health economists and statisticians in the evaluation of clinical and payment guidelines developed for heart valve replacement surgery.

- *California Attorney General v. Alta Bates/Summit Medical*
  Consulting expert analyzing the ability of managed care plans to move patients in response to quality or price incentives. Supported industry expert in developing report and preparing for deposition.

- *Various Hospital Mergers*
  Financial expert for various clients analyzing proposed mergers between not-for-profit community hospitals. Estimated the potential efficiencies resulting from the mergers, conducted market research on community needs, and presented findings to management, directors, and outside counsel.

- *Class Action Health Insurance Litigation*
  Hired by the nation's largest mediation service to serve as a neutral expert in a litigation involving the calculation of health insurance payments. Worked with experts from both sides and assisted the mediator in bringing the parties to a settlement.

### Antitrust and Other Cases

- *Medical Supply Rental*
  Consulting expert in antitrust matter alleging antitrust harm and damage related to medical equipment rentals.

- *Slovin, et al. v. Sunrun, et al.*
  Testifying expert on class action and data issues in a matter involving allegations of improper telephone sales calls.

- *Lucero v. Solar City*
  Testifying expert on class action and data issues in a matter involving allegations of improper telephone sales calls.

- *Solyndra v. Trina, et al.*
  Testifying expert on antitrust and damages issues in a matter involving allegations of below-cost pricing for solar panels.

- *Confidential Antitrust Investigation*
  Consulting expert on antitrust issues in the automobile industry.

- *US Department of Justice v. Richard Bai*
  Testifying expert on antitrust issues in a price-fixing case in the LCD industry.

- *Confidential Antitrust Investigation*
  Consulting expert on antitrust issues in a high tech industry.

- *Indirect Purchaser Class Action v. AUO, et al.*
  Designated testifying expert on antitrust issues in an alleged price-fixing case in the LCD industry.

- *Korean Fair Trade Commission v. AUO, et al.*
  Designated testifying expert on antitrust issues in an alleged price-fixing case in the LCD industry.

- *US Department of Justice v. AUO*
  Testifying expert on antitrust issues in price-fixing case in the LCD industry.

- *Confidential Antitrust Investigation*
  Consulting expert on antitrust issues in a high technology industry.

- *Confidential Predatory Pricing Litigation*
  Consulting expert on litigation related to antitrust claims in the replacement auto parts industry.

- *Confidential Private Antitrust Litigation*
  Consulting expert on litigation related to antitrust claims in the building construction industry.

- *Regulatory Investigation*
  Consulting expert for government regulatory body investigating allegations of consumer overcharges.

- *Class Action v. Noranda and DuPont*
  Consulting expert for defense assisting in the economic analysis of liability for alleged antitrust violations affecting sulfuric acid in the United States.

- *Class Action v. Microsoft*
  Consulting expert for defense assisting in the economic analysis of antitrust liability and damages issues in a series of price overcharge litigations. Assist various academic affiliates, including Professor Robert Hall.

- *Neon v. BMC Antitrust Litigation*
  Consulting expert for plaintiffs analyzing antitrust violations in the sale of computer software for large computer databases. Supported academic affiliate expert in the analysis of relevant data and development of damages estimates.

- *CFM v. Dainippon Screen Mfg. Co.*
  Consulting expert for defense analyzing the potential monopolization by CFM of the semiconductor cleaning market. Support academic affiliate, Professor Robert Hall.

- *Proposed Merger of WorldCom and Sprint*
  Consulting expert assisting in the economic evaluation of the proposed merger between WorldCom and Sprint. Evaluate issues relating to market share and pricing of residential long distance services.

## TEACHING

| | |
|---|---|
| 1994–96 | Teaching Fellow, *Analytic Methods*, Kennedy School of Government, Harvard University |
| 1994–96 | Instructor, *Economics Summer Program for Mid-Career Graduate Students*, Kennedy School of Government, Harvard University |
| 1989–90 | Teaching Assistant, *Statistics*, Kennedy School of Government, Harvard University |

## PUBLICATIONS AND REPORTS

"COVID-19's Strain on Hospitals May Necessitate More Relief," with Mark Gustafson and Phil Hall-Partyka, *Law360* (May 26, 2020)

"Presentation of Econometric Analyses," with Samuel Weglein, in *Econometrics: Legal, Practical, and Technical Issues*, published by the American Bar Association (2014)

"Risk Management and the Economic Impact of Terrorism," with Peter Hess, in *Business Continuity and Homeland Security, Volume 1*, edited by David H. McIntyre and William I. Hancock, Edward Elgar Publishing (2012)

"Taming a Whale Lurking in Pension Financing," *Pensions & Investments* (August 9, 2010)

*Interim Economic Impact Review*, with Laurence Baker, CIRM (California Stem Cell Agency) (October 10, 2008)

*Winning Initiative Campaigns with Economic Analysis,* Campaigns & Elections, 39 (February 2006)

"The Economic Effects of Federal Participation in Terrorism Risk," with R. Glenn Hubbard and Peter Hess, *Risk Management and Insurance Review*, Vol. 8, No. 2, 177–209 (2005)

*Some Economic Implications of State Stem Cell Funding Programs*, with Lawrence Baker, prepared for "States and Stem Cells: A Symposium on the Policy and Implications of State-Funded Stem Cell Research, Woodrow Wilson School, Princeton University (April 15, 2005)

*Health Analysis of the Potential Benefits of SCNT Stem Cell Research and Therapies in Missouri: Patient Population and Health Care Costs* (February 8, 2005)

*The Economic Effect of Federal Participation in Terrorism Risk*, with R. Glenn Hubbard (September 14, 2004)

*Economic Impact Analysis Proposition 71: California Stem Cell Research and Cures Initiative*, with Laurence Baker (September 14, 2004)

"Hospital Consolidation: Optimal Strategy for a Two-Hospital Town," with John F. Tiscornia, in *Ambulatory Health Care: Case Studies for the Health Services Executive*, edited by Austin Ross and Mary Richardson, Health Administration Press (1996)

## PRESENTATIONS

"Modern Strategies & Approaches in Consumer Class Action Suits", presented on expert witness issues at a continuing education forum for attorneys sponsored by the National Law Journal (November 2012)

"The Subprime Mortgage Crisis and Disclosures: What Went Wrong?", presented at a webinar continuing education forum for attorneys sponsored by Analysis Group/Economics (July 29, 2008)

"The Subprime Mortgage Crisis and Disclosures: What Went Wrong?", presented at a continuing education forum for attorneys sponsored by Analysis Group/Economics, San Francisco, CA (June 24, 2008)

"Stock Option Backdating", presented at a continuing education forum for attorneys sponsored by Analysis Group/Economics, New York, NY (March 21, 2007)

"Stock Option Backdating", presented at a continuing education forum for attorneys sponsored by Analysis Group/Economics, Menlo Park, CA and San Francisco, CA (November 7, 2006)

"Overview of Stem Cell Legislation", moderator and presenter at a presentation on implementing California's stem cell initiative, sponsored by the Food and Drug Law Institute (FDLI), San Mateo, CA (March 9, 2004)

"Challenges to Expert Testimony," presentation at Law Seminar International Conference, San Francisco, CA (November 5, 2004)

"Federal Terrorism Insurance Panel Discussion," presentation and panel participant, National Press Club, Washington, DC (October 24, 2004)

"Insurance 101," presentation on the design and performance of whole life and universal life policies, presented to customer services representatives administering a life insurance sales practices settlement, Ogden, UT (April 27, 1999)

"Antitrust Case Study: NASDAQ Market Maker Litigation," presented at a continuing education forum for attorneys sponsored by Analysis Group/Economics, Menlo Park and San Francisco, CA (September 15, 1998)

"An Economist's Perspective on Life Insurance Sales Practices Problems," presented at the spring meeting of the Society of Actuaries, Maui, HI (June 15, 1998)

"Valuing Intellectual Property in an Age of Employee Mobility," presented at a continuing education forum for attorneys sponsored by Analysis Group/Economics, Menlo Park and San Francisco, CA (June 9, 1998)

## EXPERT DESIGNATION, TESTIMONY, AND REPORTS

| | |
|---|---|
| April 2021 | Deposition testimony in *California Physicians' Service v. HealthPlan Services (contract performance dispute)* |
| March 2021 | Expert report in *Highfields Capital I LP, et al. v. SeaWorld Entertainment, Inc., et al. (securities fraud litigation)* |
| March 2021 | Expert report in *Confidential Arbitration (class action alleging damages due to inadequate access to facilities)* |
| March 2021 | Expert declaration in *Dual Diagnosis Treatment Center, et al. v. Health Net, Inc., et al.* |
| February 2021 | Deposition testimony in *Confidential – OCC (securities valuation)* |
| January 2021 | Arbitration testimony in *Confidential Arbitration (health insurance payor-provider matter)* |
| January 2021 | Expert report in *California Physicians' Service v. HealthPlan Services (contract performance dispute)* |

| November 2020 | Arbitration testimony in *Confidential Arbitration (health insurance payor-provider matter)* |
| November 2020 | Expert report in *Confidential – OCC (securities valuation)* |
| October 2020 | Arbitration testimony in *Confidential Arbitration (health insurance payor-provider matter)* |
| October 2020 | Expert reply report in *California Physicians' Service v. HealthPlan Services (contract performance dispute)* |
| September 2020 | Deposition testimony in *California Physicians' Service v. HealthPlan Services (contract performance dispute)* |
| September 2020 | Deposition testimony in *In re: The Allstate Corporation Securities Litigation (class action alleging claim frequency misstatements)* |
| August 2020 | Expert declaration in *California Physicians' Service v. HealthPlan Services (contract performance dispute)* |
| July 2020 | Deposition testimony in *Confidential Arbitration (health care pricing dispute)* |
| July 2020 | Expert report in *Confidential Arbitration (health care pricing dispute)* |
| July 2020 | Expert rebuttal report in *In re: The Allstate Corporation Securities Litigation (class action alleging claim frequency misstatements)* |
| July 2020 | Expert reply report in *In re: The Allstate Corporation Securities Litigation (class action alleging claim frequency misstatements)* |
| July 2020 | Expert report in *Scott Crosby, et al. v. California Physicians' Service, et al. (class action alleging care restrictions)* |
| May 2020 | Expert declaration in *Scott Crosby, et al. v. California Physicians' Service, et al. (class action alleging care restrictions)* |
| April 2020 | Deposition testimony in *In re: CenturyLink Sales Practices and Securities Litigation (class action alleging customer cramming and related allegation)* |
| February 2020 | Expert report in *In re: The Allstate Corporation Securities Litigation (class action alleging claim frequency misstatements)* |
| February 2020 | Deposition testimony in *CEP America – California v. Heritage Provider Network (health insurance payor-provider matter)* |
| January 2020 | Arbitration testimony in *Confidential Arbitration (DMHC pricing matter)* |
| January 2020 | Expert rebuttal report in *Confidential Arbitration* |
| January 2020 | Expert report in *Confidential Arbitration* |
| January 2020 | Arbitration testimony in *Confidential Arbitration (ownership dispute matter)* |

| | |
|---|---|
| January 2020 | Arbitration testimony in *Confidential Arbitration (physician IPA affiliation matter)* |
| January 2020 | Expert deposition in *Confidential Arbitration (DMHC pricing matter)* |
| December 2019 | Expert report in *Confidential Arbitration* |
| December 2019 | Expert report in *Confidential Arbitration* |
| December 2019 | Expert deposition in *Confidential Arbitration (ownership dispute matter)* |
| November 2019 | Expert rebuttal report in *CEP America – California v. Heritage Provider Network* |
| October 2019 | Expert declaration in *Dual Diagnosis Treatment Center, et al. v. Health Net* |
| July 2019 | Expert declaration in *CEP America – California v. Heritage Provider Network* |
| July 2019 | Expert deposition in *Physicians Healthsource Inc., et al. v. Masimo Corp. (TCPA matter)* |
| July 2019 | Expert deposition in *Empire Land, LLC (bankruptcy matter)* |
| June 2019 | Expert report in *Prime Healthcare Services, Inc., et al. v. Humana Insurance Company, et al. (Evaluation of health care utilization data)* |
| June 2019 | Expert deposition in *Michael Johnson, et al. v. Comodo Group (TCPA matter)* |
| June 2019 | Trial testimony in *California Spine and Neurosurgery Institute v. Blue Shield (health insurance payor-provider matter)* |
| June 2019 | Arbitration testimony in *Confidential Health Care Payment Matter (health insurance payor-provider matter)* |
| May 2019 | Expert deposition in *California Spine and Neurosurgery Institute v. Blue Shield (health insurance payor-provider matter)* |
| May 2019 | Expert deposition in *Confidential Health Care Payment Matter (health insurance payor-provider matter)* |
| March 2019 | Expert deposition in *California Spine and Neurosurgery Institute v. Blue Shield (health insurance payor-provider matter)* |
| March 2019 | Expert deposition in *Confidential Health Care Payment Matter (health insurance payor-provider matter)* |
| March 2019 | Expert deposition in *Confidential Health Care Payment Matter (health insurance payor-provider matter)* |
| February 2019 | Expert deposition in *San Joaquin General Hospital v. Blue Shield (health insurance payor-provider matter)* |
| February 2019 | Trial testimony in *Northbay Healthcare Group v. Blue Shield (health insurance payor-provider matter)* |

| February 2019 | Expert report in *Confidential Arbitration* |
|---|---|
| January 2019 | Trial testimony in *State of Washington v. Comcast (consumer fraud matter)* |
| December 2018 | Trial testimony in *State of Washington v. Comcast (consumer fraud matter)* |
| December 2018 | Expert deposition in *Northbay Healthcare Group v. Blue Shield (health insurance payor-provider matter)* |
| November 2018 | Expert report in *NorthBay Healthcare Group v. Blue Shield* |
| September 2018 | Expert report in *YDM Management, Inc. v. Blue Shield* |
| September 2018 | Expert deposition in *YDM, Management, Inc. v. Blue Shield (Health Insurance Payor Provider Matter)* |
| August 2018 | Expert declaration in *San Jose Neurospine v. Blue Shield* |
| July 2018 | Expert rebuttal report and deposition in *State of Washington v. Comcast* |
| June 2018 | Expert report in *State of Washington v. Comcast* |
| June 2018 | Trial testimony in *San Jose Neurospine v. Blue Shield (health insurance payor-provider matter)* |
| May 2018 | Expert report in *John H. Larry Jr. v. Rexall, et al.* |
| May 2018 | Expert deposition in *San Jose Neurospine v. Blue Shield (health insurance payor-provider matter)* |
| February 2018 | Expert deposition in *Bodner, et al. v. Blue Shield (health insurance pricing matter)* |
| January 2018 | Expert declaration in *Fort Leavenworth Military Housing v. Ambac* |
| December 2017 | Expert deposition in *Fort Bliss Military Housing v. Ambac (bond insurance matter)* |
| November 2017 | Expert deposition in *Slovin, et al. v. Sunrun, et al. (TCPA matter)* |
| November 2017 | Expert report in *Slovin, et al. v. Sunrun, et al.* |
| October 2017 | Expert report on economic and class issues in *Surrett, et al. v. Western Culinary Institute* |
| October 2017 | Expert deposition on damages issues in *Mayumac v. Met Life (disability insurance matter)* |
| October 2017 | Expert deposition on class certification issues in *Des Roches v. Blue Shield / Magellan (health insurance benefits matter)* |
| October 2017 | Expert report on statistical issues in *Scott v. Cricket* |

| | |
|---|---|
| October 2017 | Expert report in *Fort Bliss Military Housing v. Ambac* |
| September 2017 | Expert report in *Fort Riley Military Housing v. Ambac* |
| September 2017 | Expert declaration in *San Jose Neurospine v. Blue Shield* |
| August 2017 | Expert deposition in *Confidential Health Care Payment Matter (health insurance payor-provider matter)* |
| July 2017 | Expert deposition in *Confidential Health Care Payment Matter (health insurance payor-provider matter)* |
| July 2017 | Expert deposition in *Starks, et al. v. Geico Indemnity (auto insurance class action)* |
| June 2017 | Expert deposition in *Confidential Health Care Payment Matter (health insurance payor-provider matter)* |
| May 2017 | Expert declaration on class certification issues in *Monterey Military Housing v. Ambac* |
| April 2017 | Expert declaration on class certification issues in *Des Roches v. Blue Shield/Magellan* |
| April 2017 | Expert declaration on class certification and data issues in *Lucero v. Solar City* |
| April 2017 | Expert rebuttal report in *Fort Meade Military Housing v. Ambac* |
| March 2017 | Expert deposition in *Fort Meade Military Housing v. Ambac (bond insurance matter)* |
| March 2017 | Expert declaration in *Monterey Military Housing v. Ambac* |
| February 2017 | Expert testimony in *Fort Meade Military Housing v. Ambac (bond insurance matter)* |
| February 2017 | Expert declaration in *Fort Meade Military Housing v. Ambac* |
| February 2017 | Expert declaration in *Confidential Hospital Payment Dispute* |
| January 2017 | Arbitration testimony in *Confidential Health Care Payment Matter (health insurance payor-provider matter)* |
| January 2017 | Expert testimony in *Fort Bliss Military Housing v. Ambac (bond insurance matter)* |
| January 2017 | Expert declaration in *Fort Riley Military Housing v. Ambac* |
| December 2016 | Expert declaration in *Fort Bliss Military Housing v. Ambac* |
| December 2016 | Expert declaration in *Fort Meade Military Housing v. Ambac* |
| December 2016 | Trial testimony in *Ben-E-Lect v. Anthem (health insurance design matter)* |

| December 2016 | Arbitration testimony in *Confidential Health Care Payment Matter (health insurance payor-provider matter)* |
| October 2016 | Arbitration testimony in *Confidential Breach of Contract Arbitration (TPA valuation matter)* |
| October 2016 | Expert report in *Confidential Hospital Payment Dispute* |
| September 2016 | Trial testimony in *Goel v. Blue Shield (health insurance payor-provider matter)* |
| September 2016 | Expert declaration in *Monterey Military Housing v. Ambac* |
| September 2016 | Expert declaration in *Bodner, et al. v. Blue Shield* |
| August 2016 | Arbitration testimony in *Confidential Health Care Payment Matter (health insurance payor-provider matter)* |
| July 2016 | Arbitration testimony in *Confidential Health Care Payment Matter (health insurance payor-provider matter)* |
| May 2016 | Expert Declaration in *Monterey Military Housing v. Ambac* |
| April 2016 | Deposition testimony in *Confidential Health Care Payment Matter (health insurance payor-provider matter)* |
| February 2016 | Arbitration testimony in *Confidential Health Care Payment Matter (health insurance payor-provider matter)* |
| January 2016 | Expert declaration in *Bodner, et al. v. Blue Shield* |
| December 2015 | Arbitration testimony in *Confidential Hospital Payment Dispute* |
| December 2015 | Expert deposition in *Chinese Drywall Products Liability Litigation* |
| December 2015 | Expert declaration in *Bodner, et al. v. Blue Shield of California* |
| December 2015 | Trial testimony in *Metzner v. Permanente Medical Group* |
| October 2015 | Expert report in *Chinese Drywall Products Liability Litigation* |
| September 2015 | Expert deposition in *Metzner v. Permanente Medical Group* |
| August 2015 | Expert testimony in *Confidential Health Care Arbitration* |
| July 2015 | Expert deposition in *Solyndra v. Trina, et al.* |
| April 2014 | Expert report (update) in *NCAA Concussion Litigation* |
| January 2015 | Expert deposition in *Prime v. Kaiser* |
| December 2014 | Expert report (update) in *NCAA Concussion Litigation* |

| December 2014 | Expert deposition in *Martin, et al. v. Blue Shield of California* |
| November 2014 | Expert testimony in *Confidential International Arbitration* |
| September 2014 | Expert deposition in *Confidential Insurance Matter* |
| July 2014 | Expert report in *NCAA Concussion Litigation* |
| July 2014 | Expert testimony in *Confidential Wrongful Termination Matter* |
| July 2014 | Expert report in *Confidential Disability Insurance Matter* |
| May 2014 | Expert report in *Martin v. Blue Shield of California* |
| May 2014 | Expert declaration in *Martin v. Blue Shield of California* |
| December 2013 | Expert report in *Confidential Airline Litigation* |
| December 2013 | Expert testimony in *Confidential Investment Return Litigation* |
| December 2013 | Expert deposition in *Confidential Investment Return Litigation* |
| November 2013 | Expert declaration in *Long Trust v. Morgan Stanley* |
| November 2013 | Expert report in *Long Trust v. Morgan Stanley* |
| November 2013 | Expert testimony in *Confidential Employment Litigation* |
| November 2013 | Expert deposition in *Confidential Employment Litigation* |
| November 2013 | Expert deposition in *Katz v. Mass Mutual* |
| October 2013 | Expert report in *Katz v. Mass Mutual* |
| October 2013 | Expert report in *Circuit City, et al. v. AUO* |
| October 2013 | Summary witness expert testimony in *US Department of Justice v. Richard Bai* |
| January 2013 | Expert testimony in *Confidential Arbitration* |
| January 2013 | Expert deposition in *Confidential Arbitration* |
| December 2012 | Expert declaration in *Markocki v. Olde Republic Title* |
| December 2012 | Expert deposition in *Paul v. Blue Shield of California* |
| June 2012 | Expert deposition in *Indirect Purchaser Class Action v. AUO* |
| June 2012 | Expert deposition in *Asbestos Litigation v. Borg Warner* |

| | |
|---|---|
| May 2012 | Expert report in *Indirect Purchaser Class Action v. AUO* |
| April 2012 | Expert deposition in *2880 Stevens Creek v. Blach Construction Co.* |
| April 2012 | Expert deposition in *Indirect Purchaser Class Action v. AUO* |
| March 2012 | Expert report in *Indirect Purchaser Class Action v. AUO* |
| February 2012 | Expert testimony in *United States Department of Justice v. AUO* |
| February 2012 | Expert deposition in *Campbell v. MetLife* |
| November 2011 | Expert deposition in *Cox v. Allstate* |
| October 2011 | Expert report in *Cox v. Allstate* |
| October 2011 | Expert deposition in *Class Action v. Wellpoint* |
| October 2011 | Expert designation in *US Department of Justice v. AUO* |
| October 2011 | Expert report in *KFTC v. AUO* |
| July 2011 | Expert report in *Class Action v. Wellpoint* |
| June 2011 | Expert report in confidential damages arbitration |
| November 2010 | Expert testimony in *Jasmine v. Marvell* |
| October 2010 | Expert testimony in *US Government v. Jerry Cash* |
| July 2010 | Expert deposition in *M.E. Fox & Co. Valuation matter* |
| June 2010 | Expert designation in *M.E. Fox & Co. Valuation matter* |
| May–June 2010 | Expert testimony in *Polteco v. Tecsult* |
| March 2010 | Expert deposition in *Simoes v. Blue Shield* |
| December 2009 | Expert designation in *Simoes v. Blue Shield* |
| October 2009 | Affidavit in *Best Buy v. DDR* |
| March 2009 | Expert deposition in *Hailey v. Blue Shield* |
| March 2009 | Expert report in *Hausman v. Union Bank* |
| March 2009 | Expert report in *Perez v. First American Title Insurance Company* |
| March 2009 | Trial testimony in *Windham v. Cook* |
| February 2009 | Expert report in *Windham v. Cook* |

| January 2009 | Expert designation in *Hailey v. Blue Shield* |
|---|---|
| October 2008 | Deposition testimony in *Pavlov, et al. v. CNA* |
| September 2008 | Expert declaration in *Pavlov, et al. v. CNA* |
| September 2008 | Trial testimony in *Freidman v. Sega, et al.* |
| September 2008 | Expert report in *Freidman v. Sega, et al.* |
| July 2008 | Deposition testimony in *Freidman v. Sega, et al.* |
| July 2008 | Deposition testimony in *Best Buy v. DDR* |
| June 2008 | Expert report in *Best Buy v. DDR* |
| October 2007 | Expert designation in *Rowlands v. Blue Shield* |
| September 2007 | Deposition testimony in *Class Action v. CNA* |
| September 2007 | Expert report in *Class Action v. CNA* |
| May 2007 | Deposition testimony in *Tronox v. Rio Algom* |
| April 2007 | Expert designation in *Callil v. Blue Shield* |
| April 2007 | Expert designation in *Abbott v. Blue Shield* |
| March 2007 | Deposition testimony in *Leyra v. Blue Shield Life and Health* |
| December 2006 | Expert designation in *Leyra v. Blue Shield Life and Health* |
| August 2006 | Arbitration testimony in *F&A Restaurant Group v. Shepard and Reyes* |
| July 2006 | Trial testimony in *Carrino v. Carrino* |
| July 2006 | Deposition testimony in *Carrino v. Carrino* |
| February 2006 | Arbitration testimony in *ART v. Riverdeep* |
| January 2006 | Deposition testimony in *ART v. Riverdeep* |
| December 2005 | Deposition testimony in *FFIC v. Cunningham Lindsey* |
| September 2005 | Deposition testimony in *Barnes & Noble v. DDR (Texas and Kansas)* |
| September 2005 | Expert report in *Fireman's Fund v. Cunningham Lindsey* |
| September 2005 | Expert report in *Barnes & Noble v. DDR (Kansas)* |

| August 2005 | Expert report in *Barnes & Noble v. DDR (Texas)* |
| March 2005 | Expert report in *Bioport Corporation v. Elan Pharmaceuticals* |
| February 2005 | Expert report in *Capo v. Dioptics* |
| February 2005 | Expert report in *Arthur Stockton v. Fidelity & Deposit* |
| September 2004 | Deposition testimony in *Her Associates v. Kaiser* |
| August 2004 | Deposition testimony in *CSR v. Lloyds, et al.* |
| June 2004 | Expert report in *CSR v. Lloyds, et al.* |
| April 2004 | Deposition testimony in *General American v. KPMG* |
| March 2004 | Expert report in *General American v. KPMG* |
| March 2004 | Deposition testimony in confidential company valuation for marital dissolution. |
| February 2004 | Expert report in confidential company valuation for marital dissolution. |
| January 2004 | Deposition testimony in *Her Associates v. Kaiser* |
| January 2004 | Expert report in *Her Associates v. Kaiser* |
| March 2003 | Expert designation in *Creative Artist Network v. Santa Clara County* |
| December 2002 | Deposition testimony in *Redland Insurance Company v. Anthony Choy and Edward Wolkowitz* |
| November 2002 | Expert designation in *Academy Tent, et al. Class Action v. American Home Assurance* |
| Sept.–Dec. 2002 | Trial testimony in *A&J Liquor, et al. Class Action v. State Compensation Insurance Fund* |
| September 2002 | Deposition testimony in *A&J Liquor, et al. Class Action v. State Compensation Insurance Fund* |
| July 2002 | Expert witness report in *Creative Artist Network v. Santa Clara County* |
| July 2002 | Deposition testimony in *Redland Insurance Company v. Anthony Choy and Edward Wolkowitz* |
| June 2002 | Expert declaration on insurance company valuation in *Redland Insurance Company v. Anthony Choy and Edward Wolkowitz* |
| May 2002 | Expert declaration on settlement valuation in *Class Action v. Knights of Columbus* |

| | |
|---|---|
| Jan.–Feb. 2002 | Deposition testimony in *A&J Liquor, et al. Class Action v. State Compensation Insurance Fund* |
| December 2001 | Deposition testimony in *Class Action v. Ford Credit* |
| May 2001 | Deposition testimony in *A&J Liquor, et al. Class Action v. State Compensation Insurance Fund* |
| April 2001 | Deposition testimony in *Bar None v. The Duncan Group* |
| April 2001 | Deposition testimony in *Trigon v. United States* |
| January 2001 | Deposition testimony in *Heska v. Synbiotics* |
| December 2000 | Expert declaration in *Trigon v. United States* |
| June 2000 | Deposition testimony in *A&J Liquor, et al. Class Action v. State Compensation Insurance Fund* |
| May 2000 | Deposition testimony in *Heska v. Synbiotics* |
| July 1999 | Appeared in Federal Court on behalf of Ohio National in *James A. Wemer, et al. Class Action v. Ohio National* (did not provide testimony) |
| June 1999 | Submitted a report on the valuation and fairness of the proposed settlement in *James A. Wemer, et al. Class Action v. Ohio National* |
| January 1999 | Identified as an insurance liability and damages expert in *Arroyo v. Alexander & Alexander* |
| December 1998 | Expert declaration in *A&J Liquor, et al. Class Action v. State Compensation Insurance Fund* |
| November 1998 | Identified as an economic expert in *Class Action v. Ohio National* litigation |
| October 1998 | Identified as an insurance expert in *Morris v. Fremont Life Insurance Company* |
| September 1998 | Expert declaration in *Class Action v. State Compensation Insurance Fund* |
| April 1998 | Deposition testimony in *Handicomp, Inc. v. United States Golf Association* |
| February 1998 | Rebuttal expert report in *Handicomp, Inc. v. United States Golf Association*, coauthored with Ronald C. Curhan |
| February 1998 | Expert declaration in *Class Action v. State Compensation Insurance Fund* |
| January 1993 | Expert testimony on the likely economic impact of the merger on the hospital's operating expenses and capital expenditures in Federal Trade Commission (FTC) administrative hearings, *Proposed Merger of Parkview Hospital and St. Mary Corwin Hospital*, Pueblo, CO |

**PROFESSIONAL MEMBERSHIPS**

American Economics Association

American Bar Association (non-lawyer member)

Association for Health Services Research

# **Appendix C**

# **Curriculum Vitae of Dr. Sean Durkin**



# John (Sean) T. Durkin, Jr.
Vice President

PhD, Economics
University of Chicago

MA, Social Science
University of Chicago

BSFS, International Economics
Georgetown University

Sean Durkin is a Vice President in the Antitrust & Competition Economics Practice of Charles River Associates. He specializes in economic analysis of antitrust and intellectual property issues. Dr. Durkin has served as a testifying expert in both the US and the UK on antitrust, intellectual property, and unfair competition cases. He has testified in federal and state court and before the International Trade Commission. Dr. Durkin also has extensive consulting experience on both antitrust and intellectual property issues. He has consulted on cases involving a wide range of antitrust issues, including collusion, bundling/tying, exclusive dealing, and predatory pricing, and he has consulted on a variety of merger cases for government agencies in the US and Canada and for merging parties in both horizontal and vertical mergers. He has also consulted on the calculation of reasonable royalties and on the role that FRAND commitments play in determining reasonable royalties.

Dr. Durkin is a Lecturer at the Harris Graduate School of Public Policy Studies at the University of Chicago where he teaches a course on competition and intellectual property policy and previously taught at the school's Booth School of Business. He also taught at Wayne State University.

Prior to joining CRA, he was a Principal and Director at Navigant Economics.

## Professional experience

| | |
|---|---|
| Present | *Vice President*, Charles River Associates |
| 2001–2013 | Navigant Economics |
| | *Principal/Director* (2008–2013) <br> *Vice President* (2004–2008) <br> *Consulting Academic* (2001–2004) |
| 2000–2020 | *Lecturer*, University of Chicago, Harris Graduate School of Public Policy Studies |
| 2010–2011 | *Adjunct Associate Professor of Econometrics and Statistics*, The University of Chicago Booth School of Business |
| 1999–2001 | *Consultant*, NORC |
| 1991–1998 | *Assistant Professor,* Department of Economics, Wayne State University |
| 1990–1991 | *Economist*, SPSS Consulting |

1989–1991          *Teaching Fellow,* Department of Economics, University of Chicago

1986–1990          *Research Assistant*, NORC

## Awards

Dr. Durkin received a 2015 Antitrust Writing Award for the Best Antitrust Business Article in the Economics Category for his article "The Discount Attribution Test and the Competitive Effects of Loyalty Discounts."

## Testimonial experience, expert reports, and other filings

*UK Trucks Claim Limited and Fiat Chrysler Automobiles N.V. and Others, and DAF Trucks N.V. and Others.* In The Competition Appeal Tribunal Case No: 1282/7/7/18. *Road Haulage Association Limited and Man SE and Others, and Daimler AG and Another.* In The Competition Appeal Tribunal Case No: 1289/7/7/18. Expert Report of Dr. John T. Durkin, Jr., March 21, 2019. Expert Report of Dr. John T. Durkin, Jr., March 21, 2019. Second Report of John Thomas Durkin, Jr., March 12, 2021. Expert on behalf of Iveco in opposition to collection proceeding orders in the U.K.

*Alarm Detection System, Inc., v. Bloomingdale Fire Protection District, Lemont Fire Protection District, Orland Park Fire Protection District, Tyco Integrated Security, LLC., and Cross Points, Inc..* United States District Court for the Northern District of Illinois, Eastern Division, Case No. 14 cv 876. Expert on behalf of Tyco Integrated Security in antitrust case. Trial testimony in temporary restraining order and preliminary injunction hearing, April 11, 2014. Expert Report April 10, 2017. Deposition April 26, 2017. Trial testimony May 25-26, 2017.

*Maxim Marketing Corporation v. ConAgra Foods, Inc.; Trader Joe's Company.* Superior Court for the State of California for the County of Los Angeles, Case No. BC 533822. Expert on behalf of ConAgra and Trader Joe's in an antitrust case. Expert Disclosure September 2, 2016. Deposition September 28, 2016.

*Superior Edge Inc. v. Monsanto Company and Site-Specific Technology Development Group.* United States District Court, District of Minnesota, Case No. 12-cv-02672-JRT/FLN. Expert on behalf of Monsanto in misappropriation of trade secrets and breach of contract case. Expert Report March 27, 2015.

*Linda Faye Donna et. al. v. CS Legal Services, LLC, et. al..* District Court, Denver County, State of Colorado Case No. 2013CV33587. Expert on class certification on behalf of defendants in a price fixing case. Expert Report, April 25, 2014.

*Center Partners, LTD., et. al., v. Urban Shopping Centers L.P.,et. al.* Circuit Court of Cook County Illinois Case No. 04 L 012194. Expert on behalf of limited partners in a post-merger dispute. Expert report, March 7, 2013. Deposition, April 18, 2013.

*Michel Quesnel c. Jean Coutu (PJC) Inc. et al.* Quebec Superior Court, 505-17-004029-080. Expert on behalf of Jean Coutu in a dispute with its franchisees in Quebec. Expert report, September 27, 2012.

*Steven D. Sass, LLC, as Plan Administrator of the Post-Confirmation Debtors, et al. v. Ernst & Young, LLP, et al.* International Institute for Conflict Prevention and Resolution. Expert on behalf of Ernst & Young in a bankruptcy dispute. Expert report, August 15, 2011. Deposition, August 23, 2011. Trial testimony, September 15, 2011.

*Monsanto Company and P4 Production, LLC v. Conoco Phillips Company.* Circuit Court of St. Louis County, State of Missouri, Division No. 21, Case No. 08-SL-CC02002. Expert on behalf of Monsanto in breach of contract case. Expert report, January 11, 2010. Deposition, January 13, 2010. Trial testimony, June 25, 2010.

*Mueller Industries, Inc. v. Peter D. Berkman, Jeffrey A. Berkman, Jeffrey J. Pischke, and Homewerks Worldwide, LLC.* Circuit Court of the Eighteenth Judicial Circuit DuPage County, State of Illinois, Case No. 07-L-567. Expert on behalf of defendants in a misappropriation of trade secrets and breach of fiduciary duty case. Expert report, December 15, 2009. Rebuttal expert report, March 5, 2010. Deposition, March 14, 2010.

*Claredi Corporation v. SeeBeyond Technology Corporation.* United States District Court for the Eastern District of Missouri, Case No. 04-CV-01304-RWS. Expert on behalf of SeeBeyond Technology in patent and contract case. Expert report, June 30, 2009.

*In re Endosurgical Products Direct Purchaser Antitrust Litigation.* United States District Court for The Central District of California, Southern Division (Case No: 05-8809 JVS (MLGx)). Submitted declaration on behalf of Ethicon, Inc. in class-action settlement, April 27, 2008.

*Javier Reto, et al. v. Moneygram Payment Systems Inc.* Circuit Court of Cook County, Illinois (Case No. 02 CH 16657). Expert on behalf of class in support of class certification. Affidavit, May 21, 2008. Deposition, June 24, 2008.

*A.L.L. Masonry Construction Co., Inc. and US Masonry, Inc. v. Boguslaw Omelian and Izabela Omelian.* United States District Court, Northern District of Illinois, Eastern Division (Case No. 07 CV 5761). Expert on behalf of A.L.L. Masonry in unfair competition case. Expert report, September 26, 2008.

*Interquisa Canada L.P. v. Parachem Chemicals L.P.* The International Court of Arbitration of the International Chamber of Commerce (Case No. 15062/EC/GZ). Expert on behalf of Interquisa Canada in contract dispute. Expert report, November 10, 2008.

*Telecommunications Network Design, Inc., v. McLeod USA.* Circuit Court of Cook County, Illinois (Case No. 03 CH 08477). Expert on behalf of McLeod USA in class-action case. Expert report, August 13, 2008. Deposition, September 18, 2008.

*Mercatus Group LLC v. Lake Forest Hospital.*  United States District Court for the Northern District of Illinois (Case No. 07 CV 2042). Expert on behalf of Mercatus Group in antitrust case. Expert report, August 25, 2008. Deposition, October 1, 2008.

*JVI, Inc. v. Universal Holdings, Inc., d/b/a Universal Form Clamp, Inn Connect LLC, and Ratec LLC.* United States District Court for the Northern District of Illinois (Civil Action No. 05 C 5385). Expert on behalf of Universal Holdings in patent case. Expert report, January 15, 2008.

*Steve P. Heger, et al. v. Attorneys' Title Guarantee Fund, Inc.* Nineteenth Judicial Court Lake County, Illinois (No. 03 L 1398). Expert on behalf of Attorney's Title Guarantee Fund, Inc. in class-action fraud case. Expert report, June 9, 2006. Deposition, August 17, 2006. Affidavit, September 26, 2007. Affidavit, December 19, 2007.

*Skydive Arizona, Inc., v. Cary Quattrochi; Ben Butler; 1800skyride; 1800skyride.com; Atlanta Skydiving Center; Casc Inc.* United States District Court for the District of Arizona (Case No. 2:05-CV-2656 PHX- MHM). Expert on behalf of 1800skyride in a case involving antitrust, trademark infringement, unfair competition, and tortious interference claims. Expert report, November 19, 2007. Deposition, March 19, 2008.

*Brian Budrick v. R.C. Wegman Construction Company; Interstate Scaffolding, Inc., and Hayes Mechanical, Inc.* Circuit Court of Cook County, Illinois (No. 04 L 2942). Expert on behalf of Interstate Scaffolding in personal injury case. Expert report, September 12, 2007.

*In re Enbridge Pipelines (Illinois) L.L.C. Application pursuant to sections 8-503, 8-509, and 15-401 of the Public Utilities Act/The Common Carrier By Pipeline Law to construct and operate a petroleum pipeline and, when necessary, to take private property as provided by the law of eminent domain.* Illinois Commerce Commission Docket No. 07-0446. Expert on behalf of landowners. Direct testimony in December 31, 2007. Reply testimony, April 7, 2009. Trial testimony, July 10, 2008.

*Concerned Residents of ABLA, et al. v. The Chicago Housing Authority.* United States District Court, Northern District of Illinois, Eastern Division (66 C 1459). Expert on behalf of public housing residents. Statement by Brendan Burke, Ricardo Cossa, and John T. Durkin, Jr., May 2004.

*Steel Global Safeguards Investigation* (TA-201-73). Expert on behalf of Ispat-Inland Steel in safeguards investigation. Expert report in the injury phase, September 10, 2001. Expert report in the remedy phase, October 31, 2001. Testimony in International Trade Commission remedy phase hearing, November 8, 2001.

*American Society of Consultant Pharmacists v. Illinois Department of Public Aid.* United States District Court, Northern District of Illinois, Eastern Division (00 C 7281). Expert on behalf of American Society of Consultant Pharmacists in opposition to changes in Medicaid reimbursement policy. Affidavit, January 29, 2001.

## Consulting experience

### Antitrust

Dr. Durkin has extensive consulting experience on all types of antitrust matters. He has consulted on a number of different Section 2 cases involving exclusive dealing, bundling, and predatory pricing. He has consulted on several Section 1 cases involving price fixing, quantity restrictions, and agreements not to compete. He has also consulted on a variety of different merger cases for government agencies in the US and Canada as well as on several cases for merging parties in both horizontal and vertical mergers.

## Intellectual property

Dr. Durkin has extensive consulting experience in the calculation of reasonable royalties in federal court and before the International Trade Commission in cases involving a wide range of industries. Dr. Durkin also has experience in both pre-litigation and litigation consulting on the calculation of reasonable royalties when patent holders have made FRAND commitments.

## Published papers and book chapters

"The Competitive Effects of Loyalty Discounts in a Model of Competition Implied by the Discount Attribution Test." *Antitrust Law Journal*, vol. 81, Issue 2 2017: pp 475-506.

"Distinguishing Between Market Power and Monopoly Power in a Section 2 Exclusion Case," in Antitrust Economics for Lawyers, ed. Serge Moresi, LexisNexis Antitrust Law and Strategy Series, (2017).

"Difference in GDP Per Capita and the Share of Intraindustry Trade: The Role of Vertically Differentiated Trade." With Markus Krygier. *Review of International Economics*, vol. 8, November 2000, pp. 760–774.

"Immigration, Assimilation and Long Run Growth." *Journal of Population Economics*, vol. 11, March 1998, pp. 273–291.

"Comparative Advantage and the Pattern of Trade Within Industries." With Markus Krygier. *Review of International Economics*. June 1998.

"Perfect Competition and Endogenous Comparative Advantage." *Review of International Economics*, vol. 5, August 1997, pp. 401–411.

"Falling Behind and Catching Up in a Model of North-South Trade." *Review of International Economics*, vol. 4, June 1996, pp. 218–235.

"A Rational Model of Religious Choice Under Uncertainty." With Andrew M. Greeley. *Rationality and Society*, vol. 3, April 1991, pp. 178–196.

## Published newsletter articles

"Deceptive Marketing Practices: How Some Consumers Benefit When Others are Deceived." Economics Committee Newsletter, Spring 2015.

"The Discount Attribution Test and the Competitive Effects of Loyalty Discounts." Monopoly Matters, Volume 12 No. 1. (Fall 2014) 28-31.

"Economics and the Attribution Test for Bundled Discounting." Antitrust Litigation E-Newsletter, Spring 2012.

Charles River Associates

## Teaching experience

At the University of Chicago, Dr. Durkin has taught courses in competition policy and courses in international economic policy at the Harris Graduate School of Public Policy Studies, classes in regression analysis at the Booth School of Business, and undergraduate courses in economics in the College. He has also taught PhD, Masters, and undergraduate economics courses at Wayne State University.

# **Appendix D**

# **Curriculum Vitae of Dr. Saul Kassin**

May 2021

# SAUL KASSIN
## CURRICULUM VITAE

---

**Contact Information**

Department of Psychology
John Jay College of Criminal Justice
City University of New York3
524 West 59th Street
New York, NY 10019
Phone: (646) 557-4505
E-mails: skassin@jjay.cuny.edu
Web page: http://www.williams.edu/Psychology/Faculty/Kassin/default.htm

**Current Positions**

Distinguished Professor of Psychology, John Jay College of Criminal Justice, 2006-present
Massachusetts Professor of Psychology - Emeritus, Williams College 1981-2016

**Other Positions Held**

Postdoctoral Fellow – Stanford University, 1985-86
Research Associate - Federal Judicial Center, 1984-85
Assistant Professor - Purdue University, 1979 81
Postdoctoral Fellow – University of Kansas, 1978-79

**Education**

Doctor of Philosophy, Personality and Social Psychology
University of Connecticut, 1978

Master of Arts, Personality and Social Psychology
University of Connecticut, 1976

Bachelor of Science, Psychology
Brooklyn College of the City University of New York, 1974

**Recent Funding**

National Science Foundation (SES # 1021442).  On the Videotaping of Interrogations: Testing Proposed Effects on Police, Suspects, and Jurors ($249,986--9/10-8/16).

**Honors and Awards**

Association for Psychological Science (APS) – James McKeen Cattell Lifetime Award for Applied Research  (2021)
American Psychological Association (APA)-Award for Distinguished Contribution to Research in Public Policy (2017)
European Association of Psychology and Law (EAPL) – Award for Distinguished Lifetime Contribution (2017)
American Psychology-Law Society (AP-LS)-Award for Distinguished Lifetime Contribution (2014)
International Investigative Interviewing Research Group (iiiRG)-Lifetime Achievement Award (2011)
APA Presidential Citation, the American Psychological Association (2007)
Macarthur Foundation, Juvenile Justice Network funds to study biases in judgments of juvenile suspects (2003-06)
NIH Research Fellowship and Visiting Professorship, Stanford University (1985-86)

U.S. Supreme Court Judicial Fellowship Award (1984-85)
Foundation for Child Development, Research Grant (1984-85)
NIH Postdoctoral Fellowship, University of Kansas (1978-79)
University of Connecticut Research Foundation Grant (1977-78)
Phi Beta Kappa (1975)

**Professional Affiliations**

American Psychological Association (Fellow)
Association for Psychological Science (Fellow)
American Psychology-Law Society (Fellow)
Society for Personality and Social Psychology (Fellow)
European Association for Psychology and Law (Lifetime Member)

**Professional Service Activities**

Member - New York State Bar Association Wrongful Conviction Task Force, 2018-2019.

Affiliate Member - *Human Factors Committee of OSAC (Organization of Scientific Area Committees)* - part of an initiative by NIST and the Department of Justice to strengthen forensic science in the United States, 2015-present.

International Investigative Interviewing Research Group (iiiRG) – Executive Committee member, 2012-present

Past President – Div. 41 of the American Psychological Association (American Psychology-Law Society), 2008-09.

Assisted the American Psychological Association in drafting several *amicus* briefs to state supreme courts in cases involving disputed confessions.

Network Member - National Science Foundation *Research Coordination Network (RCN): Understanding Plea Bargains*, 2014-2016.

*Law and Human Behavior* – Editorial Board, 1986-present.
*Journal of Applied Research in Memory and Cognition* – Editorial Board, 2012-2015.
*The Innocence Project* – Research Advisory Board, 2009-2018.
Founder of Legal Studies - Williams College, 2002.

Consulting Editor, *Journal of Personality & Social Psychology: Attitudes and Social Cognition*, 1992-1994; *Journal of Experimental Social Psychology,* 1982-1987; Chair, Division 41 Program Committee for the 1987 APA Convention.

Ad hoc reviewer for the following journals: *American Psychologist; Science; Applied Cognitive Psychology; Basic and Applied Social Psychology; Behavioral Sciences & the Law; Child Development; Developmental Psychology; European Journal of Social Psychology; Journal of Applied Psychology; Journal of Applied Social Psychology; Journal of Personality; Journal of Personality & Social Psychology; Journal of Research in Personality; Journal of Social and Clinical Psychology; Journal for the Theory of Social Behavior; Personality and Social Psychology Bulletin; Social Cognition; Social Psychology Quarterly; Journal of Experimental Child Psychology; Journal of Nonverbal Behavior; Journal of Experimental Psychology: Applied; Psychological Bulletin; Psychological Science; Current Directions in Psychological Science; Psychology, Public Policy, and Law; Psychology, Crime, and Law; Journal of Applied Research on Memory and Cognition; Journal of Empirical Legal Studies; Scientometrics; Applied Cognitive Psychology; Legal and Criminological Psychology.* Ad hoc reviewer for NIMH, NSF, and several book publishers.

External dissertation advisor/opponent: Florida International University – US; University of Gothenburg - Sweden; University of Maastricht - The Netherlands; New York University – US; University College London - UK; University of Amsterdam – The Netherlands.

## Research Interests

Psychological perspectives on justice, law, and wrongful convictions.  Police interviewing and interrogations; false confessions—cited by the U.S. Supreme Court in *Salinas v. Texas* (2013) and the Supreme Court of Canada in *R. v. Hart* (2014). Additional work on guilty pleas, confirmation biases in the forensic sciences, and jury decision-making.

## Books

Kassin, S., Privitera, G., & Clayton, K. (in press). *Essentials of psychology.* Thousand Oaks, CA: Sage Publications.

Kassin, S., Fein, S., & Markus, H. R. (2021).  *Social psychology* (11th edition).  Belmont, CA: Cengage Learning.
   (prior editions 1990, 1993, 1996, 1999, 2002, 2005, 2008, 2011, 2014, 2017)

Kassin, S., Fein, S., & Markus, H. R. (Eds.) (2010).  *Readings in social psychology: The art and science of research*. Belmont, CA: Wadsworth.

Kassin, S. M. (2008).  *Psychology in Modules*.  Boston: Pearson Custom Publishing. (previous edition 2006).

Kassin, S. M., & Briggs, K. (Eds.) (2005).  *Readings from the American Psychological Society: Current Directions in Psychology*.  Upper Saddle River, NJ: Prentice Hall.

Kassin, S.M. (2004).  *Psychology* (4th ed.).  Upper Saddle River, NJ: Prentice Hall. (prior editions 1995, 1998, 2001)

Kassin, S.M. (2004).  *Essentials of Psychology*.  Upper Saddle River, NJ: Prentice Hall.

Fein, S., & Kassin, S.M. (Eds.) (2002). *Readings in social psychology*. Boston: Houghton Mifflin.

Wrightsman, L.S., & Kassin, S.M. (1993).  *Confessions in the courtroom*.  Newbury Park: Sage.

Kassin, S. M., & Wrightsman, L. S.  (1988*).  The American jury on  trial: Psychological perspectives.* Washington, DC: Hemisphere.

Wrightsman, L. S., Kassin, S. M., & Willis, C. (Eds.) (1987).  *In the jury box:  Controversies in the courtroom.* Newbury Park: Sage Publications.

Wrightsman, L. S., Willis, C. & Kassin, S. M., (Eds.) (1987*). On the witness stand:  Controversies in the courtroom.* Newbury Park, CA: Sage Publications.

Kassin, S. M., & Wrightsman, L. S. (Eds.) (1985).  *The psychology of evidence and trial procedure.* Beverly Hills: Sage Publications.

Brehm, S. S., Kassin, S. M., & Gibbons, F. X. (Eds.) (1981). *Developmental social psychology: Theory and research*. New York:  Oxford University Press.

## Book Chapters

Kassin, S. M., Scherr, K. C. & Alceste, F. (2020). The right to remain silent: Realities and illusions. In R. Bull & I. Blandon-Gitlin (Eds.). *Routledge International Handbook of Legal and Investigative Psychology* (pp. 2-19). Abbington, UK: Routledge.

Kassin, S. M. (2019). The need for blind testing. In R. Sternberg (Ed.), *My Biggest Research Mistake: Adventures and Misadventures in Psychological Research* (pp. 30-34). Newbury Park, CA: Sage Publications.

Alceste, F., Amrom, A., Hellgren, J., & Kassin, S. (2019). Social psychology and law. Chapter in K. O'Doherty & D. Hodgetts (Eds.), *Sage Handbook of Applied Social Psychology* (pp. 559-582). Newbury Park: Sage.

Kassin, S., & Kovera, M. B. (2019).  Forensic personality and social psychology. In K. Deaux & M. Snyder (Eds.), *Oxford Handbook of Personality and Social Psychology* 2e (pp. 857-884).  NY: Oxford University Press.

Kassin, S. M. (2016).  False confessions: From colonial Salem, through Central Park, and into the twenty-first century. In C. Willis-Esqueda & B. H. Bornstein (Eds.) *The Witness Stand and Lawrence S. Wrightsman, Jr.*  New York: Springer-Verlag.

Kassin, S. M. (2016). Confessions, Evidentiary reliability of.  In A. Jamison & A. Moenssens (Eds.), Wiley Encyclopedia of Forensic Science. UK: John Wiley & Sons. (1st edition 2009)

Kassin, S. M., Perillo, J. T., Appleby, S. C., & Kukucka, J. (2015). Police interrogations and confessions.  In B. Cutler & P. Zapf (Eds.), *APA Handbook of Forensic Psychology*. Washington, DC: American Psychological Association.

Hasel, L. E., & Kassin, S. M. (2012).  False confessions.  In B. Cutler (Ed.), *Conviction of the Innocent: Lessons from Psychological Research.*  Washington, DC: American Psychological Association.

Kassin, S. M., & Kovera, M. B. (2012).  Forensic personality and social psychology.  In K. Deaux & M. Snyder (Eds.), *The Oxford Handbook of Personality and Social Psychology*. New York: Oxford University Press.

Kassin, S.M. (2011). The "messenger effect" in persuasion. In R. Arkin (Ed.), *Most underappreciated: 50 prominent social psychologists talk about hidden gems.* New York: Oxford University Press.

Kassin, S. M. (2010). Deconstructing confessions - the state of the literature. In G.D. Lassiter & C.A. Meissner (Eds.), *Police interrogations and false confessions: Current research, practice, and policy recommendations*.  Washington, DC: American Psychological Association.

Redlich, A. D., & Kassin. S. M. (2009).  Suggestibility and false confessions among juveniles. In B. Bottoms, G. Goodman, & C. Najdowski (Eds.), *Child victims, child offenders: Psychology and law.*  Guilford Press.

Torkildson, J. M., & Kassin, S. M. (2008). False confessions.  In B. Cutler (Ed.), *Encyclopedia of Psychology and Law* (pp. 306-310).  Thousand Oaks, CA: Sage.

Busso, J. C., & Kassin, S. M. (2008).  Juries and confession evidence.  In B. Cutler (Ed.), *Encyclopedia of Psychology and Law*.  Thousand Oaks, CA: Sage.

Kassin, S. M. (2007). Expert testimony on the psychology of confessions:  A pyramidal model of the relevant science. In E. Borgida & S. T. Fiske (Eds.), *Psychological Science in Court: Beyond Common Knowledge*.  Oxford, England: Blackwell Publishing.

Kassin, S. M. (2007).  What's your prediction?  Introducing psychology via common sense. In B. Perlman, L. McCann, & W. Buskist (Eds.), *Voices of experience: Memorable talks from the National Institute on the Teaching of Psychology.*  Washington, DC: Association for Psychological Science.

Kassin, S. M. (2007).  Internalized false confessions.  In M. Toglia, J. Read, D. Ross, & R. Lindsay (Eds.), *Handbook of eyewitness psychology: Volume 1, Memory for Events* (pp. 175-192). Mahwah, NJ: Erlbaum.

Kassin, S. M. (2007).  Forensic psychology.  In R.F. Baumeister & K.D. Vohs (Eds.), *Encyclopedia of Social Psychology.*  Newbury Park, CA: Sage Publications.

Kassin, S. M. (2006).  Judging eyewitnesses, confessions, informants and alibis: What is wrong with juries and can they do better?  In A. Heaton-Armstrong, E. Shepherd, G. Gudjonsson, & D. Wolchover, (Eds.), *Witness Testimony: Psychological, Investigative and Evidential Perspectives* (pp. 345-362). Oxford: Oxford Press.

5

Kassin, S. M. (2006).  A critical appraisal of modern police interrogations.  In T. Williamson (Ed.), *Investigative interviewing:  Rights, research, regulation* (pp. 207-228).  Devon, UK: Willan Publishing.

Kassin, S. M. (2004).  True or false: "I'd know a false confession if I saw one."  In P. Granhag & L. Strömwall (Eds.), *Deception detection in forensic contexts* (pp. 172-194). Cambridge: Cambridge University  Press.

Meissner, C. A., & Kassin, S. M. (2004).  You're Guilty, So Just Confess!" Cognitive and Behavioral Confirmation Biases in the Interrogation Room.  In G. D. Lassiter (Ed.), *Interrogations, confessions, and entrapment* (pp. 85-106).  New York: Kluwer Academic.

Kassin, S. M. (2001).  Confessions: Psychological and forensic aspects.  In N. J. Smelser & P. B. Baltes (Eds.), *International Encyclopedia of the Social and Behavioral Sciences.*  Amsterdam: Elsevier.

Kassin, S. M. (2000). Psychology, Social Psychology. In Microsoft Encyclopedia *Encarta 2000*.

Kassin, S. M., & Studebaker, C. (1998).  Instructions to disregard and the jury: Curative and paradoxical effects. In J. Golding & C. MacLeod (Eds.), *Intentional Forgetting: Interdisciplinary Approaches* (pp. 413-434). Erlbaum.

Kassin, S. M., & Pryor, J. B. (1985).  The development of attribution processes.  In J. Pryor & J. Day (Eds.), *The development of social cognition*.  NY:  Springer-Verlag.

Kassin, S. M., & Wrightsman, L. S. (1985).  Confession evidence.  In S. Kassin & L. Wrightsman (Eds*.), The psychology of evidence and trial procedure*. Beverly Hills: Sage Books.

Kassin, S. M., & Baron, R. M. (1985).  Basic determinants of attribution and social perception.  In J. Harvey & G. Weary (Eds.), *Current perspectives on attribution theory and research*.  NY:  Academic Press.

Kassin, S. M., & Lepper, M. R. (1984).  Oversufficient and insufficient justification effects:  Cognitive and behavioral development.  In J. Nicholls (Ed.), *The development of achievement motivation*.  Greenwich, CT:  JAI Press.

Kassin, S. M. (1981).  From lay child to "layman": Developmental causal attribution.  In S. Brehm, S. Kassin, & F. Gibbons (Eds.), *Developmental social psychology:  Theory and research*.NY:  Oxford University Press.

**Articles**

Alceste, F., & Kassin, S. M. (in press). Perceptions of custody: Similarities and disparities among police, judges, social psychologists, and laypeople. *Law and Human Behavior.*

Kassin, S. (2021). It's time for police to stop lying to suspects. *The New York Times* OP-ED, January 30, 2021, p. A23. https://www.nytimes.com/2021/01/29/opinion/false-confessions-police-interrogation.html?searchResultPosition=1

Alceste, F., Luke, T. J., Redlich, A. D., Hellgren, J., Amrom, A., & Kassin, S. M. (2021). The Psychology of confessions: A Comparison of expert and lay opinions. *Applied Cognitive Psychology, 35,* 39-51.

Snook, B., Barron, T., Fallon, L., Kassin, S. M., Kleinman, S., Leo, R. A., Meissner, C. A., Morello, L., Nirider, L. H., Redlich, A. D., & Trainum, J. L. (2021). Urgent Issues and Prospects in Reforming Interrogation Practices in the USA and Canada. *Legal and Criminological Psychology, 26,* 1-24.

Geven, L., Ben-Shakhar, G., Kassin, S., & Verschuere, B. (2020). Distinguishing true from false confessions using physiological patterns of concealed information recognition: A proof of concept study. *Biological Psychology, 154,* 107902.

Kukucka, J., Hiley, A., & Kassin, S. (2020).  Forensic confirmation bias: Do jurors discount examiners who were exposed to task-irrelevant information?  *Journal of the Forensic Sciences, 65,* 1978-1990.

Crandall, C. S., Brigham, J. C., & Kassin, S. (2020). Lawrence S. Wrightsman (1931-2019). *American Psychologist, 75*, 1026.

Alceste, F., Jones, K., & Kassin, S. M. (2020). Facts only the perpetrator could have known? A study of contamination in mock crime interrogations. *Law and Human Behavior, 44,* 128-142.

Scherr, K., C., Redlich, A. D., & Kassin, S. M. (2020). Cumulative disadvantage: A psychological framework for understanding how innocence can lead to confession, wrongful conviction, and beyond. *Perspectives on Psychological Science, 15*, 353-383.

Kassin, S., & Thompson, D. (2019). Videotape all police interrogations – Justice demands it. *The New York Times OP-ED*, August 1, 2019. https://www.nytimes.com/2019/08/01/opinion/police-interrogations-confessions-record.html?action=click&module=Opinion&pgtype=Homepage

Kassin, S. M., Russano, M., Amrom, A., Hellgren, J., Kukucka, J., & Lawson, V. (2019). Does video recording inhibit crime suspects?: Evidence from a fully randomized field experiment. *Law and Human Behavior, 43,* 44-55.

Leach, A-M., Da Silva, C., Connors, C., Vrantsidis, M., Meissner, C. A., & Kassin, S. M. (2019). Looks like a liar? Beliefs about native and non-native speakers' deception. *Applied Cognitive Psychology, 34*, 387-396.

Brimbal, L., et al. (2019). A test of the Micro-Expressions Training Tool (METT): Does it improve lie detection? *Journal of Investigative Psychology and Offender Profiling, 16,* 222-235.

Kassin, S. (2018). Why SCOTUS should examine the case of "Making a Murderer's" Brendan Dassey. APA online June 12, 2018. https://www.apa.org/news/press/op-eds/scotus-brendan-dassey

Alceste, F., Luke, T. J., & Kassin, S. M. (2018). Holding yourself captive: Perceptions of custody during interviews and interrogations. *Journal of Applied Research in Memory and Cognition, 7,* 387-397.

Dror, I. E., Kukucka, J., Kassin, S. M., & Zapf, P. A. (2018). No one is immune to contextual bias—Not even forensic pathologists. *Journal of Applied Research in Memory and Cognition*, 7, 316-317.

Dror, I. E., Kukucka, J., Kassin, S. M., & Zapf, P. A. (2018). When expert decision making goes wrong: Consensus, bias, the role of experts, and accuracy. *Journal of Applied Research in Memory and Cognition, 7,* 162-163.

Zapf, P. A., Kukucka, J., Kassin, S. M., & Dror, I. E. (2018). Cognitive bias in forensic mental health assessment: Evaluator beliefs about its nature and scope. *Psychology, Public Policy, and Law, 24,* 1-10.

Kassin, S. M., Redlich, A. D., Alceste, F., & Luke, T. J. (2018). On the general acceptance of confessions research: Opinions of the scientific community. *American Psychologist, 73,* 63-80.

Kassin, S. M. (2017). False confessions: How can psychology so basic be so counterintuitive? *American Psychologist, 72,* 951-964.

Kukucka, J., Kassin, S. M., Zapf, P. A., & Dror, I. E. (2017). Cognitive bias and blindness: A global survey of forensic science examiners. *Journal of Applied Research in Memory and Cognition, 6*, 452-459.

Vrij, A., Meissner, C. A., Fisher, R. P., Kassin, S. M., Morgan, C. A., & Kleinman, S.M. (2017). Psychological perspectives on interrogation. *Perspectives on Psychological Science, 12*, 927-955.

Kassin, S. M. (2017). The killing of Kitty Genovese: What *else* does this case tell us? *Perspectives on Psychological Science, 12,* 374–381.

Kassin, S. M. (2017). False confessions. *Wiley Interdisciplinary Reviews - Cognitive Science.* doi: 10.1002/wcs.1439

Kassin, S. M., Kukucka, J., Lawson, V. Z., & DeCarlo, J. (2017). Police reports of mock suspect interrogations: A test of accuracy and perception. *Law and Human Behavior, 41,* 230–243.

Smalarz, L., Scherr, K., & Kassin, S. M. (2016). Miranda at 50: A Psychological Analysis. *Current Directions in Psychological Science, 25,* 455-460.

Appleby, S. C., & Kassin, S. M. (2016). When self-report trumps science: Effects of confessions, DNA, and prosecutorial theories on perceptions of guilt. *Psychology, Public Policy, and Law, 22,* 127-140.

Marion, S. B., Kukucka, J., Collins, C., Kassin, S. M., & Burke, T. M. (2016). Lost proof of innocence: The impact of confessions on alibi witnesses. *Law and Human Behavior, 40,* 65-71.

Vrij, A., Meissner, C. A., & Kassin, S. M. (2015). Problems in expert deception detection and the risk of false confessions: No proof to the contrary in Levine et al. (2014). *Psychology, Crime & Law, 21,* 901-909.

Kassin, S. M. (2015). The social psychology of false confessions. *Social Issues and Policy Review, 9,* 24-49.

Kassin, S. M. (2014). False confessions: Causes, consequences, and implications for reform. *Policy Insights from the Behavioral and Brain Sciences, 1,* 112-121.

Honts, C. R., Kassin, S. M., & Craig, R. (2014). "I'd know a false confession if I saw one": A constructive replication with juveniles. *Psychology, Crime and Law, 20,* 695-704.

Scherr, K. C., Miller, J. C., Kassin, S. M. (2014).  "Midnight Confession": The effect of chronotype asynchrony on admissions of wrongdoing.  *Basic and Applied Social Psychology, 36,* 321-328.

Kassin, S. M., Kukucka, J., Lawson, V. Z., & DeCarlo, J. (2014). Does video recording alter the behavior of police during interrogation?: Mock crime-and-investigation study. *Law and Human Behavior, 38,* 73-83.

Kukucka, J., & Kassin, S. M. (2014). Do confessions taint perceptions of handwriting evidence? An empirical test of the forensic confirmation bias. *Law and Human Behavior, 38,* 56-70.

Kassin, S. M., Dror, I., & Kukucka, J. (2013). The forensic confirmation bias:  Problems, perspectives, and proposed solutions. *Journal of Applied Research in Memory & Cognition, 2,* 42-52.

Dror, I. E., Kassin, S. M., & Kukucka, J. (2013).  New application of psychology to law: Improving forensic evidence and expert witness contributions. *Journal of Applied Research in Memory & Cognition, 2.* 78-81.

Appleby, S. C., Hasel, L. E., & Kassin, S. M. (2013). Police-induced confessions: An empirical analysis of their content and impact. *Psychology, Crime and Law, 19,* 111-128.

Kassin, S. M. (2012).  Why confessions trump innocence.  *American Psychologist, 67,* 431-445.

Kassin, S. M. (2012). Paradigm shift in the study of human lie-detection: Bridging the gap between science and Practice. *Journal of Applied Research in Memory and Cognition, 1,* 118-119.

Kassin, S. M., Bogart, D., & Kerner, J. (2012). Confessions that corrupt:  Evidence from the DNA exoneration case files.  *Psychological Science, 23,* 41-45.

Wallace, D. B., & Kassin S. M. (2012). Harmless error analysis: How do judges respond to confession errors? *Law and Human Behavior, 36,* 151-157.

Perillo, J. T., & Kassin, S. M. (2011).  Inside interrogation: The lie, the bluff, and false confessions.  *Law and Human Behavior, 35,* 327-337.

8

Kassin, S. M., Drizin, S. A., Grisso, T., Gudjonsson, G. H., Leo, R. A., & Redlich, A. D. (2010). Police-induced confessions:  Risk factors and recommendations.  *Law and Human Behavior, 34,* 3-38*.* [Official White Paper of the American Psychology-Law Society]

Kassin, S. M., Drizin, S. A., Grisso, T., Gudjonsson, G. H., Leo, R. A., & Redlich, A. D. (2010). Police-induced confessions, risk factors and recommendations: Looking ahead. *Law and Human Behavior, 34,* 49-52.

Kassin, S. M., Appleby, S.C., & Perillo, J.T. (2010).  Interviewing suspects: Practice, science, and future directions. *Legal and Criminological Psychology, 15,* 39-55.

Kassin, S. M. (2010). False confessions. *Albany Law Review, 73,* 1227-1234.

Hasel, L. E., & Kassin, S. M. (2009). On the presumption of evidentiary independence: Can confessions corrupt eyewitness identifications?  *Psychological Science, 20,* 122-126.

Kassin, S. M. (2009). Inside interrogation: Why innocent people confess. *American Journal of Trial Advocacy, 32,* 525-539.

Kassin, S. M. (2008). The psychology of confessions.  *Annual Review of Law and Social  Science, 4,* 193-217.

Kassin, S. M. (2008).  False confessions: Causes, consequences, and implications for reform. *Current Directions in Psychological Science, 17,* 249-253.

Kassin, S. M. (2008).  Confession evidence: Commonsense myths and misconceptions. *Criminal Justice and Behavior, 35,* 1309-1322.

Kassin, S. M., Leo, R. A., Meissner, C. A., Richman, K. D., Colwell, L. H., Leach, A-M., & La Fon, D. (2007).  Police interviewing and interrogation: A Self-report survey of police practices and beliefs, *Law and Human Behavior, 31,* 381-400.

Russano, M. B., Meissner, C. A., Narchet, F. M., & Kassin, S. M. (2005).  Investigating true and false confessions in a novel experimental paradigm.  *Psychological Science, 16,* 481-486.

Kassin, S. M. (2005).  On the psychology of confessions: Does *innocence* put *innocents* at risk? *American Psychologist, 60,* 215-228.

Kassin, S. M., Meissner, C. A., & Norwick, R. J. (2005).  "I'd know a false confession if I saw one":  A comparative study of college students and police investigators.  *Law and Human Behavior, 29,* 211-227*.*

Kassin, S. M., & Gudjonsson, G. H. (2005).  True crimes, false confessions: Why do innocent people confess to crimes they did not commit?  *Scientific American Mind,* June, 24-31.

Kassin, S.M. (2005). True witness: Cops, courts, science, and the struggle against misidentification, by James M. Doyle.  *American Psychology Law Society News,* 25, No. 1, 3-5, 19.

Kassin, S. M., & Gudjonsson, G. H. (2004).  The psychology of confession evidence: A review of the literature and issues.  *Psychological Science in the Public Interest, 5,* 33-67.

Kassin, S. (2004).  Videotape police interrogations.  *The Boston Globe, OP-ED,* April 26, 2004, p. A-13.

Kassin, S. M., & Norwick, R. J. (2004).  Why people waive their *Miranda* rights: The power of innocence.  *Law and Human Behavior, 28,* 211-221.

Kassin, S. M., Goldstein, C. C., & Savitsky, K. (2003). Behavioral confirmation in the interrogation room: On the dangers of presuming guilt. *Law and Human Behavior, 27,* 187-203.

Kassin, S. (2002).  False confessions and the jogger case.  *The New York Times OP-ED,* Nov. 1, 2002, p. A31.

Meissner, C.A., & Kassin, S.M. (2002). "He's guilty!": Investigator bias in judgments of truth and deception. *Law and Human Behavior. 26*, 469-480.

Kassin, S.M., Tubb, V.A., Hosch, H.M., & Memon, A. (2002).  Eyewitness researchers as experts in court: Responsive to change in a dynamic and rational process.  *American Psychologist, 57*, 378-379.

Kassin, S.M. (2002). Human judges of truth, deception, and credibility: Confident but erroneous. *Cardozo Law Review, 23*, 809-817.

Kassin, S.M., Tubb, V.A., Hosch, H.M., & Memon, A. (2001).  On the "general acceptance" of eyewitness testimony research: A new survey of experts.  *American Psychologist, 56*, 405-416.

Sommers, S. R., & Kassin, S. M. (2001).   On the many impacts of inadmissible testimony:  Selective compliance, need for cognition, and the overcorrection bias.  *Personality and Social Psychology Bulletin, 27*, 1368-1377.

Vidmar, N., Lempert, R., Diamond, S., Hans, V., Landsman, S., MacCoun, R., Sanders, J., Hosch, H. Kassin, S., Galanter, M., Eisenberg, T., Daniels, S., Greene, E., Martin, J., Penrod, S., Richardson, J., Heuer, L., & Horowitz, I. (2000).  Amicus brief: Kumho Tire v. Carmichael. *Law and Human Behavior, 24,* 387-400.

Kassin, S.M., & Fong, C. T. (1999).  "I'm Innocent!":  Effects of training on judgments of truth and deception in the interrogation Room.  *Law and Human Behavior*, *23*, 499-516.

Kassin, S.M. (1998).  Eyewitness identification procedures: The fifth rule.  *Law and Human Behavior*, *22*, 649-653.

Kassin, S.M. (1998).  More on the psychology of false confessions.  *American Psychologist*, *53*, 320-321.

Kassin, S.M. (1998).  Clinical psychology in court:  House of junk science?  *Contemporary Psychology, 43*, 321-324.

Kassin, S.M. (1997). The psychology of confession evidence.  *American Psychologist*, *52*, 221-233.

Kassin, S.M. (1997).  False memories turned against the self.  *Psychological Inquiry*, *8*, 300-302.

Kassin, S.M., & Sukel, H. (1997).  Coerced confessions and the jury: An experimental test of the "harmless error" rule.  *Law and Human Behavior*, *21*, 27-46.

Kassin, S.M., & Sommers, S.R. (1997).  Inadmissible testimony, instructions to disregard, and the jury:  Substantive versus procedural considerations.  *Personality and Social Psychology Bulletin*, *23*, 1046-1054.

Kassin, S.M., & Neumann, K. (1997).  On the power of confession evidence: An experimental test of the "fundamental difference" hypothesis.  *Law and Human Behavior*, *21*, 469-484.

Kassin, S.M., & Dunn, M. (1997).  Computer-animated displays and the jury:  Facilitative and prejudicial effects.  *Law and Human Behavior, 21*, 269-281.

Kassin, S.M., & Kiechel, K.L. (1996).  The social psychology of false confessions:  Compliance, internalization, and confabulation.  *Psychological Science, 7*, 125-128.

Regan, P.C., Snyder, M., & Kassin, S.M. (1995).  Unrealistic optimism:  Self-enhancement or person positivity*? Personality and Social Psychology Bulletin, 21,* 1073-1082.

Kassin, S.M., Ellsworth, P.C., & Smith, V.L. (1994).  Deja vu all over again:  Elliott's critique of eyewitness experts. *Law and Human Behavior, 18*, 203-210.

Smith, V.L., & Kassin, S.M. (1993).  Effects of the dynamite charge on the deliberations of deadlocked mock juries.  *Law and Human Behavior, 17*, 625-644.

Kassin, S. M., & Barndollar, K.A. (1992).  On the psychology of eyewitness testimony:  A comparison of experts and prospective jurors.  *Journal of Applied Social Psychology, 22*, 1241-1249.

Kassin, S. M., Rigby, S., & Castillo, S. (1991). Accuracy-confidence correlation in eyewitness testimony:  Limits and extensions of retrospective self-awareness effect. *Journal of Personality and Social Psychology, 61*, 698-707.

Kassin, S. M., & Garfield, D. A. (1991).  Blood and guts:  General and trial-specific effects of videotaped crime scenes on mock jurors.  *Journal of Applied Social Psychology, 21*, 1459-1472.

Kassin, S. M., & McNall, K.  (1991). Police interrogations and confessions: Communicating promises and threats by pragmatic implication.  *Law and Human Behavior, 15*, 233-251.

Webster, T. M., King, H. N., & Kassin, S. M. (1991).  Voices from an empty chair:  The missing witness inference and the jury.  *Law and Human Behavior, 15*, 37-48.

Kassin, S.M. (1991).  Interpersonal perception: Lessons in the art and science of experimental social psychology.  *Contemporary Psychology, 36*, 1035-1037.

Kassin, S. M., Smith, V. L., & Tulloch, W. F. (1990). The dynamite charge: Effects on the perceptions and deliberation behavior of mock jurors.  *Law and Human Behavior, 14*, 537-550.

Kassin, S. M.  (1990).  The American jury:  Handicapped in the pursuit of justice.  *The Ohio State Law Journal, 51*, 683-707.

Kassin, S. M., Williams, L. N., & Saunders, C. L.  (1990).  Dirty tricks of cross examination:  The influence of conjectural evidence on the jury.  *Law and Human Behavior, 14*, 373-384.

Kassin, S. M., Reddy, M. E., & Tulloch, W. F.  (1990).  Juror interpretations of ambiguous evidence: The need for cognition, presentation order, and persuasion.  *Law and Human Behavior, 14*, 43-55.

Kassin, S. M., Ellsworth, P. C., & Smith, V. L. (1989).  The "general acceptance" of psychological research on eyewitness testimony:  A survey of the experts.  *American Psychologist, 44*, 1089-1098.

Smith, V. L., Kassin, S. M., & Ellsworth, P. C. (1989). Eyewitness accuracy and confidence:  Within- versus between- subject correlations.  *Journal of Applied Psychology, 74*, 356-359.

Kassin, S.M.  (1989).  Inside the jury.  *Criminal Justice Review, 14*, 103-104.

Kassin, S. M., & Ellis, S. A.  (1988).  On the acquisition of the discounting principle:  An experimental test of a social-developmental model.  *Child Development, 59*, 950-960.

Gibbons, F. X., & Kassin, S. M.  (1987).  Information consistency and perceptual set:  Overcoming the mental retardation "schema."  *Journal of Applied Social Psychology, 17*, 810-827.

Kassin, S. M., & Baron, R. M.  (1986).  On the basicity of social perception cues: Developmental evidence for adult processes?  *Social Cognition, 4*, 180-200.

Kassin, S. M. (1985).  Eyewitness identification:  Retrospective self-awareness and the accuracy- confidence correlation.  *Journal of Personality and Social Psychology, 49*, 878-893.

Kassin, S. M.  (1985).  *An empirical study of Rule 11 sanctions*.  Washington, DC:  The Federal Judicial Center.

Kassin, S. M. (1984). Eyewitness identification: Victims versus bystanders. *Journal of Applied Social Psychology, 14*, 519-529.

Kassin, S. M. (1984). TV cameras, public self-consciousness, and mock juror performance. *Journal of Experimental Social Psychology, 20*, 336-349.

Kassin, S. M. (1984). Mock jury trials. *Trial Diplomacy Journal, 7*, 26-30.

Kassin, S. M., & Wrightsman, L. S. (1983). On the construction and validation of a juror bias scale. *Journal of Research in Personality, 17*, 424-442.

Kassin, S. M. (1983). Deposition testimony and the surrogate witness: Evidence for a "messenger effect" in persuasion. *Personality and Social Psychology Bulletin, 9*, 281-288.

Kassin, S. M., & Juhnke, R. (1983). Juror experience and decision making. *Journal of Personality and Social Psychology, 44*, 1182-1191.

Kassin, S. M. (1982). Heider and Simmel (1944) revisited: Causal attribution and the animated film technique. *Review of Personality and Social Psychology, 3*, 125-150.

Gibbons, F. X., & Kassin, S. M. (1982). Behavioral expectations of retarded and non-retarded adults. *Journal of Applied Developmental Psychology, 3*, 85-104.

Kassin, S. M. (1981). Distortions of the process of estimating consensus from sequential events: Expectancy and order effects. *Personality and Social Psychology Bulletin, 7*, 542-546.

Gibbons, F. X., Gibbons, B. N., & Kassin, S. M. (1981). Reactions to the criminal behavior of mentally retarded and non-retarded offenders. *American Journal of Mental Deficiency, 86*, 235-242.

Kassin, S. M., & Gibbons, F. X. (1981). Children's use of the discounting principle in their perceptions of exertion. *Child Development, 52*, 741-744.

Kassin, S. M., & Wrightsman, L. S. (1981). Coerced confessions, judicial instruction, and mock juror verdicts. *Journal of Applied Social Psychology, 11*, 489-506.

Kassin, S. M. (1981). Four differing social psychology texts. *Contemporary Psychology, 26*, 454-455.

Kassin, S. M., & Wrightsman, L. S. (1980). Prior confessions and mock juror verdicts. *Journal of Applied Social Psychology, 10*, 133-146.

Kassin, S. M., Lowe, C. A., & Gibbons, F. X. (1980). Children's use of the discounting principle: A perceptual approach. *Journal of Personality and Social Psychology, 39*, 547-556.

Lowe, C. A., & Kassin, S. M. (1980). A perceptual view of attribution: Theoretical and methodological implications. *Personality and Social Psychology Bulletin, 6*, 532-542.

Reber, A. S., Kassin, S. M., Lewis, S., & Cantor, G. W. (1980). On the relationship between implicit and explicit modes in learning of a complex rule structure. *Journal of Experimental Psychology: Human Learning and Memory, 6*, 492-502.

Kassin, S. M., & Wrightsman, L. S. (1979). On the requirements of proof: The timing of judicial instruction and mock juror verdicts. *Journal of Personality and Social Psychology, 37*, 1877-1887.

Kassin, S. M. (1979). Base rates and prediction: The role of sample size. *Personality and Social Psychology Bulletin, 5*, 210-213.

Kassin, S. M. (1979).  Consensus information, prediction, and causal attribution:  A review of the literature and issues. *Journal of Personality and Social Psychology, 37*, 1966-1981.

Kassin, S. M., & Lowe, C. A. (1979).  On the development of the augmentation principle:  A perceptual approach. *Child Development, 50*, 728-734.

Kassin, S. M., & Lowe, C. A. (1979).  On the use of single-sentence descriptions of behavior in attribution research. *Social Behavior and Personality, 7*, 1-8.

Kassin, S. M., & Reber, A. S. (1979).  Locus on control and the learning of an artificial language.  *Journal of Research in Personality, 13,* 112-118.

Kassin, S. M. (1977).  Physical continuity and trait inference:  A test of Mischel's hypothesis.  *Personality and Social Psychology Bulletin, 3*, 637-640.

Kassin, S. M. (1977).  Order effects in consensus and causal attributions.  *Psychological Reports, 41*, 927-930.

Kassin, S. M., & Hochreich, D. J. (1977).  Instructional set:  A neglected variable in attribution research?  *Personality and Social Psychology Bulletin, 3*, 620-623.

Lowe, C. A., & Kassin, S. M. (1977).  On the use of consensus:  Prediction, attribution, and evaluation.  *Personality and Social Psychology Bulletin, 3*, 616-619.

**Papers, Posters, and Invited Lectures**

Cardenas, S., Sanchez, P., & Kassin, S. (2020). Incidental feelings of guilt predict false guilty pleas for partially innocent people. Paper presented at the American Psychology-Law Society, New Orleans.

Sanchez, P., Amrom, A., & Kassin, S. (2020). The Netflix Effect: Naturalistic and experimental exposure to wrongful conviction media. Paper presented at the American Psychology-Law Society, New Orleans.

Ort, D., Sanchez, P., Hart, M., & Kassin, S. (2020). Misperceiving Innocence: Judging the Exonerated. Poster presented at the American Psychology-Law Society, New Orleans, LA.

Sanchez, P., Alceste, F., Dalsklev, M., & Kassin, S. (2020). "That's not good enough, tell me again": The effect of mere rehearsal on lay judgments of confession evidence. Paper presented at Society for Personality and Social Psychology meeting, New Orleans.

Hellgren, J., & Kassin, S. (2020). Guilty Plea Recommendations: Matter of Justice or Pragmatics? Paper presented at the American Psychology-Law Society, New Orleans.

Cardenas, S., Sanchez, P., Kassin, S. (2020) Incidental feelings of guilt, not shame, predict false guilty pleas for partially innocent people. Poster presented at the Emotion Preconference of the Society for Personality and Social Psychology, New Orleans.

Schell-Leugers, J., Vanderhallen, M., Volbert, R., Landström, S., Myklebust, T., Masip, J., Gil Jung, L. & Kassin, S. (2019). Police suspect interviewing: A self-report survey of police practices and beliefs in Europe. International Investigative Interviewing Research Group Conference, Stavern, Norway.

Cardenas, S., Sanchez, P., & Kassin, S. (2019). When bad things happen to (partially) good people: The plea bargain decisions of partially innocent defendants. Paper presented at the European Association of Psychology and Law – Santiago, Spain.

Sanchez, P., Amrom, A., & Kassin, S. (2019). The Netflix effect: Does documentary style media influence juror decision-making? Poster presented at the Association for Psychological Science – Washington, DC.

Alceste, F., Jones, K., & Kassin, S. (2019). Contaminated confessions: A study of mock interrogators and suspects. Paper presented at the Meeting of the American Psychology-Law Society – Portland, OR.

Bean, S., Salerno, J., Duran, N., & Kassin, S. (2019). Falling under the lens of suspicion: Expressing "just enough" emotion in 911 calls. Paper presented at the American Psychology-Law Society – Portland, OR.

Geven, L., Ben-Shakar, G., Kassin, S., Kindt, M., & Vershuere, B. (2019). Memory detection as a tool to evaluate the veracity of a confession. Poster presented at the American Psychology-Law Society – Portland, OR.

Kassin, S. (2018). False confessions: Science and Practice. Keynote Speech presented at the Meeting of the International Association of Interviewers – Chicago, IL.

Kassin, S., Russano, M., Kukucka, J., Amrom, A., Hellgren, J., & Lawson, V. (2018). Does video recording inhibit crime suspects?: Evidence from a fully randomized field experiment. Paper presented at the Meeting of the American Psychology-Law Society - Memphis, TN.

Alceste, F., Golden, C., Shpiz, L., & Kassin, S. (2018). From "ten minutes" to "as long as it takes": A Survey of adolescent beliefs concerning police interrogations and confessions. Poster presented at the American Psychology-Law Society – Memphis, TN.

Kassin, S. (2018). False Confessions: Science and Practice. Invited Lecture at the Haifa Annual Conference on Criminal Law - Haifa, Israel.

Kassin, S. (2017). False confessions: How can psychology so basic be so counterintuitive? Award for Distinguished Contributions to Research in Public Policy. Invited address presented at the Annual Meeting of the American Psychological Association, Washington DC.

Kassin, S. (2017). The psychology of wrongful convictions: Implications for Policy and Practice. Invited Master Lecture presented at the Annual Meeting of the American Psychological Association, Washington, DC.

Kassin, S. (2017). A conversation with Amanda Knox. Symposium presented at the Meeting of the American Psychology-Law Society, Seattle.

Kassin, S., Redlich, A., Alceste, F., & Luke, T. (2017). General agreement on the psychology of confessions: A survey of experts. Paper presented at the Meeting of the American Psychology-Law Society, Seattle.

Alceste, F., Luke, T., Cheiffetz, R., & Kassin, S. (2017). Holding yourself captive: Perceptions of freedom in noncustodial interviews. Paper presented at the Meeting of the American Psychology-Law Society, Seattle.

Zapf, P., Kukucka, J., Kassin, S., & Dror, I. (2017). Cognitive bias: A global survey of forensic evaluators. Paper presented at the Meeting of the American Psychology-Law Society, Seattle.

Kassin, S., Kukucka, J., Dror, I., & Zapf, P. (2017). Cognitive bias: A global survey of forensic examiners. Paper presented at the Meeting of the American Psychology-Law Society, Seattle.

Hiley, A., & Kassin, S. (2017).  Do jurors believe that highly credentialed forensic experts are immune to bias? Paper presented at the Meeting of the American Psychology-Law Society, Seattle.

Hellgren, J., Marion, S., & Kassin, S. (2017). The effects of confession evidence on alibi witnesses' decision to corroborate alibis. Paper presented at the Meeting of the American Psychology-Law Society, Seattle.

Alceste, F., Dalsklev, M., & Kassin, S. (2017). The effects of mere rehearsal on lay perceptions of confession Evidence. Paper presented at the Meeting of the American Psychology-Law Society, Seattle.

Sukumar, D., & Kassin, S. (2017). The penalty of silence: Perceptions of suspects who invoke their Miranda rights during police questioning. Poster presented at the Meeting of the Society for Applied Research in Memory and Cognition, Sydney, Australia.

Hiley, A., & Kassin, S. (2016). Forensic confirmation biases: Do jurors discount experts who were exposed to biasing information? Poster presented at the American Psychology-Law Society, Atlanta.

Kassin, S. (2015). From Kitty Genovese to the Central Park Five: Lessons for Psychology from the history of New York. Invited Address at the Teaching Institute - Association for Psychological Science, NYC.

Kassin, S. (2015). Why confessions trump innocence. Invited paper presented at the Annual Meeting of the Association for Psychological Science, New York City.

Kukucka, J., & Kassin, S. (2015). Using evidence lineups to reduce the forensic confirmation bias in handwriting judgments. Paper presented at the Meeting of the American Psychology-Law Society, San Diego.

Kukucka, J., & Kassin, S. (2015). When do confessions taint judgments of handwriting evidence? Testing three moderators of forensic confirmation bias. Paper presented at the Meeting of the American Psychology-Law Society, San Diego.

Appleby, S., Perillo, J., & Kassin, S. (2015). Confessions as Hollywood productions: A content analysis comparison of corroborated and false confessions.  Paper presented at the Meeting of the American Psychology-Law Society, San Diego.

Kassin, S. (2015). Confessions in context: Why confessions corrupt forensic perceptions and judgments. Plenary Session Paper presented at the Meeting of the American Academy of Forensic Sciences, Orlando.

Kassin, S. (2015). The forensic confirmation bias: Problems in human nature and solutions. Paper presented at the Meeting of the American Academy of Forensic Sciences, Orlando.

Kassin, S. (2014). False confessions: Past, present, and future.  Distinguished Contribution Award Lecture, Presented at the American Psychology-Law Society, New Orleans.

Marion, S., Kukucka, J., Collins, C., Kassin, S., & Burke, T. (2014). Recanted corroborations: The impact of confessions on alibi evidence. Poster presented at the Meeting of the Association for Psychological Science, San Francisco.

Perillo, J., Crozier, W., Pollick, C., & Kassin, S. M. (2014). The effect of prior false confession on guilty plea decisions. Paper presented at the Meeting of the American Psychology-Law Society, New Orleans.

Abramowitz, R., Kukucka, J., & Kassin, S. M. (2014). The Impact of just world beliefs and public self-consciousness on the cooperativeness of innocent suspects. Poster presented at the Meeting of the American Psychology-Law Society, New Orleans.

Appleby, S. et al. (2014). Prevalence and Formats of confessions: Analysis of 772 closed crime cases in the U.S. Paper presented at the Meeting of the American Psychology-Law Society, New Orleans.

Kukucka, J., Lawson, V. Z., Schanz, K., DeCarlo, J., & Kassin, S. (2014). Police reports of suspect interrogations: Testing for accuracy and effects on jurors. Poster presented at the annual meeting of the American Psychology-Law Society, New Orleans, LA.

Kassin, S., & Kukucka, J. (2014). The forensic confirmation bias: How confessions corrupt perceptions and judgments.  Paper presented at the American Academy of Forensic Sciences, Seattle.

Kassin, S. M. (2014).  False confessions.  Paper presented at the Annual Meeting of the Association of American
        Law Schools, New York City.

Kassin, S. (2013). The role of situational forces in shaping police-induced false confessions. Invited lecture to the
        Conference on the Legacy of Stanley Milgram, Yale University Law School, New Haven, CT.

Kassin, S. (2013). False confessions. Keynote speech to the Annual Federal Bench & Bar Retreat, Lenox, MA.

Kassin, S. (2013). False confessions. Presented at the Annual Policy Meeting of the Innocence Network, New
        Orleans.

Kassin, S. (2013). Why confession trumps innocence. Keynote speech at the Annual Meeting of the Eastern
        Psychological Association, New York.

Jordan, S., Wallace, D., Kassin, S., & Hartwig, M. (2013). An empirical study of micro-expression lie detection
        training.  Paper presented at the Meeting of the American Psychology-Law Society, Portland, OR.

Kukucka, J., & Kassin, S. (2013). Do confessions change juror perceptions of handwriting evidence over time?
        Paper presented at the Meeting of the American Psychology-Law Society, Portland, OR.

Scherr, K., Kassin, S., & Miller, J. (2013). Nothing good happens after midnight: The effect of sleep deprivation
        and chronotype on confessions.  Paper presented at the American Psychology-Law Society, Portland, OR.

Kassin, S. (2012).  Why confessions trump innocence: The case of Amanda Knox.  Keynote speech at the
        International Conference on Global Perspectives on Justice, Security, and Human Rights, John Jay
        College of Criminal Justice, New York.

Kukucka, J., & Kassin, S. (2012). Do confessions taint juror perceptions of handwriting evidence?  Paper
        presented at the Meeting of the American Psychology-Law Society, Puerto Rico.

Kassin, S., & Kukucka, J. (2012). Confession errors as "structural defects."  Poster presented at the Meeting of
        the American Psychology-Law Society, Puerto Rico.

Schell, J., & Kassin, S. (2012). Police practices and beliefs: Survey of European investigators.  Paper presented at
        the Meeting of the American Psychology-Law Society, Puerto Rico.

Honts, C., Craig, R., & Kassin, S. (2012). Medium of presentation and the assessment of juvenile false
        confessions. Poster presented at the Meeting of the American Psychology-Law Society, Puerto Rico.

Perillo, J., & Kassin, S. (2012). Bluffing about evidence: Do laypersons get it?  Poster presented at the Meeting
        of the American Psychology-Law Society, Puerto Rico.

Kukucka, J., Lawson, V., DeCarlo, J., & Kassin, S. (2012). Video recording of interrogations: Does it alter police
        behavior toward suspects?  Poster presented at the American Psychology-Law Society, Puerto Rico.

Kassin, S. (2011).  Why innocent people confess -- and how their confessions corrupt judgments. Keynote speech
        presented at the Meeting of the International Investigative Interviewing Research Group, Dundee Scotland.

Appleby, S., & Kassin, S. (2011). When confessions trump DNA: Relative impacts of self-report and DNA
        evidence on juror decisions.  Paper presented at the American Psychology-Law Society, Miami, FL.

Schell, J., Merckelbach, H., Kassin, S., & Hospers, H. (2011). "I would never do that!"...and then they do:
        Exploring predicted and actual behavior during interrogation situations.  Paper presented at the Meeting
        of the American Psychology-Law Society, Miami, FL.

Perillo, J., & Kassin, S. (2011). Perpetrator memory: Better than the eyewitness?  Paper presented at the Meeting of the American Psychology-Law Society, Miami, FL.

Crocker, C., & Kassin, S. (2011). Juror perceptions of confessions: Effects of perceived coercion and guilty knowledge.  Paper presented at the Meeting of the American Psychology-Law Society, Miami, FL.

Wallace, D., Hartwig, M., & Kassin, S. (2011). Predicting malintent targets with eye-tracking.  Paper presented at the Meeting of the American Psychology-Law Society, Miami, FL.

Kassin, S. (2010). The corruptive power of confessions.  Keynote speech at the European Association of Psychology and Law, Gothenburg, Sweden.

Kassin, S. (2010). The social psychology of false confessions. Keynote address at the Teaching Pre-conference of the Society for Personality and Social Psychology, Las Vegas, NV.

Wallace, B., Hartwig, M., & Kassin, S. (2010).  Detecting malintent through eye-tracking. Paper presented at the Meeting of the American Psychology-Law Society, Vancouver, Canada.

Da Silva, C., Leach, A.-M., Vrantsidis, M., Meissner, C., & Kassin, S. (2010). Detecting deception in second -language speakers.  Poster presented at the American Psychology-Law Society, Vancouver, Canada.

Kassin, S. (2009). On the doctrine of harmless error: Myths and misconceptions. Division 41Presidential Address presented at the American Psychological Association, Toronto.

Kassin, S. (2009). False confessions.  Paper presented in a Plenary Session on Wrongful Convictions at the American Psychology-Law Society, San Antonio, TX.

Appleby, S., Hasel, L., & Shlosberg, A., & Kassin, S. (2009). False confessions: A content analysis. Paper presented at the American Psychology-Law Society, San Antonio, TX.

Perillo, J., & Kassin, S. (2009).  To bluff or not to bluff: Stay tuned.  Paper presented at the American Psychology-Law Society, San Antonio, TX.

Wallace, B., & Kassin, S. (2009).  Harmless error analysis: Judges' performance with confession errors.  Paper presented at the American Psychology-Law Society, San Antonio, TX.

Rainey, A., Lawson, V., & Kassin, S. (2009).  Free will versus determinism: An examination of contested confessions and judicial decision making in appellate court cases.  Paper presented at the American Psychology-Law Society, San Antonio, TX.

Honts, C., Kassin, S., & Forrest, K. (2009).  Polygraph examiners unable to discriminate true and false juvenile confessions. Paper presented at the American Psychology-Law Society, San Antonio, TX.

Schell, J., & Kassin, S. (2009). Common sense of confessions.  Poster presented at the American Psychology-Law Society, San Antonio, TX.

Appleby, S., & Kassin, S. (2009). Confession effects on juries: Simple admissions, narratives, & conviction. Poster presented at the American Psychology-Law Society, San Antonio, TX.

Kennard, J., & Kassin, S. (2009). Racial differences in Miranda waiver.  Poster presented at the American Psychology-Law Society, San Antonio, TX.

Toomey, J., Hartwig, M., Ask, K., & Kassin, S. (2009). Swedish police practices and beliefs while interrogating suspected domestic violence perpetrators: A self-report survey.  Poster presented at the American Psychology-Law Society, San Antonio, TX.

Kassin, S. M. (2008). Why innocent people confess.  G. Stanley Hall Lecture presented at the Eastern Psychological Association, Boston, MA.

Hasel, L. E., & Kassin, S. M. (2008). Can I change my identification? How confessions corrupt eyewitness identifications. Paper presented at the American Psychology-Law Society, Jacksonville, FL.

Torkildson, J., & Kassin, S. M. (2008).  Inside interrogation: The outright lie, the bluff, and false confessions. Paper presented at the Annual Meeting of the American Psychology-Law Society, Jacksonville, FL.

Albrechtsen, J., Meissner, C. A., Horgan, A. J., Susa, K. J., & Kassin, S. M. (2008). Are immediate judgments better at detecting deception than deliberative judgments?  Paper presented at the Meeting of the American Psychology-Law Society, Jacksonville, FL.

Kassin, S.M. (2008). Why innocents confess.  Paper presented at the Annual Meeting of the National Institute for the Teaching of Psychology. St. Petersburg, FL.

Kassin, S.M. (2007). Why innocents confess, and why the confessions trump their innocence. Invited lecture at Interrogations and Confessions: Conference Exploring Current Research, Practice & Policy.  El Paso, TX.

Hasel, L.E., & Kassin, S.M. (2007). On the presumption of evidentiary independence: Can confessions corrupt eyewitness identifications?  Poster presented at Interrogations and Confessions: Conference Exploring Current Research, Practice, and Policy.  El Paso, TX.

Honts, C.R., & Kassin, S.M. (2007). False confessions by juvenile offenders as believable as true confessions. Poster presented at Interrogations and Confessions: Conference.  El Paso, TX.

Kassin, S.M. (2007). Actual innocence: The case of false confessions.  Invited Presidential Address at the American Psychological Association, San Francisco, CA.

Kassin, S.M. (2007). Why innocents confess: Insights from the laboratory.  G. Stanley Hall/Harry Kirke Wolfe Lecture at the American Psychological Association, San Francisco, CA.

Albrechtsen, J.S., Meissner, C.A., Hogan, A.J., Susa, K.J., & Kassin, S.M. (2007).  Thin slicing deceptive statements: Are intuitive responses more accurate at detecting deception than deliberative responses? Paper presented at the Society for Applied Research in Memory & Cognition, Lewiston, ME.

Kassin, S.M. (2007). Munsterberg's "Untrue confessions:" From Salem through Central Park and into the new millennium: On the psychology of false confessions.  Plenary address at "Off the Witness Stand, Using Psychology in the Practice of Justice," at John Jay College of Criminal Justice, New York City.

Ray, J.L., & Kassin, S.M. (2007).  Where there's smoke there must be fire: How weak demeanor testimony boosts the impact of a flawed confession on juries.  Poster presented at "Off the Witness Stand, Using Psychology in the Practice of Justice," John Jay College of Criminal Justice, New York City.

Honts, C.R., & Kassin, S.M. (2007).  False confessions by juvenile offenders found more believable than the truth. Paper presented at "Off the Witness Stand, Using Psychology in the Practice of Justice," John Jay College  of Criminal Justice, New York City.

Kassin, S. (2006).  Expert testimony on the psychology of confessions: A pyramidal framework of the relevant science.  Paper presented at the Society of Experimental Social Psychology, Philadelphia, PA.

Kassin, S.M. (2006).  Psychological interrogation: Why innocent people confess. Opening Address to the New England Psychological Association, Manchester, NH.

Kassin, S. M. (2006).  Inside interrogation: Why innocent people confess.  Keynote address at the Rocky Mountain Psychological Association, Park City, UT.

Kassin, S.M. (2006). Does expert testimony on confessions pass the *Frye* test?: Lessons from the retrial of a DNA-exonerated defendant.  Paper presented at the American Psychology-Law Society, St. Petersburg, FL.

Leo, R.A., Kassin, S.M., Richman, K.D., Colwell, L.H., Leach, A., La Fon, D., & Meissner, C. (2006). Police Interviewing and Interrogation: A National Self-Report Survey of Police Practices and Beliefs.  Paper presented at the American Psychology-Law Society, St. Petersburg, FL.

Russano, M. B., Shpurik, M., Kassin, S. M., & Berman, G. (2006).  An experimental study of attorneys' perceptions of interrogations and confessions.  Poster presented at the American Psychology-Law  Society, St. Petersburg, FL.

Kassin, S. (2005).  True, false, and coerced confessions: Why people confess to crimes they did not commit. Keynote address presented at the Criminal Justice Institute, Bloomington, MN.

Kassin, S. (2005).  Innocence: An enemy of the innocent?  Paper presented at the Meeting of the Law and Society Association, Las Vegas.

Kassin, S. (2005).  Confessions research:  The state of the science and policy implications.  Paper presented at the Meeting of the American Psychology-Law Society, San Diego.

Holland, L., Kassin, S., & Wells, G. (2005).  Why suspects waive the right to a lineup: A study in the risk of actual innocence.  Poster presented at the Meeting of the American Psychology-Law Society, San Diego.

Kassin, S. (2004).   False confessions.  Invited presentation to the International Conference on Police Interviewing, Quebec, Canada.

Kassin, S. (2004).  False confessions.  Invited presentation at the Bench / Bar Forum on Wrongful Convictions, Massachusetts Bar Association, Boston.

Kassin, S. (2004).  The Central Park Jogger case: Lessons learned about applying psychology to criminal justice and the law.  Invited address at the National Institute on the Teaching of Psychology, St. Petersburg, FL.

Russano, M., Meissner, C., & Kassin, S. (2004).  True and false confessions to an intentional act: The Effects of two common police tactics.  Paper presented at the Meeting of the American Psychology-Law Society, Scottsdale, Arizona.

Kassin, S. (2003).  The psychology of false confessions: How *innocence* puts *innocents* at risk. Invited address at the American Psychological Association, Toronto, Canada.

Kassin, S. (2003).  The Central Park jogger case: Lessons learned about juvenile interrogations and confessions. Paper presented at the Psychology & Law International, Interdisciplinary Conference, Edinburgh, Scotland.

Kassin, S., Leo, R., Crocker, C., & Holland, L. (2003).  Videotaping Interrogations: Does it enhance the jury's ability to distinguish true and false confessions?  Paper presented at the Psychology & Law International, Interdisciplinary Conference, Edinburgh, Scotland.

Kassin, S., Meissner, C., & Norwick, R. (2003).  The post-interrogation safety net: "I'd know a false confession if I saw one."  Paper presented at the Psychology & Law International Conference, Edinburgh, Scotland.

Russano, M., Meissner, C., & Kassin, S. (2003).  True and false confessions to an intentional act: Preliminary results using a novel paradigm.  Poster presented at the Psychology & Law International, Interdisciplinary Conference, Edinburgh, Scotland.

Kassin, S. (2003).  The psychology of interrogations and confessions.  Presentation to the Illinois Judicial Conference, Advanced Judicial Academy, Champaign, IL.

Kassin, S. (2003).  Eyewitness experts.  Presentation to the Massachusetts District Court Judicial Education Conference, Southbridge, MA.

Kassin, S. (2003).  True or false: "I'd know a false confession if I saw one."  Invited address, Symposium on Deception Detection in Forensic Contexts, Gothenburg, Sweden.

Kassin, S. (2003). Coerced statements. Plenary address at the Annual Meeting of the California Attorneys for Criminal Justice.

Kassin, S. (2002). Inside the police interrogation room: Why innocent suspects confess and what to do about it. Keynote speech at the Massachusetts Criminal Law Conference.

Kassin, S. (2002). Police interrogations and confessions: Science and practice.  Paper presented to the New Hampshire Association of Criminal Defense Lawyers.

Kassin, S. (2002).  Social influences on false confessions:  Why innocence puts innocents at risk. Keynote address presented at the Society for Personality and Social Psychology.

Kassin, S. (2002).  Police interrogations and false confessions: How *innocence* puts *innocents* at risk. Paper presented at the American Psychology-Law Society.

Kassin, S. (2002). Social-psychological frameworks for expert testimony on coerced confessions. Paper presented at the American Psychology-Law Society.

Norwick, R., Kassin, S., Meissner, C., & Malpass, R. (2002). "I'd know a false confession if I saw one:" A comparative study of college students and police investigators.  Paper presented at the American Psychology-Law Society.

Meissner, C., & Kassin, S. (2002).  "He's guilty!":  Investigator bias in judgments of truth and deception. Paper presented at the American Psychology-Law Society.

Kassin, S. (2002).  False confessions.  Presentation at the Capital Defense Case Seminar, Sponsored by the California Association for Criminal Justice & California Public Defenders Association, Monterey.

Kassin, S. (2002).  False confessions.  Presentation at the Meeting of the Georgia Association of Criminal Defense Lawyers, Atlanta.

Kassin, S. (2001). Social influence effects in miscarriages of justice.  Paper presented at the Meeting of the Society  for Personality and Social Psychology.

Kassin, S. (2001).  What's your prediction?: Introducing psychology via commonsense.  Opening address presented at the National Institute for the Teaching of Psychology.

Kassin, S. (2000).  "But he said he did it":  Recognizing and challenging false confessions.  Paper presented at the National Seminar on Forensic Evidence and the Criminal Law.

Kassin, S. (2000).  Introducing psychology via commonsense. Invited address presented at the Conference on Undergraduate Teaching of Psychology.

Kassin, S., & Norwick, B. (2000).  Why suspects waive their Miranda rights: The power of innocence. Paper presented at the American Psychological Society.

Kassin, S. (2000).  Biases in the pre-interrogation interview.  Paper presented at American Psychology-Law Society.

Kassin, S. (1999). Evaluating confessions and denials elicited during police interrogation.  Paper presented at a joint APA/ABA Conference for psychologists and lawyers.

Kassin, S. (1999). Inside the interrogation room: Social judgment biases and influences. Invited Paper presented at the New England Social Psychology Association (NESPA).

Kassin, S. (1999).  Indestructible demonstrations in the teaching of social psychology.  Invited address presented at the APS Institute on the Teaching of Psychology.

Kassin, S. (1999).  Social perceptions and influences in the interrogation room.  Invited address presented at the Eastern Psychological Association.

Kassin, S. (1998).  Teaching social psychology: Indestructible classroom demonstrations.  Invited paper presented at the Northeastern Conference for Teachers of Psychology.

Kassin, S. (1998).  When worlds collide: The teaching of psychology and law.  Invited address presented at the APS Institute on the Teaching of Psychology.

Kassin, S. (1998).  Teaching psychology and law.  Invited address presented at the Annual National Institute on the Teaching of Psychology.

Sommers, S., & Kassin, S. (1998).  Inadmissible evidence and juror noncompliance:  Investigation of the just verdict motivation.  Paper presented at Midwestern Psychological Association.

Dunn, M., & Kassin, S. (1996).  Effects of computer-animated displays on the jury.  Paper presented at the Eastern Psychological Association.

Kassin, S. (1996).  Advances in social psychology.  Invited address presented at the Annual National Institute on the Teaching of Psychology.

Kassin, S. (1995).  The social psychology of criminal confessions.  Invited address presented at the American Psychological Association.

Frost, L., Fein, S., Cottrell, A., Kassin, S., & Goethals, G. (1995).  Sound bites and audience reaction in a U.S. presidential debate.  Poster presented at the American Psychological Association.

Kassin, S. (1994). The psychology of confession evidence.  Invited address at the Annual Training Conference of the Commonwealth of Massachusetts Committee for Public Trial Services.

Fein, S., Frost, L., Goethals, G., & Kassin, S. (1994).  The effects of expectations on perceptions of presidential debate performances.  Paper presented at the American Psychological Association.

Kassin, S.M. (1994).  Coerced confessions:  Compliance, internalization, and confabulation.  Paper presented at the American Psychology-Law Society.

Sukel, H., & Kassin, S. (1994).  Coerced confessions and the jury: An experimental test of the "harmless error" rule.  Paper presented at the American Psychology-Law Society.

Fein, S., Goethals, G., Kassin, S. & Cross, J. (1993).  Social influence and the presidential debates.  Poster presented at the American Psychological Association.

Regan, P., Snyder, M., & Kassin, S. (1993).  Unrealistic optimism:  Self-enhancement or person positivity?  Poster presented at the American Psychological Association.

Kassin, S. (1992).  The social psychology of confessions.  Paper presented at New England Social Psychology Association.

Kassin, S., & Smith, V. (1992). The dynamite charge:  Effects on mock jury deliberations. Poster presented at the American Psychology-Law Society.

Duggal, S., Mickus, L., Daneker, E., & Kassin, S. (1992). Computerized facial composites and eyewitness recognition.  Poster presented at the Eastern Psychological Association.

Kassin, S., & Barndollar, K. A.  (1991). On the psychology of eyewitness testimony:  A survey of prospective jurors.  Paper presented at the Eastern Psychological Association.

Kassin, S.  (1990). Back to the future:  Experimental psychology and law of the 1990s.  Paper presented at the meeting of the American Psychology-Law Society.

Kassin, S., & Smith, V.L. (1990).  Effects of the dynamite charge on mock jurors.  Poster presented at the American Psychology-Law Society.

Kassin, S. (1989).  The American jury on trial.  Paper presented at Union College Conference on psychology and law.

Kassin, S., Reddy, M., & Tulloch, W. (1988). Juror decision-making: Need for cognition, order, and persuasion.  Paper presented at the American Psychological Association.

Kassin, S. (1987). The proof of life: Videotaped evidence and the jury.  Paper presented at the American Society of Criminology.

Smith, V., Kassin, S., & Ellsworth, P.  (1987).  Eyewitness accuracy and confidence:  Within- versus between- subject analyses.  Paper presented at the American Psychological Association.

Kassin, S. (1985).  Increasing jury-system competence: Toward an interactive-participant model. Invited paper at the American Judicature Society Conference on the American Jury.

Kassin, S.  (1985).  Juries and the doctrine of entrapment.  Paper presented at the American Psychological Association.

Kassin, S. (1985).  Knowing when you're right and wrong via retrospective self-awareness.  Paper presented at the New England Social Psychological Association.

Kassin, S. (1983). Confessions and jury decisions.  Paper presented at Nags Head Conference on Justice and Law.

Kassin, S., & Lenagh, J. (1983). TV cameras and juror performance: An experimental investigation. Paper presented at the Eastern Psychological Association.

Kassin, S., & Lepper, M.  (1983).  On the acquisition of the discounting principle:  A social- developmental model.  Paper presented at the Society for Research in Child Development.

Kassin, S. (1983).  On the applicability of psychology-the-science.  Little Three Colloquium, Amherst, Massachusetts.

Kassin, S. (1982).  Pretrial confessions: Evidentiary problems and jury impact.  Invited paper presented at the New England Psychological Association.

22

Gibbons, F., & Kassin, S. (1982).  Information consistency, exposure time, perceptual set and the "mental retardation schema."  Poster presented at American Psychological Association.

Kassin, S. (1982). Deposition testimony: Are jurors influenced by demeanor cues?  Paper presented at the American Psychological Association.

Kassin, S. (1980).  Causal attribution, information utilization, and individual differences.  Paper presented at the American Psychological Association.

Kassin, S. (1980). Heider and Simmel (1944) revisited:  Causal attribution and the animated film technique.  Invited paper presented at Midwestern Psychological Association.

Kassin, S. & Gibbons, F. (1980).  The augmentation principle in MR persons:  Perceptual versus verbal approaches.  Paper presented at the American Psychological Association.

Kassin, S. (1979).  Coerced confessions: A conflict between legal definition and mock juror behavior. Paper presented at the American Psychological Association.

Kassin, S., & Lowe, C. (1979). Kelley's attribution theory:  A perceptual approach.  Paper presented at Eastern Psychological Association.

Kassin, S., & Lowe, C. (1979). On the development of a perceptual augmentation principle.  Paper presented at the Society for Research in Child Development.

Kassin, S., & Wrightsman, L. (1979). On the requirements of proof:  Timing of judicial instruction and mock juror verdicts. Paper presented at the Midwestern Psychological Association.

Kassin, S. (1978).  Sample size, base rates, and prediction.  Paper presented at American Psychological Association.

Lowe, C., & Kassin, S. (1978). Biased attributions for political messages:  The role of involvement. Paper presented at Eastern Psychological Association.

Kassin, S., & Hochreich, D. (1977).  What's in it for me?  Complexity of attribution as a function of subject motivation.  Paper presented at the Eastern Psychological Association.

Lowe, C., & Kassin, S. (1977).  Implicit consensus and base rates as determinants of prediction, attribution, and evaluation.  Paper presented at Eastern Psychological Association.

Kassin, S., & Lowe, C. (1976).  Sentence content and structure as determinants of observers' attributions.  Paper presented at the American Psychological Association.

**Select Film and Media Appearances**

4/15/20 - PODCAST: Wrongful Conviction: False Confessions - The Story of Billy Wayne Cope
https://www.wrongfulconvictionpodcast.com/podcast/s10e9-wrongful-conviction-false-confessions-billy-wayne-cope
9/05/19 – *NBC Nightly News* with Lester Holt - False Confessions
https://www.nbcnews.com/nightly-news/leading-expert-explains-why-you-would-falsely-confess-crime-you-n1050461
6/14/19 - Starr, D. (2019). The Confession. *Science, 364*, 1022-1026. (Feature article)
https://web.williams.edu/Psychology/Faculty/Kassin/files/Starr%20(2019)%20-%20The%20Confession.pdf
3/25/19 – Wrongful Conviction podcast with Jason Flom: The Story of Kenzi Snider
http://www.revolverpodcasts.com/shows/wrongful-conviction-with-jason-flom/
11/19/18 – Innocence Project 5-min video: False Confessions: https://www.youtube.com/watch?v=6jd5AFBwtcw
6/12/18 - APA.org opinion editorial: http://www.apa.org/news/press/op-eds/scotus-brendan-dassey.aspx
3/17/18 – Documentary from Denmark – "Falske tilståelser" ("False Confessions;" Director Katrine Philp)
9/15/17 – American Psychological Association Podcast – Episode 49

12/17/16 – CBS *48 Hours* – The Fight for Melissa Calusinski
11/7/16 – Podcast: The Wrongful Conviction of Marty Tankleff (Jason Flom)
2/14/16 – Fox News Radio's *Wiehl of Justice* - Podcast on false confessions (Lis Wiehl)
4/16/13 – *The Central Park Five* (Documentary film - PBS; producers Ken Burns, Sarah Burns, David McMahon)
12/8/12 - *CBS 60 Minutes,* "Chicago: The False Confession Capital"
10/8/11 – *CBS 48 Hours,* "Amanda Knox: The Untold Story"
7/7/11 – NY1, "Case Not Closed: The Story of the Central Park 5"
1/18/11 – CNN.com op-ed, "The psychology of a Jared Loughner"
7/9/10 - NBC *Dateline*, "The Mystery in Rock Hill" (on the conviction of Billy Wayne Cope)
1/9/10 - CBS *48 Hours*, "Innocence Lost" (on the Yogurt Shop Murders case in Austin, Texas)
10/20/08 - *The Oprah Winfrey Show,* "Coerced confession"
3/30/08 - Swedish documentary, "Varför erkände dom?" ("Why Did They Confess?")
1/30/07 - National Geographic's *Undercover History*, "The Hunt for the Boston Strangler"
1/5/07 - ABC *20/20*, appeared in a story on the quest for fame, on voluntary false confessions
8/22/06 - FOX, *Fox News & Friends*, interview on the JonBenet Ramsay confession of John Karr
8/17/06 - CNN *Anderson Cooper 360*, story on the confession of John Karr
3/30/06 - ABC *Primetime*, segment on false confessions for a story entitled "Injustice"
10/13/05 - Court TV, *Stories of the innocence project: Confessions of an innocent man*
1/31/03 - Court TV, *Both Sides,* with Rikki Klieman, on the interrogation of children
12/24/02 - PBS, *The News Hour with Jim Lehrer*, interview on false confessions
12/10/02 - National Public Radio, *Talk of the Nation*, on false confessions
12/3/02 - ABC *Nightline,* "The verdict," on the Central Park jogger case and false confessions
10/02 - NPR, *Morning Edition*, on the confessions in the Central Park jogger case
9/02 - ABC *Prime Time Live*, on DNA exonerations in the Central Park Jogger case
4/02 - Massachusetts School of Law, MSL TV show, on eyewitness identifications
4/02 - Massachusetts School of Law, MSL TV show, on confessions (won a Telly Award)
3/01 - The Learning Channel, Documentary, *False Memories*, segment on false confessions
4/99 - National Public Radio, *The Law Show*, interview on police interrogations on confessions
4/96 - *The Oprah Winfrey Show*, on conformity pressures in jury deliberations

**Colloquia, Guest Lectures, Panels, and Workshops**

Public Committee for the Prevention of False Convictions – Israel (via Zoom)
Stanford University (2)
Arizona State University
US-Asia Law Institute at New York University Law School (2)
Fair and Just Prosecution (FJP) – NYU Law School
New York City Prosecutors Continuing Legal Education
University of Connecticut – Storrs, CT
International Association of Interviewers – Chicago
Joint Meeting of State Attorneys and Public Defenders – Jerusalem, Israel
Continuing Legal Education Course for judges – Jerusalem, Israel
University of Haifa Law School – Haifa, Israel
Loyola University – New Orleans
Roger Williams University – Providence
Pawtucket Rhode Island Police Department
"Routes Van Het Recht" (Roads of Law: On Legal Psychology] at The Hague – The Netherlands
University of Maastricht – The Netherlands
National Security Agency – Fort Meade, MD
D.C. Circuit's biennial Judicial Conference – Lancaster, PA
Department of Defense/National Security Agency
New York City Civil Review Complaint Board
The Graduate Center – City University of New York
New York City Council
National Science Foundation

New York Society of Forensic Dentistry
Hudson County Community College
Brooklyn Law School
New York City Bar Association
National Forensic College – New York City (5)
Capitol Hill Briefing on behalf of APA Science Directorate
Oregon Innocence Project
Reed College
Statewide Meeting of Pennsylvania Judges
Administrative Judicial Institute – New York City
Raritan Valley Community College
Northeast Chapter of Certified Forensic Interviewers
University of Maastricht – The Netherlands
World Science Festival – Panel on Science and Justice
New York State Association of Criminal Defense Lawyers (NYSACDL)
Walter Reed National Military Medical Center
The Constitution Project – Washington, DC
New York Police Department (NYPD) Executive Development Program (3)
University of California at Irvine
Iowa State University (2)
Temple University Law School
Massachusetts Continuing Legal Education
Rochester Institute of Technology – Conference on Wrongful Convictions
Saint Anselm College – The New Hampshire Institute of Politics
New York State Bar Association (2)
New York State Justice Task Force
Vera Institute of Justice
Cornell University Law School
New York University (2)
Albany Law School Symposium on Wrongful Convictions
Goldman Sachs, Thought Leaders Lecture Series
Cornell University (2)
University of Ontario Institute of Technology
Federal Defenders of Philadelphia
University of New Haven
Saint Michael's College
Columbia University Law School (2)
Cumberland School of Law
University of Connecticut Health Center, Department of Psychiatry
University of Kansas, Conference in honor of Lawrence S. Wrightsman
Pennsylvania State Advisory Committee to Study Wrongful Convictions
Massachusetts District Court Education Conference
Nassau County Bar Association
The New School for Social Research
The Ohio State University
Pennsylvania Conference of State Trial Judges
San Diego State University
New York City Legal Aid society, Forensic Seminar
Fordham University
The Innocence Project (3)
New York State Criminal Trial Advocacy Institute
Judicial Education Institute lectures to judges and police executives, Trinidad and Tobago
Graduate Center, City University of New York
St. Mary's University - Halifax, Nova Scotia
Macarthur Foundation Research Network on Adolescent Development and Juvenile Justice

Wisconsin Criminal Justice Study Commission
New York University School of Law (Center for Research in Crime and Justice)
Colby College
Bates College
New York State Defenders Association
Indiana Prosecuting Attorneys Council
Smith College
University of Portsmouth, Portsmouth, UK
Minnesota Criminal Justice Institute
The Flaschner Judicial Institute
Massachusetts District Attorneys Association Conference
Castleton College
University of New Hampshire
Tufts University School of Medicine, Department of Psychiatry
Massachusetts District Court Judge's Conference
Institute of Law, Psychiatry and Public Policy, University of Virginia
New York State Bar Association
Göteborg University - Sweden
McArthur Foundation Juvenile Justice Network
North Carolina Actual Innocence Commission
Eastern Connecticut State University
University of Virginia
Claremont McKenna College
University of Arkansas
Northeastern University
Florida International University
University of Michigan
Northeastern University School of Law
Yale University (2)
Harvard University (2)
Middlebury College
Tufts University
Ohio University
University of Michigan Law School
Florida State University
University of Illinois at Chicago Circle
U.S. Naval Academy (2)
Quinnipiac College
University of Massachusetts (3)
Western Connecticut State College
Hudson Valley Community College
Central Michigan University
Boston University
Benjamin Cardozo School of Law
John Jay College of Criminal Justice
San Antonio Community College
University of Kansas
Southern Utah University
University of Nebraska at Kearney
Pittsburg State University
Dartmouth College
Auburn University
SUNY at Albany
Bloomsburg University (2)
Nassau Community College (2)

Northern Kentucky University
Brooklyn College (2)
University of Nevada-Reno
Pennsylvania State University
Adelphi University
Stanford University
University of California at Santa Barbara
University of Maryland
Brandeis University
University of Notre Dame
University of Denver
University of Connecticut
Suffolk University Law School
Massachusetts Committee for Public Counsel Services
Federal Judicial Center, Research Division
Stanford University Law School
Vermont Public Defense Training Seminar
South Carolina Public Defense Association
Johnson County Community College
Western Missouri State College

**Courses Taught**

Introductory Psychology
Social Psychology
Psychology and Law
Research Methods
Psychology of Evidence
Processes of Adjudication
Psychology of Confessions
Plea Bargaining

# **<u>Appendix E</u>**

# **Curriculum Vitae of Joseph Pochron**



**Building a better working world**

# Biography



## Contact information

Office: +1 415.894.8485
Mobile: +1 484.357.6413

## Education

- ▶ DeSales University, Master of Arts, Criminal Justice
- ▶ Moravian College, Bachelor of Arts, Criminal Justice

## Publications

- ▶ "The Cost of Privacy: Riley v. California's Impact on Cell Phone Searches" Journal of Digital Forensics, Security and Law, V9N3, 7-18.
- ▶ "How Knowledge Integration Platforms, Artificial Intelligence and Machine Learning Help Satisfy the Duty to Preserve, Access, and Manage Digital Information across Disparate Data Sources" Information Law Journal, Autumn 2017, volume 8, issue 4.
- ▶ "Cutting Us Some Slack" Digital Forensics Magazine, May 2019, issue 39.

### Joseph Pochron

Senior Manager | Forensic & Integrity Services | Privacy & Cyber Response

## Professional background

- ▶ Joe Pochron is a Senior Manager in EY's Forensic & Integrity Service Practice, based in San Francisco, CA. Joe's expertise is in digital forensics and cyber response, helping EY clients on complex cyber investigations and cyber incidents response needs.
- ▶ Joe has over 18 years of combined experience in digital forensics, cybercrime investigations, eDiscovery, and cyber incident response. During that time, he has investigated or managed thousands of cases involving the collection and analysis of computer, mobile device, network, and cloud-based data.
- ▶ Joe has testified numerous times in local, state, and federal legal matters as a digital forensic expert. Additionally, he frequently provides expert affidavits, or expert forensic reports for clients in support of digital forensic analysis or cyber investigative needs
- ▶ Joe routinely consults with clients regarding cyber security, digital forensics, incident response and electronic discovery matters. He has managed the preservation, analysis, and review of electronically stored information in a wide range of matters including investigations, independent litigation, regulatory compliance and internal inquiries.
- ▶ Joe is a frequent speaker at technical or legal conferences. Additionally, he has been an educator for many industry professionals, serving as an adjunct professor at the university level for many years, teaching courses on digital forensics and cybercrime.

## Professional Certifications

- ▶ Certified Forensic Computer Examiner (CFCE), International Association of Computer Investigative Specialists (IACIS)
- ▶ EnCase Certified Examiner (EnCE), Guidance Software Inc.
- ▶ Seized Computer Evidence Recovery Specialist (SCERS), Department of Homeland Security
- ▶ StarWitness Video Restoration and Enhancement
- ▶ Certified Blacklight Examiner (CBE)



# Biography

## Memberships & Professional Affiliations

► International Association of Computer Investigative Specialists (IACIS)
► High Technology Crime Investigation Association (HTCIA), NorCal Chapter
► High Tech Crimes Consortium (HTCC)
► Association of Certified Fraud Examiners (ACFE)
► Techno Security & Digital Forensics Conference 2019 Advisory Board
► Techno Security & Digital Forensics Conference 2020 Advisory Board

## Professional Training

► Cyber-Investigation 101 (STOP),  National White Collar Crime Center (NW3C), April 2007
► Forensic Computer Evidence Recovery, Multi-jurisdictional Counterdrug Task Force Training, June 2007
► Facial Recognition (JFRS) Training, Municipal Police Officer Education and Training Commission, August 2007
► Undercover Chat Training Program, Internet Crimes Against Children Task Force (ICAC), February 2008
► iLook v.8, Pennsylvania State Police, 2008
► Basic Data Recovery and Acquisition (BDRA), National White Collar Crime Center (NW3C), June 2008
► eP2P Training, Internet Crimes Against Children Task Force (ICAC), July 2008
► Cell Phone Forensics 101, BK Forensics, September 2008
► Seized Computer Evidence Recovery Specialist (SCERS), Department of Homeland Security, June 2009
► Intermediate Data Recovery and Acquisition (IDRA), National White Collar Crime Center (NW3C), December 2009
► RoundUp for P2P Investigators Program. Internet Crimes Against Children Task Force (ICAC), May 2010
► Internet Crimes Against Children National Conference, May 2010
► Certified Cellebrite UFED Mobile Device Examiner, Sumuri, January 2011
► EnCase Computer Forensics II, Guidance Software, March 2011
► ImageScan System v.3 Certification, FBI-CART, October 2011
► StarWitness Product Certification and Training, Signalscape, September 2011
► Decoding Digital Evidence, FBI-RCFL, November 2011
► Preserving Websites for Evidence, Public Agency Training Council, November 2011
► MacMarshal 2.0 Training Program, ATC-NY, January 2012
► Wi-Fi Trends that Impact Law Enforcement, Public Agency Training Council, March 2012
► Internet Crimes Against Children National Conference, April 2012
► Techno Security & Forensic Investigations Conference, May 2012
► Identifying and Seizing Digital Evidence
National White Collar Crime Center (NW3C), December 2012
► Mobile Device Repair and JTAG Forensics, Teel Technologies, February 2013
► Basic Computer Forensics Examiner Program
International Association of Computer Investigative Specialists (IACIS), May 2013
► Computer Network Investigations Program (CNITP)
Department of Homeland Security, August 2013
► Advanced BGA Chip-Off and Analysis Education, Teel Technologies, December 2013



# Biography

- Online Ads Training Program, Internet Crimes Against Children Task Force (ICAC), February 2014
- Mobile Forensics World Conference, sponsored by Cellebrite, June 2014
- Cellebrite Mobile Forensic Fundamentals (CMFF), June 2014
- Blacklight Tool Training, February 2016
- Myths & Realities of Cell Site Coverage Areas, Hawk Analytics, June 2019
- IPS Virtual Currency, NW3C, August 2019
- CCI 2019: Cryptocurrency Investigation Foundation Course, Tomoko Discovery, September 2019

## Speaking Engagements

- Minnesota Association of litigation support professionals, "Anti-Forensics: How your departing employees are removing company data and trying to hide their tracks." July 2019
- "Forensic Trends: The Impact of Cambridge Analytica, Apple, and Slack on Digital Forensics", DeSales University Cybersecurity & Digital Forensics Conference, May 2019
- "Discovery in a Disappearing World: Contemporary Approaches to Mobile Devices, Ephemeral Messaging, And Cloud Sources", Florida Bar Approved CLE, Fort Lauderdale, FL. May 2019
- "Mastering the IoT"- CLE, Minneapolis, MN. May 2019
- "The eDiscovery of Things- The Impact of IoT Devices on eDiscovery", Minnesota Paralegal Association. May 2019
- " Social Media Data Collection in a Post-Cambridge Analytica World" National Defender Investigator Association, San Diego, CA. April 2019
- "Impermanence in eDiscovery", California Techno Security & Digital Forensics Conference, San Diego, CA. March 2019
- "Cutting Us Some Slack: Acquiring Data from Cloud Collaboration Tools", 2019 European Forensic Expo, London, England. March 2019
- Today's General Counsel and Institute" The Exchange" E-Discovery for the Corporate Market", Session 2: 21st Century IG and Defensible Disposition. October 2018.
- "Sweet Evidence: Leveraging G Suite Usage Reports for your Investigations." Techno Security & Digital Forensics Conference, June 2018.
- "Impermanence in eDiscovery: Collection of Ephemeral Messaging, Social Media & Other Emerging Media", Panelist. San Diego ESI Forum, June 2018.
- "Legal Discovery & the iPhone: Not Just A Problem for Law Enforcement", Guidance Software's EnFuse Conference, May 2017
- "I Got 99 Problems, But Imaging Options Ain't One, Techno Security & Digital Forensics Conference, June 2016
- "eDiscovery: What the heck does it even mean?", Santa Rosa Junior College Paralegal Program
- "That Cloud Thing Everyone is Talking About", Center for Forensic Science & Research Fall Forum, November 2015
- Collecting Digital Forensics-Social Media, Web Sites, and Cloud Services, ASIS Conference, September 2015.
- Cellebrite's "Trends in Mobile Forensics Mid-Year Review", Panelist, Mobile Forensics World, June 2015
- Cellebrite's "Trends in Mobile Forensics Mid-Year Review", Panelist, Mobile Forensics World, June 2014
- "Mobile Apps: The New Frontier of Cybercrime" New Jersey Association of Forensic Scientists, April 2014
- "Mobile Device Trends" DeSales University Spring 2014 Forensic Forum. April 2014
- "Digital Forensics", Forensic Science for the Criminal Justice World Academy, Center for Forensic Science Research & Education/ Pennsylvania Innocence Project, October 2013
- "Policing in a Digital World", Masters of Forensic Science 2nd Annual Forensic Science Forum, Arcadia University, November 2012



# Biography

## College/University Courses Taught

- US Immigrations and Customs Enforcement, HERO- Child Rescue Corps Program-Academic Northampton Community College- 2015-2017
- CJ 100 Cybercrime, DeSales University- Fall 2014
- CJ 270 Computer Forensics, DeSales University- Spring 2012, Spring 2013, Spring 2014
- CJ 536 Digital Investigation and Evidence Collection, DeSales University - Summer 2011, Fall 2012, Fall 2013, Fall 2014
- CJ 537 Forensic Acquisition and Analysis, DeSales University - Winter 2011, Winter 2012, Winter 2014
- CJ 538 Network Forensics, DeSales University - Spring 2013
  (additional course listing available upon request)

## Awards

- Beyond the Badge Award Recipient for Outstanding Community Service, Officer David M. Petzold Memorial Foundation, November 2012.
- Police Office of the Year, Lehigh County Police Chief's Association, November 2012.
- "Looking Beyond the License Plate" Meritorious Achievement Award," 3M Corporation, 2004.

## Awards

- IACIS CFCE Certification Coach, 2015- 2018
- Moravian College Leadership Council, 2018- Present

EY | Assurance | Tax | Transactions | Advisory

About EY
EY is a global leader in assurance, tax, transaction and
advisory services. The insights and quality services we
deliver help build trust and confidence in the capital
markets and in economies the world over. We develop
outstanding leaders who team to deliver on our promises
to all of our stakeholders. In so doing, we play a critical
role in building a better working world for our people, for
our clients and for our communities.

EY refers to the global organization, and may refer to one
or more, of the member firms of Ernst & Young Global
Limited, each of which is a separate legal entity.
Ernst & Young Global Limited, a UK company limited by
guarantee, does not provide services to clients. For more
information about our organization, please visit ey.com.
© 20XX [insert member firm name].
All Rights Reserved.

[Insert local legal disclaimer – guidance should be sought
from local or Area Legal/Q&RM]

# <u>Appendix F</u>

# Engagements of Joseph Pochron



# Expert Testimony



Joseph G. Pochron

Senior Manager, EY Forensics- Privacy & Cyber Response

---

Oral Testimony:

| | |
|---|---|
| Case: | Commonwealth of Pennsylvania v. Amir Featherson (Docket Number: CP-39-CR-0005456-2012) |
| Date: | March, 2014 |
| Court: | Court of Common Pleas, County of Lehigh, Commonwealth of Pennsylvania |
| Type of Testimony: | Digital Forensics Expert Testimony & Services |
| Expert Name: | Joseph Pochron |
| Case Summary: | Aggravated Assault, Possession of a firearm as a minor trial |
| Testimony Summary: | Served as an expert witness for the Lehigh County District Attorney's Office. I completed forensic services and provided expert testimony on gang activity depicted in photos recovered during forensic analysis. |

| | |
|---|---|
| Case: | Commonwealth of Pennsylvania v. Wesley Allen Ford (Docket Number: CP-39-CR-0002074-2011) |
| Date: | July, 2013 |
| Court: | Court of Common Pleas, County of Lehigh, Commonwealth of Pennsylvania |
| Type of Testimony: | Digital Forensics Expert Testimony & Services |
| Expert Name: | Joseph Pochron |
| Case Summary: | Child Pornography Gagnon II Hearing |
| Testimony Summary: | Served as an expert witness for the Lehigh County District Attorney's Office & Lehigh County Adult Probation Office. I provided digital forensic services stemming from a child pornography investigation and a probation violation related to the same defendant. Expert testimony was provided based on my findings pursuant to forensic analysis. |



# Expert Testimony



Joseph G. Pochron

Senior Manager, EY Forensics- Privacy & Cyber Response

|  |  |
|---|---|
| Case: | Commonwealth of Pennsylvania v David Lafantano (Docket Number: CP-39-CR-0002295-2012) |
| Date: | December, 2012 |
| Court: | Court of Common Pleas, County of Lehigh, Commonwealth of Pennsylvania |
| Type of Testimony: | Digital Forensics Expert Testimony & Services |
| Expert Name: | Joseph Pochron |
| Case Summary: | Burglary Trial |
| Testimony Summary: | Served as an expert witness for the Lehigh County District Attorney's Office. I provided digital forensic services in relation to a serial burglary investigation. I provided expert testimony during trial. |

|  |  |
|---|---|
| Case: | Commonwealth of Pennsylvania v. James Kleber (Docket Number: CP-39-CR-0005261-2011) |
| Date: | June, 2012 |
| Court: | Court of Common Pleas, County of Lehigh, Commonwealth of Pennsylvania |
| Type of Testimony: | Digital Forensics Expert Testimony & Services |
| Expert Name: | Joseph Pochron |
| Case Summary: | Display of Sexual/Obscene Materials Trial |
| Testimony Summary: | Served as an expert witness for the Lehigh County District Attorney's Office pertaining to a case involving the display of pornography to minors at a fast food restaurant. I provided digital forensic services and expert testimony was provided based on my findings pursuant to forensic analysis at trial. |

|  |  |
|---|---|
| Case: | Commonwealth of Pennsylvania v. Manuel Figueroa (Docket Number: CP-39-CR-0005268-2011) |
| Date: | January, 2013 |
| Court: | Court of Common Pleas, County of Lehigh, Commonwealth of Pennsylvania |
| Type of Testimony: | Digital Forensics Expert Testimony & Services |
| Expert Name: | Joseph Pochron |
| Case Summary: | Criminal Homicide Trial |





# Expert Testimony

Joseph G. Pochron

Senior Manager, EY Forensics- Privacy & Cyber Response

| | |
|---|---|
| Testimony Summary: | Served as an expert witness for the Lehigh County District Attorney's Office pertaining surveillance footage recovered relating to a criminal homicide investigation. I provided expert testimony at trial. |

| | |
|---|---|
| Case: | Commonwealth of Pennsylvania v. Flint Andrew Staton (Docket Number: CP-39-0000681-2013) |
| Date: | February, 2015 |
| Court: | Court of Common Pleas, County of Lehigh, Commonwealth of Pennsylvania |
| Type of Testimony: | Digital Forensics Expert Testimony & Services |
| Expert Name: | Joseph Pochron |
| Case Summary: | Stalking Trial |
| Testimony Summary: | Served as an expert witness for the Lehigh County District Attorney's Office pertaining to digital forensic services I provided for this investigation. I provided expert testimony at trial. |

| | |
|---|---|
| Case: | United States District Court for the Southern District of Illinois, Trevon M. Yates v. COUNTY OF ST. CLAIR, St. Clair County Sheriff's Department Investigators KENNETH MCHUGHES, FRANK BENNETT, BRIAN CREGGER, MAURICE MCMILLER, and JASON ROBERTSON, St. Clair County Sheriff's Department Lieutenant SCOTT WEYMOUTH, St. Clair County Sheriff's Department Sergeant GEORGE MOKRIAKOW, and As-Yet Unknown County of St. Clair Employees, (Case No. 14-CV-00934-MJR) |
| Date: | June, 2015 |
| Court: | United States District Court for the Southern District of Illinois |
| Type of Testimony: | Digital Forensics Expert Reporting and Deposition Testimony |
| Expert Name: | Joseph Pochron |
| Case Summary: | 42 U.S.C. § 1983 Civil Suit- Coercive Interrogation, False Arrest |





# Expert Testimony

### Joseph G. Pochron

Senior Manager, EY Forensics- Privacy & Cyber Response

| | |
|---|---|
| Testimony Summary: | Served as an expert witness for the Roderick and Solange MacArthur Justice Center of Northwestern University, pertaining to a federal civil suit. I provided both an expert report and deposition testimony pertaining to my findings upon review of the criminal investigation as it related to digital evidence. |

| | |
|---|---|
| Case: | Pfaff, et al, v. Murphy Jewelers, et al |
| Date: | April 2016 |
| Court: | Eastern District Court, Commonwealth of Pennsylvania |
| Type of Testimony: | Digital Forensics Civil Deposition Testimony |
| Expert Name: | Joseph Pochron |
| Case Summary: | Job Discrimination (Employment) |
| Testimony Summary: | I was the lead detective in a criminal investigation of fraud involving the plaintiff's former employer.  I was deposed on the facts of the criminal investigation as it related to these two parties. |

| | |
|---|---|
| Case: | Oscar Peredia and Laura Peredia v. HR Mobile Services Inc., Boretti, Inc., Deere and Company, Inc., Pape Machinery, Inc., The Pape Group, Inc., Pape Trucks, Inc., and DOES 1-100 (Case No: 13CECG03137) |
| Date: | July, 2016 |
| Court: | Superior Court, State of California, County of Fresno |
| Type of Testimony: | Digital Forensics Civil Deposition Testimony |
| Expert Name: | Joseph Pochron |
| Case Summary: | Wrongful Death |
| Testimony Summary: | I analyzed two mobile devices and provided expert testimony determining if music was being played in either device at the time of death. |



# Expert Testimony



Joseph G. Pochron

Senior Manager, EY Forensics- Privacy & Cyber Response

|  |  |
|---|---|
| Case: | Abbot Laboratories et al. v. Adelphia Supply USA et al., 15-cv-05826(CBA)(LB) |
| Date: | September 2018 |
| Court: | United States District Court Eastern District of New York |
| Type of Testimony: | Digital Forensics Civil Deposition Testimony |
| Expert Name: | Joseph Pochron |
| Case Summary: | Trademark |
| Testimony Summary: | Deposition testimony related to forensic analysis related to email and Barracuda email archives. |

|  |  |
|---|---|
| Case: | Rosetta Analytics, Inc. v. Goel et al |
| Date: | October 2018 |
| Court: | Illinois Northern District Court |
| Type of Testimony: | Digital Forensics Testimony |
| Expert Name: | Joseph Pochron |
| Case Summary: | Contract |
| Testimony Summary: | Court hearing Testimony related to Mac and Slack analysis. |

|  |  |
|---|---|
| Case: | Allarco Entertainment 2008 INC and Staples Canada Inc., Staples Canada Holdings LLC, Staples Canada Holdings III LLC, Staples Promotional Products Canada, LTD., Best Buy Canada LTD., Best Buy Medical Supplies (Canada) Inc., Best Buy Mattress Country Canada LTD., London Drugs Limited, Canada Computers Inc., John Doe Customers 1 to 50,000, John Doe Suppliers 1 to 100 |
| Date: | August 2020 |
| Court: | Court of Queen's Bench of Alberta ( Canada) |
| Type of Testimony: | Digital Forensics Testimony |
| Expert Name: | Joseph Pochron |
| Case Summary: | Piracy |
| Testimony Summary: | Deposition related to forensic analysis of Android entertainment consoles. |





# Expert Testimony



**EY**

**Building a better working world**

Joseph G. Pochron

Senior Manager, EY Forensics- Privacy & Cyber Response

Expert Reports:

|  |  |
|---|---|
| Case: | Kringstad Ironworks, Inc. v. Midwest Fabrication, LLC et al, 3:17-cv-00004 |
| Date: | January 2017 |
| Court: | United States District Court, District of North Dakota |
| Type of Testimony: | Digital Forensics Expert Affidavit |
| Expert Name: | Joseph Pochron |
| Case Summary: | Breach of Contract |
| Expert Summary: | Conducted digital forensic analysis and provided an expert report based on our findings. |

|  |  |
|---|---|
| Case: | Kristen Keller, Administrator of the Estate of Miechele Keller v. 104 East Main Street, Inc. d/b/a Tattletale's Gentlemen's Club; 104 Bath, Inc. d/b/a Tattletale's Gentlemen's Club; and WSM, Inc. d/b/a Kicker's Pub and Restaurant , Northampton County CCP No. C-48-CV-2014-10456 |
| Date: | April, 2016 |
| Court: | Court of Common Pleas, County of Northampton, Commonwealth of Pennsylvania |
| Type of Testimony: | Digital Forensics Expert Reporting |
| Expert Name: | Joseph Pochron |
| Case Summary: | Wrongful Death Civil Suit |
| Testimony Summary: | I reviewed digital evidence retrieved by either a police agency or the law firm and provided an expert report based on certain criteria provided to me. |

|  |  |
|---|---|
| Case: | Hertzog v. Reither |
| Date: | March, 2016 |



# Expert Testimony



Joseph G. Pochron

Senior Manager, EY Forensics- Privacy & Cyber Response

| | |
|---|---|
| Court: | Court of Common Pleas, County of Northampton, Commonwealth of Pennsylvania |
| Type of Testimony: | Digital Forensics Expert Reporting |
| Expert Name: | Joseph Pochron |
| Case Summary: | Civil Suit |
| Testimony Summary: | I provided forensic analysis of a mobile device and provided an expert report based on my findings. |

| | |
|---|---|
| Case: | Brandon Campbell et al. v. Vitran Express Inc. (Case No: CV 11-5029 RGK (SHx) ) |
| Date: | March, 2016 |
| Court: | United States District Court, Central District of California |
| Type of Testimony: | Digital Forensics Expert Reporting |
| Expert Name: | Joseph Pochron |
| Case Summary: | Suit brought in violation of CA rest and meal break laws |
| Testimony Summary: | I reviewed data provided by the law team and completed various calculations pertaining to such. I provided an expert report documenting my efforts as well as an expert opinion in relation to the calculation totals. |

Expert Affidavits:

| | |
|---|---|
| Case: | NEWMARK GROUP INC., G&E ACQUISITION COMPANY LLC, and G&E REAL ESTATE INC. d/b/a NEWMARK GRUBB KNIGHT FRANK, v. AVISON YOUNG (CANADA) INC., AVISON YOUNG (USA) INC.,v AVISON YOUNG–WASHINGTON, DC, LLC, and MARK ROSE, 2015 CA 1028 B |
| Date: | April 2019 |
| Court: | Superior Court of the District of Columbia Civil Division |
| Type of Testimony: | Digital Forensics Expert Affidavit |
| Expert Name: | Joseph Pochron |
| Case Summary: | Trade Secrets |





# Expert Testimony

## Joseph G. Pochron

### Senior Manager, EY Forensics- Privacy & Cyber Response

Expert Summary:   Provided an expert affidavit explaining normal course of
practice for conducting forensic analysis in cases involving
trade secret misappropriation.

Case:   NEWMARK GROUP INC., G&E ACQUISITION COMPANY LLC,
and G&E REAL ESTATE INC. d/b/a NEWMARK GRUBB
KNIGHT FRANK, v. AVISON YOUNG (CANADA) INC., AVISON
YOUNG (USA) INC.,v AVISON YOUNG–WASHINGTON, DC,
LLC, and MARK ROSE, 2015 L 2186

Date:   April 2019

Court:   Circuit Court of Cook County, Illinois County Department,
Law Division.

Type of Testimony:   Digital Forensics Expert Affidavit

Expert Name:   Joseph Pochron

Case Summary:   Trade Secrets

Expert Summary:   Provided an expert affidavit explaining normal course of
practice for conducting forensic analysis in cases involving
trade secret misappropriation.

Case:   JLT SPECIALTY INSURANCE SERVICES INC. v. GARY
PESTANA, an individual; SARAH SHERMAN, an individual;
DUSTIN SMITH, an individual; and RAMY MORCOS, an
individual, 3:19-cv-02427

Date:   May 2019

Court:   United States District Court, Northern District of California,
San Francisco Division

Type of Testimony:   Digital Forensics Expert Affidavit

Expert Name:   Joseph Pochron

Case Summary:   Trade Secrets Misappropriation- DECLARATION IN
SUPPORT OF EX PARTE APPLICATION FOR (1) TEMPORARY
RESTRAINING ORDER; (2) EXPEDITED DISCOVERY; AND (3)
ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION





# Expert Testimony

## Joseph G. Pochron

### Senior Manager, EY Forensics- Privacy & Cyber Response

Expert Summary:    Provided an expert declaration summarizing digital forensic
analysis related to trade secret misappropriation.

Case:      Abbott Laboratories et al v. Adelphia Supply USA et al., 15-
cv-05826 (CBA) (LB) (E.D.N.Y.)
Date:    July 2017
Court:    United States District Court, Eastern District of New York
Type of Testimony:    Digital Forensics Expert Affidavit
Expert Name:    Joseph Pochron
Case Summary:    Fraud
Expert Summary:    Conducted forensic investigation and analysis of HHW's
Barracuda email archive and authored an affidavit based on
those findings.

Case:    Slovin, et al. v. Sunrun, Inc. et al., U.S. District Court for the
Northern District of California No. 4:15-cv-05340-YGR
Date:    January 2017
Court:    United States District Court, , Northern District of California
Type of Testimony:    Digital Forensics Expert Affidavit
Expert Name:    Joseph Pochron
Case Summary:    Class Action ( Telemarketing)
Expert Summary:    Acquired and compared media files. Provided an affidavit
with an opinion on if the two files were the same.

Case:    In re Processed Egg Products Antitrust Litigation, Case No.
08-md-02002
Date:    May 2018





# Expert Testimony

## Joseph G. Pochron

Senior Manager, EY Forensics- Privacy & Cyber Response

|  |  |
|---|---|
| Court: | United States District Court, Eastern District of Pennsylvania |
| Type of Testimony: | Digital Forensics Expert Affidavit |
| Expert Name: | Joseph Pochron |
| Case Summary: | Class Action ( Antitrust) |
| Expert Summary: | Acquired and compared media files. Provided an affidavit for the purposes of validating the data collection and underlying metadata. |

|  |  |
|---|---|
| Case: | Kellogg Brown & Root LLC (USA) v. Midwest Fertilizer Company LLC (USA), Case No. 22360/RD/MK |
| Date: | February 2019 |
| Court: | International Court of Arbitration, International Chamber of Commerce |
| Type of Testimony: | Digital Forensics Expert Affidavit |
| Expert Name: | Joseph Pochron |
| Case Summary: |  |
| Expert Summary: | Provider an expert affidavit on ESI collection, search, and culling practices and the limitations of self-searching. |

|  |  |
|---|---|
| Case: | Nexteer Automotive Corporation v. Paul Arnold and Scott Weiss, 4818-2614-1492.2 |
| Date: | October 2016 |
| Court: | State of Michigan, Circuit Court for the County of Saginaw |
| Type of Testimony: | Digital Forensics Expert Affidavit |
| Expert Name: | Joseph Pochron |
| Case Summary: | Trade Secrets Theft |



# Expert Testimony



Joseph G. Pochron

Senior Manager, EY Forensics- Privacy & Cyber Response

Expert Summary:   Provider an expert affidavit based on forensic analysis conducted on behalf of the defendants.

Case:   ROSETTA ANALYTICS, INC., v. VAIBHAVA GOEL and ETIENNE MARCHERET, Case No. 18 C 5179
Date:   August 2018
Court:   United States District Court for the Northern District of Illinois, Eastern Division
Type of Testimony:   Digital Forensics Expert Affidavit
Expert Name:   Joseph Pochron
Case Summary:   Trade Secrets Theft
Expert Summary:   Provider an expert affidavit based on forensic analysis conducted as part of a trade secret investigation.

Case:   In Re: Sotera Wireless, Inc., Debtor. Sotera Wireless, Inc., Case No. 16-05968-LT11 Sotera Research, Inc., Case No. 16-05969-LT11
Date:   May 2018
Court:   UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF CALIFORNIA
Type of Testimony:   Digital Forensics Expert Affidavit
Expert Name:   Joseph Pochron
Case Summary:   Certification of Compliance with Court Injunction
Expert Summary:   Completed targeted remediation of approximately 73 workstations and provided an expert affidavit to certify methods and compliance.

Case:   EMC CORPORATION v. RYAN BAKER, Civil Action No. 18-cv-10304-RGS





# Expert Testimony

## Joseph G. Pochron

### Senior Manager, EY Forensics- Privacy & Cyber Response

| | |
|---|---|
| Date: | April 2018 |
| Court: | IN THE UNITED STATES DISTRICT COURT    DISTRICT OF MASSACHUSETTS |
| Type of Testimony: | Digital Forensics Expert Affidavit |
| Expert Name: | Joseph Pochron |
| Case Summary: | Injunction against Misappropriation of Trade Secrets |
| Expert Summary: | Completed forensic analysis and provided an expert affidavit based on findings and review of opposing expert's analysis. |

| | |
|---|---|
| Case: | EMC Corporation, v. Ferreira, 1:18-cv-10301 |
| Date: | April 2018 |
| Court: | IN THE UNITED STATES DISTRICT COURT    DISTRICT OF MASSACHUSETTS |
| Type of Testimony: | Digital Forensics Expert Affidavit |
| Expert Name: | Joseph Pochron |
| Case Summary: | Injunction against Misappropriation of Trade Secrets |
| Expert Summary: | Completed forensic analysis and provided an expert affidavit based on findings and review of opposing expert's analysis. |

| | |
|---|---|
| Case: | DEKEO, INC., a Delaware corporation, and JIFFYSHIRTS.COM US, L.P., a Delaware corporation v. JASON HAFT and PRINTFLY CORPORATION D/B/A RUSHORDERTEES.COM, a Pennsylvania corporation |
| Date: | July 2019 |
| Court: | IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE |
| Type of Testimony: | Digital Forensics Expert Affidavit |
| Expert Name: | Joseph Pochron |
| Case Summary: | Plaintiff's Motion For Temporary Restraining Order |

# Expert Testimony



### Joseph G. Pochron

Senior Manager, EY Forensics- Privacy & Cyber Response

Expert Summary:   Completed forensic analysis and provided an expert affidavit based on findings and review of laptops and external media.



# <u>Appendix G</u>

# Resume of
# Dr. Siyu "Charlie" Qing

**Siyu (Charlie) Qing**

EXPERIENCE
_____

**Senior Statistician/Manager** July 2014 – Present
Quantitative Economics & Statistics (QUEST) Group, Ernst & Young (EY) Washington DC
● Analyzed and validated accounting data from 300+ clients to develop efficient sample design and estimate eligible credits and deductions for tax benefits.
● Managed senior and staff analysts working on a variety of sampling and analytics projects.
● Responsible for reviewing and evaluation of statistical models for a variety of topics including revenue recognition, fair-lending risk exposure, litigation support, healthcare billing and corporation risk management and provide statistical reports to non-technical clients, audiences and firm management.
● Implemented Monte Carlo simulations to evaluate the potential risk of financial loss for a variety of assurance projects.
● Trained staff analysts on SAS, R and Python programming skills.

**Teaching Assistant** September 2011 – May 2014
Department of Statistics, The George Washington University Washington DC
● Lectured undergraduate students with social science and statistical majors on a variety of undergraduate statistical courses including economic statistics and regression.

**Research Associate** September 2010 – August 2013
Biostatistics Center, The George Washington University Rockville, MD
● Collaborated with economists, social scientists from MIT and Ohio State University as sampling statistician for the Scientific Workforce Analysis and Modeling (SWAM) project and provided statistical modeling and sampling support.
● Conducted linear mixed models in SWAM to analyze how different factors influence the academic career choice and predict the future status of academic tenure positions.
● Developed variance estimators for survey calibration estimates with estimated control totals (CEEC) and reduced bias significantly compare to the traditional variance estimators.
● Developed a two-level normal mixture model to approximate the PCD (Partial Concordant/Discordant) model and its generalization for high dimension data.

EDUCATION
_____

**The George Washington University** Washington DC
*Ph.D.* in Statistics, GPA: 4.0/4.0 September 2011 - May 2014
Dissertation: *Longitudinal Weight Calibration with Estimated Control Totals for Cross Sectional Survey Data: Theory and Application.*

**The George Washington University** Washington DC
*Master of Science* in Statistics, GPA: 4.0/4.0 September 2009 - May 2011

**Tsinghua University** Beijing, China
*Bachelor of Science* in Mathematics, GPA: 3.6/4.0 August 2004 - July 2008

PRESENTATION AND PUBLICATION
_____

Presentations: 2012 and 2013 Joint Statistical Meeting; 2013 Federal Committee on Statistical Methodology Research Conference.

*Larsen, M., Qing, S., Zhou, B., and Foulkes, M. (2012)* Longitudinal Survey Weight Calibration Applied to the NSF Survey of Doctorate Recipients. *Federal Committee on Statistical Methodology 2012 Research Conference Proceedings.*

ONLINE PROFESSIONAL TRAINING
_____

**Coursera Courses Taken**: Machine Learning, Python Specialization, Applied Data Science with Python Specialization, Deep Learning Specialization, Algorithms.

ADDITIONAL INFORMATION
_____

**Computer Skills:** Python, SAS, R, SQL, C, C++.

# **<u>Appendix H</u>**

# **Resume of Paul Sinowitz**

Paul Sinowitz

136 I Avenue

Coronado CA 92118

paulsinowitz@gmail.com

702-418-7133

## Professional Experience

**Qdoba Mexican Eats
                June 2019- Present**

### *Vice President Supply Chain*

Responsible for entire supply chain for 800 store chain. Managed spend over $500 million. Spend includes FF&E, OSE and F&B. Built new team from ground up. Created stand alone organization after breakout from Jack in the Box. Recruited, hired and trained 10 new employees for supply chain positions. Implemented new supply chain system, Arrowstream

**MGM Resorts
International
(2015 to 2019)**

### *Vice President Global Sourcing*

Responsible for negotiating, writing and implementation of all F&B (Food & Beverage), OSE (Operational Supplies & Equipment), Facilities and Professional Service contracts and programs for 27 MGM Resorts International properties in seven states. Developed and implemented category strategies for all verticals to increase program utilization by $500

million annually, and lower costs by $200 million.  Led global sourcing efforts in pursuit of an ongoing Japanese Integrated Resort's license. Led a direct team of 6 Executive Directors and Directors, with a global sourcing team of 30 team members.

## MGM Resorts International                                                    (2013 to 2015)

### *Vice President Food and Beverage Sourcing*

Responsible for development, negotiation and implementation of all food and beverage contracts for 27 MGM Resorts International properties. Administered spend of $500M annually. Management of supply chain for over 20K sku's of food items, and 13K sku's of alcohol products.  Increased corporate beverage support from $1.5M to $13M in 2 years. Led ten team members covering specific fields such as protein, seafood, produce, bakery, wine, spirits and beer.  Implemented and managed over 200 Profit Growth Programs, with an expected increase in EBITA of $20M. Oversaw eight separate broadline distribution houses, and corporate relationships. Proficient in the use of the Stratton Warren, MS Office, Ariba RFP, and Coupa contract systems.

## Caesar's Entertainment   (2009 to 2013)

### *Director of National F&B, OSE & Distribution*

Responsible for negotiating and implementing all national F&B and OSE contracts exceeding $800M in annual spend. Directly responsible for all items used by 53 major hotel and casinos throughout the U.S.   Managed five direct reports covering specific fields such as produce, protein, bakery,

disposables, grocery, china, glass, silver, and alcohol.  Responsible for all strategic positions taken on behalf of Caesar's Entertainment in the commodity markets of soybean oil, sugar, wheat, orange juice, coffee, and butter. Negotiated and managed all distribution relationships. Oversaw 15 separate broadline distribution houses and corporate relationships. Proficient in the use of the Stratton Warren, MS Office, Ariba, RFP, and Coupa contract systems.

**Sonic Industries**
**(2003 to 2009)**

*Vice President of Purchasing & Distribution*

Responsible for negotiating, purchasing and system logistics for all Food & Beverage and packaging items to supply 3,500 Sonic restaurants.  Total purchases exceeded $1.0 billion.  Responsible for the development of strategic goals for the purchasing department, which consisted of seven team members.  Developed and nurtured a business relationship between marketing, operations and the purchasing departments that allowed for the development and national launch of over 50 new items per year. Worked with more than 400 franchisee owners in the management of store profit and loss. Implemented input cost program for the supply chain. Managed reopening of 700 stores impacted by hurricane Katrina.

**Yum! Group ~ KFC, Taco Bell, Pizza Hut, LJ Silver's & A&W**
**(1999 to 2003)**

*Senior Director of Strategic Purchasing (2001 to 2003)*

Responsible for procuring all food items totaling more than $1.5 billion for 5,400 KFC restaurants.  As a Center of Excellence for Yum! brands, was responsible for poultry items at Taco Bell, Pizza Hut, Long John Silvers, and A&W restaurants. Oversaw a staff of 11, including directors, managers and buyers. Controlled annual expenses for sourcing department.

Developed goals and objectives for the team and communicated their progress to the Board of Directors.  Worked with more than 800 franchisee owners to develop strategic procurement plans.  Negotiated long-term strategic contracts with suppliers. Purchased commodities including corn, soybean meal and soy oil.  Accountable for presenting purchasing strategies to franchisees, and the KFC Corporation at 14 regional and national meetings throughout the year.  Yum! Annual system sales were more than $27 billion.

*Senior Director of Fresh Poultry Purchasing (1999 to 2001)*

Responsible for procuring Fresh Poultry totaling more than $800 million. Oversaw a staff of three. Developed goals and objectives for the team and communicated their progress to the Board of Directors.  Worked with franchisee owners to join initiatives to purchase as a group.  Negotiated long-term strategic contracts with suppliers. Purchased commodities including corn and soybean meal as a component of the cost-plus model.

## Advantica Restaurant Group                                    (1995 to 1999)

*Senior Purchasing Manager*

Solely responsible for sourcing, analysis, and procurement of more than 500 items for seven concepts: Denny's, Coco's, Carrows, El Pollo Loco, City Range, Quincy's and Hardee's. Advantica was the largest family-style restaurant company in the world.  Assisted research and development teams of all concepts in creating new menu items and improving standard menu items.  Managed a staff of four. Worked closely with all restaurant operators including corporate presidents, vice presidents and franchisees, for market analysis in the direction and timing of all promotions.  Advantica annual sales were more than $5 billion.

## Other Experiences
### (1979 to 1986)

_Harvest Meat 1988-1995, National account buyer_

_Niles Foods 1986-1988, VP Sales_

Worked as plant Forman for world's largest beef slaughter plant in Garden City, Kansas. Worked all aspects of world's largest hog processing facility in El Paso, TX. Promoted into Boxed Beef Sales. Worked throughout the country selling fresh beef.  Worked with N.M slaughter and processing facility teaching slaughter techniques to college students.

.

## Education

B.S. in Animal Science, New Mexico State University, 1983

Student Body President, New Mexico State University, 1982

Private Pilot license expected in 2020

## Certifications/ Membership

CRT Tequila certification (Mexican Government), 2017

Level one Sommelier, 2015

Currently serving as a Board Member for Dignity Heath Hospital Systems

# Appendix I

# Curriculum Vitae of
# Professor Edward A. Snyder

December 2020

# EDWARD A. SNYDER

CONTACT INFORMATION:

email:  tsnyder@yale.edu

regular mail:                                        express mail:

Yale School of Management              Yale School of Management
P.O. Box 208200                              165 Whitney Avenue
New Haven, CT 06520-8200              New Haven, CT 06520

office tel.:  203-432-6037                 website:  http://edwardasnyder.com/

EDUCATION

B.A., Colby College, 1975 (Economics, Government)

M.A., University of Chicago, 1978 (Public Policy)

Ph.D., University of Chicago, 1984 (Economics)

CURRENT APPOINTMENTS

**Yale School of Management**
William S. Beinecke Professor of Economics and Management

- *Research*:
    o Industrial Organization, Antitrust and Competition Policy, Law & Economics, Management, Analysis of High-Tech Industries

  *Teaching*:

    o "Economic Analysis of High-Tech Industries"; Spring I 2020; Fall 2020
    o "Analysis of Global Competition Law" (co-taught with Pierre Cremieux and Fiona Scott Morton); Fall 2013 and Fall 2014.
    o "Field Project in Commercial Real Estate Development" (co-taught with Roland Betts); Fall 2015.
    o Guest lecturer for "Antitrust Law" (Yale Law School); Spring 2019.

**Yale Department of Economics**
Professor of Economics (Secondary Appointment)

**Global Network for Advanced Management**
Chairperson

PREVIOUS APPOINTMENTS

**Yale School of Management**
Indra K. Nooyi Dean and William S. Beinecke Professor (July 2011 – June 2019)

1

December 2020

*Decanal Responsibilities*:  Overall academic, financial, and administrative leadership of Yale School of Management (Yale SOM)

*Major achievements and initiatives*:

- o Conception and development of the Global Network for Advanced Management (GNAM), a network of 30 top business schools.
- o Conception and introduction in 2012 of the Master of Advanced Management – a one-year degree program, post-MBA, for students from GNAM member schools; introduction in 2017 of Master of Management Studies, a one-year degree program with multiple tracks of study.
- o Introduction of the Global Studies Requirement and Global Studies Accounts for all MBAs and MAM students.
- o New Leadership Curriculum for all MBAs and MAM students.
- o Establishment of the Initiative for Organizational Performance.
- o Launch of school-wide initiatives on Asset Management, Healthcare, and Sustainability.
- o Development and introduction of Foundational Courses for Yale Masters-level students and Yale College students.
- o Build-out of Yale SOM's Entrepreneurship Program and appointment of Inaugural Director of Entrepreneurship Programs.
- o Substantial increase in scholarship support for Masters-level students.
- o Led establishment of Yale Center Beijing in 2014 and responsible for subsequent management of the Center.
- o Establishment of the Yale SOM Council of Global Advisors.
- o Increased levels of alumni involvement; the highest percentage of annual giving by alumni of any Yale academic unit.
- o Eight consecutive years of operating surpluses (FY2012 – FY2019).

*School and University Service*:

- o Member of the Yale University Cabinet (2013 – 2017).
- o Member of the Yale University Cabinet Steering Committee (2016 – 2017).
- o Member of the Yale School of Management Board of Advisors (2011 – 2019).
- o Member of Yale SOM's Appointments, Curriculum, and Strategy Committee (2014 – 2017).
- o Member of the Yale University Carbon Task Force (2015 – 2016).

**University of Chicago, Booth School of Business**
Dean and George Shultz Professor of Economics (July 2001 – June 2011)

*Decanal Responsibilities:*  Overall academic, financial, and administrative leadership of the school.

*Teaching responsibilities:*  Economic Analysis of Major Policy Issues (co-taught with Gary S. Becker and Kevin M. Murphy).

*Editor*:  Journal of Law & Economics (2002 – 2009)

*Major achievements and initiatives:*

- o Dramatic increases in the number of endowed faculty professorships, endowed faculty fellowships, and the endowments in research and teaching centers.
- o Nine years of 17.1% annual growth of MBA scholarship support.

December 2020

- o Naming of the school with unrestricted funds provided by David Booth – the largest gift ($300m) to the University of Chicago and the largest gift ever to a business school.
- o Increased the school's endowment from approximately $200m in 2001 to over $500m, independent of the Booth gift.
- o Substantial improvements in the influence, visibility, and recognition of the school, including improved rankings, e.g., BusinessWeek #1 rankings in 2006, 2008, and 2010, and Economist #1 rankings in 2006 and 2009.
- o Improvements in the quality and diversity of the MBA classes.
- o Large increases in support for PhD students, including dramatic increases in endowment for PhD program.
- o Established the Global Advisory Board, with Councils for Asia; the Americas; and Europe, Middle East, and Africa.
- o Oversaw the launch of the Initiative on Chicago Price Theory, which became the Becker Center.
- o Developed funding for the Fama-Miller Center.
- o Successfully moved the School's Europe Campus from Barcelona to London.
- o Moved into the school's new campus (Harper Center) in Hyde Park on time and on budget.
- o Developed first-of-kind positioning advertising campaign by a business school.
- o Appointments of two women to decanal positions.
- o Elimination of debt on three facilities.
- o Cumulative operating surpluses of $100.4m over nine-year period.

*University Service:*

- o Member, Academic Leadership Group (July 2001 – June 2010).
- o Oversight Responsibilities for two University Centers (Stigler Center and Becker Center).
- o Member, Provost Ad Hoc Tenure Review Committees (2002 – 2010).
- o Member, Board of Directors, Argonne National Laboratories (July 2008 – June 2010).
- o Member of various Dean and VP Search Committees (2003 – 2009).
- o Advisory work on University's globalization efforts (2007 – 2010).
- o Member, Social Sciences Deans Group, (2009 – 2010).

**University of Virginia**
Dean and Charles C. Abbott Professor of Business Administration (July 1998 – June 2001)

*Decanal Responsibilities:*  Overall academic, financial, and administrative leadership of the Darden School.

*Major achievements and initiatives:*

- o First MBA Program growth in 24 years.
- o Increase in nine-year capital campaign from $98m to $212m.
- o Establishment of Batten Institute in 1999.
- o Established Financial Self-Sufficiency for the Darden School, eliminating reliance on unrestricted state support.
- o Completion of Phase II of new Darden Grounds.
- o Increased diversity of MBA classes.
- o Appointments of two women to decanal positions.
- o Appointments of two African-Americans to faculty positions.
- o Innovative programs on e-business with global partners.

3

December 2020

  o Established program partnerships with University of Michigan and University of California at Berkeley.

**University of Michigan**
Senior Associate Dean, University of Michigan Business School (1995 – 1998)

 *Responsibilities*:  MBA Programs (full-time, evening, global), BBA Program, and Masters of Accounting Program.  Managed School international programs and corporate relationships.  Oversight of Admissions & Student Services and the Office of Career Development.  Significant responsibility for faculty recruitment and development.  Member of School's Executive Committee.

 *Major achievements and initiatives:*

  o Global initiatives including International Multi-disciplinary Action Program (IMAP) and Brazil node of Global MBA program.
  o Integration of admissions and career development functions.
  o Rationalization of real estate curriculum.

Director, Davidson Institute at the University of Michigan Business School (1992 – 1995)

 *Responsibilities*:  Executive and academic leadership to establish a legally independent Institute focused on business and public policy issues in transition economies and emerging markets.

 *Major achievements and initiatives:*

  o Developed corporate relationships in China, Central Europe, India, and Russia, and with U.S. firms committed to operating in transition economies.
  o Major research initiative on bank privatization in Central Europe and Russia.
  o Design and development of in-company projects involving teams of Master's-level students working in transition economies.
  o Design and delivery of executive education programs for managers from transition economies.
  o Progressive increases in outside funding contributing to a $3m quasi-endowment for the Institute.

Chair, Business Economics and Public Policy (1992 – 1995)

 *Responsibilities*:  Curriculum and staffing of BBA and MBA courses.  Faculty development of group of 11 faculty members specializing in business economics.

Faculty Member (1982-1994)

 *Responsibilities*:  MBA Core course coordinator of *Applied Microeconomics* (four years).  Design and development of *Competitive Tactics,* a course analyzing competition and cooperation among firms; marketing and distribution of products; and related antitrust issues.

Member, Board of Directors, Davidson Institute (focusing on transition economies and emerging markets) (1995 – 1998)

December 2020

Member, Executive Committee, Tauber Manufacturing Institute, University of Michigan (1996 – 1998)

Member, Executive Committee, Erb Institute (focusing on environmental management), University of Michigan (1996 – 1998)

Research Consultant, Federal Home Loan Bank Board / U.S. Senate Committee on Banking (1989)

Consultant, Antitrust Division, U.S. Department of Justice (1982-1985)

**University of Chicago**

John M. Olin Visiting Associate Professor, Center for the Study of the Economy and the State (1991 – 1992)

**Antitrust Division, U.S. Department of Justice**

Economist (1978 – 1982; intermittent service through 1985)

Staff Economist, National Commission to Review Antitrust Laws and Procedures (1978 – 1979)

PUBLICATIONS

Articles in Journals:

"Enforcement of Anti-Collusion Laws Against Domestic and Foreign Firms" (Co-author: Pierre Cremieux), Journal of Law & Economics, Vol. 59 (November 2016), pp. 775-803.
Reprinted in Concurrences, No.4-2017.

"Proof of Common Impact in Antitrust Litigation: The Value of Regression Analysis", (Co-authors: Pierre Cremieux and Ian Simmons), The George Mason Law Review, Summer 2010, pp. 939-967.

"Bank Privatization in Transitional Economics: A General Framework with Application to Hungary's Magyar Kulkereskedelmi Bank Transaction", (Co-authors: Karen Schnatterly, Roger C. Kormendi, and Christopher Jereb), The Financier, vol. 5, No. 2 & 3 (1998), pp. 6-23.

"Allocation of Litigation Costs--American and English Rules," (Co-author: James W. Hughes) in The New Palgrave Dictionary of Economics and the Law, ed. Peter Newman, Macmillan Publishers Ltd, vol. 51 (1998), pp. 51-56.

"Transactional Structures of Bank Privatizations in Central Europe and Russia," (Co-author Anna Meyendorff), Journal of Comparative Economics, (August 1997), pp. 5-30.

"Privatization and Performance of the Czech Republic's Komercni Banka," (Co-author: Roger C. Kormendi), Journal of Comparative Economics, (August 1997), pp. 97-128.

"Litigation under the English and American Rules: Theory and Evidence," (Co-author: James W. Hughes), Journal of Law & Economics, vol. 38 (April 1995), pp. 227-250.

5

December 2020

"*United States v. United Shoe Machine Corporation*: On the Merits," (Co-author: Scott E. Masten), <u>Journal of Law & Economics</u>, vol. 36 (April 1993), pp. 33-70.
   Reprinted in <u>Transaction Cost Economics</u>, vol. 2, O. Williamson and S. Masten, eds., (Edward Elgar Publishing, Ltd., London), 1995, pp. 588-625.
   Reprinted in <u>Case Studies in Contracting and Organization</u>, S. Masten, ed., (Oxford University Press), 1996, pp. 224-254.
   Reprinted in <u>Journal of Reprints for Antitrust Law and Economics</u>, issue on Landmark Antitrust Decisions Revisited, 26, 1997, pp. 643-680.
   Reprinted in <u>Pricing Tactics, Strategies, and Outcomes</u>, (M. Waldman & J. Johnson, ed.). Cheltenham, UK: Edward Elgar Publishing. 2007

"Misuse of the Antitrust Laws: The Competitor Plaintiff," (Co-author: Thomas E. Kauper), <u>Michigan Law Review</u>, vol. 90, (December 1991), pp. 551-603.
   Reprinted in <u>The Journal of Reprints for Antitrust Law and Economics</u>, vol. 25, no. 2, (1995), pp. 657-709.

"The Costs of Organization," (Co-authors: Scott E. Masten and James W. Meehan, Jr.), <u>Journal of Law, Economics, and Organization</u>, vol. 7, (Spring 1991), pp. 1-25.
   Reprinted in <u>Transaction Cost Economics</u>, vol. 2, O. Williamson and S. Masten, eds., (Edward Elgar Publishing, Ltd., London), 1995, pp. 119-143.

"The English Rule for Allocating Legal Costs: Evidence Confronts Theory," (Co-author: James W. Hughes) <u>Journal of Law, Economics, and Organization</u>, vol. 6, (Fall 1990), pp. 345-380.

"The Effect of Higher Criminal Penalties on Antitrust Enforcement," <u>Journal of Law & Economics</u>, vol. 33, (October 1990), pp. 439-462.

"The Design and Duration of Contracts: Strategic and Efficiency Considerations," (Co-author: Scott E. Masten) <u>Law and Contemporary Problems</u>, vol. 52 (Winter 1989), pp. 63-85.

"The Origins and Resolution of the Thrift Crisis," (Co-authors: Roger C. Kormendi, Victor L. Bernard, and S. Craig Pirrong) <u>Journal of Applied Corporate Finance</u>, vol. 2 (Fall 1989), pp. 85-100.

"Vertical Integration in the U.S. Auto Industry: A Note on the Influence of Transactions Specific Assets," (Co-authors: Scott E. Masten and James W. Meehan, Jr.) <u>Journal of Economic Behavior and Organization</u>, vol. 12 (October 1989), pp. 265-73.

"New Insights into the Decline of Antitrust Enforcement," <u>Contemporary Policy Issues</u>, vol. 7 (October 1989), pp. 1-18.

"Policy Analysis of Medical Malpractice Reforms: What Can We Learn from Claims Data?" (Co-author: James W. Hughes) <u>Journal of Business & Economic Statistics</u>, vol. 7, (October 1989), pp. 423-431.

"Evaluating Medical Malpractice Reforms," (Co-author: James W. Hughes) <u>Contemporary Policy Issues</u>, vol. 7, (April 1989), pp. 83-98.

"An Inquiry into the Efficiency of Private Antitrust Enforcement," (Co-Author: Thomas E. Kauper), <u>Georgetown Law Journal</u>, vol. 74, (April 1986), pp. 401-469.

6

December 2020

"Efficient Assignment of Rights to Sue for Antitrust Damages," <u>Journal of Law & Economics</u>, vol. 28, (May 1985), pp. 469-482.  Reprinted in <u>The Journal of Reprints for Antitrust Law and Economics</u>, vol. 25, no. 2, (1995), pp. 969-982.

Books / Articles in Books and Volumes:

"Competitive Discounts and Antitrust Policy," (Co-authors: Kevin M. Murphy and Robert H. Topel), <u>The Oxford Handbook of International Antitrust Economics</u>, Volume 2, (2015), edited by Roger D. Blair and D. Daniel Sokol, Chapter 5, pp. 89-119.

"Five Easy Questions", Ch.2.3, in <u>Leadership Development for a Global World: The Role of Companies and Business Schools</u>, J.Canals (ed.), Palgrave Macmillan Ltd. Houndmills, Basingstoke, London 2012, pp. 145-160.

<u>Globalization of Management Education: Changing International Structures, Adaptive Strategies, and the Impact on Institutions,</u> (Co-authors: Chair of AACSB Taskforce Robert F. Bruner, et al.), Emerald Group Publishing, (2011).

"Social Learning and Transaction Cost Economics," <u>Advances in Strategic Management</u>, A. Huff and J. Walsh, eds., (1997), pp. 223-228.

<u>Crisis Resolution in the Thrift Industry,</u> (Co-authors: Roger C. Kormendi, Victor L. Bernard, and S. Craig Pirrong), Kluwer Academic Press, (1989).

"Private Antitrust Cases That Follow on Government Cases," (Co-author: Thomas E. Kauper) in <u>Private Antitrust Enforcement: New Learning and New Evidence</u>, ed. Lawrence J. White, M.I.T. Press, (1988), pp. 329-370.

"Minimizing Waste Water Treatment Costs at the Plant Level," (Co-author: Dan Yaron) in <u>Environmental Policy</u>, vol. II, ed. George Tolley, et al., Ballinger Publishing Co., (1983), pp. 115-136.

<u>Report to the President and the Attorney General of the National Commission for the Review of Antitrust Laws and Procedures</u>, (January 1979), co-authored Chapter 11 on Insurance.

Working Papers / Research in Progress:

"The *Sealy* Antitrust Litigation: Testing the Free Rider Hypothesis." (Co-author: Michael J. Moore). (August 2019).

"Napsterizing Pharmaceuticals: Access, Innovation, and Welfare." (Co-authors: James W. Hughes and Michael J. Moore).  (January 2011).

Book Reviews:

<u>Confessions of an Economic Hit Man</u>, John Perkins, (Berrett Koehler, 2004), <u>Journal of Economic Literature</u>, vol. 43 (December 2005), pp. 1063-1065.

<u>Concentration and Price</u>, ed. Leonard W. Weiss, (M.I.T. Press, 1989), <u>Journal of Economic Literature</u>, vol. 30 (September 1991), pp. 1205-1207.

7

December 2020

Impact Evaluations of Federal Trade Commission Vertical Restraints Cases, ed. Robert H. Lande, et al., (Federal Trade Commission, 1984), Journal of Economic Literature, vol. 24 (December 1986), pp. 47-48.

Other Publications:

"Exponential Alliance" (Co-authors: David Bach and Camino de Paz), BizEd, (July/August 2017), pp. 18-27.

"Five Good Questions" CFO Insights (May 14, 2015).

"The Future of §2 Enforcement and the Analysis of Dominant Firms" 2010 Antitrust Section Symposium: New York State Bar Association, pp. 12-23.

"A New Approach to Antitrust Class Certification," (Co-authors: Pierre Cremieux and Ian Simmons), Law 360, (June 14, 2010).

Brief of Amici Curiae Antitrust Law and Business School Professors, and Economists, In support of Petition for a Writ of Certiorari, *National Football League, et al. v. Ninth Inning, Inc. et al*. (Ninth Circuit Court of Appeals, April 8, 2020).

Amicus Brief from Group of Antitrust Economists in Support of Defendants-Appellees, In re: Effexor XR Antitrust Litigation, No. 15-1184 (3rd Cir. February 23, 2016).

Amicus Brief from Group of Antitrust Economists to the U.S. Court of Appeals for the Third Circuit, filed May 10, 2016, regarding Wellbutrin XL Antitrust Litigation (E.D. Pa. September 23, 2015).

Amicus Brief from Group of Antitrust Economists to the U.S. Court of Appeals for the Third Circuit, filed December 21, 2015, regarding Mylan Pharmaceuticals Inc. v. Warner Chilcott Public Limited Company, et al., 2:12-cv-03824 (E.D. Pa. April 16, 2015).

*In Re. DAP Antitrust Litigation*, Expert Report, The Antitrust Litigation Course, American Bar Association (Antitrust Section), Mock Trial in U.S. District Court for E.D. of Pennsylvania, MDL. Docket No. 1999, (October 4-5, 2007).

Amicus Brief from Group of Industrial Organization Economists to the U.S. Supreme Court, filed August 24, 2006, regarding *Weyerhaeuser Co., v. Ross-Simmons Hardwood Lumber Co., Inc.*, 411 F.3d (9th Cir. 2005).

Amicus Brief from Group of Industrial Organization Economists to the U.S. Supreme Court, filed March 24, 2006, regarding *William Twombly, et al., v. Bell Atlantic Corporation*, et al., 313 F. Supp. 2d 174 (S.D.N.Y. October 7, 2003); *William Twombly, et al., v. Bell Atlantic Corporation, et al*., 425 F.3d 99 (2nd Cir. 2005).

Amicus Brief of Antitrust Economists in *People of the State of NY v. Actavis plc and Forest Laboratories, LLC* (14-4624), filed January 15, 2015; matter on appeal for the U.S. District Court for the SDNY (Civil Action No. 1:14-07473).

"Bank Privatizations in Central Europe and Russia," Davidson Institute Report to the U.S. Department of Treasury, (March 1996).

"Director's View," The Davidson Window, vol.1, (Winter 1994), pp. 1-2; vol.1, (Summer 1994), pp. 1-2; vol. 1, (Spring 1995), pp. 1-2.

8

December 2020

"Transitions in Expertise," <u>The Journal of the International Institute</u>, (Winter 1994), (July/August 2017), pp. 6-8.

<u>Crisis Resolution in the Thrift Industry: Beyond the December Deals</u>. (Co-authors: Roger C. Kormendi, Victor L. Bernard, and S. Craig Pirrong), Report of the Mid America Institute, (March 1989).

Popular Press:

"Are we being Stupid about COVID-19?" The Hill, (November 10, 2020).

"Is Flattening the Curve Bad for Health" co-author L.S. Dugdale, The Hill, (March 26, 2020).

"How to Build Bridges across an Organization," *Financial Times*, (August 4, 2019).

"Yale SOM's Ted Snyder on the Durability of The M7, MBA Application Declines & More," *Poets and Quants*, (June 24, 2019).

"A Different Degree of Disruption," *Biz@HKUST*, pp. 22-25, (June 2019).

"Statistics and Sports: Deflategate," Analysis Group, 2015 Year in Review.

"Dean Of The Year: The Three-Peat Change Agent," *Poets and Quants*, (December 16, 2015).

"10 Business Schools to Watch in 2016," *Poets and* Quants, (December 16, 2015).

"Faculty and students call for calmer tone in campus protests," *Wall Str*eet *Journal*, (December 3, 2015).

"IIM-B students can opt for lessons from Yale, Berkeley, and other top Business schools," *Prep Sure* (November 19, 2015).

"Research top priority for IIM-B," *Live Mint*, (December 2, 2015).

"Global meet for business students concludes," *Hindu*, (November 18, 2015).

"IIMB Students to Gain Global Exposure," *New Indian Express*, (November 18, 2015).

"Berkeley Haas becomes 28th school in Yale's Global Network," *Financial Times*, (November 5, 2015).

"How Yale is beginning to crack into the elite B-school ranks," *Fortune*, (December 17, 2014).

"Businessweek's 2014 Winners and Losers," *Poets and Quants*, (November 14, 2014).

"Is Michigan State Really Better Than Yale?" *New York Times*, (August 7, 2012).

"Yale Redefines What It Means to Be Global," *Wall Street Journal*, (June 7, 2012).

"Can 'Ted' Snyder Work His Magic on Yale's School of Management?"

December 2020

*Poets & Quants*, (February 8, 2012).

"Yale's Big, Audacious Global Bet," *Poets and Quants*, (February 8, 2012).

"Q&A with Edward Snyder, Dean, Yale School of Management," *Business Standard, Mumbai*, p. 12, (November 8, 2011).

"If You Get the People Right, They Build the School," *Financial Times*, (October 17, 2011).

"Turnaround Specialist to Take on Yale," *Wall Street Journal*, (June 3, 2010).

"The Subtle Strategist," *Financial Times*, (April 11, 2010).

"Student ≠ Customer," *Nytimes.com, Room for Debate*, (January 4, 2010).

"2016 Olympics," *Chicago Tribune*, (September 17, 2009).

"The Party's Over: The Coming Business School Shake-out," *BusinessWeek.com*, (April 2, 2009).

"Global Learning for a Truly Integrated MBA," *Financial Times*, (February 19, 2009).

"Driven Mad by Traffic Congestion," *Business Week Chicago*, (April 2008).

"The Market's Place," *Chicago Tribune*, (August 12, 2007).

"Advocating a Carbon Tax," CNBC Europe, (February 19, 2007).

"Are B-Schools Slacking Off?" *Business Week*, (February 11, 2007).

"The Quiet American?" *Global Focus*, Vol. 1, No. 2, (2007).

"Dean's Column: The Toughest and the Best Advice," *Financial Times*, (May 15, 2006).

"On MBAs," *Financial World*, London, (September 2005).

"Are Business Schools Becoming Global," *India Times*, (August 2005).

"Global Challenge," *The Guardian*, London, (August 4, 2005).

"Vigorous Competition Better than any Oath," *Handelsblatt.com*, (September 4, 2003).

"Playing the Game the American Way," *Budapest Business Journal*, (July 9, 1993).

"An English Reform of American Law," *Wall Street Journal*, (August 9, 1991).

Business School Cases and Class Materials:

December 2020

Briefing on the Ride-Sharing Industry

Alternative Tools to Influence Market and Non-Market Behavior.

W.R. Grace Co.'s Zonolite Licensee Program: How to Exploit Two Related Monopolies and Improve Economic Efficiency.

Job Risk.

Pricing Decisions: Custom Limousines.

The Choice of Technologies.

Mimicking the S&P 500.

Human Capital, Work, and Leisure.  Co-author: Scott E. Masten.

Sugar Quotas.  Co-author: Edward J. Mitchell.

## GRANTS AND FELLOWSHIPS

Yale School of Management Summer Research Grants to study private and public antitrust enforcement (2019).

Grants from University of Virginia Darden School's Batten Institute and University of Chicago Booth School of Business for major extension of previous research, 2009–10.  Resulted in "Napsterizing Pharmaceuticals: Access, Innovation, and Welfare" (January 2011).

Grants from Aventis Pharmaceuticals, University of Chicago Graduate School of Business, University of Virginia Darden School, and Bates College 2000–01.  Resulted in "Napsterizing Pharmaceuticals: Access, Innovation, and Consumer Welfare," NBER Working Paper (October 2002).

BT Grant of funds and equipment to the University of Michigan Business School to deliver educational modules using new technologies (November 1995).

U.S. Department of Treasury Grant to the Davidson Institute to study bank privatizations in Central Europe and Russia. Co-investigator: Roger C. Kormendi (June 15, 1995 – December 31, 1995).

Bradley Foundation Grant to study contract mechanisms to protect non-patentable innovations.  Co-investigator: Scott E. Masten (July 1, 1989 – June 30, 1990).

RGK Foundation Grant to study contract mechanisms to protect non-patentable innovations.  Co-investigator: Scott E. Masten (July 1, 1989 – June 30, 1990).

University of Michigan Office for the Study of Public and Private Institutions Research Grant to study contract mechanisms to protect non-patentable innovations.  Co-investigator: Scott E. Masten (Summer 1989).

Robert Wood Johnson Foundation Grant to study the effects of tort reforms on medical malpractice litigation.  Co-investigator: James W. Hughes (June 1, 1987 – December 31, 1988).

Earhart Foundation Grant to study the effects of the Supreme Court's *Brunswick* decision on private antitrust litigation (Summer 1986).

University of Michigan Business School Summer Research Grants to study private and public antitrust enforcement and other law and economics issues (1984, 1985, 1989, 1990, 1992, and 1993).

University of Chicago, Committee on Public Policy Studies Fellowship (1978).

11

December 2020

INVITED PAPERS, CONFERENCE PRESENTATIONS, PUBLIC TESTIMONY*

* In this section I include information regarding my testimony and briefings in public settings. Please refer to edwardasnyder.com for information regarding my consulting testimony in various litigations.

"The Anti-Globalization Narrative and Implications for Management Education," Keynote address at Zhejian University School of Management 40th Anniversary Forum (November 1, 2020), http://www.cma.zju.edu.cn/en/school/videos.aspx.

"Value of Networks in Times of Increased Frictions," Keynote address at the Annual Meeting of the Academy of International Business, (June 26, 2018).

"Global Innovation: China and the World," Remarks at Fortune Brainstorm Tech International panel, (December 5, 2017).

"The Anti-Globalization Narrative: Implications for Business Schools," Keynote speech at Deusto Business School's Centenary Celebration, (January 17, 2017).

"The Anti-Globalization Narrative," Keynote speech at the 6th International Business School Shanghai Conference, hosted by Antai College of Economics and Management, Shanghai Jiao Tong University, (October 17, 2016).

"Crafting Strategic Relationships," panel at the 2016 AACSB International Conference and Annual Meeting (ICAM) (with Kai Peters, Chief Executive, Ashridge Business School), (April 5, 2016).

Remarks at the Yale Law School's Corporate Law Center Advisory Board Dinner, (March, 8, 2016).

"Global Antitrust Enforcement," Keynote at the Antitrust Law Section Annual Meeting, New York State Bar Association (NYSBA), (January 28, 2016).

"Past, Present, and Future of Business Education," Keynote speech at Fudan University School of Management's Partnership Deans Gathering, (November 5, 2015).

Keynote speaker at the 6th Indian Management Conclave, (July 29, 2015).

"Globalizing Business Schools: The New Frontier," Closing Keynote speech at the Graduate Management Admission Council (GMAC) Leadership Conference, Fort Lauderdale, FL, (January 24, 2014).

Keynote speaker at The Rotman School's Future of Business Education Conference, Toronto, Canada, (November 5, 2013).

"Antitrust Enforcement in the EU and US: An Empirical Assessment of the Influence of Protectionism," invited paper (with Pierre Cremieux), American Law and Economics Association, Vanderbilt University Law School, (May 17, 2013).

"Emerging Markets and Business School Strategies," Invited moderator, International Conference and Annual Meeting for The Association to Advance Collegiate Schools of Business, (April 9, 2013).

"Turkey as a Pivotal Country in the Global Economy," Presentation to DEıK, Foreign Economics Relations Board, Istanbul, Turkey, (November 30, 2012).

December 2020

"Management Challenges in the Global Economy," Presentation to faculty, students and staff at Renmin University of China School of Business, Beijing, China, (March 2012).

"The Management Education Industry," AACSB Annual Deans Conference Plenary Session with Deans Christine Poon, Joseph Thomas, and Andrew Policano, Phoenix, AZ, (February 20, 2011).

"U.S. Business Schools and the MBA: A Long Perspective," EFMD Annual Meeting of Deans and Directors, Lyon, France, (January 25, 2011).

"Proof of Common Impact in Antitrust Litigation: The Value of Regression Analysis," George Mason 13th Annual Symposium on Antitrust Law, (February 4, 2010); Analysis Group Seminar, New York, NY, (October 20, 2010).

"Digging Out of the Deficit," Executive Roundtable Panel Discussion with Governors Tim Pawlenty (MN), Donald Carcieri (RI), Mark Sanford (SC), Robert McDonnell (VA), and John Kasich, Candidate for Governor (OH), Cincinnati, OH, (September 20, 2010).

"Corporate Governance," Inside Counsel's 10th Annual Super Conference, invited panel, Chicago, IL, (May 25, 2010).

"The Future of §2 Enforcement," Antitrust Law Section Annual Meeting, New York State Bar Association (NYSBA), (January 28, 2010).

"Global Antitrust Enforcement," Center for Public Studies, Santiago, Chile, (September 2009).

"Globalization of Management Education," Plenary Speaker at AACSB Annual Deans Conference, San Francisco, CA, (February 5, 2009).

"The Role of Economic Experts in Class Certification in the United States," The American Bar Association Section of Antitrust Law Trial Practice Committee, (June 17, 2008).

"How to Use Economics," Illinois Agricultural Leadership Seminar, Chicago, IL, (August 2006).

"Are Business Schools Becoming Truly Global?" with Dean Santiago Iñiguez, AACSB Dean's Conference, San Diego, CA, (February 6, 2006).

"Strategic Choices in a Global Environment," Presentation with Dean Santiago Iñiguez. European Foundation for Management Development Deans' Conference, Rotterdam School of Management, The Netherlands, (January 26, 2006).

"How to Use Economics," Distinguished Alumni Presentation, Colby College, (October 2005).

"Hatch-Waxman and Public Policy Toward Pharmaceuticals," Presentation at Summer 2002 Conference for Western Attorneys General, (2002).

Congressional Briefing, "Hatch-Waxman Reconsidered: How Best to Promote Prescription Drug Innovation and Affordability," sponsored by the Alliance for Health Reform and supported by the National Institute of Health Care Management, (June 13, 2002).

December 2020

Combined Federal Trade Commission and Department of Justice Hearings on Competition and Intellectual Property Policy, presentation of testimony on Hatch-Waxman and Public Policy Toward Pharmaceuticals, (March 2002).

Graduate Business Conference, Johnson Graduate School of Management, Cornell University, invited panel, The Future of Management Education, (March 2001).

"Economics and Government Policy," Panel Discussion with Edward P. Lazear, Randall S. Kroszner, and Lawrence H. Summers, Honoring Gary S. Becker: A Conference, Chicago, IL, (February 11, 2001).

New York State Bar Association, invited panel on Indirect Purchaser Litigation in Antitrust, New York, NY, (January 2001).

University of Virginia, E-Summit's Plenary Session, (November 1999).

European Association of Comparative Economics, Annual Conference, invited panel, Bank Privatization, Grenoble, France, (September 1996).

University of Chicago, Conference on Tort Reform, Commentator for Steven Shavell, (June 1996).

U.S. Department of Treasury, Davidson Institute, "Banks in Transition: Investment Opportunities in Central Europe and Russia," New York, NY, (May 1996).

U.S. Department of Treasury, Davidson Institute, "Bank Privatization in Central Europe and Russia," Budapest, Hungary, (April 1996).

American Law and Economics Association, invited paper (with Greg Niehaus), "Damage Schedules in the Products Liability System and the Efficiency of Consumption Choices," (May 1994).

American Economics Association, invited paper (with James W. Hughes), "Litigation under the English and American Rules: Theory and Evidence," (January 1994).

University of Michigan Presidential Forum on *Constituting International Expertise: Who, What, Where Why, How?*, "Transitions in Expertise," (October 1993).

American Law and Economics Association, invited paper (with James W. Hughes), "Litigation under the English and American Rules: Theory and Evidence," (May 1992).

Western Economic Association, 100 Years of the Sherman Act, invited paper (with Thomas E. Kauper), "Misuse of the Antitrust Laws," (June 1990).

Western Economic Association, Applied Microeconomics, invited paper, "Aftermath of the *Sealy* Antitrust Litigation," (June 1990).

Law and Society Association, invited paper (with James W. Hughes), "The English Rule for Allocating Legal Costs: Evidence Confronts Theory," (June 1989).

Duke University, Conference on the Law and Economics of Contracting, invited paper (with Scott E. Masten), "The Design and Duration of Contracts: Strategic and Efficiency Considerations," (April 1988).

14

December 2020

U.S. Senate Banking Committee, testimony based on research paper ("The Origins and Resolution of the Thrift Crisis"), (February 1988).

Georgetown University, Conference on Private Antitrust Enforcement, invited paper (with Thomas E. Kauper), "An Inquiry into the Efficiency of Private Antitrust Enforcement," (November 1985).

Hoover Institution, Conference on Antitrust and Economic Efficiency, invited paper, "Efficient Assignment of Rights to Sue for Antitrust Damages," (August 1984).


SEMINARS AND OTHER PRESENTATIONS

Yale School of Management, Problems with Global Antitrust Enforcement (February 2016).

Vanderbilt Law School, American Law & Economics Association (May 2013).

University of Chicago
Applied Price Theory Workshop (May 1984, October 1984, and October 2002).
Economics and Legal Organization Workshop (October 1990, January 1992, and May 1992).

University of Virginia, e-Summit (November 1999).

U.S Treasury (February 1996).

Davidson Institute Research Seminar Series (April 1995).

University of Michigan, Center for Chinese Studies (October 1994).

Young Presidents Organization, Asia Region Meetings (February 1994).

Confederation of Indian Industries, CEO Forum (February 1994).

Harvard University Law School, Law and Economics Seminar (April 1993).

George Mason University Law School, Law and Economics Seminar (October 1992).

University of Illinois, Industrial Organization Workshop (April 1992).

Georgetown University Law School, Law and Economics Workshop (November 1991).

Cornell University Law School (April 1991).

University of Southern California, Applied Micro Workshop (October 1990).

University of California at Los Angeles, Industrial Organization Workshop (October 1990).

Virginia Polytechnic Institute, Economics Department Seminar (November 1989).

Ohio State University, Industrial Organization Seminar (May 1988), Microeconomic Theory Workshop (October 1986).

December 2020

Federal Trade Commission (October 1988, October 1992).

Western Economic Association (July 1987, July 1988, June 1990, and July 1996).

Duke University, Center for the Study of Business Regulation (November 1986 and December 1992).

Colby College (May 1985, February 1992, and March 1996).

U.S. Department of Justice, Antitrust Division (May 1985, May 1986, May 1987, November 1989, and May 1991).

Washington University, Industrial Organization Workshop (March 1985).

University of Michigan,
Industrial Organization Workshop (February 1984, April 1985, September 1986, January 1988, and March 1988).
Law and Economics Seminar (October 1989, April 1990, and January 1992).


## PH.D. THESIS COMMITTEE SUPERVISION

Alowin M. Th. L. Moses, "A Model of Voucher Privatization" (University of Michigan, 1996).

Vijay Singal, "Efficiency Versus Market Power in Mergers: Evidence from the Airline Industry" (University of Michigan, 1992).

David E. Weinstein, "Essays on Japan's Trade and Industrial Structure" (University of Michigan, 1991).

Debra J. Holt, "Understanding Strategic Choice: The Statistical Analysis of Experimental Games" (University of Michigan, 1990).

David J. Denis, "Asymmetric Information and the Market for Seasoned Equity Offerings: Theory and Evidence" (University of Michigan, 1988).

Amy J. Broman, "The Impact of Federal Income Tax Policy on the Charitable Contributions Behavior of Households" (University of Michigan, 1987).

James W. Hughes, "Tort Reforms and Medical Malpractice Litigation" (University of Michigan, 1986).

Barton L. Lipman, "Delaying or Deterring Entry: A Game-Theoretic Analysis" (University of Michigan, 1985).


## BOARDS, ASSOCIATIONS, TASK FORCES, AND CONSULTING

Member, MIT Corporation's Visiting Committee for the Sloan School of Management.

Chair, Review Committee, Hong Kong University of Science and Technology, Business School (Spring 2019).

Member, Committee for Economic Development of the Conference Board (CED).

Chair or Member, AACSB Accreditation Review Committees, including:
Wharton Business School,* University of California, Berkeley (Haas), University of California, Los Angeles (Anderson), MIT Sloan, Columbia Business School,

December 2020

Georgetown (McDonough), HEC Paris, Fudan School of Business, and Stanford Graduate School of Business.*  (*Multiple reviews)

Member, Board of Directors, KemperSports, KemperLesnick

Member, Board of Trustees, Colby College (2012 – 2018).

Member, International Advisory Committee, School of Business, Renmin University of China.

Member, 3rd Advisory Board of Antai College of Economics and Management, Shanghai Jiao Tong University (November 2015 – October 2018).

Member, Board of Directors, Argonne National Laboratories, (July 2008 – June 2010).

Former Member, American Law and Economics Association.

For information about Consulting Experience, refer to http://edwardasnyder.com/.

# <u>Appendix J</u>

# Engagements of
# Professor Edward A. Snyder

**EDWARD A. SNYDER**
**RECENT EXPERT TESTIMONY**

1. Court of Chancery of the State of Delaware
   *Preston Hollow Capital LLC v. Nuveen LLC et al.*, Civil Action No. 2019-0169-SG
   Reports, deposition, and trial testimony 2019

2. United States District Court, District of Vermont
   *Garret Sitts, et al., v. Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC*, Case No. 2:16-cv-00287-CR
   Reports and deposition 2018 & 2019

3. United States District Court, Northern District of California
   *In re: Qualcomm Antitrust Litigation*, Civil Action No. 17-MD-02773
   Report and deposition 2018

4. United States District Court, District of Columbia
   *Oxbow Carbon & Minerals LLC, et al., v. Union Pacific Railroad Company and BNSF Railway Company*, Case No. 1:11-CV-01049 (PLF)
   Report and deposition 2018

5. United States District Court, Southern District of California
   *In re: Qualcomm Litigation,* Civil Action No. 17-cv-00108
   Reports and deposition 2018

6. United States District Court, Northern District of California
   *FTC v. Qualcomm, Inc.,* Civil Action No. 17-cv-0220
   Report, deposition, and trial testimony 2018 & 2019

7. United States District Court, Northern District of California
   *In re: Transpacific Passenger Air Transportation Antitrust Litigation,* Master File No. C 07-05634 CRB, MDL No. 1913
   Report and deposition 2018

8. United States District Court, District of New Jersey
   *In re: Lamictal Direct Purchaser Antitrust Litigation,* Master File No. 12-cv-995-WHW
   Report and deposition 2018

9. United States District Court, Middle District of Florida
   *In re: Disposable Contact Lens Antitrust Litigation*, Case No. 3:15-md-2626-J-20JRK
   Reports, depositions, and hearing testimony 2017, 2018 & 2020

10. United States District Court, Eastern District of Virginia, Richmond Division
    *Steves and Sons, Inc. v. JELD-WEN, Inc.*, Case No. 3:16-cv-00545-REP
    Reports, deposition, hearing, and trial testimony 2017 & 2018

11. United States District Court, Northern District of California
    *In re: Optical Disk Drive Products Antitrust Litigation*, Master File No. 3:10-cv-2143-RS; MDL No. 2143
    Reports and depositions 2017