IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## GOVERNMENT'S NOTICE OF CASE FILINGS

The government respectfully provides this notice to make the Court aware of recent case filings in this District that are part of the government's investigation into the broiler chickens industry.

On July 28, 2021 a grand jury in this District charged Koch Foods, Inc., with conspiring to fix prices and rig bids in violation of Section 1 of the Sherman Act, 15 U.S.C. § 1. Dkt. 30 (1:21-cr-00168-RM). Defendant Kantola is an employee of Koch Foods.

On the same day, the grand jury also returned an indictment charging four individuals—Jason McGuire, Timothy Stiller, Justin Gay, and Wesley Scott Tucker with

conspiring to fix prices and rig bids in violation of Section 1 of the Sherman Act. Dkt. 1 (1:21-cr-00246-DDD).

DATED: July 30, 2021                    Respectfully submitted,

s/ Paul Torzilli
PAUL J. TORZILLI
HEATHER D. CALL
MICHAEL T. KOENIG
CAROLYN M. SWEENEY
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 5th Street, NW
Washington, DC 20530
202/514.8349
paul.torzilli@usdoj.gov
