IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**CHIEF JUDGE PHILIP A. BRIMMER**

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## ORDER

THIS MATTER coming before the Court upon motion of the government for an order setting a briefing schedule for the parties' submission of evidence and argument relating to the admissibility of statements offered by the government under Federal Rule of Evidence 801(d)(2)(E), and the Court having considered the same, it is therefore

**ORDERED** that the Government's Motion for Briefing Schedule Relating to Admissibility of 801(D)(2)(E) Evidence and Defendants' Request For a *James* Hearing is granted.

**ORDERED** that the government's *James* proffer shall be filed on or before August 23, 2021. Defendant's response shall be filed on or before September 13, 2021. The government may file a reply brief on or before September 27, 2021.

Dated this _____ day of _____, 2021.

BY THE COURT:

_____

PHILIP A. BRIMMER

Chief United States District Judge