IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   JAYSON JEFFREY PENN,
2.   MIKELL REEVE FRIES,
3.   SCOTT JAMES BRADY,
4.   ROGER BORN AUSTIN,
5.   TIMOTHY R. MULRENIN,
6.   WILLIAM VINCENT KANTOLA,
7.   JIMMIE LEE LITTLE,
8.   WILLIAM WADE LOVETTE,
9.   GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

___

**ORDER**
___

**Michael E. Hegarty, United States Magistrate Judge.**

    Before the Court is the prosecution's Motion to Modify Attachments to the Conditions of Release for all Ten Defendants. ECF 335. The Court added a no-contact provision to Item 7(g) of the Additional Conditions of Release for the above ten Defendants. ECF 126, 135. There is an Attachment A unique to each Defendant which lists the persons that the subject Defendant shall not contact. ECF 165-174. Attachment B applies to all Defendants equally and lists the persons whom none of them shall contact. ECF 164. The prosecution seeks to add persons to those lists as well as clarify the terms of the no-contact restrictions. The new versions of each Defendant's Attachment A and the shared Attachment B are filed under restriction at ECF 339. For good cause shown, the Motion to Modify [filed August 6, 2021; ECF 335] is **granted**. The respective modified

attachments submitted at ECF 339 shall replace those at ECF 164-174. The Clerk of Court shall maintain ECF 339 under restricted access status until the Court rules on the Motion to Restrict Documents (ECF 336).

DATED at Denver, Colorado this 6th day of August, 2021.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge

2