# EXHIBIT H

## List of Column Headings in PILGRIMS_SD_01314

Billing Doc Date
Bill to Party
Bill to Party_TXT
Controlling Area
Controlling Area_TXT
Company Code
Company Code_TXT
Currency
Currency_TXT
Distribution Channel
Distribution Channel_TXT
Division
Division_TXT
Sales Document Number
Sales Document Number_TXT
Sales Document Type
Sales Document Type_TXT
Fiscal Year Period
Posting Period
Fiscal Variant
Fiscal Year
Promotion
Price Condition Type
Price Condition Type_TXT
Case Ready Type
Case Ready Type_TXT
Pricing Driver
Pricing Driver_TXT
Quote Source
Quote Source_TXT
Quote Number
Quote Number_TXT
Un-invoiced Quantity
Un-invoiced Quantity_TXT
Un-Qty 2nd Unit
Un-Qty 2nd Unit_TXT
Goods Issue Date
Incoterm
Incoterm_TXT
Material
Material_TXT
Material Group
Material Group_TXT
Alternate Material

Alternate Material_TXT
Brand
Brand_TXT
Business Segment
Business Segment_TXT
Material Class
Material Class_TXT
Meat Group
Meat Group_TXT
Meat Type
Meat Type_TXT
Meat Size
Meat Size_TXT
Market Line
Market Line_TXT
Planning Meat Type
Planning Meat Type_TXT
Product Category Lev
Product Category Lev_TXT
Product Category
Product Category_TXT
Planning Proc Type
Planning Proc Type_TXT
Product Volume Code
Product Volume Code_TXT
Strategy Business Unit
Busines Unit
Strategy Business Unit_TXT
Busines Unit_TXT
Planning Sub M Type
Planning Sub M Type_TXT
Planning Sub P Type
Planning Sub P Type_TXT
Value-Added Type
Value-Added Type_TXT
Order Reason
Order Reason_TXT
Payer
**Payer_TXT**
Plant
Plant_TXT
Profit Center
Profit Center_TXT
Operation Division
Operation Division_TXT
Operation Type

Operation Type_TXT
Posting Date
Transation Type
Transation Type_TXT
Reference Document Item
Reference
Sales Document Item
Sales Group
Sales Group_TXT
Sales Office
Sales Office_TXT
Sales Unit
Sales Unit_TXT
Sales Organization
Sales Organization_TXT
Ship-To Party
Ship-To Party_TXT
Ship-To Country
Ship-To Country_TXT
*Ship-To State
*Ship-To State_TXT
Sold-To Party
Sold-To Party_TXT
Customer Classification
Customer Classification_TXT
Version
Version_TXT
Value Type
Value Type_TXT
Cancelled Document_TXT
Corporate Entity_TXT
Broker_TXT
Channel_TXT
End Customer_TXT
Lines_TXT
Region_TXT
Representative_TXT
Vice President_TXT
Sales Zone_TXT
COPA Document Item
Internal Ownership_TXT
FCC Country_TXT
Line Item Order Reason_TXT
Deal_TXT
Deal Type_TXT
Promo Type_TXT

Cancelled Document
Cancelled Document Item
Customer Hierachy Key
Corporate Entity
Territory
Broker
Channel
End Customer
Lines
Region
Representative
Vice President
Sales Zone
Internal Ownership
FCC Country
Line Item Order Reason
Deal
Deal Type
Promo Type
Fiscal Week
Financial Year/Week
COGS
Brokerage
Market Develop Fund
Cases
Pounds
Rev/LB
Freight/LB
Brokerage/LB
Rebates/LB
Market Develop Fund/LB
COGS/LB
Net Sales
Freight
Gross Revenue
Rebates
Other
Promo
Gross Margin
Cost of Goods Sold