# ATTACHMENT E

## "In-Furtherance" Categories

| | Statements intended to: |
|---|---|
| A | Promote the objectives of the conspiracy |
| B | Reveal the existence of a conspiracy |
| C | Outline the history of the conspiracy |
| D | Recruit potential co-conspirators, or to otherwise induce the assistance of others, in carrying out the objectives of the conspiracy |
| E | Identify a co-conspirator or the role of that co-conspirator |
| F | Explain important events in the conspiracy |
| G | Give directions or prompt action to facilitate the objectives of the conspiracy |
| H | Advise co-conspirators of the progress of the conspiracy and keep them abreast of conspiratorial activities |
| I | Assure the listener of a conspirator's ability to consummate a particular transaction |
| J | Control damage to the conspiracy |
| K | Respond in a way that facilitates carrying out the activities of the conspiracy |
| L | Conceal the objective of the conspiracy |
| M | Enhance a co-conspirator's usefulness to the conspiracy |
| N | Gain the trust of co-conspirators or potential co-conspirators, reassure trustworthiness, or allay suspicions or fears |
| O | Explain the conspiracy to new or prospective members |
| P | Set into motion acts which are an integral part of the conspiracy |
| Q | Solicit advice to accomplish the conspiracy's goals |
| R | Avoid detection by law enforcement personnel |
| S | Collect during the "payoff period" (point in time when the proceeds of a conspiracy are distributed) |
| T | Reassure members of the conspiracy's continued existence |