**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-152-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

        Defendants.

---

**JOINT UNOPPOSED NON-PARTY MOTION OF JASON MCGUIRE,
JUSTIN GAY, AND WESLEY SCOTT TUCKER FOR REMOTE
OBSERVATION OF *JAMES* HEARING**

---

Non-parties Jason McGuire, Justin Gay, and Wesley Scott Tucker, by and through counsel, jointly move this Court to facilitate remote observation, via one-way video or teleconferencing, of the upcoming *James* hearing in this case. In support thereof, the Movants state as follows:

1. An in-person *James* hearing regarding the admissibility of 801(d)(2)(E) evidence is set for September 2 and September 8, 2021. ECF Nos. 326, 386.

2. Movants have been indicted in the related case of *United States v. McGuire et al. See* ECF

1

No. 317 (government notification of the *McGuire* indictment, which is "part of the government's investigation into the broiler chickens industry").

3. Movants and their counsel live far outside of this judicial district.[1]

4. Movants have an interest in observing the *James* hearing, which may discuss their alleged past statements.

5. While Movants understand that this hearing is open to in-person public spectators, they are concerned with the health risks posed by engaging in air travel during the COVID-19 pandemic. One-way video or teleconference observation would also accord with the spirit of the District's general orders by limiting exposure risks for and enabling greater social distancing among in-person participants and spectators in this large case. *See* General Order 2021-10 (D. Colo. Aug. 9, 2021), General Order 2021-7 (June 16, 2021), Jury Trial Protocols (D. Colo. Aug. 9, 2021).

6. One-way remote observation poses no risk of distraction to court staff or hearing participants.

7. Neither the Government nor the Defendants oppose this motion.

Dated: August 31, 2021

    Respectfully submitted,

    DAVIS POLK & WARDWELL LLP

By:   */s/ D. Jarrett Arp*

---

[1] The fourth co-defendant in Movants' case, Timothy Stiller, and his counsel reside in this judicial district and can attend this hearing in-person without air travel. Mr. Stiller does not oppose this motion.

        D. Jarrett Arp
        Davis Polk & Wardwell LLP
        901 15th St, NW
        Washington, DC 20005
        (202) 962-7150
        jarrett.arp@davispolk.com

*Attorney for Mr. McGuire*

*/s/ John Sand Siffert*
John Sand Siffert
Lankler Siffert & Wohl LLP
500 Fifth Avenue, 34th Floor
New York, NY 10110
(212) 921-8399
jsiffert@lswlaw.com

*Attorney for Mr. Gay*

*/s/ Jackson Roger Sharman, III*
Jackson Roger Sharman, III
Lightfoot Franklin & White, LLC
400 20th Street North
Birmingham, AL 35203-3200
(205) 581-0700
jsharman@lightfootlaw.com

*Attorney for Mr. Tucker*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 31st day of August, 2021, I caused the foregoing document to be electronically filed with the Clerk of Court for the United States District Court for the District of Colorado by using the CM/ECF system, which will serve electronic notifications of this filing on all counsel of record.

Respectfully submitted,

*s/ D. Jarrett Arp*
D. Jarrett Arp
Davis Polk & Wardwell LLP
901 15th St, NW
Washington, DC 20005
(202) 962-7150
jarrett.arp@davispolk.com

*Attorney for Mr. McGuire*