IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JAYSON JEFFREY PENN,**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN,**
5. **TIMOTHY R. MULRENIN,**
6. **WILLIAM VINCENT KANTOLA,**
7. **JIMMIE LEE LITTLE,**
8. **WILLIAM WADE LOVETTE,**
9. **GARY BRIAN ROBERTS,**
10. **RICKIE PATTERSON BLAKE,**

    Defendants.

## GOVERNMENT'S EXHIBIT LIST FOR *JAMES HEARING*

The United States of America respectfully files the attached exhibit list in advance of the *James* hearing on September 2, 2021 at 8:30 a.m.

Respectfully submitted this 31st day of August, 2021.

                                        /s/ *Michael Koenig*
                                        MICHAEL KOENIG
                                        HEATHER CALL
                                        PAUL TORZILLI
                                        CAROLYN SWEENEY
                                        Antitrust Division
                                        U.S. Department of Justice
                                        450 Fifth Street NW, Suite 11048

Washington D.C. 20530
Tel: (202) 616-2165
michael.koenig@usdoj.gov
Attorneys for the United States

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of August, 2021, I electronically filed the foregoing GOVERNMENT'S EXHIBIT LIST FOR JAMES HEARING with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties on record.

/s/ *Michael Koenig*
MICHAEL KOENIG
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 616-2165
michael.koenig@usdoj.gov
Attorney for the United States