**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**


Case No. ___1:20-cr-000152-PAB_____          Date: ____9/2/2021_____

Case Title: ___*U.S. v. Jayson Penn et al.*_____

_____Government_____ WITNESS LIST
(Plaintiff/Defendant)

| <u>WITNESS</u> | <u>ESTIMATED DATE(S) AND LENGTH OF TESTIMONY</u> |
| --- | --- |
| __Special Agent LaNard Taylor__ | __9/2 and 9/8/2021; 4 hours__ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |