IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.: 20-CR-152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   JAYSON JEFFREY PENN,
2.   MIKELL REEVE FRIES,
3.   SCOTT JAMES BRADY,
4.   ROGER BORN AUSTIN,
5.   TIMOTHY R. MULRENIN,
6.   WILLIAM VINCENT KANTOLA,
7.   JIMMIE LEE LITTLE,
8.   WILLIAM WADE LOVETTE,
9.   GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## NON-PARTY PILGRIM'S PRIDE CORPORATION'S MOTION TO RESTRICT ACCESS TO ITS REPLY IN FURTHER SUPPORT OF ITS MOTION TO QUASH AND/OR MODIFY SUBPOENA AND THE SUPPLEMENTAL DECLARATION OF DANIEL J. FETTERMAN

Pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and D.C.COLO.LCrR 47.1 and for the reasons set forth in the accompanying Brief (the "Brief") in Support of Motion to Restrict Access to its Reply in Further Support of its Motion to Quash and/or Modify Subpoena (the "Reply") and the Supplemental Declaration of Daniel J. Fetterman (the "Fetterman Declaration"), Pilgrim's Pride Corporation respectfully requests that the Court restrict access to the Brief, the Reply, the Fetterman Declaration, and any order discussing the contents of those documents.

Dated: New York, New York
September 1, 2021

Respectfully submitted,

*/s/ Daniel J. Fetterman*

Marc E. Kasowitz
Daniel J. Fetterman
Kenneth R. David
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
E-mail: DFetterman@kasowitz.com

*Attorneys for Non-Party Pilgrim's Pride Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of September, 2021, I electronically filed the foregoing **NON-PARTY PILGRIM'S PRIDE CORPORATION'S MOTION TO RESTRICT ACCESS TO ITS REPLY IN FURTHER SUPPORT OF ITS MOTION TO QUASH AND/OR MODIFY SUBPOENA AND THE SUPPLEMENTAL DECLARATION OF DANIEL J. FETTERMAN** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

      */s/ Daniel J. Fetterman*
      Daniel J. Fetterman

3