IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal Case No. 20-cr-00152-PAB |
| v. | ) |
| 1.  JAYSON JEFFREY PENN, | ) |
| 2.  MIKELL REEVE FRIES, | ) |
| 3.  SCOTT JAMES BRADY, | ) |
| 4.  ROGER BORN AUSTIN, | ) |
| 5.  TIMOTHY R. MULRENIN, | ) |
| 6.  WILLIAM VINCENT KANTOLA, | ) |
| 7.  JIMMIE LEE LITTLE, | ) |
| 8.  WILLIAM WADE LOVETTE, | ) |
| 9.  GARY BRIAN ROBERTS, and | ) |
| 10. RICKIE PATTERSON BLAKE, | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for: Subpoenaed Non-Party, Carl Pepper.

DATED this 2nd day of September, 2021.

By:   */s/ Amy B. Manning*

Amy B. Manning
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Telephone: (312) 750-8904
Facsimile: (312) 849-3690
amanning@mcguirewoods.com