IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal Case No. 20-cr-00152-PAB |
| v. | ) |
| 1. JAYSON JEFFREY PENN, | ) |
| 2. MIKELL REEVE FRIES, | ) |
| 3. SCOTT JAMES BRADY, | ) |
| 4. ROGER BORN AUSTIN, | ) |
| 5. TIMOTHY R. MULRENIN, | ) |
| 6. WILLIAM VINCENT KANTOLA, | ) |
| 7. JIMMIE LEE LITTLE, | ) |
| 8. WILLIAM WADE LOVETTE, | ) |
| 9. GARY BRIAN ROBERTS, and | ) |
| 10. RICKIE PATTERSON BLAKE, | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for: Subpoenaed Non-Party, Carl Pepper.

DATED this 2nd day of September, 2021.

By: /s/ Angelo M. Russo

Angelo M. Russo
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Telephone: (312) 849-8168
Facsimile: (312) 849-3690
arusso@mcguirewoods.com