IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: September 2, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.  JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS, and

10.  RICKIE PATTERSON BLAKE,

Defendants.

*Counsel:*

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli

Anna Pletcher
Chad Williams
Michael Tubach
Richard Kornfeld
David Beller
Kelly Page
Bryan Lavine
Megan Rahman
Laura Kuykendall
Laura Carwile
Michael Feldberg
Julie Withers
Caroline Rivera
Elizabeth Prewitt
Marci LaBranche
James Backstrom
Roxann Henry
Dennis Canty
Mark Byrne
James McLoughlin
John Fagg
Katherine McDiarmid
Anthony Lake
Richard Tegtmeier
Craig Gillen
Barry Pollak
Wendy Johnson

## COURTROOM MINUTES

**JAMES HEARING**

**8:31 a.m.     Court in session.**

Appearances of counsel.  Defendants present on bond.  Defendant Jimmie Little appears by VTC.

Government witness, Special Agent Lanard Taylor, sworn.

8:40 a.m.     Direct examination of Special Agent Taylor by Mr. Koenig.

**Exhibits 1, underlying 1 series, 2, underlying 2 series, and 3 are admitted.**

James Log Entry 17, 109, 129, 204, and 225 are withdrawn by Mr. Koenig.

**10:16 a.m.     Court in recess.**
**10:31 a.m.     Court in session.**

10:33 a.m.     Continued direct examination of Special Agent Taylor by Mr. Koenig.

James Log Entry 140 is withdrawn by Mr. Koenig.

**11:09 a.m.     Court in recess.**
**11:15 a.m.     Court in session.**

Continued direct examination of Special Agent Taylor by Mr. Koenig.

**Exhibit 5 is admitted.**

11:30 a.m.     Cross examination of Special Agent Taylor by Ms. Prewitt.

Discussion regarding logistics and scheduling.

Counsel is permitted to waive their client's appearance for the September 8, 2021 hearing.

**12:15 p.m.     Court in recess.**

Hearing concluded.
Total time in court:    3:23