**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.: 20-CR-152-PAB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JAYSON JEFFREY PENN, *et al.*,

   Defendants.

_____

*Consent Motion of Third Party John Doe, Inc.
for Leave to File Restricted Documents*

_____

**BASIS FOR MOTION**

Movant John Doe, Inc., through undersigned counsel, pursuant to District of Colorado Local Cr. Rule 47.1, seeks leave to file Level 4 Restricted documents related to (already) Level 4 Restricted documents filed *ex parte* by the United States Department of Justice Antitrust Division ("the Government") -- *viz*. Dkt. ## 210, 211 and 245.

On December 23, 2020, the Government filed an unredacted, public-facing Motion to Restrict Documents, *see* Dkt. # 209, for the purpose of filing for *in camera* review pleadings related to "a third party's claim of attorney-client and work product privileges with respect to a particular recording obtained during the investigation[,]" – *i.e.,* the criminal prosecution of the individuals charged in the above-captioned indictment. The Court granted that request for Level 4 restriction the following week, making the *ex parte* documents (Dkt. ## 210-211) only viewable to the Court and to the Government, *see* Dkt. # 214. On February 23, 2021, the Government made another

Level 4 restricted, *ex parte* filing which, as informed by Counsel, is related to that which was filed in Dkt. ## 209-211 – *see* Dkt. # 245.  On information and belief, Doe is the "third party" to whom the Government is referring.

Doe, therefore, requests a Level 4 or otherwise appropriate restriction of public access with respect to each its pleadings related to these Government filings, as well as its brief supporting this Motion for Leave, viewable only by the Court and the particular attorney for the Government who signed Dkt. ## 209, 210, 211 and 245.

## NOTICE OF CONFERENCE

Undersigned counsel has conferred with the particular attorney for the Government who signed Dkt. ## 209, 210, 211 and 245. The Government consents to this Motion for Leave to Restrict, and the Government's position with regard to the proposed restricted pleadings themselves are revealed in those pleadings.

Date:  September 7, 2021

Respectfully submitted,

 */s/ Stephen L. Braga*
Stephen L. Braga
BRACEWELL LLP
2001 M Street NW, Suite 900
Washington, DC 20036
Telephone:  (202) 828-5840
Facsimile:   (800) 404-3970
Email:  stephen.braga@bracewell.com

**Counsel for John Doe, Inc.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 7th day of September 2021, a true and complete copy of the foregoing *Consent Motion to Third Party John Doe, Inc. for Leave to File Restricted Documents and proposed Order* was filed with the Clerk of Court via the CM/ECF system and served copies of the foregoing upon on all ECF-registered counsel.

        */s/ Stephen L. Braga*
        Stephen L. Braga