# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No.: 20-CR-152-PAB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

JAYSON JEFFREY PENN, *et al.*,

   Defendants.

## [PROPOSED] ORDER

This matter is before the Court on the Motion of Third Party John Doe, Inc. for Leave to Restrict Documents [Docket No. _____]. No objections have been filed under D.C. COLO.LCrR 47.1. Good cause appearing, it is

**ORDERED** that the Motion of Third Party John Doe, Inc. for Leave to Restrict Documents [Docket No. _____] is granted. It is further

**ORDERED** that Docket Nos. ____ and _____ shall be restricted under Level 4 restriction until further order of this Court.

**IT IS SO ORDERED**, this _____ day of _____ 2021.

_____
PHILIP A. BRIMMER
Chief United States District Judge