IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    JAYSON JEFFREY PENN,
2.    MIKELL REEVE FRIES,
3.    SCOTT JAMES BRADY,
4.    ROGER BORN AUSTIN,
5.    TIMOTHY R. MULRENIN,
6.    WILLIAM VINCENT KANTOLA,
7.    JIMMIE LEE LITTLE,
8.    WILLIAM WADE LOVETTE,
9.    GARY BRIAN ROBERTS, and
10.  RICKIE PATTERSON BLAKE,

      Defendants.

No. 20-cr-00152-PAB

**DEFENDANT JAYSON JEFFREY PENN'S MOTION
TO RESTRICT ACCESS TO HIS POST-HEARING *JAMES* RESPONSE**

Defendant Jayson Penn, by and through undersigned counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and Local Criminal Rule 47.1, specifically moves this Court to restrict access to Mr. Penn's Post-Hearing *James* Response (Doc. 470) and any order revealing its contents. Pursuant to District of Colorado Local Criminal Rule 47.1(c), a Level 1 restriction of those documents is necessary for the reasons explained in the DOJ's Motion to Restrict Public Access to United States' *James* Brief and Attachments (Doc. 359), which it filed on August 16, 2021. The Court granted the DOJ's motion on August, 25, 2021. Doc. 378.

Mr. Penn's Post-Hearing *James* Response discusses and responds to the documents the Court has now restricted under Level 1. Accordingly, Mr. Penn incorporates the DOJ's

arguments from its August 16, 2021, Motion to Restrict Public Access to United States' *James* Brief and Attachments (Doc. 359), and respectfully requests that the Court restrict public access to Mr. Penn's Post-Hearing *James* Response (Doc. 470).

Dated:  September 13, 2021                    Respectfully submitted,

                                              *s/ Michael F. Tubach*
                                              Michael F. Tubach
                                              O'MELVENY & MYERS LLP
                                              Attorney for Jayson Jeffrey Penn
                                              Two Embarcadero Center, 28th Floor
                                              San Francisco, California 94111-3823
                                              (415) 984-8700
                                              mtubach@omm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all listed parties.

Dated:  September 13, 2021

*s/ Michael F. Tubach*
_____

Michael F. Tubach