IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## UNITED STATES' MOTION FOR LEAVE TO REPLY

The government respectfully moves the Court for leave to promptly file a short reply to the Defendants' Joint Opposition to the Government's Untimely Motion for Leave to Offer Additional Exhibits. ECF No. 503. In its proposed reply, the government would explain: (1) that the defendants are not unfairly prejudiced by the admission of seven additional exhibits into the *James* hearing record, and (2) the government's plan to prove preliminarily and at trial that defendant Blake is the declarant of the handwritten competitor prices contained in Exhibits 2-335 through 2-340. The government would also provide relevant legal authority and argument.

Therefore, the government respectfully requests leave to file a reply of no more than five pages by Thursday, September 23, 2021.

DATED: September 21, 2021

Respectfully submitted,

/s/ Michael Koenig
MICHAEL T. KOENIG
HEATHER D. CALL
CAROLYN L. SWEENEY
PAUL J. TORZILLI
Trial Attorneys
U.S. Department of Justice - Antitrust Division
450 Fifth Street NW, Suite 11300
Washington D.C. 20530
Tel: (202) 476-0435
michael.koenig@usdoj.gov