IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## UNITED STATES' MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS TO REDACTED PORTIONS OF ITS CONSOLIDATED RESPONSE TO DEFENDANTS' MOTIONS *IN LIMINE*

The government respectfully moves pursuant to D.C.COLO.LCrR 47.1 to restrict public access to parts of its consolidated response to the defendants' motions *in limine* (ECF 565). The government requests Level 1 restriction, limiting access to the Court and the parties in this case. The government is submitting under restriction a brief that contains the basis for this motion and the information required by D.C.COLO.LCrR 47.1(c)(1)-(5). The government will file a redacted version of its consolidated response, with the restricted information removed.

Dated: October 6, 2021

Respectfully submitted,

        By: s/ Paul Torzilli
            Michael T. Koenig
            Heather D. Call
            Carolyn M. Sweeney
            Paul J. Torzilli
            Trial Attorneys
            Antitrust Division
            U.S. Department of Justice
            Washington Criminal II Office
            450 Fifth Street, N.W.
            Washington, D.C. 20530
            Tel: (202) 514-8349
            Email: paul.torzilli@usdoj.gov