IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JAYSON JEFFREY PENN,**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN,**
5. **TIMOTHY R. MULRENIN,**
6. **WILLIAM VINCENT KANTOLA,**
7. **JIMMIE LEE LITTLE,**
8. **WILLIAM WADE LOVETTE,**
9. **GARY BRIAN ROBERTS,**
10. **RICKIE PATTERSON BLAKE,**

    Defendants.

---

**GOVERNMENT'S PROPOSED VERDICT FORM**

---

### COUNT ONE

### Conspiracy to Restrain Trade

We, the jury, upon our oaths, unanimously find the defendant, **JAYSON JEFFREY PENN**, in Count One of the Indictment:

\_\_\_     Not Guilty

\_\_\_     Guilty

We, the jury, upon our oaths, unanimously find the defendant, **MIKELL REEVE FRIES**, in Count One of the Indictment:

\_\_\_   Not Guilty

\_\_\_   Guilty

We, the jury, upon our oaths, unanimously find the defendant, **SCOTT JAMES BRADY**, in Count One of the Indictment:

\_\_\_   Not Guilty

\_\_\_   Guilty

We, the jury, upon our oaths, unanimously find the defendant, **ROGER BORN AUSTIN**, in Count One of the Indictment:

\_\_\_   Not Guilty

\_\_\_   Guilty

We, the jury, upon our oaths, unanimously find the defendant, **TIMOTHY R. MULRENIN**, in Count One of the Indictment:

\_\_\_   Not Guilty

\_\_\_   Guilty

We, the jury, upon our oaths, unanimously find the defendant, **WILLIAM VINCENT KANTOLA**, in Count One of the Indictment:

\_\_\_   Not Guilty

\_\_\_   Guilty

We, the jury, upon our oaths, unanimously find the defendant, **JIMMIE LEE LITTLE**, in Count One of the Indictment:

\_\_\_   Not Guilty

\_\_\_   Guilty

We, the jury, upon our oaths, unanimously find the defendant, **WILLIAM WADE LOVETTE**, in Count One of the Indictment:

\_\_\_   Not Guilty

\_\_\_   Guilty

We, the jury, upon our oaths, unanimously find the defendant, **GARY BRIAN ROBERTS**, in Count One of the Indictment:

\_\_\_   Not Guilty

\_\_\_   Guilty

We, the jury, upon our oaths, unanimously find the defendant, **RICKIE PATTERSON BLAKE**, in Count One of the Indictment:

\_\_\_   Not Guilty

\_\_\_   Guilty

## COUNT TWO

### False Statements

We, the jury, upon our oaths, unanimously find the defendant, **JIMMIE LEE LITTLE**, in Count Two of the Indictment:

\_\_\_   Not Guilty

\_\_\_   Guilty

## COUNT THREE

### Obstruction of Justice

We, the jury, upon our oaths, unanimously find the defendant, **JIMMIE LEE LITTLE**, in Count Three of the Indictment:

\_\_\_   Not Guilty

\_\_\_   Guilty

Dated this \_\_\_\_ day of _____, 2021.