EXHIBIT H

| | |
|---|---|
| **From:** | securefilecollaboration@doc.gov |
| **Sent:** | Wednesday, September 2, 2020 8:20 AM |
| **To:** | Koenig, Michael (ATR) <Michael.Koenig@usdoj.gov>; Call, Heather (ATR) <Heather.Call@usdoj.gov>; Butte, Laura (ATR) <Laura.Butte@usdoj.gov> |
| **Subject:** | LITTLE interview |



SECURE FILE COLLABORATION

# Koppenhaver, Matthew sent you a secure message

Please see the attached documents for the LITTLE interview.

Access message

[secured ~ kiteworks]

© Attachments expire on Oct 02, 2020

0   1 PDF
    IRF--Interview of Jimmie Lee Little.pdf

pj  1 compressed file
    LITTLE interview Docs.zip

This message requires that you sign in to access the message and any file attachments.