# EXHIBIT N

| | |
|---|---|
| From: | Koppenhaver, Matthew </o=OIG/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0b682aaf8c66472983f16f50f9119db3-Koppenhaver, Matthew> |
| Sent: | Thursday, September 3, 2020 7:58 AM |
| To: | 'Taylor, Lanard D. (CID) (FBI)' <ldtaylor@fbi.gov> |
| Subject: | RE: DRAFT |

LaNard,

I just sent over the LITTLE interview docs.  Can you send me a copy of the receipt you gave him for the phone please?

Thanks
Matt

**From:** Taylor, Lanard D. (CID) (FBI) <ldtaylor@fbi.gov>
**Sent:** Wednesday, September 2, 2020 11:57 PM
**To:** Call, Heather (ATR) <Heather.Call@usdoj.gov>
**Cc:** Koppenhaver, Matthew <mkoppenhaver@oig.doc.gov>
**Subject:** DRAFT

DRAFT

Regards,

LaNard Taylor
Special Agent
Federal Bureau of Investigation
Washington Field Office - International Corruption Squad