EXHIBIT O

| | |
|---|---|
| **From:** | Koppenhaver, Matthew <mkoppenhaver@oig.doc.gov> |
| **Sent:** | Wednesday, September 30, 2020 8:21 AM |
| **To:** | Taylor, Lanard D. (CID) (FBI) <ldtaylor@fbi.gov> |
| **Subject:** | [EXTERNAL EMAIL] - LITTLE Agent Notes |
| **Attach:** | Agent Notes Little 9-22-20.pdf |

LaNard,

Please see the attached notes for LITTLE.

Thanks
Matt

**Matthew Koppenhaver**
Special Agent
U.S. Department of Commerce
Office of Inspector General
Office: (202) 482-0614
Cell: (202) 480-5174

*****NOTICE: This message is intended exclusively for the individual or entity to which it is addressed. This communication contains information that is law enforcement sensitive, for official use only, sensitive but unclassified, proprietary, privileged, and may be legally protected or otherwise exempt from disclosure. If you are not the intended recipient, you are hereby notified that any disclosure, dissemination, copying or distribution of this transmission is strictly prohibited. If you have received this message in error, please notify the sender immediately by email and immediately delete this message and all of its attachments.*****