EXHIBIT P

| | |
|---|---|
| **From:** | Taylor, Lanard D. (CID) (FBI) <ldtaylor@fbi.gov> |
| **Sent:** | Thursday, October 1, 2020 12:22 PM |
| **To:** | Koppenhaver, Matthew <mkoppenhaver@oig.doc.gov> |
| **Subject:** | [EXTERNAL EMAIL] - Interview 302s |

For sure.

Regards,

LaNard Taylor
Special Agent
Federal Bureau of Investigation
Washington Field Office - International Corruption Squad
Cell - (213) 703-9666
Office - (202) 278-4166

On Oct 1, 2020 11:37 AM, "Koppenhaver, Matthew" <mkoppenhaver@oig.doc.gov> wrote:
  LaNard,

  I know you have most of these in the approval chain. Once they are approved, please send them to me over kiteworks so I can update my case file.

  Pepper 7-21-2020
  Esteves 8-11-2020
  Pepper 8-14-2020

  Little x2
  Roberts
  Bradley
  Mitchell
  Scheiderer

  Thanks
  Matt


**Matthew Koppenhaver**
Special Agent
U.S. Department of Commerce
Office of Inspector General
Office: (202) 482-0614
Cell: (202) 480-5174

*****NOTICE: This message is intended exclusively for the individual or entity to which it is addressed. This communication contains information that is law enforcement sensitive, for official use only, sensitive but unclassified, proprietary, privileged, and may be legally protected or otherwise exempt from disclosure. If you are not the intended recipient, you are hereby notified that any disclosure, dissemination, copying or distribution of this transmission is strictly prohibited. If you have received this message in error, please notify the sender immediately by email and immediately delete this message and all of its attachments.*****