IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| 1. JAYSON JEFFREY PENN, <br> 2. MIKELL REEVE FRIES, <br> 3. SCOTT JAMES BRADY, <br> 4. ROGER BORN AUSTIN, <br> 5. TIMOTHY R. MULRENIN, <br> 6. WILLIAM VINCENT KANTOLA, <br> 7. JIMMIE LEE LITTLE, <br> 8. WILLIAM WADE LOVETTE, <br> 9. GARY BRIAN ROBERTS, and <br> 10. RICKIE PATTERSON BLAKE, | No. 20-cr-00152-PAB |
| Defendants. | |

**DEFENDANTS' JOINT RESPONSES TO THE COURT'S PROPOSED
INTRODUCTORY JURY INSTRUCTION**

On October 6, 2021, the Court instructed the parties to submit objections to or comments on its proposed introductory jury instruction. Doc. 568. Pursuant to that order, Defendants, by and through undersigned counsel, state as follows:

1. Defendants generally agree with the Court's proposed introductory jury instruction.

2. Defendants object, however, to references to "the defense" or "defendants" as a bloc. Each Defendant has separate rights, a separate defense, and is entitled to separate consideration of the case against him. Accordingly, Defendants attach as Exhibit 1 a redline of the Court's proposed introductory jury instruction. This redline adds the recommended instruction for multi-defendant cases from the Tenth Circuit's pattern preliminary instructions.

1

Tenth Circuit Criminal Pattern Jury Instruction 1.01 (2021, ed.). Defendants also modify references to "defendants" or "the defense" to "each defendant" or a similar construction.

3. Defendants have also modified the list of counsel to reflect those counsel expected to make argument or examine witnesses.

4. On October 1, 2021, Defendants filed a Joint Motion for a Substantive Preliminary Jury Instruction ("Motion"). Doc. 520 (attached as Exhibit 2).[1] On October 6, 2021, Defendants filed their proposed jury instructions, including the proposed substantive jury instruction. Defendants attach a copy of that proposed instruction as Exhibit 3. For the reasons explained in Defendants' Motion, which Defendants incorporate here, Defendants ask that the Court give to the jury Defendants' proposed substantive preliminary instruction. Defendants have added a redlined placeholder in Exhibit 1 for a substantive instruction, pending resolution of Defendants' Motion. This approach is consistent with the Tenth Circuit pattern preliminary instructions. *See* Tenth Circuit Criminal Pattern Jury Instruction 1.01 (2021, ed.).

Dated: October 7, 2021

Respectfully submitted,

*s/ John A. Fagg, Jr.*
John A. Fagg, Jr.
MOORE & VAN ALLEN PLLC
Attorney for William Wade Lovette
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-3622
johnfagg@mvalaw.com

*s/ Michael F. Tubach*
Michael F. Tubach
O'MELVENY & MYERS LLP
Attorney for Jayson Jeffrey Penn
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
(415) 984-8700
mtubach@omm.com

---

[1] The government opposed that motion. Doc. 562.

*s/ Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, P.C.
Attorney for Mikell Reeve Fries
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
rick@rklawpc.com

*s/ Bryan Lavine*
Bryan Lavine
TROUTMAN PEPPER HAMILTON SANDERS LLP
Attorney for Scott James Brady
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

*s/ James A. Backstrom*
James A. Backstrom, Counsellor at Law
Attorney for William Vincent Kantola
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797
jabber@backstromlaw.com

*s/ Craig Allen Gillen*
Craig Allen Gillen
GILLEN, WITHERS & LAKE, LLC
Attorney for Gary Brian Roberts
400 Galleria Parkway, Ste. 1920
Atlanta, GA 30339
(404) 842-9700
cgillen@gwllawfirm.com

*s/ Michael S. Feldberg*
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
Attorney for Roger Born Austin
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com

*s/ Elizabeth Prewitt*
Elizabeth B. Prewitt
LATHAM & WATKINS LLP
Attorney for Timothy Mulrenin
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
elizabeth.prewitt@lw.com

*s/ Mark A. Byrne*
Mark A. Byrne
BYRNE & NIXON LLP
Attorney for Jimmie Lee Little
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com

*s/ Barry J. Pollack*
Barry J. Pollack
Attorney for Rickie Patterson Blake
ROBBINS, RUSSELL, ENGLERT, ORSECK, & UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, DC 20006
(202) 775-4514
bpollack@robbinsrussell.com

CERTIFICATE OF SERVICE

      I hereby certify that on October 7, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all listed parties.

Dated: October 7, 2021

*s/ Michael F. Tubach*

Michael F. Tubach