IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    **JAYSON JEFFREY PENN,**
2.    **MIKELL REEVE FRIES,**
3.    **SCOTT JAMES BRADY,**
4.    **ROGER BORN AUSTIN,**
5.    **TIMOTHY R. MULRENIN,**
6.    **WILLIAM VINCENT KANTOLA,**
7.    **JIMMIE LEE LITTLE,**
8.    **WILLIAM WADE LOVETTE,**
9.    **GARY BRIAN ROBERTS, and**
10.   **RICKIE PATTERSON BLAKE,**

      Defendants.

---

### Defendants' Motion to Quash the Government's Rule 17(c) Subpoenas to LinkedIn Corporation

Defendants, through undersigned counsel, respectfully move to quash the Rule 17(c) subpoenas directed to LinkedIn Corporation as they were issued in violation of Rule 17(c). Defendants further request that the Court Order the government to identify all other Rule 17(c) subpoenas that have been issued without Court approval so that Defendants can address the government's use of those materials at trial with the Court. As grounds, Defendants state as follows:

1. On October 5, 2021, the government issued Rule 17(c) subpoenas to LinkedIn Corporation seeking the following records related to Defendants' LinkedIn accounts:

   1) Screenshots or other means of conveying the content of LinkedIn profile pages, to specifically include name, photograph, and employment history;

2) Basic subscriber information for the account holders, including name, email address(es), account URL, date and time of account creation, billing information, address and phone numbers.

*See* Exhibit A (example of subpoena to LinkedIn related to Mr. Mulrenin).  The proposed return dates are October 11, 2021, at 5:00 p.m.  Trial does not begin until October 25, 2021.

2.   Even though the subpoenas request the return of records prior to trial, the government did not obtain an Order from the Court to issue the subpoenas.  Instead, the government apparently obtained blank subpoenas signed by the Clerk of the Court and issued them without any notice to the Court or the Defendants.

3.   The government's failure to obtain judicial approval violates Rule 17(c).  ("The court may direct the witness to produce the designated items in court before trial or before they are to be offered in evidence.")

4.   While Defendants have only received notice of the issuance of subpoenas duces tecum from LinkedIn, based upon the government's exhibit list, it appears that the government may have issued other subpoenas using this same procedure with other entities in violation of Rule 17(c).  *See* Exs. 9227-9253.

5.   Because the government failed to comply with Rule 17(c), the Defendants request that these subpoenas, and other 17(c) subpoenas issued for pre-trial production without Court authorization, be quashed.  Defendants further request that the Court Order the government to identify any other Rule 17(c) subpoenas they have issued without Court approval so that Defendants can address the use of those materials at trial with the Court.

6.  Finally, because the pretrial motions deadline has passed, Defendants respectfully request that the government be limited to issuing trial subpoenas for records, as any Rule 17(c) motion would be considered untimely. *See* Doc. 264.

Dated: October 11, 2021.                    Respectfully submitted,


_s/ Barry J. Pollack_                       _s/ Chad D. Williams_
Barry J. Pollack                            Chad D. Williams
ROBBINS, RUSSELL, ENGLERT,                  Jacqueline V. Roeder
ORSECK & UNTEREINER LLP                     DAVIS GRAHAM & STUBBS LLP
2000 K Street N.W., 4th Floor               1550 17th Street, Suite 500
Washington, DC 20006                        Denver, CO 80202
(202) 775-4514                              (303) 892-9400
bpollack@robbinsrussell.com                 chad.williams@dgslaw.com
                                            jackie.roeder@dgslaw.com

_s/ Wendy L. Johnson_                       _s/ Michael F. Tubach_
Wendy L. Johnson                            Michael F. Tubach
RMP LLP                                     O'MELVENY & MYERS LLP
5519 Hackett St., Suite 300                 Two Embarcadero Center, 28th Floor
Springdale, AR 72762                        San Francisco, California 94111-3823
(479) 439-2705                              (415) 984-8700
wjohnson@rmp.law                            mtubach@omm.com


_Attorneys for Ric Blake_                   _Attorneys for Jayson Jeffrey Penn_


_s/ Richard K. Kornfeld_                    _s/ John A. Fagg, Jr._
Richard K. Kornfeld                         John A. Fagg, Jr.
RECHT KORNFELD, P.C.                        MOORE & VAN ALLEN PLLC
1600 Stout Street, Suite 1400               100 North Tryon Street, Suite 4700
Denver, CO 80202                            Charlotte, NC 28202
(303) 573-1900                              (704) 331-3622
rick@rklawpc.com                            johnfagg@mvalaw.com


_Attorney for Mikell Reeve Fries_           _Attorney for William Wade Lovette_


_s/ Craig Allen Gillen_                     _s/ Elizabeth B. Prewitt_
Craig Allen Gillen                          Elizabeth B. Prewitt
GILLEN, WITHERS & LAKE                      LATHAM & WATKINS LLP
400 Galleria Parkway, Ste. 1920             1271 Avenue of the Americas
Atlanta, GA 30339                           New York, NY 10020
(404) 842-9700                              (212) 906-1200
cgillen@gwllawfirm.com                      elizabeth.prewitt@lw.com


_Attorney for Gary Brian Roberts_

_s/ Bryan Lavine_
Bryan Lavine
TROUTMAN PEPPER HAMILTON
SANDERS LLP
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

_Attorney for Scott James Brady_

_s/ James A. Backstrom_
James A. Backstrom
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
(215) 864-7797
jabber@backstromlaw.com

_Attorney for William Vincent Kantola_

_s/ Marci G. LaBranche_
Marci G. LaBranche
STIMSON STANCIL LABRANCHE
HUBBARD LLC
1652 N. Downing Street
Denver, CO 80218
(720) 689-8909
labranche@sslhlaw.com

_Attorneys for Timothy R. Mulrenin_

_s/ Michael S. Feldberg_
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com

_Attorney for Roger Born Austin_

_s/ Mark A. Byrne_
Mark A. Byrne
BYRNE & NIXON LLP
888 West Sixth St, Suite 1100
Los Angeles, CA 90017
(213) 620-8003
markbyrne@byrnenixon.com

_Attorney for Jimmie Lee Little_

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

_s/ Nancy Hickam_
Nancy Hickam