# EXHIBIT A

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| Jayson Penn et al. | ) Case No. 1:20-cr-00152-PAB |
| | ) |
| Defendant | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE

To: **CUSTODIAN OF RECORDS**
LinkedIn Corporation, ATTN: Legal Department, 1000 West Maude Avenue, Sunnyvale, CA 94085

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

See attached list.

| Place: | UNITED STATES DISTRICT COURT<br>901 19th Street, A201<br>Denver, CO 80294 | Date and Time: | 10/11/2021 5:00 pm |
|---|---|---|---|

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/05/2021



CLERK OF COURT, Jeffrey P. Colwell

s/Nicholas Richards
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* United States of America , who requests this subpoena, are:

Heather Call, Trial Attorney, U.S. Department of Justice, Antitrust Division; 450 5th Street, NW, Washington, DC 20530; 202-257-6350; heather.call@usdoj.gov

### Notice to those who use this form to request a subpoena

Before requesting and serving a subpoena pursuant to Fed. R. Crim. P. 17(c), the party seeking the subpoena is advised to consult the rules of practice of the court in which the criminal proceeding is pending to determine whether any local rules or orders establish requirements in connection with the issuance of such a subpoena. If no local rules or orders govern practice under Rule 17(c), counsel should ask the assigned judge whether the court regulates practice under Rule 17(c) to 1) require prior judicial approval for the issuance of the subpoena, either on notice or ex parte; 2) specify where the documents must be returned (e.g., to the court clerk, the chambers of the assigned judge, or counsel's office); and 3) require that counsel who receives produced documents provide them to opposing counsel absent a disclosure obligation under Fed. R. Crim. P. 16.

Please note that Rule 17(c) (attached) provides that a subpoena for the production of certain information about a victim may not be issued unless first approved by separate court order.

## List of Documents or Data to be Produced Pursuant to
## AO 89B Subpoena to Produce Documents, Information, or Objects
## in a Criminal Case

**Account Identifiers:**



8) https://www.linkedin.com/in/tim-mulrenin-58922526.

You are commanded to produce records and information associated with the identified account(s):

1) Screenshots or other means of conveying the content of LinkedIn profile pages, to specifically include name, photograph, and employment history;

2) Basic subscriber information for the account holders, including name, email address(es), account URL, date and time of account creation, billing information, address, and phone numbers.

**Please direct all records and inquiries to:**

Special Agent LaNard Taylor

Federal Bureau of Investigation

Washington Field Office



Production via email is preferred.