# EXHIBIT A

| | |
|---|---|
| **From:** | Pollack, Barry <bpollack@robbinsrussell.com> |
| **Sent:** | Friday, October 8, 2021 9:47 AM |
| **To:** | Koenig, Michael (ATR); Sweeney, Carolyn (ATR); Pletcher, Anna T. |
| **Cc:** | Call, Heather (ATR); Torzilli, Paul (ATR); Rogowski, Jillian (ATR); Butte, Laura (ATR); Tubach, Michael; Quinn, Brian P.; elizabeth.prewitt@lw.com; bryan.lavine@troutman.com; david@rklawpc.com; megan.rahman@troutman.com; mfeldberg@reichmanjorgensen.com; julie@jwitherslaw.com; rick@rklawpc.com; caroline.rivera@lw.com; John Fagg; jabber@backstromlaw.com; cgillen@gwllawfirm.com; markbyrne@byrnenixon.com; jenniferderwin@byrnenixon.com; Wendy Johnson; denniscanty@byrnenixon.com; lcarwile@reichmanjorgensen.com; henry.roxann@me.com; aclake@gwllawfirm.com |
| **Subject:** | RE: US v. Penn, et al., 20-cr-152-PAB -- Defendants' New Expert |

Mike,

Ms. Sengupta, if called, will be called by Mr. Blake.  Mr. Blake has no disclosure obligations with respect to Ms. Sengupta.  Rule 16(b)(1)(C)(i) requires a defendant to disclose expert witnesses only if the defendant requested disclosure under Rule 16(a)(1)(G).  Mr. Blake did not request such disclosure.

**ROBBINS | RUSSELL**
Robbins, Russell, Englert, Orseck, & Untereiner LLP

Barry J. Pollack
2000 K Street NW, 4th Floor, Washington, DC 20006
P 202.775.4514     F 202.775.4510
bpollack@robbinsrussell.com
www.robbinsrussell.com

---

**From:** Koenig, Michael (ATR) <Michael.Koenig@usdoj.gov>
**Sent:** Thursday, October 7, 2021 11:18 PM
**To:** Sweeney, Carolyn (ATR) <Carolyn.Sweeney@usdoj.gov>; Pletcher, Anna T. <apletcher@omm.com>
**Cc:** Call, Heather (ATR) <Heather.Call@usdoj.gov>; Torzilli, Paul (ATR) <Paul.Torzilli@usdoj.gov>; Rogowski, Jillian (ATR) <Jillian.Rogowski@usdoj.gov>; Butte, Laura (ATR) <Laura.Butte@usdoj.gov>; Tubach, Michael <mtubach@omm.com>; Quinn, Brian P. <bquinn@omm.com>; elizabeth.prewitt@lw.com; bryan.lavine@troutman.com; david@rklawpc.com; megan.rahman@troutman.com; mfeldberg@reichmanjorgensen.com; julie@jwitherslaw.com; rick@rklawpc.com; caroline.rivera@lw.com; johnfagg@mvalaw.com; jabber@backstromlaw.com; cgillen@gwllawfirm.com; markbyrne@byrnenixon.com; jenniferderwin@byrnenixon.com; Pollack, Barry <bpollack@robbinsrussell.com>; Wendy Johnson <wjohnson@rmp.law>; denniscanty@byrnenixon.com; lcarwile@reichmanjorgensen.com; henry.roxann@me.com; aclake@gwllawfirm.com
**Subject:** US v. Penn, et al., 20-cr-152-PAB -- Defendants' New Expert

Counsel:

In reviewing your filings from last evening, we noticed the name Aparna Sengupta on your witness list and her CV on your exhibit list. The deadline expert disclosures has long-since passed and, in any event, your witness and exhibit lists

1

are not proper ways disclose an expert. As you know, Rule 16 requires you to provide her opinions, reasons for those opinions, and bases for her testimony. Please provide your basis for "disclosing" a new expert at this late date.


Michael T. Koenig
Trial Attorney
Antitrust Division
United States Department of Justice
450 Fifth Street, N.W., Room 11048
Washington, D.C. 20530
(202) 616-2165 (O)
(202) 476-0435 (C)