# Exhibit A

8pc Chicken Shorts

PEG # 370751          MFG # 3648

| DATE: | PO: | QTY ORDER | QTY REV. |
|---|---|---|---|
| 8.18.16 | 50861554 | 168 | 84 |
| 8.29.16 | 50926579 | 252 | 80 |
| 9.01.16 | 51011608 | 500 | 305 |
| 9.07.16 | 51087538 | This was revised while I was on VACATION. | 56 |
| 9.14.16 | 51155748 | " VACATION Revised " | 112 |

No Inventory of 3648 for these two PO's:

51238209 ⎤
51322609 ⎦ → HAD to Revise PO's to ADD more Strips to cover Prt.

Hopefully these PO's show up on time.

| DUE DATE: | PO: | QTY ORDER | QTY Ship |
|---|---|---|---|
| 10.04.16 | 51357461 | (Full Truck) 1008 cs | 182 |
|  | HAD to Revise to ADD Tenders |  |  |
| 10.12.16 | 51449987 | 168 cs | ? |
| 10.18.16 | 51540346 | (1008 cs Full Truck) | ? |

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0575920

**Door: 3**



5043116

# PO BARCODE WORKSHEET

685 -69

**Vendor:** GEORGE'S FOODS

**Appt Time:** 0900    **Date:** 102716    **Late?** Y/N

**Arrival Time:** 506    **Date:** 102716

**Dock Time:** _____    **Depart Time:** _____

**Freight Code:**   C   P   (E)

**Pallet Exchange?**         Y/N

**Pallets In:** 20    **Pallets Out:** 0

**Trailer Locked?**    (Y)/N

**Seal Intact?**    (Y)/N

**Seal #:** 1541919

**Thermo King Settings:**    Frz ___ Refrg___

**Trailer Temps:**    Frz ___ Refrg___

| | |
|---|---|
| **Trailer Structural Integrity Good?** | Y/N |
| **Trailer Clean?** | Y/N |
| **Evidence of actual/potential contamination?** | Y/N |
| **Unshielded/Unprotected Glass?** | Y/N |
| **Evidence of Tampering?** | Y/N |
| **Product Temps Verified to Meet Matrix Requirements?** | Y/N |
| **Code Dates Verified to Meet Matrix Requirements?** | Y/N |
| **Contamination from Unlike Product?** | Y/N |

**Driver to Fill Out:**

**Trailer #:** 419

**Wheels Chocked?**    Y/N

**Current Reefer Setting:** _____

**Print Driver's Name:** Glenn

**Verification:** ( X ) **Driver's License Verified**
Known

**Receiver Signature:** _____

**Recvg Office Signature:** _____

**Audited:** ____    **Closed on RP:** ____

*See Tally Sheet History for Receipt Information including Temperatures
per item and Use By dates.

10/4/2011 Revised                                        Ver 7.0

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0001518



## SHIPPER BILL OF LADING

NON-NEGOTIABLE



**4173531**

| REF. NUMBER: 9177 | SHIP DATE: 10/26/2016 | PAGE 1 OF 1 |
| SALES ORDER : 765976 | DEL DATE: _____ | Time: 16:16:38 |
| | DEL TIME: _____ | |

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

**SHIP TO:** 4871    **SHIP PO:**

001 - MCLANE FOODSERVICE ALBANY
NORTH EAST INDUSTRIAL PARK

BLDG 22
GUILDERLAND CENTER, NY 12085

**TEL NO:**

**P.O. #:** 5043116

| FROM | 19992 Senedo Road |
| ADDRESS: | Edinburg, VA 22824 |

**Product of USA**

| FREIGHT | Georges Foods |
| BILL | 19992 Senedo Road |
| ADDRESS: | Edinburg, VA 22824 |

**CARRIER:** GEORGE'S FOODS-EDINBURG   **PSR TIME:** 15:42   **Trailer #:** 419   **SEAL #:** 1541919

This is a time sensitive shipment and delivery must not be delayed. If a delay occurs in transit which may result in a late delivery, Georges Farms, your dispatcher and the receiver must be notified.

Please pay particular attention to the temperature specified both here and on the shipper's envelope. The reefer settings is as follows:

**5** degrees for **10** hrs., then run your reefer at **20** degrees thereafter

Also, note you may have a temperature recorder on board. If so, the information below applies to you.

DTR on board  ☑   DTR Serial #: DH181304M0

**NOTICE:** You will be responsible for having your last receiver to sign the tape from the DTR. If you fail to have this signed and returned along with the freight bill, you will be fined $200.00

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

| PRODUCT CODE | SHIPPED CASES | DESCRIPTION | NET WEIGHT (Subject to correction) |
|---|---|---|---|
| 1957 | 420 | 8 PC WOG W/O FAT 2.34-2.72 20HD INJ CVP | 21,292.05 |
| 5416 | 140 | KFC DRUM & THIGH W/O FAT INJ CVP | 7,037.00 |

| | IN | OUT |
|---|---|---|
| **PALLETS** | 0 | 0 |
| **TUBS** | 0 | 0 |
| **LIDS** | 0 | 0 |

The property described to the left is in good order for transportation, except as noted, marked, consigned, and destined as indicated above and the carrier agrees to carry said property to its place of delivery at the specified destination.

_____   _____
(Drivers Signature)              (Date and Time)

NOTICE to Consignee: All claims for short weight, box shortages, damaged product, defective product, and/or out of specification product will not be allowed or considered unless verbal and written notice thereof is given to George's Farms the day of delivery or the next working day(If delivered on a non-working day).

_____   _____
(Consignee's Signature)        (Date and Time)

Subject to Section 7 conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____   _____
(Consignor's Signature)        (Date and Time)

9am    10:27

Apt Time in 506 Out 604
Received by: Mseville
Pallets In 20 Out 0 Damaged 1
Total Cases Received 560 Cases Refused 0
Short 0 Over 0 Damaged 0 Product Temp 31
Driver Name/Company George's
Driver Signature _____
Seal# 1541919 Seal Intact (Y) or N
Subject to Future Claims: (Y) or N
Product Hold: Y or (N)

| 7373 | 560 | TOTALS | 28,329.05 | TRUCK IN: |
| | | | | TRUCK OUT: |

**Georges Farms -Shipper, per** _____   agent, per _____

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

## PICK LIST
### SALES ORDER #: 765976

⊃n: Georges Farms

Date: 10/26/2016
Time: 16:16:45

Ship To:   001 - MCLANE FOODSERVICE ALBANY
           NORTH EAST INDUSTRIAL PARK
           GUILDERLAND CENTER, NY 12085

| # | PRODUCT | ORD QTY | BOXED | NEEDED | POUNDS | PRODUCT DESCRIPTION |
|---|---------|---------|-------|--------|--------|---------------------|
| 1 | 1957 | 420 | 420 | 0 | 21,292.05 | 8 PC WOG W/O FAT 2.34-2.72 20HD INJ CVP |
| 2 | 5416 | 140 | 140 | 0 | 7,037.00 | KFC DRUM & THIGH W/O FAT INJ CVP |

ORDER TOTALS:      **560**      **560**      **28,329.05**

REPORT - PICK LIST

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0001520

## PALLET SUMMARY
### SALES ORDER # 765976

**Date:** 10/26/2016
**Time:** 16:16:49

Location: Georges Farms

**PRODUCT:** 1957   8 PC WOG W/O FAT 2.34-2.72 20HD INJ CVP

| | | Pallet Tag: | PEV3382889 | | |
|---|---|---|---|---|---|
| 47.26 10/26/2016 | 50.46 10/26/2016 | 48.36 10/26/2016 | 50.06 10/26/2016 | 51.21 10/26/2016 |
| 49.81 10/26/2016 | 49.56 10/26/2016 | 49.96 10/26/2016 | 50.21 10/26/2016 | 50.56 10/26/2016 |
| 51.11 10/26/2016 | 49.16 10/26/2016 | 50.06 10/26/2016 | 49.41 10/26/2016 | 50.71 10/26/2016 |
| 50.71 10/26/2016 | 50.16 10/26/2016 | 50.76 10/26/2016 | 49.86 10/26/2016 | 48.86 10/26/2016 |
| 53.31 10/26/2016 | 50.26 10/26/2016 | 49.21 10/26/2016 | 49.76 10/26/2016 | 51.26 10/26/2016 |
| 50.36 10/26/2016 | 50.56 10/26/2016 | 47.86 10/26/2016 | 49.61 10/26/2016 | 47.26 10/26/2016 |
| 48.31 10/26/2016 | 50.41 10/26/2016 | 50.46 10/26/2016 | 48.46 10/26/2016 | 50.31 10/26/2016 |

**Product Date/Totals:**   10/26/2016   35   1745.65

**Pallet Total Cases:** 35        **Pallet Total Weight:**   1745.65

| | | Pallet Tag: | PEV3382931 | | |
|---|---|---|---|---|---|
| 49.41 10/26/2016 | 49.61 10/26/2016 | 49.91 10/26/2016 | 49.41 10/26/2016 | 49.06 10/26/2016 |
| 49.71 10/26/2016 | 48.76 10/26/2016 | 49.01 10/26/2016 | 49.66 10/26/2016 | 48.31 10/26/2016 |
| 49.71 10/26/2016 | 50.21 10/26/2016 | 48.16 10/26/2016 | 50.26 10/26/2016 | 49.71 10/26/2016 |
| 49.66 10/26/2016 | 48.91 10/26/2016 | 49.91 10/26/2016 | 49.81 10/26/2016 | 50.46 10/26/2016 |
| 50.31 10/26/2016 | 49.51 10/26/2016 | 49.86 10/26/2016 | 49.41 10/26/2016 | 49.36 10/26/2016 |
| 48.11 10/26/2016 | 51.06 10/26/2016 | 51.06 10/26/2016 | 51.21 10/26/2016 | 51.16 10/26/2016 |
| 49.71 10/26/2016 | 50.46 10/26/2016 | 51.06 10/26/2016 | 50.61 10/26/2016 | 49.41 10/26/2016 |

**Product Date/Totals:**   10/26/2016   35   1741.95

**Pallet Total Cases:** 35        **Pallet Total Weight:**   1741.95

| | | Pallet Tag: | PEV3383742 | | |
|---|---|---|---|---|---|
| 50.81 10/26/2016 | 50.26 10/26/2016 | 51.41 10/26/2016 | 48.11 10/26/2016 | 50.81 10/26/2016 |
| 49.96 10/26/2016 | 50.46 10/26/2016 | 50.41 10/26/2016 | 51.11 10/26/2016 | 51.11 10/26/2016 |
| 48.11 10/26/2016 | 49.01 10/26/2016 | 49.36 10/26/2016 | 51.16 10/26/2016 | 51.06 10/26/2016 |
| 48.36 10/26/2016 | 49.26 10/26/2016 | 50.11 10/26/2016 | 50.96 10/26/2016 | 51.01 10/26/2016 |
| 49.41 10/26/2016 | 49.41 10/26/2016 | 49.36 10/26/2016 | 51.36 10/26/2016 | 50.41 10/26/2016 |
| 52.16 10/26/2016 | 51.31 10/26/2016 | 51.26 10/26/2016 | 49.06 10/26/2016 | 50.31 10/26/2016 |
| 50.31 10/26/2016 | 50.66 10/26/2016 | 49.96 10/26/2016 | 50.46 10/26/2016 | 49.66 10/26/2016 |

**Product Date/Totals:**   10/26/2016   35   1757.95

**Pallet Total Cases:** 35        **Pallet Total Weight:**   1757.95

| | | Pallet Tag: | PEV3383750 | | |
|---|---|---|---|---|---|
| 50.51 10/26/2016 | 51.36 10/26/2016 | 49.11 10/26/2016 | 50.01 10/26/2016 | 50.11 10/26/2016 |
| 50.21 10/26/2016 | 51.21 10/26/2016 | 48.81 10/26/2016 | 50.26 10/26/2016 | 49.56 10/26/2016 |
| 50.56 10/26/2016 | 50.16 10/26/2016 | 50.21 10/26/2016 | 49.56 10/26/2016 | 49.81 10/26/2016 |
| 48.66 10/26/2016 | 49.21 10/26/2016 | 48.61 10/26/2016 | 49.16 10/26/2016 | 49.11 10/26/2016 |
| 49.96 10/26/2016 | 50.86 10/26/2016 | 51.01 10/26/2016 | 51.01 10/26/2016 | 50.11 10/26/2016 |
| 48.96 10/26/2016 | 48.61 10/26/2016 | 47.91 10/26/2016 | 48.36 10/26/2016 | 47.46 10/26/2016 |
| 51.06 10/26/2016 | 49.51 10/26/2016 | 50.31 10/26/2016 | 50.16 10/26/2016 | 49.51 10/26/2016 |

**Product Date/Totals:**   10/26/2016   35   1741

**Pallet Total Cases:** 35        **Pallet Total Weight:**   1741

**REPORT - PALLET SUMMARY**

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA

GEODOJ_0001521

## PALLET SUMMARY
### SALES ORDER # 765976

Date: 10/26/2016
Time: 16:16:49

...on: Georges Farms

**Pallet Tag:** PEV3388832

| | | | | |
|---|---|---|---|---|
| 50.56 10/25/2016 | 50.31 10/25/2016 | 51.71 10/25/2016 | 52.11 10/25/2016 | 51.46 10/25/2016 |
| 51.31 10/25/2016 | 51.61 10/25/2016 | 52.46 10/25/2016 | 51.21 10/25/2016 | 50.96 10/25/2016 |
| 50.86 10/25/2016 | 47.56 10/25/2016 | 50.86 10/25/2016 | 52.26 10/25/2016 | 52.56 10/25/2016 |
| 54.06 10/25/2016 | 52.26 10/25/2016 | 52.81 10/25/2016 | 50.51 10/25/2016 | 52.11 10/25/2016 |
| 53.46 10/25/2016 | 51.86 10/25/2016 | 51.81 10/25/2016 | 51.91 10/25/2016 | 51.16 10/25/2016 |
| 52.36 10/25/2016 | 49.51 10/25/2016 | 51.61 10/25/2016 | 52.56 10/25/2016 | 50.01 10/25/2016 |
| 50.36 10/25/2016 | 51.51 10/25/2016 | 51.01 10/25/2016 | 50.66 10/25/2016 | 51.56 10/25/2016 |

**Product Date/Totals:** 10/25/2016   35   1800.9

**Pallet Total Cases:** 35   **Pallet Total Weight:** 1800.9

**Pallet Tag:** PEV3388834

| | | | | |
|---|---|---|---|---|
| 52.41 10/25/2016 | 51.41 10/25/2016 | 51.06 10/25/2016 | 51.96 10/25/2016 | 52.06 10/25/2016 |
| 51.36 10/25/2016 | 52.46 10/25/2016 | 50.11 10/25/2016 | 50.11 10/25/2016 | 52.51 10/25/2016 |
| 52.06 10/25/2016 | 50.36 10/25/2016 | 51.21 10/25/2016 | 52.16 10/25/2016 | 51.51 10/25/2016 |
| 51.51 10/25/2016 | 51.51 10/25/2016 | 50.86 10/25/2016 | 50.76 10/25/2016 | 50.96 10/25/2016 |
| 51.81 10/25/2016 | 52.66 10/25/2016 | 52.01 10/25/2016 | 51.66 10/25/2016 | 50.71 10/25/2016 |
| 50.91 10/25/2016 | 52.01 10/25/2016 | 50.36 10/25/2016 | 52.21 10/25/2016 | 52.81 10/25/2016 |
| 52.06 10/25/2016 | 51.86 10/25/2016 | 50.66 10/25/2016 | 51.41 10/25/2016 | 51.06 10/25/2016 |

**Product Date/Totals:** 10/25/2016   35   1802.55

**Pallet Total Cases:** 35   **Pallet Total Weight:** 1802.55

**Pallet Tag:** PEV3388836

| | | | | |
|---|---|---|---|---|
| 51.76 10/25/2016 | 49.16 10/25/2016 | 50.96 10/25/2016 | 52.31 10/25/2016 | 53.36 10/25/2016 |
| 52.06 10/25/2016 | 51.56 10/25/2016 | 51.11 10/25/2016 | 51.81 10/25/2016 | 49.31 10/25/2016 |
| 51.36 10/25/2016 | 51.71 10/25/2016 | 51.56 10/25/2016 | 52.06 10/25/2016 | 51.56 10/25/2016 |
| 51.91 10/25/2016 | 51.01 10/25/2016 | 50.46 10/25/2016 | 50.36 10/25/2016 | 50.96 10/25/2016 |
| 51.46 10/25/2016 | 49.76 10/25/2016 | 50.71 10/25/2016 | 51.31 10/25/2016 | 51.51 10/25/2016 |
| 51.66 10/25/2016 | 51.66 10/25/2016 | 51.16 10/25/2016 | 51.41 10/25/2016 | 51.01 10/25/2016 |
| 50.56 10/25/2016 | 51.31 10/25/2016 | 51.26 10/25/2016 | 52.21 10/25/2016 | 51.01 10/25/2016 |

**Product Date/Totals:** 10/25/2016   35   1794.35

**Pallet Total Cases:** 35   **Pallet Total Weight:** 1794.35

**Pallet Tag:** PEV3388838

| | | | | |
|---|---|---|---|---|
| 51.46 10/25/2016 | 50.71 10/25/2016 | 52.41 10/25/2016 | 51.31 10/25/2016 | 51.21 10/25/2016 |
| 48.86 10/25/2016 | 50.51 10/25/2016 | 49.31 10/25/2016 | 49.26 10/25/2016 | 50.31 10/25/2016 |
| 50.06 10/25/2016 | 51.51 10/25/2016 | 51.21 10/25/2016 | 52.26 10/25/2016 | 52.16 10/25/2016 |
| 51.81 10/25/2016 | 49.81 10/25/2016 | 51.16 10/25/2016 | 52.21 10/25/2016 | 51.26 10/25/2016 |
| 50.91 10/25/2016 | 50.21 10/25/2016 | 51.06 10/25/2016 | 51.06 10/25/2016 | 51.66 10/25/2016 |
| 51.01 10/25/2016 | 51.41 10/25/2016 | 51.31 10/25/2016 | 51.16 10/25/2016 | 50.76 10/25/2016 |
| 51.96 10/25/2016 | 51.71 10/25/2016 | 51.01 10/25/2016 | 51.66 10/25/2016 | 50.76 10/25/2016 |

**Product Date/Totals:** 10/25/2016   35   1786.45

**Pallet Total Cases:** 35   **Pallet Total Weight:** 1786.45

**PRODUCT:** 5416   KFC DRUM & THIGH W/O FAT INJ CVP

Page 3 of 4

REPORT -

Produced Pursuant to Grand Jury Subpoena # 19 GJ 256; Subject to Fed. R. Cr. P. 6(e)
May Contain Confidential Business Information; Not Subject to FOIA