# Exhibit A2

## UTC to Eastern Conversion

| Example Originating Date & Time | Daylight Savings Time? | Conversion | Corresponding Eastern Date & Time |
|---|---|---|---|
| **12 noon, August 1, 2014 (UTC)** | Yes (observed second Sunday of March through first Sunday of November) | 4 hours behind | 8:00 A.M. August 1, 2014 |
| **12 noon January 1, 2014 (UTC)** | No | 5 hours behind | 7:00 A.M. January 1, 2014 |
| **5:00 AM August 1, 2014 (Mountain time))** | Yes (observed second Sunday of March through first Sunday of November) | 2 hours ahead | 7:00 A.M. August 1, 2014 |
| **6:00 AM August 1, 2014 (Mountain time)** | No | 2 hours ahead | 8:00 A.M. January 1, 2014 |