# Exhibit A7

# RSCS Contract Prices, Initial Bids, and Period Pricing

8-Piece COB/lb. (Purple Label)

| Company | 2014 Contract Price | Margin | Period 9 Pricing | August 2014 Bid | Margin | Difference (Bid – Period 9) | Period 13 Pricing (eff. Nov. 30, 2014) | 2015 Contract Price | Margin |
|---|---|---|---|---|---|---|---|---|---|
| Pilgrim's | $0.9250 | $0.1175 | $0.9291 | $1.1026 | $0.2175 | +$0.1735 | $0.8851 | $1.0856 | $0.2175 |
| Claxton | $0.9275 | $0.0673 | $0.9264 | $1.1099 | $0.2200 | +$0.1835 | $0.8954 | $1.0669 | $0.1940 |
| Tyson | $0.8988 | $0.0750 | $0.9177 | $1.0919 | $0.1900 | +$0.1742 | $0.9053 | $1.0762 | $0.1931 |
| Koch | $0.9219 | $0.0900 | $0.9264 | $1.0549 | $0.2200 | +$0.1285 | $0.8870 | $1.0369 | $0.2200 |
| George's | $0.9215 | $0.0967 | $0.9222 | $1.0913 | $0.2070 | +$0.1691 | $0.8722 | $1.0307 | $0.1798 |
| Mar-Jac | $0.9254 | $0.0900 | $0.9261 | $1.1062 | $0.2300 | +$0.1801 | $0.8937 | $1.0775 | $0.2300 |
| GX- | 1120, 1122, 1124, 1129, 1728, 1729 | | 1224 | 1007, 1008, 1026, 1029, 1105, 1133, 1146 | | | 1243 | 1119, 1121, 1123, 1125, 1126, 1127 | |

ID: GDX-002