# Exhibit A8

| Appointment | | | Email | |
| --- | --- | --- | --- | --- |
| Start Date | Required Attendees | Company | Email Date | To |
| Jan. 11, 2017 | Wilkerson, Mark | OK Foods | Dec. 9, 2016 | dustin.cannaday@okfoods.com; Wilkerson, Mark |
| Jan 19, 2017 | Rob Dowell | Case | Dec. 9, 2016 | Rob Dowell; Mark Miller |
| Jan 19, 2017 | Scott Brady; Jeramie_martin@claxtonpoultry.com; Mikell_fries@ claxtonpoultry.com | Claxton | Dec. 9, 2016 | Scott Brady |
| Jan. 20, 2017 | Kantola, Bill | Koch | Dec. 9, 2016 | Kantola, Bill |
| Jan. 23, 2017 | Tommy Francis; Kevin Grindle | Mar-Jac | Dec. 9, 2016 | Tommy Francis; gtench@marjacpoultry.com |
| Jan. 27, 2017 | Austin, Roger | Pilgrim's | Dec. 9, 2016 | Roger Austin |
| Jan. 20, 2017 | Mulrenin, Tim; Pepper, Carl | Tyson | Dec. 9, 2016 | Pepper, Carl; Mulrenin, Tim; Scheiderer, Tim |
| Feb. 13, 2017 | Ric Blake | George's | Dec. 9, 2016 | Ric Blake |

SOURCE: 1921, 1922, 1923,1924, 1926, 1927, 1928, 1929, 1942, 1943, 1944, 1945, 1946, 1947, 1957, 1958