# Exhibit A10

# Hidden Columns in Excel Spreadsheet



All columns are visible

ID: GDX-012.1         SOURCE: 1036.xlsx         1

# Hidden Columns in Excel Spreadsheet



ID: GDX-012.2          SOURCE: 1036.xlsx                                              2

# Hidden Columns in Excel Spreadsheet



Right-click brings up a menu with the "hide" option

ID: GDX-012.3                SOURCE: 1036.xlsx                                                3

# Hidden Columns in Excel Spreadsheet



Column **L** is hidden now

ID: GDX-012.4    SOURCE: 1036.xlsx    4

# Hidden Columns in Excel Spreadsheet



Column **M** is selected

ID: GDX-012.5                    SOURCE: 1036.xlsx                                                5

# Hidden Columns in Excel Spreadsheet



Right-click brings up a menu with the "hide" option

ID: GDX-012.6  SOURCE: 1036.xlsx  6

# Hidden Columns in Excel Spreadsheet



Both **L** and **M** columns are hidden now

ID: GDX-012.7          SOURCE: 1036.xlsx          7