IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

**UNITED STATES' MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS TO REDACTED PORTIONS OF THREE EXHIBITS TO ITS TRIAL BRIEF**

The government respectfully moves pursuant to D.C.COLO.LCrR 47.1 to restrict public access to unredacted copies of Exhibits A1, A5, and A6 to its trial brief (ECF 670). The government requests Level 1 restriction, limiting access to the Court and the parties in this case. The government is submitting under restriction a brief that contains the basis for this motion including the information required by D.C.COLO.LCrR 47.1(c)(1)-(5). The government has attached to this motion redacted versions of Exhibits A1, A5, and A6, with the restricted information removed.

Dated: October 19, 2021

Respectfully submitted,

By: s/ Paul Torzilli
Paul J. Torzilli
Michael T. Koenig
Heather D. Call
Carolyn M. Sweeney
Trial Attorneys
Antitrust Division
U.S. Department of Justice
Washington Criminal II Office
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: (202) 514-8349
Email: paul.torzilli@usdoj.gov