IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## GOVERNMENT'S MOTION TO RESTRICT ACCESS TO EXHIBIT A OF ITS MOTION FOR AN *IN CAMERA* RULING REGARDING DISCLOSURE OF MATERIAL UNDER THE JENCKS ACT

The government respectfully moves pursuant to D.C. COLORADO LCrR 47.1 to restrict access to Exhibit A of the government's Motion for an *In Camera* Ruling Regarding Disclosure of Material Under the Jencks Act, ECF No. 682.  The government respectfully requests Level 3 Restriction, limiting access to Exhibit A to the government and the Court.  The government is submitting a brief under restriction that contains the basis for its motion to restrict pursuant to D.C. COLORADO LCrR 47.1(c).

Dated:  October 19, 2021

Respectfully submitted,

By:  /s Laura J. Butte
    Laura J. Butte
    Michael T. Koenig
    Heather D. Call
    Carolyn M. Sweeney
    Paul J. Torzilli
    Trial Attorneys
    Antitrust Division
    U.S. Department of Justice
    Washington Criminal II Office
    450 Fifth Street, N.W.
    Washington, D.C. 20530
    Tel: (202) 431-6619
    Email: laura.butte@usdoj.gov