IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

        v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for interested party:

    KOCH FOODS, INC.

DATED at Chicago, Illinois this 22nd day of October, 2021.

    */s/ Brian J. Smith*
Signature of Attorney

    Brian J. Smith
Name of Attorney

    K&L Gates LLP
Firm Name

    70 W. Madison St., Suite 3300
Office Address

    Chicago, Illinois, 60602
City, State, ZIP Code

310706926.1

__312.807.4202__
Telephone Number

__Brian.J.Smith@klgates.com__
Primary CM/ECF E-mail Address

310706926.1