# Exhibit B

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jayson Penn et al. | ) | Case No. 1:20-cr-00152-PAB |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Custodian of Records
Claxton Poultry Farms
304 Road Atlanta
Bloomingdale, GA 31302

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | UNITED STATES DISTRICT COURT 901 19th Street Denver, CO 80294 | Courtroom No.: A201 |
|---|---|---|
| | | Date and Time: 10/25/2021 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

See Attachment A.

Date: 10/20/2021



CLERK OF COURT, Jeffrey P. Colwell

s/Nicholas Richards
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* United States of America, who requests this subpoena, are:

Michael Koeing - Trial Attorney
U.S. Department of Justice, Antitrust Division
450 5th Street, NW
Washington, DC 20530
Email: Michael.Koenig@usdoj.gov
Phone: 202-616-2165

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   1:20-cr-00152-PAB

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

 ❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

 ❏ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

               _____
                      *Server's signature*

               _____
                      *Printed name and title*

               _____
                      *Server's address*

Additional information regarding attempted service, etc:

ATTACHMENT A:

CLAXTON POULTRY FARMS CUSTODIAN OF RECORDS TRIAL SUBPOENA

Claxton shall make available for testimony the Custodian(s) of Records competent to testify about and familiar with the following with respect to the documents listed in this attachment:

- Email authentication, including the storage of company emails, how emails are saved and maintained on the company's server, how the company's server is maintained, how the company's email addresses are assigned to employees or employee accounts, how emails are transmitted and received from the accounts as reflected in the "to" and "from" entries, and how other related items such as calendar invitations and email attachments are made, saved, and maintained;
- Business record authentication, including how documents are saved and stored on the company's server, how the server is maintained, whether documents were made and maintained during the course of regularly conducted business, and explanation as to why the entry on the record was reliable;
- How human resources records are made, saved, stored and maintained;
- How press releases are made, saved, stored, and maintained;
- And how all of the above documents were collected and produced in response to the grand jury subpoena.

| Trial Exhibit Number | Bates Number |
|---|---|
| 100 | CLA_0191682 |
| 101 | CLA_0191683 |
| 316 | CLA_0193638 |
| 317 | CLA_0193640 |
| 318 | CLA_0193715 |
| 578 | CLA_0293131 |
| 600 | CLA_0133081 |
| 701 | CLA_0076034 |
| 702 | CLA_0076096 |
| 703 | CLA_0076099 |
| 704 | CLA_0076100 |
| 705 | CLA_0076258 |
| 706 | CLA_0076259 |
| 762 | CLA_0228956 |
| 763 | CLA_0228957 |
| 900 | CLA_0072794 |
| 1000 | CLA_0078160 |
| 1001 | CLA_0078169 |
| 1002 | CLA_0078170 |
| 1003 | CLA_0078182 |

| Trial Exhibit Number | Bates Number |
|---|---|
| 1004 | CLA_0078184 |
| 1005 | CLA_0194351 |
| 1402 | CLA_0191959 |
| 1403 | CLA_0191961 |
| 1404 | CLA_0191962 |
| 1435 | CLA_0191967 |
| 1500 | CLA_0078000 |
| 1501 | CLA_0078001 |
| 1502 | CLA_0078019 |
| 1503 | CLA_0078020 |
| 1504 | CLA_0081132 |
| 1505 | CLA_0191549 |
| 1506 | CLA_0191550 |
| 1507 | CLA_0191582 |
| 1508 | CLA_0192748 |
| 1600 | CLA_0192298 |
| 1601 | CLA_0192302 |
| 1700 | CLA_0078049 |
| 1701 | CLA_0193036 |
| 1702 | CLA_0193037 |
| 1735 | CLA_0078050 |
| 1801 | CLA_0075620 |
| 1802 | CLA_0075976 |
| 1803 | CLA_0075977 |
| 1804 | CLA_0168565 |
| 1805 | CLA_0199023 |
| 1806 | CLA_0199024 |
| 3000 | CLA_0192724 |
| 3001 | CLA_0192747 |
| 6000 | CLA_0074707 |
| 6001 | CLA_0078018 |
| 6002 | CLA_0078153 |
| 6003 | CLA_0078156 |
| 6004 | CLA_0078157 |
| 6005 | CLA_0078158 |
| 6006 | CLA_0078161 |
| 6007 | CLA_0078163 |
| 6008 | CLA_0078164 |
| 6009 | CLA_0078783 |
| 6010 | CLA_0082918 |
| 6011 | CLA_0082919 |
| 6012 | CLA_0085948 |

| Trial Exhibit Number | Bates Number |
|---|---|
| 6013 | CLA_0085950 |
| 6014 | CLA_0108324 |
| 6015 | CLA_0108325 |
| 6016 | CLA_0108373 |
| 6017 | CLA_0109225 |
| 6018 | CLA_0109226 |
| 6019 | CLA_0109566 |
| 6020 | CLA_0109567 |
| 6021 | CLA_0132729 |
| 6022 | CLA_0132730 |
| 6023 | CLA_0132741 |
| 6024 | CLA_0132742 |
| 6025 | CLA_0132762 |
| 6026 | CLA_0132764 |
| 6027 | CLA_0132770 |
| 6028 | CLA_0133075 |
| 6029 | CLA_0133076 |
| 6030 | CLA_0133108 |
| 6031 | CLA_0133109 |
| 6032 | CLA_0133156 |
| 6033 | CLA_0133157 |
| 6034 | CLA_0133286 |
| 6035 | CLA_0133332 |
| 6036 | CLA_0133333 |
| 6037 | CLA_0133337 |
| 6038 | CLA_0133338 |
| 6039 | CLA_0133441 |
| 6040 | CLA_0133442 |
| 6041 | CLA_0143329 |
| 6042 | CLA_0143330 |
| 6043 | CLA_0143373 |
| 6044 | CLA_0143374 |
| 6045 | CLA_0192187 |
| 6046 | CLA_0192603 |
| 6047 | CLA_0192604 |
| 6048 | CLA_0192768 |
| 6049 | CLA_0192878 |
| 6050 | CLA_0192879 |
| 6051 | CLA_0192880 |
| 6052 | CLA_0193330 |
| 6053 | CLA_0193572 |
| 6054 | CLA_0193616 |

| Trial Exhibit Number | Bates Number |
|---|---|
| 6055 | CLA_0193683 |
| 6056 | CLA_0193709 |
| 6057 | CLA_0193773 |
| 6058 | CLA_0194009 |
| 6059 | CLA_0194046 |
| 6060 | CLA_0194106 |
| 6061 | CLA_0194188 |
| 6062 | CLA_0194190 |
| 6063 | CLA_0194534 |
| 6064 | CLA_0194544 |
| 6065 | CLA_0195273 |
| 6066 | CLA_0195900 |
| 6067 | CLA_0197024 |
| 6068 | CLA_0197025 |
| 6069 | CLA_0197026 |
| 6070 | CLA_0197027 |
| 6071 | CLA_0197028 |
| 6072 | CLA_0197029 |
| 6073 | CLA_0197493 |
| 6074 | CLA_0197495 |
| 6075 | CLA_0198168 |
| 6076 | CLA_0198169 |
| 6077 | CLA_0223256 |
| 6078 | CLA_0223257 |
| 6079 | CLA_0228816 |
| 6080 | CLA_0228817 |
| 7001 | CLA_0145568 |
| 9002 | CLA_0076101 |
| 9003 | CLA_0133358 |
| 9004 | CLA_0192875 |
| 9005 | CLA_0192979 |
| 9006 | CLA_0193082 |
| 9007 | CLA_0193089 |
| 9008 | CLA_0193192 |
| 9142 | CLA_0075888 |
| 9143 | CLA_0133351 |
| 9144 | CLA_0242816 |
| 319 | CLAXTON_0178609 |
| 500 | CLAXTON_0014869 |
| 501 | CLAXTON_0022760 |
| 502 | CLAXTON_0022761 |
| 503 | CLAXTON_0089312 |

| Trial Exhibit Number | Bates Number |
|---|---|
| 504 | CLAXTON_0089372 |
| 505 | CLAXTON_0089378 |
| 506 | CLAXTON_0173792 |
| 507 | CLAXTON_0173798 |
| 508 | CLAXTON_0178815 |
| 579 | CLAXTON_0089306 |
| 1509 | CLAXTON_0012420 |
| 1703 | CLAXTON_0012417 |
| 1704 | CLAXTON_0012419 |
| 3002 | CLAXTON_0137666 |
| 3081 | CLAXTON_0011443 |
| 3082 | CLAXTON_0011461 |
| 6081 | CLAXTON_0000986 |
| 6082 | CLAXTON_0013238 |
| 6083 | CLAXTON_0121531 |
| 6084 | CLAXTON_0136239 |
| 355, 982, 1238, 1427, 1615, 1734, 8010 | CLAXTON_0181706 |
| 9009 | CLAXTON_0087905 |
| 9145 | CLAXTON_0000081 |
| 9146 | CLAXTON_0011048 |
| 9147 | CLAXTON_0024099 |
| 9010 | CLAXTON_0181697 |
| 319 | CLAXTON_0178609 |
| 500 | CLAXTON_0014869 |
| 501 | CLAXTON_0022760 |
| 502 | CLAXTON_0022761 |
| 503 | CLAXTON_0089312 |
| 504 | CLAXTON_0089372 |