# IN THE UNITED STATEDISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. Jayson Jeffrey Penn,
2. Mikell Reeve Fries,
3. Scott James Brady,
4. Roger Born Austin,
5. Timothy R. Mulrenin,
6. William Vincent Kantola,
7. Jimmie Lee Little,
8. William Wade Lovette,
9. Gary Brian Roberts,
10. Rickie Patterson Blake

Defendants.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for interested party:

    NORMAN W. FRIES, INC. D/B/A CLAXTON POULTRY FARMS

DATED at Chicago, Illinois this 22nd day of October, 2021

                                        /s/ Michael P. Mayer
                                          Signature of Attorney

                                        Michael P. Mayer
                                          Name of Attorney

                                        Winston & Strawn LLP
                                                Firm Name

    35 W. Wacker Dr.
    Office Address

    Chicago, IL 60601
    City, State, ZIP Code

    (312) 558-5600
    Telephone Number

    MMayer@winston.com
    Primary CM/ECF E-mail Address