IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. **JAYSON JEFFREY PENN,**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN,**
5. **TIMOTHY R. MULRENIN,**
6. **WILLIAM VINCENT KANTOLA,**
7. **JIMMIE LEE LITTLE,**
8. **WILLIAM WADE LOVETTE,**
9. **GARY BRIAN ROBERTS,**
10. **RICKIE PATTERSON BLAKE,**

      Defendants.

---

### UNITED STATES' NOTICE OF AMENDED WITNESS LIST AND OF ATTORNEY NAMES FOR PRELIMINARY JURY INSTRUCTION

---

      The government hereby gives notice to the Court that it has amended its initial witness list. The government's initial witness list was filed on October 6, 2021 (ECF 590), and its amended list of anticipated witnesses is attached as Exhibit A. The revisions are based on this Court's order from October 19, 2021, ECF 673, denying in part the government's motions regarding pre-trial rulings on the authentication of evidence.

      The government also now intends for two attorneys, Laura Butte and Jill Rogowski—both of whom have made an appearance in this case—to take direct

examinations of certain document custodian witnesses. The government provides this notice should the Court wish to modify its preliminary instruction to include their names.

Dated: October 22, 2021    Respectfully submitted,

/s/ Yixi (Cecilia) Cheng
YIXI (CECILIA) CHENG
MICHAEL KOENIG
HEATHER CALL
CAROLYN SWEENEY
PAUL TORZILLI
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 705-8342
yixi.cheng@usdoj.gov
Attorneys for the United States