# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. __1:20-cr-00152-PAB_____          Date: __October 22, 2021___

Case Title: __United States v. Jayson Penn et al._____

## UNITED STATES WITNESS LIST

| WITNESS (FACT WITNESS IN **BOLD**) | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY* |
|---|---|
| **James Olson** | 10/25 – 1.25 hours |
| Matt Bunch (Tyson Records Custodian) | 10/26 – 0.25 hours |
| Carolyn Sue Arens (Tyson Records Custodian) | 10/26 – 0.25 hours |
| Stewart Ward (Koch Records Custodian) | 10/26 – 0.5 hours |
| Stephen Gresch (TransPerfect, Tyson vendor) | 10/26 – 0.25 hours |
| Sean King (Consilio, Pilgrim's vendor) | 10/26 – 0.25 hours |
| Lumakar Challa (Pilgrim's Records Custodian) | 10/26 – 0.25 hours |
| Ted Sangalis (Pilgrim's Records Custodian) | 10/26 – 0.25 hours |
| Melissa Sandoval (Verizon Records Custodian) | 10/26 – 0.25 hours |
| Robert Hood (George's Records Custodian) | 10/26 – 0.25 hours |
| George's vendor | 10/26 – 0.25 hours |
| Bill Kent (RSCS Records Custodian) | 10/26 – 0.25 hours |
| Mar-Jac Records Custodian(s) | 10/27 – 0.5 hours |
| Joel Williams (Mar-Jac Records Custodian) | 10/27 – 0.5 hours |
| OpenText Records Custodian(s) (Mar-Jac vendor) | 10/27 – 0.5 hours |
| Greg Finch (Claxton Records Custodian) | 10/27 – 0.5 hours |
| Claxton Records Custodian(s) | 10/27 – 0.5 hours |
| Simeon Morbey | 10/27 – 0.25 hours |
| Anna Bieganowska | 10/27 – 0.25 hours |
| Phil Fanara (AT&T Records Custodian) | 10/27 – 0.25 hours |
| **Robert Lewis** | 10/27 – 0.75 hours |
| **Robert Bryant** | 10/28-11/1 – 3 hours |
| **Special Agent Matthew Koppenhaver** | 11/1-2 – 4.5 hours |
| **Sara Fisher** | 11/2 – 1.25 hours |
| **Michael Ledford** | 11/3 – 2 hours |
| **Meyer Skalak** | 11/3-4 – 1.5 hours |
| **Joseph Brink** | 11/4 – 1.5 hours |
| Robert Dawson (Sysco Records Custodian) | 11/4 – 0.25 hours |
| **Melissa Hoyt** | 11/4 – 1.25 hours |

| | |
|---|---|
| **Telly Smith** | 11/5 – 1 hours |
| Gary Weeks | 11/5 – 0.25 hours |
| Brian Coan | 11/5 – 0.25 hours |
| **Rebecca Nelson** | 11/5 – .75 hours |
| **Special Agent LaNard Taylor** | 11/5-9 – 5 hours |

\* The government's estimated length of testimony is based on its planned direct examination; it does not account for defendants' cross-examination or the government's re-direct. The estimated dates reflect an assumption that there will be an equal amount of time for defendants' cross examination.