# Exhibit A2

## UTC Conversion to Eastern Time

| Example UTC Time Zone Time & Date | Daylight Savings Time? | Conversion | Corresponding Eastern Date & Time |
|---|---|---|---|
| **12 noon, August 1, 2014** | Yes (observed second Sunday of March through first Sunday of November) | 4 hours behind | 8:00 A.M. August 1, 2014 |
| **12 noon January 1, 2014** | No | 5 hours behind | 7:00 A.M. January 1, 2014 |

## Mountain Conversion to Eastern Time

| Example Mountain Time Zone Time & Date | Daylight Savings Time? | Conversion | Corresponding Eastern Date & Time |
|---|---|---|---|
| **12 noon August 1, 2014** | Yes (observed second Sunday of March through first Sunday of November) | 2 hours ahead | 2:00 P.M. August 1, 2014 |
| **12 noon January 1, 2014** | No | 2 hours ahead | 2:00 P.M. January 1, 2014 |