# Exhibit A3

## Time Conversions for Emails, Text Messages, and Phones Calls

| Exhibit and Pin Cite | Record Date & Time | Time Zone of Record | Source of Time Zone | Conversion | Corresponding Eastern Date & Time |
|---|---|---|---|---|---|
| **1429** Item 3389 | 21:07:21 10/04/2012 | Coordinated Universal Time ("UTC") | Reflected on Record | 4 hours behind | 5:07 P.M. October 4, 2012 |
| **1430** Item 670 | 21:22:57 10/5/2012 | UTC | Reflected on Record | 4 hours behind | 5:22 P.M. October 5, 2012 |
| **1432** Item 2967 | 14:15:45 10/8/2012 | UTC | Reflected on Record | 4 hours behind | 10:15 A.M. October 8, 2012 |
| **1432** Item 2969 | 14:17:52 10/8/2012 | UTC | Reflected on Record | 4 hours behind | 10:17 A.M. October 8, 2012 |
| **1432** Item 2985 | 18:06:33 10/8/2012 | UTC | Reflected on Record | 4 hours behind | 2:06 P.M. October 8, 2012 |
| **1432** Item 2988 | 18:16:05 10/8/2012 | UTC | Reflected on Record | 4 hours behind | 2:16 P.M. October 8, 2012 |
| **1434** Item 10688 | 22:02:12 10/8/2012 | UTC | Reflected on Record | 4 hours behind | 6:02 P.M. October 8, 2012 |
| **1432** Item 3005 | 15:32:22 10/9/2012 | UTC | Reflected on Record | 4 hours behind | 11:32 A.M. October 9, 2012 |
| **1432** Item 3011 | 17:49:21 10/9/2012 | UTC | Reflected on Record | 4 hours behind | 1:49 P.M. October 9, 2012 |

| | | | | | |
|---|---|---|---|---|---|
| **1431** <br> **Item 3445** | 00:27:44 <br> 10/10/2012 | UTC | Reflected on Record | 4 hours behind | 8:27 P.M. <br> October 9, 2012 |
| **1441** <br> **Item 3293** | 14:46:48 <br> 11/05/2012 | UTC | Reflected on Record | 4 hours behind | 9:47 A.M. <br> November 5, 2012 |
| **1441** <br> **Item 3294** | 14:59:39 <br> 11/05/2012 | UTC | Reflected on Record | 4 hours behind | 9:59 A.M. <br> November 5, 2012 |
| **1441** <br> **Item 3303** | 16:20:43 <br> 11/05/2012 | UTC | Reflected on Record | 4 hours behind | 11:20 A.M. <br> November 5, 2012 |
| **1440** <br> **Item 15781** | 15:00:29 <br> 11/13/2012 | UTC | Reflected on Record | 4 hours behind | 11:00 A.M. <br> November 13, 2012 |
| **1442** <br> **Item 3466** | 19:44:42 <br> 11/28/2012 | UTC | Reflected on Record | 5 hours behind | 2:44 P.M. <br> November 28, 2012 |
| **245** <br> **Item 22176** | 15:45:53 <br> 12/23/2013 | UTC | Reflected on Record | 5 hours behind | 10:45 A.M. <br> December 23, 2013 |
| **245** <br> **Item 22204** | 17:57:08 <br> 12/24/2013 | UTC | Reflected on Record | 5 hours behind | 12:57 P.M. <br> December 24, 2013 |
| **246** <br> **Item 22836** | 16:50:37 <br> 01/28/2014 | UTC | Reflected on Record | 5 hours behind | 11:50 A.M. <br> January 26, 2013 |
| **246** <br> **Item 22873** | 15:12:15 <br> 01/29/2014 | UTC | Reflected on Record | 5 hours behind | 10:12 A.M. <br> January 27, 2013 |
| **246** <br> **Item 22875** | 15:42:59 <br> 01/29/2014 | UTC | Reflected on Record | 5 hours behind | 10:42 A.M. <br> January 28, 2013 |
| **1231** <br> **Item 33925** | 12:56:42 <br> 08/15/2014 | UTC | Reflected on Record | 4 hours behind | 8:57 A.M. <br> August 15, 2014 |

| | | | | | |
|---|---|---|---|---|---|
| **1231** Item 33928 | 15:18:37 08/15/2014 | UTC | Reflected on Record | 4 hours behind | 11:18 A.M. August 15, 2014 |
| **1231** Item 33929 | 15:26:50 08/15/2014 | UTC | Reflected on Record | 4 hours behind | 11:26 A.M. August 15, 2014 |
| **1231** Item 33930 | 15:34:51 08/15/2014 | UTC | Reflected on Record | 4 hours behind | 11:34 A.M. August 15, 2014 |
| **1231** Item 33932 | 15:35:17 08/15/2014 | UTC | Reflected on Record | 4 hours behind | 11:35 A.M. August 15, 2014 |
| **1231** Item 33933 | 15:42:45 08/15/2014 | UTC | Reflected on Record | 4 hours behind | 11:42 A.M. August 15, 2014 |
| **1231** Item 33954 | 19:27:37 08/15/2014 | UTC | Reflected on Record | 4 hours behind | 3:27 P.M. ET August 15, 2014 |
| **1231** Item 33958 | 19:50:19 08/15/2014 | UTC | Reflected on Record | 4 hours behind | 3:50 P.M. ET August 15, 2014 |
| **1231** Item 33961 | 19:52:18 08/15/2014 | UTC | Reflected on Record | 4 hours behind | 3:52 P.M. ET August 15, 2014 |
| **1233** Item 27203 | 20:08:33 08/15/2014 | UTC | Reflected on Record | 4 hours behind | 4:08 P.M. ET August 15, 2014 |
| **1231** Item 33964 | 20:11:47 08/15/2014 | UTC | Reflected on Record | 4 hours behind | 4:11 P.M. ET August 15, 2014 |
| **1234** Item 49451 | 20:21:22 08/15/2014 | UTC | Reflected on Record | 4 hours behind | 4:21 P.M. August 15, 2014 |
| **1234** Item 49452 | 20:28:18 08/15/2014 | UTC | Reflected on Record | 4 hours behind | 4:28 P.M. August 15, 2014 |

| | | | | | |
|---|---|---|---|---|---|
| **1235**<br>Item 27248 | 13:41:39<br>08/18/2014 | UTC | Reflected on Record | 4 hours behind | 9:41 A.M.<br>August 18, 2014 |
| **1235**<br>Item 27255 | 14:34:41<br>08/18/2014 | UTC | Reflected on Record | 4 hours behind | 10:34 A.M.<br>August 18, 2014 |
| **1235**<br>Item 27267 | 17:25:08<br>08/18/2014 | UTC | Reflected on Record | 4 hours behind | 1:25 P.M.<br>August 18, 2014 |
| **1235**<br>Item 27273 | 18:41:03<br>08/18/2014 | UTC | Reflected on Record | 4 hours behind | 2:41 P.M.<br>August 18, 2014 |
| **1239**<br>Item 15979 | 18:58:22<br>08/18/2014 | UTC | Reflected on Record | 4 hours behind | 2:58 P.M.<br>August 18, 2014 |
| **1235**<br>Item 27278 | 19:21:30<br>08/18/2014 | UTC | Reflected on Record | 4 hours behind | 3:21 P.M.<br>August 18, 2014 |
| **1239**<br>Item 16253 | 13:55:02<br>08/26/2014 | UTC | Reflected on Record | 4 hours behind | 9:55 A.M.<br>August 26, 2014 |
| **353**<br>Item 13373 | 13:51:32<br>04/01/2014 | UTC | Reflected on Record | 4 hours behind | 9:51 A.M.<br>April 1, 2014 |
| **353**<br>Item 13374 | 14:51:28<br>04/01/2014 | UTC | Reflected on Record | 4 hours behind | 10:51 A.M. ET<br>April 1, 2014 |
| **354**<br>Item 3746 | 13:38:01<br>04/18/2014 | UTC | Reflected on Record | 4 hours behind | 9:38 A.M.<br>April 18, 2014 |
| **494**<br>Item 42655 | 15:02:44<br>10/17/2014 | UTC | Reflected on Record | 4 hours behind | 11:02 A.M.<br>October 17, 2014 |
| **765**<br>Item 103501 | 15:32:55<br>09/05/2017 | UTC | Reflected on Record | 4 hours behind | 11:32 A.M.<br>September 5, 2017 |

| | | | | | |
|---|---|---|---|---|---|
| **765** **Item 103510** | 15:46:42 09/05/2017 | UTC | Reflected on Record | 4 hours behind | 11:46 A.M. September 5, 2017 |
| **765** **Item 103533** | 16:41:25 09/05/2017 | UTC | Reflected on Record | 4 hours behind | 12:41 P.M. September 5, 2017 |
| **766** **Item 103592** | 13:37:27 09/06/2017 | UTC | Reflected on Record | 4 hours behind | 9:37 A.M. September 6, 2017 |
| **766** **Item 103597** | 13:48:21 09/06/2017 | UTC | Reflected on Record | 4 hours behind | 9:48 A.M. September 6, 2017 |
| **766** **Item 103623** | 17:41:16 09/06/2017 | UTC | Reflected on Record | 4 hours behind | 1:41 P.M. September 6, 2017 |