# Exhibit A7

# RSCS Contract Prices (Period 1), and Period 13 Prices

8-Piece COB/lb. (Purple Label)

| Company | 2014 Contract Price & Margin (Period 1) | | | Period 13 Prices | | 2015 Contract Price & Margin (Period 1) | |
|---|---|---|---|---|---|---|---|
| Pilgrim's | $0.9250 | $0.1175 | | $0.8851 | | $1.0856 | $0.2175 |
| Claxton | $0.9275 | $0.0673 | | $0.8954 | | $1.0669 | $0.1940 |
| Tyson | $0.8988 | $0.0750 | | $0.9053 | | $1.0762 | $0.1931 |
| Koch | $0.9219 | $0.0900 | | $0.8870 | | $1.0369 | $0.2200 |
| George's | $0.9215 | $0.0967 | | $0.8722 | | $1.0307 | $0.1798 |
| Mar-Jac | $0.9254 | $0.0900 | | $0.8937 | | $1.0775 | $0.2300 |
| GX- | 1120, 1122, 1124, 1129, 1728, 1729 | | | 1243 | | 1119, 1121, 1123, 1125, 1126, 1127 | |

ID: GDX-002