# Exhibit A10

# Hidden Columns in Excel Spreadsheet



All columns are visible

ID: GDX-012.1                SOURCE: 1036.xlsx                                            1

# Hidden Columns in Excel Spreadsheet



Column **L** is selected

ID: GDX-012.2　　　　　　　SOURCE: 1036.xlsx　　　　　　　　　　　　　2

# Hidden Columns in Excel Spreadsheet



ID: GDX-012.3                SOURCE: 1036.xlsx                                3



# Hidden Columns in Excel Spreadsheet



Column **M** is selected

ID: GDX-012.5                SOURCE: 1036.xlsx                                    5

# Hidden Columns in Excel Spreadsheet



Right-click brings up a menu with the "hide" option

ID: GDX-012.6                SOURCE: 1036.xlsx                                              6

# Hidden Columns in Excel Spreadsheet



Both L and M columns are hidden now

ID: GDX-012.7　　　　　SOURCE: 1036.xlsx　　　　　　　　7