IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br>1. JAYSON JEFFREY PENN,<br>2. MIKELL REEVE FRIES,<br>3. SCOTT JAMES BRADY,<br>4. ROGER BORN AUSTIN,<br>5. TIMOTHY R. MULRENIN,<br>6. WILLIAM VINCENT KANTOLA,<br>7. JIMMIE LEE LITTLE,<br>8. WILLIAM WADE LOVETTE,<br>9. GARY BRIAN ROBERTS, and<br>10. RICKIE PATTERSON BLAKE,<br><br>  Defendants. | No. 20-cr-00152-PAB |

**JAYSON PENN'S MOTION TO RESTRICT ACCESS TO
ERRATA TO MOTION TO EXCLUDE GOVERNMENT EXHIBIT 1030**

Jayson Penn, by and through undersigned counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and Local Criminal Rule 47.1, respectfully moves this Court to restrict his Errata to Motion to Exclude Government Exhibit 1030.  Pursuant to District of Colorado Local Criminal Rule 47.1(c), a Level 1 restriction of this document is necessary because it describes the contents of an ongoing criminal investigation.  Mr. Penn does not want to prejudice any nonparties or impact the administration of justice by disclosing details of that investigation.  The Local Rules apply presumptive restrictions to similar issues, such as indictments, petitions for summonses, and arrest warrants.  *See* District of Colorado Local Criminal Rule 47.1(f).  In light of this, Mr. Penn believes that restricting the Errata is an appropriate remedy here.

1

2

Dated: October 28, 2021    Respectfully submitted,

<u>*s/ Michael F. Tubach*</u>
Michael F. Tubach
O'MELVENY & MYERS LLP
Attorney for Jayson Jeffrey Penn
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
(415) 984-8700
mtubach@omm.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all listed parties.

Dated: October 28, 2021                              *s/ Michael F. Tubach*
                                                                                   Michael F. Tubach