IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: October 26, 2021 |
| Courtroom Deputy: Robert R. Keech | Court Reporter: Janet Coppock |

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,   Michael T. Koenig
  Carolyn M. Sweeney
  Heather D. Call
  Paul J. Torzilli

   Plaintiff,

v.

1. JAYSON JEFFREY PENN,   Michael F. Tubach
  Anna T. Pletcher

2. MIKELL REEVE FRIES,   Richard K. Kornfeld
  David M. Beller
  Kelly L. Page

3. SCOTT JAMES BRADY,   Bryan B. Lavine
  Megan C. Rahman

4. ROGER BORN AUSTIN,   Michael S. Feldberg
  Laura E. Carwile
  Julie V. Withers

5. TIMOTHY R. MULRENIN,   Elizabeth B. Prewitt
  Marci G. LaBranche

6. WILLIAM VINCENT KANTOLA,   Roxann E. Henry
  James A. Backstrom

7. JIMMIE LEE LITTLE,   Dennis J. Canty
8. WILLIAM WADE LOVETTE,   John A. Fagg, Jr.
  James P. McLoughlin, Jr.
  Dru R. Nielsen
  Frank E. Schall

9. GARY BRIAN ROBERTS, and   Craig A. Gillen
  Richard T. Tegtmeier

10. RICKIE PATTERSON BLAKE,   Wendy W. Johnson
  Barry J. Pollak

   Defendants.

## COURTROOM MINUTES

**JURY TRIAL - DAY 2**

**8:08 a.m.**   **Court in session.**  Jury panel not present.

Defendants present on bond.

Court's remarks to counsel regarding scheduling issues.

**8:16 a.m.**   **Court in recess.**

**8:33 a.m.**   **Court in session.**  Jury panel is present.

Voir dire by Court continues.

9:22 a.m.   Voir dire by Government by Ms. Call.

9:26 a.m.   Voir dire by Defendants by Mr. Beller.

9:30 a.m.   Bench conference regarding taking a recess to allow counsel to confer.

9:34 a.m.   Jury excused.

Court outlines procedure for challenges for cause and peremptory challenges.

**9:36 a.m.**   **Court in recess.**

**10:00 a.m.**   **Court in session.**  Jury panel not present.

Government's oral motion to challenge jurors 100466427 and 100431930 for cause.

Argument by counsel.

**ORDERED:**   Government's oral motion to challenge jurors 100466427 and 100431930 for cause is **DENIED.**

Defendants' oral motion to challenge juror 100452122 for cause.

Argument by counsel.

| | |
|---|---|
| **ORDERED:** | Defendants' oral motion to challenge juror 100452122 for cause is **GRANTED.** |
| | Defendants' oral motion to challenge jurors 100426029, 100428933, 100447900, and 100440096 for cause. |
| | Argument by counsel. |
| **ORDERED:** | Defendants' oral motion to challenge jurors 100426029, 100428933, and 100447900 for cause is **DENIED.** |
| | Defendants' oral motion to challenge juror 100440096 for cause. |
| | Argument by counsel. |
| **ORDERED:** | Defendants' oral motion to challenge juror 100440096 for cause is **GRANTED.** |
| **10:20 a.m.** | **Court in recess.** |
| **10:25 a.m.** | **Court in session.**  Jury panel is present. |
| | Voir dire by Court continues. |
| 11:00 a.m. | Voir dire by Government by Ms. Call. |
| 11:07 a.m. | Voir dire by Defendants by Mr. Beller. |
| 11:14 a.m. | Bench conference regarding challenges for cause. Government's oral motion to challenge juror 100458038 for cause is **DENIED** and Defendants' oral motion for cause as to juror 100445402 is **GRANTED.** |
| 11:19 a.m. | Voir dire by Court continues. |
| 11:53 a.m. | Voir dire by Government by Ms. Call. |
| 11:54 a.m. | Voir dire by Defendants by Mr. Beller. |

Challenges for cause:

16. 100435492
17. 100434066
18. 100433463
19. 100452122
20. 100449286
21. 100440096
22. 100465783
23. 100445402
24. 100459897
25. 100471986
26. 100429924
27. 100432248

11:56 a.m.    Bench conference regarding schedule for the afternoon.

**12:02 p.m.    Court in recess.**

**1:47 p.m.    Court in session.** Jury panel is present.

                Parties exercise peremptory challenges.

Plaintiff's peremptory challenges:

1. 100458038
2. 100466427
3. 100472733
4. 100443277

Defendant's peremptory challenges:

1. 100439333
2. 100465981
3. 100432449
4. 100428933
5. 100452548
6. 100456309
7. 100426029
8. 100431930
9. 100447900

2:10 p.m.    Remaining jurors are excused.

2:10 p.m.	<u>Jury sworn to try case:</u>

1. 100437165
2. 100457546
3. 100433959
4. 100462457
5. 100444680
6. 100456970
7. 100458271
8. 100432955
9. 100437476
10. 100426603
11. 100453835
12. 100434344
13. 100452203
14. 100465122

         Court's remarks to jurors regarding protocol.

2:29 p.m.	Court reads preliminary jury instructions.

2:45 p.m.	Opening statement by Government by Mr. Koenig.

3:03 p.m.	Opening statement by Defendant William Wade Lovette by Mr. Fagg.

3:31 p.m.	Jury excused.

         Government indicates they have an issue to raise.

**3:32 p.m.	Court in recess.**

**3:52 p.m.	Court in session.** Jury not present.

         Mr. Koenig indicates the Government did not receive demonstrative exhibits used in opening statements.

4:00 p.m.	Jury enters.

4:00 p.m.	Opening statement by Defendant Jayson Jeffrey Penn by Mr. Tubach.

4:24 p.m.	Bench conference regarding objection by Government.

4:26 p.m.	Opening statement by Defendant Roger Born Austin by Mr. Feldberg.

4:45 p.m.	Opening statement by Defendant Jimmie Lee Little Mr. Canty.

4:57 p.m.	Court's remarks to counsel regarding the evening recess.

| | |
|---|---|
| 5:00 p.m. | Jury excused for the evening. |
| | Discussion regarding issues as to exhibits, counsel being provided with discovery, and Brady and Jencks Act material. |
| **ORDERED:** | **Bond is CONTINUED as to all defendants.** |
| **5:14 p.m.** | **Court in recess.    Trial continued.    Total time in court:    6:14** |