# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB
Courtroom Deputy: Robert R. Keech

Date: October 28, 2021
Court Reporter: Janet Coppock

_Parties:_

_Counsel:_

UNITED STATES OF AMERICA,

Michael T. Koenig
Carolyn M. Sweeney
Heather D. Call
Paul J. Torzilli
Jillian M. Rogowski
Laura J. Butte

    Plaintiff,

v.

1.   JAYSON JEFFREY PENN,

Michael F. Tubach
Anna T. Pletcher
Jacqueline V. Roeder

2.  MIKELL REEVE FRIES,

Richard K. Kornfeld
Kelly L. Page
David M. Beller

3.  SCOTT JAMES BRADY,

Bryan B. Lavine
Megan C. Rahman

4.  ROGER BORN AUSTIN,

Michael S. Feldberg
Laura E. Carwile
Julie V. Withers

5.  TIMOTHY R. MULRENIN,

Elizabeth B. Prewitt
Marci G. LaBranche
Caroline Rivera

6.  WILLIAM VINCENT KANTOLA,

Roxann E. Henry
James A. Backstrom

7.  JIMMIE LEE LITTLE,
8.  WILLIAM WADE LOVETTE,

Dennis J. Canty
John A. Fagg, Jr.
Frank E. Schall
Dru R. Nielsen
James P. McLoughlin, Jr.

9.  GARY BRIAN ROBERTS, and

Craig A. Gillen
Richard T. Tegtmeier

10.  RICKIE PATTERSON BLAKE,

Wendy W. Johnson
Barry J. Pollack

    Defendants.

---

## COURTROOM MINUTES

---

**JURY TRIAL – DAY 4**

**8:03 a.m.**      **Court in session. Jury not present.**

            Defendants present on bond.

            Defendants' Motion [ECF 739] is raised for argument.

8:04 a.m.      Argument by counsel.

**ORDERED:**   Defendants' Motion [ECF 739] is **GRANTED IN PART and DENIED IN PART.**

8:19 a.m.      Discussion regarding issues related to Government's exhibit 1030.

**ORDERED:**   **RULING IS RESERVED** on Defendants' Motion [ECF 749].

8:21 a.m.      Discussion regarding preliminary matters, objections to documents, and schedule for today.

**8:39 a.m.**      **Court in recess.**

**9:33 a.m.**      **Court in session.** Jury not present.

            Discussion regarding progress on stipulations as to custodian witnesses.

9:38 a.m.      Jury enters.

9:40 a.m.      Government's witness **Melissa Lee Sandoval** resumes.

            Direct examination by Government continues by Ms. Ragowski.

**Exhibit(s) 352, 352-1, 495, 495-1, 496, 497, 497-1, 499, 499-1, 499-2, 499-3, 590, 590-1, 625, 625-1, 764, 764-1, 980, 980-1, 981, 981-1, 1232, 1232-1, 1236, 1236-1, 1237, 1237-1, 1240, 1240-1, 1241, 1241-1, 1249, 1249-1, 1426, 1426-1, 1428, 1428-1, 1443, 1443-1, 1444, 1444-1, 1614, 1614-1, 1733, 1733-1, 1959, 1959-1, 1960, 1960-1, 1961, 1961-1, 1963, 1963-1, 8024, 8025, 8026, 8071, 8027, 8028, 2029, 8030, 8031, 8032, 8033, 8072, 8073, 8034, 8035, 8036, 8074, 8037, 8075, 8076, 8077, 8078, 8038, 8039, 8079, 8080, 8081, 8082, 8040, 8083, 8084, 8046, 8047, 8048, 8049, 8050, 8051, 8071, 8072, 8073, 8074, 8075, 8076, 8077, 8078, 8079, 8080, 8081, 8082, 8083, 8084, 8085 RECEIVED.**

9:48 a.m.      Government's witness **Matthew Wayne Bunch** sworn.

Direct examination by Government by Ms. Butte.
*Exhibit(s) identified:        9556, 114, 230, 232*

9:59 a.m.      Bench conference regarding objection by Defendants.

10:04 a.m.     Cross examination by Defendant Rickie Patterson Blake by Mr. Pollack
*Exhibit(s) identified:        114*

10:11 a.m.     Government's witness **Carolyn Sue Arens** sworn.

Direct examination by Government by Ms. Butte.
*Exhibit(s) Identified:        9549*

10:16 a.m.     Cross examination by Defendant Timothy R. Mulrenin by Ms. Prewitt.
*Exhibit(s) identified:        H-675, H-676*

10:23 a.m.     Bench conference regarding exhibits.

10:29 a.m.     Government's witness **Stephen Gresch** sworn.

Direct examination by Government by Ms. Butte.
*Exhibit(s) identified:        9552, 244, 3074, 9211, 9212, 9214*

10:42 a.m.     Jury excused.

Court's remarks to counsel regarding issue to take up after the break.

**10:43 a.m.     Court in recess.**

**10:59 a.m.     Court in session.** Jury not present.

Discussion regarding declaration in lieu of a certification.

11:02 a.m.     Jury enters.

11:03 a.m.     Government's witness **Stephen Gresch** resumes.

Direct examination by Government continues by Ms. Butte.

11:06 a.m.     Cross examination by Defendant Timothy R. Mulrenin by Ms. Prewitt.

11:18 a.m.    Government's witness **Bill Kent** sworn.

               Direct examination by Government by Ms. Rogowski.
               ***Exhibit(s) Identified:***     ***9554***

11:38 a.m.    Cross examination by Defendant Rickie Patterson Blake by Mr. Pollack.

11:43 a.m.    Cross examination by Defendant William Vincent Kantola by Ms. Henry.

11:44 a.m.    Cross examination by Defendant William Wade Lovette Mr. Fagg.

11:46 a.m.    Cross examination by Defendant Jayson Jeffrey Penn Mr. Tucach.

11:48 a.m.    Re-direct examination by Government by Ms. Rogowski.
               ***Exhibit(s) Identified:***     ***1136***

11:53 a.m.    Government's witness **Robert Hood** sworn.

               Direct examination by Government by Ms. Rogowski.
               ***Exhibit(s) Identified:***     ***9553***

11:59 a.m.    Jury excused.

               Discussion regarding any issues to be addressed and there are no issues.

**12:01 p.m.**    **Court in recess.**

**1:32 p.m.**    **Court in session.** Jury not present.

               Discussion regarding how to refer to civil litigation during examination of witnesses.

1:41 p.m.    Jury enters.

               Government's witness **Robert Hood** resumes.

               Direct examination by Government continues by Ms. Rogowski.
               ***Exhibit(s) identified:***     ***9531, 9533, 9553***

1:59 p.m.    Cross examination by Defendant Rickie Patterson Blake by Ms. Johnson.

2:06 p.m.    Re-direct examination by Government by Ms. Rogowski.

2:12 p.m.        Government's witness **Lumakar Challa** sworn.

                 Direct examination by Government by Ms. Rogowski.
                 *Exhibit(s) identified:*        *9551*

2:29 p.m.        Cross examination by Defendant William Wade Lovette by Mr. Fagg.

2:39 p.m.        Cross examination by Defendant Jimmie Lee Little by Mr. Canty.

2:43 p.m.        Re-direct examination by Government by Ms. Rogowski.
                 *Exhibit(s) identified:*        *9254*

2:49 p.m.        Government's witness **Sean King** sworn.

                 Direct examination by Government by Ms. Rogowski.

3:00 p.m.        Cross examination by Defendant Jimmie Lee Little by Mr. Canty.

3:02 p.m.        Re-direct examination by Government by Ms. Rogowski.

3:05 p.m.        Government's witness **Theodore Spanglisp** sworn.

                 Direct examination by Government by Ms. Rogowski.
                 *Exhibit(s) identified:*        *9557*

3:15 p.m.        jury excused.

                 Counsel indicates there are no issues to address.

**3:16 p.m.**        **Court in recess.**

**3:36 p.m.**        **Court in session.** Jury not present.

3:40 p.m.        Jury enters.

                 Government's witness **Theodore Spanglis** resumes.

                 Direct examination by Government continues by Ms. Rogowski.

**Exhibit(s) 572, 3028, 1104, 1105, 1226, 1529, 1530, 1531, 1532, 1524, 1525, 1583, 1584, 1825, 1826, 9504, 9505, 9166, 9168 RECEIVED.**

3:58 p.m.        Government's witness **Stewart Ward** sworn.

Direct examination by Government by Mr. Koenig.
*Exhibit(s) identified:        9501, 9595, 1025, 1026*

4:28 p.m.        Cross examination by Defendant Rickie Patterson Blake by Mr. Pollack.
*Exhibit(s) identified:        9595*

4:30 p.m.        Government's witness **Gregory Scott Finch** sworn.

Direct examination by Government by Ms. Sweeney.
*Exhibit(s) identified:        9594, 500, 503, 579, 702, 703, 762, 100, 1402,*
*1435, 1500, 1501, 1505, 1506, 1507, 1508, 3001, 900-1, 900, 9143, 1508*

## Exhibit(s) 900, 1508 RECEIVED.

5:07 p.m.        Cross examination by Defendant Mikell Reeve Fries by Mr. Kornfeld.

5:13 p.m.        Jury excused until Monday, November 1, 2021, at 8:30 a.m.

Discussion regarding text messages produced by Government.

**ORDERED:  Bond is CONTINUED as to all defendants.**

**5:16 p.m.        Court in recess.        Trial continued.        Total time in court:    6:11**