**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## UNITED STATES' NOTICE OF AMENDED AND SUPPLEMENTAL WITNESS LIST

The government hereby gives notice to the Court that it has amended and supplemented its amended witness list filed on October 22, 2021 (ECF No. 719). The revisions are based on this Court's order from October 19, 2021 (ECF No. 673), denying in part the government's motions regarding pre-trial rulings on the authentication of evidence and to address scheduling issues with the government's witnesses.

| | |
|---|---|
| Dated: November 2, 2021 | Respectfully submitted,<br><br>*s/ Laura J. Butte*<br>LAURA J. BUTTE<br>MICHAEL KOENIG<br>HEATHER CALL<br>CAROLYN SWEENEY<br>PAUL TORZILLI<br>Antitrust Division<br>U.S. Department of Justice<br>450 Fifth Street NW, Suite 11048<br>Washington D.C. 20530<br>Tel: (202) 431-6619<br>laura.butte@usdoj.gov<br>Attorneys for the United States |