# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No.   1:20-cr-00152-PAB            Date:  November 7, 2021

Case Title:  United States v. Jayson Penn et al.

UNITED STATES WITNESS LIST

| WITNESS (FACT WITNESS IN **BOLD**) | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY* |
|---|---|
| **James Olson** | 10/27 |
| Melissa Sandoval (Verizon Records Custodian) | 10/27 – 10/28 |
| Matt Bunch (Tyson Records Custodian) | 10/28 |
| Carolyn Sue Arens (Tyson Records Custodian) | 10/28 |
| Stephen Gresch (TransPerfect, Tyson vendor) | 10/28 |
| Bill Kent (RSCS Records Custodian) | 10/28 |
| Robert Hood (George's Records Custodian) | 10/28 |
| Lumakar Challa (Pilgrim's Records Custodian) | 10/28 |
| Sean King (Consilio, Pilgrim's vendor) | 10/28 |
| Ted Sangalis (Pilgrim's Records Custodian) | 10/28 |
| Stewart Ward (Koch Records Custodian) | 10/28 |
| Greg Finch (Claxton Records Custodian) | 10/28 |
| Larry Barela (OpenText Records Custodian (Mar-Jac vendor)) | 11/1 |
| Simeon Morbey | 11/1 |
| Anna Bieganowska | 11/1 |
| **Robert Bryant** | 11/1 – 11/3 |
| Phil Fanara (AT&T Records Custodian) | 11/3 |
| Ken Oliver (Tyson Vendor) | 11/3 |
| **Robert Lewis** | 11/3 – 11/4 |
| **Sara Fisher** | 11/4 – 11/5 |
| Brian Coan | 11/5 |
| K.C. Tucker | 11/5 |
| **Telly Smith** | 11/8 – 1 hour |
| **Michael Ledford** | 11/8 – 11/9 – 3 hours |
| **Meyer Skalak** | 11/9 – 11/10 – 1.5 hours |
| **Joseph Brink** | 11/10 – 1.5 hours |
| Robert Dawson (Sysco Records Custodian) | 11/10 – 0.25 hours |
| **Melissa Hoyt** | 11/10 – 11/12 – 1.25 |

2

| | hours |
|---|---|
| Gary Weeks | 11/12 – 0.25 hours |
| **Rachel Evans** | 11/12 – 1 hour |
| **Rebecca Nelson** | 11/12 – .75 hours |
| **Special Agent Matthew Koppenhaver** | 11/15 – 0.5 hours |
| **Special Agent LaNard Taylor** | 11/15 – 1 hour |

\* The government's estimated length of testimony is based on its planned direct examination; it does not account for defendants' cross-examination or the government's re-direct. The estimated dates reflect an assumption that there will be an equal amount of time for defendants' cross examination.