IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: November 5, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*

UNITED STATES OF AMERICA,

　　　Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS, and

10. RICKIE PATTERSON BLAKE,

　　　Defendants.

*Counsel:*

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli
Laura Butte

Michael Tubach
Anna Pletcher
Brian Quinn

Richard Kornfeld
David Beller

Bryan Lavine
Megan Rahman

Laura Kuykendall
Michael Feldberg

Laura Carwile
Elizabeth Prewitt
Marci LaBranche

Roxann Henry
James Backstrom

Mark Byrne
Dennis Canty

John Fagg, Jr.
Kaitlin Price
James McLoughlin
Dru Neilsen
Frank Schall

Craig Gillen
Richard Tegtmeier

Wendy Johnson
Barry Pollack

## COURTROOM MINUTES

**JURY TRIAL – DAY 9**

**8:29 a.m.     Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Discussion regarding the scope objection to Exhibit F-828 and additional documents.

8:40 a.m.     Jury present.

Continued cross examination of Ms. Fisher by Ms. Rahman.

**Exhibit I-054 is admitted.**

8:41 a.m.     Cross examination of Ms. Fisher by Ms. Carwile.

**Exhibits B-963, F-747, F-783, F-789, F-796, G-474, and E-468 are admitted.**

9:05 a.m.     Cross examination of Ms. Fisher by Ms. Johnson.

**Exhibit I-067 is admitted.**

9:18 a.m.     Cross examination of Ms. Fisher by Ms. Henry.

**Exhibits C-465, C-265, and C-207 are admitted.**

9:26 a.m.     Cross examination of Ms. Fisher by Mr. Quinn.

9:29 a.m.     Cross examination of Ms. Fisher by Ms. Price.

9:30 a.m.     Cross examination of Ms. Fisher by Ms. Prewitt.

9:40 a.m.     Redirect examination of Ms. Fisher by Ms. Sweeney.

Discussion regarding scheduling and admitting exhibits.

9:49 a.m.     Jury excused.

Discussion regarding issues with transceivers and documents.

**10:08 a.m.**   Court in recess.
**10:30 a.m.**   Court in session.

Discussion regarding scheduling, issues with witness K.C. Tucker, and Koppenhaver exhibits.

10:54 a.m.   Jury present.

Government witness, Brian Coan, sworn.

10:55 a.m.   Direct examination of Mr. Coan by Ms. Butte.

Government witness, K.C. Tucker, sworn.

10:59 a.m.   Direct examination of Ms. Tucker by Ms. Butte.

11:12 a.m.   Jury excused until November 8, 2021 at 8:30 a.m.

Discussion regarding scheduling.  Defendants' presence is not required for the remainder of the hearing related to exhibits.

**11:15 a.m.**   Court in recess.
**1:17 p.m.**   Court in session.

Discussion and argument regarding exhibits the government intends to move the admission of without sponsoring a witness in an attempt to iron out some of the objections and rulings to facilitate the introduction of those exhibits.

**3:22 p.m.**   Court in recess.
**3:45 p.m.**   Court in session.

Continued discussion and argument regarding exhibits.

**ORDERED:**   Government is permitted to submit briefing, as discussed, by November 8, 2021 in the morning.

**ORDERED:**   Bond is continued as to all defendants

**5:06 p.m.**   Court in recess.

Trial continued.
Total time in court:    5:50