IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: November 9, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,  
    Michael Koenig  
    Carolyn Sweeney  
    Heather Call  
    Paul Torzilli  
    Laura Butte  
    Jillian Rogowski  

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,    Michael Tubach  
    Anna Pletcher

2. MIKELL REEVE FRIES,    Richard Kornfeld  
    David Beller  
    Kelly Page

3. SCOTT JAMES BRADY,    Bryan Lavine  
    Megan Rahman  
    Laura Kuykendall

4. ROGER BORN AUSTIN,    Michael Feldberg  
    Laura Carwile  
    Julie Withers

5. TIMOTHY R. MULRENIN,    Elizabeth Prewitt  
    Marci LaBranche

6. WILLIAM VINCENT KANTOLA,    Roxann Henry  
    James Backstrom

7. JIMMIE LEE LITTLE,    Mark Byrne  
    Dennis Canty

8. WILLIAM WADE LOVETTE,    John Fagg, Jr.  
    Frank Schall  
    Dru Nielsen  
    James McLoughlin

9. GARY BRIAN ROBERTS, and    Craig Gillen  
    Richard Tegtmeier

10. RICKIE PATTERSON BLAKE,    Wendy Johnson  
    Barry Pollack

    Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 11**

**8:01 a.m.     Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Ms. Sweeney informs the court that witness Meyer Skalak will testify in person.

Discussion and argument regarding exhibits the government intends to move into evidence.  Objections ruled upon by the Court, as stated on record.

**9:46 a.m.     Court in recess.**
**10:01 a.m.    Court in session.**

Jury present.

Continued direct examination of Mr. Ledford by Mr. Torzilli.

**Exhibits 9710, 1439, 9694, 1435, 1501, 1500, 1542, 1515, 1552, 1503, 9004, 1607, 1601, and 1707-1 are admitted.**

11:34 a.m. – 11:41 a.m.     Bench conference.

**Exhibit 1707-1 is refused.**

Continued direct examination of Mr. Ledford by Mr. Torzilli.

11:47 a.m. – 11:53 a.m.     Bench conference.

**Exhibits 454, D-788, and 498 are admitted.**

Jury excused.

Discussion regarding excusing the jury tomorrow.

**12:05 p.m.    Court in recess.**
**1:34 p.m.     Court in session.**

Jury present.

**Exhibits 453, 448, 9711, 9712, 9713, 9709, 449, 450, 451, 9707, and 9708 are admitted.**

1:46 p.m.     Cross examination of Mr. Ledford by Mr. Beller.

**Exhibit I-108 (pg. 1) is admitted for demonstrative purposes only.**

2:53 p.m. – 2:59 p.m.     Bench conference.

Continued cross examination of Mr. Ledford by Mr. Beller.

**Exhibit F-810 is admitted.**

3:15 p.m.     Jury excused.

Discussion regarding scheduling.

**3:29 p.m.     Court in recess.**
**3:46 p.m.     Court in session.**

Jury present.

Continued cross examination of Mr. Ledford by Mr. Beller.

**Exhibits F-813, F-808, A-288 are admitted.**
**Exhibit I-108 (pgs. 2, 4, 6) is admitted for demonstrative purposes only.**

Jury excused until November 10, 2021 at 8:30 a.m.

Discussion regarding Exhibits 1547 and E-570.

**ORDERED:   Bond is continued as to all defendants.**

**5:25 p.m.     Court in recess.**

Trial continued.
Total time in court:    7:23