# Exhibit A

## DECLARATION OF MICHAEL GUTIERREZ

1. I am employed by Consilio as a Director of Forensic Services. The primary focus of my work is on digital forensic analysis, investigation, and reporting of computer and mobile device activity in litigation.

2. I held the role of Director of Forensic Services at Xact Data Discovery ("Xact"), which combined business operations with Consilio in 2021, and I previously held the role of Vice President of Forensic Services at Orange Legal Technologies, which was acquired by Xact in 2015. I had worked with Orange Legal Technologies since 2000.

3. I am certified by the International Society of Forensic Computer Examiners ("ISFCE"). I am a Certified Computer Examiner ("CCE"). The ISFCE provides an internationally recognized certification that is available to all who can qualify. The IFSCE certifies CCEs solely based on their knowledge and practical examination skills and abilities as they relate to the practice of digital forensics.

4. I have been involved in the preservation and forensic examination of thousands of electronic devices and I have been the primary forensic examiner in over 200 assignments over the past five years.

5. In March 2018, Xact was retained by Vaughan & Murphy to perform forensic imaging of the mobile device belonging to Scott Brady.

6. On March 27, 2018, Mr. Brady personally delivered his phone, an iPhone 6s bearing serial number FFNSL43QHFLR, to Steven Vandemark, a Discovery Consultant in Xact's Atlanta office. Subsequently, Mr. Vandemark connected the device to a forensic workstation. Dowanna Cooper, an Xact Forensic Examiner who reported to me, remotely

1

connected to the forensic workstation and initiated the forensic extraction process using Cellebrite Physical Analyzer, version 7.2.1.4.

7. Cellebrite is an industry-leading mobile forensic data extraction and analysis tool. For iPhones, Cellebrite offers two methods of extracting data, based on the two mechanisms available to extract data from Apple devices. Both methods, "Method 1" and "Method 2", were performed successfully. The device was returned to Mr. Brady upon completion.

8. I know the forensic extraction process was complete and accurate because I reviewed the forensic extraction logs along with the collections and the forensic software expressly indicated that the extractions were successful and the extractions opened in Cellebrite without error, displaying expected content. Cellebrite leverages the iTunes backup protocol to create a copy of the committed SQLite databases containing this information, including the underlying data and metadata.

9. Based on my training, experience, and involvement in collecting and preserving digital mobile devices, and my regular use of the tools and methods of imaging described above, I am qualified to authenticate the digital image referenced in this paragraph as a true and accurate duplicate of the original data:

| Original Device | Date of Image | Image Identifier |
| --- | --- | --- |
| Apple iPhone 6s<br>Serial Number: FFNSL43QHFLR<br>Operated by Scott James Brady | March 27, 2018 | IMEI: 359157079560756 |

10. On May 9, 2018, Xact was instructed to provide a copy of Mr. Brady's iPhone image to Consilio. The image was electronically transferred to Jeven Adami of Consilio's Digital Forensics and Expert Services team, who confirmed receipt the same day.

3

Under the penalties of perjury under the laws of the United States, I certify that the above is complete, true, and correct, and if called as a witness, I could competently testify thereto.

Executed on this 3rd day of November, 2021.

_____
MICHAEL GUTIERREZ