# Exhibit B

## DECLARATION OF GREG KOWALSKI

I, Greg Kowalski, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am over the age of eighteen (18) years old, have personal knowledge of the facts stated herein, and am competent to be a witness as to such facts.

2. I am a Director of Project Management at Consilio LLC ("Consilio"). I have been with Consilio, or one of its predecessor entities, for approximately nine (9) Years.

3. On or about April 13, 2018, Consilio was engaged by Norman W. Fries., Inc. d/b/a Claxton Poultry Farms ("Claxton") to provide eDiscovery services.

4. Claxton also engaged previously with Xact Data Discovery ("XDD") for certain eDiscovery services. These services included mobile device collection.

5. On May 17, 2021, XDD and Consilio merged companies and now operate under the name Consilio.

6. On March 27, 2018, XDD performed a collection of Scott Brady's iPhone 6s with an IMEI[1] of 359157079560756. The collection of the device resulted in an image of Mr. Brady's mobile phone ("the Brady iPhone 6s Image"). An

---

[1] IMEI is an acronym for "International Mobile Equipment Identity." This number is a unique identifier assigned to mobile phones.

image is a copy of the data contained on a device at the time of collection. The image allows eDiscovery companies to perform processing, or other work, on the data without needing possession of the physical device.

7. XDD transferred a copy of the Brady iPhone 6s Image to Consilio on May 9, 2018.

8. Consilio used Cellebrite, an industry standard software, to create the mobile device reporting, which resulted in an Excel file containing information from the phone ("the Brady iPhone 6s Reporting").

9. Consilio provided the Brady iPhone 6s Reporting to Claxton's outside counsel and sent these reports to counsel on May 22, 2018.

10. On December 21, 2018, information on the Brady iPhone 6s Reporting was produced with the bates number of CLAXTON_0181697.

11. Consilio has reviewed CLAXTON_0181697 and believes it contains information from the report extracted from Mr. Brady's iPhone 6s.

Executed this 8th day of November, 2021

*/s/ Greg Kowalski*

Greg Kowalski