IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB<br>Courtroom Deputy: Sabrina Grimm | Date: November 17, 2021<br>Court Reporter: Janet Coppock |

<u>Parties:</u>

UNITED STATES OF AMERICA,

<u>Counsel:</u>

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli
Laura Butte
Jillian Rogowski

 Plaintiff,

v.

1. JAYSON JEFFREY PENN,

  Michael Tubach
  Anna Pletcher
  Brian Quinn

2. MIKELL REEVE FRIES,

  Richard Kornfeld
  David Beller
  Kelly Page

3. SCOTT JAMES BRADY,

  Bryan Lavine
  Megan Rahman
  Laura Kuykendall

4. ROGER BORN AUSTIN,

  Michael Feldberg
  Laura Carwile
  Julie Withers

5. TIMOTHY R. MULRENIN,

  Elizabeth Prewitt
  Marci LaBranche

6. WILLIAM VINCENT KANTOLA,

  Roxann Henry
  James Backstrom

7. JIMMIE LEE LITTLE,

  Mark Byrne
  Dennis Canty

8. WILLIAM WADE LOVETTE,

  John Fagg, Jr.
  Frank Schall
  Dru Nielsen
  James McLoughlin

9. GARY BRIAN ROBERTS, and

  Craig Gillen
  Richard Tegtmeier

10. RICKIE PATTERSON BLAKE,

  Wendy Johnson
  Barry Pollack

 Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 16**

**8:37 a.m.     Court in session.**

Defendants present on bond.

Jury present.

Continued direct examination of Mr. Brink by Mr. Torzilli.

**Exhibit 9726 is admitted.**

8:55 a.m.     Cross examination of Mr. Brink by Mr. Canty.

**Exhibits I-231 and I-228 are admitted.**

9:18 a.m. – 9:21 a.m.     Bench conference.

**Exhibit 561 is admitted.**

Continued cross examination of Mr. Brink by Mr. Canty.

**Exhibits 563 and 564 are admitted.**

9:53 a.m.     Cross examination of Mr. Brink by Mr. Beller.

10:00 a.m. – 10:03 a.m.     Bench conference.

Continued cross examination of Mr. Brink by Mr. Beller.

Jury excused.

Discussion regarding scheduling.

**10:16 a.m.     Court in recess.**
**10:39 a.m.     Court in session.**

Jury present.

Continued cross examination of Mr. Brink by Mr. Beller.

**Exhibit 500 is admitted.**

11:38 a.m.     Cross examination of Mr. Brink by Mr. McLoughlin.

Jury excused.

Discussion regarding scheduling.

**12:02 p.m.     Court in recess.**
**1:32 p.m.      Court in session.**

Jury present.

Continued cross examination of Mr. Brink by Mr. McLouglin.

**Exhibits 592 and 558 are admitted.**

1:55 p.m.      Cross examination of Mr. Brink by Ms. Pletcher.

1:56 p.m.      Cross examination of Mr. Brink by Mr. Pollack.

1:57 p.m.      Cross examination of Mr. Brink by Ms. Henry.

1:58 p.m.      Cross examination of Mr. Brink by Mr. Gillen.

1:58 p.m.      Redirect examination of Mr. Brink by Mr. Torzilli.

2:08 p.m. – 2:09 p.m.      Bench conference.

Continued redirect examination of Mr. Brink by Mr. Torzilli.

**Exhibits 559, 546, 542, 567, 519-1, 109, 120, 108, 114, 224, 247, 6134, and 221 are admitted.**

Government witness, Robert Dawson, sworn.

3:03 p.m.      Direct examination of Mr. Dawson by Ms. Butte.

3:08 p.m.      Cross examination of Mr. Dawson by Mr. Schall.

3:15 p.m.      Redirect examination of Mr. Dawson by Ms. Butte.

Jury excused.

**3:17 p.m.     Court in recess.**
**3:38 p.m.     Court in session.**

Jury present.

Government witness, Melissa Hoyt, sworn.

3:40 p.m.     Direct examination of Ms. Hoyt by Ms. Sweeney.

3:48 p.m. – 3:51 p.m.     Bench conference.

Continued direct examination of Ms. Hoyt by Ms. Sweeney.

4:05 p.m. – 4:06 p.m.     Bench conference.

Continued direct examination of Ms. Hoyt by Ms. Sweeney.

**Exhibits 843, 844, 9700, 854, 855, and 9701 are admitted.**

4:32 p.m.     Cross examination of Ms. Hoyt by Mr. Fagg.

4:51 p.m. – 4:54 p.m.     Bench conference.

Continued cross examination of Ms. Hoyt by Mr. Fagg.

4:59 p.m. – 5:04 p.m.     Bench conference.

Jury excused until November 22, 2021 at 8:30 a.m.

Discussion regarding summary charts, exhibits, scheduling and written Rule 29 motions.

**ORDERED:  Bond is continued as to all defendants.**

**5:18 p.m.     Court in recess.**

Trial continued.  
Total time in court:    6:27