# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: November 18, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,  
    Michael Koenig  
    Carolyn Sweeney  
    Heather Call  
    Paul Torzilli  
    Laura Butte  
    Jillian Rogowski

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,    Michael Tubach  
    Anna Pletcher  
    Brian Quinn

2. MIKELL REEVE FRIES,    Richard Kornfeld  
    David Beller  
    Kelly Page

3. SCOTT JAMES BRADY,    Bryan Lavine  
    Megan Rahman  
    Laura Kuykendall

4. ROGER BORN AUSTIN,    Michael Feldberg  
    Laura Carwile  
    Julie Withers

5. TIMOTHY R. MULRENIN,    Elizabeth Prewitt  
    Marci LaBranche

6. WILLIAM VINCENT KANTOLA,    Roxann Henry  
    James Backstrom

7. JIMMIE LEE LITTLE,    Mark Byrne  
    Dennis Canty

8. WILLIAM WADE LOVETTE,    John Fagg, Jr.  
    Frank Schall  
    Dru Nielsen  
    James McLoughlin  
    Catherine Prater

9. GARY BRIAN ROBERTS, and    Craig Gillen  
    Richard Tegtmeier

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson |
| | Barry Pollack |

Defendants.

---

## COURTROOM MINUTES

---

**JURY TRIAL – DAY 17**

**8:31 a.m.      Court in session.**

Defendants' presence is not required for today's hearing.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Discussion and argument regarding exhibits to be offered for admission without a sponsoring witness.  Objections ruled up on by the Court, as stated on record.

**10:17 a.m.     Court in recess.**
**10:38 a.m.     Court in session.**

Continued discussion and argument regarding exhibits to be offered for admission without a sponsoring witness.  Objections ruled up on by the Court, as stated on record.

**12:03 p.m.     Court in recess.**
**1:39 p.m.      Court in session.**

Continued discussion and argument regarding exhibits to be offered for admission without a sponsoring witness.  Objections ruled up on by the Court, as stated on record.

**3:23 p.m.      Court in recess.**
**3:40 p.m.      Court in session.**

Continued discussion and argument regarding exhibits to be offered for admission without a sponsoring witness.  Objections ruled up on by the Court, as stated on record.

Discussion regarding scheduling.

**ORDERED:  The jury trial is continued to November 19, 2021 at 11:00 a.m. until 12:00 p.m. and 3:00 p.m. until 5:00 p.m. in Courtroom A201 before Chief Judge Philip A. Brimmer.**

**5:02 p.m.**     **Court in recess.**

Trial continued.
Total time in court:    6:17