# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB  Date: 10/6/2021

Case Title: U.S. v. Penn

**Defendants'** (Plaintiff/Defendant) WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Agent Brianne Kaufman | 11/16/2021 - 12/17/2021 (1 hour) |
| Agent Derek Repp | 11/16/2021 - 12/17/2021 (1 hour) |
| Special Agent LaNard Taylor | 11/16/2021 - 12/17/2021 (2 hours) |
| Agent Matthew Koppenhaver | 11/16/2021 - 12/17/2021 (1 hour) |
| Andrew Lubert | 11/16/2021 - 12/17/2021 (30 minutes) |
| Aparna Sengupta | 11/16/2021 - 12/17/2021 (2 hours) |
| Barry Barnett | 11/16/2021 - 12/17/2021 (1 hour) |
| Bob Glied | 11/16/2021 - 12/17/2021 (1 hour) |
| Brandon Campbell | 11/16/2021 - 12/17/2021 (45 minutes) |
| Brenda Ray | 11/16/2021 - 12/17/2021 (2 hours) |
| Brian Coan | 11/16/2021 - 12/17/2021 (1 hour) |
| Charles Kwaw M.D. | 11/16/2021 - 12/17/2021 (30 minutes) |
| Charles Solomon | 11/16/2021 - 12/17/2021 (1 hour) |
| Charles von der Heyde | 11/16/2021 - 12/17/2021 (30 minutes) |
| Chris Chavis | 11/16/2021 - 12/17/2021 (1 hour) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB  Date: 10/6/2021

Case Title: U.S. v. Penn

**Defendants'** (Plaintiff/Defendant) **WITNESS LIST**

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Chris Sharp | 11/16/2021 - 12/17/2021 (1 hour) |
| Chris Ward | 11/16/2021 - 12/17/2021 (1 hour) |
| Christi Proctor | 11/16/2021 - 12/17/2021 (30 minutes) |
| Clay Matthews | 11/16/2021 - 12/17/2021 (2 hours) |
| Dale Kelly | 11/16/2021 - 12/17/2021 (1 hour) |
| Dale Tolbert | 11/16/2021 - 12/17/2021 (30 minutes) |
| Darrel Keck | 11/16/2021 - 12/17/2021 (1 hour) |
| Darrell Bowlin | 11/16/2021 - 12/17/2021 (45 minutes) |
| Dean Bradley | 11/16/2021 - 12/17/2021 (90 minutes) |
| Devin Cole | 11/16/2021 - 12/17/2021 (1 hour) |
| Douglas Ramsey | 11/16/2021 - 12/17/2021 (30 minutes) |
| Dr. Bruce Stewart Brown | 11/16/2021 - 12/17/2021 (20 minutes) |
| Dr. Paul Twining | 11/16/2021 - 12/17/2021 (30 minutes) |
| Edward Snyder | 11/16/2021 - 12/17/2021 (5 hours) |
| Emily Sayles | 11/16/2021 - 12/17/2021 (45 minutes) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB                           Date: 10/6/2021

Case Title: U.S. v. Penn

__Defendants'__ WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Eric Loeffler | 11/16/2021 - 12/17/2021 (30 minutes) |
| Eric Oare | 11/16/2021 - 12/17/2021 (1 hour) |
| Fabio Sandri | 11/16/2021 - 12/17/2021 (2 hours) |
| Fact Witness From McKinsey | 11/16/2021 - 12/17/2021 (1 hour) |
| Fran Stiles | 11/16/2021 - 12/17/2021 (30 minutes) |
| Greg Finch | 11/16/2021 - 12/17/2021 (4 hours) |
| Hans Schmidt | 11/16/2021 - 12/17/2021 (30 minutes) |
| Heather Jones | 11/16/2021 - 12/17/2021 (45 minutes) |
| Janine Nollkamper | 11/16/2021 - 12/17/2021 (1 hour) |
| Joe Sanderson | 11/16/2021 - 12/17/2021 (1 hour) |
| Joe Waldbusser | 11/16/2021 - 12/17/2021 (90 minutes) |
| John Curran | 11/16/2021 - 12/17/2021 (2 hours) |
| John Marler | 11/16/2021 - 12/17/2021 (30 minutes) |
| John Renault | 11/16/2021 - 12/17/2021 (30 minutes) |
| Joseph Pochron | 11/16/2021 - 12/17/2021 (2 hours) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB

Date: 10/6/2021

Case Title: U.S. v. Penn

Defendants' (Plaintiff/Defendant) WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Joseph White | 11/16/2021 - 12/17/2021 (30 minutes) |
| Judy Hall | 11/16/2021 - 12/17/2021 (90 minutes) |
| Ken Suber | 11/16/2021 - 12/17/2021 (1 hour) |
| Kendra Waldbusser | 11/16/2021 - 12/17/2021 (90 minutes) |
| Kent Kronaugue | 11/16/2021 - 12/17/2021 (4 hours) |
| KFC Franchisees | 11/16/2021 - 12/17/2021 (45 minutes) |
| Kyle Bolin | 11/16/2021 - 12/17/2021 (2 hours) |
| Lance Buckert | 11/16/2021 - 12/17/2021 (2 hours) |
| Larry Higdem | 11/16/2021 - 12/17/2021 (2 hours) |
| Mark Chambers, PhD | 11/16/2021 - 12/17/2021 (1 hour) |
| Mark McEwen | 11/16/2021 - 12/17/2021 (45 minutes) |
| Mark Oechsli | 11/16/2021 - 12/17/2021 (30 minutes) |
| Mary Hester | 11/16/2021 - 12/17/2021 (1 hour) |
| Matthew Herman | 11/16/2021 - 12/17/2021 (1 hour) |
| Melissa Anderson | 11/16/2021 - 12/17/2021 (1 hour) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB          Date: 10/6/2021

Case Title: U.S. v. Penn

Defendants' (Plaintiff/Defendant)   WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Melissa (Swain) Hoyt | 11/16/2021 - 12/17/2021 (30 minutes) |
| Michael Ledford | 11/16/2021 - 12/17/2021 (5 hours) |
| Mike Brown | 11/16/2021 - 12/17/2021 (45 minutes) |
| Mike Donahue | 11/16/2021 - 12/17/2021 (90 minutes) |
| Nick Meyers | 11/16/2021 - 12/17/2021 (30 minutes) |
| Pat Hogan | 11/16/2021 - 12/17/2021 (30 minutes) |
| Paul Sinowitz | 11/16/2021 - 12/17/2021 (3 hours) |
| Peter Suerken | 11/16/2021 - 12/17/2021 (2 hours) |
| Randy Stroud | 11/16/2021 - 12/17/2021 (1 hour) |
| Rangell Capparelli | 11/16/2021 - 12/17/2021 (1 hour) |
| Rhonda Warble | 11/16/2021 - 12/17/2021 (90 minutes) |
| Rich Eddington | 11/16/2021 - 12/17/2021 (3 hours) |
| Ritchey Collyar | 11/16/2021 - 12/17/2021 (20 minutes) |
| Robert Costner | 11/16/2021 - 12/17/2021 (20 minutes) |
| Robert Lewis | 11/16/2021 - 12/17/2021 (3 hours) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB    Date: 10/6/2021

Case Title: U.S. v. Penn

**Defendants'** (Plaintiff/Defendant) **WITNESS LIST**

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Sara Fisher | 11/16/2021 - 12/17/2021 (1 hour) |
| Sara Knust | 11/16/2021 - 12/17/2021 (30 minutes) |
| Sheri Garland | 11/16/2021 - 12/17/2021 (30 minutes) |
| Sidney Prince | 11/16/2021 - 12/17/2021 (90 minutes) |
| Stephen Campisano | 11/16/2021 - 12/17/2021 (2 hours) |
| Stephen Snyder | 11/16/2021 - 12/17/2021 (45 minutes) |
| Steven Cullen | 11/16/2021 - 12/17/2021 (45 minutes) |
| Stewart Ward | 11/16/2021 - 12/17/2021 (45 minutes) |
| Stuart Higginbotham | 11/16/2021 - 12/17/2021 (15 minutes) |
| Terri Ferguson | 11/16/2021 - 12/17/2021 (2 hours) |
| Tiffany Beaver | 11/16/2021 - 12/17/2021 (1 hour) |
| Timothy Scheiderer | 11/16/2021 - 12/17/2021 (1 hour) |
| Tom Shelton | 11/16/2021 - 12/17/2021 (45 minutes) |
| Tommy Lane | 11/16/2021 - 12/17/2021 (3 hours) |
| William Salinski | 11/16/2021 - 12/17/2021 (2 hours) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

# JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB    Date: 10/6/2021

Case Title: U.S. v. Penn

Defendants' WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| General Character Witnesses | 11/16/2021 - 12/17/2021 (30 minutes) |
| Custodian of Records - AgriStats | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - Amick Farms | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - AT&T | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - Atlantic Aviation | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - Carlson Wagonlit | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - Case Farms | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - Charter Call Records | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - Chick-Fil-A | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - Church's | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - Claxton | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - Comcast | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - C Spire | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - Fieldale | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - Fusion LLC f/k/a Network Billing Systems LLC | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB  Date: 10/6/2021

Case Title: U.S. v. Penn

**Defendants'** (Plaintiff/Defendant) WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Custodian of Records - George's, Inc. | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - House of Raeford Farms | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - Kelly's Foods, Inc. | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - KFC | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - Koch Foods | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - Mar-Jac Poultry | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - McKinsey | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - Mountaire Farms | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - OK Foods | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - Peco Foods | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - Perdue | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - Pilgrim's Pride | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - RSCS | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - Sanderson Farms | 11/16/2021 - 12/17/2021 (15 minutes) |
| Custodian of Records - Simmons Foods | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB        Date: 10/6/2021

Case Title: U.S. v. Penn

**Defendants'** (Plaintiff/Defendant)   WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Custodian of Records - SMS | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - Sysco | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - T-Mobile/Sprint | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - Tyson Farms | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - Tyson Foods | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - Verizon Wireless | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - Wayne Farms | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - Windstream | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian of Records - Zaxby's | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |
| Custodian Record - Earnings Call Transcripts - Seeking Alpha | 11/16/2021 - 12/17/2021 (30 minutes or stipulation) |

Defendants reserve the right to remove witnesses or supplement with additional witnesses during trial preparation or after hearing testimony or argument during the Government's case-in-chief. Defendants also reserve the right to call any witnesses the Government designates on its witness list as well as any custodians that are not listed above.