# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB   Date: 11/21/2021

Case Title: U.S. v. Penn

Defendants' Amended Joint WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Darrell Bowlin | *11/23/2021 - 1 hr |
| Brandon Campbell | *11/23/2021 - 0.5 hr |
| Peter Suerken | *11/24/2021 - 1 hr |
| Richard Eddington | *11/24/2021-11/29/2021 - 0.75 hr |
| Andrew Lubert | 11/29/2021 - 0.5 hr |
| Brenda Ray | 11/29/2021 - 0.5 hr |
| Rhonda Warble | 11/29/2021 - 0.5 hr |
| Judy Hall | 12/6/2021 - 0.5 hr |
| Aparna Sengupta | 12/6/2021 - 1 hr |
| Brian Coan | 12/6/2021 - 0.5 hr |
| Joseph Pochron | 12/6/2021 - 1.25 hrs |
| Edward Snyder | 12/7/2021-12/8/2021 - 3 hrs |
| Larry Hidgem | 12/7/2021-12/8/2021 - 0.5 hr |
| Joe Waldbusser | 12/8/2021 - 0.5 hr |
| Fabio Sandri | 12/8/2021 - 0.5 hr |

*Dates marked with an asterisk indicate half-days of the Defense case (11/23/2021) or a half-day of court (11/24/2021)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB                                    Date: 11/21/2021

Case Title: U.S. v. Penn

Defendants' Amended Joint   WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Thomas Lane | 12/8/2021 - 1 hr |
| Custodian of Records - Pilgrim's Pride | 12/8/2021 - 0.25 hr |
| Custodian of Records - Sanderson Farms | 12/8/2021 - 0.25 hr |
| Lance Buckert | 12/8/2021 - 0.5 hrs |
| Dale Tolbert | 12/8/2021-12/9/2021 - 0.5 hr |
| Barry Barnett | 12/9/2021 - 0.5 hr |
| Dean Bradley | 12/9/2021 - 1 hr |
| Bob Glied | 12/9/2021 - 0.5 hr |
| Bruce Bagshaw | 12/9/2021 - 0.5 hr |
| Marcus Shelton | 12/13/2021 - 0.5 hr |
| Mike Brown | 12/13/2021 - 0.5 hr |
| Kyle Bolin | 12/13/2021 - 1 hr |
| Sidney Prince | 12/13/2021 - 0.5 hr |
| David Rothmeier | 12/13/2021 - 0.5 hr |
| Dr. Paul Twining | 12/13/2021-12/14/2021 - 0.5 hr |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

Case No.  20-cr-00152-PAB                    Date: 11/21/2021

Case Title: U.S. v. Penn

Defendants' Amended Joint    WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Kent Kronauge | 12/14/2021 - 1.5 hrs |
| Greg Finch | 12/14/2021 - 0.5 hr |

Defendants reserve the right to remove witnesses or supplement with additional witnesses after the completion of the Government's case-in-chief. Defendants all reserve the right to testify at any point during the defense.