# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: November 23, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*                                                *Counsel:*

UNITED STATES OF AMERICA,                  Michael Koenig
                                                          Carolyn Sweeney
                                                          Heather Call
                                                          Paul Torzilli
                                                          Laura Butte
                                                          Jillian Rogowski

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,                     Michael Tubach
                                                          Anna Pletcher
                                                          Brian Quinn
2. MIKELL REEVE FRIES,                       Richard Kornfeld
                                                          David Beller
                                                          Kelly Page
3. SCOTT JAMES BRADY,                        Bryan Lavine
                                                          Megan Rahman
                                                          Laura Kuykendall
4. ROGER BORN AUSTIN,                        Michael Feldberg
                                                          Laura Carwile
                                                          Julie Withers
5. TIMOTHY R. MULRENIN,                      Elizabeth Prewitt
                                                          Marci LaBranche
6. WILLIAM VINCENT KANTOLA,                  Roxann Henry
                                                          James Backstrom
7. JIMMIE LEE LITTLE,                        Mark Byrne
                                                          Dennis Canty
8. WILLIAM WADE LOVETTE,                     John Fagg, Jr.
                                                          Frank Schall
                                                          Dru Nielsen
                                                          James McLoughlin
                                                          Catherine Prater
9. GARY BRIAN ROBERTS, and                   Craig Gillen
                                                          Richard Tegtmeier

|   |   |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack |

Defendants.

---

### COURTROOM MINUTES

---

**JURY TRIAL – DAY 20**

**8:01 a.m.     Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Discussion and argument regarding exhibits to be offered for admission without a sponsoring witness.  Objections ruled up on by the Court, as stated on record.

Discussion regarding covid issue.

**8:56 a.m.     Court in recess.**
**10:06 a.m.    Court in session.**

Government counsel appears by VTC.

Continued discussion and argument regarding exhibits to be offered for admission without a sponsoring witness.  Objections ruled up on by the Court, as stated on record.

**11:12 a.m.    Court in recess.**
**11:40 a.m.    Court in session.**

Government counsel is present and provides an update to the Court regarding covid issue.  Defendants request that Government counsel continue their examination via VTC.

Court will permit Mr. Koenig, Ms. Call, and Special Agent Taylor to remain in the courtroom.

Discussion regarding summary exhibits.

**ORDERED:   Defendants' written Rule 29 motions are due on or before November 29, 2021.**

| | |
|---|---|
| **12:36 p.m.** | **Court in recess.** |
| **1:31 p.m.** | **Court in session.** |

Jury present.

**Exhibits 1177, 9745, 9746, 9747, 9716, 9720, 9721, 9722, 746-1, 528, 518, 9744, 1547, E-570, and 410-1 are admitted.**

1:53 p.m. – 1:54 p.m.     Bench conference.

**Exhibits 7046, 7046-1, 6088, 6089, and 959 are admitted.**

Government witness, Rachel Evans, sworn.

2:03 p.m.     Direct examination of Ms. Evans by Ms. Call.

**Exhibit 9748 is admitted.**
**Exhibits 90-10, 4-1, 14-1, and 14-2 are displayed for demonstrative purposes only.**

2:31 p.m. – 2:36 p.m.     Bench conference.

Continued direct examination of Ms. Evans by Ms. Call.

**Exhibits 1-1, 2-1, 3-1, 7-1, and 10-1 are displayed for demonstrative purposes only.**

2:47 p.m. – 2:54 p.m.     Bench conference.

**Exhibits 1035 and 1036-1 are admitted.**
**Exhibits 7-1 and 14-3 are displayed for demonstrative purposes only.**

3:04 p.m.     Cross examination of Ms. Evans by Ms. Prewitt.

Jury excused.

Discussion regarding scheduling and written Rule 29 motions.

| | |
|---|---|
| **3:30 p.m.** | **Court in recess.** |
| **3:41 p.m.** | **Court in session.** |

Jury present.

Continued cross examination of Ms. Evans by Ms. Prewitt.

3:46 p.m.     Cross examination of Ms. Evans by Ms. Johnson.

3:51 p.m. – 3:54 p.m.   Bench conference.

Continued cross examination of Ms. Evans by Ms. Johnson.

3:56 p.m.   Cross examination of Ms. Evans by Ms. Carwile.

**Exhibit 10-2 is displayed for demonstrative purposes only.**

4:15 p.m.   Cross examination of Ms. Evans by Ms. Pletcher.

4:16 p.m.   Cross examination of Ms. Evans by Mr. Byrne.

4:17 p.m.   Cross examination of Ms. Evans by Ms. Henry.

4:36 p.m.   Cross examination of Ms. Evans by Mr. Gillen.

4:41 p.m.   Redirect examination of Ms. Evans by Ms. Call.

4:45 p.m. – 4:57 p.m.   Bench conference.

Court advises the jury of scheduling changes.

**ORDERED:  Jury trial set for November 29, 2021 is VACATED.**

Jury excused until November 24, 2021 at 8:30 a.m.

Discussion regarding summary exhibits.  Court will reconvene on November 24, 2021 at 8:00 a.m. for further discussion.

**ORDERED:  Bond is continued as to all defendants.**

**5:08 p.m.   Court in recess.**

Trial continued.
Total time in court:    6:23