# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: November 24, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*                                                    *Counsel:*

UNITED STATES OF AMERICA,                       Michael Koenig
                                                       Carolyn Sweeney (by VTC)
                                                       Heather Call
                                                       Paul Torzilli (by VTC)
                                                       Laura Butte
                                                       Jillian Rogowski

    Plaintiff,

v.

| | |
|---|---|
| 1. JAYSON JEFFREY PENN, | Michael Tubach |
| | Anna Pletcher |
| | Brian Quinn |
| 2. MIKELL REEVE FRIES, | Richard Kornfeld |
| | David Beller |
| | Kelly Page |
| 3. SCOTT JAMES BRADY, | Bryan Lavine |
| | Megan Rahman |
| | Laura Kuykendall |
| 4. ROGER BORN AUSTIN, | Michael Feldberg |
| | Laura Carwile |
| | Julie Withers |
| 5. TIMOTHY R. MULRENIN, | Elizabeth Prewitt |
| | Marci LaBranche |
| 6. WILLIAM VINCENT KANTOLA, | Roxann Henry |
| | James Backstrom |
| 7. JIMMIE LEE LITTLE, | Mark Byrne |
| | Dennis Canty |
| 8. WILLIAM WADE LOVETTE, | John Fagg, Jr. |
| | Frank Schall |
| | Dru Nielsen |
| | James McLoughlin |
| | Catherine Prater |
| 9. GARY BRIAN ROBERTS, and | Craig Gillen |
| | Richard Tegtmeier |

|   |   |
|---|---|
| 10. RICKIE PATTERSON BLAKE, | Wendy Johnson |
|   | Barry Pollack |

Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 21**

**8:01 a.m.     Court in session.**

Defendants present on bond.

Discussion and argument regarding objections to summary exhibits.  Objections ruled upon by the Court, as stated on record.

8:50 a.m.     Jury present.

Court advises the jury that Ms. Evans was excused yesterday.

8:51 a.m. – 8:55 a.m.     Bench conference.

**Exhibits 1036, 90-10, 14-1, 14-2, 14-3, 17-1, 18-1, 18-3, 7-1, 16-1, 20-1, 1-1, 2-1, 3-1, 9-1, 5-1, 4-1, 10-1, 10-2, and 10-3 are admitted.**

9:07 a.m. – 9:15 a.m.     Bench conference.

Exhibits displayed to jury.

**Government rests.**

9:56 a.m. – 10:08 a.m.     Bench conference – Defendants' oral motions for judgment of acquittal pursuant to Rule 29.  Written motions due on or before November 29, 2021, as previously discussed.

Jury excused until December 6, 2021 at 8:30 a.m.

**ORDERED:  Bond is continued as to all defendants.**

**10:15 a.m.   Court in recess.**

Trial continued.
Total time in court:    2:14