IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB                    Date: 12/3/2021

Case Title: U.S. v. Penn

Defendants' Supplemental Amended Joint (Plaintiff/Defendant) WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Brandon Campbell | 12/6/2021 - 0.5 hr |
| Darrell Bowlin | 12/6/2021 - 1 hr |
| Richard Eddington | 12/6/2021 - 0.75 hr |
| Brenda Ray | 12/6/2021 - 0.5 hr |
| Julie Lawrence | 12/6/2021 - 0.25 hr |
| Rhonda Warble | 12/6/2021 - 0.5 hr |
| Custodian of Records - Pilgrim's Pride | 12/7/2021 - 0.25 hr |
| Bob Glied | 12/7/2021 - 0.5 hr |
| Custodian of Records - Sanderson Farms | 12/7/2021 - 0.25 hr |
| David Rothmeier | 12/7/2021 - 0.5 hr |
| Mike Brown | 12/7/2021 - 0.5 hr |

At present, Defendants do not intend to call any additional witnesses, but we reserve the right to do so with appropriate notice to the government. Defendants also reserve the right to revise the order of appearance of witnesses, if necessary. Defendants all reserve the right to testify at any point during the defense.