# **Appendix B**

| | |
|---|---|
| **From:** | Roger Austin </O=PILGRIM'S PRIDE CORPORATION/OU=PILGRIMPRIDE/CN=RECIPIENTS/CN=DULUTH, GA/CN=RAUSTIN> |
| **To:** | 'Hester, Mary' |
| **Sent:** | 6/30/2014 3:04:55 PM |
| **Subject:** | FW: Friday |
| **Attachments:** | Austin Presentation.pptx |

HIGHLY CONFIDENTIAL                    PILGRIMS-DOJ-0002520647



DEF EXHIBIT
20-cr-152-PAB
**F-380**

# KFC Presentation

## June 2014

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520648

DEF EXHIBIT
20-cr-152-PAB
**F-381**



HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520649



HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520650

# Sales Mixes by Program Type

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520651



HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520652



PILGRIMS-DOJ-0002520653

- Of the 30 small bird plants, 12 are focused on bs breast production and have limited wog or wog equilivent sales programs.



HIGHLY CONFIDENTIAL

## AVERAGE COMPANY PROFILE
### Sales Mix by Major Product Category
### All Sales Programs

|  | Calendar 2009 | Calendar 2010 | Calendar 2011 | Calendar 2012 | Calendar 2013 |
|---|---|---|---|---|---|
| Whole Bird | 2.51 | 2.41 | 2.29 | 2.58 | 2.25 |
| WOG | 7.16 | 7.47 | 7.42 | 7.82 | 7.24 |
| Wh Bd Cut Up | 0.29 | 0.31 | 0.28 | 0.21 | 0.22 |
| Fast Food | 7.90 | 7.27 | 5.50 | 5.53 | 5.34 |
| Front Half | 0.30 | 0.29 | 0.18 | 0.10 | 0.11 |
| Bone in Breast | 2.62 | 2.48 | 2.19 | 2.28 | 1.94 |
| Bn`less Brst | 16.10 | 17.00 | 18.19 | 19.19 | 20.34 |
| Wing | 6.99 | 7.08 | 7.25 | 6.94 | 7.14 |
| Leg Quarter | 20.85 | 19.01 | 20.00 | 18.94 | 19.19 |
| Leg/Dr/Thigh | 8.09 | 9.67 | 9.24 | 9.09 | 9.40 |
| Bn`less Leg | 2.76 | 2.98 | 3.19 | 3.21 | 3.03 |
| Gib/Neck | 3.96 | 3.70 | 3.63 | 3.72 | 3.53 |
| Fr/Back/Skin | 12.71 | 12.56 | 12.39 | 12.61 | 12.26 |
| Comminuted | 5.49 | 5.47 | 5.82 | 5.30 | 5.64 |
| Paws | 2.27 | 2.32 | 2.43 | 2.46 | 2.36 |

HIGHLY CONFIDENTIAL

## AVERAGE COMPANY PROFILE
### Sales Mix by Major Product Category
### Debone

|  | Calendar 2009 | Calendar 2010 | Calendar 2011 | Calendar 2012 | Calendar 2013 |
|---|---|---|---|---|---|
| Whole Bird | 1.22 | 0.97 | 0.59 | 0.78 | 0.69 |
| WOG | 0.61 | 0.71 | 0.96 | 1.74 | 0.66 |
| Wh Bd Cut Up | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Fast Food | 0.08 | 0.11 | 0.01 | 0.23 | 0.00 |
| Front Half | 0.18 | 0.08 | 0.01 | 0.02 | 0.01 |
| Bone in Breast | 1.41 | 1.46 | 0.84 | 1.17 | 1.14 |
| Bn'less Brst | 23.30 | 23.62 | 24.96 | 25.70 | 26.12 |
| Wing | 9.08 | 9.32 | 9.66 | 9.07 | 8.87 |
| Leg Quarter | 15.81 | 12.96 | 13.14 | 13.61 | 17.04 |
| Leg/Dr/Thigh | 7.83 | 10.05 | 9.12 | 8.62 | 8.61 |
| Bn'less Leg | 5.52 | 5.62 | 6.53 | 6.22 | 5.41 |
| Gib/Neck | 4.07 | 3.94 | 3.77 | 3.41 | 3.09 |
| Fr/Back/Skin | 22.59 | 22.77 | 22.31 | 21.44 | 19.23 |
| Comminuted | 5.94 | 6.36 | 5.94 | 5.73 | 6.88 |
| Paws | 2.37 | 2.03 | 2.16 | 2.27 | 2.22 |

HIGHLY CONFIDENTIAL

## AVERAGE COMPANY PROFILE
### Sales Mix by Major Product Category
### Tray Pack

|  | Calendar 2009 | Calendar 2010 | Calendar 2011 | Calendar 2012 | Calendar 2013 |
|---|---|---|---|---|---|
| Whole Bird | 7.63 | 7.28 | 7.10 | 6.48 | 6.50 |
| WOG | 6.96 | 8.49 | 7.51 | 8.18 | 9.24 |
| Wh Bd Cut Up | 1.51 | 1.36 | 1.21 | 0.93 | 0.99 |
| Fast Food | 0.44 | 0.13 | 0.09 | 0.08 | 0.04 |
| Front Half | 0.08 | 0.04 | 0.01 | 0.00 | 0.01 |
| Bone in Breast | 7.85 | 6.30 | 5.85 | 5.16 | 4.49 |
| Bn'less Brst | 17.99 | 19.35 | 20.47 | 21.26 | 22.65 |
| Wing | 7.86 | 7.75 | 7.62 | 7.23 | 7.43 |
| Leg Quarter | 8.69 | 8.95 | 8.79 | 9.28 | 7.22 |
| Leg/Dr/Thigh | 18.73 | 18.93 | 17.61 | 17.40 | 18.14 |
| Bn'less Leg | 1.70 | 1.89 | 2.17 | 2.17 | 2.44 |
| Gib/Neck | 4.58 | 3.70 | 3.68 | 3.71 | 3.36 |
| Fr/Back/Skin | 10.09 | 7.81 | 8.58 | 9.08 | 9.58 |
| Comminuted | 3.96 | 5.82 | 7.05 | 6.46 | 5.60 |
| Paws | 1.99 | 2.28 | 2.40 | 2.55 | 2.29 |

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520657

## AVERAGE COMPANY PROFILE
### Sales Mix by Major Product Category
### Small

| | Calendar 2009 | Calendar 2010 | Calendar 2011 | Calendar 2012 | Calendar 2013 |
|---|---|---|---|---|---|
| Whole Bird | 1.23 | 0.81 | 0.08 | 0.44 | 0.44 |
| WOG | 17.74 | 17.65 | 19.44 | 19.83 | 19.65 |
| Wh Bd Cut Up | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 |
| Fast Food | 27.51 | 27.14 | 21.5 | 21.93 | 22.29 |
| Front Half | 0.69 | 0.95 | 0.70 | 0.36 | 0.45 |
| Bone in Breast | 1.03 | 1.05 | 0.84 | 0.82 | 0.78 |
| Bn'less Brst | 6.94 | 7.06 | 8.22 | 8.34 | 8.54 |
| Wing | 3.08 | 2.90 | 3.06 | 2.85 | 3.42 |
| Leg Quarter | 23.20 | 23.40 | 28.38 | 26.97 | 25.64 |
| Leg/Dr/Thigh | 2.27 | 3.03 | 2.94 | 2.77 | 2.75 |
| Bn'less Leg | 0.51 | 0.64 | 0.10 | 0.07 | 0.04 |
| Gib/Neck | 4.41 | 4.03 | 3.81 | 4.56 | 4.70 |
| Fr/Back/Skin | 6.12 | 6.06 | 4.92 | 5.35 | 5.60 |
| Comminuted | 3.26 | 2.99 | 3.49 | 3.52 | 3.51 |
| Paws | 2.02 | 2.27 | 2.51 | 2.19 | 2.18 |

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520658

# Operations Profits Variance

HIGHLY CONFIDENTIAL

| | Variance from Avg Company | | | | |
| Year | Case Ready | Big Bird | Small | WB Parts | D-Parts |
|---|---|---|---|---|---|
| YTD 2003 | (0.15) | 1.56 | (0.93) | (2.12) | (0.54) |
| YTD 2004 | (1.35) | 1.81 | (0.66) | 0.32 | (1.07) |
| YTD 2005 | (2.77) | (1.63) | (1.27) | (2.34) | (2.22) |
| YTD 2006 | 0.47 | 0.08 | 1.72 | (3.37) | (2.27) |
| YTD 2007 | (1.45) | 2.44 | (0.49) | (3.80) | (1.74) |
| YTD 2008 | (0.45) | 0.71 | (0.07) | (0.17) | (0.56) |
| YTD 2009 | 0.41 | 1.49 | (1.05) | (4.68) | 1.03 |
| YTD 2010 | 0.36 | 0.64 | (0.62) | (2.03) | 0.03 |
| YTD 2011 | 0.39 | (1.06) | 0.76 | (1.59) | 1.39 |
| YTD 2012 | (1.31) | 1.65 | (0.70) | (3.23) | 0.77 |
| YTD 2013 | 0.75 | 1.51 | (0.90) | (4.75) | (1.77) |
| | | | | | |
| Jan-14 | 3.40 | (1.16) | (0.35) | (2.22) | (1.76) |
| Feb-14 | 3.09 | 3.12 | 1.01 | (2.68) | 0.06 |
| Mar-14 | 1.06 | 1.24 | (1.59) | (4.32) | (0.93) |
| Apr-14 | (0.45) | 3.44 | (2.10) | (6.32) | (2.14) |

HIGHLY CONFIDENTIAL



## Industry Sales Program Analysis

| | 2008 | 2009 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|
| Debone | 43.30 | 40.94 | 40.94 | 42.47 | 41.68 | 42.20 | 50.22 |
| T.P. | 29.09 | 29.47 | 29.47 | 31.23 | 31.80 | 32.13 | 25.64 |
| Small | 27.61 | 29.59 | 29.59 | 26.30 | 26.52 | 25.67 | 24.14 |

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520661

JANUARY - DECEMBER, 2009  PROCESSING STATISTICS

TYPE PROCESSING PLANT

| | Total | Whole Bird/Parts | Small | Tray Pack | Large Debone | Debone/Parts |
|---|---|---|---|---|---|---|
| # Plants | 122 | 13 | 34 | 28 | 35 | 12 |
| # Birds | 7,209,447,141 | 723,056,594 | 2,326,119,146 | 1,847,645,660 | 1,547,723,205 | 764,902,536 |
| Live Pounds | 39,896,466,286 | 3,623,790,001 | 9,425,174,272 | 10,739,136,520 | 11,868,580,465 | 4,239,785,028 |
| Packed Pounds | 32,237,480,567 | 2,913,250,184 | 7,432,874,674 | 8,558,668,776 | 9,911,326,985 | 3,421,359,948 |
| % USDA | 94.74 | | | | | |
| Avg. Live Wt. | 5.53 | 5.01 | 4.05 | 5.81 | 7.67 | 5.54 |
| Avg. WOG Wt. | 4.10 | 3.71 | 2.88 | 4.24 | 5.93 | 4.10 |
| % Total | | 9.08 | 23.62 | 26.92 | 29.75 | 10.63 |

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520662

## PROCESSING STATISTICS

### Jan-Dec 2013 - TYPE PROCESSING PLANT

| | TOTAL | Small | Whole Bird/Parts | Tray Pack | Large Debone | Debone/Parts |
|---|---|---|---|---|---|---|
| # Plants | 122 | 30 | 9 | 28 | 40 | 15 |
| # Birds | 7,573,112,375 | 2,318,518,156 | 572,413,945 | 1,846,838,866 | 1,847,949,309 | 987,392,099 |
| Live Lbs | 44,921,772,560 | 9,950,395,175 | 3,059,212,019 | 11,391,422,985 | 15,487,803,290 | 5,632,939,090 |
| Packed Lbs | 34,604,552,764 | 6,501,345,100 | 2,325,972,525 | 8,978,671,503 | 12,918,189,913 | 3,880,373,722 |
| % USDA | 94.38 | | | | | |
| Avg Live Wgt. | 5.93 | 4.03 | 5.34 | 6.17 | 8.38 | 5.70 |
| Avg WOG Lbs | 5.05 | 3.04 | 4.12 | 4.89 | 7.03 | 4.53 |
| % Total | | 20.81 | 6.81 | 25.36 | 34.48 | 12.54 |

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520663



PILGRIMS-DOJ-0002520664



| | SMALL | PTS, WH&DB | TRAY PACK | LG DB |
|---|---|---|---|---|
| LABOR & SUPV | 11.95 | 9.90 | 14.54 | 9.03 |
| SUPPLY | 0.61 | 0.68 | 0.77 | 0.63 |
| PACKAGING | 4.16 | 2.99 | 6.29 | 2.66 |
| M&R DEPR | 2.75 | 2.56 | 2.85 | 1.92 |
| ALL OTHER | 3.98 | 3.42 | 3.50 | 2.79 |

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520665

# Industry Profits

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520666



HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520667

# The "Bottom Line"

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520668

The industry has experienced seven consecutive quarters of above average returns bottom line and the 2nd quarter of 2014 is likely to exceed the results of the 2nd quarter of 2014.

## Industry Bottom Line Profit
## Cents/Lb.
## Variance from Profit of 1st Quarter 1999



**Weighted Average**

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520669

Breeders

HIGHLY CONFIDENTIAL
PILGRIMS-DOJ-0002520670

- It all starts with Breeders and Pullets



HIGHLY CONFIDENTIAL

- Three(3) major players...
  - Cobb
  - Ross
  - Hubbard







HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520672



HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520673





HIGHLY CONFIDENTIAL



# Breeder Supply



- Average hatching layers in 2012 were under 51 million or the lowest level since 1996 and are projected to increase modestly in 2013.

29

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520676



PILGRIMS-DOJ-0002520677



HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520678



PILGRIMS-DOJ-0002520679

# Eggs and Chicks

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520680



PILGRIMS-DOJ-0002520681



### Broiler Hatchery – Eggs Set

- Egg Sets were 203.3 up slightly from last year.

HIGHLY CONFIDENTIAL



- Placements were reported at 168.1 million down 1% from last year.

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520683

# Hatchability



PILGRIMS-DOJ-0002520684



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520686



HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520687

# Live Weights

PILGRIMS-DOJ-0002520688



HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520689



HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520690



PILGRIMS-DOJ-0002520691

Wog Yields

HIGHLY CONFIDENTIAL



PILGRIMS-DOJ-0002520693

**The structure of the chicken has changed dramatically over the last 17 years as the industry required more and more breast meat.**

## Changes in Yield Percentages
## 1995 through 2012

| | 1995 | 2005 | 2012 |
|---|---|---|---|
| WOG Yield | 68.24 | 72.75 | 76.69 |
| Front ½ of Live | 35.07 | 40.11 | 43.57 |
| Front ½ of WOG | 51.38 | 55.12 | 56.79 |
| Back ½ of Live | 33.18 | 32.64 | 33.12 |
| Back ½ of WOG | 48.62 | 44.88 | 43.21 |
| Live Wt. Lbs. | 4.75 | 5.83 | 5.95 |

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520694

**Leading to significant changes in the yields of boneless breast meat with little change in the yields of the other parts of the chicken.**

## Changes in Yield Percentages
## 1995 through 2012

| % of Live Wt. | 1995 | 2005 | 2012 |
|---|---|---|---|
| Boneless Brst | 14.7 | 19.9 | 23.2 |
| Frame/Spine/Skin | 13.1 | 12.6 | 12.8 |
| Wings | 7.6 | 7.7 | 7.8 |
| Leg ¼ | 33.0 | 32.7 | 33.0 |
| Leg/Drum/Thigh | 22.6 | 23.0 | 23.3 |
| Rear Spine | 10.5 | 9.7 | 9.7 |

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520695

The ratio changes are not limited to big bird plants.

## Changes in Yield Percentages
## 1995 through 2012 : Fast Food Plants

|  | __1995__ | __2005__ | __2012__ |
|---|---|---|---|
| WOG Yield | 67.64 | 69.64 | 72.90 |
| Front ½ of Live | 34.49 | 37.88 | 40.47 |
| Front ½ of WOG | 50.99 | 54.50 | 55.52 |
| Back ½ of Live | 33.15 | 31.76 | 32.43 |
| Back ½ of WOG | 49.01 | 45.60 | 44.48 |
| Live Wt. Lbs. | 4.04 | 4.18 | 4.10 |

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520696



Feed

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520697



Corn

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520698



# Corn Prices Retreat After Rallying to New Highs



- After posting the highest weekly close for the crop year last week corn traded 13 cents lower to end the week at 4.94 after forecasts showed a better than expected planting window next week.

- May soybean meal rallied to a new contract high Wednesday but by Friday had already erased all of the weekly gains as talk of more soybeans being imported into the US weighed on prices.

HIGHLY CONFIDENTIAL



## Corn Crop Off to Good Start

- Corn conditions remain historically high despite the recent declines in Minnesota and Iowa.  Core Midwest pollination is just a few weeks away.

HIGHLY CONFIDENTIAL

 **pilgrim's**

# Corn Planting Off to Slow Start...Big Weeks Ahead



- The US corn crop was reported as 19% planted versus 32% on average last week. Recent rain systems likely prevented farmers from making up much ground this week.

- The next 3 weeks are historically when the majority of corn planting occurs.

HIGHLY CONFIDENTIAL



# Corn Price History

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520702

| Express Markets, Inc. Analytics | | | | USDA Estimate | USDA Forecast | EMI Forecast |
|---|---|---|---|---|---|---|
| CORN | 2010/2011 | 2011/2012 | 2012/2013 | 2013/2014 | 2014/2015 | 2014/2015 |
| | | | | | | |
| Planted (million acres) | 88.2 | 91.9 | 97.2 | 95.4 | 91.7 | 91.7 |
| Harvested | 81.4 | 84.0 | 87.4 | 87.7 | 84.3 | 84.1 |
| Yield (bu./acre) | 152.8 | 147.2 | 123.4 | 158.8 | 165.3 | 159.8 |
| | | | | | | |
| Beginning Stocks (mill bu.) | 1,708 | 1,128 | 989 | 821 | 1,146 | 1,146 |
| Production | 12,447 | 12,360 | 10,780 | 13,925 | 13,935 | 13,436 |
| Imports | 28 | 29 | 162 | 35 | 30 | 25 |
| Total Supply | 14,182 | 13,516 | 11,932 | 14,781 | 15,111 | 14,607 |
| | | | | | | |
| Feed and Residual | 4,793 | 4,548 | 4,335 | 5,300 | 5,250 | 5,150 |
| Food, Seed and Industrial | 6,428 | 6,437 | 6,044 | 6,435 | 6,435 | 6,000 |
| Ethanol | 5,021 | 5,011 | 4,648 | 5,050 | 5,050 | 4,550 |
| Total Domestic | 11,220 | 10,985 | 10,379 | 11,735 | 11,685 | 11,150 |
| Exports | 1,835 | 1,543 | 731 | 1,900 | 1,700 | 1,950 |
| Total Use | 13,055 | 12,527 | 11,111 | 13,635 | 13,385 | 13,100 |
| Ending Stocks | 1,128 | 989 | 821 | 1,146 | 1,726 | 1,507 |
| | | | | | | |
| STOCKS TO USE | 8.64% | 7.89% | 7.39% | 8.41% | 12.90% | 11.51% |

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520703



HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520704



HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520705



HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520706

Soybeans

PILGRIMS-DOJ-0002520707

| *Express Markets, Inc.* *Analytics* | | | | USDA Forecast | USDA Forecast | EMI Forecast |
|---|---|---|---|---|---|---|
| SOYBEANS | 2010/2011 | 2011/2012 | 2012/2013 | 2013/2014 | 2014/2015 | 2014/2015 |
| | | | | | | |
| Planted (million acres) | 77.4 | 75.0 | 77.2 | 76.5 | 81.5 | 81.5 |
| Harvested | 76.6 | 73.8 | 76.2 | 75.9 | 80.5 | 80.5 |
| Yield (bu./acre) | 43.5 | 41.9 | 39.8 | 43.3 | 45.2 | 44.0 |
| | | | | | | |
| Beginning Stocks (mill bu.) | 151 | 215 | 169 | 141 | 125 | 125 |
| Production | 3,329 | 3,094 | 3,034 | 3,289 | 3,635 | 3,543 |
| Imports | 14 | 16 | 36 | 90 | 15 | 16 |
| Total Supply | 3,495 | 3,325 | 3,239 | 3,519 | 3,775 | 3,684 |
| | | | | | | |
| Crushings | 1,648 | 1,703 | 1,689 | 1,700 | 1,715 | 1,725 |
| Exports | 1,501 | 1,360 | 1,320 | 1,600 | 1,625 | 1,650 |
| Seed | 87 | 90 | 89 | 95 | 92 | 90 |
| Residual | 43 | 2 | 1 | - | 18 | 29 |
| Total Use | 3,280 | 3,155 | 3,098 | 3,395 | 3,450 | 3,494 |
| Ending Stocks | 215 | 169 | 141 | 125 | 325 | 190 |
| | | | | | | |
| STOCKS TO USE | 6.54% | 5.35% | 4.54% | 3.67% | 9.42% | 5.44% |

HIGHLY CONFIDENTIAL



PILGRIMS-DOJ-0002520709



- China's domestic oilseed processing has averaged a 10% annual growth rate for the last ten years

- Domestic production has not been sufficient to meet growing protein feed and oil demand prompting large increases of imported soybeans from US, Brazil and Argentina.

63

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520710



HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520711



PILGRIMS-DOJ-0002520712



PILGRIMS-DOJ-0002520713



PILGRIMS-DOJ-0002520714

Weather

HIGHLY CONFIDENTIAL





- Recent rains have helped dry parts of Western Iowa and Nebraska. Seasonal outlook calls for more improvement in that region.

- Dry conditions remain in the western plans and Texas panhandle. Vast majority of corn and soybean growing region will be in good shape for soil moisture to start the planting and growing season.

PILGRIMS-DOJ-0002520717



## Weather Conditions Improve for Planting

- The 1-5 day window provides dry, warm conditions for the majority of the corn belt which should help accelerate corn planting progress.

- Extended forecasts show the cold temperatures north of the major corn planting areas.

HIGHLY CONFIDENTIAL



- Drought conditions for a large part of the Midwest have ended and more precipitation is forecasted for early next week. With planting season starting soon the weather will need to dry out to allow for corn planting.

HIGHLY CONFIDENTIAL



- Recent rains have helped end the drought in the Midwest but have delayed corn planting this spring. The next 5 days should allow for good progress in most of the corn belt.

HIGHLY CONFIDENTIAL



- The central plains/western corn belt continue to experience drought conditions while southern and eastern corn growing regions have seen large improvements.

74

PILGRIMS-DOJ-0002520721

Production

HIGHLY CONFIDENTIAL



# Chicken Availability



- Domestic consumption ended a long trend in 2007 when lower domestic production combined with higher exports began to limit domestic availability.

77

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520724

 

# Other Meats

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520725



- Beef and pork prices continue to trade in record levels and the beef to chicken spread made a new all time high this week.

PILGRIMS-DOJ-0002520726

Beef

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520728



HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520729



HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520730



HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520731



PILGRIMS-DOJ-0002520732



PILGRIMS-DOJ-0002520733

Pork

HIGHLY CONFIDENTIAL





PILGRIMS-DOJ-0002520736



HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520737

The other issue that will influence broiler returns in coming months will be supply of competing meats.   Pig production was down 8.6% in March 2014 vs. March 2013 and our weaning mortalities are much higher than year ago levels indicating that pork supply will continue to tighten adding strength to the value of other proteins.



PILGRIMS-DOJ-0002520738



HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520739



PILGRIMS-DOJ-0002520740



# Exports and Demand

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520742



PILGRIMS-DOJ-0002520743

# Exports



**Annual US Broiler Exports**

- 2012 export volumes set a new record at 7.3 billion pounds up 4.5% from last year's record.

- USDA is forecasting another strong year of exports for 2013. YTD exports are down 3% from last year.

97

PILGRIMS-DOJ-0002520744



# Exports Up 1.3% Through April



- Exports continue to climb over 2013's record level despite YTD production being down 1%.

- Mexico continues to increase even over last year's record Jan-Mar shipments although April-May will not likely match last year's shipments driven higher by a local AI outbreak.

HIGHLY CONFIDENTIAL



PILGRIMS-DOJ-0002520746





HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520748

Slaughter

 PILGRIMS-DOJ-0002520749



PILGRIMS-DOJ-0002520750



PILGRIMS-DOJ-0002520751



HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520752



PILGRIMS-DOJ-0002520753



HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520754

Sales

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520755

Cut out Value

HIGHLY CONFIDENTIAL



- Breast meat and tender prices continue to defy negative seasonal patterns keeping the cutout supported.

HIGHLY CONFIDENTIAL



Boneless Skinless Breast

HIGHLY CONFIDENTIAL



PILGRIMS-DOJ-0002520760



PILGRIMS-DOJ-0002520761

Tenders

HIGHLY CONFIDENTIAL



PILGRIMS-DOJ-0002520763



PILGRIMS-DOJ-0002520764

Wings

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520766



Whole Birds/Wogs



PILGRIMS-DOJ-0002520769



HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520770

Leg Qtrs

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520772



PILGRIMS-DOJ-0002520773

# Frozen Inventories

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0002520774



PILGRIMS-DOJ-0002520775