# <u>Appendix C</u>

THIS DOCUMENT HAS BEEN PRODUCED IN NATIVE

FORMAT WITH THE PRODUCTION NUMBER ASSIGNED

TO THIS PAGE AS THE FILE NAME.

DEF EXHIBIT
20-cr-152-PAB
**C-781**



**WORKING DRAFT**
Last Modified 7/21/2014 8:05 PM Central Standard Time
Printed 7/21/2014 9:05 AM Central Standard Time

# A Chicken in Every Pot:
# Project Summary

July 21, 2014

This report summarizes our work.  We have relied on you and your other advisors to ensure food safety, health, and regulatory standards and requirements that apply to your operations are complied with, including any recommendations/actions in this report. In addition, while we are your advisors, you are solely responsible for all decisions about how to operate your processes and facilities. We are not liable to any party, including any government agency, for your failure to comply with any applicable standards or requirements, and you retain sole responsibility for the quality and safety of your processes and/or products.

# Context and deliverables for the small bird COB supply chain effort

- RSCS/KFC has faced multiple COB supply shortages

- RSCS engaged McKinsey in a 6 week effort to assess the risk in the COB supply chain and to provide solutions to ensure availability

- Objective was to assess and develop opportunities to:

  1. Improve the capability of the KFC supply chain system to better manage tight-supply situations

  2. Enhance available supply of small bird COB to support KFC's growth objectives

- For Board of Directors Only -

# The effort was structured around 4 key questions

**1**

How and why has the supply market for small bird chicken changed?

**2**

How well does the current RSCS and KFC supply management approach work in ensuring adequate supply?

**3**

How much future supply risk will RSCS/KFC bear and what is the cost of that risk?

**4**

What solutions should RSCS/KFC invest in to reduce future supply risk/cost?

**A steering committee consisting of members across the supply chain guided the overall effort**

### Steering Committee Members

- Dale Black            Franchisee
- Terry Rogers          Franchisee
- Susan Adzick          McLane
- Jason Marker          KFC
- Trip Vornholt         KFC
- Steve McCormick       RSCS
- John Hans             RSCS
- Todd Imhoff           RSCS

# In addition, a broader group of key stakeholders were engaged for input and guidance

## RSCS Contacts

Allen Eklund[1]
Blaine Ratterman[1]
Bob Coleman[1]
Bob Lewis
Curtis Chaney
Gordon Crum[1]
Greg Muller
John Hans
Kevin O'Bryan[1]
Kurt Alger
Kurt Collins
Mary Hester
Pete Suerken[1]
Ray Khan
Stephen Campisano[1]
Steve McCormick
Todd Imhoff

## KFC Brand

Barbara Beane
Brian Goldstein
Carl Mount
Danny Tan
David Moran
Jamie Alegnani
Janette Alcala[1]
Jason Marker
John Dwyer[1]
Kevin Hochman
Linda Munson
Luqman Rabbani
Mary Weaver
Robert Lilienstern[1]
Sarah Osborn-Hill
Sean Vinsel
Shannon Johnson
Trip Vornholt

## KFC Franchisees

Dale Black[1]
Jerry Sanders[1] (DO – Curtis Ransom)
Terry Rogers

## McLane

Brian Kulak[1]
Debbie Bunger[1]
Jeff Hayes[1]
Marco Guerrero[1]
Susan Adzick
Syndee Stiles

## Producers

Brian Roberts[1] – Tyson
Carl Pepper[1] – Tyson
Jess Chaddick[1] – Tyson
Tim Mulrenin[1] – Tyson
Jayson Penn – Pilgrim's Pride
Justin Gay – Pilgrim's Pride
Larry Higdom – Pilgrim's Pride
Roger Austin – Pilgrim's Pride
Scott Tucker – Pilgrim's Pride

## Other

5 Industry experts sourced from Gerson Lehrman Group

1 Supply chain walk participant

# This effort led to 4 key findings

**1** **COB supply has been tight for the last year and will continue to be tighter going forward**.  This tight supply is partly driven by macro-economic shifts and partly by internal decisions

**2** **The situation has been further exacerbated by a fragmented supply chain** that does not communicate or share information effectively, thereby limiting the system's ability to manage periods of tight supply

**3** **If current trends of available supply continue, the KFC system runs significant risk of shortages over the next three years**, the impact of which could be in the range of $500 MM - $1.5+ B in lost revenue

**4** **The team has collectively identified 7 creative and dramatic levers that are required to be implemented** – some with immediate effect while other require further research and analyses

**1** **COB supply has been tight for the last year and will continue to be tighter going forward**

### Greater demand for chicken

- High beef and pork prices
- Retail sale of small bird COB has increased 20+%

### Producers are moving towards larger birds

- Low corn prices
- Improved large bird economics, productivity, and mortality rates




**Tight purple chicken supply**

### It is not possible to expand capacity in the short term

- 3-4 year lead time to expand producer capacity
- Limited breeder stock which prevents near-term expansion

### KFC is no longer the most attractive customer

- Changing product, e.g. consolidate COB spec
- Tighter price controls reducing KFC price paid
- Walmart is Pilgrim's largest small bird COB customer

**1** **Beef and pork prices have increased leading to high demand for chicken**







# Low corn prices and improved productivity have resulted in a ~3x greater profit margin for large birds

## Breakdown of small and large bird slaughter



- **Producers gain efficiency on a per pound basis as bird size increases**
  - Higher meat / weight ratio
  - Same inspection requirements for more meat throughput
  - Production lines limited by heads / hour



**1**

## As a result, production has shifted from small birds to large birds over the last 10 years

### Breakdown of small and large bird slaughter



**< 3² lbs Ready-to-Cook Slaughter**
Billion birds / yr

**> 5⁵ lbs Ready-to-Cook Slaughter**
Billion birds / yr

2.4
2.1
-14%
2005   2013

2.9
1.9
+54%
2005   2013

- **Production has been shifting from small bird to large bird for the last 10+ years**

- **Once a production line invests to convert from small bird to large bird, it is cost prohibitive for that line to switch back to small birds**



**1** **Consolidation of bird specs has potentially eliminated 15% of supply**

## Current consumers by uncut bird weight band



- **In 2010, the system consolidated from 3 specs (green, yellow, and blue) to 1 spec (purple)** in an effort to reduce system complexity and improve efficiency

- **By doing that, the percentage of a flock that KFC purchased decreased** from 40% of the flock to 25% of the flock

- **Other customers (retail and QSR) have built business models that source yellow and green band chicken**



# These competitors have grown 20+% over the last 5 years

## Growth in chicken sales



- Walmart has been riding this trend to **overtake KFC as Pilgrim's biggest customer**

- Popeye's has grown 20+% in revenue over the last 5 years **consuming more slightly smaller birds**



**1** **Further, cost-reduction efforts have pushed COB purchase cost below market price, making KFC less attractive for incremental supply**

## Comparison between KFC purchase cost and Georgia Dock



- KFC has done a **very good job controlling COB cost** over the past 18 months

- However, tighter price controls mean that **producers benefit from selling to other customers**

- **KFC is also unattractive because of more extensive QA, shorter shelf life, and inconsistent demand**



# Looking forward, limited breeder stock will continue to encourage producers to move towards a more profitable larger bird size







**(1)** **Assuming a producer has additional processing capacity, it takes 3-4 years to increase production**

## Timeline to increase weekly capacity by 3 MM broilers (1 truckload / week)



**3-4 years**

1
Pedigree

23.4
Great Grand Parents

725
Grand Parents

24,809
Parents

3,064,000 Broilers
(about 25% in KFC weight band)

- **Poultry is unlike any other commodity, with 3+ year lead time to increase capacity**

- **Producers project supply 2-3 years before KFC currently negotiates contracts**

- **One-time events can significantly impact capacity (e.g. Avian flu, breeder genetic issues, etc)**

SOURCE: Pilgrim's Pride presentation to RSCS, June 27, 2014

**- For Board of Directors Only -**

14

**2** **The current design of the KFC / RSCS supply management system is not ideal for managing periods of tight supply**

**The supply chain system is fragmented supply chain and does not share information effectively, exacerbating the impact of supply shortages**

- Large number of DC's limit ability to pool inventory or share information
- There is a lack of information sharing and multiple, disconnected forecasts
- There is insufficient safety stock (fresh or frozen) at the DC level
- The objectives of individual members of the supply chain are not aligned

**These inefficiencies in the COB supply chain require KFC to secure <u>12%</u> supply above actual demand to avoid outages**



**2** **Large number of DC's operated by multiple partners limit ability to pool inventory or share information**



| Production | Distribution | Restaurants |

- **Inventory is held at ~55 locations operated by ~30 companies**

- **Inventory that cannot be easily shared during a shortage**

- **Information sharing is not consistent**

**2** **There is a lack of a robust S&OP system leading to little information sharing and multiple, disconnected forecasts**

## Forecast timeline and information used by members



- **Each member has different information that leads to different forecasts**

- **No formal process in place to match demand with supply**

**2** **There is insufficient safety stock (fresh or frozen) at the DC level to mitigate weekly supply and demand variation**

## Supply-demand curve from June – July 2014



- **Historically when demand has exceeded supply, RSCS has purchased additional supply**

- **Increased competition for chicken supply has limited this as an option**

- **Insufficient safety stock in the current system can lead to outages**

**2** **The objectives of individual members of the supply chain are not aligned**



**Supply Assurance**

**Cost Leadership**

**Obsolescence**

- **McLane optimizes for obsolescence and holds little safety stock**

- **RSCS optimizes for cost, leading to lowest cost contracts**

- **KFC optimizes for sales, establishing promos without considering supply**

- **Restaurants are required to balance across objectives**



**2** **These inefficiencies in the COB supply chain require KFC to secure supply ~12% greater than demand to avoid a shortage**



**Supply needed to meet demand without a shortage**

**Root causes**

- Inventory in wrong place
- Bird weight deviation
- Inventory in transit
- Supply variability
- Forecast error

0%

12%

Demand

Perfect supply chain

KFC COB supply chain

- **RSCS has traditionally been able to cover for this inefficiency by acquiring additional supply**

- **Producers could shift some spot market supply to RSCS**

- **With the current tight market, all chicken is sold leading to spot outages when supply falls below 112% of demand**

 **3**

# 3 supply & demand scenarios were evaluated to estimate the risk of stock out and the financial impact on the KFC system

## COB Supply

*Based on independent speculation from 2 producers that 2-5 plants will convert to large bird within 3 years*

**Flat supply**
- Supply in FY15-FY18 is similar to supply in FY14

**Loss of 2 plants**
- 2 of the current 18 production plants close, reducing supply by 11%

**Loss of 5 plants**
- 5 of the current 18 production plants close, reducing supply by 28%

## COB Demand

*Based on estimates by KFC marketing that demand for COB is expected to range from a 1 – 5% p.a. growth*

**Flat demand**
- Demand in 2015-2018 is identical to demand in 2014

**Grows by 3%**
- Demand grows by 3% year-over-year for 2015-2018

**Grows by 5%**
- Demand grows by 5% year-over-year for 2015-2018



**3**  **If not dealt with now, the KFC system runs significant risk of shortages over the next three years under all scenarios considered**

## Lost sales from 2015-2017



|  |  | Flat | +3% p.a. | +5% p.a. |
|---|---|---|---|---|
| **COB Supply** | **Flat** | $56 MM | $300 MM | $500 MM |
| | **-2 plants** | $580 MM | $830 MM | $990 MM |
| | **-5 plants** | $1.2 B | $1.4 B | $1.5 B |

**COB Demand**

Legend:
- <100 MM in sales
- 100 - 500 MM in sales
- > 500 MM in sales

Equates to lost margin of $140 K PRA

# The team focused on high impact / high feasibility potential levers



1 Includes max/min orders, rigorous S&OP, and base S&OP

**4** **7 key initiatives will enable KFC to enhance system efficiency and increase supply availability**

🟢 Enhance efficiency    🔵 Increase supply

**a** | **Increase Inventory** | ▪ Expand use of frozen and fresh inventory

**b** | **S&OP Process** | ▪ Optimize supply and demand planning process

**c** | **Consolidate Distribution** | ▪ Optimize the number and location of distribution points

**d** | **Long-Term COB Supply Contract** | ▪ Establish multi-year supply contracts with guarantees

**e** | **Widen COB Spec** | ▪ Increase spec to capture more available supply

**f** | **More Flexible Menu Mix** | ▪ Utilize more dark meat and further processed white meat

**g** | **9-Cut COB** | ▪ Increase cut count to produce additional pieces

**All 7 options will need to be exercised to address the risk of shortages**



**4** **These initiatives if phased over the next ~3 years will enable KFC to address immediate and forward looking supply challenges**

| Year (plant closure scenario) | 2014 (-0 plants) | 2015 (-0 plants) | 2016 (-2 plants) | 2017 (-5 plants) | Supply benefit |
|---|---|---|---|---|---|
| **a** Increase Inventory | Implement | | | | Enabler |
| **b** S&OP Process | Basic S&OP | Rigorous S&OP | | | Efficiency improvement |
| **c** Consolidate Distribution | Research | Implement | | | Efficiency improvement |
| **d** Long-Term COB Supply Contracts | Implement | | | | +2 plants through 2017 |
| **e** Widen COB Spec | Implement | | | | +1 plant |
| **f** More Flexible Menu Mix | Research | Implement in Phases | | | +2 plants or more |
| **g** 9-Cut COB | | | Research | Implement | +2 plants |

**Implement immediately** (rows a–d)
**Research** (rows e–g)

- For Board of Directors Only -



**4** **These initiatives if phased over the next ~3 years will enable KFC to address supply challenges and realize net savings**

| Year (plant closure scenario) | 2014 (-0 plants) | 2015 (-0 plants) | 2016 (-2 plants) | 2017 (-5 plants) | Drivers of cost |
|---|---|---|---|---|---|
| **a** Increase Inventory | | $0.5 – 1.0 MM/yr ⟶ | | | Increased freezing and holding cost |
| **b** S&OP Process | $0.3 – 1.0 MM/yr ⟶ $1.0 – 3.0 MM one-time investment spread over 3 years | | | | IT costs for information sharing |
| **c** Consolidate Distribution | | | ($1.0 – 2.5 MM) ⟶ $1 – 3 K PRA for current poultry-only | | Reduced distribution cost per restaurant |
| **d** Long-Term COB Supply Contracts | | ($0.5 – 1.5 MM) ⟶ | | | Deflation net of margin |
| **e** Widen COB Spec | | ($2.0 – 3.5 MM) ⟶ | | | Reduction of lbs per piece for KGC |
| **f** More Flexible Menu Mix | | ($1.0 – 2.0 MM) ⟶ | | | Increased use of lower cost red label |
| **g** 9-Cut COB | | TBD ⟶ | | | -- |
| **Total cost (savings) Per year** | $0.3 – 1.0 MM | ($2.7 – 5.0 MM) | ($3.7 – 7.5 MM) | | |

*Implement immediately* — a, b, c, d
*Research* — e, f, g



**a** **Expand the use of fresh/frozen inventory at distribution centers to make shortages less likely**

## Probability of a shortage, %



**Increasing safety stock from 20 TL to 50 TL's of safety stock reduces probability of shortage by ~55%**

**Two methods to increase safety stock:**

— Hold frozen inventory to balance week-to-week variation

— Potential to increase shelf life to hold fresh inventory to balance day-to-day variation[1]

**(b)** **Optimize supply and demand planning process throughout the entire supply chain**

## Monthly S&OP cadence

- KFC Finance generates updated demand forecasts

- Provide the DC's and producers the expected (not actual) orders and inventory levels

**Base S&OP process**

1. **Update nationwide forecasts for demand**
2. **Match demand with supply**
3. **Exercise flexibility**
4. **Communicate with DC's & producers**

- Translate the KFC forecasts into DC- & producer plant-level forecasts and compare to RSCS supply plan

- Identify potential mismatch between supply and demand and take appropriate action

 **Consolidating the number of distribution centers will create a more efficient supply chain and decrease franchisee F+P costs**

| | **Current state** | **Potential future state**[1] |
|---|---|---|
| **Inventory sharing** | • 55 different locations hold supply; 30% of which can easily share inventory | • < 35 locations hold supply; 80% of which can easily share inventory |
| **Information flow** | • 30 different distributors sending separate reports with different timelines | • ~12 distributors using consistent report structure and on aligned timelines |
| **Supply Chain cost** | • 5 - 7% of COB sales cost vs. an industry bench mark of 4.5 – 5.5% on protein | • $2 – 2.5 M less than current cost for distribution[2] |

1 Franchisees retain the right to choose their own distributor; some restaurants are contracted with distributor through 2017
2 Impacts only poultry-only restaurants

**d** **Executing supply commitments linked to different segments of demand can ensure supply over the long-term**



**(10-15%) Rolling uplift contracts**

**(0-5%) Flexible supply contract**

Actual demand

**(80-90%) Base volume long-term contracts**

**Contract should allow for three tiers**

- Base volume (80-90%) at feed + margin, guaranteed 3 years in advance

- Rolling uplift (10-15%) at feed + slightly higher margin, guaranteed with 6 months of notice

- Flexible supply (0-5%) at discount from spot prices to cover unexpected demand, not guaranteed

# d **What If?**

**COB Strategy**

- Stabilize Sufficient Supply and Ability to Flex
- Lock Deflation for 2-3 Years
- Source Supply to Shift Orange Label to Purple Label or Alternate Smaller Size
- Stay in Current Purple Specification
- Gain Time to Test Alternate Size COB Sizes and Cuts

**d** **COB Strategy Roadmap**

**Become Customer of Choice for 2.8 pounds of COB**
- Long term contract
- Address big bird margin versus small bird margin
- Utilize frozen to create consistent demand pull
- Address cost bar inequalities

**Commodity Market Opportunity**
- Hedge off risk for 2-3 years
- Current market conditions are extremely favorable

**Buy sufficient purple label COB and plan for spikes in demand**

**Create option for orange label to move to purple label (or alternate smaller size)**

*Total Annual System Value = $12MM - $20MM*
*Locked Deflation of Approximately 1.2% - 2.0%*

 # Significant Commodity Opportunities

FROM RSCS PROCUREMENT TEAM



Corn and soybean meal prices are declining from peak levels.
If favorable weather continues, long term pricing opportunities may be available this fall.
Coverage could be extended for two to three years this fall at price levels similar to 2009/10 price levels.
This strategy would fix commodity deflation for 2015 and lock limited inflation for 2016 and 2017 providing significant protection against weather and geopolitical risks.

- For Board of Directors Only -

 **Benefits of a Long Term Procurement Strategy**

FROM RSCS PROCUREMENT TEAM

## Procurement & Commodity Strategy

 

| Price | Supply |
|---|---|
| • Locks a known chicken cost.<br>• Eliminates price volatility.<br>• KFC will not be susceptible to production, weather and geopolitical risks that have historically impacted chicken prices. | • Ensures a supply of chicken in a very tight market.<br>• Places competitors in a precarious position as they will have limited capacity to secure their supplies.<br>• Provides a two to three year time horizon for long term innovation possibilities. |

 

## KFC Achieves a Competitive Advantage

**e** **Expanding small bird weight specs can open up supply in ~6 months if KFC collaborates with producer partners**

## Small bird slaughter weight distribution



**Single flock,** % of flock

Weight, Lbs WOG

- **Two options to expand weight range: 1) expand current "purple" spec or 2) create new specs**

- **Opens up access to ~20 TL's of additional supply**

- **Places pressure on competitors**

# f Leveraging non-COB platforms and red label chicken will enable KFC win in the market and address supply concerns

## PRA breakdown by category, $1,000's per store

SOURCE: Interview with Kevin Hochman

**- For Board of Directors Only -**



 **Several higher cut bird options exist to increase available COB supply**

| | Details | Considerations |
|---|---|---|
| **Option 1** | • 9-piece cut in existing bird weight range ("purple") increasing pieces 12% | • Consumer reaction to smaller breast and new keel pieces<br>• Cost-advantaged per piece<br>• Producer capital investment |
| **Option 2** | • 9-piece cut in higher bird weight range ("orange") increasing pieces 12% | • Consumer reaction to keel pieces<br>• Availability of supply<br>• Cost-neutral per piece<br>• Producer capital investment |
| **Option 3** | • Significantly higher cut in large bird (> 5lb WOG) | • Producers growing large bird production<br>• Consumer reaction / education to unfamiliar pieces<br>• Lack of experience within network |

# Next Steps

All initiatives will require Franchisee support throughout the process

| | Next step | Responsible |
|---|---|---|
| **a** **Increase Inventory** | ▪ Develop business case to hold additional frozen and fresh inventory in conjunction with producer partners and KFC legal | ▪ Gordon Crum<br>▪ Cathy Tang<br>▪ Distributors |
| **b** **S&OP Process** | ▪ Design and implement S&OP system effective August 2014<br>▪ Clarify investment requirements from technology vendors and obtain board approval in the next 4 weeks | ▪ Trip Vornholt<br>▪ John Hans |
| **c** **Consolidate Distribution** | ▪ Build business case to consolidate distribution (clarifying economic and efficiency benefits)<br>▪ Develop roadmap to syndicate plan with all stakeholders (e.g. franchisees) | ▪ Gordon Crum |
| **d** **Long-Term Supply Contract** | ▪ Develop business case explaining impact on restaurant P&L<br>▪ Negotiate with producers using agreed structure, timeline, and conditions | ▪ Todd Imhoff<br>▪ Pete Suerken |
| **e** **Widen COB Spec** | ▪ Research if one broad spec can be used<br>▪ Define setpoints and allocation methodology for broadened spec | ▪ Trip Vornholt<br>▪ John Hans<br>▪ CFIO – TBD |
| **f** **More Flexible Menu Mix** | ▪ Marketing to determine appropriate approach to expand the use of red label chicken (e.g. local promotions)<br>▪ Work with producers to secure additional red label supply | ▪ Kevin Hochman<br>▪ Pete Suerken |
| **g** **9-Cut COB** | ▪ Research to determine consumer perception and price sensitivity to 9-cut<br>▪ Develop roadmap for 9-cut implementation including producers and food innovation elements | ▪ Kevin Hochman |

# Appendix

# Of the 30 small bird plants, 21 produce 8-cut bird size and KFC purchases from 18 of those



# Information flow

