# **Appendix E**

| | |
|---|---|
| **From:** | Jason McGuire </O=PILGRIM'S PRIDE CORPORATION/OU=PILGRIMPRIDE/CN=RECIPIENTS/CN=JMCGUIRE> |
| **To:** | Jayson Penn |
| **CC:** | Roger Austin |
| **Sent:** | 8/19/2014 10:45:53 PM |
| **Subject:** | Re: KFC Price Increase 14-08-15.xlsx |

Profit per wog/lb is just shy of .09/lb


Jayson Penn <Jayson.Penn@pilgrims.com> wrote:

Just looked at the data -- what is your c/lb analysis from the data?
_____
**From:** Jason McGuire
**Sent:** Tuesday, August 19, 2014 4:12 PM
**To:** Jayson Penn
**Cc:** Roger Austin
**Subject:** RE: KFC Price Increase 14-08-15.xlsx

Any feedback for us on this?  We need to send something over for KFC this evening.  thanks
_____
**From:** Jason McGuire
**Sent:** Tuesday, August 19, 2014 12:29 PM
**To:** Jayson Penn
**Cc:** Roger Austin
**Subject:** KFC Price Increase 14-08-15.xlsx

Is this what you are looking for?  Shows about .09/lb increase per Wog lb from.

HIGHLY CONFIDENTIAL

PILGRIMS-DOJ-0001539213



DEF EXHIBIT
20-cr-152-PAB
E-898