# **Appendix G**

**From:** Jayson Penn [/O=PILGRIM'S PRIDE CORPORATION/OU=PILGRIMPRIDE/CN=RECIPIENTS/CN=JPENN]
**Sent:** 11/24/2014 6:59:14 PM
**To:** Tim Stiller [tim.stiller@pilgrims.com]
**Subject:** Re: Rotisserie

Yes. You did discuss that when orders normalize TSN could come up short. Got it. Looks like this is happening. Wait until fast food comes back and bird weights are not optimized - weight range spreads and then...self destruction

On Nov 24, 2014, at 11:56 AM, Tim Stiller <Tim.Stiller@pilgrims.com> wrote:

Them picking up the business we lost and not being able to cover any orders above light levels.

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: Jayson Penn <Jayson.Penn@pilgrims.com>
Date:11/24/2014 11:52 AM (GMT-07:00)
To: Tim Stiller <Tim.Stiller@pilgrims.com>
Subject: Re: Rotisserie

WM resurfacing?

On Nov 24, 2014, at 11:46 AM, Tim Stiller <Tim.Stiller@pilgrims.com> wrote:

FYI
Tyson shorting king soopers. John aware. Hopefully WM resurfacing.

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: Robbie Bryant <Robbie.Bryant@pilgrims.com>
Date:11/24/2014 7:14 AM (GMT-07:00)
To: Tim Stiller <Tim.Stiller@pilgrims.com>
Subject: FW: Rotisserie

Second load of wogs we've picked up form King Sooper, one Friday and one today.

-----Original Message-----
From: Lee Wilson
Sent: Monday, November 24, 2014 8:12 AM
To: Robbie Bryant
Cc: Samantha Alexander
Subject: FW: Rotisserie

Ok, this load is a go.  I'll get back with more info and a PO.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    PILGRIMS-0009084137

DEF EXHIBIT
20-cr-152-PAB
E-117

Lee Wilson
Pilgrim's Corporation
214-755-6023 - cell
972-290-7896 - fax


-----Original Message-----
From: Baker, Barbara [mailto:Barbara.Baker@tyson.com]
Sent: Monday, November 24, 2014 8:07 AM
To: Lee Wilson
Subject: RE: Rotisserie

Yes, we need a truckload.

-----Original Message-----
From: Lee Wilson [mailto:Lee.Wilson@pilgrims.com]
Sent: Monday, November 24, 2014 8:32 AM
To: Baker, Barbara
Subject: RE: Rotisserie

Ok. I'll let production know to stand by until we hear back.


Sent via the Samsung GALAXY S(r)4, an AT&T 4G LTE smartphone


-------- Original message --------
From: "Baker, Barbara" <Barbara.Baker@tyson.com>
Date:11/24/2014 7:27 AM (GMT-06:00)
To: Lee Wilson <Lee.Wilson@pilgrims.com>
Cc:
Subject: RE: Rotisserie

I'm pretty sure but double checking with the plant they feel we are going to be a load short.

-----Original Message-----
From: Lee Wilson [mailto:Lee.Wilson@pilgrims.com]
Sent: Monday, November 24, 2014 7:56 AM
To: Baker, Barbara
Subject: RE: Rotisserie

Ok. Do you want me to book it with the plant?


Sent via the Samsung GALAXY S(r)4, an AT&T 4G LTE smartphone


-------- Original message --------
From: "Baker, Barbara" <Barbara.Baker@tyson.com>
Date:11/24/2014 6:53 AM (GMT-06:00)
To: Lee Wilson <Lee.Wilson@pilgrims.com>
Cc:
Subject: RE: Rotisserie

Yes that would work.

-----Original Message-----
From: Lee Wilson [mailto:Lee.Wilson@pilgrims.com]
Sent: Monday, November 24, 2014 7:20 AM
To: Baker, Barbara
Subject: RE: Rotisserie

We can run a savory wog today. I'm assuming you need it for KS and that they are closed Thursday, so would a Friday delivery work?
Lee


Sent via the Samsung GALAXY S(r)4, an AT&T 4G LTE smartphone


-------- Original message --------
From: "Baker, Barbara" <Barbara.Baker@tyson.com>
Date:11/24/2014 6:09 AM (GMT-06:00)
To: Lee Wilson <Lee.Wilson@pilgrims.com>
Cc:
Subject: Re: Rotisserie

Thanks

Sent from my iPhone

> On Nov 24, 2014, at 7:09 AM, "Lee Wilson" <Lee.Wilson@pilgrims.com> wrote:
>
> Hi Barbara,
> I'll check and let you know.
> Lee
>
>
> Sent via the Samsung GALAXY S(r)4, an AT&T 4G LTE smartphone
>
>
> -------- Original message --------
> From: "Baker, Barbara" <Barbara.Baker@tyson.com>
> Date:11/24/2014 3:56 AM (GMT-06:00)
> To: Lee Wilson <Lee.Wilson@pilgrims.com>
> Cc:
> Subject: Rotisserie
>
> Lee
> Can you do another truckload this week?
>
> Sent from my iPhone
>
> ------------------------------------------------------------------------
> This email and any files transmitted with it are confidential and intended solely for the use of the addressee. If you are not the intended addressee, then you have received this email in error and any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. Please notify us immediately of your unintended receipt by reply and then delete this email and your reply. Tyson Foods, Inc. and its subsidiaries and affiliates will not be held liable to any person resulting from the unintended or unauthorized use of any information contained in this email or as a result of any additions or deletions of information originally contained in this email.

------------------------------------------------------------------------
This email and any files transmitted with it are confidential and intended solely for the use of the addressee. If you are not the intended addressee, then you have received this email in error and any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. Please notify us immediately of your unintended receipt by reply and then delete this email and your reply. Tyson Foods, Inc. and its subsidiaries and affiliates will not be held liable to any person resulting from the unintended or unauthorized use of any information contained in this email or as a result of any additions or deletions of information originally contained in this email.

------------------------------------------------------------------------
This email and any files transmitted with it are confidential and intended solely for the use of the addressee. If you are not the intended addressee, then you have received this email in error and any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. Please notify us immediately of your unintended receipt by reply and then delete this email and your reply. Tyson Foods, Inc. and its subsidiaries and affiliates will not be held liable to any person resulting from the unintended or unauthorized use of any information contained in this email or as a result of any additions or deletions of information originally contained in this email.

---
This email and any files transmitted with it are confidential and intended solely for the use of the addressee. If you are not the intended addressee, then you have received this email in error and any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. Please notify us immediately of your unintended receipt by reply and then delete this email and your reply. Tyson Foods, Inc. and its subsidiaries and affiliates will not be held liable to any person resulting from the unintended or unauthorized use of any information contained in this email or as a result of any additions or deletions of information originally contained in this email.

---
This email and any files transmitted with it are confidential and intended solely for the use of the addressee. If you are not the intended addressee, then you have received this email in error and any use, dissemination, forwarding, printing, or copying of this email is strictly prohibited. Please notify us immediately of your unintended receipt by reply and then delete this email and your reply. Tyson Foods, Inc. and its subsidiaries and affiliates will not be held liable to any person resulting from the unintended or unauthorized use of any information contained in this email or as a result of any additions or deletions of information originally contained in this email.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                    PILGRIMS-0009084140