**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Chief Judge Philip A. Brimmer**

Criminal Action No.: 20-cr-00152-PAB          Date:  December 9, 2021
Courtroom Deputy:  Sabrina Grimm             Court Reporter:   Janet Coppock

_Parties:_                                    _Counsel:_

UNITED STATES OF AMERICA,                     Michael Koenig
                                              Carolyn Sweeney
                                              Heather Call
                                              Paul Torzilli
                                              Laura Butte
                                              Jillian Rogowski
                                              Cecilia Cheng

          Plaintiff,

v.

1.  JAYSON JEFFREY PENN,                       Michael Tubach
                                               Anna Pletcher
                                               Brian Quinn
2.  MIKELL REEVE FRIES,                         Richard Kornfeld
                                               David Beller
                                               Kelly Page
3.  SCOTT JAMES BRADY,                          Bryan Lavine
                                               Megan Rahman
                                               Laura Kuykendall
4.  ROGER BORN AUSTIN,                          Michael Feldberg
                                               Laura Carwile
                                               Julie Withers
5.  TIMOTHY R. MULRENIN,                        Elizabeth Prewitt
                                               Marci LaBranche
6.  WILLIAM VINCENT KANTOLA,                    Roxann Henry
                                               James Backstrom
7.  JIMMIE LEE LITTLE,                          Mark Byrne
                                               Dennis Canty
8.  WILLIAM WADE LOVETTE,                       John Fagg, Jr.
                                               Frank Schall
                                               Dru Nielsen
                                               James McLoughlin
                                               Catherine Prater
9.  GARY BRIAN ROBERTS, and                     Craig Gillen
                                               Richard Tegtmeier

10.  RICKIE PATTERSON BLAKE,                Wendy Johnson
                                            Barry Pollack

    Defendants.

---

**COURTROOM MINUTES**

---

**JURY TRIAL – DAY 25**

**8:37 a.m.        Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Jury present.

8:39 a.m.        Defendant Mulrenin's closing argument by Ms. Prewitt.

9:17 a.m.        Defendant Kantola's closing argument by Ms. Henry.

Jury excused.

**10:00 a.m.     Court in recess.**
**10:17 a.m.     Court in session.**

Jury present.

10:20 a.m.       Defendant Little's closing argument by Mr. Byrne.

11:05 a.m.       Defendant Lovette's closing argument by Ms. Nielsen.

Jury excused.

Discussion regarding exhibit list spreadsheets.

**11:48 a.m.     Court in recess.**
**1:04 p.m.       Court in session.**

Jury present.

1:06 p.m.        Defendant Roberts' closing argument by Mr. Gillen.

1:51 p.m.        Defendant Blake's closing argument by Ms. Johnson.

Jury excused.

**2:39 p.m.      Court in recess.**
**2:57 p.m.      Court in session.**

Jury present.

2:58 p.m.      Government's closing rebuttal argument by Mr. Koenig.

Court Security Officers sworn.

Court instructs jury.  Jury excused to begin deliberations.

Court confirms admitted exhibits with counsel.

**4:05 p.m.      Court in recess.**
**5:01 p.m.      Court in session.**

Discussion regarding scheduling and protocol.

Jury present.

Jury excused until December 13, 2021 at 8:30 a.m.

Court confirms admitted exhibits with counsel.  Government's Admitted Exhibits are Court Exhibit 2.  Defendants' Admitted Exhibits are Court Exhibit 3.

Court has received a note from the jury.  Court read the note and proposes an answer.

**ORDERED:  Bond is continued as to all defendants.**

**5:10 p.m.      Court in recess.**

Trial continued.
Total time in court:   5:46