# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: December 13, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,  
    Michael Koenig  
    Carolyn Sweeney  
    Heather Call  
    Paul Torzilli  
    Laura Butte  
    Jillian Rogowski  
    Cecilia Cheng

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,  
    Michael Tubach  
    Anna Pletcher  
    Brian Quinn

2. MIKELL REEVE FRIES,  
    Richard Kornfeld  
    David Beller  
    Kelly Page

3. SCOTT JAMES BRADY,  
    Bryan Lavine  
    Megan Rahman  
    Laura Kuykendall

4. ROGER BORN AUSTIN,  
    Michael Feldberg  
    Laura Carwile  
    Julie Withers

5. TIMOTHY R. MULRENIN,  
    Elizabeth Prewitt  
    Marci LaBranche

6. WILLIAM VINCENT KANTOLA,  
    Roxann Henry  
    James Backstrom

7. JIMMIE LEE LITTLE,  
    Mark Byrne  
    Dennis Canty

8. WILLIAM WADE LOVETTE,  
    John Fagg, Jr.  
    Frank Schall  
    Dru Nielsen  
    James McLoughlin  
    Catherine Prater

9. GARY BRIAN ROBERTS, and  
    Craig Gillen  
    Richard Tegtmeier

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson |
| | Barry Pollack |

Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 26**

**11:44 a.m.**     Court in session.

**ORDERED:** Jury lunches will be provided throughout deliberations beginning December 13, 2021.

The Court has received a note from the jury.

Discussion regarding a response to the note.

The court will provide a response to the jury consistent with the discussions held.

**11:45 a.m.**     Court in recess.
**5:01 p.m.**     Court in session.

The Court has received a note from the jury.  However, the jury will be excused for the day and counsel will discuss a response afterwards.

5:04 p.m.     Jury present.

Jury excused until December 14, 2021 at 8:30 a.m.

Discussion regarding a response to the note.

Court will reconvene on December 14, 2021 at 8:00 a.m. for further discussions.

**ORDERED:** Bond is continued as to all defendants.

**5:20 p.m.**     Court in recess.

Trial continued.
Total time in court:    00:20