IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date:  December 16, 2021 |
| Courtroom Deputy:  Sabrina Grimm | Court Reporter:   Janet Coppock |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Michael Koenig |
| | Carolyn Sweeney |
| | Heather Call |
| | Paul Torzilli |
| | Laura Butte |
| | Jillian Rogowski |
| | Cecilia Cheng |
| Plaintiff, | |
| v. | |
| 1. JAYSON JEFFREY PENN, | Michael Tubach |
| | Anna Pletcher |
| | Brian Quinn |
| 2. MIKELL REEVE FRIES, | Richard Kornfeld |
| | David Beller |
| | Kelly Page |
| 3. SCOTT JAMES BRADY, | Bryan Lavine |
| | Megan Rahman |
| | Laura Kuykendall |
| 4. ROGER BORN AUSTIN, | Michael Feldberg |
| | Laura Carwile |
| | Julie Withers |
| 5. TIMOTHY R. MULRENIN, | Elizabeth Prewitt |
| | Marci LaBranche |
| 6. WILLIAM VINCENT KANTOLA, | Roxann Henry |
| | James Backstrom |
| 7. JIMMIE LEE LITTLE, | Mark Byrne |
| | Dennis Canty |
| 8. WILLIAM WADE LOVETTE, | John Fagg, Jr. |
| | Frank Schall |
| | Dru Nielsen |
| | James McLoughlin |
| | Catherine Prater |
| 9. GARY BRIAN ROBERTS, and | Craig Gillen |
| | Richard Tegtmeier |

|  |  |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack |

Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 29**

**7:58 a.m.      Court in session.**

Continued discussion regarding a response to the note provided December 15, 2021.

The court will provide a response to the jury consistent with the discussions held.

**8:12 a.m.      Court in recess.**
**3:11 p.m.      Court in session.**

The Court has received a note from the jury.

Discussion regarding a response to the note and a potential mistrial.

Mr. Koenig states the government will retry the case.

Defendants' request for the parties to speak with the jury after they are dismissed.

**ORDERED:   Counsel is not permitted to contact or speak to the jury after the termination of the trial, as stated on record.**

3:51 p.m.      Jury present.

Court declares a mistrial.

Court thanks the jury for their service.  Jury is dismissed.

**3:55 p.m.      Court in recess.**
**4:09 p.m.      Court in session.**

Discussion regarding Court's talk with the jury and splits.

Jury trial will be reset for February 22, 2022.  The parties should file motions to exclude time for justifiable exclusions under the Speedy Trial Act.

Discussion regarding bond modification.  Counsel is encouraged to file a motion, as discussed.

Rule 29 motions remain pending.

Court's concluding remarks.

**ORDERED:  Bond is continued as to all defendants.**

**4:26 p.m.     Court in recess.**

Trial concluded.
Total time in court:    1:15