**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JAYSON JEFFREY PENN,
2.    MIKELL REEVE FRIES,
3.    SCOTT JAMES BRADY,
4.    ROGER BORN AUSTIN,
5.    TIMOTHY R. MULRENIN,
6.    WILLIAM VINCENT KANTOLA,
7.    JIMMIE LEE LITTLE,
8.    WILLIAM WADE LOVETTE,
9.    GARY BRIAN ROBERTS, and
10.   RICKIE PATTERSON BLAKE,

    Defendants.

---

**DEFENDANTS' JOINT MOTION TO RESTRICT ACCESS TO
THEIR JOINT MOTION IN LIMINE TO EXCLUDE CERTAIN TESTIMONY OF
SPECIAL AGENT LANARD TAYLOR**

---

Defendants, through undersigned counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and D.C.COLO.LCrR 47.1, respectfully request that the Court restrict access to their Joint Motion in Limine to Exclude Certain Testimony of Special Agent LaNard Taylor, as attached to their Joint Motion for Leave to File a Motion in Limine by Order of this Court (Dec. 22, 2021 Order, Doc. 935), and on the grounds set forth in their Joint Brief in Support.

Dated:  February 3, 2022                                    Respectfully submitted,

s/ *Michael F. Tubach*                                          s/ *Richard K. Kornfeld*

Michael F. Tubach (Cal. Bar No. 145955)           Richard K. Kornfeld
O'MELVENY & MYERS LLP                               RECHT KORNFELD, P.C.
Two Embarcadero Center, 28th Floor                 1600 Stout Street, Suite 1400
San Francisco, CA 94111-3823                           Denver, CO  80202
Telephone: 415-984-8700                                    303-573-1900
Facsimile: 415-984-8701                                     Fax: 303-446-9400
E-mail:  mtubach@omm.com                             Email: rick@rklawpc.com
*Attorneys for Defendant Jayson Jeffrey Penn*      *Attorney for Defendant Mikell Reeve Fries*

s/ *Bryan B. Lavine*                                             s/ *Michael S. Feldberg*

Bryan B. Lavine                                                  Michael S. Feldberg
TROUTMAN PEPPER HAMILTON              REICHMAN JORGENSEN LEHMAN &
SANDERS LLP                                                  FELDBERG LLP
600 Peachtree Street, N. E., Suite 3000             750 Third Avenue, 24th Floor
Atlanta, Georgia 30308                                     New York, New York 10017
404-885-3170                                                     212-381-4970
Fax: 404-962-6613                                             Fax: 212-381-4971
Email: bryan.lavine@troutman.com                  Email: mfeldberg@reichmanjorgensen.com
*Attorney for Defendant Scott James Brady*         *Attorney for Defendant Roger Born Austin*

s/ *Elizabeth B. Prewitt*                                       s/ *James A. Backstrom*

Elizabeth B. Prewitt                                            James A. Backstrom, Counsellor at Law
LATHAM & WATKINS LLP                              1515 Market Street, Suite 1200
85 Third Avenue                                                 Philadelphia, PA 19102-1932
New York, New York 10022                              215-864-7797
Tel: (212) 906-1200                                             Email: jabber@backstromlaw.com
Fax: (212) 751-4864                                           *Attorney for Defendant William Vincent*
Email: elizabeth.prewitt@lw.com                      *Kantola*
*Attorney for Defendant Timothy R. Mulrenin*

s/ *Mark A. Byrne*                                              s/ *John A. Fagg, Jr.*

Mark A. Byrne (Cal. Bar No. 116657)              John A. Fagg, Jr.
BYRNE & NIXON LLP                                     MOORE & VAN ALLEN PLLC
888 West Sixth Street, Suite 1100                     100 North Tryon Street, Suite 4700
Los Angeles, CA 90017                                    Charlotte, NC 28202
Telephone: 213-620-8003                                  704-331-3622
Facsimile: 213-620-8012                                   Fax: 704-378-2092
Email: markbyrne@byrnenixon.com               Email: johnfagg@mvalaw.com
*Attorney for Defendant Jimmie Lee Little*         *Attorney for Defendant William Wade Lovette*

| | |
|---|---|
| s/ *Craig Allen Gillen* | s/ *Barry J. Pollack* |
| Craig Allen Gillen | Barry J. Pollack |
| GILLEN WITHERS & LAKE, LLC | ROBBINS RUSSELL ENGLERT ORSECK & |
| 400 Galleria Parkway, Ste 1920 | UNTEREINER LLP |
| Atlanta, GA 30339 | 2000 K Street N.W., 4th Floor |
| Telephone: (404) 842-9700 | Washington, DC 20006 |
| Facsimile: 404-842-9750 | 202-775-4514 |
| E-mail: cgillen@gwllawfirm.com | Fax: 202-775-4510 |
| *Attorney for Defendant Gary Brian Roberts* | Email: bpollack@robbinsrussell.com |
| | *Attorney for Defendant Rickie Patterson Blake* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2022, I electronically filed the foregoing **DEFENDANTS' JOINT MOTION TO RESTRICT ACCESS TO THEIR JOINT MOTION IN LIMINE TO EXCLUDE CERTAIN TESTIMONY OF SPECIAL AGENT LANARD TAYLOR** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*/s/ Bryan Lavine*
Bryan Lavine