**From:** Prewitt, Elizabeth (DC-NY) <Elizabeth.Prewitt@lw.com>
**Date:** Wednesday, Feb 02, 2022, 10:37 AM
**To:** Call, Heather (ATR) <Heather.Call@usdoj.gov>, Michael Tubach (mtubach@omm.com) <mtubach@omm.com>, Pletcher, Anna T. <apletcher@omm.com>, Quinn, Brian P. <bquinn@omm.com>, bryan.lavine@troutman.com <bryan.lavine@TROUTMAN.COM>, megan.rahman@troutman.com <megan.rahman@TROUTMAN.COM>, rick@rklawpc.com <rick@RKLAWPC.COM>, david@rklawpc.com <david@RKLAWPC.COM>, kelly@rklawpc.com <kelly@rklawpc.com>, mfeldberg@reichmanjorgensen.com <mfeldberg@REICHMANJORGENSEN.COM>, julie@jwitherslaw.com <julie@JWITHERSLAW.COM>, Laura Carwile <LCarwile@reichmanjorgensen.com>, Rivera, Caroline (NY) <Caroline.Rivera@lw.com>, John Fagg <johnfagg@mvalaw.com>, James Backstrom (jabber@backstromlaw.com) <jabber@backstromlaw.com>, Craig Gillen <cgillen@gwllawfirm.com>, Mark A. Byrne (markbyrne@byrnenixon.com) <markbyrne@byrnenixon.com>, Jennifer Derwin <jenniferderwin@byrnenixon.com>, bpollack@robbinsrussell.com <bpollack@robbinsrussell.com>, Wendy Johnson <wjohnson@rmp.law>, Dennis Canty <denniscanty@byrnenixon.com>, Roxann Henry <Henry.Roxann@me.com>, Frank Schall <frankschall@mvalaw.com>, fieldinghuseth@mvalaw.com <fieldinghuseth@mvalaw.com>, Jim McLoughlin <jimmcloughlin@mvalaw.com>, kaitlinprice@mvalaw.com <kaitlinprice@mvalaw.com>, Brian Quinn (bquinn@omm.com) <bquinn@omm.com>, Dru Nielson <dru@eytan-nielsen.com>
**Cc:** Koenig, Michael (ATR) <Michael.Koenig@usdoj.gov>, Torzilli, Paul (ATR) <Paul.Torzilli@usdoj.gov>, Sweeney, Carolyn (ATR) <Carolyn.Sweeney@usdoj.gov>, Rogowski, Jillian (ATR) <Jillian.Rogowski@usdoj.gov>, Butte, Laura (ATR) <Laura.Butte@usdoj.gov>, Cheng, Cecilia (ATR)

&lt;Yixi.Cheng@usdoj.gov&gt;
**Subject:** Request for Immediate Production of Discovery Material - Carl Pepper

Counsel –

The government has listed Carl Pepper as a witness it intends to call at trial and has referred to what it expects him to testify to in support of its Motion for Leave to File a Motion to Supplement *James* Log and for Reconsideration. (Doc. 941).  Last the defense heard, the government had rescinded any offer of potential immunity protections previously provided to Mr. Pepper prior to the first trial, causing him to invoke the Fifth at the September 2021 *James* hearing.

This email is to request the immediate production of all Rule 16, *Brady* and *Giglio* materials related to Mr. Pepper including but not limited to: (1) agent notes of interviews of Mr. Pepper since September 2021; (2) interview memoranda or reports related to interviews of Mr. Pepper since September 2021; (3) documents that refer to any consideration or benefit offered to Mr. Pepper for his cooperation or potential trial testimony in the retrial beginning February 22, 2022; (4) any documents that refer to any threat or other inducement in connection with his cooperation or potential trial testimony in the retrial beginning February 22, 2022; (5) any documents that refer to any reason why the government removed him from the leniency non-prosecution protections offered to Tyson Foods and its current employees in August 2021; and (6) documents that refer to why the government has now decided to call Mr. Pepper at the retrial.  For avoidance of doubt, such a production should include any communications made to Mr. Pepper by the government, directly or through counsel, irrespective of whether they were memorialized contemporaneously in a document.

As you know, the deadline to file motions in this case is February 3, 2022. If the government does not intend to produce the requested documents before mid-day tomorrow, please let us know ***by the end of the day today*** so we can file an appropriate motion.

Best,
Liz

**Elizabeth Prewitt**

**LATHAM & WATKINS LLP**
Cell: +1.917.941.3248
Email: elizabeth.prewitt@lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or

received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.