**CONFIDENTIAL - FOIA EXEMPT**

December 2, 2013

**EXHIBIT 1**

8-PIECE COB PRICING MODEL

Set forth below is the 8-Piece COB Margin-Over-Feed Pricing Model (the "Model") along with the applicable UFPC Feed Calculation Worksheet (the "Worksheet"). The Model and the Worksheet will be used to calculate the Price(s) for 8-Piece COB for Applicable Periods in 2014. All input costs in the Model are fixed for 2014 except for "Feed Expense," which is subject to change each Applicable Period.

**UFPC Margin-Over-Feed Pricing Model**
**Tyson Foods, Inc.**
**For Periods 1 through 13, 2014**

|  | NEW PURPLE LABEL 16951-928 | ORANGE LABEL 18726-928 |
|---|---|---|
| **Live Delivered :** |  |  |
| Feed Expense | $0.2701 | $0.2701 |
| Chick Cost | $0.0618 | $0.0618 |
| Grower Pay | $0.0588 | $0.0588 |
| Grow Out Expenses | $0.0255 | $0.0255 |
| Catching and Hauling | $0.0147 | $0.0147 |
| DOA, Field and Plant Condem | $0.0055 | $0.0055 |
|  |  |  |
| Live Delivered Cost | $0.4364 | $0.4364 |
|  |  |  |
| **First Processing:** |  |  |
| Offal Credit | ($0.0061) | ($0.0061) |
| Giblet Credit | ($0.0031) | ($0.0031) |
| Total WOG Yield W/F&T | $0.4272 | $0.4272 |
|  | 71.76% | 71.76% |
|  |  |  |
| WOG Meat Cost | $0.5954 | $0.5954 |
|  |  |  |
| Labor | $0.0384 | $0.0384 |
| Food Safety/HAACP | $0.0000 | $0.0000 |
| Depreciation | $0.0178 | $0.0178 |
|  |  |  |
| **WOG Cost Exit Chiller Less Plant Admin & Overhead Expense** | $0.6516 | $0.6516 |
|  |  |  |
| **KFC Process** |  |  |
| Fat & Tail Credit | ($0.0044) | ($0.0066) |
| WOG Cost Less F&T | $0.6472 | $0.6450 |
| Fat & Tail Yield | 98.00% | 97.50% |
| Total Yielded Meat Cost | $0.6604 | $0.6615 |
| Labor | $0.0411 | $0.0411 |
| Depreciation | $0.0200 | $0.0200 |
| KFC Quality Cost | $0.0030 | $0.0030 |

EXHIBIT 1 TO THIS THIRD ADDENDUM IS ACKNOWLEDGED AND AGREED TO:

Tyson Sales and Distribution, Inc.                    Unified Foodservice Purchasing Co-op, LLC

By _____                    By _____

Date: __12/19/13__                    Date: __12/23/13__

EXHIBIT 1 – PAGE 1

**RSCS030061**

**CONFIDENTIAL - FOIA EXEMPT**

| | | |
|---|---|---|
| Packaging Cost | $0.0259 | $0.0275 |
| Marinade Ingredient Cost | $0.0156 | $0.0380 |
| Downgrade/Rejects | $0.0039 | $0.0094 |
| Plant Cost Excluding Plant Admin & Overhead Expense | $0.7699 | $0.8005 |
| Corporate Overhead | $0.0350 | $0.0350 |
| Total Plant Administration | $0.0175 | $0.0175 |
| Total Misc. Overhead Expense | $0.0300 | $0.0300 |
| UFPC Admin Fee | $0.0025 | $0.0025 |
| Supplier Margin | $0.0750 | $0.0750 |
| Discounts | $0.0000 | ($0.0350) |
| Total FOB Plant Cost | $0.9299 | $0.9255 |

Billed case weights of Purple label not to exceed 51.00 pounds per case

Livers: $.42/lb
Gizzards: $.55/lb

EXHIBIT 1 TO THIS THIRD ADDENDUM IS ACKNOWLEDGED AND AGREED TO:

Tyson Sales and Distribution, Inc.

By _____

Date: __12/19/13__

Unified Foodservice Purchasing Co-op, LLC

By _____

Date: __12/23/13__

EXHIBIT1 – PAGE 2

RSCS030062

CONFIDENTIAL - FOIA EXEMPT

### UFPC Cost Plus Feed Calculation
Supplier <u>Tyson Foods, Inc</u>

| | Per Bushel/ton | | Per Pound | % of Feed | Feed Conversion | | Feed Cost |
|---|---|---|---|---|---|---|---|
| Corn | $ | 6.1267 | $ 0.1094 | 65.00% | 1.71 | $ | 0.1216 |
| Soy Meal | $ | 472.87 | $ 0.2364 | 22.00% | 1.71 | $ | 0.0889 |
| Other | $ | - | $ 0.1750 | 13.00% | 1.71 | $ | 0.0389 |
| Subtotal | | | | | | $ | 0.2495 |
| Feed Shrink (1%) | | | | | | $ | 0.0025 |
| Ingredient Cost of Feed | | | | | | $ | 0.2519 |
| Feed Milling | | | | | | $ | 0.0102 |
| Feed Hauling | | | | | | $ | 0.0080 |
| Delivered Ingredient Cost of Feed | | | | | | █ | █ |

| Date | Corn $/Bushel | Meal $/Ton |
|---|---|---|
| Average | 5.0567 | 432.00 |
| Freight | 0.8300 | 35.19 |
| Basis | 0.24 | 5.68 |
| Total | 6.1267 | 472.87 |

EXHIBIT 1 TO THIS THIRD ADDENDUM IS ACKNOWLEDGED AND AGREED TO:

Tyson Sales and Distribution, Inc.

By _____

Date: ___12/19/13___

Unified Foodservice Purchasing Co-op, LLC

By _____

Date: ___12/23/13___

EXHIBIT1 – PAGE 3

RSCS030063

**CONFIDENTIAL - FOIA EXEMPT**

**EXHIBIT 2**

DARK COB PRICING MODEL

| Product | FOB Price Per Pound | Effective Applicable Period |
|---------|---------------------|-----------------------------|
| KFC Supplemental COB Dark Meat | 8-Piece COB Price less $.3050 per pound | 12/29/13 – 12/27/14 |

EXHIBIT 2 TO THIS THIRD ADDENDUM IS ACKNOWLEDGED AND AGREED TO:

Tyson Sales and Distribution, Inc.

By _____

Date: _____12/19/13_____

Unified Foodservice Purchasing Co-op, LLC

By _____

Date: _____12/23/13_____

EXHIBIT 2 - PAGE 1

**RSCS030064**

**CONFIDENTIAL - FOIA EXEMPT**

**EXHIBIT 3**

WHITE COB PRICING MODEL

| Product | FOB Price Per Pound | Effective Period |
|---|---|---|
| KFC Supplemental COB White Meat | 8-Piece COB Price plus $.26 per pound | 12/29/13 – 12/27/14 |

EXHIBIT 3 TO THIS THIRD ADDENDUM IS ACKNOWLEDGED AND AGREED TO:

Tyson Sales and Distribution Inc.

By _____

Date: ___12/19/13___

Unified Foodservice Purchasing Co-op, LLC

By _____

Date: ___12/13/13___

EXHIBIT3 – PAGE 1

**RSCS030065**

**CONFIDENTIAL - FOIA EXEMPT**

## EXHIBIT 4

WINGS PRICING MODEL

| Product | FOB Price | Effective Period |
|---|---|---|
| KFC Supplemental COB Whole Wings | 8-Piece COB Price plus $.35 per pound | 12/29/13 – 12/27/14 |

EXHIBIT 4 TO THIS THIRD ADDENDUM IS ACKNOWLEDGED AND AGREED TO:

Tyson Sales and Distribution, Inc.

By _____

Date: _____12/19/13_____

Unified Foodservice Purchasing Co-op, LLC

By _____

Date: _____12/23/13_____

EXHIBIT 4 – PAGE 1

RSCS030066

**CONFIDENTIAL - FOIA EXEMPT**

**EXHIBIT 5**

FURTHER PROCESSED FIXED PRICES
January 1, 2013 – December 31, 2013

| Product | FOB Price Per Pound | Effective Applicable Period |
|---------|--------------------|-----------------------------|
| KFC Hot Wings | $1.80 | 01/01/14 – 12/31/14 |
| KFC Bites | $1.64 | 01/01/14 – 12/31/14 |
| KFC Strips | $1.74 | 01/01/14 – 12/31/14 |
| KFC FTF Yankee Strips | $2.41 | 01/01/14 – 12/31/14 |
| PH Hot Wings | $2.73 | 01/01/14 – 12/31/14 |
| PH Mild Wings | $2.73 | 01/01/14 – 12/31/14 |
| TB Shredded Chicken | $1.87 | 01/01/14 – 12/31/14 |
| WingStreet Traditional Wing | $1.87 | 01/01/14 – 12/31/14 |
| WingStreet Bone In Wing | $1.82 | 01/01/14 – 12/31/14 |
| WingStreet Dipper | $1.85 | 01/01/14 – 12/31/14 |
| LJS Tenders (pending approval) | $2.32 | 01/01/14 – 12/31/14 |
| INTL KFC Popcorn Chicken Dark Meat | $1.66 | 01/01/14 – 12/31/14 |
| INTL PH Fire Glazed Wings | $2.61 | 01/01/14 – 12/31/14 |
| INTL PH Breast Tenderloins | $2.71 | 01/01/14 – 12/31/14 |

If Whole Bird Model is executed in 2014, both parties herby agree to convert pricing over to Whole Bird Model pricing as mutually agreed upon.

Exhibit 5 to this Second Addendum is acknowledged and agreed to:

**Tyson Sales & Distribution Inc.**

By _____

Date ___12/19/13___

**Unified Foodservice Purchasing Co-op, LLC**

By _____

Date ___12/23/13___

**RSCS030067**

**CONFIDENTIAL - FOIA EXEMPT**

**EXHIBIT 8**

ESTIMATED WEEKLY PURCHASE VOLUMES
(8-PIECE COB, DARK COB, WHITE COB, WINGS)

12/29/13 – 12/27/14

| Product | Approximate Number of Stores | Estimated Volume Per Store | Estimated Volume Per Week |
|---|---|---|---|
| KFC 8-Piece COB | 383 | 1,510 lbs | 577,575 Lbs. |
| KFC Dark Meat | N/A | N/A | 220,000 Lbs. |
| KFC White Meat | N/A | N/A | As needed |
| KFC Whole Wings | N/A | N/A | As needed |

Exhibit 8 to this Second Addendum is acknowledged and agreed to:

**Tyson Sales & Distribution Inc.**          **Unified Foodservice Purchasing Co-op, LLC**

By _____          By _____

Date _12/19/13_____          Date _12/23/13_____

**RSCS030068**

CONFIDENTIAL - FOIA EXEMPT

**EXHIBIT 9**

ESTIMATED WEEKLY PURCHASE VOLUMES
January 1, 2014 – December 31, 2014

| Product | Estimated Volume Per Week |
|---|---|
| KFC Hot Wings | 250,000 Lbs. |
| KFC Bites | 76,923 Lbs. |
| KFC Strips | 230,770 Lbs. |
| KFC FTF Yankee Strips | 10,000 Lbs. |
| PH Hot Wings | 40,000 Lbs. |
| PH Mild Wings | 50,000 Lbs. |
| TB Shredded Chicken | 100,000 Lbs. |
| WingStreet Traditional Wing | 250,000 Lbs. |
| WingStreet Bone in Wing | 40,000 Lbs. |
| WingStreet Dipper | 150,000 Lbs. |
| LJS Tenders (pending approval) | 60,000 Lbs. |
| INTL KFC Popcorn Chicken Dark Meat | 2,500 Lbs. |
| INTL PH Fire Glazed Wings | 30,000 Lbs. |
| INTL PH Breast Tenderloins | 2,600 Lbs. |

*Upon alternate supplier approval, volume may be reduced to zero

EXHIBIT 9 TO THIS THIRD ADDENDUM IS ACKNOWLEDGED AND AGREED TO:

Tyson Sales and Distribution, Inc.

By _____

Date: 12/19/13

Unified Foodservice Purchasing Co-op, LLC

By _____

Date: 12/23/13

EXHIBIT 9 – PAGE 1

RSCS030069