IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

    Defendants.

_____

## MINUTE ORDER
_____

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the hearing set for February 10, 2022. The government has given notice that it intends to introduce 408 exhibits without a testifying witness. *See* Docket No. 937-1. Of these exhibits, many are new. At the hearing, the Court will first conduct a pretrial conference and will then rule on the new exhibits. In order to promote efficiency, attached to this Minute Order is a document placing similar exhibits in groups. The parties should be prepared to argue these exhibits in the groups identified in the attachment, rather than considering each of the exhibits individually.

    DATED February 8, 2022.