**A.  Group A**
- 9810
- 9811
- 9812
- 9813
- 9814
- 9815
- 9816
- 9817
- 9818
- 9819
- 9820
- 9821
- 9822
- 9823
- 9824
- 9825
- 9826
- 9827
- 9828
- 9829

**B.  Group B**
- 9830
- 9831
- 9832
- 9833
- 9834
- 9835
- 9836
- 9863
- 9864

**C.  Group C**
- 9837
- 9838
- 9839
- 9840
- 9841
- 9842
- 9843
- 9844
- 9845
- 9846
- 9847
- 9848

**D.  Group D**
- 9851
- 9852
- 9853
- 9854
- 9855
- 9856
- 9857
- 9858
- 9862

**E.  Group E**
- 9859
- 9860

**F.  Group F**
- 984
- 985
- 986
- 987
- 988
- 989
- 990
- 991
- 992
- 993
- 994
- 995
- 996
- 997
- 998
- 9800
- 9801
- 9802
- 9803
- 9804

**G.  Group G**
- 9793
- 9794
- 9795
- 9796
- 9797

**H.  Group H**
- 9798
- 9799

**I.  Group I**
- 1449
- 1450
- 1451
- 1452
- 1454
- 1455

**J.  Group J**
- 1254
- 1255
- 1448
- 1453
- 1456
- 1457
- 1458
- 1461
- 1736
- 1737
- 1738
- 1739
- 1740
- 1743
- 1744
- 9753

**K.  Group K**
- 1741
- 1742

**L.  Group L**
- 1970
- 1971
- 9805
- 9806
- 9807
- 9808

**M. Group M – the Court intends to take up each of these exhibits individually**
- 303
- 1257
- 1753
- 1754
- 6329
- 6330
- 6331
- 6332
- 6343
- 6344
- 6346
- 6347
- 6348
- 9752
- 9790
- 9791
- 9792
- 9865
- 9866
- 9867
- 9868

**N. Group N – the Court will rule on these in its order on the United States' Motion for Leave to File a Motion to Supplement James Log and for Reconsideration [Docket No. 941]**
- 1252
- 1256
- 1258
- 1446
- 1966
- 1967
- 1968
- 1969
- 6337
- 6338
- 6345
- 8098
- 9703
- 9869
- 9870