# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. _1:20-cr-00152-PAB_____          Date: _February 8, 2022___

Case Title: _United States v. Jayson Penn et al. ____

UNITED STATES WITNESS LIST

| WITNESS (FACT WITNESS IN **BOLD**) | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY* |
|---|---|
| **SA Matthew Koppenhaver** | 2/24 – 2/28 – 8 hours |
| Theodore Sangalis** | 2/28 – 0.75 hours |
| Sean King** | 2/28 – 0.75 hours |
| Lumakar Challa** | 3/1 – 0.75 hours |
| Robert Hood** | 3/1 – 0.75 hours |
| Perdue Custodian** | 3/1 – 0.75 hours |
| Chick-fil-A Custodian** | 3/1 – 0.75 hours |
| William Kent** | 3/1 – 0.75 hours |
| Stewart Ward** | 3/1 – 0.75 hours |
| Greg Finch** | 3/1 – 0.75 hours |
| Verizon Custodian** | 3/1 – 0.75 hours |
| AT&T Custodian** | 3/1 – 0.75 hours |
| Larry Barela** | 3/2 – 0.75 hours |
| Simeon Morbey** | 3/2 – 0.75 hours |
| Anna Bieganowska** | 3/2 – 0.75 hours |
| Brian Coan** | 3/2 – 0.75 hours |
| K.C. Tucker** | 3/2 – 0.75 hours |
| Gary Weeks** | 3/2 – 0.75 hours |
| Julie Lawrence | 3/2 – 0.75 hours |
| Gabriel D. Watts | 3/2 – 0.75 hours |
| Matt Bunch** | 3/3 – 0.75 hours |
| Carolyn Sue Arens** | 3/3 – 0.75 hours |
| Stephen Gresch** | 3/3 – 0.75 hours |
| Ken Oliver** | 3/3 – 0.75 hours |
| Cathie Breck | 3/3 – 0.75 hours |
| Florence Becker | 3/3 – 0.75 hours |
| Rachel Evans** | 3/3 – 2.5 hours |
| Josh Malone | 3/7 – 0.75 hours |
| **Carl Pepper** | 3/7 – 3/8 – 8 hours |

| Witness | Date – Length |
|---|---|
| **Eric Oare** | 3/8 – 1.5 hour |
| **Dean Bradley** | 3/8 – 2.5 hours |
| **Andrew Lubert** | 3/9 – 1.5 hours |
| **Joseph Brink** | 3/9 – 3 hours |
| **Barry Barnett** | 3/9 – 2 hours |
| **Steve McCormick** | 3/10 – 1.5 hours |
| **Robert Lewis** | 3/10 – 3 hours |
| **Michael Ledford** | 3/10 – 3/14 – 7 hours |
| **Sara Fisher** | 3/14 – 2 hours |
| **Pete Suerken** | 3/14 – 2 hours |
| **Michael Donohue** | 3/15 – 1 hour |
| **Eric Scholer** | 3/15 – 1 hour |
| **Sheri Garland**\*\* | 3/15 – 1 hour |
| **Nick White** | 3/15 – 1 hour |
| **Robert Bryant** | 3/15 – 3/16 – 12 hours |
| **SA LaNard Taylor** | 3/15 – 7 hours |

\* The government's estimated length of testimony is based on its planned direct examination, and estimated cross-examination and redirect length based on the prior trial.

\*\* The government reserves the right to substitute one or more persons to provide the same or similar testimony as it intends to elicit from the witness identified on this List.