IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  JAYSON JEFFREY PENN,
2.  MIKELL REEVE FRIES,
3.  SCOTT JAMES BRADY,
4.  ROGER BORN AUSTIN,
5.  TIMOTHY R. MULRENIN,
6.  WILLIAM VINCENT KANTOLA,
7.  JIMMIE LEE LITTLE,
8.  WILLIAM WADE LOVETTE,
9.  GARY BRIAN ROBERTS, and
10. RICKIE PATTERSON BLAKE,

     Defendants.

_____

**MINUTE ORDER**
_____

**Entered by Chief Judge Philip A. Brimmer**

     This matter is before the Court on Defendants' Joint Objections to the Government's Notice of Exhibits Without a Testifying Witness [Docket No. 945]. The government gave notice of exhibits it intends to introduce without a testifying witness at the retrial, Docket No. 937, and defendants filed their objections to the exhibits. Docket No. 945. Attached to this Minute Order is a document containing the Court's ruling on most of the exhibits. In certain circumstances, namely for new exhibits, the Court has reserved ruling.

     DATED February 9, 2022.