# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

## UNITED STATES' MOTION FOR LEAVE TO SUBMIT
## UPDATED AND CORRECTED SUPPLEMENTAL *JAMES* LOG

The government respectfully moves the Court for leave to file the attached updated and corrected supplemental *James* log. On January 27, 2022, the government moved to supplement its *James* log and submitted its log. ECF No. 941 (Govt Mot.), 941-1 (log). The government requests that the Court permit the government to submit a revised log that contains the following changes:

- For entries 10-S and 11-S, the date of the co-conspirator statement has been changed to correct a transposition error;

- Entry 19-S has been shaded in grey to reflect that the government has withdrawn the entry, as indicated at the pre-trial conference on February 10; and

- For entries derived from trial testimony, the government has updated the citation to the certified transcript.

Dated: February 11, 2022            Respectfully submitted,

/s/ Michael T. Koenig
MICHAEL KOENIG
HEATHER CALL
CAROLYN SWEENEY
PAUL TORZILLI
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 616-2165
Email: michael.koenig@usdoj.gov
*Attorneys for the United States*