IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

---

**ERRATA CORRECTING FOOTNOTE IN
ECF NOS. 1056 AND 1057 (GOVERNMENT'S TRIAL BRIEF)**

---

    The United States of America respectfully files this erratum to its trial brief, ECF No. 1056 (restricted version) and 1057 (public version). In footnote 5 on page 3 of its trial brief, the government explained it can "provide a fulsome explanation of the relevance of the Penn/Lovette notes if the Court so desires," but unintentionally omitted citations to the relevant exhibits. The correct footnote should include citations to five exhibits—GX 1966, GX 1967, GX 1968, GX 1969, and GX 6345—led by a "see" signal, such that the footnote reads:

The government will provide a fulsome explanation of the relevance of the Penn/Lovette notes if the Court so desires. *See* GX 1966, GX 1967, GX 1968, GX 1969, and GX 6345.

Respectfully submitted this 17th of February, 2022.

By: */s/ Yixi (Cecilia) Cheng*

    Yixi (Cecilia) Cheng
    Heather D. Call
    Michael T. Koenig
    Carolyn M. Sweeney
    Paul J. Torzilli
    Trial Attorneys
    Antitrust Division
    U.S. Department of Justice
    450 Fifth Street, N.W.
    Washington, D.C. 20530
    Tel: (202) 705-8342
    Email: yixi.cheng@usdoj.gov

Attorneys for the United States