IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

---

**UNOPPOSED MOTION FOR ORDER REGARDING AGREEMENT BETWEEN THE UNITED STATES AND ALL TEN DEFENDANTS**

---

The United States of America and all ten defendants, by and through counsel, have entered into the attached Agreement Regarding the Authenticity and Federal Rule of Evidence 803(6) Foundation of Certain Documents. As a result, all Parties request that this Court enter the Attached Proposed Order Regarding the Authenticity and Federal Rule of Evidence 803(6) Foundation of Certain Documents.

Dated: February 17, 2022    Respectfully submitted,

                                                   */s/ Michael T. Koenig*

MICHAEL KOENIG
HEATHER CALL
PAUL TORZILLI
CAROLYN SWEENEY
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 616-2165
Email: michael.koenig@usdoj.gov
*Attorneys for the United States*