IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JAYSON JEFFREY PENN,
2.  MIKELL REEVE FRIES,
3.  SCOTT JAMES BRADY,
4.  ROGER BORN AUSTIN,
5.  TIMOTHY R. MULRENIN,
6.  WILLIAM VINCENT KANTOLA,
7.  JIMMIE LEE LITTLE,
8.  WILLIAM WADE LOVETTE,
9.  GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

---

## AGREEMENT REGARDING THE AUTHENTICITY AND FEDERAL RULE OF EVIDENCE 803(6) FOUNDATION OF CERTAIN DOCUMENTS

The United States of America and all ten defendants, by and through counsel, hereby agree to the below items. Notwithstanding this Agreement, all Parties reserve the right to make authentication arguments and objections related to handwriting in documents, whether or not those handwritten documents are attached to emails that fall within the categories of documents contained in this list. This Agreement is reached with the understanding the Court has Ordered that all objections and rulings from the first

trial are preserved unless otherwise ordered.  This Agreement is predicated on those earlier objections being preserved.  The Parties hereby agree as follows:

I. **Documents Admitted in the Prior Trial**

The government and all Defendants agree that with regard to any exhibit admitted at the prior trial, no party will object on the grounds of authenticity to the admission of such exhibit during the retrial, with the agreement (and the concurrence of the Court) that all prior objections to authenticity made at the first trial are preserved. This Agreement does not extend to any objections other than authenticity.

II. **Phone Records**

The Parties agree that all phone records produced by Verizon, AT&T, Comcast, Charter, T-Mobile, Fusion, C Spire, and Windstream to any Party shall be deemed authentic and deemed to meet the requirements of Federal Rule of Evidence 803(6) subject to the further stipulation that for all records produced by Verizon, the elapsed time shown for a call record has been rounded up to the nearest minute, including that any call less than a minute is listed as a one-minute call, and that the call records produced by AT&T show a time in UTC regardless of the actual time zone of the person making or receiving the call.

### III.     Authentication Testimony

To the extent a witness authenticated any particular document or range of documents at the prior trial, the government and all Defendants agree that the Court can rely on that testimony in making authentication rulings in this trial.

**SO agreed** this 17 day of February, 2022.

/s/ Michael Koenig
MICHAEL T. KOENIG
HEATHER D. CALL
CAROLYN M. SWEENEY
PAUL J. TORZILLI
Trial Attorneys
Antitrust Division
U.S. Department of Justice
Washington Criminal II Office
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2165
michael.koenig@usdoj.gov

/s/ Michael Tubach
MICHAEL F. TUBACH
O'MELVENY & MYERS LLP
ATTORNEY FOR JAYSON JEFFREY PENN
TWO EMBARCADERO CENTER, 28TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3823
(415) 984-8700
MTUBACH@OMM.COM


/s/ Richard Kornfeld
RICHARD K. KORNFELD
RECHT KORNFELD, P.C.
ATTORNEY FOR MIKELL REEVE FRIES
1600 STOUT STREET, SUITE 1400
DENVER, CO 80202
(303) 573-1900
RICK@RKLAWPC.COM


/s/ Bryan Lavine
BRYAN LAVINE
TROUTMAN PEPPER HAMILTON SANDERS LLP
ATTORNEY FOR SCOTT JAMES BRADY
600 PEACHTREE ST. NE, SUITE 3000
ATLANTA, GA 30308
(404) 885-3170
BRYAN.LAVINE@TROUTMAN.COM

/s/ Michael Feldberg
MICHAEL S. FELDBERG
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
ATTORNEY FOR ROGER BORN AUSTIN
750 THIRD AVENUE, SUITE 2400
NEW YORK, NY 10017
(212) 381-1965
MFELDBERG@REICHMANJORGENSEN.COM


/s/ Elizabeth Prewitt
ELIZABETH B. PREWITT
LATHAM & WATKINS LLP
ATTORNEY FOR TIMOTHY R. MULRENIN
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
(212) 906-1200
ELIZABETH.PREWITT@LW.COM


/s/ James Backstrom
JAMES A. BACKSTROM, COUNSELLOR AT LAW
ATTORNEY FOR WILLIAM VINCENT KANTOLA
1515 MARKET STREET, SUITE 1200
PHILADELPHIA, PA 19102-1932
(215) 864-7797
JABBER@BACKSTROMLAW.COM


/s/ Mark Byrne
MARK A. BYRNE
BYRNE & NIXON LLP
ATTORNEY FOR JIMMIE LEE LITTLE
888 WEST SIXTH ST, SUITE 1100
LOS ANGELES, CA 90017
(213) 620-8003
MARKBYRNE@BYRNENIXON.COM

/s/ John Fagg
JOHN A. FAGG, JR.
MOORE & VAN ALLEN PLLC
ATTORNEY FOR WILLIAM WADE LOVETTE
100 NORTH TRYON STREET, SUITE 4700
CHARLOTTE, NC 28202
(704) 331-3622
JOHNFAGG@MVALAW.COM

/s/ Craig Gillen
CRAIG ALLEN GILLEN
GILLEN, WITHERS & LAKE, LLC
ATTORNEY FOR GARY BRIAN ROBERTS
400 GALLERIA PARKWAY, STE. 1920
ATLANTA, GA 30339
(404) 842-9700
CGILLEN@GWLLAWFIRM.COM

/s/ Barry Pollack
BARRY J. POLLACK
ATTORNEY FOR RICKIE PATTERSON BLAKE
ROBBINS, RUSSELL, ENGLERT, ORSECK, & UNTEREINER LLP
2000 K STREET N.W., 4TH FLOOR
WASHINGTON, DC 20006
(202) 775-4514
BPOLLACK@ROBBINSRUSSELL.COM