# Exhibit B

# Conventionally Submitted Material