# **Exhibit A**

**From:** Call, Heather (ATR)
**Sent:** Sunday, February 13, 2022 9:49:42 AM (UTC-08:00) Pacific Time (US & Canada)
**To:** Quinn, Brian P.; Tubach, Michael; Pletcher, Anna T.; bryan.lavine@troutman.com; megan.rahman@troutman.com; rick@rklawpc.com; david@rklawpc.com; kelly@rklawpc.com; mfeldberg@reichmanjorgensen.com; julie@jwitherslaw.com; lcarwile@reichmanjorgensen.com; elizabeth.prewitt@lw.com; caroline.rivera@lw.com; jabber@backstromlaw.com; cgillen@gwllawfirm.com; markbyrne@byrnenixon.com; jenniferderwin@byrnenixon.com; bpollack@robbinsrussell.com; wjohnson@rmp.law; denniscanty@byrnenixon.com; henry.roxann@me.com; frankschall@mvalaw.com; fieldinghuseth@mvalaw.com; jimmcloughlin@mvalaw.com; kaitlinprice@mvalaw.com; dru@eytan-nielsen.com; johnfagg@mvalaw.com; Koenig, Michael (ATR); Call, Heather (ATR); Torzilli, Paul (ATR); Sweeney, Carolyn (ATR); Butte, Laura (ATR); Cheng, Cecilia (ATR); Rogowski, Jillian (ATR)
**Subject:** U.S. v. Penn et al - Summary Exhibits

[EXTERNAL MESSAGE]

Counsel,

For ease of your review, please see below for a list of changes contained in the summary exhibits provided on flash drives in court on the morning of 2/10/2022, as compared to those admitted in *U.S. v. Penn* last November.

- Different color scheme on each exhibit
- GX 1-1:
    - Added email subject line in 2:14 PM entry
    - Added entries relating to GX 113 and 118
- GX 3-1:
    - Added entry for GX 330
- GX 2-1:
    - Added entries for GX 247, 219, 230, 232, and 234
- GX 5-1:
    - Added entries for GX 559, 9740
- GX 7-1:
    - Time zones entered for exhibits 752-758
- GX 10-1:
    - Added calls on 8/7/14 and 8/11/14
    - Added entries for GX 1135, 9703, 1175
- GX 10-2:
    - Added entry for GX 900
- GX 10-3:
    - Added entry for GX 1256
- GX 14-1:
    - Added phone calls on 10/8/2012
- GX 14-2:
    - Added duration of calls on 11/13/2012

- GX 14-3:
    - Added entries for GX 1446, 1403, 1404, 1722
- GX 17-1:
    - Added entries for GX 1713

Best,
Heather


**Heather Diefenbach Call**
Trial Attorney
Washington Criminal II Section
Antitrust Division, USDOJ
(202) 598-2623 (office)