# Attachment 1

| Exhibit Number | Bates | Description |
| --- | --- | --- |
| 143 | ATT-ATR001-00000001 | Excerpt of Carl Pepper ((479) 879-2092) Toll records. (ATT-ATR001-00000001). |
| 245 | ATT-ATR001-00000001 | Excerpt of Jimmie Little ((214) 755-6081) Toll records. (ATT-ATR001-00000001). |
| 246 | ATT-ATR001-00000001 | Excerpt of Jimmie Little ((214) 755-6081) Toll records. (ATT-ATR001-00000001). |
| 352 | VZW-ATR001-00004200 | VZW-ATR001-00004200 |
| 353 | ATT-ATR005-00000235 | Excerpt of Scott Brady ((256) 536-6120) Toll records. (ATT-ATR005-00000235). |
| 354 | ATT-ATR005-00000235 | Excerpt of Scott Brady ((256) 536-6120) Toll records. (ATT-ATR005-00000235). |
| 494 | ATT-ATR009-00006664 | Excerpt of Roger Austin ((502) 245-1681) Toll records. (ATT-ATR009-00006664). |
| 495 | VZW-ATR001-00005553 | Toll records. |
| 496 | VZW-ATR001-00008252 | Toll records. |
| 497 | VZW-ATR009-00000313 | Toll records. |
| 499 | VZW-ATR001-00009436 | Toll records. |
| 584 | ATT-ATR001-00000001 | Excerpt of Jimmie Little ((214) 755-6081) Toll records. (ATT-ATR001-00000001). |
| 585 | ATT-ATR001-00000001 | Excerpt of Jimmie Little ((214) 755-6081) Toll records. (ATT-ATR001-00000001). |
| 586 | ATT-ATR001-00000001 | Excerpt of Jimmie Little ((214) 755-6081) Toll records. (ATT-ATR001-00000001). |
| 587 | ATT-ATR001-00000001 | Excerpt of Jimmie Little ((214) 755-6081) Toll records. (ATT-ATR001-00000001). |
| 588 | ATT-ATR001-00000001 | Excerpt of Jimmie Little ((214) 755-6081) Toll records. (ATT-ATR001-00000001). |
| 589 | ATT-ATR001-00000001 | Excerpt of Jimmie Little ((214) 755-6081) Toll records. (ATT-ATR001-00000001). |
| 590 | VZW-ATR-004-00008252 | Toll records. |
| 622 | ATT-ATR001-00000001 | Excerpt of Carl Pepper ((479) 879-2092) Toll records. (ATT-ATR001-00000001). |
| 623 | ATT-ATR004-00000010 | Excerpt of Ric Blake ((479) 927-7270) Toll records. (ATT-ATR004-00000010) . |
| 624 | ATT-ATR001-00000001 | Excerpt of Carl Pepper ((479) 879-2092) Toll records. (ATT-ATR001-00000001). |
| 625 | VZW-ATR004-00001257 | Toll records. |
| 764 | VZW-ATR001-00004200 | VZW-ATR001-00004200 |
| 765 | ATT-ATR001-00000001 | Excerpt of Carl Pepper ((479) 879-2092) Toll records. (ATT-ATR001-00000001). |
| 766 | ATT-ATR001-00000001 | Excerpt of Carl Pepper ((479) 879-2092) Toll records. (ATT-ATR001-00000001). |
| 980 | VZW-ATR001-00004200 | Toll records. |

| Exhibit Number | Bates | Description |
|---|---|---|
| 981 | VZW-ATR004-00001257 | Toll records. |
| 1231 | ATT-ATR006-00009097 | Excerpt of Brian Roberts ((770) 597-5779) Toll records. (ATT-AT R006-00009097). |
| 1232 | VZW-ATR001-00001257 | Toll records. |
| 1233 | ATT-ATR001-00000001 | Excerpt of Jimmie Little ((214) 755-6081) Toll records. (ATT-ATR001-00000001). |
| 1234 | ATT-ATR001-00000001 | Excerpt of Carl Pepper ((479) 879-2092 (ATT-ATR001-00000001). |
| 1235 | ATT-ATR001-00000001 | Excerpt of Jimmie Little ((214) 755-6081) Toll records. (ATT-ATR001-00000001). |
| 1236 | VZW-ATR001-00009436 | Toll records. |
| 1237 | VZW-ATR001-00009436 | Toll records. |
| 1239 | ATT-ATR005-00000235 | Excerpt of Scott Brady ((256) 536-6120) Toll records. (ATT-ATR005-00000235). |
| 1240 | VZW-ATR001-00002007 | Toll records. |
| 1241 | VZW-ATR001-00001257 | Toll records. |
| 1248 | ATT-ATR001-00000001 | Excerpt of Ric Blake ((479)236-2020) Toll records. (ATT-ATR001-00000001). |
| 1249 | VZW-ATR001-00000815 | Toll excerpt. |
| 1425 | ATT-ATR004-00000010 | Excerpt of Ric Blake (479) 927-7270 Toll records. (ATT-ATR004-00000010). |
| 1426 | VZW-ATR001-00001257 | Toll excerpt. |
| 1428 | VZW-ATR001-00009436 | Toll excerpt. |
| 1429 | ATT-ATR001-00000001 | Excerpt of Ric Blake ((479) 236-2020) Toll records. (ATT-ATR001-00000001). |
| 1430 | ATT-ATR004-00000010 | Excerpt of Ric Blake ((479) 927-7270) Toll records. (ATT-ATR004-00000010). |
| 1431 | ATT-ATR001-00000001 | Excerpt of Ric Blake ((479) 236-2020) Toll records. (ATT-ATR001-00000001). |
| 1432 | ATT-ATR001-00000001 | Excerpt of William Kantola ((770) 329-7505) Toll records. (ATT-ATR001-00000001). |
| 1433 | ATT-ATR001-00000001 | Excerpt of William Kantola ((770) 329-7505) Toll records. (ATT-ATR001-00000001). |
| 1434 | ATT-ATR001-00000001 | Excerpt of Jimmie Little  ((214) 755-6081) Toll records. (ATT-ATR001-00000001). |
| 1440 | ATT-ATR001-00000001 | Excerpt of Carl Pepper (479-879-2092) Toll records. (ATT-ATR001-00000001). |
| 1441 | ATT-ATR001-00000001 | Excerpt of Bill Kantola (770-329-7505) Toll records. (ATT-ATR001-00000001). |

| Exhibit Number | Bates | Description |
|---|---|---|
| 1442 | ATT-ATR001-00000001 | Excerpt of Bill Kantola (770-329-7505) Toll records. (ATT-ATR001-00000001). |
| 1443 | VZW-ATR001-00002097 | VZW-ATR001-00002097 |
| 1444 | VZW-ATR001-00009451 | Toll records. |
| 1614 | VZW-ATR001-00009436 | Toll records. |
| 1733 | VZWATR001-00009436 | Toll records. |
| 1959 | VZW-ATR001-00009436 | Toll records. |
| 1960 | VZW-ATR001-00009436 | Toll records. |
| 1961 | VZW-ATR001-00010033 | VZW-ATR001-00010033 |
| 1962 | ATT-ATR001-00000001 | Excerpt of Ric Blake ((479)236-2020) Toll records. (ATT-ATR001-00000001). |
| 1963 | VZW-ATR001-00008985 | VZW-ATR001-00008985 |
| 1964 | ATT-ATR001-00000001 | Excerpt of William Kantola ((770) 329-7505) Toll records. (ATT-ATR001-00000001). |
| 8000 | ATT-ATR001-00000001 | AT&T Toll records for various phone numbers, undated (ATT-ATR001-00000001). |
| 8001 | ATT-ATR004-00000010 | Toll records for various phone numbers (ATT-ATR004-00000010). |
| 8002 | ATT-ATR004-00021826 | Toll records for various phone numbers dated on or about 4/1/2012 (ATT-ATR004-00021826). |
| 8003 | ATT-ATR005-00000235) | Toll records for Scott Brady (256-536-6120) (ATT-ATR005-00000235). |
| 8004 | ATT-ATR006-00009096 | Toll records for (214) 755-6081 (Jimmie Little), (302) 299-0275 (Tim Mulrenin), (479) 236-2020 (Ric Blake), (479) 799-5063 (Bill Lovette), (678) 640-1622 (Scott Brady), (770) 329-7505 (Bill Kantola), (770) 363-7129 (Justin Gay), (770) 540-4972 (Pete Martin), and (770) 654-7200 (Greg Tench), among others (ATT-ATR006-00009096). |
| 8005 | ATT-ATR006-00009097 | Toll records for various phone numbers (ATT-ATR006-00009097). |
| 8006 | ATT-ATR006-00009272 | Toll records for various phone numbers (ATT-ATR006-00009272). |
| 8007 | ATT-ATR009-00006664 | Toll records for various phone numbers (ATT-ATR009-00006664). |
| 8008 | ATT-ATR009-00009848 | Toll records for (256) 536-7966 (Scott Tucker), (502) 245-1681 (Roger Austin), among others (ATT-ATR009-00009848). |
| 8024 | VZW-ATR001-00000630 | VZW-ATR001-00000630 |

| Exhibit Number | Bates | Description |
|---|---|---|
| 8025 | VZW-ATR001-00001257 | VZW-ATR001-00001257 |
| 8026 | VZW-ATR001-00002007 | VZW-ATR001-00002007 |
| 8027 | VZW-ATR001-00004200 | VZW-ATR001-00004200 |
| 8028 | VZW-ATR001-00004977 | VZW-ATR001-00004977 |
| 8029 | VZW-ATR001-00005553 | VZW-ATR001-00005553 |
| 8030 | VZW-ATR001-00006260 | VZW-ATR001-00006260 |
| 8031 | VZW-ATR001-00006978 | VZW-ATR001-00006978 |
| 8032 | VZW-ATR001-00008252 | VZW-ATR001-00008252 |
| 8033 | VZW-ATR001-00009436 | VZW-ATR001-00009436 |
| 8034 | VZW-ATR004-00000630 | Toll excerpt. |
| 8035 | VZW-ATR004-00001257 | VZW-ATR004-00001257 |
| 8036 | VZW-ATR004-00002007 | VZW-ATR004-00002007 |
| 8037 | VZW-ATR004-00004200 | VZW-ATR004-00004200 |
| 8038 | VZW-ATR004-00008252 | VZW-ATR004-00008252 |
| 8039 | VZW-ATR004-00009436 | VZW-ATR004-00009436 |
| 8040 | VZW-ATR009-00000744 | VZW-ATR009-00000744 |
| 8041 | ATT-ATR002-00000001 | Adobe PDF titled Wireless Subscriber Information dated on or about 08/08/2019 (ATT-ATR002-00000001). |
| 8042 | ATT-ATR-004-00021809 | Adobe PDF titled Wireline Subscriber Information dated on or about 4/1/2020 (ATT-ATR-004-00021809). |
| 8043 | ATT-ATR006-00000001 | Toll records for (214) 755-6081 (Jimmie Little);  (302) 299-0275 (Tim Mulrenin); (479) 236-2020 (Ric Blake); (479) 263-9573 (Tim Price); (479) 283-8817 (Charles George); (479) 799-5063 (Bill Lovette); (479) 879-2092 (Carl Pepper); (479) 926-0498 (Jason McGuire); (678) 230-5196 (Jason McGuire); (678) 640-1622 (Scott Brady); (770) 329-7505 (Bill Kantola); (770) 363-7129 (Justin Gay); (770) 540-4972 (Pete Martin); (770) 654-7200 (Greg Tench); (770) 713-6590 (Jason McGuire) (ATT-ATR006-00000001). |
| 8045 | ATT-ATR007-00000186 | IMEI Report for (214) 755-6081; (302) 299-0275; (479) 236-2020; (479) 263-9573; (479) 283-8817; (479) 799-5063; (479) 879-2092; (678) 230-5196; (770) 329-7505; (770) 713-6590 (ATT-ATR007-00000186). |
| 8046 | VZW-ATR014-00000165 | VZW-ATR014-00000165 |
| 8047 | VZW-ATR014-00000168 | VZW-ATR014-00000168 |

| Exhibit Number | Bates | Description |
| --- | --- | --- |
| 8048 | VZW-ATR014-00001131 | VZW-ATR014-00001131 |
| 8049 | VZW-ATR014-00001132 | VZW-ATR014-00001132 |
| 8050 | VZW-ATR014-00001133 | VZW-ATR014-00001133 |
| 8051 | VZW-ATR014-00001164 | VZW-ATR014-00001164 |
| 8052 | ATT-ATR004-00000001 | AT&T Records Key (ATT-ATR004-00000001). |
| 8053 | ATT-ATR005-00000016 | Toll records for Scott Brady (256-536-6120) (ATT-ATR005-00000016). |
| 8054 | ATT-ATR006-00000091 | Toll records. (ATT-ATR006-00000091). |
| 8055 | ATT-ATR006-00009195 | Subscriber information for George's Inc., Michael Ledford, Brian Roberts, and Jared Mitchell, among others dated on or about 8/9/2019 (ATT-ATR006-00009195). |
| 8057 | ATT-ATR009-00000035 | Toll records for (256) 536-7966 (Scott Brady). (502) 245-1681 (Roger Austin), among others, dated on or about 4/22/2020 (ATT-ATR009-00000035). |
| 8058 | ATT-ATR009-00005151 | Subscriber information for (770) 205-0281 (Brian Roberts) and (770) 536-8818 (Koch Foods) (ATT-ATR009-00005151). |
| 8059 | ATT-ATR009-00005155 | Subscriber information for (912) 739-9223 (Mikell Fries), among others (ATT-ATR009-00005155). |
| 8060 | ATT-ATR009-00009849 | AT&T Toll records for assorted individuals dated on or about 4/22/2020 (ATT-ATR009-00009849). |
| 8061 | ATT-ATR009-00010440 | Subscriber information for (912) 739-9223 (Mikell Fries) dated on or about 4/22/2020 (ATT-ATR009-00010440). |
| 8062 | ATT-ATR001-00000005 | AT&T Records Key (ATT-ATR001-00000005). |
| 8063 | ATT-ATR001-00000020 | Telephone records of (205) 380-3277 (Scott Tucker), (214) 755-6081 (Jimmie Little) , among others, dated 8/28/2020 (ATT-ATR001-00000020). |
| 8064 | ATT-ATR001-00013510 | Subscriber Information and Features for (214) 755-6081 (Jimmie Little) and others dated on or about 8/28/2020 (ATT-ATR001-00013510). |
| 8065 | ATR-ATR001-00013573 | IMEI Report for (214) 755-6081 (Jimmie Little) (ATR-ATR001-00013573). |
| 8066 | ATT-ATR001-00013588 | Toll records for assorted phone numbers (ATT-ATR001-00013588). |

| Exhibit Number | Bates | Description |
| --- | --- | --- |
| 8067 | ATT-ATR013-00000020 | Toll records of (770) 597-5779 (Brian Roberts) (ATT-ATR013-00000020). |
| 8068 | ATT-ATR013-00007562 | Subscriber Information and Features for (770) 597-5779 (Brian Roberts) (ATT-ATR013-00007562). |
| 8069 | ATT-ATR013-00007573 | Toll records for (770) 597-5779 (Brian Roberts) (ATT-ATR013-00007573). |
| 8071 | VZW-ATR001-00002913 | Toll records. |
| 8072 | VZW-ATR001-00010784 | Toll records. |
| 8073 | VZW-ATR001-00011457 | Toll records. |
| 8074 | VZW-ATR004-000029l3 | Toll records. |
| 8075 | VZW-ATR004-00004977 | Toll records. |
| 8076 | VZW-ATR004-00005553 | Toll records. |
| 8077 | VZW-ATR004-00006260 | Toll records. |
| 8078 | VZW-ATR004-00006978 | Toll records. |
| 8079 | VZW-ATR005-00000001 | Toll records. |
| 8080 | VZW-ATR005-00000002 | Toll records. |
| 8081 | VZW-ATR009-00000001 | Toll records. |
| 8082 | VZW-ATR009-00000695 | Toll records. |
| 8083 | VZW-ATR010-00000004 | Toll records. |
| 8084 | VZW-ATR011-00002183 | Toll records. |
| 8085 | VZW-ATR015-00001264 | Toll records. |
| 9645 | ATT-ATR001-00000001 | Excerpt of Jimmie Little ((214) 755-6081) Toll records. (ATT-ATR001-00000001). |
| 9672 | VZW-ATR004-00000630 | Toll excerpt. |
| 9716 | ATT-ATR005-00000235 | Toll excerpt. |
| 9720 | ATT-ATR001-00000001 | Toll excerpt. |
| 9721 | VZW-ATR001-00002007 | Toll excerpt. |
| 9722 | ATT-ATR001-00000001 | Toll excerpt. |