# Attachment 2

| Exhibit Number | Bates | Limiting Instruction |
|---|---|---|
| 114 | TY-000063844 | "Mr. Bradley's statements cannot be considered for their truth, but only for their effect on the listener." ECF 1031-1 |
| 219 | PILGRIMS-DOJ-0000177839 | None. |
| 355 | CLAXTON_0181706 | None. |
| 404 | GC-0000001394 | None. |
| 433 | PILGRIMS-DOJ-0000484696 | None. |
| 434 | PILGRIMS-DOJ-0000484697 | None. |
| 435 | PILGRIMS-DOJ-0000484698 | None. |
| 436 | PILGRIMS-DOJ-0000484699 | None. |
| 437 | PILGRIMS-DOJ-0000484700 | None. |
| 438 | PILGRIMS-DOJ-0000484701 | None. |
| 439 | PILGRIMS-DOJ-0000484702 | None. |
| 440 | PILGRIMS-DOJ-0000484703 | None. |
| 441 | PILGRIMS-DOJ-0000484704 | None. |
| 442 | PILGRIMS-DOJ-0000484705 | None. |
| 443 | PILGRIMS-DOJ-0000484706 | None. |
| 444 | PILGRIMS-DOJ-0000484707 | None. |
| 445 | PILGRIMS-DOJ-0000484708 | None. |
| 446 | PILGRIMS-DOJ-0000484709 | None. |
| 447 | PILGRIMS-DOJ-0000484710 | None. |
| 448 | PILGRIMS-DOJ-0000484944 | None. |
| 449 | PILGRIMS-DOJ-0000484962 | None. |
| 450 | PILGRIMS-DOJ-0000484963 | "Considered only for the effect on the listener, and not for the truth of the matter." ECF 1031-1 |
| 451 | PILGRIMS-DOJ-0000484964 | None. |
| 453 | PILGRIMS-DOJ-0000509302 | None. |
| 518 | PILGRIMS-0000021364 | None. |
| 542 | PILGRIMS-DOJ-0001362265 | "The statements of Ms. Lawson can be considered for the effect on the listener, but not for the truth." ECF 1031-1 |
| 546 | PILGRIMS-DOJ-0002269652 | None. |
| 559 | PILGRIMS-DOJ-0002950645 | "The statements of Mr. Boarman can be considered for the effect on the listener, but not for the truth." ECF 1031-1 |
| 617 | TY-001066336 | None. |
| 702 | CLA_0076096 | None. |
| 703 | CLA_0076099 | None. |
| 710 | GEODOJ_0005007 | None. |
| 733 | PILGRIMS-DOJ-0000412521 | None. |
| 803 | KOCH_0001174605 | None. |
| 901 | KOCHFOODS-0000006822 | "The exhibit can only be considered against Mr. Kantola." ECF 1031-1 |
| 920 | PILGRIMS-0006742191 | None. |
| 933 | PILGRIMS-0009347177 | "The statements of Ms. Garland can be considered for the effect on the listener, but not for the truth." ECF 1031-1 |
| 940 | PILGRIMS-DOJ-0000484811 | None. |

| Exhibit Number | Bates | Limiting Instruction |
| --- | --- | --- |
| 953 | PILGRIMS-DOJ-0002023481 | "The statements of Mr. Slider can be considered for the effect on the listener, but not for the truth." ECF 1031-1 |
| 955 | PILGRIMS-DOJ-0002525317 | "The statements of Mr. Justice can be considered for the effecet on the listener, but not for the truth." ECF 1031-1 |
| 982 | CLAXTON_0181706 | None. |
| 1035 | PILGRIMS-0002616918 | None. |
| 1036 | PILGRIMS-0002616919 | None. |
| 1051 | PILGRIMS-0005856142 | None. |
| 1056 | PILGRIMS-0006847974 | None. |
| 1058 | PILGRIMS-0006951503 | None. |
| 1066 | PILGRIMS-DOJ-0000509292 | None. |
| 1074 | PILGRIMS-DOJ-0000513484 | None. |
| 1119 | RSCS000352 | None. |
| 1120 | RSCS000649 | None. |
| 1121 | RSCS000659 | None. |
| 1122 | RSCS000950 | None. |
| 1123 | RSCS000958 | None. |
| 1124 | RSCS001129 | None. |
| 1125 | RSCS001137 | None. |
| 1126 | RSCS001577 | None. |
| 1127 | RSCS002166 | None. |
| 1132 | RSCS022047 | None. |
| 1133 | RSCS022049 | None. |
| 1175 | TY-001037234 | None. |
| 1177 | TY-001038031 | "This exhibit can be considered against Mr. Mulrenin only." ECF 1031-1 |
| 1190 | TY-001230900 | None. |
| 1191 | TY-001230901 | None. |
| 1238 | CLAXTON  0181706 | None. |
| 1247 | PILGRIMS-DOJ-0002731122 | None. |
| 1409 | KOCH_0002060716 | None. |
| 1427 | CLAXTON_0181706 | None. |
| 1500 | CLA_0078000 | None. |
| 1501 | CLA_0078001 | None. |
| 1503 | CLA_0078020 | None. |
| 1505 | CLA_0191549 | None. |
| 1519 | KOCH_0001206873 | None. |
| 1521 | KOCHFOODS-0000542731 | None. |
| 1522 | PILGRIMS-0002671675 | None. |
| 1523 | PILGRIMS-0002671676 | None. |
| 1526 | PILGRIMS-0002932765 | None. |
| 1528 | PILGRIMS-0002932767 | None. |
| 1538 | PILGRIMS-0005252995 | None. |
| 1539 | PILGRIMS-0005252996 | None. |
| 1544 | PILGRIMS-DOJ-0000383926 | None. |
| 1546 | PILGRIMS-DOJ-0000509322 | None. |

| Exhibit Number | Bates | Limiting Instruction |
|---|---|---|
| 1547 | PILGRIMS-DOJ-0000513615 | "Exhibit 1547 has been admitted, but only as to Mr. Penn. Exhibit E-570 has been admitted, but only as to Mr. Penn and Mr. Austin." ECF 1031-1 |
| 1615 | CLAXTON_0181706 | None. |
| 1722 | PILGRIMS-0009043857 | None. |
| 1728 | RSCS000343 | None. |
| 1729 | RSCS001557 | None. |
| 1734 | CLAXTON_0181706 | None. |
| 1825 | PILGRIMS-DOJ-0000509332 | None. |
| 1826 | PILGRIMS-DOJ-0000509333 | None. |
| 1847 | PILGRIMS-DOJ-0000914267 | None. |
| 1850 | PILGRIMS-DOJ-0000915280 | None. |
| 1851 | PILGRIMS-DOJ-0000915300 | None. |
| 1852 | PILGRIMS-DOJ-0000915301 | None. |
| 1853 | PILGRIMS-DOJ-0000915303 | None. |
| 1854 | PILGRIMS-DOJ-0000915320 | None. |
| 1856 | PILGRIMS-DOJ-0000915346 | None. |
| 1858 | PILGRIMS-DOJ-0000915360 | None. |
| 1862 | PILGRIMS-DOJ-0000915473 | None. |
| 1864 | PILGRIMS-DOJ-0000915538 | None. |
| 1882 | PILGRIMS-DOJ-0001262887 | "The statements regarding what 'Sarah wants' can be considered for the effect on the listener, but not for the truth." ECF 1031-1 |
| 1894 | PILGRIMS-DOJ-0001386338 | None. |
| 1923 | RSCS019072 | None. |
| 2000 | PILGRIMS-0005858337 | None. |
| 2001 | PILGRIMS-0006956340 | "The statements of Mr. Baker can be considered, not for the truth of the matter asserted, but rather for the effect on the listener." ECF 1031-1 |
| 2002 | PILGRIMS-0006956343 | "The statements of Mr. Baker can be considered, not for the truth of the matter asserted, but rather for the effect on the listener." ECF 1031-1 |
| 2005 | PILGRIMS-0009084158 | None. |
| 3025 | PILGRIMS-0009051822 | None. |
| 3037 | PILGRIMS-DOJ-0000509304 | "The lower part of the document (everything except the top email) can be considered to prove the existence of a conspiracy but not to prove whether any defendant was a member of that conspiracy." ECF 1031-1 |
| 6047 | CLA_0192604 | None. |
| 6088 | GEODOJ_0333971 | None. |
| 6089 | GEODOJ_0333972 | None. |
| 6134 | KOCH_0002062821 | None. |
| 6198 | PILGRIMS-DOJ-0000447738 | "The jury can consider this exhibit for the proof of the existence of a conspiracy, but not as to whether any defendant was a member of that conspiracy." ECF 1031-1 |

| Exhibit Number | Bates | Limiting Instruction |
|---|---|---|
| 6235 | PILGRIMS-DOJ-0000914265 | None. |
| 6282 | TY-000000113 | None. |
| 7040 | TY-000910276 | None. |
| 9010 | CLAXTON_0181697 | None. |
| 9264 | PILGRIMS-DOJ-0004505846 | None. |
| 9707 | PILGRIMS-DOJ-0000484965 | None. |
| 9708 | PILGRIMS-DOJ-0000484966 | None. |
| 9709 | PILGRIMS-DOJ-00004653654 | None. |
| 9714 | TY-000618801 | "The jury may consider this exhibit against Mr. Mulrenin only." ECF 1031-1 |
| 9715 | TY-000618802 | "The jury may consider this exhibit against Mr. Mulrenin only." ECF 1031-1 |
| 9744 | PILGRIMS-DOJ-0001527546 | None. |
| 9745 | TY-000914428 | None. |
| 9748 | N/A | None. |
| 1036-1 | PILGRIMS-0002616919 | None. |
| 1521-1 | KOCHFOODS-0000542732 | None. |
| 1846 | PILGRIMS-DOJ-0000914266 | None. |
| 1848 | PILGRIMS-DOJ-0000914268 | None. |
| 1849 | PILGRIMS-DOJ-0000914269 | None. |
| 410-1 | MJPoultry-0000081260 | None. |
| 519-1 | PILGRIMS-000361896 | "The statements of Mr. Long can be considered for the effect on the listener, but not for the truth." ECF 1031-1 |
| 9010-1 | CLAXTON_0181697 | None. |
| D-839 | PILGRIMS-0005997726 | None. |
| E-570 | PILGRIMS-DOJ-0000513769 | "Exhibit 1547 has been admitted, but only as to Mr. Penn. Exhibit E-570 has been admitted, but only as to Mr. Penn and Mr. Austin." ECF 1031-1 |
| E-873 | PILGRIMS-DOJ-0001532514 | None. |
| E-874 | PILGRIMS-DOJ-0001532515 | None. |
| I-141 | PILGRIMS-0005252998 | None. |