IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

---

**UNOPPOSED MOTION FOR ORDER REGARDING AGREEMENT BETWEEN THE UNITED STATES AND ALL TEN DEFENDANTS**

---

The United States of America and all ten defendants, by and through counsel, have entered into the attached Agreement Regarding the Authenticity of Certain Documents. As a result, all Parties request that this Court enter the Attached Proposed Order Regarding the Authenticity of Certain Documents.

If the Court enters the Proposed Order attached to this Motion, the authenticity issues for the exhibits identified in ECF No. 1075-1 will not require the Court's adjudication. The remainder of the government's Motion filed at ECF No. 1075,

excluding the documents listed in 1075-1, is not currently moot but may become mooted if ongoing discussions with Defendants lead to additional agreements regarding authenticity.

Dated: February 22, 2022            Respectfully submitted,

/s/ Michael T. Koenig
MICHAEL KOENIG
HEATHER CALL
PAUL TORZILLI
CAROLYN SWEENEY
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 616-2165
Email: michael.koenig@usdoj.gov
*Attorneys for the United States*