IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JAYSON JEFFREY PENN,**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN,**
5. **TIMOTHY R. MULRENIN,**
6. **WILLIAM VINCENT KANTOLA,**
7. **JIMMIE LEE LITTLE,**
8. **WILLIAM WADE LOVETTE,**
9. **GARY BRIAN ROBERTS,**
10. **RICKIE PATTERSON BLAKE,**

    Defendants.

---

**UNOPPOSED MOTION TO INCLUDE TRIAL EXHIBITIS ON EXHIBIT A AS COVERED BY THE PROPOSED AGREED ORDER FILED at ECF NO. 1093-2**

---

    The United States of America and all ten defendants, by and through counsel, have entered into an agreement regarding the authenticity of the trial exhibits identified in Exhibit A to this Motion. As a result, the Parties agree that the exhibits in Exhibit A are governed by, and subject to, the same terms as appear in Agreement Regarding the Authenticity of Document. (ECF No. 1093-1.) The Parties respectfully request that the Court grant this motion, and treat the documents on Exhibit A as part of the Parties' agreed order (ECF No. 1093-3).

Dated: February 23, 2022

Respectfully submitted,

/s/ Michael T. Koenig
MICHAEL KOENIG
HEATHER CALL
PAUL TORZILLI
CAROLYN SWEENEY
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 616-2165
Email: michael.koenig@usdoj.gov
*Attorneys for the United States*