# EXHIBIT A

| Government Exhibit No. | Bates |
|---|---|
| 113 | TY-000062843 |
| 119 | TY-000064146 |
| 230 | TY-000616147 |
| 231 | TY-000616149 |
| 232 | TY-000616151 |
| 234 | TY-000616249 |
| 330 | PER-000152926 |
| 1193 | TY-001614943 |
| 8098 | LOVETTE_0000000001 |
| 9089 | PILGRIMS-DOJ-0002730925 |
| 9743 | TY-000000100 |
| 9876 | TY-000128151 |
| 9889 | TY-000637893 |
| C-998 | PENN-0000000212 |