# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: February 23, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*          *Counsel:*

UNITED STATES OF AMERICA,      Michael Koenig
                                           Carolyn Sweeney
                                           Heather Call
                                           Paul Torzilli

     Plaintiff,

v.

1. JAYSON JEFFREY PENN,      Michael Tubach
                                           Anna Pletcher
                                           Brian Quinn

2. MIKELL REEVE FRIES,      Richard Kornfeld
                                           David Beller
                                           Kelly Page

3. SCOTT JAMES BRADY,      Bryan Lavine
                                           Megan Rahman
                                           Tiffany Bracewell

4. ROGER BORN AUSTIN,      Michael Feldberg
                                           Laura Carwile
                                           Julie Withers

5. TIMOTHY R. MULRENIN,      Elizabeth Prewitt
                                           Marci LaBranche

6. WILLIAM VINCENT KANTOLA,      Roxann Henry
                                           James Backstrom

7. JIMMIE LEE LITTLE,      Mark Byrne
                                           Dennis Canty

8. WILLIAM WADE LOVETTE,      John Fagg, Jr.
                                           Dru Nielsen
                                           James McLoughlin
                                           Kaitlin Price

9. GARY BRIAN ROBERTS, and      Craig Gillen
                                           Richard Tegtmeier
                                           Anthony Lake

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson |
| | Barry Pollack |
| | Christopher Plumlee |
| Defendants. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 2**

**8:02 a.m.**     Court in session.

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Perspective jurors are not present.

Discussion and argument regarding challenges for cause.

Defendants' oral motion to dismiss jurors 100440704, 100451991, 100449258, 100440946, 100463947, 100445263, 100446316, 100442486, and 100434607 for cause.

**ORDERED:  Defendants' oral motion to dismiss jurors is granted as to jurors 100451991, 100463947, 100445263, 100446316, 100442486, and denied as to all others**.

Discussion regarding witnesses and sequestration order.

**8:40 a.m.**     Court in recess.
**9:30 a.m.**     Court in session.

Discussion in the hallway with Mr. Koenig, Ms. Call, Mr. Beller and Ms. Neilsen regarding eliminating an alternate juror.  Counsel will confer and notify the Court.

**9:37 a.m.**     Court in recess.
**9:54 a.m.**     Court in session.

Discussion in the hallway with Mr. Koenig, Ms. Call, Mr. Beller, and Ms. Neilsen. Counsel has no objections to eliminating an alternate juror, bringing the jury total down to 14.  The Court notifies counsel on the status of the jury.

**9:58 a.m.     Court in recess.**
**10:48 a.m.    Court in session.**

Prospective jury present.

Voir dire by the Court continues.

11:24 a.m.     Voir dire by Ms. Call.

11:36 a.m.     Voir dire by Mr. Beller.

11:50 a.m. to 12:02 p.m.     Bench conference.

12:12 p.m. to 12:22 p.m.     Bench conference – Government's and Defendants' oral motion to dismiss juror 100447337 is DENIED.  Defendants' oral motion to dismiss juror 100451115 is GRANTED.

Voir dire by the Court continues.

12:25 p.m.     Voir dire by Ms. Call.

12:27 p.m.     Voir dire by Mr. Beller.

12:28 p.m. to 12:29 p.m.     Bench conference.

Voir dire by the Court continues.

12:34 p.m.     Voir dire by Ms. Call.

12:38 p.m.     Voir dire by Mr. Beller.

12:41 p.m. to 12:44 p.m.     Bench conference.

Perspective jury excused.

Discussion regarding stipulations.  Mr. Torzilli states Doc No. 1093 and 1096 are ready to be ruled on.

**12:48 p.m.    Court in recess.**
**1:46 p.m.     Court in session.**

Perspective jury present.

1:50 p.m. to 1:51 p.m.     Bench conference.

Jurors excused for cause:

1) 100449378
2) 100432111
3) 100448280
4) 100434682
5) 100440712
6) 100469520
7) 100458750
8) 100453216
9) 100447697
10) 100446706
11) 100457685
12) 100467102
13) 100462787
14) 100445083
15) 100451991
16) 100463947
17) 100445263
18) 100446316
19) 100442486
20) 100427940
21) 100437314
22) 100451115
23) 100455411

Plaintiff's challenges:

1) 100438265
2) 100423570
3) 100427260
4) 100441426
5) 100447337
6) 100434607
7) 100435485

Defendants' challenges:

1) 100440704
2) 100442757
3) 100450470
4) 100441882
5) 100457248
6) 100462426
7) 100444486
8) 100457578
9) 100440946

    10) 100449258
    11) 100465550

2:20 p.m.     14 jurors selected to try the case:

    1)  100433637
    2)  100450424
    3)  100467418
    4)  100441245
    5)  100442294
    6)  100460047
    7)  100435900
    8)  100456492
    9)  100445780
    10) 100429828
    11) 100455753
    12) 100444273
    13) 100436700
    14) 100461605

Jury panel sworn.

2:30 p.m. to 2:33 p.m.     Bench conference.

Court instructs jurors.  Jury excused.

**2:40 p.m.     Court in recess.**
**3:02 p.m.     Court in session.**

Discussion regarding text messages and opening statements.

Jury present.

3:20 p.m.     Government's opening statement by Mr. Koenig.

3:40 p.m.     Defendant Fries' opening statement by Mr. Kornfeld.

4:03 p.m.     Defendant Brady's opening statement by Mr. Rahman.

4:20 p.m.     Defendant Lovette's opening statement by Mr. Fagg.

4:39 p.m.     Defendant Penn's opening statement by Mr. Tubach.

Court instructs jurors.  Jury excused until February 24, 2022 at 8:30 a.m.

Discussion regarding witness scheduling and text messages.  Doc No. 992 and 1075 will remain pending.

**ORDERED:   Defendants' bond is continued.**

**5:34 p.m.     Court in recess.**

Trial continued.
Total time in court:    6:15