**COURT EXHIBIT 1**

ASK — Juror 1

☆ given this trial of 10 individuals
can cross-examiners identify who they
represent?

( .. or do ~~they~~ collaborate efforts ~~to save time?~~ )
[as with the objections if redundant]