IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

---

## UNOPPOSED MOTION FOR ORDER ON AGREEMENT REGARDING THE BUSINESS RECORDS FOUNDATION OF DOCUMENTS

---

The United States of America and all ten defendants, by and through counsel, have entered into the attached Agreement Regarding the Business Records Foundation of Certain Documents. As a result, all Parties request that this Court enter the Attached Proposed Order Regarding the Business Records Foundation of Certain Documents.

If the Court enters the Proposed Order attached to this Motion, then at that time, the government respectfully requests that its Motion filed at ECF No. 1075 be viewed as moot.

Dated: February 27, 2022             Respectfully submitted,

/s/ Michael T. Koenig
MICHAEL KOENIG
HEATHER CALL
PAUL TORZILLI
CAROLYN SWEENEY
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 616-2165
Email: michael.koenig@usdoj.gov
*Attorneys for the United States*