IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,

    Defendants.

---

**AGREEMENT REGARDING THE BUSINESS RECORDS FOUNDATION OF CERTAIN DOCUMENTS**

---

The United States of America and all ten defendants, by and through counsel, hereby agree to the below items. Notwithstanding this Agreement, all Parties reserve the right to make arguments related to admissibility other than Federal Rule of Evidence 803(6), including but not limited to Rules 401 and 403. Further, all Parties reserve the right to make arguments related to the authenticity of handwriting on the documents contained within the attached list. This Agreement is reached with the understanding the Court has Ordered that all objections and rulings from the first trial are preserved unless

otherwise ordered. This Agreement is predicated on those earlier objections being preserved. The Parties hereby agree as follows:

## I. Documents Admitted in the Prior Trial

For this trial only, the United States of America and all Defendants agree that, for certain exhibits held to meet the business records foundation requirement of Federal Rule of Evidence 803(6) at the prior trial, no party will object on the grounds that those exhibits do not meet the business records foundation requirement of Rule 803(6) during the retrial, with the agreement (and the concurrence of the Court) that all prior objections to Rule 803(6) foundation made at the first trial are preserved. Exhibit A sets forth the exhibits subject to this portion of the agreement.

## II. Documents Not Admitted in the Prior Trial

For this trial only, the United States of America and all Defendants agree that, for certain exhibits not admitted at the prior trial, the exhibits shall be deemed to meet the business records foundation requirement of Federal Rule of Evidence 803(6). Exhibit B sets forth the exhibits subject to this portion of the agreement.

**SO AGREED** this ___ day of February 27, 2022.

| /s/ | /s/ |
|---|---|
| MICHAEL T. KOENIG | MICHAEL F. TUBACH |
| HEATHER D. CALL | O'MELVENY & MYERS LLP |
| CAROLYN M. SWEENEY | ATTORNEY FOR JAYSON JEFFREY PENN |
| PAUL J. TORZILLI | TWO EMBARCADERO CENTER, 28TH FLOOR |
| Trial Attorneys | SAN FRANCISCO, CALIFORNIA 94111-3823 |
| Antitrust Division | (415) 984-8700 |
| U.S. Department of Justice | MTUBACH@OMM.COM |

Washington Criminal II Office
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2165
michael.koenig@usdoj.gov

\_\_\_\_\_/s/_____
RICHARD K. KORNFELD
RECHT KORNFELD, P.C.
ATTORNEY FOR MIKELL REEVE FRIES
1600 STOUT STREET, SUITE 1400
DENVER, CO 80202
(303) 573-1900
RICK@RKLAWPC.COM


\_\_\_\_\_/s/_____
BRYAN LAVINE
TROUTMAN PEPPER HAMILTON SANDERS LLP
ATTORNEY FOR SCOTT JAMES BRADY
600 PEACHTREE ST. NE, SUITE 3000
ATLANTA, GA 30308
(404) 885-3170
BRYAN.LAVINE@TROUTMAN.COM


\_\_\_\_\_/s/_____
MICHAEL S. FELDBERG
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
ATTORNEY FOR ROGER BORN AUSTIN
750 THIRD AVENUE, SUITE 2400
NEW YORK, NY 10017
(212) 381-1965
MFELDBERG@REICHMANJORGENSEN.COM



\_\_\_\_\_/s/_____
ELIZABETH B. PREWITT
LATHAM & WATKINS LLP
ATTORNEY FOR TIMOTHY R. MULRENIN
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
(212) 906-1200
ELIZABETH.PREWITT@LW.COM

     /s/_____
JAMES A. BACKSTROM, COUNSELLOR AT LAW
ATTORNEY FOR WILLIAM VINCENT KANTOLA
1515 MARKET STREET, SUITE 1200
PHILADELPHIA, PA 19102-1932
(215) 864-7797
JABBER@BACKSTROMLAW.COM


     /s/_____
MARK A. BYRNE
BYRNE & NIXON LLP
ATTORNEY FOR JIMMIE LEE LITTLE
888 WEST SIXTH ST, SUITE 1100
LOS ANGELES, CA 90017
(213) 620-8003
MARKBYRNE@BYRNENIXON.COM


     /s/_____
JOHN A. FAGG, JR.
MOORE & VAN ALLEN PLLC
ATTORNEY FOR WILLIAM WADE LOVETTE
100 NORTH TRYON STREET, SUITE 4700
CHARLOTTE, NC 28202
(704) 331-3622
JOHNFAGG@MVALAW.COM

     /s/_____
CRAIG ALLEN GILLEN
GILLEN, WITHERS & LAKE, LLC
ATTORNEY FOR GARY BRIAN ROBERTS
400 GALLERIA PARKWAY, STE. 1920
ATLANTA, GA 30339
(404) 842-9700
CGILLEN@GWLLAWFIRM.COM


     /s/_____
BARRY J. POLLACK
ATTORNEY FOR RICKIE PATTERSON BLAKE

4

ROBBINS, RUSSELL, ENGLERT, ORSECK, & UNTEREINER LLP
2000 K STREET N.W., 4TH FLOOR
WASHINGTON, DC 20006
(202) 775-4514
BPOLLACK@ROBBINSRUSSELL.COM