IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: March 1, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*   *Counsel:*

UNITED STATES OF AMERICA,   Michael Koenig
　　　　　　　　　　　　　　　　Carolyn Sweeney
　　　　　　　　　　　　　　　　Heather Call
　　　　　　　　　　　　　　　　Paul Torzilli

　　Plaintiff,

v.

1. JAYSON JEFFREY PENN,   Michael Tubach
　　　　　　　　　　　　　　　　Anna Pletcher
　　　　　　　　　　　　　　　　Brian Quinn

2. MIKELL REEVE FRIES,   Richard Kornfeld
　　　　　　　　　　　　　　　　David Beller
　　　　　　　　　　　　　　　　Kelly Page

3. SCOTT JAMES BRADY,   Bryan Lavine
　　　　　　　　　　　　　　　　Megan Rahman
　　　　　　　　　　　　　　　　Tiffany Bracewell

4. ROGER BORN AUSTIN,   Michael Feldberg
　　　　　　　　　　　　　　　　Laura Carwile
　　　　　　　　　　　　　　　　Julie Withers

5. TIMOTHY R. MULRENIN,   Elizabeth Prewitt
　　　　　　　　　　　　　　　　Marci LaBranche

6. WILLIAM VINCENT KANTOLA,   Roxann Henry
　　　　　　　　　　　　　　　　James Backstrom

7. JIMMIE LEE LITTLE,   Mark Byrne
　　　　　　　　　　　　　　　　Dennis Canty

8. WILLIAM WADE LOVETTE,   John Fagg, Jr.
　　　　　　　　　　　　　　　　Dru Nielsen
　　　　　　　　　　　　　　　　James McLoughlin
　　　　　　　　　　　　　　　　Kaitlin Price

9. GARY BRIAN ROBERTS, and   Craig Gillen
　　　　　　　　　　　　　　　　Richard Tegtmeier
　　　　　　　　　　　　　　　　Anthony Lake

|   |   |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |

    Defendants.

---

## COURTROOM MINUTES
---

**JURY TRIAL – DAY 5**

**8:27 a.m.**     **Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Ms. Sweeney informs the Court of a discussion with Carl Pepper's counsel.

8:37 a.m.     Jury present.

Continued cross examination of Mr. Ledford by Mr. Beller.

**Exhibits F-810, F-750, F808 are admitted.**
**Exhibits I-731, I-732 are displayed for demonstrative purposes only.**

Jury excused.

**10:20 a.m.     Court in recess.**
**10:38 a.m.     Court in session.**

Jury present.

Continued cross examination of Mr. Ledford by Mr. Beller.

**Exhibits F-815, F-813 are admitted.**
**Exhibit I-733 is displayed for demonstrative purposes only.**

11:18 a.m.     Cross examination of Mr. Ledford by Mr. Feldberg.

11:35 a.m. to 11:36 a.m.     Bench conference.

Continued cross examination of Mr. Ledford by Mr. Feldberg.

11:40 a.m. to 11:42 a.m.     Bench conference.

Continued cross examination of Mr. Ledford by Mr. Feldberg.

**Exhibit D-509 (only portion from Mr. Ledford) is admitted.**

Jury excused.

Discussion regarding scheduling.

**12:05 p.m.** Court in recess.
**1:33 p.m.** Court in session.

Jury present.

Continued cross examination of Mr. Ledford by Mr. Feldberg.

1:38 p.m. to 1:40 p.m.     Bench conference.

Continued cross examination of Mr. Ledford by Mr. Feldberg.

**Exhibit D-546 is admitted.**

1:50 p.m. to 1:51 p.m.     Bench conference.

Continued cross examination of Mr. Ledford by Mr. Feldberg.

**Exhibits D-564, E-799 (top email Ledford to Austin), D-563 are admitted.**
**Exhibit I-241 is displayed for demonstrative purposes only.**

2:07 p.m.     Cross examination of Mr. Ledford by Mr. Pollack.

2:21 p.m. to 2:22 p.m.     Bench conference.

Continued cross examination of Mr. Ledford by Mr. Pollack.

**Exhibits B-927, H-855, 1407, C-021, C-022, C-022-1 are admitted.**
**Exhibit I-698 is displayed for demonstrative purposes only.**

Jury excused.

Discussion regarding Pete Suerken's testimony.

**3:16 p.m.** Court in recess.
**3:34 p.m.** Court in session.

Discussion regarding documents that may be used on redirect examination.

3:49 p.m.       Jury present.

Continued cross examination of Mr. Ledford by Mr. Pollack.

4:00 p.m.       Cross examination of Mr. Ledford by Ms. Henry.

**Exhibit F-768 is admitted.**

4:12 p.m.       Cross examination of Mr. Ledford by Mr. Prewitt.

4:13 p.m.       Cross examination of Mr. Ledford by Mr. Canty.

4:14 p.m.       Cross examination of Mr. Ledford by Mr. Gillen.

4:17 p.m.       Redirect examination of Mr. Ledford by Mr. Torzilli.

4:28 p.m. to 4:32 p.m.       Bench conference.

Continued redirect examination of Mr. Ledford by Mr. Torzilli.

Government witness, Pete Suerken, sworn.

4:51 p.m.       Direct examination of Mr. Suerken by Mr. Torzilli.

Jury excused until March 2, 2022 at 8:30 a.m.

Discussion regarding issues with Mr. Suerken's testimony and summary exhibits.

**ORDERED:   Defendants' bond is continued.**

**5:55 p.m.      Court in recess.**

Trial continued.
Total time in court:    7:24