IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB
Courtroom Deputy: Sabrina Grimm

Date: March 7, 2022
Court Reporter: Janet Coppock

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,

2. MIKELL REEVE FRIES,

3. SCOTT JAMES BRADY,

4. ROGER BORN AUSTIN,

5. TIMOTHY R. MULRENIN,

6. WILLIAM VINCENT KANTOLA,

7. JIMMIE LEE LITTLE,

8. WILLIAM WADE LOVETTE,

9. GARY BRIAN ROBERTS, and

*Counsel:*

Michael Koenig
Carolyn Sweeney
Heather Call
Paul Torzilli

Michael Tubach
Anna Pletcher
Brian Quinn

Richard Kornfeld
David Beller
Kelly Page

Bryan Lavine
Megan Rahman
Tiffany Bracewell

Michael Feldberg
Laura Carwile
Julie Withers

Elizabeth Prewitt
Marci LaBranche

Roxann Henry
James Backstrom

Mark Byrne
Dennis Canty

John Fagg, Jr.
Dru Nielsen
James McLoughlin
Kaitlin Price

Craig Gillen
Richard Tegtmeier
Anthony Lake

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |
| Defendants. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 8**

**8:02 a.m.     Court in session.**

Defendants present on bond.

Discussion regarding pending motion.

**ORDERED:** United States' Motion for a Curative Instruction [1122] is GRANTED IN PART, as discussed.

Further discussion regarding summary exhibits. Objections ruled upon by the Court, as stated on record.

**8:45 a.m.     Court in recess.**
**8:52 a.m.     Court in session.**

Jury present.

Court instructs jurors on Fifth Amendment rights.

8:55 a.m.     Cross examination of Mr. Pepper by Ms. Prewitt.

**Exhibit I-777 is admitted.**

9:21 a.m. to 9:31 a.m.     Bench conference.

Continued cross examination of Mr. Pepper by Ms. Prewitt.

**Exhibits G-356, G-444, G-446 are admitted.**

Jury excused.

**10:16 a.m.     Court in recess.**
**10:31 a.m.     Court in session.**

Discussion regarding government's motion at Doc. No. 543.

Jury present.

10:36 a.m.     Continued cross examination of Mr. Pepper by Ms. Prewitt.

**Exhibits I-807, I-821, I-822, G-748, G-749 are admitted.**

11:36 a.m.     Cross examination of Mr. Pepper by Mr. Feldberg.

**Exhibits I-932, I-933 (as redacted) are admitted.**

11:43 a.m.     Cross examination of Mr. Pepper by Ms. Johnson.

Jury excused.

Discussion regarding scheduling.

**12:04 p.m.    Court in recess.**
**1:31 p.m.     Court in session.**

Jury present.

Continued cross examination of Mr. Pepper by Ms. Johnson.

**Exhibit I-805 is admitted.**

1:45 p.m. to 1:50 p.m.     Bench conference.

Continued cross examination of Mr. Pepper by Ms. Johnson.

**Exhibit I-872 is admitted.**

2:03 p.m.     Cross examination of Mr. Pepper by Mr. Byrne.

**Exhibits G-422, G-423, I-815 are admitted.**

2:42 p.m.     Cross examination of Mr. Pepper by Mr. Tubach.

2:43 p.m.     Cross examination of Mr. Pepper by Ms. Henry.

2:44 p.m.     Cross examination of Mr. Pepper by Mr. Lavine.

**Exhibits I-954, I-953, 9876 (as redacted), I-958, I-919 are admitted.**

Jury excused.

| | |
|---|---|
| **3:15 p.m.** | **Court in recess.** |
| **3:31 p.m.** | **Court in session.** |

Jury present.

3:33 p.m.     Redirect examination of Mr. Pepper by Ms. Sweeney.

3:57 p.m. to 4:00 p.m.          Bench conference.

Continued redirect examination of Mr. Pepper by Ms. Sweeney.

**Exhibit 9977 is admitted.**

4:14 p.m. to 4:17 p.m.          Bench conference.

Continued redirect examination of Mr. Pepper by Ms. Sweeney.

4:21 p.m.     Recross examination of Mr. Pepper by Ms. Johnson.

4:23 p.m.     Recross examination of Mr. Pepper by Mr. Kornfeld.

4:43 p.m.     Recross examination of Mr. Pepper by Mr. Gillen.

Government witness, Sara Fisher, sworn.

4:42 p.m.     Direct examination of Ms. Fisher by Ms. Sweeney.

**Exhibits 1921, 1922, 1924, 1926, 1927, 1928, 1929, 1941, 1942, 1943, 1944, 1945, 1946, 1947, 1957, 1958 are admitted.**

Jury excused until March 8, 2022 at 8:30 a.m.

Discussion regarding revised witness list and scheduling.

**ORDERED: Defendants' bond is continued.**

**5:13 p.m.     Court in recess.**

Trial continued.
Total time in court:    7:06