# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB            Date: 03/08/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Agent LaNard Taylor | 3/14/2022 - 3/21/2022 (2 hrs) |
| Agent Matthew Koppenhaver | 3/14/2022 - 3/21/2022 (1 hr) |
| Aparna Sengupta | 3/14/2022 - 3/21/2022 (2 hrs) |
| Barry Barnett | 3/14/2022 - 3/21/2022 (1 hr) |
| Bob Glied | 3/14/2022 - 3/21/2022 (1 hr) |
| Brandon Campbell | 3/14/2022 - 3/21/2022 (0.75 hr) |
| Brenda Ray | 3/14/2022 - 3/21/2022 (2 hrs) |
| Brian Coan | 3/14/2022 - 3/21/2022 (1 hr) |
| Bruce Bagshaw | 3/14/2022 - 3/21/2022 (0.5 hr) |
| Charles Solomon | 3/14/2022 - 3/21/2022 (1 hr) |
| Custodian of Records - Pilgrim's Pride | 3/14/2022 - 3/21/2022 (0.5 hr) |
| Daniel Oakes | 3/14/2022 - 3/21/2022 (1 hr) |
| Darrell Bowlin | 3/14/2022 - 3/21/2022 (0.75 hr) |
| David Blackmon | 3/14/2022 - 3/21/2022 (1 hr) |
| Dean Bradley | 3/14/2022 - 3/21/2022 (1.5 hrs) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB         Date: 03/08/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Devin Cole | 3/14/2022 - 3/21/2022 (1 hr) |
| Edward Snyder | 3/14/2022 - 3/21/2022 (5 hrs) |
| Eric Oare | 3/14/2022 - 3/21/2022 (1 hr) |
| Fabio Sandri | 3/14/2022 - 3/21/2022 (2 hrs) |
| Greg Finch | 3/14/2022 - 3/21/2022 (4 hrs) |
| John Curran | 3/14/2022 - 3/21/2022 (2 hrs) |
| Joseph Pochron | 3/14/2022 - 3/21/2022 (2 hrs) |
| Judy Hall | 3/14/2022 - 3/21/2022 (1.5 hrs) |
| Julie Lawrence | 3/14/2022 - 3/21/2022 (0.25 hr) |
| Kent Kronaugue | 3/14/2022 - 3/21/2022 (4 hrs) |
| Larry Higdem | 3/14/2022 - 3/21/2022 (2 hrs) |
| Marcus Shelton | 3/14/2022 - 3/21/2022 (0.5 hr) |
| Melissa Hoyt | 3/14/2022 - 3/21/2022 (2 hrs) |
| Michael Ledford | 3/14/2022 - 3/21/2022 (5 hrs) |
| Mike Brown | 3/14/2022 - 3/21/2022 (0.75 hr) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB          Date: 03/08/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Paige Dingee | 3/14/2022 - 3/21/2022 (1 hr) |
| Rhonda Warble | 3/14/2022 - 3/21/2022 (1.5 hrs) |
| Richard Eddington | 3/14/2022 - 3/21/2022 (3 hrs) |
| Sheri Garland | 3/14/2022 - 3/21/2022 (0.5 hr) |
| Sidney Prince | 3/14/2022 - 3/21/2022 (1.5 hrs) |
| Sponsoring Witness for Summary Exhibits | 3/14/2022 - 3/21/2022 (2 hrs) |
| Steve McCormick | 3/14/2022 - 3/21/2022 (1 hr) |
| Steven Cullen | 3/14/2022 - 3/21/2022 (0.75 hr) |
| Thomas Lane | 3/14/2022 - 3/21/2022 (3 hrs) |

Defendants reserve the right to remove witnesses or supplement with additional witnesses after the completion of the Government's case-in-chief. Defendants all reserve the right to testify at any point during the defense.