IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB             Date:  March 8, 2022
Courtroom Deputy:  Sabrina Grimm                 Court Reporter:  Janet Coppock

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Michael Koenig |
|  | Carolyn Sweeney |
|  | Heather Call |
|  | Paul Torzilli |
| Plaintiff, |  |
| v. |  |
| 1. JAYSON JEFFREY PENN, | Michael Tubach |
|  | Anna Pletcher |
|  | Brian Quinn |
| 2. MIKELL REEVE FRIES, | Richard Kornfeld |
|  | David Beller |
|  | Kelly Page |
| 3. SCOTT JAMES BRADY, | Bryan Lavine |
|  | Megan Rahman |
|  | Tiffany Bracewell |
| 4. ROGER BORN AUSTIN, | Michael Feldberg |
|  | Laura Carwile |
|  | Julie Withers |
| 5. TIMOTHY R. MULRENIN, | Elizabeth Prewitt |
|  | Marci LaBranche |
| 6. WILLIAM VINCENT KANTOLA, | Roxann Henry |
|  | James Backstrom |
| 7. JIMMIE LEE LITTLE, | Mark Byrne |
|  | Dennis Canty |
| 8. WILLIAM WADE LOVETTE, | John Fagg, Jr. |
|  | Dru Nielsen |
|  | James McLoughlin |
|  | Kaitlin Price |
| 9. GARY BRIAN ROBERTS, and | Craig Gillen |
|  | Richard Tegtmeier |
|  | Anthony Lake |

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |
| Defendants. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 9**

**8:37 a.m.**   **Court in session.**

Defendants present on bond.

Jury present.

Continued direct examination of Ms. Fisher by Ms. Sweeney.

**Exhibits F-852, F-853. 1930, 1920, C-465, C-207, F-789, F-796, G-474, B-963, F-747, F-783 are admitted.**

8:51 a.m.   Cross examination of Ms. Fisher by Ms. Carwile.

**Exhibit I-054 is admitted.**

9:30 a.m.   Cross examination of Ms. Fisher by Ms. Bracewell.

**Exhibits F-915, F-916, F-868, F-756, F-754 are admitted.**

9:51 a.m. to 9:52 a.m.   Bench conference.

Court is experiencing issues with Bridge.

Continued cross examination of Ms. Fisher by Ms. Bracewell.

9:56 a.m.   Cross examination of Ms. Fisher by Ms. Johnson.

**Exhibits F-764, F-765, F-774 are admitted.**
**Exhibit I-979 is displayed for demonstrative purposes only.**

Jury excused.

Discussion regarding Mr. Bryant's testimony.

**10:40 a.m.   Court in recess.**
**10:52 a.m.   Court in session.**

Discussion regarding jury note, proposed response to the jury note, and using the term "price fixing".

11:00 a.m.   Jury present.

Court provides an oral response to the jury note.

Continued cross examination of Ms. Fisher by Ms. Johnson.

**Exhibit I-979 is admitted.**

11:08 a.m.   Cross examination of Ms. Fisher by Mr. Quinn.

11:15 a.m.   Cross examination of Ms. Fisher by Ms. Price.

11:16 a.m.   Cross examination of Ms. Fisher by Mr. Prewitt.

11:29 a.m.   Cross examination of Ms. Fisher by Mr. Tegtmeier.

11:30 a.m.   Cross examination of Ms. Fisher by Ms. Henry.

**Exhibits C-264, C-265 are admitted.**

11:41 a.m.   Redirect examination of Ms. Fisher by Ms. Sweeney.

**Exhibits 1, 2, 3, 7 are admitted.**

11:44 a.m. to 11:48 a.m.   Bench conference.

Government witness, Robert Bryant, sworn.

11:50 a.m.   Direct examination of Mr. Bryant by Ms. Call.

Voir dire on Exhibit 9994 by Mr. Tubach.

**Exhibit 9994 is displayed for demonstrative purposes only.**

Jury excused.

Discussion regarding limiting instruction on summary exhibits.

**12:07 p.m.   Court in recess.**
**1:30 p.m.    Court in session.**

Discussion regarding Mr. Bryant's testimony.

1:46 p.m.      Jury present.

Exhibits displayed for jury.

1:56 p.m. to 2:00 p.m.       Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

2:17 p.m. to 2:19 p.m.       Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

2:28 p.m. to 2:30 p.m.       Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

**Exhibits 9273, 9271 are admitted.**

2:54 p.m. to 2:56 p.m.       Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

3:00 p.m. to 3:01 p.m.       Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

Jury excused.

**3:15 p.m.      Court in recess.**
**3:31 p.m.      Court in session.**

Jury present.

Continued direct examination of Mr. Bryant by Ms. Call.

**Exhibit 1055 is admitted.**

3:48 p.m. to 3:50 p.m.         Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

4:06 p.m. to 4:10 p.m.         Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

4:14 p.m. to 4:16 p.m.		Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

4:21 p.m. to 4:23 p.m.		Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

4:25 p.m. to 4:37 p.m.		Bench conference.

Continued direct examination of Mr. Bryant by Ms. Call.

Jury excused until March 9, 2022 at 8:30 a.m.

Discussion regarding exhibits.

**ORDERED:  Defendants' bond is continued.**

**5:19 p.m.	Court in recess.**

Trial continued.
Total time in court:	6:51