**COURT EXHIBIT 2**

RE:
G Exhibit 955
G. Exhibit 6282
I 054

Your Honor will we see these documents in our deliberations? If not, may I see them again somehow?
Thank you

███████████