IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: March 15, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Michael Koenig |
| | Carolyn Sweeney |
| | Heather Call |
| | Paul Torzilli |
| Plaintiff, | |
| v. | |
| 1. JAYSON JEFFREY PENN, | Michael Tubach |
| | Anna Pletcher |
| | Brian Quinn |
| 2. MIKELL REEVE FRIES, | Richard Kornfeld |
| | David Beller |
| | Kelly Page |
| 3. SCOTT JAMES BRADY, | Bryan Lavine |
| | Megan Rahman |
| | Tiffany Bracewell |
| 4. ROGER BORN AUSTIN, | Michael Feldberg |
| | Laura Carwile |
| | Julie Withers |
| 5. TIMOTHY R. MULRENIN, | Elizabeth Prewitt |
| | Marci LaBranche |
| 6. WILLIAM VINCENT KANTOLA, | Roxann Henry |
| | James Backstrom |
| 7. JIMMIE LEE LITTLE, | Mark Byrne |
| | Dennis Canty |
| 8. WILLIAM WADE LOVETTE, | John Fagg, Jr. |
| | Dru Nielsen |
| | James McLoughlin |
| | Kaitlin Price |
| 9. GARY BRIAN ROBERTS, and | Craig Gillen |
| | Richard Tegtmeier |
| | Anthony Lake |

|   |   |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |

Defendants.

---

## COURTROOM MINUTES
---

**JURY TRIAL – DAY 13**

**9:01 a.m.      Court in session.**

Defendants present on bond.

Discussion regarding witness line up.

9:10 a.m.      Jury present.

Continued redirect examination of Mr. Lewis by Mr. Torzilli.

**Exhibit 10023 is admitted.**

9:17 a.m. to 9:21 a.m.      Bench conference.

Government admits exhibits without a sponsoring witness and additional exhibits displayed to jury.

9:29 a.m. to 9:35 a.m.      Bench conference.

**Exhibits 9991, 4, 424 are admitted.**

9:47 a.m. to 9:53 a.m.      Bench conference.

**Exhibits 9711, 9712, 9713, 9, 10, 900 are admitted.**

Jury excused.

**10:20 a.m.    Court in recess.**
**10:37 a.m.    Court in session.**

Defendant Blake's oral motion for a mistrial by Mr. Pollack.  Argument by Mr. Pollack and Mr. Torzilli.

**ORDERED:   Defendants Blake and Kantola's oral motion for a mistrial is DENIED, for reasons stated on record.**

10:49 a.m.     Jury present.

**Exhibits 11, 12 are admitted.**

11:02 a.m.     Government rests.

11:02 a.m. to 11:10 a.m.     Bench conference: Defendants' oral motions for judgment of acquittal pursuant to Rule 29.

**ORDERED:   Defendants Lovette, Penn, Mulrenin, Austin, Fries, Brady, Roberts, and Little's oral motion for mistrial is DENIED.**

11:11 a.m.     Defendant Mulrenin's opening statement by Ms. Prewitt.

11:32 a.m. to 11:43 a.m.     Bench conference.

Defendants' witness, Richard Eddington, sworn.

11:44 a.m.     Direct examination of Mr. Eddington by Ms Rahman.

Jury excused.

Discussion regarding summary exhibits.

**12:03 p.m.     Court in recess.**
**1:28 p.m.      Court in session.**

Discussion regarding summary exhibits and updated witness list.

1:37 p.m.     Jury present.

Continued direct examination of Mr. Eddington by Ms. Rahman.

2:13 p.m. to 2:15 p.m.     Bench conference.

Continued direct examination of Mr. Eddington by Ms. Rahman.

2:53 p.m.     Direct examination of Mr. Eddington by Mr. Gillen.

3:04 p.m. to 3:11 p.m.     Bench conference.

Jury excused.

**3:12 p.m.     Court in recess.**

**3:26 p.m.    Court in session.**

Jury present.

Mr. Eddington makes an amendment to his previous statement.

Continued direct examination of Mr. Eddington by Mr. Gillen.

3:47 p.m.    Direct examination of Mr. Eddington by Mr. Pollack.

**Exhibit I-267 is admitted.**

4:02 p.m.    Direct examination of Mr. Eddington by Mr. Feldberg.

4:06 p.m.    Direct examination of Mr. Eddington by Ms. Henry.

**Exhibit F-788 is admitted.**
**Exhibit J-008-1 (Marshall Durbin line only) is displayed for demonstrative purposes only.**

**Exhibit J-008-1 is admitted.**

4:18 p.m.    Direct examination of Mr. Eddington by Ms. Prewitt.

4:20 p.m.    Cross examination of Mr. Eddington by Mr. Koenig.

4:28 p.m. to 4:32 p.m.    Bench conference.

Continued cross examination of Mr. Eddington by Mr. Koenig.

4:33 p.m.    Redirect examination of Mr. Eddington by Ms. Rahman.

Defendants' witness, Darrell Bowlin, sworn.

4:36 p.m.    Direct examination of Mr. Bowlin by Ms. Prewitt.

Jury excused until March 16, 2022 at 8:30 a.m.

Discussion regarding Government's Motion to Exclude Franchisee Witnesses Bruce Bagshaw and Marcus Shelton [1180].

**ORDERED:    Government's Motion to Exclude Franchisee Witnesses Bruce Bagshaw and Marcus Shelton [1180] is DENIED without prejudice, as stated on record.**

Discussion regarding summary exhibits.

**ORDERED:**   Defendants' Rule 29 motions shall be filed on or before March 21, 2022.  Government's response shall be filed on or before March 28, 2022, as discussed.

**ORDERED:**   Defendants' bond is continued.

**5:10 p.m.**   **Court in recess.**

Trial continued.
Total time in court:   6:13