# DOJ Indicators of Bid Rigging and Price Fixing

1. Setting identical prices
2. Holding prices firm
3. Refusing to bid
4. Taking turns winning
5. Eliminating or reducing discounts

Source: *Price Fixing, Bid Rigging, and Market Allocation Schemes: What are They and What to Look For, An Antitrust Primer,* U.S. Department of Justice (DOJ)

9



DEF EXHIBIT
20-cr-152-PAB
**J-214**





# Are Bids and Prices Identical?



**Supplier Bids and Final Prices for Small Bird 8-pc COB for KFC 2015 Contract**

Price Per Pound

Bids (August 2014) / Final Prices (January 2015):
- Pilgrim's: $1.1026 / $1.0856
- Claxton Chicken: $1.1099 / $1.0669
- Tyson: $1.0919 / $1.0762
- Koch Foods: $1.0549 / $1.0369
- George's: $1.0913 / $1.0307
- Mar-Jac: $1.1062 / $1.0775

Note: Marshall Durbin was acquired by Mar-Jac in 2014 and therefore, does not appear as a supplier here.
Sources: *KFC 2015 Contracts and Supplier Bids*

11



DEF EXHIBIT
20-cr-152-PAB
**J-216**

# Are Price Changes Identical?



**Dollar and Percent Price Change from 2014 to 2015 for Small Bird 8-pc COB to KFC**

Dollars Per Pound

- Pilgrim's: $0.1606 (17.3%)
- Claxton Chicken: $0.1394 (15.0%)
- Tyson: $0.1463 (15.7%)
- Koch Foods: $0.1150 (12.4%)
- George's: $0.1092 (11.8%)
- Mar-Jac: $0.1521 (16.4%)

Note: Marshall Durbin was acquired by Mar-Jac in 2014 and therefore, does not appear as a supplier here.
Sources: *KFC 2014 and 2015 Contracts*

12



DEF EXHIBIT
20-cr-152-PAB
**J-217**