IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB  Date: March 16, 2022
Courtroom Deputy: Sabrina Grimm  Court Reporter: Janet Coppock

| Parties: | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Michael Koenig |
|  | Carolyn Sweeney |
|  | Heather Call |
|  | Paul Torzilli |
| Plaintiff, |  |
| v. |  |
| 1. JAYSON JEFFREY PENN, | Michael Tubach |
|  | Anna Pletcher |
|  | Brian Quinn |
| 2. MIKELL REEVE FRIES, | Richard Kornfeld |
|  | David Beller |
|  | Kelly Page |
| 3. SCOTT JAMES BRADY, | Bryan Lavine |
|  | Megan Rahman |
|  | Tiffany Bracewell |
| 4. ROGER BORN AUSTIN, | Michael Feldberg |
|  | Laura Carwile |
|  | Julie Withers |
| 5. TIMOTHY R. MULRENIN, | Elizabeth Prewitt |
|  | Marci LaBranche |
| 6. WILLIAM VINCENT KANTOLA, | Roxann Henry |
|  | James Backstrom |
| 7. JIMMIE LEE LITTLE, | Mark Byrne |
|  | Dennis Canty |
| 8. WILLIAM WADE LOVETTE, | John Fagg, Jr. |
|  | Dru Nielsen |
|  | James McLoughlin |
|  | Kaitlin Price |
| 9. GARY BRIAN ROBERTS, and | Craig Gillen |
|  | Richard Tegtmeier |
|  | Anthony Lake |

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |

Defendants.

---

## COURTROOM MINUTES

---

**JURY TRIAL – DAY 14**

**8:47 a.m.     Court in session.**

Defendants present on bond.

Jury present.

Continued direct examination of Mr. Bowlin by Ms. Prewitt.

9:16 a.m.     Cross examination of Mr. Bowlin by Ms. Call.

9:21 a.m. to 9:28 a.m.     Bench conference.

Continued cross examination of Mr. Bowlin by Ms. Call.

9:32 a.m.     Redirect examination of Mr. Bowlin by Ms. Prewitt.

Defendants' witness, Brandon Campbell, sworn.

9:34 a.m.     Direct examination of Mr. Campbell by Mr. Gillen.

**Exhibits G-624, G-521, G-824 are admitted**

Jury excused.

**10:17 a.m.     Court in recess.**
**10:36 a.m.     Court in session.**

Discussion regarding issues with witnesses Greg Finch and Eric Oare.

11:06 a.m.     Jury present.

Continued direct examination of Mr. Campbell by Mr. Gillen.

**Exhibits G-570, G-467, G-949, G-950 (as redacted), G-794 (top email), F-795, G-815 are admitted.**

11:53 a.m.     Cross examination of Mr. Campbell by Ms. Call.

**Exhibit 984 is admitted.**

Jury excused.

Discussion regarding scheduling and Docket No. 1186.

**12:10 p.m.     Court in recess.**
**1:12 p.m.     Court in session.**

Discussion regarding updates regarding witnesses Greg Finch and Eric Oare and pdf vs. native versions of exhibits.

**1:20 p.m.     Court in recess.**
**1:35 p.m.     Court in session.**

Jury present.

Defendants' witness, Bruce Bagshaw, sworn.

1:38 p.m.     Direct examination of Mr. Bagshaw by Mr. Feldberg.

1:46 p.m. to 1:48 p.m.     Bench conference.

Continued direct examination of Mr. Bagshaw by Mr. Feldberg.

1:53 p.m.     Cross examination of Mr. Bagshaw by Ms. Sweeney.

Defendants' witness, Marcus Shelton, sworn.

1:57 p.m.     Direct examination of Mr. Shelton by Ms. Withers.

2:08 p.m.     Cross examination of Mr. Shelton by Ms. Sweeney.

Defendants' witness, Michael Brown, sworn.

2:12 p.m.     Direct examination of Mr. Brown by Mr. Fagg.

**Exhibits B-849, E-078 (top email) are admitted.**

2:42 p.m.     Direct examination of Mr. Brown by Mr. Tubach.

2:43 p.m.     Direct examination of Mr. Brown by Mr. Feldberg.

**Exhibits J-142, J-143 are admitted.**

2:47 p.m.     Cross examination of Mr. Brown by Ms. Sweeney.

2:58 p.m.     Redirect examination of Mr. Brown by Mr. Fagg.

3:09 p.m. to 3:11 p.m.     Bench conference.

Jury excused.

**3:12 p.m.     Court in recess.**
**3:31 p.m.     Court in session.**

Jury present.

Defendants' witness, Rhonda Warble, sworn.

3:34 p.m.     Direct examination of Ms. Warble by Ms. Johnson.

3:37 p.m. to 3:43 p.m.     Bench conference.

Continued direct examination of Ms. Warble by Ms. Johnson.

**Exhibits I-440, I-337 (as redacted), I-442, I-441 are admitted.**

4:12 p.m.     Cross examination of Ms. Warble by Ms. Sweeney.

4:17 p.m. to 4:21 p.m.     Bench conference.

Continued cross examination of Ms. Warble by Ms. Sweeney.

Defendants' witness, Gregory Finch, sworn.

4:24 p.m.     Direct examination of Mr. Finch by Mr. Beller.

Jury excused until March 17, 2022 at 8:30 a.m.

**ORDERED:  Defendants' bond is continued.**

**5:03 p.m.     Court in recess.**

Trial continued.
Total time in court:     6:21