## Attachment A

| Exhibit No. | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| A-054 | ATT-ATR001-00000001 | |
| A-114 | CASEDOJ-KP-0000016681 | |
| A-187 | CFA_0018155 | Limiting instruction: for the purpose of showing the date on which Pilgrim's responded |
| A-298 | CLA_0078182 | Redactions to include portions of first email on top |
| A-299 | CLA_0078184 | Only pages 2 & 3 admitted; Native and PDF |
| A-574 | CLA_0191955 | |
| A-579 | CLA_0191963 | |
| A-580 | CLA_0191964 | Native and PDF |
| B-881 | GEO_0000410074 | Pages 11-12 only |
| B-910 | GEO_0000734536 | |
| B-950 | GEODOJ_0001713 | |
| B-951 | GEODOJ_0001714 | Native and PDF |
| B-961 | GEODOJ_0006890 | |
| B-980 | GEODOJ_0166158 | |
| B-981 | GEODOJ_0166164 | Native and PDF |
| C-019 | GEODOJ_0225749 | |
| C-460 | KOCHFOODS-0000259093 | Redacted Kantola statement: "Need mo' loads for this contract……PLEASE!!!!!" |
| C-461 | KOCHFOODS-0000259094 | |
| C-477 | KOCHFOODS-0000548820 | Native and PDF |

| Exhibit No. | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| C-481 | KOCHFOODS-0000549047 | Native and PDF |
| C-483 | KOCHFOODS-0000549049 | |
| C-484 | KOCHFOODS-0000549051 | Native and PDF |
| C-862 | MJPoultry-0000008032 | Native and PDF |
| D-186 | PILGRIMS-0002667169 | Native and PDF |
| D-324 | PILGRIMS-0002933494 | |
| D-325 | PILGRIMS-0002933495 | Native and PDF |
| D-326 | PILGRIMS-0002933496 | Native and PDF |
| D-341 | PILGRIMS-0002934543 | |
| D-530 | PILGRIMS-0005252799 | |
| D-531 | PILGRIMS-0005252800 | Native and PDF |
| D-543 | PILGRIMS-0005253004 | |
| D-544 | PILGRIMS-0005253005 | Native and PDF |
| D-545 | PILGRIMS-0005253006 | Native and PDF |
| D-568 | PILGRIMS-0005254479 | |
| D-569 | PILGRIMS-0005254480 | Native and PDF |
| D-570 | PILGRIMS-0005254481 | Native and PDF |
| D-571 | PILGRIMS-0005254482 | Native and PDF |
| D-572 | PILGRIMS-0005254483 | Native and PDF |
| D-573 | PILGRIMS-0005254487 | |
| D-574 | PILGRIMS-0005254488 | Native and PDF |
| D-580 | PILGRIMS-0005254494 | |
| D-581 | PILGRIMS-0005254495 | Native and PDF |

| Exhibit No. | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| D-788 | PILGRIMS-0005935850 | |
| D-835 | PILGRIMS-0005997252 | |
| D-989 (Gov Ex 817) | PILGRIMS-0007065422 | Redacted to only show the first email in chain |
| D-990 (Gov Ex 818) | PILGRIMS-0007065424 | |
| E-280 | PILGRIMS-DOJ-0000176706 | |
| E-568 | PILGRIMS-DOJ-0000513765 | Subject to redaction of text below subject line |
| E-569 | PILGRIMS-DOJ-0000513766 | Native and PDF |
| F-745 | RSCS000215 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by EVP of Food Procurement". |
| F-746 | RSCS000221 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by EVP of Food Procurement". |
| F-751 | RSCS000335 | |
| F-759 | RSCS000628 | |
| F-760 | RSCS000640 | |
| F-763 | RSCS000665 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by EVP of Food Procurement". |

| Exhibit No. | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| F-777 | RSCS001112 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| F-781 | RSCS001143 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by EVP of Food Procurement". |
| F-782 | RSCS001149 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by EVP of Food Procurement". |
| F-786 | RSCS001272 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| F-790 | RSCS001533 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| F-794 | RSCS001582 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by EVP of Food Procurement". |

| Exhibit No. | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| F-798 | RSCS002143 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| F-821 | RSCS004288 | Handwriting redacted |
| F-848 | RSCS019401 | |
| F-849 | RSCS019402 | Native and PDF |
| F-881 | RSCS021846 | |
| F-882 | RSCS021847 | Native and PDF |
| F-888 | RSCS022040 | |
| F-889 | RSCS022041 | Only pages 2&3 admitted; Native and PDF |
| F-969 | RSCS029888 | |
| F-970 | RSCS029897 | |
| G-424 | TY-000614000 | Native and PDF |
| Gov Ex 0407 (C-864) | MJPoultry-0000061204 | Admitted on James Log |
| Gov Ex 0408 (C-865) | MJPoultry-0000061206 | Admitted on James Log |
| Gov Ex 0413 | MJPoultry-0000196845 | |
| Gov Ex 0468 | GC-0000337800 | |
| Gov Ex 0472 | GC-0000000016 | |
| Gov Ex 0514 | MJPoultry-0000458933 | |
| Gov Ex 0711 | GEODOJ_0005008 | Native and PDF |
| Gov Ex 0749 | TY-000722085 | Native and PDF |

| Exhibit No. | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| Gov Ex 0854 | SYSCO-00001933 | |
| Gov Ex 0855 | SYSCO-00001934 | |
| Gov Ex 1025 | KOCHFOODS-0000227521 | |
| Gov Ex 1027 | MAR-JAC_0000576757 | |
| Gov Ex 1053 | PILGRIMS-0006003496 | Handwriting redacted; Native and PDF |
| Gov Ex 1105-1 | PILGRIMS-DOJ-0004223343 | Defendants agree to the admissibility of 1105-1 contingent upon the government agreeing to add the cover email and attachments to this exhibit as a part of the stipulation.  Admitted as native. |
| Gov Ex 1129 | RSCS004325 | Last page redacted. |
| Gov Ex 1243 | RSCS004820 | Subject to redactions from prior trial (handwriting on page 2) |
| Gov Ex 1402 | CLA_0191959 | |
| Gov Ex 1588 | TY-001187489 | |
| Gov Ex 1590 | TY-001187491 | Native and PDF |
| Gov Ex 3053 | PILGRIMS-DOJ-0004616686 | |
| Gov Ex 3070 | TY-003250371 | |
| Gov Ex 9701 | SYSCO-00002079 | |
| H-357 | TY-000647989 | |
| H-557 | TY-000647991 | Native and PDF |
| H-895 | PILGRIMS-DOJ-0001674224 | |
| H-940 | MAR-JAC_0000576756 | |
| H-976 | RSCS005539 | |

| Exhibit No. | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| I-007 | TY-000716964 | |
| I-008 | TY-000716966 | Native and PDF |
| I-009 | TY-000716968 | Native and PDF |
| I-229 | N/A | Redaction of confidentiality paragraph |
| I-712 | TY-001295001 | |
| I-713 | TY-001295002 | |
| J-039 | GC-PENN000018 | |
| J-040 | GC-PENN000047 | |