IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>1.   JAYSON JEFFREY PENN,<br>2.   MIKELL REEVE FRIES,<br>3.   SCOTT JAMES BRADY,<br>4.   ROGER BORN AUSTIN,<br>5.   TIMOTHY R. MULRENIN,<br>6.   WILLIAM VINCENT KANTOLA,<br>7.   JIMMIE LEE LITTLE,<br>8.   WILLIAM WADE LOVETTE,<br>9.   GARY BRIAN ROBERTS, and<br>10.  RICKIE PATTERSON BLAKE,<br><br>    Defendants. | Criminal Case No. 20-cr-00152-PAB |

**JAYSON PENN'S MOTION FOR JUDICIAL NOTICE**

Mr. Penn respectfully moves the Court to take judicial notice of the fact that the price of soybean meal futures was $433.20 on August 28, 2014.

Federal Rule of Evidence 201(b) permits a court to take judicial notice of adjudicative facts "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." *O'Toole v. Northrop Grumman Corp.*, 499 F.3d 1218, 1224 (10th Cir. 2007) (quoting Fed. R. Evid. 201(b)). "Adjudicative facts are simply the facts of the particular case." *Id.* (quotation omitted). Judicial notice of such facts is mandatory when a party requests it and supplies the court with the necessary information. Fed. R. Evid. 201(c)(2) ("The court must take judicial notice if a party requests it and the court is supplied with the necessary information.").

Courts commonly take judicial notice of stock prices that can be verified by internet sources. *See, e.g.*, *O'Toole*, 499 F.3d at 1225 (district court should have taken judicial notice of historical retirement fund earnings on publicly available website and citing with approval case in which court took judicial notice of "published stock prices" found on the internet); *In re Molycorp, Inc. Sec. Litig.*, 2015 WL 1514712, at *2 (D. Colo. Mar. 30, 2015) ("Because stock price data is capable of ready and accurate determination, judicial notice is appropriate."); *In re Gold Res. Corp. Sec. Litig.*, 957 F. Supp. 2d 1284, 1293 (D. Colo. 2013) (taking judicial notice of "a Google Finance chart showing opening and closing stock prices on August 10, 2012").

The price of soybean meal futures on August 28, 2014, was $433.20. This historical fact can easily be verified through reputable, publicly available information not subject to reasonable dispute. *See, e.g.*, Ex. A (Investing.com, *U.S. Soybean Meal Futures Historical Data*, Aug. 28, 2014, https://www.investing.com/commodities/us-soybean-meal-historical-data (last accessed Mar. 20, 2022)); Ex. B (Yahoo Finance, *Soybean Meal Futures*, https://finance.yahoo.com/quote/ZM%3DF/history?period1=1409011200&period2=1409270400&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true (last accessed Mar. 20, 2022)).

Because Mr. Penn provided the Court with the information necessary to verify the price of soybean meal was $433.20 on August 28, 2014, he respectfully requests pursuant to Rule 201 that the Court take judicial notice of that fact.

- 3 -

Dated:  March 20, 2022  Respectfully submitted,

<u>*s/ Michael F. Tubach*</u>
Michael F. Tubach
O'MELVENY & MYERS LLP
Attorney for Jayson Jeffrey Penn
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
(415) 984-8700
mtubach@omm.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all listed parties.

Dated: March 20, 2022

*s/ Michael F. Tubach*

Michael F. Tubach