# Exhibit A

Get Actionable Insights with InvestingPro+: **Start 7 Day FREE Trial**   Register here   ✕

BREAKING NEWS    ▶  Gold in Biggest Weekly Loss Since Nov. on Fed vs Inflation Uncertainty

# US Soybean Meal Futures - May 22 (ZMK2)

🇺🇸 Real-time capital.com

**475.65**   +1.55   (+0.33%)

**14:20:04** - Closed. Currency in **USD** ( Disclaimer )

| Add to Watchlist | Create Alert |
| Type: | Commodity |
| Group: | Agriculture |
| Unit: | 1 Tonne |

Prev. Close: **474.10**   Open: **473.90**   Day's Range: **472.05 - 479.00**

**General**   Chart   News & Analysis   Technical   Forum   InvestingPro

Overview   **Historical Data**   Contracts

## US Soybean Meal Futures Historical Data

Time Frame:
Daily ⌄

Download Data   08/28/2014 - 08/28/2014

| Date | Price | Open | High | Low | Vol. | Change % |
|---|---|---|---|---|---|---|
| **Aug 28, 2014** | 433.20 | 416.50 | 434.50 | 411.20 | 8.07K | 4.01% |
| Highest: **434.50** | Lowest: **411.20** | Difference: **23.30** | | Average: **433.20** | | Change %: **4.01** |

**Disclaimer:** Fusion Media would like to remind you that the data contained in this website is not necessarily real-time nor accurate. All derived (stocks, indexes, futures), cryptocurrencies, and Forex prices are not provided by exchanges but rather by market makers, and so prices may not be accurate and may differ from the actual market price, meaning prices are indicative and not appropriate for trading purposes. Therefore Fusion Media doesn't bear any responsibility for any trading losses you might incur as a result of using this data.
Fusion Media or anyone involved with Fusion Media will not accept any liability for loss or damage as a result of reliance on the information including data, quotes, charts and buy/sell signals contained within this website. Please be fully informed regarding the risks and costs associated with trading the financial markets, it is one of the riskiest investment forms possible.

US Soybean Meal Futures Discussions