# <u>Exhibit B</u>

Soybean Meal Futures,May-2022 (ZM=F) Stock Historical Prices & Data - Yahoo Finance



| Finance Home | Watchlists | My Portfolio | Cryptocurrencies | Yahoo Finance Plus | Screeners | Markets | ⋯ | Try it free |

## Soybean Meal Futures,May-2022 (ZM=F)
CBOT - CBOT Delayed Price. Currency in USD

Add to watchlist

Quote Lookup

## 475.60 +1.50 (+0.32%)
As of 02:19PM EDT. Market open.

Summary   Chart   **Historical Data**   Futures

Shop

Time Period: Aug 25, 2014 - Aug 28, 2014    Show: Historical Prices

Frequency: Daily                                                Apply

Currency in USD

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|------|------|------|------|--------|-------------|--------|
| Aug 28, 2014 | 416.50 | 434.20 | 411.20 | 433.20 | 433.20 | 8,073 |
| Aug 27, 2014 | 389.00 | 418.40 | 388.00 | 416.50 | 416.50 | 10,808 |
| Aug 26, 2014 | 405.40 | 405.40 | 387.60 | 388.70 | 388.70 | 13,764 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

Data Disclaimer   Help   Suggestions

Privacy Dashboard ▷

Privacy (Updated)   About Our Ads   Terms (Updated)   Sitemap

© 2022 Yahoo. All rights reserved.