# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: March 21, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Michael Koenig |
| | Carolyn Sweeney |
| | Heather Call |
| | Paul Torzilli |
| Plaintiff, | |
| v. | |
| 1. JAYSON JEFFREY PENN, | Michael Tubach |
| | Anna Pletcher |
| | Brian Quinn |
| 2. MIKELL REEVE FRIES, | Richard Kornfeld |
| | David Beller |
| | Kelly Page |
| 3. SCOTT JAMES BRADY, | Bryan Lavine |
| | Megan Rahman |
| | Tiffany Bracewell |
| 4. ROGER BORN AUSTIN, | Michael Feldberg |
| | Laura Carwile |
| | Julie Withers |
| 5. TIMOTHY R. MULRENIN, | Elizabeth Prewitt |
| | Marci LaBranche |
| 6. WILLIAM VINCENT KANTOLA, | Roxann Henry |
| | James Backstrom |
| 7. JIMMIE LEE LITTLE, | Mark Byrne |
| | Dennis Canty |
| 8. WILLIAM WADE LOVETTE, | John Fagg, Jr. |
| | Dru Nielsen |
| | James McLoughlin |
| | Kaitlin Price |
| 9. GARY BRIAN ROBERTS, and | Craig Gillen |
| | Richard Tegtmeier |
| | Anthony Lake |

| | |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |

Defendants.

---

## COURTROOM MINUTES

---

**JURY TRIAL – DAY 16**

**8:33 a.m.     Court in session.**

Defendants present on bond.

Discussion regarding scheduling.

Jury present.

Professor Snyder appears via VTC.

Continued direct examination of Professor Snyder by Ms. Pletcher.

**Exhibit J-211 is admitted.**

8:48 a.m. to 8:50 a.m.     Bench conference.

Continued direct examination of Professor Snyder by Ms. Pletcher.

**Exhibits J-215 (as redacted), J-216 (as redacted), J-217 (as redacted), J-218 (as redacted) are admitted.**
**Exhibits J-212, J-213 are displayed for demonstrative purposes only.**

9:41 a.m.     Voir dire on Exhibit J-219 by Mr. Torzilli.

9:47 a.m. to 9:51 a.m.     Bench conference.

**Exhibit J-219 is displayed for demonstrative purposes only.**

10:04 a.m. to 10:10 a.m.     Bench conference.

10:10 a.m.     Cross examination of Professor Snyder by Mr. Torzilli.

Jury excused.

**10:14 a.m.**     Court in recess.
**10:32 a.m.**     Court in session.

Jury present.

Continued cross examination of Professor Snyder by Mr. Torzilli.

11:11 a.m. to 11:20 a.m.     Bench conference.

Continued cross examination of Professor Snyder by Mr. Torzilli.

Jury excused.

Discussion and argument regarding pending motions.

**ORDERED:**     Jayson Penn's Motion for Judicial Notice [1198] is GRANTED, as stated on record.

**12:30 p.m.**     Court in recess.
**1:32 p.m.**     Court in session.

Jury present.

Continued cross examination of Professor Snyder by Mr. Torzilli.

1:43 p.m.     Redirect examination of Professor Snyder by Ms. Pletcher.

**Exhibit J-212 (as redacted) is admitted.**

1:52 p.m. to 1:59 p.m.     Bench conference.

**Exhibit J-219 (as redacted) is admitted.**

Continued redirect examination of Professor Snyder by Ms. Pletcher.

Defendants' witness, Brenda Ray, sworn.

2:03 p.m.     Direct examination of Ms. Ray by Mr. Fagg.

**Exhibits 843, 844, D-989, D-990, 850, 851, 9700 are admitted.**

2:41 p.m.     Direct examination of Ms. Ray by Mr. Pollack.

2:45 p.m.     Direct examination of Ms. Ray by Mr. Tubach.

**Exhibit D-930 is admitted.**

3:00 p.m. to 3:03 p.m.      Bench conference.

Continued direct examination of Ms. Ray by Mr. Tubach.

3:04 p.m.      Cross examination of Ms. Ray by Mr. Koenig.

Jury excused.

**3:10 p.m.      Court in recess.**
**3:26 p.m.      Court in session.**

Jury present.

Continued cross examination of Ms. Ray by Mr. Koenig.

**Exhibit 10677 is admitted.**

Defendants' witness, Kent Kronague, sworn.

4:03 p.m.      Direct examination of Mr. Kronague by Mr. Kornfeld.

**Exhibits A-304 (as redacted), 6034 (as redacted) are admitted.**

4:45 p.m. to 4:49 p.m.      Bench conference.

Continued direct examination of Mr. Kronague by Mr. Kornfeld.

**Exhibit 600 (as redacted) is admitted.**

Jury excused until March 22, 2022 at 8:30 a.m.

**5:00 p.m.      Court in recess.**
**5:17 p.m.      Court in session.**

Discussion regarding Doc. Nos. 1199 and 1201.

**ORDERED:   Jayson Penn and Roger Austin's Motion to Admit Exhibits Without a Sponsoring Witness [1199] is GRANTED IN PART AND DENIED IN PART, as discussed.**

**ORDERED:   Mr. Blake's Motion to Admit Exhibit Without a Sponsoring Witness [1201] is GRANTED, as discussed.**

Discussion regarding issues with Government's rebuttal case and length of closing arguments.

**ORDERED:**   United States' Motion to Rebut Defendants' Arguments and Evidence on Information-Sharing Norms with Policy Approved by the Defendants [1206] is DENIED, as discussed.

**ORDERED:**   Defendants' bond is continued.

**6:15 p.m.**   **Court in recess.**

Trial continued.
Total time in court:   7:49