# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: March 22, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*            *Counsel:*

UNITED STATES OF AMERICA,
                                           Michael Koenig
                                           Carolyn Sweeney
                                           Heather Call
                                           Paul Torzilli

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,            Michael Tubach
                                           Anna Pletcher
                                           Brian Quinn

2. MIKELL REEVE FRIES,              Richard Kornfeld
                                           David Beller
                                           Kelly Page

3. SCOTT JAMES BRADY,              Bryan Lavine
                                           Megan Rahman
                                           Tiffany Bracewell

4. ROGER BORN AUSTIN,              Michael Feldberg
                                           Laura Carwile
                                           Julie Withers

5. TIMOTHY R. MULRENIN,            Elizabeth Prewitt
                                           Marci LaBranche

6. WILLIAM VINCENT KANTOLA,    Roxann Henry
                                           James Backstrom

7. JIMMIE LEE LITTLE,                Mark Byrne
                                           Dennis Canty

8. WILLIAM WADE LOVETTE,         John Fagg, Jr.
                                           Dru Nielsen
                                           James McLoughlin
                                           Kaitlin Price

9. GARY BRIAN ROBERTS, and      Craig Gillen
                                           Richard Tegtmeier
                                           Anthony Lake

|   |   |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |
| Defendants. | |

# COURTROOM MINUTES

**JURY TRIAL – DAY 17**

**8:21 a.m.     Court in session.**

Defendants present on bond.

Discussion regarding Exhibits 10667, I-337, and 10672.

8:41 a.m.     Jury present.

Continued direct examination of Mr. Kronauge by Mr. Kornfeld.

**Exhibits 609 (as redacted), E-471, G-059 (as redacted), 997 (as redacted), I-742, 701 are admitted.**

9:19 a.m.     Direct examination of Mr. Kronauge by Mr. Pollack.

9:20 a.m.     Direct examination of Mr. Kronauge by Ms. Henry.

9:25 a.m.     Cross examination of Mr. Kronauge by Mr. Torzilli.

9:31 a.m. to 9:35 a.m.     Bench conference.

**Exhibit 6034 is admitted.**

9:56 a.m.     Redirect examination of Mr. Kronauge by Mr. Kornfeld.

10:02 a.m. to 10:05 a.m.     Bench conference.

**Exhibits J-234, J-229, D-137, D-138, D-407, D-408, D-409, D-410, D-146, D-147, d-148 (as redacted), D-149, D-150, D-151, D-152, D-154, D-157, D-158, D-159, D-160, D-161, D-162, D-164, D-165, E-545, E-546, F-459 are admitted.**

10:15 a.m. to 10:18 a.m.     Bench conference.

Jury excused.

**10:21 a.m.     Court in recess.**
**10:50 a.m.     Court in session.**

Discussion regarding Verizon records and stipulated exhibit.

11:01 a.m.     Jury present.

**Exhibits D-240, J-232, J-221, J-203 are admitted.**
**Exhibits listed in Attachment A of Doc. No. [1217-1] are admitted.**

Defendants' rest.

Government's rebuttal by Ms. Call.

**Exhibits 10667, 10665, 10666, 10672, 410-2 are admitted.**

**11:31 a.m.     Evidence is closed.**

Jury excused.

Discussion regarding admitted exhibits.

Defendants Penn, Fries, Brady, Austin, Mulrenin, Kantola, Little, Lovette, Roberts, Blake's renewed oral motions for judgment of acquittal pursuant to Rule 29.

Defendants' oral motion to supplement Rule 29 motions by Mr. Beller.

**ORDERED:     Defendants' oral motion to supplement Rule 29 motions is GRANTED.  Defendants shall file any supplements on or before March 28, 2022.  Government shall file a response to the original Rule 29 motions and the supplements on or before April 8, 2022, as discussed.**

**ORDERED:     Defendants' Rule 29 motions [1205], [1207], [1208], [1209], [1210], [1211], [1212], [1213], [1214], and [1215] are TAKEN UNDER ADVISEMENT.**

Discussion and argument regarding jury instructions.

**1:13 p.m.     Court in recess.**
**2:14 p.m.     Court in session.**

Discussion regarding theories of the case and jury instructions.

**2:34 p.m.     Court in recess.**
**2:51 p.m.     Court in session.**

Jury present.

Court reads jury instructions to jurors.

Jury excused.

Discussion regarding Instruction No. 3.

**3:54 p.m.     Court in recess.**
**4:04 p.m.     Court in session.**

Jury present.

Court re-reads Instruction No. 3 to jury.

4:07 p.m.     Government's closing argument by Ms. Call.

Jury excused until March 23, 2022 at 8:30 a.m.

Discussion regarding scheduling.

**ORDERED:   Defendants' bond is continued.**

**5:56 p.m.     Court in recess.**

Trial continued.
Total time in court:    7:38