# Attachment 1

# LexisNexis(R) Forms FORM 485-58-11

Litigation

Jury Instruction

U.S. District Court, All Districts

## Instruction 58-11 The Statute of Limitations

The period of limitations for the conspiracy charged in the indictment is five years. This means that you cannot find (any of) the defendant(s) guilty unless the government proves, beyond a reasonable doubt, that the charged conspiracy existed some time after [insert date].

If you find that the conspiracy charged in the indictment began before [insert date], then, in order to convict (any of) the defendant(s), you must also find that one or more of the members of the conspiracy performed some act in furtherance of the conspiracy after that date. Evidence of acts committed before [insert date] is not evidence that any acts in furtherance of the charged conspiracy were performed after that date.

### Authority

**Fifth Circuit:** *United States v. Therm-All, Inc., 373 F.3d 625 (5th Cir. 2004)*.

**Ninth Circuit:** *United States v. Brown, 936 F.2d 1042 (9th Cir. 1991)*.

**Eleventh Circuit:** *United States v. Anderson, 326 F.3d 1319 (11th Cir. 2003)*.

---

Comment

Further instruction will be required when a defendant introduces evidence of withdrawal from the conspiracy, as the period of limitations for a withdrawing defendant begins to run from the date of withdrawal rather than the last act in furtherance of the conspiracy. Although the courts are agreed that the defendant has a burden of producing evidence of withdrawal, there is at present a substantial split in authority over which party has the burden of

LexisNexis(R) Forms FORM 485-58-11

> persuasion with respect to the defense. For model instructions and a complete discussion of the division in authority, see Instruction 19-10, *above*.

Modern Federal Jury Instructions-Criminal

Copyright 2022, Matthew Bender & Company, Inc., a member of the LexisNexis Group.

End of Document