# Attachment 2

Trial Tr. *United States v. Mrs. Baird's Bakeries et al.*

```
     PAGE:617
 1                 IN THE UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF TEXAS
 2                           DALLAS DIVISION
 3     UNITED STATES OF AMERICA    )    NO. 3:95-CR-294-R
                                   )
 4     VS.                         )    Dallas, Texas
                                   )
 5     MRS BAIRD'S BAKERIES INC.   )
       and FLOYD CARROLL BAIRD     )    February 9, 1996
 6
                                  VOLUME IV
 7                    TRANSCRIPT OF TRIAL PROCEEDINGS
                         BEFORE JERRY L. BUCHMEYER
 8                      United States District Judge
 9     APPEARANCES:
10     For the Government:      Duncan Currie
                                Gary Rosenberg
11                              David Shapiro
                                Department of Justice
12                              1601 Elm Street, Suite 4950
                                Dallas, Texas 75201
13
       For the Defendant Mrs
14     Baird's Bakeries, Inc.:  R.H. Wallace
                                Shannon, Gracey, Ratliff & Miller LLP
15                              500 Throckmorton, Suite 1600
                                Fort Worth, Texas 76102
16                              Michael Denger
                                Gibson, Dunn & Crutcher
17                              1717 Main Street, Suite 5300
                                Dallas, Texas 75201
18
       For the Defendant
19     Floyd Carroll Baird:     Tim Evans
                                Attorney at Law
20                              115 W. 2nd Street, Suite 202
                                Fort Worth, Texas  76102
21
       Court Reporter:          Joseph D. Hendrick
22                              Deputy Official Court Reporter
                                307 W. 7th Street, Suite 814
23                              Fort Worth, Texas  76102
24                              (817) 336-3042
25

          IN CHAMBERS PROCEEDINGS                           IV-
     PAGE:618
 1     (In Chambers Proceedings commencing at 8:45 a.m.)
 2              THE COURT:  Let's go on the record for the charge
 3     conference in 95-294 out of the presence of the jury.
 4              Both defendants have advised me that they are going
 5     to rest at this point and they have not done so in front of
 6     the jury but this would be a convenient time to do the charge
 7     conference.
 8              I gave a draft of the charge to the attorneys
 9     yesterday afternoon and they delivered some proposed changes
10     to those this morning and I have made certain changes in the
11     charge and have explained those to the attorneys off the
```

```
24      competitors about the prices to be charged, who should be the
25      successful bidder, who should bid high, who should bid low,

                    COURT'S CHARGE                              IV-
        PAGE:640
 1      or who should refrain from bidding; or any other agreement
 2      with respect to bidding that affects, limits, or avoids
 3      competition among them.  Every conspiracy to rig bids is
 4      unlawful, regardless of the motives of the parties, or any
 5      economic or other justification.
 6              The government does not have to prove that a
 7      defendant actually took some overt action to further or
 8      accomplish the alleged conspiracy or that a defendant
 9      actually fixed prices or rigged bids.  What the antitrust
10      laws condemn is the agreement or understanding itself.  In
11      other words, the mere agreement or understanding, whether
12      formal or informal, to fix prices or rig bids, constitutes
13      the offense -- so it is not necessary for the Government to
14      prove that the alleged conspiracy was ever actually carried
15      out or that its purpose was ever accomplished.
16              Mere similarity or identity of prices charged does
17      not, without more, establish the existence of a price-fixing
18      or bid-rigging conspiracy such as is charged in Counts One
19      and Two of the indictment.  A business may lawfully charge
20      prices identical to those charged by competitors, and still
21      not violate the Sherman Antitrust Act.  A business may even
22      copy the price list of a competitor or follow and conform
23      exactly to the prices charged by a competitor; and that,
24      without more, would not be a violation of the law, unless
25      such act were done pursuant to an agreement, or arrangement,

                    COURT'S CHARGE                              IV-
        PAGE:641
 1      or understanding between two or more persons such as charged
 2      in Counts One and Two of the indictment.
 3              And then these are special instructions on the
 4      statute of limitations.
 5              The statute of limitations for the offense charged
 6      in the indictment is five years.  This means that you cannot
 7      find the defendant guilty unless you find, beyond a
 8      reasonable doubt, that a conspiracy continued or existed
 9      within the period beginning September 28, 1990, and ending
10      September 28, 1995, which is the date on which the indictment
11      was filed.
12              This does not mean, however, that you must exclude
13      from consideration evidence of acts or conduct prior to
14      September 28, 1990.  A conspiracy may be a continuing thing
15      which may be proved by a composite of acts.  You may,
16      therefore, consider evidence of a defendant's conduct prior
17      to September 28, 1990, insofar as it may tend to prove a
18      design or intent or pattern with respect to that defendant's
19      conduct after September 28, 1990.
20              I have just a few more general instructions to give
21      you and I will do that after the lawyers complete their
22      arguments, and then I will explain the verdict form to you
23      also then.
24              Now, the government will have 45 minutes to argue.
25      In a criminal case, the government has the right to open the

                    COURT'S CHARGE                              IV-
```

```
 21
 22
 23
 24
 25
                                                    IV-
    PAGE:741
 1                       INDEX
 2    Motion for Judgment of Acquittal .......................623
      Mrs Baird's rests ......................................625
 3    Carroll Baird rests ....................................625
      Government closes ......................................626
 4    Defendant Mrs Baird's closes ...........................626
      Defendant Carroll Baird closes .........................626
 5
      Court's Instructions ...................................626
 6
 7    CLOSING ARGUMENT
      MR. ROSENBERG ..........................................643
 8    MR. WALLACE ............................................662
      MR. EVANS ..............................................685
 9    MR. ROSENBERG ..........................................711
10    Court's further instructions to jury ...................719
11    Proceedings of February 12, 1996 .......................722
      Proceedings of February 13, 1996 .......................729
12    Proceedings of February 14, 1996 .......................738
13    Verdict ................................................738
14
15                    Court's Exhibits
16    Court's exhibit 1 ......................................618
17    Court's exhibit 2 ......................................618
18    Court's exhibit 3 ......................................618
19                                                         737
 20
 21
 22
 23
 24
 25
Ñ-+°¿Ö/  úUpˆaFr?].++oð.øáïí ÿÏÿšÿ•"´
```