# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: March 24, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*                                                    *Counsel:*

UNITED STATES OF AMERICA,           Michael Koenig
                                                              Carolyn Sweeney
                                                              Heather Call
                                                              Paul Torzilli

     Plaintiff,

v.

1. JAYSON JEFFREY PENN,              Michael Tubach
                                                              Anna Pletcher
                                                              Brian Quinn

2. MIKELL REEVE FRIES,                Richard Kornfeld
                                                              David Beller
                                                              Kelly Page

3. SCOTT JAMES BRADY,               Bryan Lavine
                                                              Megan Rahman
                                                              Tiffany Bracewell

4. ROGER BORN AUSTIN,               Michael Feldberg
                                                              Laura Carwile
                                                              Julie Withers

5. TIMOTHY R. MULRENIN,            Elizabeth Prewitt
                                                              Marci LaBranche

6. WILLIAM VINCENT KANTOLA,    Roxann Henry
                                                              James Backstrom

7. JIMMIE LEE LITTLE,                   Mark Byrne
                                                              Dennis Canty

8. WILLIAM WADE LOVETTE,         John Fagg, Jr.
                                                              Dru Nielsen
                                                              James McLoughlin
                                                              Kaitlin Price

9. GARY BRIAN ROBERTS, and       Craig Gillen
                                                              Richard Tegtmeier
                                                              Anthony Lake

|  |  |
|---|---|
| 10.  RICKIE PATTERSON BLAKE, | Wendy Johnson<br>Barry Pollack<br>Christopher Plumlee |

Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 19**

**8:45 a.m.**     **Court in session.**

Defendants present on bond.

**ORDERED:**  Jury lunches will be provided throughout deliberations beginning March 24, 2022.

Jury present.

8:51 a.m.     Defendant Blake's closing argument by Mr. Pollack.

Jury excused.

**9:40 a.m.**     **Court in recess.**
**9:50 a.m.**     **Court in session.**

Jury present.

9:51 a.m.     Government's closing rebuttal argument by Mr. Koenig.

10:27 a.m. to 10:31 a.m.    Bench conference.

Court Security Officers sworn.

Court instructs jury.  Jury excused to begin deliberations.

Court confirms admitted exhibits with counsel.  Government's Admitted Exhibits are Court Exhibit 4.  Defendants' Admitted Exhibits are Court Exhibit 5.

**10:45 a.m.**     **Court in recess.**
**2:10 p.m.**     **Court in session.**

The Court has received a note from the jury.

Discussion regarding a response to the note.

The court will provide a response to the jury consistent with the discussions held.

**2:25 p.m.      Court in recess.**
**4:10 p.m.      Court in session.**

The Court has received two notes from the jury.

Discussion regarding a response to the notes.

Court will reconvene on March 25, 2022 at 8:00 a.m. to further discuss a response to the jury notes.

**4:43 p.m.      Court in recess.**
**5:01 p.m.      Court in session.**

Jury present.

Jury excused until March 25, 2022 at 8:30 a.m.

**ORDERED:   Defendants' bonds are continued.**

**5:06 p.m.      Court in recess.**

Trial continued.
Total time in court:    2:43