# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Chief Judge Philip A. Brimmer

Criminal Action No.: 20-cr-00152-PAB      Date:  March 25, 2022
Courtroom Deputy:  Sabrina Grimm      Court Reporter:   Janet Coppock

_Parties:_                                    _Counsel:_

UNITED STATES OF AMERICA,          Michael Koenig
                                              Carolyn Sweeney
                                              Heather Call
                                              Paul Torzilli

       Plaintiff,

v.

1. JAYSON JEFFREY PENN,          Michael Tubach
                                              Anna Pletcher
                                              Brian Quinn

2. MIKELL REEVE FRIES,           Richard Kornfeld
                                              David Beller
                                              Kelly Page

3. SCOTT JAMES BRADY,           Bryan Lavine
                                              Megan Rahman
                                              Tiffany Bracewell

4. ROGER BORN AUSTIN,           Michael Feldberg
                                              Laura Carwile
                                              Julie Withers

5. TIMOTHY R. MULRENIN,          Elizabeth Prewitt
                                              Marci LaBranche

6. WILLIAM VINCENT KANTOLA,    Roxann Henry
                                              James Backstrom

7. JIMMIE LEE LITTLE,           Mark Byrne
                                              Dennis Canty

8. WILLIAM WADE LOVETTE,     John Fagg, Jr.
                                              Dru Nielsen
                                              James McLoughlin
                                              Kaitlin Price

9. GARY BRIAN ROBERTS, and     Craig Gillen
                                              Richard Tegtmeier
                                              Anthony Lake

10.  RICKIE PATTERSON BLAKE,                    Wendy Johnson
                                                Barry Pollack
                                                Christopher Plumlee

    Defendants.

---

## COURTROOM MINUTES

---

**JURY TRIAL – DAY 20**

**8:01 a.m.**      **Court in session.**

Defendants present on bond.

Further discussion regarding response to jury notes received yesterday.

The Court will provide a response consistent with the discussions held.

**ORDERED:   Defendants' oral motion for extension of time to supplement Rule 29 motions is GRANTED. Defendants shall file any supplements on or before April 4, 2022. Government shall file a response to the original Rule 29 motions and the supplements on or before April 15, 2022, as discussed.**

**8:50 a.m.**      **Court in recess.**
**5:00 p.m.**      **Court in session.**

Jury present.

Jury excused until March 28, 2022 at 8:30 a.m.

**ORDERED:   Defendants' bonds are continued.**

**5:03 p.m.**      **Court in recess.**

Trial continued.
Total time in court:    00:52