**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JAYSON JEFFREY PENN,
MIKELL REEVE FRIES,
SCOTT JAMES BRADY,
ROGER BORN AUSTIN,
WILLIAM WADE LOVETTE,

     Defendants.

Criminal Case No. 20-cr-00152-PAB

**DEFENDANTS' NOTICE OF NON-OPPOSITION TO MAY 9, 2022 DEADLINE FOR
OBJECTIONS TO GOVERNMENT'S SUMMARY EXHIBITS**

On April 25, 2022, the government filed a Notice of Summary Exhibits and Request for Deadline. Dkt. 1270. In its Notice, the government catalogued changes to the summary exhibits that it introduced at the last trial, attached revised versions of those exhibits, and asked the Court for clarification on whether the May 9, 2022 deadline for pre-trial motions would apply to Defendants' objections to the revised summary exhibits, if any. *Id.* at 1-6; Dkt. 1270-1.

On April 26, 2022, the Court issued a minute order requiring Defendants to respond by Friday, April 29, 2022 to the government's request for clarification that the May 9, 2022 pre-trial motions deadline apply to objections to the summary exhibits. Dkt. 1275.

Defendants, by and through counsel, do not oppose a May 9, 2022 deadline for objections to the government's new summary exhibits. Should the government further revise those exhibits throughout the course of trial, Defendants reserve the right to timely object to those revisions.

Respectfully submitted this 28th day of April 2022,


*s/ John A. Fagg, Jr.*
John A. Fagg, Jr.
MOORE & VAN ALLEN PLLC
Attorney for William Wade Lovette
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-3622
johnfagg@mvalaw.com


*s/ Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, P.C.
Attorney for Mikell Reeve Fries
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900

rick@rklawpc.com


*s/ Bryan Lavine*
Bryan Lavine
TROUTMAN PEPPER HAMILTON
SANDERS LLP
Attorney for Scott James Brady
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com


*s/ Michael F. Tubach*
Michael F. Tubach
O'MELVENY & MYERS LLP
Attorney for Jayson Jeffrey Penn
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
(415) 984-8700
mtubach@omm.com


*s/ Michael S. Feldberg*
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
Attorney for Roger Born Austin
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com


2

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Michael F. Tubach*
Michael F. Tubach