IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JAYSON JEFFREY PENN,**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN,**
5. **WILLIAM WADE LOVETTE,**

    Defendants.

---

**UNITED STATES' RESPONSE TO DEFENDANTS' MOTION
TO SET OR EXTEND EXPERT DISCLOSURE DEADLINES**

---

Earlier today the Court directed the government to respond to a motion to set or extend deadlines for new expert disclosures that the defendants filed last night (Dkt. 1283). The government does not oppose Defendant's proposed deadlines regarding disclosures of and challenges to expert and rebuttal expert witnesses.

Dated: April 29, 2022                Respectfully submitted,

/s/ Kevin B. Hart
KEVIN B. HART
LESLIE A. WULFF
PAUL TORZILLI
DANIEL LOVELAND, JR.
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 598-8242
Email: kevin.hart@usdoj.gov
*Attorneys for the United States*