# EXHIBIT A

| | |
|---|---|
| **From:** | Torzilli, Paul (ATR) |
| **To:** | Lavine, Bryan B.; Anna Pletcher (apletcher@omm.com); Brian Quinn (bquinn@omm.com); Butte, Laura (ATR); Call, Heather (ATR); Cheng, Cecilia (ATR); David Beller; Dru Nielson; Frank Schall; James McLoughlin; John A. Fagg Jr. (johnfagg@mvalaw.com); julie withers; Kaitlin Price; Kelly Page; Koenig, Michael (ATR); Laura Carwile; Rahman, Megan C.; mfeldberg@reichmanjorgensen.com; Michael Tubach (mtubach@omm.com); Rick Kornfeld (rick@rklawpc.com); Rogowski, Jillian (ATR); Sweeney, Carolyn (ATR); Bracewell, Tiffany Nichols; Hart, Kevin (ATR); Wulff, Leslie (ATR); Loveland, Daniel (ATR); Chou, Matthew (ATR); Barry, Kaitlyn (ATR) |
| **Bcc:** | ATR-WA2-Broilers (ATR) |
| **Subject:** | RE: USA v. Penn -- Fed.R.Crim.P. 26.2 statements. |
| **Date:** | Monday, April 25, 2022 10:03:00 PM |

Thanks Bryan. My questions, though, are whether you have Rule 26.2 statements including of the type specified in my email, and if so, whether you will produce them by May 6.

Paul Torzilli
202/476.0547 (c)

---

**From:** Lavine, Bryan B. <bryan.lavine@troutman.com>
**Sent:** Friday, April 22, 2022 10:14 AM
**To:** Torzilli, Paul (ATR) <Paul.Torzilli@usdoj.gov>; Anna Pletcher (apletcher@omm.com) <apletcher@omm.com>; Brian Quinn (bquinn@omm.com) <bquinn@omm.com>; Butte, Laura (ATR) <Laura.Butte@usdoj.gov>; Call, Heather (ATR) <Heather.Call@usdoj.gov>; Cheng, Cecilia (ATR) <Yixi.Cheng@usdoj.gov>; David Beller <david@rklawpc.com>; Dru Nielson <dru@eytan-nielsen.com>; Frank Schall <frankschall@mvalaw.com>; James McLoughlin <jimmcloughlin@mvalaw.com>; John A. Fagg Jr. (johnfagg@mvalaw.com) <johnfagg@mvalaw.com>; julie withers <julie@jwitherslaw.com>; Kaitlin Price <kaitlinprice@mvalaw.com>; Kelly Page <kelly@rklawpc.com>; Koenig, Michael (ATR) <Michael.Koenig@usdoj.gov>; Laura Carwile <LCarwile@reichmanjorgensen.com>; Rahman, Megan C. <megan.rahman@troutman.com>; mfeldberg@reichmanjorgensen.com; Michael Tubach (mtubach@omm.com) <mtubach@omm.com>; Rick Kornfeld (rick@rklawpc.com) <rick@rklawpc.com>; Rogowski, Jillian (ATR) <Jillian.Rogowski@usdoj.gov>; Sweeney, Carolyn (ATR) <Carolyn.Sweeney@usdoj.gov>; Bracewell, Tiffany Nichols <Tiffany.Bracewell@troutman.com>; Hart, Kevin (ATR) <Kevin.Hart@usdoj.gov>; Wulff, Leslie (ATR) <Leslie.Wulff@usdoj.gov>; Loveland, Daniel (ATR) <Daniel.Loveland@usdoj.gov>; Chou, Matthew (ATR) <Matthew.Chou@usdoj.gov>; Barry, Kaitlyn (ATR) <Kaitlyn.Barry@usdoj.gov>
**Cc:** Lavine, Bryan B. <bryan.lavine@troutman.com>
**Subject:** [EXTERNAL] RE: USA v. Penn -- Fed.R.Crim.P. 26.2 statements.

Paul: Thank you for your email. We are aware of our obligations under Rule 26.2 of the Federal Rules of Criminal Procedure.  Thank you. Bryan


**Bryan B. Lavine**
**Partner**
**troutman pepper**
Direct: 404.885.3170 | Mobile: 404.822.4944 | Internal: 11-3170
bryan.lavine@troutman.com

**From:** Torzilli, Paul (ATR) <Paul.Torzilli@usdoj.gov>
**Sent:** Monday, April 18, 2022 9:05 AM
**To:** Anna Pletcher (apletcher@omm.com) <apletcher@omm.com>; Brian Quinn (bquinn@omm.com) <bquinn@omm.com>; Butte, Laura (ATR) <Laura.Butte@usdoj.gov>; Call, Heather (ATR) <Heather.Call@usdoj.gov>; Cheng, Cecilia (ATR) <Yixi.Cheng@usdoj.gov>; David Beller <david@rklawpc.com>; Dru Nielson <dru@eytan-nielsen.com>; Frank Schall <frankschall@mvalaw.com>; James McLoughlin <jimmcloughlin@mvalaw.com>; John A. Fagg Jr. (johnfagg@mvalaw.com) <johnfagg@mvalaw.com>; julie withers <julie@jwitherslaw.com>; Kaitlin Price <kaitlinprice@mvalaw.com>; Kelly Page <kelly@rklawpc.com>; Koenig, Michael (ATR) <Michael.Koenig@usdoj.gov>; Laura Carwile <LCarwile@reichmanjorgensen.com>; Lavine, Bryan B. <bryan.lavine@troutman.com>; Rahman, Megan C. <megan.rahman@troutman.com>; mfeldberg@reichmanjorgensen.com; Michael Tubach (mtubach@omm.com) <mtubach@omm.com>; Rick Kornfeld (rick@rklawpc.com) <rick@rklawpc.com>; Rogowski, Jillian (ATR) <Jillian.Rogowski@usdoj.gov>; Sweeney, Carolyn (ATR) <Carolyn.Sweeney@usdoj.gov>; Bracewell, Tiffany Nichols <Tiffany.Bracewell@troutman.com>; Torzilli, Paul (ATR) <Paul.Torzilli@usdoj.gov>; Hart, Kevin (ATR) <Kevin.Hart@usdoj.gov>; Wulff, Leslie (ATR) <Leslie.Wulff@usdoj.gov>; Loveland, Daniel (ATR) <Daniel.Loveland@usdoj.gov>; Chou, Matthew (ATR) <Matthew.Chou@usdoj.gov>; Barry, Kaitlyn (ATR) <Kaitlyn.Barry@usdoj.gov>
**Subject:** USA v. Penn -- Fed.R.Crim.P. 26.2 statements.

**EXTERNAL SENDER**

Counsel:

This e-mail renews our request for witness statements from Professor Snyder and other defense witnesses as Rule 26.2 requires and the defendants have not yet produced. For each category below, please let us know by April 29: (1) whether you have such statements in your possession and (2) if so, whether you plan to produce such statements by May 6. We would like to receive the statements to which we are entitled under Rule 26.2 without burdening the Court with a motion to compel.

1. Any e-mails written by Professor Snyder relating to his engagement in the case or the subject matter or possible subject matter of his testimony.
2. Any voicemails, voice memoranda, or audio recordings created or recorded by Professor Snyder relating to his engagement in the case or the subject matter or possible subject matter of his testimony.
3. Any text messages, or text based messages contained within any communication application or software platform,  written by Professor Snyder relating to his engagement in the case or the subject matter or possible subject matter of his testimony.
4. Any documents written by Professor Snyder relating to his engagement in the case or the subject matter or possible subject matter of his testimony.
5. Any charts created by Professor Snyder relating to his engagement in the case or the subject matter or possible subject matter of his testimony.

6. Any analysis, regardless of the format, undertaken or created by Professor Snyder relating to his engagement in the case or the subject matter or possible subject matter of his testimony.
7. Any contracts, letters, questionnaires, billing logs, or paperwork related to Professor Snyder's engagement in this matter.
8. Statements relating to any possible or actual exhibit to be used during Professor Snyder's trial testimony.
9. Statements relating to data including transaction data from any chicken supplier, any USDA data, and/or any Agri-Stats data.
10. Statements constituting or reflecting any results of any benchmarking analysis or any other price comparison.
11. Statements relating to any benchmarking analysis including what method(s) of such analysis to employ in this case.
12. Statements relating to the specific chicken products that any chicken supplier produced or produces at any time.
13. Statements relating to the variability of prices for chicken products based on the specific product type such as cut, dressing, and weight.
14. Statements relating to the Antitrust Division's *Antitrust Primer* cited in Professor Snyder's trial exhibits.
15. Statements constituting or reflecting any communication relating to Professor Snyder's testimony in *US v. Penn*.

Additionally, you have not produced any witness statements from Messrs. Bowlin, Campbell, Eddington, Finch and Kronauge, and Ms. Ray and Warble or any other witness you have called in either trial. Please let us know by April 29: (1) whether you have any such statements, including emails, notes, or depositions and (2) if so, whether you plan to produce such statements by May 6.

Best regards,
Paul

Paul Torzilli
Trial Attorney
Washington Criminal II Section
Antitrust Division, USDOJ
202/476.0547 (c)

---

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.