IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JAYSON JEFFREY PENN,
2.     MIKELL REEVE FRIES,
3.     SCOTT JAMES BRADY,
4.     ROGER BORN AUSTIN, and
5.     WILLIAM WADE LOVETTE,

       Defendants.

No. 20-cr-00152-PAB

**DEFENDANTS' MOTION FOR LEAVE TO RESTRICT ACCESS TO MOTION 5 – DEFENDANTS' JOINT MOTION IN LIMINE TO EXCLUDE SPECIFIC EXHIBITS AND TESTIMONY RELATED TO PILGRIM'S EXECUTIVE'S COMPENSATION AND BONUS PLANS**

Defendants, by and through undersigned counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and Local Criminal Rule 47.1, specifically move this Court for leave to restrict Motion 5 - Defendants' Joint Motion in Limine to Exclude Specific Exhibits and Testimony Related to Pilgrim's Executive's Compensation and Bonus Plans. Docs. 1315, 1315-1, and 1315-2. Pursuant to District of Colorado Local Criminal Rule 47.1(c), a Level 1 restriction of the motion and exhibits is necessary because these documents relate sensitive information deriving from the government's criminal investigation that are not yet public. This Court has granted sealing orders on this basis in the past. *E.g.*, Doc. 359 at 2-3 (arguing the "necessity in the secrecy of the ongoing investigation outweighs the presumption of public access"); Doc. 378 (granting the sealing request on this basis). Accordingly, Defendants respectfully request leave to restrict at Level 1.

1

Dated:  May 9, 2022                              Respectfully submitted,

*s/ John A. Fagg, Jr.*                           *s/ Michael F. Tubach*
John A. Fagg, Jr.                                Michael F. Tubach
MOORE & VAN ALLEN PLLC                           O'MELVENY & MYERS LLP
Attorney for William Wade Lovette                Attorney for Jayson Jeffrey Penn
100 North Tryon Street, Suite 4700               Two Embarcadero Center, 28th Floor
Charlotte, NC 28202                              San Francisco, California 94111-3823
(704) 331-3622                                   (415) 984-8700
johnfagg@mvalaw.com                              mtubach@omm.com


*s/ Richard K. Kornfeld*                         *s/ Michael S. Feldberg*
Richard K. Kornfeld                              Michael S. Feldberg
RECHT KORNFELD, P.C.                             REICHMAN JORGENSEN LEHMAN &
Attorney for Mikell Reeve Fries                  FELDBERG LLP
1600 Stout Street, Suite 1400                    Attorney for Roger Born Austin
Denver, CO 80202                                 750 Third Avenue, Suite 2400
(303) 573-1900                                   New York, NY 10017
rick@rklawpc.com                                 (212) 381-1965
                                                 mfeldberg@reichmanjorgensen.com


*s/ Bryan Lavine*
Bryan Lavine
TROUTMAN PEPPER HAMILTON
SANDERS LLP
Attorney for Scott James Brady
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2022, I electronically filed the foregoing document with

the Clerk of Court using the CM/ECF system, which will send notification of this filing to all

listed parties.

Dated:  May 9, 2022                    *s/ Michael F. Tubach*

                                           Michael F. Tubach