# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB          Date: 05/11/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint (Plaintiff/Defendant) WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Agent Arcand | 06/27/2022 - 07/11/2022: 30 minutes |
| Bruce Bagshaw | 06/27/2022 - 07/11/2022: 30 minutes |
| Barry Barnett | 06/27/2022 - 07/11/2022: 1 hour |
| David Blackmon | 06/27/2022 - 07/11/2022: 1 hour |
| Ric Blake | 06/27/2022 - 07/11/2022: 2 hours |
| Matthew Boarman | 06/27/2022 - 07/11/2022: 45 minutes |
| Kyle Bolin | 06/27/2022 - 07/11/2022: 2 hours |
| Darrell Bowlin | 06/27/2022 - 07/11/2022: 45 minutes |
| Dean Bradley | 06/27/2022 - 07/11/2022: 1.5 hours |
| Dr. Bruce Stewart Brown | 06/27/2022 - 07/11/2022: 20 minutes |
| Mike Brown | 06/27/2022 - 07/11/2022: 45 minutes |
| Brandon Campbell | 06/27/2022 - 07/11/2022: 45 minutes |
| Stephen Campisano | 06/27/2022 - 07/11/2022: 2 hours |
| Rangell Capparelli | 06/27/2022 - 07/11/2022: 1 hour |
| Mark Chambers, PhD | 06/27/2022 - 07/11/2022: 1 hour |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

# JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB    Date: 05/11/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Chad Cliburn | 06/27/2022 - 07/11/2022: 1 hour |
| Brian Coan | 06/27/2022 - 07/11/2022: 1 hour |
| Devin Cole | 06/27/2022 - 07/11/2022: 1 hour |
| Agent Molly Cox | 06/27/2022 - 07/11/2022: 30 minutes |
| John Curran | 06/27/2022 - 07/11/2022: 2 hours |
| Robert Daines | 06/27/2022 - 07/11/2022: 2 hours |
| Agent Jeff Donaldson | 06/27/2022 - 07/11/2022: 30 minutes |
| Mike Donohue | 06/27/2022 - 07/11/2022: 1.5 hours |
| Richard Eddington | 06/27/2022 - 07/11/2022: 3 hours |
| Terri Ferguson | 06/27/2022 - 07/11/2022: 2 hours |
| Greg Finch | 06/27/2022 - 07/11/2022: 4 hours |
| Sara Fisher | 06/27/2022 - 07/11/2022: 1 hour |
| Sheri Garland | 06/27/2022 - 07/11/2022: 30 minutes |
| Bob Glied* | 06/27/2022 - 07/11/2022: 1 hour |
| Wayne Guay | 06/27/2022 - 07/11/2022: 2 hours |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB    Date: 05/11/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Judy Hall | 06/27/2022 - 07/11/2022: 1.5 hours |
| Agent Matthew Hamel | 06/27/2022 - 07/11/2022: 30 minutes |
| Matthew Herman | 06/27/2022 - 07/11/2022: 1 hour |
| Mary Hester | 06/27/2022 - 07/11/2022: 1 hour |
| Larry Higdem | 06/27/2022 - 07/11/2022: 2 hours |
| Melissa (Swain) Hoyt | 06/27/2022 - 07/11/2022: 30 minutes |
| Agent Kerry Inglis | 06/27/2022 - 07/11/2022: 30 minutes |
| Bill Kantola | 06/27/2022 - 07/11/2022: 2 hours |
| Agent Brianne Kaufman | 06/27/2022 - 07/11/2022: 1 hour |
| Darrel Keck | 06/27/2022 - 07/11/2022: 1 hour |
| Agent Martin Kehoe | 06/27/2022 - 07/11/2022: 30 minutes |
| Dale Kelly | 06/27/2022 - 07/11/2022: 1 hour |
| KFC Franchisees | 06/27/2022 - 07/11/2022: 45 minutes |
| Carol Knight | 06/27/2022 - 07/11/2022: 1 hour |
| Agent Matthew Koppenhaver | 06/27/2022 - 07/11/2022: 1 hour |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB                              Date: 05/11/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Kent Kronaugue | 06/27/2022 - 07/11/2022: 4 hours |
| Jerry Lane | 06/27/2022 - 07/11/2022: 1 hour |
| Thomas Lane | 06/27/2022 - 07/11/2022: 3 hours |
| Julie Lawrence | 06/27/2022 - 07/11/2022: 15 minutes |
| Michael Ledford | 06/27/2022 - 07/11/2022: 5 hours |
| Agent Alan Lee | 06/27/2022 - 07/11/2022: 30 minutes |
| Robert Lewis | 06/27/2022 - 07/11/2022: 3 hours |
| Jimmie Little | 06/27/2022 - 07/11/2022: 2 hours |
| Andrew Lubert | 06/27/2022 - 07/11/2022: 30 minutes |
| Clay Matthews | 06/27/2022 - 07/11/2022: 2 hours |
| Agent Brian McCarthy | 06/27/2022 - 07/11/2022: 30 minutes |
| Steve McCormick | 06/27/2022 - 07/11/2022: 2 hours |
| Mark McEwen | 06/27/2022 - 07/11/2022: 45 minutes |
| Wes Morris | 06/27/2022 - 07/11/2022: 45 minutes |
| Tim Mulrenin | 06/27/2022 - 07/11/2022: 2 hours |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB        Date: 05/11/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Agent Eric Nowicki | 06/27/2022 - 07/11/2022: 30 minutes |
| Daniel Oakes | 06/27/2022 - 07/11/2022: 1 hour |
| Eric Oare | 06/27/2022 - 07/11/2022: 2 hours |
| Mark Oechsli | 06/27/2022 - 07/11/2022: 30 minutes |
| Joseph Pochron | 06/27/2022 - 07/11/2022: 2 hours |
| Agent David Powers | 06/27/2022 - 07/11/2022: 30 minutes |
| Sidney Prince | 06/27/2022 - 07/11/2022: 1.5 hours |
| Agent K. Raf-Caro | 06/27/2022 - 07/11/2022: 30 minutes |
| Brenda Ray | 06/27/2022 - 07/11/2022: 2 hours |
| John Renault | 06/27/2022 - 07/11/2022: 30 minutes |
| Agent Derek Repp | 06/27/2022 - 07/11/2022: 1 hour |
| Brian Roberts | 06/27/2022 - 07/11/2022: 2 hours |
| David Rothmeier | 06/27/2022 - 07/11/2022: 30 minutes |
| RSCS Board Member | 06/27/2022 - 07/11/2022: 1 hour |
| Joe Sanderson | 06/27/2022 - 07/11/2022: 1 hour |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB     Date: 05/11/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint (Plaintiff/Defendant) WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Fabio Sandri | 06/27/2022 - 07/11/2022: 2 hours |
| Tom Scarborough | 06/27/2022 - 07/11/2022: 1 hour |
| Tim Scheiderer | 06/27/2022 - 07/11/2022: 1 hour |
| Eric Scholer | 06/27/2022 - 07/11/2022: 1.5 hours |
| Agent Sevillano | 06/27/2022 - 07/11/2022: 30 minutes |
| Agent Ken Shappee | 06/27/2022 - 07/11/2022: 30 minutes |
| Marcus Shelton | 06/27/2022 - 07/11/2022: 30 minutes |
| Tom Shelton | 06/27/2022 - 07/11/2022: 45 minutes |
| Paul Sinowitz | 06/27/2022 - 07/11/2022: 3 hours |
| Edward Snyder | 06/27/2022 - 07/11/2022: 5 hours |
| Charles Solomon | 06/27/2022 - 07/11/2022: 1 hour |
| Ken Suber | 06/27/2022 - 07/11/2022: 1 hour |
| Pete Suerken | 06/27/2022 - 07/11/2022: 2 hours |
| Randy Stroud | 06/27/2022 - 07/11/2022: 1 hour |
| Special Agent LaNard Taylor | 06/27/2022 - 07/11/2022: 2 hours |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB

Date: 05/11/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Dr. Paul Twining | 06/27/2022 - 07/11/2022: 45 minutes |
| Cesar Urias | 06/27/2022 - 07/11/2022: 1 hour |
| Charles Von der Heyde | 06/27/2022 - 07/11/2022: 30 minutes |
| Joe Waldbusser | 06/27/2022 - 07/11/2022: 1.5 hours |
| Kendra Waldbusser | 06/27/2022 - 07/11/2022: 1.5 hours |
| Rhonda Warble | 06/27/2022 - 07/11/2022: 1.5 hours |
| Joseph White | 06/27/2022 - 07/11/2022: 30 minutes |
| Agent Jennifer Whittaker | 06/27/2022 - 07/11/2022: 30 minutes |
| Agent Winship | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - AgriStats** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - Amick Farms** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - AT&T** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - Case Farms** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - Charter Call Records** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - Chick-fil-A** | 06/27/2022 - 07/11/2022: 30 minutes |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB                          Date: 05/11/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Custodian of Records - Church's** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - Claxton** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - Comcast** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - C Spire** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - Fieldale** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - Fusion LLC f/k/a Network Billing Systems** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - George's** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - House of Raeford Farms** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - Kelly's Foods** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - KFC** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - Koch** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - Mar-Jac** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - McKinsey** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - Mountaire Farms** | 06/27/2022 - 07/11/2022: 30 minutes |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB  Date: 05/11/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Custodian of Records - OK Foods** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - Perdue** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - Pilgrim's Pride** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - RSCS** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - Sanderson Farms** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - Simmons Foods** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - SMS** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - Sysco** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - T-Mobile/Sprint** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - Tyson** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - Verizon** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - Wayne Farms** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - Windstream** | 06/27/2022 - 07/11/2022: 30 minutes |
| Custodian of Records - Zaxby's** | 06/27/2022 - 07/11/2022: 30 minutes |

* Defendants reserve the right to substitute one or more persons to provide the same or similar testimony as it intends to elicit from the witness identified on this list.

** Pending the outcome of the parties stipulation discussions, some or all of the custodians of record may not need to be called.

Defendants reserve the right to remove witnesses or supplement with additional witnesses during trial preparation or after hearing testimony or argument presented during the Government's case-in-chief. Defendants also reserve the right to call any witnesses the Government designates on its witness list as well as any custodians that are not listed above.