# **Attachment A**

## 2015 KFC Initial Bids and Contract Price

| Company | 1st Round Bid | Contract Price | Change in Price from 1st Round Bid to Final Contract |
|---|---|---|---|
| Case Farms | $1.0680 | $1.0310 | - $0.0370 |
| Claxton | $1.1099 | $1.0669 | - $0.0430 |
| George's | $1.0913 | $1.0307 | - $0.0606 |
| Koch | $1.0549 | $1.0369 | - $0.0180 |
| Mar-Jac | $1.1161 | $1.0775 | - $0.0386 |
| Pilgrim's | $1.1026 | $1.0856 | - $0.0170 |
| Tyson | $1.0919 | $1.0762 | - $0.0157 |

Bids: DX F-882, GX 1133, GX 1008, GX 1026, GX 1027, GX 1105, GX 1146

Contracts: DX F-744, GX 1119, GX 1121, GX 1123, GX 1125, GX 1126, GX 1127



DEF EXHIBIT
20-cr-152-PAB
**J-266**