IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>1.   JAYSON JEFFREY PENN,<br>2.   MIKELL REEVE FRIES,<br>3.   SCOTT JAMES BRADY,<br>4.   ROGER BORN AUSTIN, and<br>5.   WILLIAM WADE LOVETTE. | Criminal Case No. 20-cr-00152-PAB |

**DEFENDANTS' MOTION FOR LEAVE TO RESTRICT ACCESS TO ECF NO. 1330
UNDER LEVEL 1 RESTRICTION**

Defendants, by and through their respective counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and Local Criminal Rule 47.1, respectfully move this Court for leave to restrict Defendants' Opposition to DOJ's Omnibus Motions *in Limine*, filed at ECF No. 1330 (a redacted, public version of which was filed at ECF No. 1331). Pursuant to District of Colorado Local Criminal Rule 47.1(c), a Level 1 restriction is necessary because one portion of the motion relates to sensitive information about someone other than a charged Defendant. DOJ filed its Omnibus Motions *in Limine* (ECF No. 1306) under a Level 1 restriction due to the portion which referenced this topic, and filed a redacted, public version of the motion at ECF No. 1305. Defendants request that the same restriction level be ordered for their unredacted response to DOJ's motion.

1

| | |
|---|---|
| Dated:  May 18, 2022 | Respectfully submitted, |
| s/ *Michael F. Tubach* | s/ *Richard K. Kornfeld* |
| Michael F. Tubach (Cal. Bar No. 145955)<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823<br>Telephone: 415-984-8700<br>Facsimile: 415-984-8701<br>E-mail:  mtubach@omm.com<br>*Attorney for Defendant Jayson Jeffrey Penn* | Richard K. Kornfeld<br>Recht Kornfeld, P.C.<br>1600 Stout Street, Suite 1400<br>Denver, CO 80202<br>303-573-1900<br>Fax: 303-446-9400<br>Email: rick@rklawpc.com<br>*Attorney for Defendant Mikell Reeve Fries* |
| s/ *Bryan B. Lavine* | s/ *Michael S. Feldberg* |
| Bryan B. Lavine<br>Troutman Pepper Hamilton Sanders LLP<br>600 Peachtree Street, N. E., Suite 3000<br>Atlanta, Georgia 30308<br>404-885-3170<br>Fax: 404-962-6613<br>Email: bryan.lavine@troutman.com<br>*Attorney for Defendant Scott James Brady* | Michael S. Feldberg<br>Reichman Jorgensen Lehman & Feldberg LLP - New York<br>750 Third Avenue, 24th Floor<br>New York, New York 10017<br>212-381-4970<br>Fax: 212-381-4971<br>Email: mfeldberg@reichmanjorgensen.com<br>*Attorney for Defendant Roger Born Austin* |
| s/ *John A. Fagg, Jr.* | |
| John A. Fagg, Jr.<br>Moore & Van Allen PLLC<br>100 North Tryon Street, Suite 4700<br>Charlotte, NC 28202<br>704-331-3622<br>Fax: 704-378-2092<br>Email: johnfagg@mvalaw.com<br>*Attorney for Defendant William Wade Lovette* | |

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th of May, 2022, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Laura Carwile*

3