IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  JAYSON JEFFREY PENN,
2.  MIKELL REEVE FRIES,
3.  SCOTT JAMES BRADY,
4.  ROGER BORN AUSTIN, and
8.  WILLIAM WADE LOVETTE,

     Defendants.
_____

**MINUTE ORDER**
_____

**Entered by Chief Judge Philip A. Brimmer**

     This matter is before the Court on the Trial Preparation Conference set for May 25, 2022.  The government has given notice that it intends to introduce 403 exhibits without a testifying witness.  *See* Docket Nos. 1269, 1294.  Of these exhibits, many are new.  At the hearing, the Court will first conduct a pretrial conference and will then rule on the new exhibits.  In order to promote efficiency, the Court has placed similar exhibits in groups below.  The parties should be prepared to argue these exhibits in the groups identified below, rather than considering each of the exhibits individually.


     DATED May 18, 2022.

1. Group 1
   - 9275
   - 9276
   - 9278
   - 9279
   - 9281
2. Group 2
   - 50
   - 51
   - 52
   - 53
   - 54
   - 55
   - 56
   - 57
   - 58
   - 59
   - 60
   - 61
   - 62
3. Group 3
   - 10027
   - 10028
   - 10029
   - 10030
   - 10031
   - 10032
   - 10033
   - 10034
   - 10035
   - 10036
   - 10037
   - 10038
   - 10039
   - 10040
   - 10041
   - 10042
   - 10043
   - 10044
4. Group 4 – The Court intends to take up each of these exhibits individually.
   - 1069
   - 1510
   - 1511

- 9018
- 9020
- 9874
- 9905
- 9984
- 10018
- 10046
- 10047
- 10057
- 10581
- 10602
- 10603
- 10604
- 10605
- 10616
- 10651

5. Group 5
   - 9266
   - 9269
   - 9270
   - 9272
   - 9274
6. Group 6 – The Court will rule on these exhibits in its order on the United States' Motion to Supplement *James* log [Docket No. 1272].
   - 1890
   - 1891
   - 10048
   - 10049
   - 10050
   - 10051
   - 10052
   - 10053
   - 10054
7. Group 7 – The Court will rule on this exhibit in its order on Motion 10 - William Lovette's Motion *in Limine* to Exclude his Employment Agreement [Docket No. 1312].
   - 10045