# Attachment A

## Government's Exhibits

| | | | |
|---|---|---|---|
| 1 | 114 | 437 | 508 |
| 1-1 | 118 | 438 | 513 |
| 2 | 119 | 439 | 514 |
| 2-1 | 120 | 440 | 518 |
| 3 | 143 | 441 | 519-1 |
| 3-1 | 209 | 442 | 520 |
| 4 | 219 | 443 | 526 |
| 4-1 | 221 | 444 | 527 |
| 5 | 224 | 445 | 528 |
| 5-1 | 230 | 446 | 538 |
| 7 | 231 | 447 | 540 |
| 7-1 | 231-1 | 448 | 542 |
| 9 | 232 | 449 | 546 |
| 9-1 | 234 | 450 | 547 |
| 10 | 245 | 451 | 548 |
| 10-1 | 246 | 453 | 558 |
| 10-2 | 247 | 454 | 559 |
| 10-3 | 307 | 468 | 561 |
| 10-4 | 319 | 472 | 563 |
| 11 | 330 | 480 | 564 |
| 12 | 352 | 481 | 566 |
| 14 | 352-1 | 494 | 567 |
| 14-1 | 353 | 495 | 572 |
| 14-2 | 354 | 495-1 | 579 |
| 14-3 | 355 | 496 | 584 |
| 15 | 356 | 497 | 585 |
| 16 | 401 | 497-1 | 586 |
| 16-1 | 403 | 498 | 587 |
| 17 | 404 | 499 | 588 |
| 17-1 | 407 | 499-1 | 589 |
| 18 | 408 | 499-2 | 590 |
| 18-1 | 410-1 | 499-3 | 590-1 |
| 18-2 | 410-2 | 500 | 592 |
| 18-3 | 413 | 501 | 600 |
| 19 | 423 | 502 | 601 |
| 20-1 | 424 | 503 | 602 |
| 90-10 | 433 | 504 | 603 |
| 108 | 434 | 505 | 604 |
| 109 | 435 | 506 | 605 |
| 113 | 436 | 507 | 609 |

## Government's Exhibits

| | | | |
|---|---|---|---|
| 614 | 753 | 953 | 1036-1 |
| 617 | 754 | 955 | 1051 |
| 618 | 755 | 959 | 1053 |
| 622 | 756 | 960 | 1055 |
| 623 | 757 | 967 | 1056 |
| 624 | 758 | 968 | 1058 |
| 625 | 762 | 975 | 1066 |
| 625-1 | 764 | 977 | 1073 |
| 701 | 764-1 | 979 | 1074 |
| 702 | 765 | 980 | 1075 |
| 703 | 766 | 980-1 | 1085 |
| 707 | 800 | 981 | 1086 |
| 708 | 801 | 981-1 | 1104 |
| 709 | 802 | 982 | 1105 |
| 710 | 803 | 984 | 1105-1 |
| 711 | 804 | 997 | 1119 |
| 712 | 805 | 1000 | 1120 |
| 713 | 806 | 1006 | 1121 |
| 714 | 807 | 1007 | 1122 |
| 715 | 808 | 1008 | 1123 |
| 716 | 809 | 1009 | 1124 |
| 717 | 810 | 1010 | 1125 |
| 718 | 811 | 1011 | 1126 |
| 719 | 812 | 1012 | 1127 |
| 720 | 813 | 1013 | 1128 |
| 721 | 814 | 1014 | 1129 |
| 722 | 815 | 1015 | 1130 |
| 723 | 816 | 1016 | 1131 |
| 724 | 843 | 1017 | 1132 |
| 731 | 844 | 1018 | 1133 |
| 732 | 850 | 1019 | 1134 |
| 733 | 851 | 1023 | 1135 |
| 739 | 854 | 1024 | 1136 |
| 744 | 855 | 1025 | 1137 |
| 746-1 | 900 | 1026 | 1138 |
| 748 | 901 | 1027 | 1139 |
| 749 | 920 | 1028 | 1142 |
| 750 | 933 | 1029 | 1145 |
| 751 | 940 | 1035 | 1146 |
| 752 | 948 | 1036 | 1156 |

## Government's Exhibits

| | | | |
|---|---|---|---|
| 1157 | 1253 | 1504 | 1601 |
| 1159 | 1254 | 1505 | 1607 |
| 1160 | 1255 | 1507 | 1614 |
| 1164 | 1256 | 1508 | 1614-1 |
| 1165 | 1402 | 1509 | 1615 |
| 1166 | 1403 | 1510 | 1700 |
| 1167 | 1404 | 1512 | 1700-1 |
| 1168 | 1405 | 1513 | 1703 |
| 1175 | 1406 | 1514 | 1704 |
| 1177 | 1407 | 1515 | 1713 |
| 1190 | 1408 | 1516 | 1713-1 |
| 1191 | 1409 | 1517 | 1722 |
| 1192 | 1410 | 1518 | 1728 |
| 1221 | 1425 | 1519 | 1729 |
| 1221-1 | 1426 | 1520 | 1732 |
| 1224 | 1426-1 | 1521 | 1733 |
| 1226 | 1427 | 1521-1 | 1733-1 |
| 1231 | 1428 | 1522 | 1734 |
| 1232 | 1428-1 | 1523 | 1736 |
| 1232-1 | 1429 | 1524 | 1737 |
| 1233 | 1430 | 1525 | 1801 |
| 1234 | 1431 | 1526 | 1802 |
| 1235 | 1432 | 1527 | 1807 |
| 1236 | 1433 | 1528 | 1808 |
| 1236-1 | 1434 | 1529 | 1809 |
| 1237 | 1435 | 1530 | 1810 |
| 1237-1 | 1438 | 1531 | 1811 |
| 1238 | 1438-1 | 1532 | 1812 |
| 1239 | 1439 | 1538 | 1817 |
| 1240 | 1440 | 1539 | 1822 |
| 1240-1 | 1441 | 1542 | 1825 |
| 1241 | 1442 | 1544 | 1826 |
| 1241-1 | 1443 | 1546 | 1846 |
| 1243 | 1443-1 | 1547 | 1847 |
| 1244 | 1444 | 1552 | 1848 |
| 1245 | 1444-1 | 1564 | 1849 |
| 1247 | 1500 | 1569 | 1850 |
| 1248 | 1500-1 | 1583 | 1851 |
| 1249 | 1501 | 1584 | 1852 |
| 1249-1 | 1503 | 1590 | 1853 |

## Government's Exhibits

| | | | |
|---|---|---|---|
| 1854 | 1957 | 6034 | 6116 |
| 1855 | 1958 | 6045 | 6117 |
| 1856 | 1959 | 6046 | 6118 |
| 1857 | 1959-1 | 6047 | 6119 |
| 1858 | 1960 | 6052 | 6120 |
| 1862 | 1960-1 | 6053 | 6121 |
| 1864 | 1961 | 6055 | 6122 |
| 1882 | 1961-1 | 6081 | 6125 |
| 1894 | 1962 | 6082 | 6126 |
| 1896 | 1963 | 6083 | 6127 |
| 1919 | 1963-1 | 6084 | 6128 |
| 1920 | 1964 | 6085 | 6130 |
| 1921 | 2000 | 6088 | 6131 |
| 1922 | 2001 | 6089 | 6132 |
| 1923 | 2002 | 6090 | 6133 |
| 1924 | 2005 | 6091 | 6134 |
| 1925 | 3001 | 6092 | 6135 |
| 1926 | 3002 | 6093 | 6136 |
| 1927 | 3003 | 6094 | 6198 |
| 1928 | 3004 | 6095 | 6235 |
| 1929 | 3005 | 6096 | 6282 |
| 1930 | 3006 | 6097 | 6308 |
| 1931 | 3007 | 6098 | 6309 |
| 1933 | 3008 | 6099 | 6310 |
| 1934 | 3009 | 6100 | 6311 |
| 1935 | 3025 | 6101 | 6312 |
| 1936 | 3028 | 6102 | 6313 |
| 1939 | 3037 | 6103 | 6314 |
| 1940 | 3039 | 6104 | 6315 |
| 1941 | 3052 | 6105 | 6316 |
| 1942 | 3053 | 6106 | 6317 |
| 1943 | 3059 | 6107 | 6318 |
| 1944 | 3060 | 6108 | 6319 |
| 1945 | 3074 | 6109 | 6320 |
| 1946 | 3081 | 6110 | 6321 |
| 1947 | 3082 | 6111 | 6322 |
| 1948 | 5016 | 6112 | 6323 |
| 1949 | 6001 | 6113 | 6324 |
| 1950 | 6003 | 6114 | 6325 |
| 1954 | 6005 | 6115 | 6326 |

## Government's Exhibits

| | | | |
|---|---|---|---|
| 6327 | 8043 | 8084 | 9262 |
| 7002 | 8044 | 8085 | 9264 |
| 7003 | 8045 | 8086 | 9265 |
| 7004 | 8046 | 9004 | 9266 |
| 7005 | 8047 | 9009 | 9267 |
| 7040 | 8048 | 9010 | 9268 |
| 7046 | 8049 | 9010-1 | 9269 |
| 7046-1 | 8050 | 9011 | 9270 |
| 8000 | 8051 | 9012 | 9271 |
| 8001 | 8052 | 9026 | 9272 |
| 8002 | 8053 | 9139 | 9273 |
| 8003 | 8054 | 9140 | 9274 |
| 8004 | 8055 | 9142 | 9504 |
| 8005 | 8056 | 9143 | 9505 |
| 8006 | 8057 | 9145 | 9556 |
| 8007 | 8058 | 9146 | 9645 |
| 8008 | 8059 | 9147 | 9654 |
| 8010 | 8060 | 9148 | 9656 |
| 8011 | 8061 | 9149 | 9662 |
| 8015 | 8062 | 9150 | 9671 |
| 8016 | 8063 | 9151 | 9672 |
| 8024 | 8064 | 9152 | 9690 |
| 8025 | 8065 | 9153 | 9691 |
| 8026 | 8066 | 9166 | 9692 |
| 8027 | 8067 | 9168 | 9693 |
| 8028 | 8068 | 9235 | 9694 |
| 8029 | 8069 | 9236 | 9696 |
| 8030 | 8071 | 9237 | 9700 |
| 8031 | 8072 | 9240 | 9701 |
| 8032 | 8073 | 9242 | 9703 |
| 8033 | 8074 | 9244 | 9704 |
| 8034 | 8075 | 9245 | 9707 |
| 8035 | 8076 | 9247 | 9708 |
| 8036 | 8077 | 9248 | 9709 |
| 8037 | 8078 | 9251 | 9710 |
| 8038 | 8079 | 9255-1 | 9711 |
| 8039 | 8080 | 9256 | 9712 |
| 8040 | 8081 | 9257 | 9713 |
| 8041 | 8082 | 9259 | 9714 |
| 8042 | 8083 | 9260 | 9715 |

## Government's Exhibits

| | | |
|---|---|---|
| 9716 | 9832 | 9977 |
| 9718 | 9833 | 9991 |
| 9720 | 9834 | 9992 |
| 9721 | 9834-1 | 10023 |
| 9722 | 9835 | 10651 |
| 9723 | 9836 | 10665 |
| 9724 | 9837 | 10666 |
| 9726 | 9838 | 10667 |
| 9740 | 9839 | 10672 |
| 9743 | 9840 | 10677 |
| 9744 | 9841 | |
| 9745 | 9842 | |
| 9746 | 9843 | |
| 9747 | 9844 | |
| 9748 | 9845 | |
| 9754 | 9846 | |
| 9759 | 9847 | |
| 9798 | 9848 | |
| 9799 | 9851 | |
| 9809 | 9852 | |
| 9810 | 9853 | |
| 9811 | 9854 | |
| 9812 | 9855 | |
| 9813 | 9856 | |
| 9814 | 9857 | |
| 9815 | 9858 | |
| 9816 | 9862 | |
| 9817 | 9863 | |
| 9819 | 9864 | |
| 9820 | 9868 | |
| 9822 | 9871 | |
| 9823 | 9876 | |
| 9824 | 9881 | |
| 9825 | 9882 | |
| 9826 | 9883 | |
| 9827 | 9885 | |
| 9828 | 9887 | |
| 9829 | 9888 | |
| 9830 | 9893 | |
| 9831 | 9900 | |

## Defendants' Exhibits

| | | | |
|---|---|---|---|
| A-112 | C-024-1 | D-161 | D-930 |
| A-113 | C-207 | D-162 | D-989 |
| A-114 | C-264 | D-164 | D-990 |
| A-115 | C-265 | D-165 | E-014 |
| A-187 | C-440 | D-186 | E-078 |
| A-288 | C-451 | D-240 | E-158 |
| A-298 | C-454 | D-324 | E-162 |
| A-299 | C-460 | D-325 | E-174 |
| A-304 | C-461 | D-326 | E-280 |
| A-552 | C-464 | D-330 | E-468 |
| A-553 | C-465 | D-341 | E-471 |
| A-574 | C-475 | D-407 | E-545 |
| A-579 | C-477 | D-408 | E-546 |
| A-580 | C-478 | D-409 | E-568 |
| A-612 | C-480 | D-410 | E-569 |
| A-613 | C-481 | D-509 | E-570 |
| A-622 | C-482 | D-530 | E-799 |
| A-623 | C-483 | D-531 | E-873 |
| A-626 | C-484 | D-543 | E-874 |
| A-627 | C-754 | D-544 | F-065 |
| A-644 | C-755 | D-545 | F-384 |
| B-849 | C-862 | D-546 | F-459 |
| B-881 | C-872 | D-563 | F-660 |
| B-910 | C-882 | D-564 | F-742 |
| B-927 | C-883 | D-568 | F-743 |
| B-936 | C-938 | D-569 | F-744 |
| B-950 | D-137 | D-570 | F-745 |
| B-951 | D-138 | D-571 | F-746 |
| B-961 | D-146 | D-572 | F-747 |
| B-963 | D-147 | D-573 | F-750 |
| B-980 | D-148 | D-574 | F-751 |
| B-981 | D-149 | D-580 | F-754 |
| C-019 | D-150 | D-581 | F-756 |
| C-020 | D-151 | D-588 | F-759 |
| C-021 | D-152 | D-589 | F-760 |
| C-021-1 | D-154 | D-788 | F-761 |
| C-022 | D-157 | D-789 | F-763 |
| C-022-1 | D-158 | D-835 | F-764 |
| C-023 | D-159 | D-839 | F-765 |
| C-024 | D-160 | D-925 | F-768 |

## Defendants' Exhibits

| | | | |
|---|---|---|---|
| F-769 | G-444 | I-009 | I-954 |
| F-774 | G-446 | I-054 | I-958 |
| F-777 | G-467 | I-067 | I-979 |
| F-778 | G-474 | I-074 | J-008 |
| F-781 | G-504 | I-108 | J-008-1 |
| F-782 | G-508 | I-141 | J-014 |
| F-783 | G-521 | I-201 | J-015 |
| F-786 | G-523 | I-221 | J-016 |
| F-787 | G-570 | I-226 | J-018 |
| F-788 | G-600 | I-228 | J-027 |
| F-789 | G-601 | I-229 | J-030 |
| F-790 | G-605 | I-231 | J-039 |
| F-792 | G-606 | I-242 | J-040 |
| F-794 | G-624 | I-243 | J-041 |
| F-796 | G-629 | I-267 | J-046 |
| F-798 | G-748 | I-296 | J-081 |
| F-799 | G-749 | I-297 | J-142 |
| F-808 | G-794 | I-337 | J-143 |
| F-810 | G-795 | I-338 | J-203 |
| F-813 | G-815 | I-440 | J-208 |
| F-815 | G-824 | I-441 | J-210 |
| F-821 | G-949 | I-442 | J-211 |
| F-848 | G-950 | I-444 | J-212 |
| F-849 | H-317 | I-448 | J-215 |
| F-852 | H-357 | I-452 | J-216 |
| F-853 | H-557 | I-712 | J-217 |
| F-868 | H-655 | I-713 | J-218 |
| F-881 | H-656 | I-742 | J-219 |
| F-882 | H-684 | I-777 | J-221 |
| F-888 | H-717 | I-805 | J-229 |
| F-889 | H-718 | I-807 | J-232 |
| F-915 | H-855 | I-815 | J-233 |
| F-916 | H-895 | I-821 | J-234 |
| F-969 | H-896 | I-822 | |
| F-970 | H-911 | I-829 | |
| G-059 | H-940 | I-872 | |
| G-356 | H-971 | I-919 | |
| G-422 | H-976 | I-932 | |
| G-423 | I-007 | I-933 | |
| G-424 | I-008 | I-953 | |