# ATTACHMENT B

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| A-114 | CASEDOJ-KP- 0000016681 | |
| A-115 | CASEDOJ-KP-0000016682 | Native and PDF |
| A-187 | CFA_0018155 | Limiting instruction: for the purpose of showing the date on which Pilgrim's responded |
| A-288 | CLA_0078050 | |
| A-298 | CLA_0078182 | Redactions to include portions of first email on top |
| A-299 | CLA_0078184 | Only pages 2&3 admitted; Native and PDF |
| A-612 | CLA_0192999 | |
| A-613 | CLA_0193000 | Native and PDF |
| A-622 | CLA_0193038 | |
| A-623 | CLA_0193039 | Native and PDF |
| A-626 | CLA_0193048 | |
| A-627 | CLA_0193049 | Native and PDF |
| B-963 | GEODOJ_0018494 | |
| C-020 | GEODOJ_0225762 | |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| C-021-1 | GEODOJ_0225763 | |
| C-023 | GEODOJ_0225766 | |
| C-024-1 | GEODOJ_0225767 | |
| C-207 | KOCHFOODS-0000014059 | |
| C-265 | KOCHFOODS-0000087801 | Native and PDF |
| C-454 | KOCHFOODS-0000251390 | Redaction of top email |
| C-465 | KOCHFOODS-0000267825 | |
| C-475 | KOCHFOODS-0000548818 | |
| C-478 | KOCHFOODS-0000548821 | Native and PDF |
| C-480 | KOCHFOODS-0000549046 | |
| C-482 | KOCHFOODS-0000549048 | Native and PDF |
| C-862 | MJPoultry-0000008032 | Native and PDF |
| C-882 | MJPoultry-0000189079 | |
| C-883 | MJPoultry-0000189080 | Native and PDF |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| D-330 | PILGRIMS-0002933525 | Native and PDF |
| D-341 | PILGRIMS-0002934543 | |
| D-530 | PILGRIMS-0005252799 | |
| D-531 | PILGRIMS-0005252800 | Native and PDF |
| D-588 | PILGRIMS-0005254569 | |
| D-589 | PILGRIMS-0005254570 | Native and PDF |
| D-788 | PILGRIMS-0005935850 | |
| D-789 | PILGRIMS-0005935851 | Native and PDF |
| E-014 | PILGRIMS-0007585547 | |
| E-569 | PILGRIMS-DOJ-0000513766 | Native and PDF |
| F-742 | RSCS000189 | |
| F-743 | RSCS000200 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| F-744 | RSCS000209 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| F-747 | RSCS000272 | |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
| --- | --- | --- |
| F-750 | RSCS000325 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| F-754 | RSCS000358 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by EVP of Food Procurement". |
| F-756 | RSCS000366 | |
| F-759 | RSCS000628 | |
| F-768 | RSCS000933 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| F-769 | RSCS000943 | |
| F-777 | RSCS001112 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| F-778 | RSCS001122 | |
| F-783 | RSCS001155 | |
| F-786 | RSCS001272 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| F-787 | RSCS001284 | |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| F-788 | RSCS001293 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| F-789 | RSCS001354 | |
| F-790 | RSCS001533 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| F-796 | RSCS001589 | |
| F-798 | RSCS002143 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| F-799 | RSCS002155 | |
| F-808 | RSCS002575 | |
| F-810 | RSCS002677 | |
| F-813 | RSCS002976 | |
| F-815 | RSCS003278 | |
| F-821 | RSCS004288 | Handwriting redacted |
| F-853 | RSCS019495 | Native and PDF |
| F-889 | RSCS022041 | Only pages 2&3 admitted; Native and PDF |
| F-915 | RSCS022925 | Middle email redacted |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| F-916 | RSCS022927 | Native and PDF |
| G-467 | TY-000641966 | |
| G-474 | TY000700671 | |
| G-521 | TY-000973553 | |
| G-570 | TY-001035139 | Top portion of email redacted |
| G-600 | TY-001187449 | |
| G-601 | TY-001187450 | Native and PDF |
| G-605 | TY-001188541 | |
| G-606 | TY-001188542 | Native and PDF |
| G-824 | TY-003654214 | Redactions to White email and Solomon email at top limiting instruction to other Solomon email not for the truth of the matter asserted but for effect of listener |
| Gov Ex 1007 | GEO_000716604 | |
| Gov Ex 1008 | GEO_0000716605 | |
| Gov Ex 1025 | KOCHFOODS-0000227521 | |
| Gov Ex 1026 | KOCHFOODS-0000227522 | |
| Gov Ex 1028 | MAR-JAC_0000596412 | |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| Gov Ex 1029 | MAR-JAC_0000596413 | Native and PDF |
| Gov Ex 1036 | PILGRIMS-0002616919 | Native and PDF |
| Gov Ex 1086 | PILGRIMS-DOJ-0001537964 | Native and PDF |
| Gov Ex 1104 | PILGRIMS-DOJ-0004223342 | |
| Gov Ex 1105 | PILGRIMS-DOJ-0004223343 | Native and PDF |
| Gov Ex 1105-1 | PILGRIMS-DOJ-0004223343 | Defendants agree to the admissibility of 1105-1 contingent upon the government agreeing to add the cover email and attachments to this exhibit as a part of the stipulation. Admitted as native. |
| Gov Ex 1119 | RSCS000352 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| Gov Ex 1120 | RSCS000649 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| Gov Ex 1121 | RSCS000659 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| Gov Ex 1122 | RSCS000950 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| Gov Ex 1123 | RSCS000958 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| Gov Ex 1124 | RSCS001129 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| Gov Ex 1125 | RSCS001137 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| Gov Ex 1126 | RSCS001577 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| Gov Ex 1127 | RSCS002166 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| Gov Ex 1129 | RSCS004325 | Last page redacted |
| Gov Ex 1132 | RSCS022047 | |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| Gov Ex 1133 | RSCS022049 | Native and PDF |
| Gov Ex 1190 | TY-001230900 | |
| Gov Ex 1191 | TY-001230901 | Native and PDF |
| Gov Ex 1226 | PILGRIMS-0005856748 | |
| Gov Ex 1243 | RSCS004820 | Subject to redactions from prior trial (handwriting on page 2) |
| Gov Ex 1406 | GEODOJ_0579330 | |
| Gov Ex 1410 | KOCHFOODS-0000561602 | |
| Gov Ex 1435 | CLA_0191967 | |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| Gov Ex 1438-1 | PILGRIMS-DOJ-0002470763 | Native and PDF |
| Gov Ex 1500 *(DX A-280)* | CLA_0078000 | |
| Gov Ex 1501 *(DX A-281)* | CLA_0078001 | Native and PDF |
| Gov Ex 1503 | CLA_0078020 | |
| Gov Ex 1505 | CLA_0191549 | |
| Gov Ex 1515 | GEO_0000832908 | |
| Gov Ex 1524 | PILGRIMS-0002932695 | |
| Gov Ex 1525 | PILGRIMS-0002932696 | Native and PDF |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| Gov Ex 1526 | PILGRIMS-0002932765 | The Defendants agree to the admissibility of this document contingent upon the Government agreeing to include the attachments to this email (D-291 and D-292) as admissible. |
| Gov Ex 1529 | PILGRIMS-0002932786 | |
| Gov Ex 1530 | PILGRIMS-0002932787 | Native and PDF |
| Gov Ex 1531 | PILGRIMS-0002932788 | |
| Gov Ex 1532 | PILGRIMS-0002932789 | Native and PDF |
| Gov Ex 1552 | RSCS001545 | |
| Gov Ex 1569 | TY-002544937 | |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| Gov Ex 1583 | PILGRIMS-DOJ-0001231596 | |
| Gov Ex 1584 | PILGRIMS-DOJ-0001231597 | Native and PDF |
| Gov Ex 1728 | RSCS000343 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| Gov Ex 1729 *(DX F-792)* | RSCS001557 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| Gov Ex 1825 | PILGRIMS-DOJ-0000509332 | |
| Gov Ex 1826 *(DX E-468)* | PILGRIMS-DOJ-0000509333 | Native and PDF |
| Gov Ex 3028 | PILGRIMS-DOJ-0000180410 | |
| Gov Ex 3053 | PILGRIMS-DOJ-0004616686 | |
| Gov Ex 3074 | TY-004345675 | |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| Gov Ex 356 | CFA_0017986 | no redactions/limiting instructions 2598:16-2600:17 |
| Gov Ex 404 | GC-0000001394 | |
| Gov Ex 558 | PILGRIMS-DOJ-0002822851 | |
| Gov Ex 572 | PILGRIMS-DOJ-0003975692 | |
| Gov Ex 592 | POLCHKED0000540219 | |
| Gov Ex 702 | CLA_0076096 | |
| Gov Ex 703 | CLA_0076099 | Native and PDF |
| Gov Ex 710 | GEODOJ_0005007 | |
| Gov Ex 711 | GEODOJ_0005008 | Native and PDF |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| Gov Ex 733 | PILGRIMS-DOJ-0000412521 | |
| Gov Ex 748 | TY-000722084 | |
| Gov Ex 749 | TY-000722085 | Native and PDF |
| Gov Ex 900 | CLA_0072794 | |
| Gov EX 9004 *(DX A-603)* | CLA_0192875 | |
| Gov Ex 9690 | GEODOJ_0579331 | Native and PDF |
| Gov Ex 9691 | KOCHFOODS-0000561603 | Native and PDF |
| Gov Ex 9692 | CLA_0191550 | Native and PDF |
| Gov Ex 9696 | TY-002544938 | Native and PDF |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| Gov Ex 9726 | POLLO-ATR001-00000064 | |
| H-895 | PILGRIMS-DOJ-0001674224 | |
| H-976 | RSCS005539 | |
| I-228 | PILGRIMS-DOJ-0000110018 | |
| I-231 | POLCHKED0000541407 | |
| I-242 | TY-001295000 | |
| I-243 | TY-001295003 | Native and PDF |
| I-337 | CLA_0191792 | Redactions to top email |
| I-444 | CLA_0089184 | |
| I-448 | CLAXTON_0086734 | |
| I-452 | CLAXTON-0106156 | |