**ATTACHMENT C**

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| A-574 | CLA_0191955 | |
| A-579 | CLA_0191963 | |
| A-580 | CLA_0191964 | Native and PDF |
| B-881 | GEO_0000410074 | Pages 11-12 only |
| B-909 | GEO_0000734535 | |
| B-910 | GEO_0000734536 | |
| B-950 | GEODOJ_0001713 | |
| B-951 | GEODOJ_0001714 | Native and PDF |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| B-961 | GEODOJ_0006890 | |
| B-980 | GEODOJ_0166158 | |
| B-981 | GEODOJ_0166164 | Native and PDF |
| C-018 | GEODOJ_0225748 | |
| C-019 | GEODOJ_0225749 | |
| C-022 | GEODOJ_0225764 | Native and PDF |
| C-024 | GEODOJ_0225767 | Native and PDF |
| C-264 | KOCHFOODS-0000087800 | |
| C-378 | KOCHFOODS-0000230053 | |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| C-379 | KOCHFOODS-0000230054 | |
| C-460 | KOCHFOODS-0000259093 | Redacted Kantola statement: "Need mo' loads for this contract……PLEASE!!!!!" |
| C-461 | KOCHFOODS-0000259094 | |
| C-464 | KOCHFOODS-0000267824 | |
| C-477 | KOCHFOODS-0000548820 | Native and PDF |
| C-481 | KOCHFOODS-0000549047 | Native and PDF |
| C-483 | KOCHFOODS-0000549049 | |
| C-484 | KOCHFOODS-0000549051 | Native and PDF |
| D-186 | PILGRIMS-0002667169 | Native and PDF |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| D-324 | PILGRIMS-0002933494 | |
| D-325 | PILGRIMS-0002933495 | Native and PDF |
| D-326 | PILGRIMS-0002933496 | Native and PDF |
| D-543 | PILGRIMS-0005253004 | |
| D-544 | PILGRIMS-0005253005 | Native and PDF |
| D-545 | PILGRIMS-0005253006 | Native and PDF |
| D-568 | PILGRIMS-0005254479 | |
| D-569 | PILGRIMS-0005254480 | Native and PDF |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| D-570 | PILGRIMS-0005254481 | Native and PDF |
| D-571 | PILGRIMS-0005254482 | Native and PDF |
| D-572 | PILGRIMS-0005254483 | Native and PDF |
| D-573 | PILGRIMS-0005254487 | |
| D-574 | PILGRIMS-0005254488 | Native and PDF |
| D-580 | PILGRIMS-0005254494 | |
| D-581 | PILGRIMS-0005254495 | Native and PDF |
| D-835 | PILGRIMS-0005997252 | |
| D-989 (Gov Ex 817) | PILGRIMS-000765422 | Redacted to only show the first email in email chain. |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| D-990 (Gov Ex 818) | PILGRIMS-0007065424 | |
| E-280 | PILGRIMS-DOJ-0000176706 | |
| E-568 (Gov Ex 461) | PILGRIMS-DOJ-0000513765 | Subject to redaction of text below subject line. The attached bid was included on earlier stipulation. |
| F-745 | RSCS000215 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by EVP of Food Procurement". |
| F-746 | RSCS000221 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by EVP of Food Procurement". |
| F-751 | RSCS000335 | |
| F-752 | RSCS000343 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| F-753 | RSCS000352 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| F-760 | RSCS000640 | |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| F-761 | RSCS000649 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| F-763 | RSCS000665 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by EVP of Food Procurement". |
| F-764 | RSCS000671 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by EVP of Food Procurement". |
| F-765 | RSCS000677 | |
| F-770 | RSCS000950 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| F-771 | RSCS000958 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| F-774 | RSCS000968 | |
| F-779 | RSCS001129 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| F-780 | RSCS001137 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| F-781 | RSCS001143 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by EVP of Food Procurement". |
| F-782 | RSCS001149 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by EVP of Food Procurement". |
| F-791 | RSCS001545 | |
| F-793 | RSCS001577 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| F-794 | RSCS001582 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by EVP of Food Procurement". |
| F-800 | RSCS002166 | Redacted from first page only "SBRA INFORMATION IS CONFIDENTIAL…All requests for SBRA documentation from outside RSCS must be approved by SVP of Centralized Purchasing". |
| F-848 | RSCS019401 | |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
| --- | --- | --- |
| F-849 | RSCS019402 | Native and PDF |
| F-852 | RSCS019494 | |
| F-881 | RSCS021846 | |
| F-882 | RSCS021847 | Native and PDF |
| F-888 | RSCS022040 | |
| F-969 | RSCS029888 | |
| F-970 | RSCS029897 | |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| G-422 | TY-000613997 | |
| G-423 | TY-000613999 | Native and PDF |
| G-424 | TY-000614000 | Native and PDF |
| G-596 | TY-001186880 | |
| G-597 | TY-001186881 | Native and PDF |
| G-598 | TY-001186886 | |
| G-599 | TY-001186887 | Native and PDF |
| G-624 | TY-001216885 | |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| G-748 | TY-002544630 | |
| G-749 | TY-002544631 | Native and PDF |
| Gov Ex 1027 | MAR-JAC_0000576757 | |
| Gov Ex 1053 | PILGRIMS-0006003496 | Handwriting redacted; Native and PDF |
| Gov Ex 1145 | TY-000637803 | |
| Gov Ex 1146 | TY-000637804 | Native and PDF |
| Gov Ex 1165 | TY-000973765 | Native and PDF |
| Gov Ex 1166 | TY-000974491 | |
| Gov Ex 1167 | TY-000974492 | Native and PDF |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| Gov Ex 1402 | CLA_0191959 | |
| Gov Ex 1403 *(DX A-577)* | CLA_0191961 | |
| Gov Ex 1404 *(DX A-578)* | CLA_0191962 | Native and PDF |
| Gov Ex 1588 | TY-001187489 | |
| Gov Ex 1590 | TY-001187491 | Native and PDF |
| Gov Ex 1736 | PILGRIMS-0002933524 | |
| Gov Ex 1920 | RSCS018799 | |
| Gov Ex 1930 | RSCS019365 | |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| Gov Ex 230 | TY-000616147 | |
| Gov Ex 231 | TY-000616149 | Native and PDF |
| Gov Ex 232 | TY-000616151 | Native and PDF |
| Gov Ex 3070 | TY-003250371 | |
| Gov Ex 407 *(C-864)* | MJPoultry-0000061204 | |
| Gov Ex 408 *(C-865)* | MJPoultry-0000061206 | |
| Gov Ex 413 | MJPoultry-0000196845 | |
| Gov Ex 468 | GC-0000337800 | |
| Gov Ex 472 | GC-0000000016 | |
| Gov Ex 503 | CLAXTON_0089312 | |
| Gov Ex 514 | MJPoultry-0000458933 | |
| Gov Ex 540 | PILGRIMS-DOJ-0000502303 | |
| Gov Ex 593 | POLCHKED0000541016 | |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| Gov Ex 750 | TY-000722086 | Native and PDF |
| Gov Ex 854 | SYSCO-00001933 | |
| Gov Ex 855 | SYSCO-00001934 | |
| Gov Ex 9701 | SYSCO-00002079 | |
| Gov Ex 9871 *(DX I-536)* | RSCS030061 | |
| H-357 | TY-000647989 | |
| H-557 | TY-000647991 | Native and PDF |
| H-940 | MAR-JAC_0000576756 | |
| I-007 | TY-000716964 | |
| I-008 | TY-000716966 | Native and PDF |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| I-009 | TY-000716968 | Native and PDF |
| I-054 (Gov Ex 9697) | RSCS007976 | |
| I-229 | | |
| I-296 | PILGRIMS-0005252741 | |
| I-297 | PILGRIMS-0005252742 | |
| I-712 | TY-001295001 | |
| I-713 | TY-001295002 | |
| J-039 | GC-PENN000018 | |
| J-040 | GC-PENN000047 | |