**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. **JAYSON JEFFREY PENN,**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN,**
5. **WILLIAM WADE LOVETTE,**

      Defendants.

---

**GOVERNMENT'S AMENDED NOTICE OF EXHIBITS WITHOUT A TESTIFYING
WITNESS**

---

The government respectfully submits this Notice of Exhibits Without a Testifying

Witness.  This filing amends and supplants the government's previous notice. (Docket

No. 1294.)

(1) The following exhibits have been removed from the government's notice.

    a.  1510[1]

    b.  1511

    c.  9874

    d.  9984

---

[1] Exhibits 1510, 1511, 9874, 9984, 10018, 10047, 10602, 10603, 10604, and 10616
were listed among those that the Court scheduled for anticipated argument. (Docket No.
1335.)  Removing these exhibits from the government's notice should moot the need for
argument on these exhibits.

 e. 10018

 f. 10047

 g. 10602

 h. 10603

 i. 10604

 j. 10616

 k. 247

 l. 901

 m. 1177

(2) The below two exhibits have been added to the government's notice.

| Exhibit | Description | Basis For Admissibility | Prior Ruling(s) [2] |
|---|---|---|---|
| 6046 | Email chain between Mikell Fries and Scott Brady on or about 06/20/2013 (CLA_0192603) | Coconspirator Statement (801(d)(2)(E)) | Admissible (3/17/22 R. Tr. at 146:8-147:8); Coconspirator Statement (Docket No. 380-4 (*James* Log), 559 (Ruling), Entry 58) |
| 7046 | Excel Spreadsheet titled cost plus comparison industry.xls undated (PILGRIMS-DOJ-0000509329) | Opposing Party (Defendant Austin) Statement (801(d)(2)(A)) | Admissible (3/10/22 R. Tr. at 200:5-25); Admissible against Defendant Austin pending Authentication (Docket No. 1031-1) |

---

[2] All transcript citations are to the unofficial Trial Transcript.

# Exhibits from ECF 1086

| 108 | 443 | 587 | 1036 | 1427 | 1826 | 2002 |
|-----|-----|-----|------|------|------|------|
| 109 | 444 | 588 | 1051 | 1444 | 1846 | 2005 |
| 113 | 445 | 589 | 1056 | 1500 | 1847 | 3025 |
| 114 | 446 | 590 | 1058 | 1501 | 1848 | 3037 |
| 143 | 447 | 617 | 1066 | 1503 | 1849 | 6047 |
| 219 | 448 | 622 | 1074 | 1505 | 1850 | 6088 |
| 245 | 449 | 623 | 1119 | 1522 | 1851 | 6089 |
| 246 | 450 | 624 | 1120 | 1523 | 1852 | 6134 |
| 330 | 451 | 625 | 1121 | 1526 | 1853 | 6198 |
| 352 | 453 | 702 | 1122 | 1528 | 1854 | 6235 |
| 353 | 494 | 703 | 1123 | 1538 | 1856 | 6282 |
| 354 | 495 | 710 | 1124 | 1539 | 1858 | 7040 |
| 355 | 496 | 733 | 1125 | 1544 | 1862 | 8000 |
| 356 | 497 | 764 | 1126 | 1546 | 1864 | 8001 |
| 404 | 498 | 765 | 1127 | 1547 | 1882 | 8002 |
| 433 | 499 | 766 | 1132 | 1614 | 1894 | 8003 |
| 434 | 518 | 803 | 1133 | 1615 | 1923 | 8004 |
| 435 | 542 | 920 | 1175 | 1700 | 1959 | 8005 |
| 436 | 546 | 933 | 1190 | 1713 | 1960 | 8006 |
| 437 | 559 | 940 | 1191 | 1722 | 1961 | 8007 |
| 438 | 563 | 953 | 1238 | 1728 | 1962 | 8008 |
| 439 | 564 | 955 | 1247 | 1729 | 1963 | 8024 |
| 440 | 584 | 980 | 1256 | 1733 | 1964 | 8025 |
| 441 | 585 | 982 | 1258 | 1734 | 2000 | 8026 |
| 442 | 586 | 1035 | 1409 | 1825 | 2001 | 8027 |

| | | | | | |
|---|---|---|---|---|---|
| 8028 | 8054 | 8081 | 9010-1 | | |
| 8029 | 8055 | 8082 | D-839 | | |
| 8030 | 8057 | 8083 | E-570 | | |
| 8031 | 8058 | 8084 | E-873 | | |
| 8032 | 8059 | 8085 | E-874 | | |
| 8033 | 8060 | 8098 | I-141 | | |
| 8034 | 8061 | 9010 | | | |
| 8035 | 8062 | 9264 | | | |
| 8036 | 8063 | 9645 | | | |
| 8037 | 8064 | 9672 | | | |
| 8038 | 8065 | 9707 | | | |
| 8039 | 8066 | 9708 | | | |
| 8040 | 8067 | 9709 | | | |
| 8041 | 8068 | 9714 | | | |
| 8042 | 8069 | 9715 | | | |
| 8043 | 8071 | 9716 | | | |
| 8045 | 8072 | 9720 | | | |
| 8046 | 8073 | 9721 | | | |
| 8047 | 8074 | 9722 | | | |
| 8048 | 8075 | 9744 | | | |
| 8049 | 8076 | 9745 | | | |
| 8050 | 8077 | 9748 | | | |
| 8051 | 8078 | 1036-1 | | | |
| 8052 | 8079 | 410-1 | | | |
| 8053 | 8080 | 519-1 | | | |

# Exhibits Disclosed April 25, 2022

| 50 | 748 | 1747 | 9696 | 10036 | 1500-1 |
|----|-----|------|------|-------|--------|
| 51 | 749 | 1890 | 9703 | 10037 | 1700-1 |
| 52 | 750 | 1891 | 9710 | 10038 | 1713-1 |
| 53 | 959 | 3074 | 9743 | 10039 | 231-1 |
| 54 | 1008 | 5016 | 9816 | 10040 | 746-1 |
| 55 | 1025 | 9004 | 9833 | 10041 | 9255-1 |
| 56 | 1030 | 9018 | 9834 | 10042 | 9834-1 |
| 57 | 1069 | 9020 | 9870 | 10043 | |
| 58 | 1145 | 9265 | 9871 | 10044 | |
| 59 | 1146 | 9266 | 9876 | 10045 | |
| 60 | 1403 | 9267 | 9885 | 10046 | |
| 61 | 1404 | 9268 | 9905 | 10048 | |
| 62 | 1406 | 9269 | 9977 | 10049 | |
| 118 | 1407 | 9270 | 9980 | 10050 | |
| 119 | 1410 | 9272 | 10024 | 10051 | |
| 120 | 1427 | 9274 | 10026 | 10052 | |
| 221 | 1435 | 9275 | 10027 | 10053 | |
| 224 | 1438 | 9276 | 10028 | 10054 | |
| 230 | 1439 | 9278 | 10029 | 10055 | |
| 231 | 1514 | 9279 | 10030 | 10056 | |
| 232 | 1515 | 9281 | 10031 | 10057 | |
| 234 | 1542 | 9690 | 10032 | 10581 | |
| 413 | 1552 | 9691 | 10033 | 10605 | |
| 618 | 1569 | 9692 | 10034 | 10651 | |
| 744 | 1707 | 9694 | 10035 | 1438-1 | |

## Exhibits Disclosed May 4, 2022

| | | | | | |
|---|---|---|---|---|---|
| 10666 | | | | | |
| 410-2 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# Exhibits Disclosed May 21, 2022

| | | | | | |
|---|---|---|---|---|---|
| 6046 | | | | | |
| 7046 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Dated: May 21, 2022                Respectfully submitted,

<u>/s/ Aidan McCarthy</u>
AIDAN MCCARTHY
KEVIN B. HART
LESLIE A. WULFF
PAUL J. TORZILLI
DANIEL A. LOVELAND, JR.
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 549-6183
Email: aidan.mccarthy@usdoj.gov
*Attorneys for the United States*