IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

     Plaintiff,

     v.

JAYSON JEFFREY PENN,
MIKELL REEVE FRIES,
SCOTT JAMES BRADY,
ROGER BORN AUSTIN,
WILLIAM WADE LOVETTE,

     Defendants.

No. 20-cr-00152-PAB

## ENTRY OF APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record:

     I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:  Jayson Jeffrey Penn.

Dated:  May 24, 2022

Respectfully submitted,

*s/ Margaret Tomlinson*
Margaret Tomlinson
O'MELVENY & MYERS LLP
Attorney for Jayson Jeffrey Penn
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
(415) 984-8700
mtomlinson@omm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

Dated: May 24, 2022

*s/ Margaret Tomlinson*

Margaret Tomlinson