IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN, and
8. WILLIAM WADE LOVETTE,

    Defendants.

_____

## MINUTE ORDER
_____

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the Motion for Order Regarding Agreement Between the United States and All Five Defendants [Docket No. 1338]. The parties ask the Court to enter an order stating that all parties are governed by the Omnibus Agreement Regarding Authenticity, Federal Rule of Evidence 803(6) Foundation, Venue, Phone Records, and Places of Employment [Docket No. 1338-1], which they have each signed. Finding good cause, it is

    **ORDERED** that the Motion for Order Regarding Agreement Between the United States and All Five Defendants [Docket No. 1338] is **GRANTED**. It is further

    **ORDERED** that all parties are governed by the Omnibus Agreement Regarding Authenticity, Federal Rule of Evidence 803(6) Foundation, Venue, Phone Records, and Places of Employment [Docket No. 1338-1].

    DATED May 24, 2022.