IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: May 25, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,  Leslie Wulff
　　　　　　　　　　　　　　　　Kevin Hart
　　　　　　　　　　　　　　　　Daniel Loveland
　　　　　　　　　　　　　　　　Paul Torzilli

　　　Plaintiff,

v.

1. JAYSON JEFFREY PENN,　　　Michael Tubach
　　　　　　　　　　　　　　　　Anna Pletcher
　　　　　　　　　　　　　　　　Brian Quinn
　　　　　　　　　　　　　　　　Kelse Moen
2. MIKELL REEVE FRIES,　　　　Richard Kornfeld
　　　　　　　　　　　　　　　　David Beller
　　　　　　　　　　　　　　　　Kelly Page
3. SCOTT JAMES BRADY,　　　　Bryan Lavine (VTC)
　　　　　　　　　　　　　　　　Laura Kuykendall
4. ROGER BORN AUSTIN,　　　　Michael Feldberg
　　　　　　　　　　　　　　　　Laura Carwile
　　　　　　　　　　　　　　　　Julie Withers
8. WILLIAM WADE LOVETTE,　　John Fagg, Jr.
　　　　　　　　　　　　　　　　Dru Nielsen
　　　　　　　　　　　　　　　　James McLoughlin (VTC)
　　　　　　　　　　　　　　　　Frank Schall
　　　　　　　　　　　　　　　　Fielding Huseth

　　　Defendants.

**COURTROOM MINUTES**

**TRIAL PREPARATION CONFERENCE**

**9:09 a.m.**

Appearances of counsel.  Defendants present on bond.  Mr. Fries, Mr. Brady, and Mr. Austin appear via VTC.

The matter is set for a 19-day jury trial to begin on June 6, 2022 at 8:00 a.m.

Discussion regarding trial schedule, mask requirement, jury selection of 14 jurors, opening statements limited to 20 minutes per party, voir dire by counsel, witnesses, and exhibits.

**ORDERED:   Witnesses will be sequestered.**

Discussion regarding exhibits listed in Docket No. [1335].

**10:35 a.m.     Court in recess.**
**10:51 a.m.     Court in session.**

Continued discussion regarding exhibits listed in Docket No. [1335].

**11:54 a.m.     Court in recess.**
**1:35 p.m.      Court in session.**

Continued discussion regarding exhibits listed in Docket No. [1335].

**ORDERED:   Defendants' Motion in Limine 3: To Exclude "Summary" Exhibits [1304] is GRANTED IN PART, DENIED IN PART, and RESERVED IN PART, as discussed.**

**ORDERED:   Mr. Lavine's request to disclose documents to corporate counsel with respect to Mr. Finch is GRANTED.**

**ORDERED:   Bond is continued as to all defendants.**

**2:23 p.m.      Court in recess.**

Hearing concluded.
Total time in court:    3:17