IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN, and
8. WILLIAM WADE LOVETTE,

      Defendants.

_____

## MINUTE ORDER
_____

**Entered by Chief Judge Philip A. Brimmer**

      This matter is before the Court on the United States' Motion to Impanel Four Alternate Jurors [Docket No. 1357]. The government asks the Court to increase the number of alternate jurors in this case from two to four. *Id.* The motion indicates that defendants do not object to increasing the number of alternates to three, provided they receive 12 peremptory challenges. *Id.* at 1 n.1.

      Given the rising COVID-19 numbers in the Denver metropolitan area and in the State of Colorado, the Court will use three alternates. Under Fed. R. Crim. P. 24, the government will have 8 peremptory challenges and the defendants will have 12. Additionally, the Court will order that all persons in Courtroom A201, with the exception of witnesses while testifying, will be required to wear face masks. Wherefore, it is

      **ORDERED** that the United States' Motion to Impanel Four Alternate Jurors [Docket No. 1357] is **GRANTED in part** and **DENIED in part**. It is further

      **ORDERED** that the Court will use three alternate jurors. It is further

      **ORDERED** that all persons in Courtroom A201, with the exception of witnesses while testifying, are required to wear face masks.

      DATED June 2, 2022.