# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB     Date: 06/02/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint  WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Michael Ledford | 6/15/2022 - 5 hours |
| Richard Eddington | 6/15/2022 to 6/16/2022 - 3 hours |
| Mike Brown | 6/16/2022 - 45 minutes |
| Brenda Ray | 6/16/2022 - 2 hours |
| Darrell Bowlin | 6/16/2022 - 1 hour |
| Brandon Campbell | 6/16/2022 - 1 hour |
| Rhonda Warble | 6/16/2022 to 6/27/2022 - 1.5 hours |
| Rangell Capparelli | 6/27/2022 - 2 hours |
| Bruce Bagshaw | 6/27/2022 - 30 minutes |
| Marcus Shelton | 6/27/2022 - 30 minutes |
| Greg Finch | 6/27/2022 to 6/28/2022 - 4 hours |
| Kent Kronauge | 6/28/2022 - 3 hours |
| Edward Snyder | 6/28/2022 to 6/29/2022 - 5 hours |
| Eric Oare | 6/29/2022 - 2 hours |
| Kyle Bolin | 6/29/2022 to 6/30/2022 - 2 hours |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB                 Date: 06/02/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint (Plaintiff/Defendant) WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Sidney Prince | 6/30/2022 - 1.5 hours |
| John Curran | 6/30/2022 - 2 hours |
| Matthew Boarman | 6/30/2022 - 45 minutes |
| Sheri Garland | 6/30/2022 - 30 minutes |
| Melissa (Swain) Hoyt | 6/30/2022 - 30 minutes |
| Kendra Waldbusser | 6/30/2022 to 7/5/2022 - 1.5 hours |
| Matthew Herman | 7/5/2022 - 1 hour |
| Agent LaNard Taylor* | 7/5/2022 - 2 hours |
| Pilgrim's Pride Custodian | 7/5/2022 - 30 minutes |
| Joseph Pochron | 7/5/2022 - 2 hours |
| Bob Glied | 7/6/2022 - 1 hour |
| KFC Franchisees | 7/6/2022 - 45 minutes |
| Barry Barnett | 7/6/2022 - 1 hour |
| Bill Kantola | 7/6/2022 - 2 hours |
| Tim Mulrenin | 7/6/2022 to 7/7/2022 - 2 hours |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 20-cr-00152-PAB     Date: 06/02/2022

Case Title: U.S. v. Penn

Defendants' Amended Joint WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Brian Roberts | 7/7/2022 - 2 hours |
| Ric Blake | 7/7/2022 - 2 hours |
| Robert Daines | 7/7/2022 - 2 hours |
| Wayne Guay | 7/7/2022 to 7/8/2022 - 2 hours |

*Defendants reserve the right to substitute this witness with another agent to provide the same or similar testimony as Defendants intend to elicit from the witness identified.

**Defendants have attempted to provide a reasonable witness list based on their current understanding of the Government's case. However, the Defendants reserve the right to remove additional witnesses or supplement with additional witnesses after hearing testimony or argument presented during the Government's case-in-chief. Defendants also reserve the right to call any witnesses that the Government has designated on any of its witness lists filed for this trial.

***The Defendants' witness schedule is based on the Government's projection that it will rest on June 14 and known witness conflicts. Defendants reserve the right to modify the schedule depending on when the Government rests its case and the availability of the Defense witnesses.