IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. WILLIAM WADE LOVETTE,

    Defendants.

**MOTION FOR ORDER REGARDING AGREEMENT
BETWEEN THE UNITED STATES AND ALL FIVE DEFENDANTS**

The United States of America and all five Defendants, by and through counsel, have entered into the attached Second Omnibus Agreement Regarding Federal Rule of Evidence 803(6) Foundation, Venue, and Defendant Photographs. As a result, all Parties request that the Court enter the Attached Proposed Order Regarding the Federal Rule of Evidence 803(6) Foundation of Certain Documents, Venue, and Defendant Photographs.

Dated:  June 4, 2022

*s/ John A. Fagg, Jr.*
John A. Fagg, Jr.
MOORE & VAN ALLEN PLLC
Attorney for William Wade Lovette
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-3622
johnfagg@mvalaw.com

*s/ Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, P.C.
Attorney for Mikell Reeve Fries
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900

rick@rklawpc.com

*s/ Bryan Lavine*
Bryan Lavine
TROUTMAN PEPPER HAMILTON SANDERS LLP
Attorney for Scott James Brady
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

Respectfully submitted,

*s/ Michael F. Tubach*
Michael F. Tubach
O'MELVENY & MYERS LLP
Attorney for Jayson Jeffrey Penn
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
(415) 984-8700
mtubach@omm.com

*s/ Michael S. Feldberg*
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
Attorney for Roger Born Austin
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com

*s/ Kevin B. Hart*
Kevin B. Hart
Antitrust Division
U.S. DEPARTMENT OF JUSTICE
Attorney for the United States
450 Fifth Street NW, Suite 11048
Washington, DC 20530
(202) 598-8242
kevin.hart@usdoj.gov

3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF system which will send notification of such filing to all listed parties.

*/s Michael F. Tubach*
Michael F. Tubach