# ATTACHMENT D

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| 410-2 | MJPoultry-0000081260 | |
| 1513 | GEO_0000808863 | |
| 1534 | PILGRIMS-0003503055 | |
| 9702 | SYSCO-00002080 | |
| 10048 | PILGRIMS2-DOJ-0000000001 | |
| 10049 | PILGRIMS2-DOJ-0000000002 | |
| 10050 | PILGRIMS2-DOJ-0000000003 | |
| 10051 | PILGRIMS2-DOJ-0000000004 | |
| 10052 | PILGRIMS2-DOJ-0000000005 | |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| 10053 | PILGRIMS2-DOJ-0000000006 | |
| 10054 | PILGRIMS2-DOJ-0000000007 | |
| A-112 | CASEDOJ-JM-0000049407 | |
| A-113 | CASEDOJ-JM-0000049409 | |
| A-552 | CLA_0191599 | |
| A-553 | CLA_0191600 | |
| A-559 | CLA_0191786 | |
| A-560 | CLA_0191787 | |

| Exhibit Number | Bates Number | Redactions, Specific Pages, or Other Notes |
|---|---|---|
| A-575 | CLA_0191956 | |
| A-645 | CLA_0194231 | |
| A-646 | CLA_0194232 | |
| C-938 | OKFoodsDOJ-00357779 | |
| J-046 | PILGRIMS-DOJ-0002130143 | |