IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. WILLIAM WADE LOVETTE,

    Defendants.

## [PROPOSED] ORDER

**The Court hereby finds** that all Parties have entered into a Second Omnibus Agreement Regarding Federal Rule of Evidence 803(6) Foundation, Venue, and Defendant Photographs ("the Agreement"). ECF No. __. **It is hereby ordered** that all Parties are governed by the Agreement.

**SO ORDERED** this __ day of June, 2022.

                BY THE COURT:

                _____

                PHILIP A. BRIMMER
                Chief United States District Judge