**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Chief Judge Philip A. Brimmer**

Criminal Action No.: 20-cr-00152-PAB          Date:  June 6, 2022
Courtroom Deputy:  Sabrina Grimm/Emily Buchanan     Court Reporter:   Janet Coppock

_Parties:_                                          _Counsel:_

UNITED STATES OF AMERICA,                    Leslie Wulff
                                             Kevin Hart
                                             Daniel Loveland
                                             Paul Torzilli


       Plaintiff,

v.

 1.  JAYSON JEFFREY PENN,                     Michael Tubach
                                             Anna Pletcher
                                             Brian Quinn
 2.  MIKELL REEVE FRIES,                      Richard Kornfeld
                                             David Beller
                                             Kelly Page
 3.  SCOTT JAMES BRADY,                       Bryan Lavine
                                             Laura Kuykendall
 4.  ROGER BORN AUSTIN,                       Michael Feldberg
                                             Laura Carwile
                                             Julie Withers
 8.  WILLIAM WADE LOVETTE,                    John Fagg, Jr.
                                             Dru Nielsen
                                             Frank Schall


       Defendants.

---

**COURTROOM MINUTES**

---

**JURY TRIAL – DAY 1**

**8:01 a.m.**

Appearances of counsel.  Defendants present on bond.

Discussion regarding an additional alternate juror, transceivers, openings, voir dire, peremptory challenges, time limits, potential conflict with a juror, and other trial procedures.

**8:18 a.m.        Court in recess.**
**8:48 a.m.        Court in session.**

Jury panel present.  35 jurors seated in the jury box.

Statement by the Court.

Court's preliminary remarks and introduction of staff, counsel, and parties.

Jury panel sworn for voir dire.

9:15 a.m.        Voir dire by the Court.

9:23 a.m. to 9:27 a.m.        Bench conference.

Voir dire by the Court continues.

**9:30 a.m.        Court in recess.**
**10:00 a.m.        Court in session.**

Voir dire by the Court continues.

10:15 a.m. to 10:17 a.m.        Bench conference.

Voir dire by the Court continues.

10:18 a.m. to 10:29 a.m.        Bench conference.

Voir dire by the Court continues.

10:30 a.m. to 10:33 a.m.        Bench conference.

Voir dire by the Court continues.

10:33 a.m. to 10:36 a.m.        Bench conference.

Voir dire by the Court continues.

10:37 a.m. to 10:39 a.m.        Bench conference.

Voir dire by the Court continues.

**12:00 p.m.        Court in recess.**

**1:22 p.m.      Court in session.**

Voir dire by the Court continues.

2:26 p.m.      Voir dire by Ms. Wulff.

2:46 p.m. to 3:03 p.m.      Bench conference.

Voir dire by Ms. Wulff continues.

**3:15 p.m.      Court in recess.**
**3:36 p.m.      Court in session.**

3:37 p.m. to 3:39 p.m.      Bench conference.

Voir dire by the Court.

Voir dire by Ms. Wulff continues.

4:00 p.m.      Voir dire by Ms. Nielsen.

4:25 p.m.      Voir dire by Mr. Beller.

Court instructs jury.  Jury excused until June 7, 2022 at 8:45 a.m.

Court will reconvene at 8:00 a.m. tomorrow.

**ORDERED:  Defendants are permitted to file a response to [1369] on or before
                June 7, 2022 by noon.**

**ORDERED:  Bond is continued as to all defendants.**

**5:08 p.m.      Court in recess.**

Trial continued.
Total time in court:    6:24