**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

Case No.  1:20-cr-00152-PAB          Date:  June 8, 2022

Case Title:  United States v. Jayson Penn et al.

UNITED STATES WITNESS LIST

| WITNESS (FACT WITNESS IN **BOLD**) | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY* |
|---|---|
| **Sara Fisher** | 6/7 – 3.5 hours |
| Rachel Evans[1] | 6/8 – 2 hours |
| **Robert Bryant** | 6/8 - 6/9 –10 hours |
| Ted Sangalis | 6/13 – 1.5 hours |
| Florence Becker | 6/13 – 0.75 hours |
| **Robert Lewis** | 6/13 – 3 hours |
| **Peter Suerken** | 6/13 - 6/14 – 4 hours |
| FBI Tactical Specialist Rebecca Nelson | 6/14 – 2 hours |

[1] The government reserves the right to substitute this person to provide the same or similar testimony as it intends to elicit from the witness identified on this list.

* The government's estimated length of testimony is based on its planned direct examination, and estimated cross-examination and redirect length based on prior trials, discounted for the reduction in the number of defendants.