IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. **JAYSON JEFFREY PENN,**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN,**
5. **WILLIAM WADE LOVETTE,**

     Defendants.

---

**NOTICE OF GOVERNMENT'S PLAN TO INTRODUCE EXHIBITS WITHOUT A SPONSORING OR AUTHENTICATING WITNESS AND BASIS FOR ADMISSION**

---

     The government respectfully provides the Court with its plan to introduce exhibits without a sponsoring or authenticating witness as well as the basis for each unsponsored exhibit's admission.  This notice combines information from and supplants previous notices at Docket Nos. 1372, 1375.

     As previously detailed in Docket No. 1367, the government intends to offer 30 exhibits that were not included in its timely notice of exhibits without a testifying witness. (Docket No. 1341).  The admissibility of these exhibits was previously established either by agreements between the government and Defendants or the Court's rulings. In fact, all but one of these 30 exhibits are subject to an agreement with the Defense (424).

Therefore, the timing of this disclosure does not unfairly prejudice the Defendants. The 30 exhibits are as follows:

| |
|---|
| 424 |
| 900 |
| 981 |
| 1231 |
| 1232 |
| 1233 |
| 1234 |
| 1235 |
| 1236 |
| 1237 |
| 1239 |
| 1240 |
| 1241 |
| 1248 |
| 1249 |
| 1426 |
| 1428 |
| 1430 |
| 1432 |
| 1434 |
| 1442 |
| 1524 |
| 1525 |
| 1583 |
| 1584 |
| 1736 |
| A-626 |
| A-627 |
| D-330 |
| D-788 |

The government will move for admission of the exhibits detailed in Attachment A early in its case-in-chief.  Attachment A details the basis for admission of each exhibit.[1]

---

[1] The Court reserved ruling on four exhibits previously ruled admissible as coconspirator statements in the last trial, 1846-1849, based on defense objections about

After admission, the government may publish these exhibits throughout trial as appropriate.

Pursuant to the Court's request that unsponsored exhibits subject to a limiting instruction be published at the time they are admitted, the government may also publish and admit the 43 exhibits detailed in Attachment B. The government reserves the right to choose whether to admit each of these exhibits throughout trial as appropriate.

The government will also admit and publish summary charts 50-53 and 56-62 at some point after the exhibits underlying each chart are admitted.

Dated: June 8, 2022                            Respectfully submitted,

/s/ Aidan D. McCarthy
KEVIN B. HART
LESLIE A. WULFF
PAUL J. TORZILLI
DANIEL A. LOVELAND, JR.
MATTHEW CHOU
AIDAN D. MCCARTHY
KAITLYN E. BARRY
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 549-6183
Email: aidan.mccarthy@usdoj.gov
*Attorneys for the United States*

---

completeness. (*Compare* Docket No. 1363 *with* Docket No. 1031-1.) The government will moot the Defendants' objections to the admission of exhibits 1846-1849 by admitting exhibit 6235 concurrently.