# Attachment A

| Exhibit No. | Ruling on Authentication | Ruling on Admissibility | Basis of Admissibility |
|---|---|---|---|
| 119 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 57) |
| 143 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 219 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 315) |
| 230 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-4) |
| 231 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-4) |
| 232 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-4) |
| 245 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 246 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 330 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E ) (*James* log entry 88) |
| 352 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 353 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 354 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 355 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E ) (*James* log entry 91) |
| 356 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 404 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 413 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-4) |
| 424 | Docket No. 1338-2 | Docket No. 559 | 801(d)(2)(E) (*James* Log entry 189) |
| 433 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 177) |
| 434 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 177) |
| 435 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 177) |
| 436 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 177) |
| 437 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 177) |
| 438 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 177) |

| Exhibit No. | Ruling on Authentication | Ruling on Admissibility | Basis of Admissibility |
|---|---|---|---|
| 439 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 177) |
| 440 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 177) |
| 441 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 177) |
| 442 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 177) |
| 443 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 177) |
| 444 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 177) |
| 445 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 177) |
| 446 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 177) |
| 447 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) |
| 448 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 186) |
| 453 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 176) |
| 494 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 495 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 496 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 497 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 498 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 174) |
| 499 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 518 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 26) |
| 546 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 137) |
| 563 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 152) |
| 564 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 153) |
| 584 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 585 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |

| Exhibit No. | Ruling on Authentication | Ruling on Admissibility | Basis of Admissibility |
|---|---|---|---|
| 586 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 587 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 588 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 589 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 590 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 617 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 205) |
| 622 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 623 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 624 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 625 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 702 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 703 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 710 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 733 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 748 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 749 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 750 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 764 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 765 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 766 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 803 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 224) |
| 900 | Docket No. 1338-2 | Docket No. 1338-3 | 803(6) agreement (Docket No. 1338-3) |
| 920 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 97) |

| Exhibit No. | Ruling on Authentication | Ruling on Admissibility | Basis of Admissibility |
|---|---|---|---|
| 940 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 184) |
| 959 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 143) |
| 980 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 981 | Docket No. 1338-1 | Docket No. 1338-1 | 803(6) agreement (Docket No. 1338-1) |
| 982 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 27) |
| 1008 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1025 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1035 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 117) |
| 1036 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1051 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 131) |
| 1058 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 119) |
| 1066 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 126) |
| 1069 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(A) |
| 1074 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 120) |
| 1119 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1120 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1121 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1122 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1123 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1124 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1125 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1126 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1127 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |

| Exhibit No. | Ruling on Authentication | Ruling on Admissibility | Basis of Admissibility |
|---|---|---|---|
| 1132 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1133 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1145 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-4) |
| 1146 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-4) |
| 1175 | Docket No. 1363 | Docket No. 1363 | Effect on listener |
| 1190 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1191 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1231 | Docket No. 1338-1 | Docket No. 1338-1 | 803(6) agreement (Docket No. 1338-1) |
| 1232 | Docket No. 1338-1 | Docket No. 1338-1 | 803(6) agreement (Docket No. 1338-1) |
| 1233 | Docket No. 1338-1 | Docket No. 1338-1 | 803(6) agreement (Docket No. 1338-1) |
| 1234 | Docket No. 1338-1 | Docket No. 1338-1 | 803(6) agreement (Docket No. 1338-1) |
| 1235 | Docket No. 1338-1 | Docket No. 1338-1 | 803(6) agreement (Docket No. 1338-1) |
| 1236 | Docket No. 1338-1 | Docket No. 1338-1 | 803(6) agreement (Docket No. 1338-1) |
| 1237 | Docket No. 1338-1 | Docket No. 1338-1 | 803(6) agreement (Docket No. 1338-1) |
| 1238 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 133) |
| 1239 | Docket No. 1338-1 | Docket No. 1338-1 | 803(6) agreement (Docket No. 1338-1) |
| 1240 | Docket No. 1338-1 | Docket No. 1338-1 | 803(6) agreement (Docket No. 1338-1) |
| 1241 | Docket No. 1338-1 | Docket No. 1338-1 | 803(6) agreement (Docket No. 1338-1) |
| 1247 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) |
| 1248 | Docket No. 1338-1 | Docket No. 1338-1 | 803(6) agreement (Docket No. 1338-1) |
| 1249 | Docket No. 1338-1 | Docket No. 1338-1 | 803(6) agreement (Docket No. 1338-1) |
| 1403 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-4) |
| 1404 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-4) |
| 1406 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |

| Exhibit No. | Ruling on Authentication | Ruling on Admissibility | Basis of Admissibility |
|---|---|---|---|
| 1407 | Docket No. 1363 | Docket No. 1363 | - |
| 1409 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 19) |
| 1410 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1426 | Docket No. 1338-1 | Docket No. 1338-1 | 803(6) agreement (Docket No. 1338-1) |
| 1427 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 27) |
| 1428 | Docket No. 1338-1 | Docket No. 1338-1 | 803(6) agreement (Docket No. 1338-1) |
| 1430 | Docket No. 1338-1 | Docket No. 1338-1 | 803(6) agreement (Docket No. 1338-1) |
| 1432 | Docket No. 1338-1 | Docket No. 1338-1 | 803(6) agreement (Docket No. 1338-1) |
| 1434 | Docket No. 1338-1 | Docket No. 1338-1 | 803(6) agreement (Docket No. 1338-1) |
| 1435 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1438 | Docket No. 1363 | Docket No. 1363 | - |
| 1439 | Docket No. 1363 | Docket No. 1363 | - |
| 1442 | Docket No. 1338-1 | Docket No. 1338-1 | 803(6) agreement (Docket No. 1338-1) |
| 1444 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 1500 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1501 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1503 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1505 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1514 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 36) |
| 1515 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1522 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 35) |
| 1523 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 35) |
| 1524 | Docket No. 1338-2 | Docket No. 1338-3 | 803(6) agreement (Docket No. 1338-3) |
| 1525 | Docket No. 1338-2 | Docket No. 1338-3 | 803(6) agreement (Docket No. 1338-3) |

| Exhibit No. | Ruling on Authentication | Ruling on Admissibility | Basis of Admissibility |
|---|---|---|---|
| 1526 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1528 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 22) |
| 1538 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 33) |
| 1539 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 33) |
| 1542 | Docket No. 1363 | Docket No. 1363 | - |
| 1544 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 32) |
| 1552 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1569 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1583 | Docket No. 1338-2 | Docket No. 1338-3 | 803(6) agreement (Docket No. 1338-3) |
| 1584 | Docket No. 1338-2 | Docket No. 1338-3 | 803(6) agreement (Docket No. 1338-3) |
| 1614 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 1615 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 43) |
| 1722 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 40) |
| 1728 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1729 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1733 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 1734 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 43) |
| 1736 | Docket No. 1338-2 | Docket No. 1338-4 | 803(6) agreement (Docket No. 1338-4) |
| 1825 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1826 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1846 | Docket No. 1338-2 | Docket No. 559 | 801(d)(2)(E) (*James* Log entry 243) |
| 1847 | Docket No. 1338-2 | Docket No. 559 | 801(d)(2)(E) (*James* Log entry 243) |
| 1848 | Docket No. 1338-2 | Docket No. 559 | 801(d)(2)(E) (*James* Log entry 243) |

| Exhibit No. | Ruling on Authentication | Ruling on Admissibility | Basis of Admissibility |
|---|---|---|---|
| 1849 | Docket No. 1338-2 | Docket No. 559 | 801(d)(2)(E) (*James* Log entry 243) |
| 1850 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 316) |
| 1851 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 316) |
| 1852 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 316) |
| 1853 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 316) |
| 1854 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 316) |
| 1856 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 316) |
| 1858 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 316) |
| 1862 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 316) |
| 1864 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 262) |
| 1894 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 261) |
| 1923 | Docket No. 1363 | Docket No. 1363 | - |
| 1959 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 1960 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 1961 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 1962 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 1963 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 1964 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 2000 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 313) |
| 2005 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 193) |
| 3025 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 65) |
| 3074 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 5016 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 211) |

| Exhibit No. | Ruling on Authentication | Ruling on Admissibility | Basis of Admissibility |
|---|---|---|---|
| 6046 | Docket No. 1338-2 | Docket No. 1050 | 801(d)(2)(E) (*James* Log entry 56) |
| 6047 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 59) |
| 6088 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 228) |
| 6089 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 228) |
| 6134 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 314) |
| 6235 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 243) |
| 6282 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 64) |
| 7040 | Docket No. 1363 | Docket No. 1363 | - |
| 8000 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8001 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8002 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8003 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8004 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8005 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8006 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8007 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8008 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8024 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8025 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8026 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8027 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8028 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8029 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |

| Exhibit No. | Ruling on Authentication | Ruling on Admissibility | Basis of Admissibility |
|---|---|---|---|
| 8030 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8031 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8032 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8033 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8034 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8035 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8036 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8037 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8038 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8039 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8040 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8041 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8042 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8043 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8045 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8046 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8047 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8048 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8049 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8050 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8051 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8052 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8053 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |

| Exhibit No. | Ruling on Authentication | Ruling on Admissibility | Basis of Admissibility |
|---|---|---|---|
| 8054 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8055 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8057 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8058 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8059 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8060 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8061 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8062 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8063 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8064 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8065 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8066 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8067 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8068 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8069 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8071 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8072 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8073 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8074 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8075 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8076 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8077 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8078 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |

| Exhibit No. | Ruling on Authentication | Ruling on Admissibility | Basis of Admissibility |
|---|---|---|---|
| 8079 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8080 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8081 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8082 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8083 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8084 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 8085 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 9004 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 9010 | Docket No. 1363 | Docket No. 1363 | Non-hearsay |
| 9264 | Docket No. 1363 | Docket No. 1363 | Non-hearsay |
| 9645 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 9672 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 9690 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 9691 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 9692 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 9694 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 9696 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 9710 | Docket No. 1338-2 | Docket No. 1363 | - |
| 9716 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 9720 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 9721 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 9722 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 9744 | Docket No. 1363 | Docket No. 1363 | - |
| 9745 | Docket No. 1363 | Docket No. 1363 | - |
| 9748 | Docket No. 1363 | Docket No. 1363 | - |
| 9871 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-4) |

| Exhibit No. | Ruling on Authentication | Ruling on Admissibility | Basis of Admissibility |
|---|---|---|---|
| 9876 | Docket No. 1363 | Docket No. 1363 | - |
| 9885 | Docket No. 1363 | Docket No. 1363 | - |
| 9980 | Docket No. 1338-1 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 10024 | Docket No. 1338-1 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 10026 | Docket No. 1338-1 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 10055 | Docket No. 1338-1 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 10056 | Docket No. 1338-1 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 10666 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-1) |
| 1036-1 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 117) |
| 1438-1 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1338-3) |
| 1500-1 | Docket No. 1363 | Docket No. 1363 | - |
| 1700-1 | Docket No. 1363 | Docket No. 1363 | - |
| 1713-1 | Docket No. 1363 | Docket No. 1363 | - |
| 231-1 | Docket No. 1363 | Docket No. 1363 | - |
| 410-1 | Docket No. 1363 | Docket No. 1363 | Non-hearsay |
| 410-2 | Docket No. 1363 | Docket No. 1363 | 803(6) agreement (Docket No. 1366-2) |
| 9010-1 | Docket No. 1363 | Docket No. 1363 | Non-hearsay |
| A-612 (1747) | Docket No. 1363 | Docket No. 1363 | - |
| A-626 | Docket No. 1338-2 | Docket No. 1338-3 | 803(6) agreement (Docket No. 1338-3) |
| A-627 | Docket No. 1338-2 | Docket No. 1338-3 | 803(6) agreement (Docket No. 1338-3) |
| D-330 | Docket No. 1338-2 | Docket No. 1338-3 | 803(6) agreement (Docket No. 1338-3) |
| D-788 | Docket No. 1338-2 | Docket No. 1338-3 | 803(6) agreement (Docket No. 1338-3) |