# Attachment B

| Exhibit No. | Ruling on Authentication | Ruling on Admissibility | Basis of Admissibility | Limiting Instruction (as ordered at Docket No. 1363 and otherwise) |
|---|---|---|---|---|
| 108 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 51) | Mr. Bradley's statements can only be considered for their effect on the listener. |
| 109 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 52) | Mr. Bradley's statements can only be considered for their effect on the listener. |
| 113 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 50) | Mr. Bradley's statements can only be considered for their effect on the listener. |
| 114 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) | Mr. Bradley's statements can only be considered for their effect on the listener. |
| 118 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 56) | Mr. Bradley's statements can only be considered for their effect on the listener. |
| 120 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 49) | Mr. Bradley's statements can only be considered for their effect on the listener. |
| 221 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 79) | the statements of Ms. Knust, Mr. Lubert, Mr. Ramsey, Mr. Bolin, Mr. Hannigan, and Mr. Scheiderer cannot be considered for their truth, but only for their effect on the listener. |
| 224 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 78) | the statements of Ms. Knust and Mr. Hannigan cannot be considered for their truth, but only for their effect on the listener. |
| 449 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 188) | Exhibits 449, 450, and 451, 9707, and 9708 are required to be admitted at the same time under the rule of completeness. |
| 450 | Docket No. 1363 | Docket No. 1363 | Effect on listener | Exhibits 449, 450, and 451, 9707, and 9708 are required to be admitted at the same time under the rule of completeness.<br><br>this exhibit is admissible only for the effect on the listener. |
| 451 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 188) | Exhibits 449, 450, and 451, 9707, and 9708 are required to be admitted at the same time under the rule of completeness. |
| 9707 | Docket No. 1363 | Docket No. 1363 | - | Exhibits 449, 450, and 451, 9707, and 9708 are required to be admitted at the same time under the rule of completeness. |

| Exhibit No. | Ruling on Authentication | Ruling on Admissibility | Basis of Admissibility | Limiting Instruction (as ordered at Docket No. 1363 and otherwise) |
|---|---|---|---|---|
| 9708 | Docket No. 1363 | Docket No. 1363 | - | Exhibits 449, 450, and 451, 9707, and 9708 are required to be admitted at the same time under the rule of completeness. |
| 519-1 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 173) | the statements of Mr. Long can be considered for the effect on the listener, but not for the truth. |
| 542 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 154) | Mr. Lawson's statements can only be considered for their effect on the listener. |
| 559 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 113) | Mr. Boarman's statements can be considered only for their effect on the listener. |
| 618 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 206) | the statements of Mr. Kronauge and Mr. Cullen can only be considered for their effect on the listener. |
| 744 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 286) | Mr. Kronauge's statements can be considered only for their effect on the listener. |
| 746-1 | Docket No. 1363 | Docket No. 1363 | - | Mr. Kronauge's statements are can be considered only for their effect on the listener. |
| 933 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 103) | Ms. Garland's statements can be considered only for their effect on the listener. |
| 953 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 135) | Mr. Slider's statements can be considered only for their effect on the listener. |
| 955 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 151) | Mr. Justice's statements can be considered only for their effect on the listener. |
| 1056 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 106) | Exhibits 1056, E-873, and E-874 must be introduced at the same time. |
| E-873 | Docket No. 1363 | Docket No. 1363 | Rule of completeness | Exhibits 1056, E-873, and E-874 must be introduced at the same time. |
| E-874 | Docket No. 1363 | Docket No. 1363 | Rule of completeness | Exhibits 1056, E-873, and E-874 must be introduced at the same time. |
| 1256 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(A) | this exhibit can be considered against Mr. Penn, Mr. Austin, and Mr. Lovette only. |
| 1546 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* Log entry 34) | 1546, D-839, and I-141 must be admitted at the same time under the rule of completeness |
| D-839 | Docket No. 1363 | Docket No. 1363 | Rule of completeness | 1546, D-839, and I-141 must be admitted at the same time under the rule of completeness |

| Exhibit No. | Ruling on Authentication | Ruling on Admissibility | Basis of Admissibility | Limiting Instruction (as ordered at Docket No. 1363 and otherwise) |
|---|---|---|---|---|
| I-141 | Docket No. 1363 | Docket No. 1363 | Rule of completeness | 1546, D-839, and I-141 must be admitted at the same time under the rule of completeness |
| 1547 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(A) | 1547 and E-570 must be admitted at the same time under the rule of completeness<br><br>the upper email may be considered against Mr. Penn only. |
| E-570 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(A) | 1547 and E-570 must be admitted at the same time under the rule of completeness<br><br>this exhibit can only be considered against Mr. Penn and Mr. Austin |
| 1700 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(A) | the top portion is admissible only against Defendant Brady. |
| 1713 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(A) | Mr. Austin's statements can only be considered against him. |
| 1882 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 106) | the statements regarding what "Sarah wants" can only be considered for their effect on the listener. |
| 2001 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 194) | Mr. Baker's statement can only be considered for their effect on the listener. |
| 2002 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 195) | Mr. Baker's statement can only be considered for their effect on the listener. |
| 3037 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 14) | the jury can consider the exhibit to prove the existence of a conspiracy but not as to whether any defendant was a member of that conspiracy. |
| 6198 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 13) | the jury can consider the exhibit to prove the existence of a conspiracy but not as to whether any defendant was a member of that conspiracy |
| 7046 | Docket No. 1031-1 | Docket No. 1031-1 | 801(d)(2)(A) | this exhibit can be considered only against Mr. Austin |
| 9255-1 | Docket No. 1338-2 | Docket No. 1363 | - | Mr. Bruce's statements can be considered only for their effect on the listener. |
| 9709 | Docket No. 1363 | Docket No. 1363 | Effect on listener | this exhibit can be considered only for the effect on the listener. |
| 9743 | Docket No. 1363 | Docket No. 1363 | 801(d)(2)(E) (*James* log entry 22-S) | Mr. Simco's statements can only be considered for their effect on the listener. |

| Exhibit No. | Ruling on Authentication | Ruling on Admissibility | Basis of Admissibility | Limiting Instruction (as ordered at Docket No. 1363 and otherwise) |
|---|---|---|---|---|
| 10651 | Docket No. 1363 | Docket No. 1363 | - | Mr. Ledford's statements cannot be considered for their truth, but only for their effect on the listener. |