IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JAYSON JEFFREY PENN,
2.     MIKELL REEVE FRIES,
3.     SCOTT JAMES BRADY,
4.     ROGER BORN AUSTIN, and
5.     WILLIAM WADE LOVETTE,

      Defendants.

No. 20-cr-00152-PAB

**DEFENDANTS' MOTION FOR LEAVE TO RESTRICT ACCESS TO JOINT MOTION TO PERMIT ADDITIONAL CROSS EXAMINATION OF ROBERT BRYANT**

Defendants, by and through undersigned counsel, and pursuant to Rule 49.1(d) of the Federal Rules of Criminal Procedure and Local Criminal Rule 47.1, specifically move this Court for leave to restrict their Joint Motion to Permit Additional Cross-Examination of Robert Bryant and accompanying exhibits.  Dkts. 1382, 1382-1, 1382-2, 1382-3.  Pursuant to District of Colorado Local Criminal Rule 47.1(c), a Level 1 restriction of the motion and exhibits is necessary because these documents relate sensitive information deriving from the government's criminal investigation that are not yet public. This Court has granted sealing orders on this basis in the past. *E.g.*, Doc. 359 at 2-3 (arguing the "necessity in the secrecy of the ongoing investigation outweighs the presumption of public access"); Doc. 378 (granting the sealing request on this basis). Accordingly, Defendants respectfully request leave to restrict at Level 1.

2

Dated:  June 13, 2022

*s/ John A. Fagg, Jr.*
John A. Fagg, Jr.
MOORE & VAN ALLEN PLLC
Attorney for William Wade Lovette
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-3622
johnfagg@mvalaw.com


*s/ Richard K. Kornfeld*
Richard K. Kornfeld
RECHT KORNFELD, P.C.
Attorney for Mikell Reeve Fries
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
rick@rklawpc.com


*s/ Bryan Lavine*
Bryan Lavine
TROUTMAN PEPPER HAMILTON
SANDERS LLP
Attorney for Scott James Brady
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
(404) 885-3170
Bryan.lavine@troutman.com

Respectfully submitted,

*s/ Michael F. Tubach*
Michael F. Tubach
O'MELVENY & MYERS LLP
Attorney for Jayson Jeffrey Penn
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
(415) 984-8700
mtubach@omm.com


*s/ Michael S. Feldberg*
Michael S. Feldberg
REICHMAN JORGENSEN LEHMAN &
FELDBERG LLP
Attorney for Roger Born Austin
750 Third Avenue, Suite 2400
New York, NY 10017
(212) 381-1965
mfeldberg@reichmanjorgensen.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2022, I electronically filed the foregoing document with

the Clerk of Court using the CM/ECF system, which will send notification of this filing to all

listed parties.

Dated:  June 13, 2022                                   *s/ Michael F. Tubach*
                                                        Michael F. Tubach