IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: June 16, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,                   Leslie Wulff
                                            Kevin Hart
                                            Daniel Loveland
                                            Paul Torzilli

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,                     Michael Tubach
                                            Anna Pletcher
                                            Brian Quinn

2. MIKELL REEVE FRIES,                      Richard Kornfeld
                                            David Beller
                                            Kelly Page

3. SCOTT JAMES BRADY,                       Bryan Lavine
                                            Laura Kuykendall

4. ROGER BORN AUSTIN,                       Michael Feldberg
                                            Laura Carwile
                                            Julie Withers

8. WILLIAM WADE LOVETTE,                    John Fagg, Jr.
                                            Dru Nielsen
                                            Frank Schall

    Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 8**

**8:16 a.m.     Court in session.**

Defendants present on bond.

Discussion regarding defendant's covid status and VTC attendance.

| | |
|---|---|
| **8:28 a.m.** | **Court in recess.** |
| **8:42 a.m.** | **Court in session.** |

Discussion regarding case law reviewed.  In light of the current circumstances, the Court will continue the trial to June 27, 2022.  Only one attorney per party is permitted to remain in the courtroom.

8:53 a.m.      Jury present.

Court instructs jury.  Jury excused until June 27, 2022 at 8:30 a.m.

Court will reconvene with counsel to discuss further matters.

| | |
|---|---|
| **8:57 a.m.** | **Court in recess.** |
| **9:14 a.m.** | **Court in session.** |

Discussion and argument regarding United States' Objections to Defendants' Summary Exhibits [1307].

**ORDERED:   United States' Objections to Defendants' Summary Exhibits [1307] is DENIED IN PART, WITHDRAWN IN PART, and DEFERRED IN PART, as stated on record.**

Discussion regarding closing arguments and Rule 29 motions.

**ORDERED:   Defendants shall file a new witness list for scheduling purposes on or before June 20, 2022 by 5:00 p.m. (MST).**

**ORDERED:   Defendants shall file written Rule 29 motions on or before July 11, 2022.**

**ORDERED:   Bond is continued as to all defendants.**

**9:58 a.m.      Court in recess.**

Trial continued.
Total time in court:   1:11