IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: June 27, 2022 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Terri Lindblom |

*Parties:* — *Counsel:*

UNITED STATES OF AMERICA,

Leslie Wulff
Kevin Hart
Daniel Loveland
Paul Torzilli

   Plaintiff,

v.

1. JAYSON JEFFREY PENN,

Michael Tubach
Anna Pletcher
Brian Quinn

2. MIKELL REEVE FRIES,

Richard Kornfeld
David Beller
Kelly Page

3. SCOTT JAMES BRADY,

Bryan Lavine
Laura Kuykendall

4. ROGER BORN AUSTIN,

Michael Feldberg
Laura Carwile
Julie Withers

8. WILLIAM WADE LOVETTE,

John Fagg, Jr.
Dru Nielsen
Frank Schall

   Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 9**

**8:31 a.m.     Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Jury present.

Defendants' witness, Michael Ledford, called and sworn.

8:36 a.m.   Direct examination of Mr. Ledford by Mr. Beller.

**Exhibits F-750, F-759, F-777, F-768, F-786, F-790, F-798, F-742, F-769, F-778, F-787, F-799 are admitted.**

**Exhibits A-559, A-560, A-574, A-575, 1402, A-579, A-580, D-531, D-545, G-597 are admitted.**

**Exhibits A-129, F-818, D-198, A-115, A-288, A-613, A-622, A-623, F-815, D-564, D-574, D-589, D-591, B-926, C-159, G-421 are admitted.**

**Exhibits J-260, J-261, J-263, J-265 are admitted.**

**Exhibit F-810 is admitted.**

**Exhibits F-808, F-813 are admitted.**

Exhibit J-406 is displayed as a demonstrative.

Exhibit J-407 is displayed as a demonstrative.

**10:15 a.m.   Court in recess.**
**10:34 a.m.   Court in session.**

Jury present.

10:36 a.m.   Continued direct examination of Mr. Ledford by Mr. Beller.

**Exhibits J-406 and J-407 are admitted.**

Exhibit I-733 is displayed as a demonstrative.

**Exhibit 1600 as redacted is admitted.**

**Exhibit I-733 is admitted.**

12:03 p.m.   Jury excused.

Discussion regarding the Notice of Government's Intention to Object to Leading Questions by a Defendant on Cross-Examination of a Co-Defendant's Witness [1385].

**ORDERED:**   The defendants who did not call a witness called by another defendant are not limited to non-leading questions.

**12:06 p.m.     Court in recess.**
**1:31 p.m.      Court in session.**

Jury present.

1:33 p.m.     Cross examination of Mr. Ledford by Mr. Feldberg.

**Exhibit I-241 is admitted.**

**Exhibit J-237, showing data between 2012 and 2014, is displayed as a demonstrative.**

**Exhibit D-509 as redacted is admitted.**

**Exhibit E-799 as redacted is admitted.**

**Exhibit 1737 is admitted.**

**Exhibit F-058 as redacted is admitted.**

2:06 p.m.     Cross examination of Mr. Ledford by Mr. Torzilli.

2:26 p.m. to 2:29 p.m.     Bench conference.

2:29 p.m.     Continued cross examination of Mr. Ledford by Mr. Torzilli.

2:38 p.m. to 2:43 p.m.     Bench conference.

2:43 p.m.     Continued cross examination of Mr. Ledford by Mr. Torzilli.

**Exhibit 10701 is admitted.**

**Exhibit 9989 is admitted.**

**Exhibit 10697 is admitted.**

**3:14 p.m.     Court in recess.**
**3:58 p.m.     Court in session.**

Jury not present.

Discussion regarding courthouse power outage.

Counsel advocate completing the testimony of Mr. Ledford today.

Ms. Lindblom confirms she can continue transcribing.  Counsel agree to continue without the realtime from Ms. Lindblom.

4:06 p.m.	Jury present.

4:07 p.m.	Continued cross examination of Mr. Ledford by Mr. Torzilli.

4:14 p.m.	Redirect examination of Mr. Ledford by Mr. Beller.

Jury excused until June 28, 2022 at 8:30 a.m.

**ORDERED:  Bond is continued as to all defendants.**

**4:33 p.m.	Court in recess.**

Trial continued.
Total time in court:   5:34