# Exhibit B

| | |
|---|---|
| **From:** | Laura Carwile <lcarwile@reichmanjorgensen.com> |
| **Sent:** | Saturday, October 23, 2021 4:17 PM |
| **To:** | Koenig, Michael (ATR); Call, Heather (ATR); Sweeney, Carolyn (ATR); Butte, Laura (ATR); Torzilli, Paul (ATR) |
| **Cc:** | mfeldberg@reichmanjorgensen.com; julie@jwitherslaw.com; Tubach, Michael; Pletcher, Anna T.; Quinn, Brian P.; johnfagg@mvalaw.com; frankschall@mvalaw.com; kaitlinprice@mvalaw.com; markbyrne@byrnenixon.com; denniscanty@byrnenixon.com; henry.roxann@me.com; jabber@backstromlaw.com; bpollack@robbinsrussell.com; wjohnson@rmp.law; rick@rklawpc.com; kelly@rklawpc.com; jimmcloughlin@mvalaw.com; david@rklawpc.com; megan.rahman@troutman.com; elizabeth.prewitt@lw.com; labranche@sslhlaw.com; cgillen@gwllawfirm.com; aclake@gwllawfirm.com |
| **Subject:** | Communication re U.S. v. Penn et. al. |

[EXTERNAL MESSAGE]

Counsel:

On October 19, 2021 we received a production letter from the Department of Justice referencing Production BR_CHICK_087, containing FBI-ATR026-00000001 – FBI-ATR026-00000090, inclusive ("Phone record analyses prepared by Rebecca Nelson"). The files that the defense teams received on October 20, 2021 contained one-page PDFS with those BATES numbers, as well as separate, native Excel files with the same BATES numbers.

To the extent that the government intends to use any of the charts, data, analyses, comments, titles, or visuals ("materials") contained in any of the above-referenced BATES documents, either in PDF, Excel, or other format, at trial, whether as exhibits admitted into evidence or as demonstrative exhibits, all defendants object to any such use. These materials were produced to defendants after the deadline to exchange exhibits, and they are inaccurate, misleading, and argumentative.

To the extent that the government intends to use Ms. Nelson as a witness who will testify regarding these materials, defendants Penn, Lovette, Austin, Little, Brady, Fries, Kantola, Mulrenin, and Roberts object on the grounds that such testimony would constitute expert testimony and would have required an expert disclosure as required by the Court's disclosure schedule. Ms. Nelson was not disclosed as an expert, and remains undisclosed, as an expert witness well past the Court's deadlines.

Please let us know if the government intends to use any of these materials at trial. The defendants reserve all further rights and objections with respect to testimony by Ms. Nelson and these materials.

Regards,

Laura Carwile
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, California 94065
o: (650) 623-1451  c: (918) 361-8907

NOTICE:  This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this

communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication.  Thank you.

*NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.*