# Exhibit D

| | |
|---|---|
| **From:** | Wulff, Leslie (ATR) <Leslie.Wulff@usdoj.gov> |
| **Sent:** | Wednesday, June 8, 2022 7:26 AM |
| **To:** | Tubach, Michael; Pletcher, Anna T.; Quinn, Brian P.; rick@rklawpc.com; david@rklawpc.com; kelly@rklawpc.com; bryan.lavine@troutman.com; megan.rahman@troutman.com; tiffany.bracewell@troutman.com; mfeldberg@reichmanjorgensen.com; lcarwile@reichmanjorgensen.com; julie@jwitherslaw.com; jimmcloughlin@mvalaw.com; frankschall@mvalaw.com; kaitlinprice@mvalaw.com; dru@eytan-nielsen.com; catherineprater@mvalaw.com; la.kuykendall@troutman.com; Hart, Kevin (ATR); Loveland, Daniel (ATR); Torzilli, Paul (ATR); McCarthy, Aidan (ATR); johnfagg@mvalaw.com |
| **Subject:** | RE: Demonstrative and production |
| **Attachments:** | Deduplicated Contacts (x1681 x9379 x1622 x6120) 1.1.2011_7.21.2020.xlsx |

[EXTERNAL MESSAGE]

Counsel,

In anticipation of this morning's argument, please see the attached spreadsheet prepared by Tactical Specialist Rebecca Nelson of the FBI.  This morning the government intends to inform the Court that we will be seeking testimony of Ms. Nelson as it relates to this project during our case in chief.  We no longer intend to use Exhibit 63 as a demonstrative, however we may ask Ms. Evans to testify generally to the patterns she saw in her analysis.

This information is being produced pursuant to Rules 16(a) and 26.2 of the Federal Rules of Criminal Procedure; the Jencks Act, 18 U.S.C. § 3500; *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny; and *Giglio v. United States*, 405 U.S. 150 (1972) and its progeny.  We understand that you already received a production of Ms. Nelson's Jencks material in advance of the first trial.

Leslie

---

**From:** Wulff, Leslie (ATR) <>
**Sent:** Sunday, June 5, 2022 1:32 PM
**To:** mtubach@omm.com; apletcher@omm.com; bquinn@omm.com; rick@rklawpc.com; david@rklawpc.com; kelly@rklawpc.com; bryan.lavine@troutman.com; megan.rahman@troutman.com; tiffany.bracewell@troutman.com; mfeldberg@reichmanjorgensen.com; lcarwile@reichmanjorgensen.com; julie@jwitherslaw.com; Jim McLoughlin <jimmcloughlin@mvalaw.com>; Frank Schall <frankschall@mvalaw.com>; Kaitlin Price <kaitlinprice@mvalaw.com>; dru@eytan-nielsen.com; Catherine Prater <catherineprater@mvalaw.com>; Kuykendall, Laura Anne <LA.Kuykendall@troutman.com>; Hart, Kevin (ATR) <Kevin.Hart@usdoj.gov>; Loveland, Daniel (ATR) <Daniel.Loveland@usdoj.gov>; Torzilli, Paul (ATR) <Paul.Torzilli@usdoj.gov>; McCarthy, Aidan (ATR) <Aidan.McCarthy@usdoj.gov>; John Fagg <johnfagg@mvalaw.com>
**Subject:** Demonstrative and production

Counsel,

Please see attached Exhibit 63, a demonstrative the government will use during the testimony of Rachel Evans.  Exhibit 63 is on the set of materials that were hand delivered to the defense team this afternoon.

We are also attaching a spreadsheet containing her work product.  This information is being produced pursuant to Rules 16(a) and 26.2 of the Federal Rules of Criminal Procedure; the Jencks Act, 18 U.S.C. § 3500; *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny; and *Giglio v. United States*, 405 U.S. 150 (1972) and its progeny.

You will also note that the summary exhibits have now been updated to reflect any limiting instructions the Court ordered on Docket Entry 1363.  The government will continue to add any limiting instructions as the underlying exhibits are introduced into evidence.  When we do so, we will provide updated versions to the parties and the Court.

Leslie

**Leslie A. Wulff | U.S. Department of Justice | Antitrust Division**
450 Golden Gate Avenue | Room 10-0101 | San Francisco, CA 94102
*cell* 415-321-9612 | [leslie.wulff@usdoj.gov](mailto:leslie.wulff@usdoj.gov) | she, her, hers