IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: June 28, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Terri Lindblom |

*Parties:* | *Counsel:*

UNITED STATES OF AMERICA,

Leslie Wulff
Kevin Hart
Daniel Loveland
Paul Torzilli

    Plaintiff,

v.

1. JAYSON JEFFREY PENN,

Michael Tubach
Anna Pletcher
Brian Quinn

2. MIKELL REEVE FRIES,

Richard Kornfeld
David Beller
Kelly Page

3. SCOTT JAMES BRADY,

Bryan Lavine
Laura Kuykendall

4. ROGER BORN AUSTIN,

Michael Feldberg
Laura Carwile
Julie Withers

8. WILLIAM WADE LOVETTE,

John Fagg, Jr.
Dru Nielsen
Frank Schall

    Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 10**

**8:16 a.m.**     **Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Discussion and argument regarding Defendants' Joint Motion to Limit Relevant Time Period for Edward Snyder's Compensation Testimony [1398].

**ORDERED: Defendants' Joint Motion to Limit Relevant Time Period for Edward Snyder's Compensation Testimony [1398] is DENIED.**

**ORDERED: To the extent it seeks billing records, Government's Response to Defendants' Joint Motion to Limit Relevant Time Period for Edward Snyder's Compensation Testimony [1400] is DENIED.**

Discussion regarding Exhibit 9748. Exhibit 9748 will be admitted, as redacted, and agreed upon by the parties.

8:31 a.m.     Jury present.

Defendants' witness, Kent Kronauge, sworn.

8:32 a.m.     Direct examination of Mr. Kronauge by Mr. Kornfeld.

**Exhibits A-304 (as redacted), 6034 (as redacted) are admitted.**

9:36 a.m.     Cross examination of Mr. Kronauge by Mr. Feldberg.

**Exhibit E-174 is admitted.**

9:39 a.m.     Cross examination of Mr. Kronauge by Mr. Tubach.

9:40 a.m. to 9:43 a.m.     Bench conference.

9:44 a.m.     Cross examination of Mr. Kronauge by Mr. Hart.

Jury excused.

**10:16 a.m.     Court in recess.**
**10:30 a.m.     Court in session.**

Jury present.

10:32 a.m.     Continued cross examination of Mr. Kronauge by Mr. Hart.

10:34 a.m.     Redirect examination of Mr. Kronauge by Mr. Kornfeld.

Defendants' witness, Professor Edward Snyder, sworn.

10:46 a.m.     Direct examination of Professor Snyder by Ms. Pletcher.

**Exhibit H-317 is admitted.**

**Exhibits J-268 and J-399 are displayed for demonstrative purposes only.**

11:03 a.m. to 11:04 a.m.    Bench conference.

Continued direct examination of Professor Snyder by Ms. Pletcher.

**Exhibits J-400, J-213, J-209 are displayed for demonstrative purposes only.**
**Exhibit J-208 is admitted.**

11:37 a.m. to 11:42 a.m.    Bench conference.

**Exhibit J-249 is admitted.**

Continued direct examination of Professor Snyder by Ms. Pletcher.

**Exhibits J-250 and J-251 are admitted.**

Jury excused.

**12:00 p.m.    Court in recess.**
**1:32 p.m.    Court in session.**

Jury present.

Continued direct examination of Professor Snyder by Ms. Pletcher.

**Exhibits J-252, J-253, J-254, J-255 are admitted.**

2:04 p.m. to 2:07 p.m.    Bench conference.

**Exhibit J-256 is admitted.**

Continued direct examination of Professor Snyder by Ms. Pletcher.

**Exhibit J-270 is displayed for demonstrative purposes only.**
**Exhibit J-271 is admitted.**

2:23 p.m.    Cross examination of Professor Snyder by Mr. Torzilli.

2:50 p.m. to 2:58 p.m.    Bench conference.

Continued cross examination of Professor Snyder by Mr. Torzilli.

**Exhibits 10696 and 10703 are admitted.**

Jury excused.

**3:15 p.m.       Court in recess.**
**3:31 p.m.       Court in session.**

Jury present.

Continued cross examination of Professor Snyder by Mr. Torzilli.

3:50 p.m. to 3:56 p.m.       Bench conference.

Continued cross examination of Professor Snyder by Mr. Torzilli.

4:07 p.m.       Redirect examination of Professor Snyder by Ms. Pletcher.

Defendants' witness, Gregory Finch, sworn

4:25 p.m.       Direct examination of Mr. Finch by Mr. Beller.

Jury excused until June 29, 2022 at 8:30 a.m.

The parties should anticipate discussing jury instructions at the end of the day tomorrow.

Discussion regarding scheduling.

**ORDERED:  Bond is continued as to all defendants.**

**5:07 p.m.       Court in recess.**

Trial continued.
Total time in court:   6:49