# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

Case No. 1:20-cr-00152-PAB                            Date: June 30, 2022

Case Title: United States v. Jayson Penn et al.

UNITED STATES REBUTTAL WITNESS LIST*

| WITNESS (FACT WITNESS IN **BOLD**) | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY** |
|---|---|
| **Robert Bryant** | 6/30 – 1 hour |
| T.S. Rebecca Nelson | 7/5 – 1 hour |
| **Stephen Campisano** | 7/5 – .5 hour |

\* The government also intends to offer a small, but as-yet undetermined number of unsponsored exhibits into evidence.

\*\* The government's estimated length of testimony is based on its best estimate of direct, cross and re-direct examination.