IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: June 29, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Terri Lindblom |

*Parties:*      *Counsel:*

UNITED STATES OF AMERICA,      Leslie Wulff
     Kevin Hart
     Daniel Loveland
     Paul Torzilli

     Plaintiff,

v.

1. JAYSON JEFFREY PENN,      Michael Tubach
     Anna Pletcher
     Brian Quinn

2. MIKELL REEVE FRIES,      Richard Kornfeld
     David Beller
     Kelly Page

3. SCOTT JAMES BRADY,      Bryan Lavine
     Laura Kuykendall

4. ROGER BORN AUSTIN,      Michael Feldberg
     Laura Carwile
     Julie Withers

8. WILLIAM WADE LOVETTE,      John Fagg, Jr.
     Dru Nielsen
     Frank Schall

     Defendants.

**COURTROOM MINUTES**

**JURY TRIAL – DAY 11**

**8:30 a.m.**      **Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Discussion regarding jury instruction conference, scheduling, United States' Notice of Non-Expert Rebuttal Testimony of FBI Tactical Specialist Rebecca Nelson [1397] and Defendants' Motion to Exclude Purported "Rebuttal" Testimony of Rebecca Nelson and Accompanying Exhibits [1404].

**ORDERED:** At this time, Tactical Specialist Nelson's rebuttal testimony is not proper, as stated on record. She will not be permitted to testify about the subjects mentioned in United States' Notice of Non-Expert Rebuttal Testimony of FBI Tactical Specialist Rebecca Nelson [1397].

8:48 a.m.      Jury present.

Continued direct examination of Mr. Finch by Mr. Beller.

**Exhibits A-552, A-553, I-296, I-297 are admitted.**

Jury excused.

Discussion regarding Exhibit 1427 and audible comments.

**10:18 a.m.    Court in recess.**
**10:32 a.m.    Court in session.**

Jury present.

10:34 a.m.     Continued direct examination of Mr. Finch by Mr. Beller.

**Exhibits A-645 and A-646 are admitted.**

10:44 a.m.     Cross examination of Mr. Finch by Mr. Loveland.

Jury excused.

**12:05 p.m.    Court in recess.**
**1:36 p.m.     Court in session.**

Jury present.

1:38 p.m.      Continued cross examination of Mr. Finch by Mr. Loveland.

1:45 p.m. to 1:49 p.m.     Bench conference.

Continued cross examination of Mr. Finch by Mr. Loveland.

2:00 p.m. 2:08 p.m.     Bench conference.

Continued cross examination of Mr. Finch by Mr. Loveland.

2:15 p.m.         Redirect examination of Mr. Finch by Mr. Beller.

2:30 p.m. to 2:34 p.m.       Bench conference.

Continued redirect examination of Mr. Finch by Mr. Beller.

Jury excused.

**3:08 p.m.      Court in recess.**
**3:26 p.m.      Court in session.**

Jury present.

Defendants' witness, Michael Brown, sworn.

3:28 p.m.       Direct examination of Mr. Brown by Mr. Fagg.

3:48 p.m.       Cross examination of Mr. Brown by Mr. Tubach.

3:50 p.m.       Cross examination of Mr. Brown by Ms. Wulff.

3:58 p.m.       Redirect examination of Mr. Brown by Mr. Fagg.

Defendants' witness, Bruce Bagshaw, sworn.

4:00 p.m. to 4:09 p.m.       Bench conference.

4:10 p.m.       Direct examination of Mr. Bagshaw by Ms. Withers.

4:17 p.m.       Cross examination of Mr. Bagshaw by Mr. Loveland.

4:19 p.m.       Redirect examination of Mr. Bagshaw by Ms. Withers.

Defendants' witness, Marcus Shelton, sworn.

4:20 p.m.       Direct examination of Mr. Shelton by Ms. Withers.

4:33 p.m.       Cross examination of Mr. Shelton by Mr. Loveland.

4:35 p.m.       Redirect examination of Mr. Shelton by Ms. Withers.

4:37 p.m. to 4:41 p.m.       Bench conference.

Defendants' move the admission of certain documents without a sponsoring witness.

4:43 p.m. to 4:46 p.m.       Bench conference.

**Exhibits D-240, F-459, J-239, J-423, J-234 are admitted.**

4:56 p.m. to 4:56 p.m.       Bench conference.

**Exhibit J-229 is admitted.**

Jury excused until June 30, 2022 at 8:30 a.m.

Court will reconvene to discuss jury instructions.

**ORDERED:   Bond is continued as to all defendants.**

**5:00 p.m.      Court in recess.**
**5:16 p.m.      Court in session.**

Discussion regarding jury instructions.

**6:16 p.m.      Court in recess.**

Trial continued.
Total time in court:   7:27