**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**CHIEF JUDGE PHILIP A. BRIMMER**

Case No.  1:20-cr-00152-PAB                    Date: July 3, 2022

Case Title: United States v. Jayson Penn et al.

UNITED STATES REBUTTAL WITNESS LIST*

| WITNESS<br>(FACT WITNESS IN **BOLD**) | ESTIMATED DATE(S) AND<br>LENGTH OF TESTIMONY** |
|---|---|
| **Robert Bryant** | 6/30 – 7/5 1.5 hours |

\* The government may offer a small, but as-yet undetermined number of unsponsored exhibits into evidence.

\*\* The government's estimated length of testimony is based on its best estimate of direct, cross and re-direct examination.