IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: July 5, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,   Leslie Wulff
　　　　　　　　　　　　　　　Kevin Hart
　　　　　　　　　　　　　　　Daniel Loveland
　　　　　　　　　　　　　　　Paul Torzilli

　　　Plaintiff,

v.

1. JAYSON JEFFREY PENN,   Michael Tubach
　　　　　　　　　　　　　　　Anna Pletcher
　　　　　　　　　　　　　　　Brian Quinn

2. MIKELL REEVE FRIES,   Richard Kornfeld
　　　　　　　　　　　　　　　David Beller
　　　　　　　　　　　　　　　Kelly Page

3. SCOTT JAMES BRADY,   Bryan Lavine
　　　　　　　　　　　　　　　Laura Kuykendall

4. ROGER BORN AUSTIN,   Michael Feldberg
　　　　　　　　　　　　　　　Laura Carwile
　　　　　　　　　　　　　　　Julie Withers

8. WILLIAM WADE LOVETTE,   John Fagg, Jr.
　　　　　　　　　　　　　　　Dru Nielsen
　　　　　　　　　　　　　　　Frank Schall

　　　Defendants.

## COURTROOM MINUTES

**JURY TRIAL – DAY 13**

**8:30 a.m.     Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

Discussion regarding scheduling and jury instructions.

8:37 a.m.     Jury present.

Continued direct examination of Mr. Bryant by Mr. Torzilli.

9:00 a.m.     Cross examination of Mr. Bryant by Mr. Beller.

9:44 a.m.     Cross examination of Mr. Bryant by Mr. Feldberg.

**Exhibit I-994 is admitted.**

Jury excused.

**10:13 a.m.     Court in recess.**
**10:37 a.m.     Court in session.**

Discussion regarding Mr. Bryant's testimony and limitations on redirect.  Court states it will not limit the redirect examination of Mr. Bryant.

10:44 a.m.     Jury present.

Redirect examination of Mr. Bryant by Mr. Torzilli.

10:53 a.m. to 10:55 a.m.     Bench conference.

**Government rests its rebuttal case.**

**10:55 a.m.     Evidence is closed.**

Jury excused.

Defendants' renewed oral motions for judgment of acquittal pursuant to Rule 29, as stated on record.

Discussion and argument regarding final jury instructions.

**ORDERED:**  Defendants' oral motion to strike Mr. Bryant's direct testimony and rebuttal testimony is DENIED.

**ORDERED:**  Defendants' oral motion for mistrial is DENIED.

**ORDERED:**  Defendants shall submit motions for judgment of acquittal pursuant to Rule 29 on or before July 18, 2022.  The Government shall file responses on or before August 5, 2022.

Mr. Beller states the Defendants will proceed with the table setting closing, as previously discussed.

**11:40 a.m.    Court in recess.**
**1:02 p.m.    Court in session.**

Jury present.

Court reads jury instructions to jurors.

2:00 p.m.    Government's closing argument by Ms. Wulff.

Jury excused.

**3:15 p.m.    Court in recess.**
**3:31 p.m.    Court in session.**

Jury present.

3:33 p.m.    Defendant Fries' closing argument by Mr. Beller.

3:43 p.m. to 3:49 p.m.    Bench conference.

Continued closing argument by Mr. Beller.

4:05 p.m. to 4:08 p.m.    Bench conference.

4:08 p.m.    Defendant Penn's closing argument by Mr. Tubach.

Jury excused until July 6, 2022 at 8:30 a.m.

**ORDERED:  Bond is continued as to all defendants.**

**4:58 p.m.    Court in recess.**

Trial continued.
Total time in court:   6:26