
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 20-cr-00152-PAB | Date: July 6, 2022 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

*Parties:* — *Counsel:*

UNITED STATES OF AMERICA,

    Leslie Wulff
    Kevin Hart
    Daniel Loveland
    Paul Torzilli

    Plaintiff,

v.

1. JAYSON JEFFREY PENN, — Michael Tubach / Anna Pletcher / Brian Quinn

2. MIKELL REEVE FRIES, — Richard Kornfeld / David Beller / Kelly Page

3. SCOTT JAMES BRADY, — Bryan Lavine / Laura Kuykendall

4. ROGER BORN AUSTIN, — Michael Feldberg / Laura Carwile / Julie Withers

8. WILLIAM WADE LOVETTE, — John Fagg, Jr. / Dru Nielsen / Frank Schall

    Defendants.

---

## COURTROOM MINUTES

**JURY TRIAL – DAY 14**

**8:28 a.m.**    **Court in session.**

Defendants present on bond.

Also present and seated at Government's counsel table, Special Agent LaNard Taylor.

**ORDERED:** Jury lunches will be provided throughout deliberations beginning July 6, 2022.

Discussion regarding charts the Government intends to use for their closing rebuttal argument.

8:31 a.m.   Jury present.

8:32 a.m.   Defendant Brady's closing argument by Ms. Rahman.

9:15 a.m.   Defendant Fries closing argument by Mr. Kornfeld.

Jury excused.

Discussion regarding charts for closing rebuttal argument.

**10:02 a.m.   Court in recess.**
**10:06 a.m.   Court in session.**

Jury present.

10:08 a.m.   Defendant Austin's closing argument by Mr. Feldberg.

10:45 a.m.   Defendant Lovette's closing argument by Mr. Fagg.

11:33 a.m. to 11:33 a.m.   Bench conference.

11:34 a.m.   Government's closing rebuttal argument by Mr. Loveland.

Court instructs jury.  Jury excused to begin deliberations.

Court Security Officers sworn.

Court confirms admitted exhibits with counsel.  Government's Admitted Exhibits are Court Exhibit 1.  Defendants' Admitted Exhibits are Court Exhibit 2.

**12:17 p.m.   Court in recess.**
**1:31 p.m.    Court in session.**

Discussion regarding native and pdf exhibits and objections during Mr. Loveland's closing rebuttal argument.

Defendant Penn's oral motion for a mistrial or a curative instruction by Mr. Tubach.

**ORDERED:** Defendant Penn's oral motion for a mistrial or a curative instruction, as stated on record, is DENIED.

**1:42 p.m.**     **Court in recess.**
**2:57 p.m.**     **Court in session.**

The Court has received a note from the jury.

Discussion regarding a response to the note.

The Court will provide a response to the jury consistent with the discussions held.

**3:00 p.m.**     **Court in recess.**
**4:57 p.m.**     **Court in session.**

Jury present.

Jury excused until July 7, 2022 at 8:30 a.m.

**ORDERED: Bond is continued as to all defendants.**

**5:01 p.m.**     **Court in recess.**

Trial continued.
Total time in court:  4:04