IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE PHILIP A. BRIMMER

Date: 7/6/2022     Time: 2:32 PM

___ We have reached a verdict.

_X_ We have a question.

## NOTE FROM JURY

WHEN WILL WE HAVE EVIDENCE AVAILABLE? WAITING TO BE ABLE TO HAVE NEEDED DISCUSSION.

WE PLAN ON BEING HERE UNTIL 5pm TODAY AND BACK TOMORROW 7/7/2022 @ 8:30 AM

By: [redacted]
Foreperson

## COURT'S RESPONSE TO NOTE FROM JURY

The binders of paper exhibits will be brought to you shortly. A thumb drive with the electronic exhibits will follow.

By: [signature]
Philip A. Brimmer
Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE PHILIP A. BRIMMER

Date: 7/7/2022     Time: 3:42 PM

__X__ We have reached a verdict.

_____ We have a question.

**NOTE FROM JURY**

WE HAVE REACHED A VERDICT

By: ███████████
Foreperson

**COURT'S RESPONSE TO NOTE FROM JURY**

By:_____
Philip A. Brimmer
Chief United States District Judge